**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 19-cv-00874-WYD-MEH

**WARNER BROS. RECORDS INC., ATLANTIC RECORDING CORPORATION, BAD BOY RECORDS LLC, ELEKTRA ENTERTAINMENT GROUP INC., FUELED BY RAMEN LLC, NONESUCH RECORDS INC., ROADRUNNER RECORDS, INC., WEA INTERNATIONAL INC., WARNER/CHAPPELL MUSIC, INC., WARNER-TAMERLANE PUBLISHING CORP., WB MUSIC CORP., W.B.M. MUSIC CORP., UNICHAPPELL MUSIC INC., RIGHTSONG MUSIC INC., COTILLION MUSIC, INC., INTERSONG U.S.A., INC., SONY MUSIC ENTERTAINMENT, ARISTA MUSIC, ARISTA RECORDS LLC, LAFACE RECORDS LLC, PROVIDENT LABEL GROUP, LLC, SONY MUSIC ENTERTAINMENT US LATIN, VOLCANO ENTERTAINMENT III, LLC, ZOMBA RECORDINGS LLC, SONY/ATV MUSIC PUBLISHING LLC, EMI AL GALLICO MUSIC CORP., EMI ALGEE MUSIC CORP., EMI APRIL MUSIC INC., EMI BLACKWOOD MUSIC INC., COLGEMS-EMI MUSIC INC., EMI CONSORTIUM MUSIC PUBLISHING INC. D/B/A EMI FULL KEEL MUSIC, EMI CONSORTIUM SONGS, INC., INDIVIDUALLY AND D/B/A EMI LONGITUDE MUSIC, EMI ENTERTAINMENT WORLD INC. D/B/A EMI FORAY MUSIC, EMI JEMAXAL MUSIC INC., EMI FEIST CATALOG INC., EMI MILLER CATALOG INC., EMI MILLS MUSIC, INC., EMI UNART CATALOG INC., EMI U CATALOG INC., JOBETE MUSIC CO. INC., STONE AGATE MUSIC, SCREEN GEMS-EMI MUSIC INC., STONE DIAMOND MUSIC CORP., UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC – MGB NA LLC, UNIVERSAL MUSIC PUBLISHING INC., UNIVERSAL MUSIC PUBLISHING AB, UNIVERSAL MUSIC PUBLISHING LIMITED, UNIVERSAL MUSIC PUBLISHING MGB LIMITED, UNIVERSAL MUSIC – Z TUNES LLC, ISLAND MUSIC LIMITED, POLYGRAM PUBLISHING, INC., AND SONGS OF UNIVERSAL, INC.**

       Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.**

       Defendant.

**NOTICE OF ENTRY OF APPEARANCE – NEEMA T. SAHNI**

1

Neema T. Sahni of Covington & Burling, LLP, who certifies that she is a member in good standing of the bar of the United States District Court for the District of Colorado, hereby enters her appearance on behalf of Plaintiffs in the above referenced matter.

Respectfully submitted this 29th day of March 2019.

>	*/s/Neema T. Sahni*
>	Mitchell A. Kamin
>	Neema T. Sahni
>	Rebecca Van Tassell
>	COVINGTON & BURLING LLP
>	1999 Avenue of the Stars, Suite 3500
>	Los Angeles, CA 90067-4643
>	Telephone: (424) 332-4800
>	mkamin@cov.com
>	nsahni@cov.com
>	rvantassell@cov.com
>
>	Jonathan M. Sperling
>	Jacqueline C. Charlesworth
>	COVINGTON & BURLING LLP
>	The New York Times Building
>	620 Eighth Avenue
>	New York, NY 10018-1405
>	Telephone: (212) 841-1000
>	jsperling@cov.com
>	jcharlesworth@cov.com
>
>	Matthew J. Oppenheim
>	Scott A. Zebrak
>	Jeffrey M. Gould
>	Kerry M. Mustico
>	OPPENHEIM + ZEBRAK, LLP
>	4530 Wisconsin Ave. NW, 5th Floor
>	Washington, DC 20016
>	Telephone: (202) 621-9027
>	matt@oandzlaw.com
>	scott@oandzlaw.com
>	jeff@oandzlaw.com
>	kerry@oandzlaw.com

3

Janette L. Ferguson, Esq.
Benjamin M. Leoni, Esq.
LEWIS BESS WILLIAMS & WEESE, P.C.
1801 California Street, Suite 3400
Denver, CO 80202
Telephone: (303) 861-2828
Facsimile: (303) 861-4017
jferguson@lewisbess.com
bleoni@lewisbess.com

*Attorneys for Plaintiffs*