**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 19-cv-00874

**WARNER BROS. RECORDS INC., ATLANTIC RECORDING CORPORATION, BAD BOY RECORDS LLC, ELEKTRA ENTERTAINMENT GROUP INC., FUELED BY RAMEN LLC, NONESUCH RECORDS INC., ROADRUNNER RECORDS, INC., WEA INTERNATIONAL INC., WARNER/CHAPPELL MUSIC, INC., WARNER-TAMERLANE PUBLISHING CORP., WB MUSIC CORP., W.B.M. MUSIC CORP., UNICHAPPELL MUSIC INC., RIGHTSONG MUSIC INC., COTILLION MUSIC, INC., INTERSONG U.S.A., INC., SONY MUSIC ENTERTAINMENT, ARISTA MUSIC, ARISTA RECORDS LLC, LAFACE RECORDS LLC, PROVIDENT LABEL GROUP, LLC, SONY MUSIC ENTERTAINMENT US LATIN, VOLCANO ENTERTAINMENT III, LLC, ZOMBA RECORDINGS LLC, SONY/ATV MUSIC PUBLISHING LLC, EMI AL GALLICO MUSIC CORP., EMI ALGEE MUSIC CORP., EMI APRIL MUSIC INC., EMI BLACKWOOD MUSIC INC., COLGEMS-EMI MUSIC INC., EMI CONSORTIUM MUSIC PUBLISHING INC. D/B/A EMI FULL KEEL MUSIC, EMI CONSORTIUM SONGS, INC., INDIVIDUALLY AND D/B/A EMI LONGITUDE MUSIC, EMI ENTERTAINMENT WORLD INC. D/B/A EMI FORAY MUSIC, EMI JEMAXAL MUSIC INC., EMI FEIST CATALOG INC., EMI MILLER CATALOG INC., EMI MILLS MUSIC, INC., EMI UNART CATALOG INC., EMI U CATALOG INC., JOBETE MUSIC CO. INC., STONE AGATE MUSIC, SCREEN GEMS-EMI MUSIC INC., STONE DIAMOND MUSIC CORP., UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC – MGB NA LLC, UNIVERSAL MUSIC PUBLISHING INC., UNIVERSAL MUSIC PUBLISHING AB, UNIVERSAL MUSIC PUBLISHING LIMITED, UNIVERSAL MUSIC PUBLISHING MGB LIMITED, UNIVERSAL MUSIC – Z TUNES LLC, ISLAND MUSIC LIMITED, POLYGRAM PUBLISHING, INC., AND SONGS OF UNIVERSAL, INC.**

   Plaintiffs,

 v.

**CHARTER COMMUNICATIONS, INC.**

   Defendant.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2019, a true and correct copy of the Court's April 24, 2019 Minute Order was served on Defendant, Charter Communications, Inc., via U.S. Mail,

1

postage prepaid, and via electronic mail and addressed as follows:

<u>Counsel for Defendant, Charter Communications, Inc.</u>

Michael Elkin
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
melkin@winston.com
(212) 294-6729


Dated:  April 26, 2019

                Respectfully submitted,

                */s/ Rebecca Van Tassell*
                Rebecca Van Tassell
                Neema T. Sahni
                Mitchell A. Kamin
                COVINGTON & BURLING LLP
                1999 Avenue of the Stars, Suite 3500
                Los Angeles, CA 90067-4643
                Telephone: (424) 332-4800
                mkamin@cov.com
                nsahni@cov.com
                rvantassell@cov.com

                Jonathan M. Sperling
                Jacqueline C. Charlesworth
                COVINGTON & BURLING LLP
                The New York Times Building
                620 Eighth Avenue
                New York, NY 10018-1405
                Telephone: (212) 841-1000
                jsperling@cov.com
                jcharlesworth@cov.com

                Matthew J. Oppenheim
                Scott A. Zebrak
                Jeffrey M. Gould
                Kerry M. Mustico
                OPPENHEIM + ZEBRAK, LLP
                4530 Wisconsin Ave. NW, 5th Floor
                Washington, DC 20016
                Tel: (202) 621-9027
                matt@oandzlaw.com

scott@oandzlaw.com
jeff@oandzlaw.com
kerry@oandzlaw.com

Janette L. Ferguson, Esq.
Benjamin M. Leoni, Esq.
LEWIS BESS WILLIAMS & WEESE, P.C.
1801 California Street, Suite 3400
Denver, CO 80202
Tel: (303) 861-2828
Facsimile: (303) 861-4017
jferguson@lewisbess.com
bleoni@lewisbess.com

*Attorneys for Plaintiffs*