## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 19-cv-00874-WYD-MEH

**WARNER BROS. RECORDS INC., ATLANTIC RECORDING CORPORATION, BAD BOY RECORDS LLC, ELEKTRA ENTERTAINMENT GROUP INC., FUELED BY RAMEN LLC, NONESUCH RECORDS INC., ROADRUNNER RECORDS, INC., WEA INTERNATIONAL INC., WARNER/CHAPPELL MUSIC, INC., WARNER-TAMERLANE PUBLISHING CORP., WB MUSIC CORP., W.B.M. MUSIC CORP., UNICHAPPELL MUSIC INC., RIGHTSONG MUSIC INC., COTILLION MUSIC, INC., INTERSONG U.S.A., INC., SONY MUSIC ENTERTAINMENT, ARISTA MUSIC, ARISTA RECORDS LLC, LAFACE RECORDS LLC, PROVIDENT LABEL GROUP, LLC, SONY MUSIC ENTERTAINMENT US LATIN, VOLCANO ENTERTAINMENT III, LLC, ZOMBA RECORDINGS LLC, SONY/ATV MUSIC PUBLISHING LLC, EMI AL GALLICO MUSIC CORP., EMI ALGEE MUSIC CORP., EMI APRIL MUSIC INC., EMI BLACKWOOD MUSIC INC., COLGEMS-EMI MUSIC INC., EMI CONSORTIUM MUSIC PUBLISHING INC. D/B/A EMI FULL KEEL MUSIC, EMI CONSORTIUM SONGS, INC., INDIVIDUALLY AND D/B/A EMI LONGITUDE MUSIC, EMI ENTERTAINMENT WORLD INC. D/B/A EMI FORAY MUSIC, EMI JEMAXAL MUSIC INC., EMI FEIST CATALOG INC., EMI MILLER CATALOG INC., EMI MILLS MUSIC, INC., EMI UNART CATALOG INC., EMI U CATALOG INC., JOBETE MUSIC CO. INC., STONE AGATE MUSIC, SCREEN GEMS-EMI MUSIC INC., STONE DIAMOND MUSIC CORP., UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC – MGB NA LLC, UNIVERSAL MUSIC PUBLISHING INC., UNIVERSAL MUSIC PUBLISHING AB, UNIVERSAL MUSIC PUBLISHING LIMITED, UNIVERSAL MUSIC PUBLISHING MGB LIMITED, UNIVERSAL MUSIC – Z TUNES LLC, ISLAND MUSIC LIMITED, POLYGRAM PUBLISHING, INC., AND SONGS OF UNIVERSAL, INC.**

      Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.**

      Defendant.

---

### <u>UNOPPOSED</u> MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

---

1

Pursuant to D.C.Colo.LAttyR 5(b), undersigned counsel Jacqueline C. Charlesworth, hereby moves this Court for leave to withdraw as co-counsel for Plaintiffs in the above-captioned matter.  In support of the Unopposed Motion, counsel states as follows:

**CERTIFICATE OF CONFERRAL**

Prior to filing this Motion, undersigned counsel conferred with counsel for Defendant pursuant to D.C.Colo.LCivR 7.1(a).  Defendant does not oppose the Motion, and Plaintiffs have received advance notice of Ms. Charlesworth's withdrawal.

**UNOPPOSED MOTION**

1.      Ms. Charlesworth is soon leaving the employ of Covington & Burling, LLP, which has been retained to represent Plaintiffs in this matter.

2.      Plaintiffs desire to continue to retain the services of Covington & Burling, LLP, Oppenheim + Zebrak, and Lewis Bess Williams & Weese P.C. for representation in this litigation.  Plaintiffs will continue to be represented by the other ten attorneys from those firms who have entered Notices of Appearance in this matter.

3.      The foregoing circumstances constitute sufficient good cause for the granting of this Unopposed Motion.

WHEREFORE, based on the foregoing reasons, undersigned counsel requests that the Court enter an order granting her leave to withdraw as co-counsel for Plaintiffs.

Respectfully submitted this 3rd day of May, 2019.

*/s/ Janette L. Ferguson___*
Janette L. Ferguson, Esq.
Benjamin M. Leoni, Esq.
LEWIS BESS WILLIAMS & WEESE, P.C.

1801 California Street, Suite 3400
Denver, CO 80202
Tel: (303) 861-2828
Facsimile: (303) 861-4017
jferguson@lewisbess.com
bleoni@lewisbess.com

Matthew J. Oppenheim
Scott A. Zebrak
Jeffrey M. Gould
Kerry M. Mustico
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Floor
Washington, DC 20016
Tel: (202) 621-9027
matt@oandzlaw.com
scott@oandzlaw.com
jeff@oandzlaw.com
kerry@oandzlaw.com

Mitchell A. Kamin
Neema T. Sahni
Rebecca Van Tassell
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
mkamin@cov.com
nsahni@cov.com
rvantassell@cov.com

Jonathan M. Sperling
Jacqueline C. Charlesworth
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com
jcharlesworth@cov.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May, 2019, a true and correct copy of the foregoing was filed with the Clerk of the Court via the CM/ECF system, and a courtesy copy was sent via email addressed to the following:

Michael Elkin
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
melkin@winston.com
(212) 294-6729

*Attorney for Defendant*

*/s/ Kristin Mitchell*
Lewis, Bess, Williams & Weese P.C.