IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 19-cv-00874-WYD-MEH

WARNER BROS. RECORDS INC., et al.,

Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

Defendant.

### NOTICE OF ENTRY OF APPEARANCE – THOMAS PATRICK LANE

Thomas Patrick Lane, of Winston & Strawn LLP, hereby enters his appearance on behalf of Defendant Charter Communications, Inc. in the above-entitled action and hereby requests that all notices, papers, and documents in connection with this matter be served upon him.

Respectfully submitted this 6th day of May, 2019.

*s/ Thomas Patrick Lane*
Michael S. Elkin
Thomas Patrick Lane
Seth E. Spitzer
Stacey Foltz Stark
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Fax: (212) 294-4700
E-mail: melkin@winston.com
E-mail: tlane@winston.com
E-mail: sspitzer@winston.com
E-mail: sfstark@winston.com

Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Fax: (415) 591-1400
E-mail: jgolinveaux@winston.com

John M. Tanner
Craig D. Joyce
FAIRFIELD AND WOODS, P.C.
1801 California Street, Suite 2600
Denver, Colorado 80202
Telephone: (303) 830-2400
Fax: (303) 830-1033
E-mail: jtanner@fwlaw.com
E-mail: cjoyce@fwlaw.com

*Attorneys for Defendant Charter Communications, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 6th day of May, 2019, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE – THOMAS PATRICK LANE** was served electronically via CM/ECF E-Filing system as follows unless otherwise indicated:

Mitchell A. Kamin
Neema T. Sahni
Rebecca G. Van Tassell
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643

Jonathan M. Sperling
Jacqueline C. Charlesworth
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

Benjamin M. Leoni
Janette Lee Ferguson
LEWIS BESS WILLIAMS & WEESE P.C.
1801 California Street, Suite 3400
Denver, CO 80202

Matthew J. Oppenheim
Scott A. Zebrak
Jeffrey M. Gould
Kerry M. Mustico
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Floor
Washington, DC 20016

*s/ Thomas Patrick Lane*
Thomas Patrick Lane

3