## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 19-cv-00874-WYD-MEH

WARNER BROS. RECORDS INC., et al.,

Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

Defendant.

---

### NOTICE OF ENTRY OF APPEARANCE – CRAIG D. JOYCE

---

Craig D. Joyce, of Fairfield and Woods, P.C., hereby enters his appearance on behalf of

Defendant Charter Communications, Inc. in the above-entitled action and hereby requests that all

notices, papers, and documents in connection with this matter be served upon him.

Respectfully submitted this 6th day of May, 2019.

*s/ Craig D. Joyce*

John M. Tanner
Craig D. Joyce
FAIRFIELD AND WOODS, P.C.
1801 California Street, Suite 2600
Denver, Colorado 80202
Telephone: (303) 830-2400
Fax: (303) 830-1033
E-mail: jtanner@fwlaw.com
E-mail: cjoyce@fwlaw.com

2

Michael S. Elkin
Thomas Patrick Lane
Seth E. Spitzer
Stacey Foltz Stark
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Fax: (212) 294-4700
E-mail: melkin@winston.com
E-mail: tlane@winston.com
E-mail: sspitzer@winston.com
E-mail: sfstark@winston.com

Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
Telephone: (415) 591-1000
Fax: (415) 591-1400
E-mail: jgolinveaux@winston.com

*Attorneys for Defendant Charter Communications, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 6th day of May, 2019, a true and correct copy

of the foregoing **NOTICE OF ENTRY OF APPEARANCE – CRAIG D. JOYCE** was served

electronically via CM/ECF E-Filing system as follows unless otherwise indicated:

| | |
|---|---|
| Mitchell A. Kamin | Benjamin M. Leoni |
| Neema T. Sahni | Janette Lee Ferguson |
| Rebecca G. Van Tassell | LEWIS BESS WILLIAMS & WEESE P.C. |
| COVINGTON & BURLING LLP | 1801 California Street, Suite 3400 |
| 1999 Avenue of the Stars, Suite 3500 | Denver, CO 80202 |
| Los Angeles, CA 90067-4643 | |
| | |
| Jonathan M. Sperling | Matthew J. Oppenheim |
| Jacqueline C. Charlesworth | Scott A. Zebrak |
| COVINGTON & BURLING LLP | Jeffrey M. Gould |
| The New York Times Building | Kerry M. Mustico |
| 620 Eighth Avenue | OPPENHEIM + ZEBRAK, LLP |
| New York, NY 10018-1405 | 4530 Wisconsin Ave. NW, 5th Floor |
| | Washington, DC 20016 |

*s/ Sharon Y. Meyer*

    Sharon Y. Meyer