## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 19-cv-00874-MSK-MEH

WARNER BROS. RECORDS INC., et al.,

Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

Defendant.

---

### STIPULATED MOTION TO SET DEADLINE TO ANSWER AS 14 DAYS FROM RESOLUTION OF MOTION TO DISMISS AND TO SET BRIEFING SCHEDULE ON MOTION TO DISMISS

---

All Parties, by and through their respective counsel below, jointly move the Court to set an answer date for Defendant that is 14 days from the date on which the Court rules on Defendant's motion to dismiss the second claim for relief, and to set the briefing schedule for the motion to dismiss, and as grounds therefor the Parties state as follows:

Certification Pursuant to Local Rule 7.1:  Because this motion is stipulated to by all parties, no conference was appropriate.

1.      The Complaint contains only two claims for relief.  The current due date for a response to the Complaint is May 28, 2019.  Contemporaneously with this Stipulation, Defendant Charter Communications, Inc. ("Charter") is filing a motion to dismiss the second claim for relief.

2.      By this motion, all Parties ask this Court to set the deadline for Charter to answer the Complaint as 14 days from the date of ruling on the motion to dismiss.

3.      The Parties have also agreed that Plaintiffs' response to the motion to dismiss should be due on July 1, 2019, and Charter's reply, if any, should be due on July 29, 2019.  This modest enlargement of the briefing schedule is necessary for the Parties to respond to the complex issues of copyright infringement law and vicarious liability raised in the motion to dismiss.  No previous extensions have been sought or granted.

4.      All Parties to this stipulated motion confirm that they have contemporaneously served this motion on their clients.

5.      For the Court's convenience, a proposed order reflecting these agreed deadlines is submitted herewith.

WHEREFORE, all Parties pray that this Court enter an Order that Defendant's Answer to the Complaint will be due within 14 days of resolution of Defendant's motion to dismiss the second claim for relief, that any response to that motion to dismiss shall be due on July 1, 2019, and any reply shall due on July 29, 2019.

Respectfully submitted this 28th day of May, 2019.

_s/ Jonathan M. Sperling_
Jonathan M. Sperling
Covington & Burling, LLP
The New York Times Building
620 Eighth Ave.
New York, NY  10018-1405
Tel:  (212) 841-1000
Email:  jsperling@cov.com

*Attorneys for Plaintiff Warner Bros.*
*Records, Inc., et al.*


Janette L. Ferguson
Benjamin M. Leoni
Lewis, Bess, Williams & Weese, P.C.
Counsel for Warner Bros. Records, Inc.
1801 California St., Suite 3400
Denver, CO  80202
Tel:  (303) 861-2828
Fax:  (303) 861-4017
Email:  jferguson@lewisbess.com
Email:  bleoni@lewisbess.com


Mitchell A. Kamin
Neema R. Sahni
Rebecca Van Tassell
Covington & Burling, LLP
Counsel for Warner Bros. Records, Inc.
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA  90067-4643
Tel:  (424) 332-4800
Email:  mkamin@cov.com
Email:  nsahni@cov.com
Email:  rvantassell@cov.com

_s/ Craig D. Joyce_
Craig D. Joyce
John M. Tanner
Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, CO  80202
Tel:  (303) 830-2400
Fax:  (303) 830-1033
E-mail:  jtanner@fwlaw.com
E-mail:  cjoyce@fwlaw.com

*Attorneys for Defendant Charter*
*Communications, Inc.*


Michael S. Elkin
Thomas Patrick Lane
Seth E. Spitzer
Stacey Foltz Stark
Winston & Strawn LLP
Counsel for Charter Communications, Inc.
200 Park Avenue
New York, NY  10166
Tel:  (212) 294-6700
Fax:  (212) 294-4700
E-mail:  melkin@winston.com
E-mail:  tlane@winston.com
E-mail:  sspitzer@winston.com
E-mail:  sfstark@winston.com


Jennifer A. Golinveaux
Winston & Strawn LLP
Counsel for Charter Communications, Inc.
101 California Street, 35th Floor
San Francisco, CA  94111
Tel:  (415) 591-1000
Fax:  (415) 591-1400
E-mail:  jgolinveaux@winston.com

Matthew J. Oppenheim
Scott A. Zebrak
Jeffrey M. Gould
Kerry M. Mustico
Oppheim + Zebrak, LLP
Counsel for Warner Bros. Records, Inc.
4530 Wisconsin Ave. NW, 5th Floor
Washington, DC  20016
Tel:  (202) 621-9027
Email:  matt@oandzlaw.com
Email:  scott@oandzlaw.com
Email:  jeff@oandzlaw.com
Email:  kerry@oandzlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this _____th day of May, 2019, a true and correct copy of the foregoing **STIPULATED MOTION TO SET DEADLINE TO ANSWER AS 14 DAYS FROM RESOLUTION OF MOTION TO DISMISS AND TO SET BRIEFING SCHEDULE ON MOTION TO DISMISS** was served electronically via CM/ECF E-Filing system as follows unless otherwise indicated:

Mitchell A. Kamin
Neema T. Sahni
Rebecca G. Van Tassell
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643

Jonathan M. Sperling

COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

Benjamin M. Leoni
Janette Lee Ferguson
LEWIS BESS WILLIAMS & WEESE P.C.
1801 California Street, Suite 3400
Denver, CO 80202

Matthew J. Oppenheim
Scott A. Zebrak
Jeffrey M. Gould
Kerry M. Mustico
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Floor
Washington, DC 20016

*s/ Kristin J. Hurley*
Kristin J. Hurley