# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 19-cv-00874-MSK-MEH

WARNER BROS. RECORDS INC., et al.,

Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

Defendant.

---

## (PROPOSED) ORDER GRANTING STIPULATED MOTION TO SET DEADLINE TO ANSWER AS 14 DAYS FROM RESOLUTION OF MOTION TO DISMISS AND TO SET BRIEFING SCHEDULE FOR MOTION TO DISMISS

---

The Court, upon the stipulated motion of all parties and being sufficiently advised on the premises, hereby orders that the motion is GRANTED.

Defendant's Answer will be due within 14 days of the date of the Court's ruling on the Defendant's motion to dismiss the second claim for relief.

Any response to the motion to dismiss shall be due on July 1, 2019, and any reply shall be due on July 29, 2019.

Done this ____th day of _____, 2019.

_____
Magistrate Judge Michael E. Hegarty
U.S. District Court