# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 19-cv-00874-MSK-MEH

WARNER BROS. RECORDS INC., et al.,

Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

Defendant.

---

## (PROPOSED) ORDER GRANTING DEFENDANT CHARTER COMMUNICATIONS, INC.'S MOTION TO DISMISS PLAINTIFFS' CLAIM FOR VICARIOUS LIABILITY

---

The Court, upon the motion of Defendant Charter Communications, Inc., to dismiss the second claim for relief (vicarious liability), having reviewed the motion, responses, and reply, and being sufficiently advised on the premises, here by orders that the motion is GRANTED.

Plaintiffs' second claim for relief fails because plaintiffs do not allege a causal connection between the alleged infringement and Charter's profits and because plaintiffs fail to allege Charter plausibly had the right and ability to control the infringement of its subscribers. Either reason is sufficient alone to dismiss the second claim.

The second claim for relief (vicarious liability) is hereby dismissed with prejudice.

Done this ____ day of _____, 2019.

                                                                                       _____
                                                                                       Marcia S. Krieger.
                                                                                       U.S. District Court Senior Judge