IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-MSK-MEH

WARNER BROS. RECORDS INC.,
ATLANTIC RECORDING CORPORATION,
BAD BOY RECORDS LLC,
ELEKTRA ENTERTAINMENT GROUP INC.,
FUELED BY RAMEN LLC,
NONESUCH RECORDS INC.,
ROADRUNNER RECORDS, INC.,
WEA INTERNATIONAL INC.,
WARNER/CHAPPELL MUSIC, INC.,
WARNER-TAMERLANE PUBLISHING CORP.,
WB MUSIC CORP.,
W.B.M. MUSIC CORP.,
UNICHAPPELL MUSIC INC.,
RIGHTSONG MUSIC INC.,
COTILLION MUSIC, INC.,
INTERSONG U.S.A., INC.,
SONY MUSIC ENTERTAINMENT,
ARISTA MUSIC,
ARISTA RECORDS LLC,
LAFACE RECORDS LLC,
PROVIDENT LABEL GROUP, LLC,
SONY MUSIC ENTERTAINMENT US LATIN,
VOLCANO ENTERTAINMENT III, LLC,
ZOMBA RECORDINGS LLC,
SONY/ATV MUSIC PUBLISHING LLC,
EMI AL GALLICO MUSIC CORP.,
EMI ALGEE MUSIC CORP.,
EMI APRIL MUSIC INC.,
EMI BLACKWOOD MUSIC INC.,
COLGEMS-EMI MUSIC INC.,
EMI CONSORTIUM MUSIC PUBLISHING INC. d/b/a EMI FULL KEEL MUSIC,
EMI CONSORTIUM SONGS, INC., individually and d/b/a EMI LONGITUDE MUSIC,
EMI ENTERTAINMENT WORLD INC. d/b/a EMI FORAY MUSIC,
EMI JEMAXAL MUSIC INC.,
EMI FEIST CATALOG INC.,
EMI MILLER CATALOG INC.,
EMI MILLS MUSIC, INC.,
EMI UNART CATALOG INC.,
EMI U CATALOG INC.,
JOBETE MUSIC CO. INC.,
STONE AGATE MUSIC,
SCREEN GEMS-EMI MUSIC INC.,
STONE DIAMOND MUSIC CORP.,

UMG RECORDINGS, INC.,
CAPITOL RECORDS, LLC,
UNIVERSAL MUSIC CORP.,
UNIVERSAL MUSIC – MGB NA LLC,
UNIVERSAL MUSIC PUBLISHING INC.,
UNIVERSAL MUSIC PUBLISHING AB,
UNIVERSAL MUSIC PUBLISHING LIMITED,
UNIVERSAL MUSIC PUBLISHING MGB LIMITED,
UNIVERSAL MUSIC – Z TUNES LLC,
ISLAND MUSIC LIMITED,
POLYGRAM PUBLISHING, INC., and
SONGS OF UNIVERSAL, INC.,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 30, 2019**.

    For good cause shown, the Stipulated Motion to Set Deadline to Answer as 14 Days From Resolution of Motion to Dismiss and to Set Briefing Scheduling on Motion to Dismiss [filed May 28, 2019; ECF No. 37] is **granted**. Defendant shall file an answer to the operative pleading within fourteen days after the date resolving the pending motion to dismiss Plaintiffs' second claim for relief. Plaintiffs shall file a response to the motion to dismiss on or before July 1, 2019, and Defendant may file a reply in support of the motion on or before July 29, 2019.