**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| WARNER BROS. RECORDS INC., ET AL.,<br><br>    Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>    Defendant. | C.A. No.: 19-cv-00874-MSK-MEH |

## **DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Charter Communications, Inc., by its undersigned counsel, certifies as follows:

Charter Communications, Inc. is a publicly held a corporation organized under the laws of the State of Delaware.  The only publicly held corporation which has a greater than 10% interest in Charter Communications, Inc., is Liberty Broadband Corporation.

Respectfully submitted this 3rd day of June, 2019.

Respectfully submitted,

By: */s/ John M. Tanner*
John M. Tanner, #16233
Craig D. Joyce, #10556
Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, Colorado  80202
Phone:  (303) 830-2400
Fax:  (303) 830-1033
E-mail: jtanner@fwlaw.com
E-mail: cjoyce@fwlaw.com

Michael S. Elkin
Thomas Patrick Lane
Seth E. Spitzer
Stacey Foltz Stark
Winston & Strawn LLP
200 Park Avenue
New York, New York 10166-4193
Phone: 212.294.6700
Fax: 212.294.4700
E-mail: melkin@winston.com
E-mail: tlane@winston.com
E-mail: sspitzer@winston.com
E-mail: sfstark@winston.com

Jennifer A. Golinveaux
Winston & Strawn LLP
101 California Street
San Francisco, California 94111
Phone: 415.591.1000
Fax: 415.591.1400
E-mail: jgolinveaux@winston.com

*Counsel for Defendant Charter Communications, Inc.*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 3rd day of June 2019, a true and correct copy of the foregoing **DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** was served electronically via CM/ECF E-Filing system as follows unless otherwise indicated:

| | |
|---|---|
| Mitchell A. Kamin<br>Neema T. Sahni<br>Rebecca G. Van Tassell<br>COVINGTON & BURLING LLP<br>1999 Avenue of the Stars, Suite 3500<br>Los Angeles, CA  90067-4643 | Benjamin M. Leoni<br>Janette Lee Ferguson<br>LEWIS BESS WILLIAMS & WEESE P.C.<br>1801 California Street, Suite 3400<br>Denver, CO  80202 |
| Jonathan M. Sperling<br>Jacqueline C. Charlesworth<br>COVINGTON & BURLING LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY  10018-1405 | Matthew J. Oppenheim<br>Scott A. Zebrak<br>Jeffrey M. Gould<br>Kerry M. Mustico<br>OPPENHEIM + ZEBRAK, LLP<br>4530 Wisconsin Ave. NW, 5th Floor<br>Washington, DC  20016 |

*/s/ Sharon Y. Meyer*
    Sharon Y. Meyer