IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:19-cv-00874-MSK-MEH | Date: | June 12, 2019 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                              *Counsel:*

WARNER BROS. RECORDS, INC., et al,          Mitchell Kamin
                                                        Neema Sahni

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,              Jack Tanner
                                                        Michael Elkin
                                                        Thomas Lane

    Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**
**SCHEDULING CONFERENCE**

---

**Court in session:**      10:41 a.m.

Court calls case.   Appearances of counsel.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:

**Fact Discovery Deadline:**        March 31, 2020

**Expert Discovery Deadline:**      May 15, 2020

**Dispositive Motion Deadline:**    June 11, 2020

By separate order from Judge Krieger, counsel will be notified of the Final Pretrial Conference, Trial Preparation Conference, and Trial dates.

**Court in recess:**      11:09 a.m.      (Hearing concluded)
**Total time in Court:** 0:28

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Court Reporting & Video, Inc. at (303) 629-8534.