**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Alfred A. Arraj United States Courthouse
901 19th STREET
DENVER, COLORADO 80294

**MARCIA S. KRIEGER**  TELEPHONE: (303) 844-2289
UNITED STATES SENIOR DISTRICT JUDGE

# M E M O R A N D U M

**TO:**     Jeffrey P. Colwell, Clerk

**FROM:**   Judge Marcia S. Krieger

**DATE:**   June 24, 2019

**RE:**     Civil Action No. 19-cv-00874-MSK-MEH
            *Warner Bros. Records, Inc., et al. v. Charter Communications, Inc.*

    Exercising my prerogative as a Senior Judge, I request that this civil action be reassigned.