**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 19-cv-00874-WYD-MEH

**WARNER BROS. RECORDS INC., et al.**

   Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.**

   Defendant.

**NOTICE OF ENTRY OF APPEARANCE – MEGAN O'NEILL**

   Megan O'Neill of Covington & Burling LLP, who certifies that she is a member in good standing of the bar of the United States District Court for the District of Colorado, hereby enters her appearance on behalf of Plaintiffs in the above referenced matter.

   Respectfully submitted this 12th day of July, 2019.

            */s/Megan O'Neill*
            Megan O'Neill
            COVINGTON & BURLING LLP
            One City Center
            850 Tenth Street NW
            Washington, DC 20001-4956
            Telephone: (202) 662-6000
            moneill@cov.com

            Mitchell A. Kamin
            Neema T. Sahni
            Mark Y. Chen
            COVINGTON & BURLING LLP
            1999 Avenue of the Stars, Suite 3500

Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
mkamin@cov.com
nsahni@cov.com
mychen@cov.com

Jonathan M. Sperling
William E. O'Neil
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com
woneil@cov.com

Matthew J. Oppenheim
Scott A. Zebrak
Jeffrey M. Gould
Kerry M. Mustico
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Floor
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
scott@oandzlaw.com
jeff@oandzlaw.com
kerry@oandzlaw.com


Janette L. Ferguson, Esq.
Benjamin M. Leoni, Esq.
LEWIS BESS WILLIAMS & WEESE, P.C.
1801 California Street, Suite 3400
Denver, CO 80202
Telephone: (303) 861-2828
Facsimile: (303) 861-4017
jferguson@lewisbess.com
bleoni@lewisbess.com


*Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of July, 2019, a true and correct copy of the foregoing was filed with the Clerk of the Court and served electronically on all parties via the CM/ECF system.

*/s/ Megan O'Neill*
Megan O'Neill

3