**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 19-cv-00874-MSK-MEH

**WARNER BROS. RECORDS INC., ATLANTIC RECORDING CORPORATION, BAD BOY RECORDS LLC, ELEKTRA ENTERTAINMENT GROUP INC., FUELED BY RAMEN LLC, NONESUCH RECORDS INC., ROADRUNNER RECORDS, INC., WEA INTERNATIONAL INC., WARNER/CHAPPELL MUSIC, INC., WARNER-TAMERLANE PUBLISHING CORP., WB MUSIC CORP., W.B.M. MUSIC CORP., UNICHAPPELL MUSIC INC., RIGHTSONG MUSIC INC., COTILLION MUSIC, INC., INTERSONG U.S.A., INC., SONY MUSIC ENTERTAINMENT, ARISTA MUSIC, ARISTA RECORDS LLC, LAFACE RECORDS LLC, PROVIDENT LABEL GROUP, LLC, SONY MUSIC ENTERTAINMENT US LATIN, VOLCANO ENTERTAINMENT III, LLC, ZOMBA RECORDINGS LLC, SONY/ATV MUSIC PUBLISHING LLC, EMI AL GALLICO MUSIC CORP., EMI ALGEE MUSIC CORP., EMI APRIL MUSIC INC., EMI BLACKWOOD MUSIC INC., COLGEMS-EMI MUSIC INC., EMI CONSORTIUM MUSIC PUBLISHING INC. D/B/A EMI FULL KEEL MUSIC, EMI CONSORTIUM SONGS, INC., INDIVIDUALLY AND D/B/A EMI LONGITUDE MUSIC, EMI ENTERTAINMENT WORLD INC. D/B/A EMI FORAY MUSIC, EMI JEMAXAL MUSIC INC., EMI FEIST CATALOG INC., EMI MILLER CATALOG INC., EMI MILLS MUSIC, INC., EMI UNART CATALOG INC., EMI U CATALOG INC., JOBETE MUSIC CO. INC., STONE AGATE MUSIC, SCREEN GEMS-EMI MUSIC INC., STONE DIAMOND MUSIC CORP., UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC – MGB NA LLC, UNIVERSAL MUSIC PUBLISHING INC., UNIVERSAL MUSIC PUBLISHING AB, UNIVERSAL MUSIC PUBLISHING LIMITED, UNIVERSAL MUSIC PUBLISHING MGB LIMITED, UNIVERSAL MUSIC – Z TUNES LLC, ISLAND MUSIC LIMITED, POLYGRAM PUBLISHING, INC., AND SONGS OF UNIVERSAL, INC.**

       Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.**

       Defendant.

**NOTICE OF NAME CHANGE AND UNOPPOSED MOTION TO AMEND CAPTION**

Plaintiffs, by and through undersigned counsel, hereby submit this Notice of Name Change and <u>Unopposed</u> Motion to Amend Caption. As grounds for the Motion, Plaintiffs state as follows:

## CERTIFICATION OF CONFERRAL

Pursuant to D.C.Colo.LCiv. 7.1(a) and Mag. Judge Hegarty Civ. Practice Standard III (A), the undersigned counsel for Plaintiffs has conferred with Defendant's counsel prior to filing this Motion. Counsel for Defendant does not oppose the relief sought herein.

## NOTICE AND MOTION

Plaintiffs hereby provide notice that three of the listed plaintiffs in this matter legally changed their names subsequent to the filing of the complaint, and therefore, Plaintiffs move the Court for leave to amend the caption to reflect the legal name changes.

The following entities have legally changed their names as follows:

1. Warner Bros. Records Inc. is now "Warner Records Inc."
2. Warner/Chappell Music, Inc. is now "Warner Chappell Music, Inc."
3. W.B. M. Music Corp. is now "W.C.M. Music Corp."

Plaintiffs' motion merely addresses an administrative matter and does not seek substantive relief. A motion to amend the caption is not, and does not require, a motion for leave to amend the complaint. *Woodard v. Tate & Kirlin Assoc.*, 2008 WL 11470999, *3 fn. 1 (N.D. Ga. April 22, 2008); *Armstead v. Best Buy Stores, L.P.*, 2006 WL 1455651, *2 fn. 1 (E.D. Wash. May 22, 2006).

WHEREFORE, Plaintiffs hereby request this Court grant them leave to amend the above caption to reflect the legal name change of three of the listed Plaintiffs. A proposed order is submitted herewith.

Respectfully submitted this 8th day of August, 2019.

*/s/ Janette L. Ferguson*
Janette L. Ferguson, Esq.
Benjamin M. Leoni, Esq.
LEWIS BESS WILLIAMS & WEESE, P.C.
1801 California Street, Suite 3400
Denver, CO 80202
Tel: (303) 861-2828
jferguson@lewisbess.com
bleoni@lewisbess.com

Matthew J. Oppenheim
Scott A. Zebrak
Jeffrey M. Gould
Kerry M. Mustico
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Floor
Washington, DC 20016
Tel: (202) 621-9027
matt@oandzlaw.com
scott@oandzlaw.com
jeff@oandzlaw.com
kerry@oandzlaw.com

Mitchell A. Kamin
Neema T. Sahni (*admission pending*)
Rebecca Van Tassell
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
mkamin@cov.com
nsahni@cov.com
rvantassell@cov.com

Jonathan M. Sperling (*admission pending*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 8th day of July, 2019, a true and correct copy of the foregoing was filed and served with the Clerk of the Court via the CM/ECF system, which will send notification of such filing to the following email addresses:

Michael Elkin
Thomas Patrick Lane
Seth E. Spitzer
Stacey Foltz Stark
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
melkin@winston.com
tlane@winston.com
sspitzer@winston.com
sfstark@winston.com

John M. Tanner
Craig D. Joyce
FAIRFIELD AND WOODS, P.C.
1801 California St., Suite 2600
Denver, CO 80202
jtanner@fwlaw.com
cjoyce@fwlaw.com

Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
jgolinveaux@winston.com

*Attorneys for Defendant Charter Communications, Inc.*

                 *s/ Brenda Trujillo*
                 Lewis, Bess, Williams & Weese P.C.