UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

WARNER BROS. RECORDS INC., *et al*.,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

C.A. No.: 19-cv-00874-RBJ-MEH

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

Stacey Foltz Stark moves to withdraw as counsel for Defendant Charter Communications, Inc. ("Charter"), pursuant to D.C.COLO.LAttyR 5(b). Ms. Foltz Stark seeks to withdraw because she is leaving Winston & Strawn LLP. Charter will continue to be represented by Michael S. Elkin, Thomas Patrick Lane, Jennifer A. Golinveaux, and Seth E. Spitzer of Winston & Strawn LLP and Craig D. Joyce and John M. Tanner of Fairfield and Woods, P.C. A copy of this Motion has been served on counsel of record.

Dated: August 15, 2019

Respectfully submitted,

WINSTON & STRAWN LLP

By: */s/ Stacey Foltz Stark*
Michael S. Elkin
Thomas Patrick Lane
Seth E. Spitzer
Stacey Foltz Stark
Winston & Strawn, LLP
200 Park Avenue
New York, New York 10166-4193
Phone: 212-294-6700
Fax: 212-294-4700
E-mail: melkin@winston.com
E-mail: tlane@winston.com
E-mail: sspitzer@winston.com
E-mail: sfstark@winston.com

Craig D. Joyce
John M. Tanner
Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, Colorado 80202
Phone: 303-830-2400
Fax: 303-830-1033
E-mail: cjoyce@fwlaw.com
E-mail: jtanner@fwlaw.com

William J. Schifino Jr.
Florida Bar No. 564338
John A. Schifino
Florida Bar No. 72321
Giovanni P. Giarratana
Florida Bar No. 125848
Gunster, Yoakley & Stewart, P.A.
401 East Jackson Street, Suite 2500
Tampa, Florida 33602
Email: wschifino@gunster.com
Email: jschifino@gunster.com
Email: ggiarratana@gunster.com

Jennifer A. Golinveaux
Winston & Strawn LLP
101 California Street
San Francisco, California 94111
Phone: 415.591.1000
Fax: 415.591.1400
E-mail: jgolinveaux@winston.com

*Counsel for Defendant*
*Charter Communications, Inc.*

# CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this 15th day of August 2019, a true and correct copy of the foregoing **MOTION TO WITHDRAW AS COUNESL FOR DEFENDANT** was served electronically via CM/ECF E-Filing system as follows unless otherwise indicated:

| | |
|---|---|
| Mitchell A. Kamin<br>Neema T. Sahni<br>Mark Y. Chen<br>COVINGTON & BURLING LLP<br>1999 Avenue of the Stars, Suite 3500<br>Los Angeles, CA  90067-4643 | Benjamin M. Leoni<br>Janette Lee Ferguson<br>LEWIS BESS WILLIAMS & WEESE P.C.<br>1801 California Street, Suite 3400<br>Denver, CO  80202 |
| Jonathan M. Sperling<br>Jacqueline C. Charlesworth<br>William E. O'Neil<br>COVINGTON & BURLING LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY  10018-1405 | Matthew J. Oppenheim<br>Scott A. Zebrak<br>Jeffrey M. Gould<br>Kerry M. Mustico<br>OPPENHEIM + ZEBRAK, LLP<br>4530 Wisconsin Ave. NW, 5th Floor<br>Washington, DC  20016 |
| Megan O'Neill<br>COVINGTON & BURLING, LLP<br>One City Center<br>850 Tenth Street NW<br>Washington, DC  20001-4956 | |

      */s/ Sharon Y. Meyer*
      Sharon Y. Meyer