**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 19-cv-00874-MSK-MEH

**WARNER RECORDS INC., et al.**

      Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.**

      Defendant.

## UNOPPOSED MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Plaintiffs Warner Records Inc., et al. (collectively, "Plaintiffs"), by and through their respective counsel, hereby respectfully move for the entry of a stipulated protective order limiting the use and dissemination of information which will be exchanged in the course of discovery in this matter. This Motion is Unopposed. In support of the motion, Plaintiffs represent as follows:

1. During discovery in this matter, the parties will exchange information that constitutes confidential personal, business, financial, and/or proprietary information.

2. Fed. R. Civ. P. 26(c) provides for the entry of "any order which justice requires to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense," including "(g) . . . that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specified way."

3.   The information the parties seek to protect is not available to the public and maintaining its confidentiality is necessary to protect the parties' interests and the interests of third parties.

4.   The parties have stipulated to and request that the Court enter the Proposed Stipulated Protective Order, submitted herewith, in order to facilitate the exchange of sensitive documents in this litigation.

DATED this 5th day of September, 2019.

*s/ Janette L. Ferguson*
Janette L. Ferguson, Esq.
Benjamin M. Leoni, Esq.
LEWIS BESS WILLIAMS & WEESE, P.C.
1801 California Street, Suite 3400
Denver, CO 80202
Tel: (303) 861-2828
jferguson@lewisbess.com
bleoni@lewisbess.com

Mitchell A. Kamin (pro hac vice)
Neema T. Sahni (pro hac vice)
Mark Chen (pro hac vice)
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067-4643
Telephone: (424) 332-4800
mkamin@cov.com
nsahni@cov.com
mychen@cov.com

Jonathan M. Sperling (pro hac vice)
William O'Neill (pro hac vice)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com

woneil@cov.com

Megan M. O'Neill (pro hac vice)
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
moneill@cov.com

Matthew J. Oppenheim (pro hac vice)
Scott A. Zebrak (pro hac vice)
Jeffrey M. Gould (pro hac vice)
Kerry M. Mustico (pro hac vice)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Fl.
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
scott@oandzlaw.com
jeff@oandzlaw.com
kerry@oandzlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of September, 2019, a true and correct copy of the foregoing was filed and served with the Clerk of the Court via the CM/ECF system, which will send notification of such filing to the following email addresses:

Michael Elkin
Thomas Patrick Lane
Seth E. Spitzer
Stacey Foltz Stark
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
melkin@winston.com
tlane@winston.com
sspitzer@winston.com
sfstark@winston.com

John M. Tanner
Craig D. Joyce
FAIRFIELD AND WOODS, P.C.
1801 California St., Suite 2600
Denver, CO 80202
jtanner@fwlaw.com
cjoyce@fwlaw.com

Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
jgolinveaux@winston.com

*Attorneys for Defendant Charter Communications, Inc.*

*s/ Brenda Trujillo*
Lewis, Bess, Williams & Weese P.C.

4