# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

WARNER RECORDS INC., *et al*.,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

Civil Action No. 19-cv-00874-RBJ-MEH

___

## STIPULATED MOTION FOR APPROVAL OF THE
## PROTOCOL FOR PRODUCING DOCUMENTS AND ESI
___

Pursuant to Rule 26 and Rule 34(b)(2)(E) of the Federal Rules of Civil Procedure, Defendant Charter Communications, Inc. ("Defendant"), by and through its respective counsel, hereby respectfully moves for entry of an order approving the terms of a stipulated protocol for producing documents and ESI (the "ESI Protocol"). This motion is unopposed. In support of the motion, Defendant represents as follows:

1. During the course of discovery in this matter, the parties will exchange documents and electronically stored information ("ESI").

2. In order to facilitate the controlled production of documents and ESI, the parties have agreed and stipulated to the ESI Protocol.

WHEREFORE, the parties request that the Court enter the Proposed Order Approving the Protocol for Producing Documents and ESI, submitted herewith for the Court's convenience.

Date:   October 9, 2019                By: */s/ John Tanner*
Craig D. Joyce
John M. Tanner
FAIRFIELD & WOODS, P.C.
1801 California Street, Suite 2600
Denver, Colorado 80202
Phone: 303.830.2400
Fax: 303.830.1033
E-mail: cjoyce@fwlaw.com
E-mail: jtanner@fwlaw.com

Michael S. Elkin
Thomas Patrick Lane
Seth E. Spitzer
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Phone: 212.294.6700
Fax: 212.294.4700
E-mail: melkin@winston.com
E-mail: tlane@winston.com
E-mail: sspitzer@winston.com

Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California Street
San Francisco, California 94111
Phone: 415.591.1000
Fax: 415.591.1400
E-mail: jgolinveaux@winston.com

Erin R. Ranahan
Shilpa A. Coorg
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, California 90071
Phone: 213.615.1700
Fax: 213.615.1750
E-mail: eranahan@winston.com

*Counsel for Defendant*
*Charter Communications, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2019, a true and correct copy of the foregoing was electronically filed with the Court via the CM/ECF system, which will send notification upon the following:

| | |
|---|---|
| Matthew J. Oppenheim<br>Scott A. Zebrak<br>Jeffrey M. Gould<br>Kerry M. Mustico<br>OPPENHEIM + ZEBRAK, LLP<br>4530 Wisconsin Ave. NW, 5th Floor<br>Washington, DC 20016<br>Tel: (202) 621-9027<br>matt@oandzlaw.com<br>scott@oandzlaw.com<br>jeff@oandzlaw.com<br>kerry@oandzlaw.com<br>*Attorneys for Plaintiffs* | Mitchell A. Kamin<br>Neema T. Sahni<br>Mark Y. Chen<br>COVINGTON & BURLING LLP<br>1999 Avenue of the Stars, Suite 3500<br>Los Angeles, CA 90067-4643<br>Tel: (424) 332-4800<br>mkamin@cov.com<br>nsahni@cov.com<br>mychen@cov.com<br>*Attorneys for Plaintiffs* |
| Janette L. Ferguson<br>Benjamin M. Leoni<br>LEWIS BESS WILLIAMS & WEESE, P.C.<br>1801 California Street, Suite 3400<br>Denver, CO 80202<br>Tel: (303) 861-2828<br>jferguson@lewisbess.com<br>bleoni@lewisbess.com<br>*Attorneys for Plaintiffs* | Jonathan M. Sperling<br>William E. O'Neil<br>COVINGTON & BURLING LLP<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>Tel: (212) 841-1000<br>jsperling@cov.com<br>woneil@cov.com<br>*Attorneys for Plaintiffs* |
| | Megan M. O'Neill<br>COVINGTON & BURLING LLP<br>850 Tenth Street, NW<br>Washington, DC 20001-4956<br>Tel: (202) 662-5416<br>moneill@cov.com<br>*Attorneys for Plaintiffs* |

               */s/ Sharon Y. Meyer*
                 Sharon Y. Meyer