# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

WARNER RECORDS INC., *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

Civil Action No. 19-cv-00874-RBJ-MEH

___

## ORDER APPROVING THE
## PROTOCOL FOR PRODUCING DOCUMENTS AND ESI
___

Upon the stipulation of Plaintiffs Warner Records Inc. f/k/a Warner Bros. Records Inc., et al. (collectively, "Plaintiffs") and Defendant Charter Communications, Inc. ("Defendant"), good cause having been shown, it is hereby ORDERED as follows:

**I.  PRODUCTION FORMAT**

    **A.  Purpose**

The ESI Protocol shall govern the production of documents and electronically stored information ("ESI") by the parties in the above captioned litigation. The Protocol for Producing Documents and ESI ("ESI Protocol") shall also govern productions made by any third party who is subpoenaed in this action unless otherwise agreed to by the issuing party and the third party. Accordingly, the ESI Protocol shall be attached to any subpoena issued in this action.

    **B.  Paper Records**

Paper records will be scanned or otherwise converted into electronic form from paper documents in the following format:

(1) TIFFs. All documents shall be scanned to single page Group 4, TIFF format, at least 300 dpi and 8 ½ x 11-inch page size, except for documents requiring higher resolution or different page size. Each image file should have a unique file name which shall be the Bates number of the page.

(2) In scanning paper documents, distinct documents should not be merged into a single record, and single documents should not be split into multiple records (i.e., paper documents should be logically unitized). The parties will make their best efforts to have their vendors unitize documents correctly and will commit to address situations where there are improperly unitized documents.

(3) Objective Coding Fields. The following objective coding fields should be provided, if applicable and/or available: (1) beginning Bates number; (2) ending Bates number; (3) beginning attachment Bates number; (4) ending attachment Bates number; (5) page count; and (6) source location/custodian.

**C.     Electronically Stored Information**

The parties will produce ESI in TIFF format according to the following specifications:

(1) All TIFF formatted documents will be single page, Group 4 TIFF at 300 X 300 dpi resolution and 8½ X 11-inch page size, except for documents requiring different resolution or page size.

(2) An image load file, in standard Opticon format, showing the Bates number of each page and the appropriate unitization of the documents, will accompany all document images.

(3) Each imaged version of an electronic document will be created directly from the original electronic document.

(4) Color documents (e.g., color photographs or graphical representations in color) shall be produced as black & white, single-page TIFF images in accordance with the technical specifications set out above, unless agreed with the opposing party or ordered by a court. The requesting party retains the right to request TIFF images in higher resolution or larger page sizes if necessary to render the image legible or understandable. If color images are required to render the document legible and usable, the files shall be delivered in single page, JPEG format.

(5) Full extracted text will be provided in the format of a single *.txt file for each file (e.g., not one *.txt per *.tif image). Where ESI contains text that has been redacted under assertion of privilege or other protection from disclosure, the redacted *.tif image will be OCR'd and file-level OCR text will be produced in lieu of extracted text. Searchable text will be produced as file-level multi-page UTF-8 text files with the text file named to match the beginning production number of the file. The full path of the text file must be provided in the *.dat data load file.

(6) There will be two Load/Unitization files accompanying all productions. One will be the image load file and the other will be the metadata load file.

    (i) **Image Load File.**

- Every document referenced in the product load file shall have all corresponding images, text, and data logically grouped together in a directory structure with a common key to properly load the data.
- Documents shall be produced in only one image load file throughout the productions, unless that document is noted as being a replacement document in the Replacement field of the data load file.
- The name of the image load file shall mirror the name of the delivery volume, and should have a lfp., opt, or .dii* extension (e.g., ABC00l.lfp). The volume names shall be consecutive (i.e., ABC001, ABC002, et. seq.) ***If dii file is produced, the accompanying metadata load file shall be separate from the .dii file and not contained within the .dii file.***
- The load file shall contain one row per TIFF image.
- Every image in the delivery volume shall be contained in the image load file.
- The image key shall be named the same as the Bates number of the page. Load files shall not span across media (e.g., CDs, DVDs, Hard Drives, etc.). A separate volume shall be created for each piece of media delivered.
- E-mails will be produced with the CC and BCC line displayed in the image.

(ii)  **Metadata Load File.**  The following metadata fields associated with each electronic document, to the extent they are available, will be produced.

| Field Name | Field Description | Required for E-mail | Required for Non-E-mail ESI |
| --- | --- | --- | --- |
| Custodian | Name of custodian(s) of e-mail(s) or file(s) produced (Last Name, First Name format) as available | x | x |
| BegBates | Beginning Bates number (including Prefix) | x | x |
| EndBates | Ending Bates number (including Prefix) | x | x |
| BegAttach | Beginning Bates number of the first document in an attachment range (only in e-mails with attachments) | x | |
| EndAttach | Ending Bates number of the last document in attachment range (only in e-mails with attachments) | x | |
| AttachCount | Number of attachments to an e-mail | x | |
| AttachName | Name of each individual attachment | x | |
| ParentBates | Beginning Bates number for the parent e-mail of a family (will not be populated for documents that are not part of a family) | x | |
| From | From field extracted from an e-mail message | x | |
| Author | Author field extracted from the metadata of a non-e-mail document | | x |
| To | To or Recipient field extracted from an e-mail message | x | |
| Cc | Carbon Copy ("Cc") field extracted from an e-mail message | x | |
| Bcc | Blind Carbon Copy ("Bcc") field extracted from an e-mail message | x | |
| E-mailSubject | Subject line extracted from an e-mail message | x | |

