**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 19-cv-00874-RBJ-MEH

**WARNER RECORDS INC., et al.**

       Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.**

       Defendant.

## PLAINTIFFS' UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER

Plaintiffs, by and through undersigned counsel, in accordance with Fed. R. Civ. P. 16(b)(4) and for good cause as set forth herein, respectfully move the Court to extend the deadline to amend pleadings to join parties to **January 6, 2020**, with no effect on any other deadlines or timelines set forth in the Scheduling Order. Defendant Charter Communications, Inc. ("Charter") consents to the relief sought herein. In Support of their Motion, Plaintiffs state as follows:

## CERTIFICATION PURSUANT TO D.C.COLO.LCivR 7.1 (a) & 6.1(c)

A copy of this Motion has been served contemporaneously on Plaintiffs as required pursuant to D.C.Colo.LCivR 6.1(c).

Pursuant to D.C.Colo.LCivR 7.1(a), counsel for Plaintiffs contacted counsel for Charter to confer in good faith regarding this motion. On October 29, 2019, counsel for Charter notified counsel for Plaintiffs that Charter consented to Plaintiffs' requested relief.

1

**I.   GOOD CAUSE EXISTS TO EXTEND THE DEADLINE TO JOIN PARTIES, AND DEFENDANT WILL NOT BE PREJUDICED BY THE REQUESTED EXTENSION.**

Pursuant to the Court's Scheduling Order in this action, entered June 13, 2019 (ECF No. 44), the parties' current deadline to amend pleadings to join parties is November 1, 2019. Plaintiffs request an extension of the deadline to January 6, 2020. No prior extensions of time have been requested.

A scheduling order may be modified "for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "Good cause" requires the moving party to "show that it has been diligent in attempting to meet the deadlines." *Minter v. Prime Equipment Co.*, 451 F.3d 1196, 1205 n.4 (10th Cir. 2006). The Court may also consider the foreseeability of the need for additional time, the imminence of trial, and prejudice to the non-moving party. *See Lehman Bros. Holdings Inc. v. Universal Am. Mortg. Co.*, 300 F.R.D. 678, 682–83 (D. Colo. 2014) (allowing a deposition after the scheduled discovery cut-off date when the moving party tried in good faith to complete the deposition before the deadline); *see also Pumpco, Inc. v. Schenker Int'l, Inc.*, 204 F.R.D. 667, 668 (D. Colo. 2001) (extending the deadline to amend the complaint when the moving party learned new information in discovery that supported an additional claim).

Here, good cause exists to grant Plaintiffs' request for a modest two-month extension of the deadline to amend its Complaint to join parties to this action. Although discovery commenced several months ago, discovery has not progressed as rapidly as Plaintiffs anticipated when they agreed to the November 1 deadline earlier in the year. The parties have been diligently meeting and conferring on their respective discovery requests, and as such, both parties' document production efforts are still in their early stages. In conjunction with this process, Plaintiffs have

been working to confirm that all appropriate entities have been named as plaintiffs in this action. Plaintiffs will need additional time to complete this task and ensure that all proper entities have been named as plaintiffs. Plaintiffs are promptly bringing this matter to the attention of the Court, in advance of the amendment deadline.

Defendant Charter consents to the relief sought herein. Charter has not yet answered the Complaint; discovery is in its early stages; no depositions have been taken or scheduled; and trial is over a year away. Plaintiffs are not asking for any modification or extension of any other deadline set forth in the Scheduling Order; as such, granting the requested extension would not alter the balance of the case schedule. In addition, Plaintiffs' deadline to amend their complaint *except as to joinder of parties* would remain November 1, 2019, meaning Plaintiffs would not be able to add new causes of action after such date. Finally, Plaintiffs' deadline to amend the works at issue (Exhibits A and B) will remain January 15, 2020 under the proposed schedule.

## II.   CONCLUSION

Plaintiffs have acted with all proper diligence, this case and discovery are in their early stages, and the requested two-month extension will not prejudice Charter or otherwise alter the case schedule. Therefore, the Court should grant Plaintiffs' Unopposed Motion, and extend the deadline to amend the pleadings to join parties to January 6, 2020.

Dated: October 29, 2019

Respectfully submitted,

 /s/ *Mitchell A. Kamin*
Mitchell A. Kamin
Neema T. Sahni
Mark Chen
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800

3

mkamin@cov.com
nsahni@cov.com
mychen@cov.com

Jonathan M. Sperling
William O'Neill
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com
woneil@cov.com

Megan M. O'Neill
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
moneill@cov.com

Matthew J. Oppenheim
Scott A. Zebrak
Jeffrey M. Gould
Kerry M. Mustico (pro hac vice)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Fl.
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
scott@oandzlaw.com
jeff@oandzlaw.com
kerry@oandzlaw.com

Janette L. Ferguson, Esq.
Benjamin M. Leoni, Esq.
LEWIS BESS WILLIAMS & WEESE, P.C.
1801 California Street, Suite 3400
Denver, CO 80202
Tel: (303) 861-2828
jferguson@lewisbess.com
bleoni@lewisbess.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 29th day of October, 2019, a true and correct copy of the foregoing was filed and served with the Clerk of the Court via the CM/ECF system, which will send notification of such filing to the following email addresses:

  Michael Elkin
  Thomas Patrick Lane
  Seth E. Spitzer
  Stacey Foltz Stark
  WINSTON & STRAWN LLP
  200 Park Avenue
  New York, NY 10166-4193
  melkin@winston.com
  tlane@winston.com
  sspitzer@winston.com
  sfstark@winston.com

  John M. Tanner
  Craig D. Joyce
  FAIRFIELD AND WOODS, P.C.
  1801 California St., Suite 2600
  Denver, CO 80202
  jtanner@fwlaw.com
  cjoyce@fwlaw.com

  Jennifer A. Golinveaux
  WINSTON & STRAWN LLP
  101 California Street, 35th Floor
  San Francisco, CA 94111
  jgolinveaux@winston.com

  *Attorneys for Defendant Charter Communications, Inc.*

             /s/Mitchell A. Kamin
             COVINGTON & BURLING LLP