# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| WARNER RECORDS INC., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>    Defendant. | Civil Action No.: 19-cv-00874-RBJ-MEH |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER

THIS COURT, having reviewed and considered Plaintiffs' Unopposed Motion to Modify Scheduling Order, finds good cause to GRANT the Motion, and hereby ORDERS as follows:

The deadline to amend pleadings to join parties shall be extended from November 1, 2019 to **January 6, 2020**;

All other deadlines set out in the Scheduling Order entered June 13, 2019 (ECF No. 44) remain in effect.

SO ORDERED this ____ day of _____, 2019.

_____
United States District Court Judge

1