IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| WARNER BROS. RECORDS INC., *et al*.,<br><br>　　Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>　　Defendant. | Civil Action No.  19-cv-00874-RBJ-MEH |

ERRATA/CORRECTION TO DEFENDANT CHARTER COMMUNICATIONS, INC.'S OBJECTION TO RECOMMENDATION BY MAGISTRATE JUDGE TO DENY CHARTER'S MOTION TO DISMISS PLAINTIFFS' CLAIM FOR VICARIOUS LIABILITY

Earlier today, Defendant Charter Communications, Inc. filed its Objection to Recommendation by Magistrate Judge to Deny Plaintiffs' Claim for Vicarious Liability.  Unfortunately, the pagination on that Objection was incorrect.  The same brief, but with the pagination corrected, is submitted herewith.

Respectfully submitted this 4th day of November, 2019

　　　　　　　　　　　　　　　　　　　　By:  s/ *Craig D. Joyce*
　　　　　　　　　　　　　　　　　　　　　　　Craig D. Joyce
　　　　　　　　　　　　　　　　　　　　John M. Tanner
　　　　　　　　　　　　　　　　　　　　Fairfield and Woods, P.C.
　　　　　　　　　　　　　　　　　　　　1801 California Street, Suite 2600
　　　　　　　　　　　　　　　　　　　　Denver, Colorado 80202
　　　　　　　　　　　　　　　　　　　　Phone: 303.830.2400
　　　　　　　　　　　　　　　　　　　　Fax: 303.830.1033
　　　　　　　　　　　　　　　　　　　　E-mail: cjoyce@fwlaw.com
　　　　　　　　　　　　　　　　　　　　E-mail: jtanner@fwlaw.com

Michael S. Elkin
Thomas Patrick Lane
Seth E. Spitzer
Winston & Strawn LLP
200 Park Avenue
New York, New York 10166-4193
Phone: 212.294.6700
Fax: 212.294.4700
E-mail: melkin@winston.com
E-mail: tlane@winston.com
E-mail: sspitzer@winston.com
E-mail: sfstark@winston.com

Jennifer A. Golinveaux
Winston & Strawn LLP
101 California Street
San Francisco, California 94111
Phone: 415.591.1000
Fax: 415.591.1400
E-mail: jgolinveaux@winston.com

Erin R. Ranahan
Shilpa A. Coorg
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA  90071
(213) 615-1700 (telephone)
(213) 615-1750 (facsimile)
Email: eranahan@winston.com
Email: scoorg@winston.com

*Counsel for Defendant*
*Charter Communications, Inc.*

<u>CERTIFICATE OF SERVICE</u>

I certify that on November 4, 2019, a true and correct copy of the foregoing was filed with the Court via CM/ECF which will send a notice of electronic filing to the parties of record.

| | |
|---|---|
| Matthew J. Oppenheim<br>Scott A. Zebrak<br>Jeffrey M. Gould<br>Kerry M. Mustico<br>OPPENHEIM + ZEBRAK, LLP<br>4530 Wisconsin Ave. NW, 5th Floor<br>Washington, DC 20016<br>Tel: (202) 621-9027<br>matt@oandzlaw.com<br>scott@oandzlaw.com<br>jeff@oandzlaw.com<br>kerry@oandzlaw.com<br>*Attorneys for Plaintiffs* | Mitchell A. Kamin<br>Neema T. Sahni<br>Mark Y. Chen<br>COVINGTON & BURLING LLP<br>1999 Avenue of the Stars, Suite 3500<br>Los Angeles, CA 90067-4643<br>Tel: (424) 332-4800<br>mkamin@cov.com<br>nsahni@cov.com<br>mychen@cov.com<br>*Attorneys for Plaintiffs* |
| Janette L. Ferguson<br>Benjamin M. Leoni<br>LEWIS BESS WILLIAMS &<br>WEESE, P.C.<br>1801 California Street, Suite 3400<br>Denver, CO 80202<br>Tel: (303) 861-2828<br>jferguson@lewisbess.com<br>bleoni@lewisbess.com<br>*Attorneys for Plaintiffs* | Jonathan M. Sperling<br>William E. O'Neil<br>COVINGTON & BURLING LLP<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>Tel: (212) 841-1000<br>jsperling@cov.com<br>woneil@cov.com<br>*Attorneys for Plaintiffs* |

|  | Megan M. O'Neill<br>COVINGTON & BURLING LLP<br>850 Tenth Street, NW<br>Washington, DC 20001-4956<br>Tel: (202) 662-5416<br>moneill@cov.com<br>*Attorneys for Plaintiffs* |
|---|---|

*s/ Kristin Hurley*
Kristin Hurley

4