# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | |
|---|---|
| Civil Action No: 19-cv-874-RBJ-MEH | Date: October 29, 2019 |
| Courtroom Deputy: Christopher Thompson | FTR: Courtroom A 501 |

*Parties:*                                                      *Counsel:*

WARNER RECORDS INC,                              Jeff Gould
WARNER CHAPPELL MUSIC, INC,                Megan O'Neil
W.C.M. MUSIC CORP.,                                    Neema Sahni
ATLANTIC RECORDING CORPORATION,
BAD BOY RECORDS LLC,
ELEKTR ENTERTAINMENT GROUP INC.,
FUELED BY RAMEN LLC,
NONESUCH RECORDS, INC.,
ROADRUNNER RECORDS, INC.,
WEA INTERNATIONAL INC.,
WARNER-TAMERLANE PUBLISHING CORP.,
WB MUSIC CORP.,
UNICHAPPELL MUSIC INC.,
RIGHTSONG MUSIC INC.,
COTILLION MUSIC, INC.,
INTERSONG U.S.A., INC.,
SONY MUSIC ENTERTAINMENT,
ARISTA MUSIC,
ARISTA RECORDS LLC,
LAFACE RECORDS LLC,
PROVIDENT LABEL GROUP, LLC,
SONY MUSIC ENTERTAINMENT US LATIN,
VOLCANO ENTERTAINMENT III, LLC,
ZOMBA RECORDINGS LLC,
SONY/ATV MUSIC PUBLISHING LLC,
EMI AL GALLICO MUSIC CORP.,
EMI ALGEE MUSIC CORP.,
EMI APRIL MUSIC INC.,
EMI BLACKWOOD MUSIC INC.,
COLGEMS-EMI MUSIC INC.,
EMI CONSORTIUM MUSIC PUBLISHING
INC.,
EMI ENTERTAINMENT WORLD INC.,
EMI JEMAXAL MUSIC INC.,
EMI FEIST CATALOG INC.,
EMI MILLER CATALOG INC.,
EMI MILLS MUSIC INC.,

EMI UNART CATALOG INC.,
EMI U CATALOG INC.,
JOBETE MUSIC CO. INC.,
STONE AGATE MUSIC,
SCREEN GEMS-EMI MUSIC INC.,
STONE DIAMOND MUSIC CORP.,
UMG RECORDINGS, INC.,
CAPITOL RECORDS, LLC,
UNIVERSIAL MUSIC CORP.,
UNIVERSIAL MUSIC MGB NA LLC,
UNIVERSIAL MUSIC PUBLISHING INC.,
UNIVERSIAL MUSIC PUBLSIHING AB,
UNIVERSIAL MUSIC PUBLISHING LIMITED,
UNIVERSIAL MUSIC PUBLISHING MGB LIMITED,
UNIVERSIAL MUSIC Z TUNES LLC,
ISLAND MUSIC LIMITED,
POLYGRAM PUBLISHING, INC.,
SONGS OF UNIVERSAL, INC.,

    Plaintiff,

v.

CHARTER COMMUNICATIONS, INC.,    Erin Ranahan
                                                              Jack Tanner
                                                               Shilpa Coorg

    Defendant.

---

**COURTROOM MINUTES**
**TELEPHONIC DISCOVERY CONFERENCE**

---

**Court in session:**    1:33 p.m.

Court calls case. Appearances of counsel by Telephone.

Discussion held regarding Discovery disputes.

**ORDERED:**    Relevant material from the related Cox lawsuit can be used in this case as related to the financial documents in question, Defendant will determine what is relevant and Plaintiffs will comment.

        Defendant shall designate 110 works in reference to ownership documents as stated on the record, a 1% sample size, to be produced by Plaintiffs. The Court

        directs the Defendant to list their requests for types of ownership documents in a letter and if Plaintiffs object to any of the requests, parties shall contact the Court.

        The Plaintiffs are not required to produce information to the Defendant pertaining to the industry agreement as stated on the record.

**Court in recess:**    **2:31 p.m.**    Hearing concluded.
Total in-court time:    00:45

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Court Reporting & Video, Inc. at (303) 629-8534.