| Field Name | Field Description | Required for E-mail | Required for Non-E-mail ESI |
|---|---|---|---|
| Filename | File name — Original name of file as appeared in original location | | x |
| Title | Title field extracted from the metadata of a non-e-mail document | | x |
| DateSent | Sent date of an e-mail message (mm/dd/yyyy format) (a given e-mail will have either a DateSent or Date Recvd, but not both) | x | |
| DateRcvd | Received date of an e-mail message (mm/dd/yyyy format) (a given e-mail will have either a DateSent or Date Recvd, but not both) | x | |
| DateCreated | Date that a non-e-mail file was created (mm/dd/yyyy format) | | x |
| Date Last modified | The application recorded time on which the document was last modified | | x |
| TimeSent | Time e-mail was sent (hh:mm:ss format) (a given e-mail will have either a TimeSent or Time Recvd, but not both) | x | |
| TimeRcvd | Time e-mail was received (hh:mm:ss format) (a given e-mail will have either a TimeSent or Time Recvd, but not both) | x | |
| File Path | File path storage location of the document or e-mail if the source application allows for the creation of folders | x | x |
| Native Link (if natives are exchanged) | Relative path to any files produced in native format | x | x |
| Text Link (if text is exchanged) | Relative path to any OCR/extracted text files in the production set | x | x |
| Confidentiality Designation (for natively produced | Confidentiality Designation for natively produced documents | x | x |

6

| Field Name | Field Description | Required for E-mail | Required for Non-E-mail ESI |
|---|---|---|---|
| documents only, if required) | | | |
| Redacted | Descriptor for documents that have been redacted.  "Yes" for redacted documents; "No" for unredacted documents. | x | x |
| Hash Value | MD5 or SHA-1 hash value used to deduplicate the data | x | x |
| FileExtension | File extension of native file | x | x |

(7) The parties will produce the following ESI types in native file format:

- Excel spreadsheets; and

- Audio/video files.

The Parties will meet and confer regarding any good faith request for the production of PowerPoint files in native file format.

   (8) Any document produced in native format will be produced according to the following specifications, to the extent practical and available:

    (a) A unique document number and confidentiality designation shall be used as the file name. The original file name and extension shall be preserved in the corresponding load file. An example of this convention would be: "CH00000001_HighlyConfidential" with metadata in the load file listing the original filename and extension as "Copyright data.xlsx."

    (b) The native format documents shall be accompanied by reference information that sets forth for each document sufficient information to allow the parties to track and authenticate the native format

7

       documents produced, including: (i) the name of the custodian from whose files the electronic file is produced; (ii) an appropriately calculated "MD-5 Hash Value;" (iii) the original name of the file; and (iv) a document control number.

  (c)  Any file produced in native format need not be imaged. Instead, a single page placeholder image shall be provided that indicates the file was produced in native format and contains the Bates number of the corresponding file.

  (d)  To the extent the protocols in paragraphs C.8.(a)-(c) are impractical or commercially unreasonable for large volumes of native media files, they are excused so long as such files are produced in native format and are reasonably identifiable.

### D. Redacted Files

Extracted text will ***not*** be provided for electronic documents that have been redacted—*e.g.*, for privilege or trade secrets—because the extracted text would reveal the redacted information. Instead, these files should be run through an OCR process to capture the visible text only and the results exchanged in lieu of the original extracted text.

### E. Data Load Files/Cross-Reference Files

Fielded data should be exchanged via a document-level-database load file in one of two delimited formats: either standard Concordance (DAT) or comma delimited (CSV). All image data should be delivered with a corresponding image load file in one of three formats: standard IPro (LFP), Opticon (OPT) or Summation (DII). The total number of images files referenced in the image load file should match the total number of images in the production delivery.

### F. Deduping Documents and Most Inclusive E-mail Productions

The parties may dedupe globally (i.e., across all custodians). This will result in the producing party needing to produce only a single copy of responsive duplicate ESI. The parties shall de-duplicate stand-alone documents against stand-alone documents and shall de-duplicate top-level e-mail documents against top-level e-mail documents. De-duplication shall not break apart families.

E-mail threads are e-mail communications that contain prior or lesser-included e-mail communications that also may exist separately in the party's electronic files. A most inclusive e-mail thread is one that contains all of the prior or lesser-included e-mails, including attachments, for that branch of the e-mail thread. The parties agree that removal of wholly included, prior-in-time, or lesser-included versions from potential production will reduce all parties' costs of document review, production, and litigation-support hosting. For the avoidance of doubt, only e-mail messages for which the parent document and all attachments are contained in the more inclusive e-mail message will be considered less inclusive e-mail messages that need not be produced; if the later message contains different text (such as where the later message adds in-line comments to the body of the earlier message), or does not include an attachment that was part of the earlier message, the earlier message must be produced. To the extent that an e-mail thread contains privileged communications, such communications can be redacted.

## II. SCOPE OF DISCOVERY

The parties agree to meet and confer in an attempt to reach an agreement on the scope of relevant and proportional discovery within the meaning of Rule 26(b)(1), including:

- Date ranges;
- File types;

- Custodians;
- Search terms;
- Non-custodial sources of ESI; and/or
- Information located in applications or databases.

Any remaining disputes on the scope of discovery shall promptly be presented to the Court for resolution.

It is SO ORDERED this 10th day of October, 2019.

_____
Hon. R. Brooke Jackson
United States District Judge