IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

WARNER BROS. RECORDS INC., *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

Civil Action No. 19-cv-00874-RBJ-MEH

**NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING DEFENDANT CHARTER COMMUNICATIONS, INC.'S OBJECTIONS TO MAGISTRATE JUDGE HEGARTY'S OCTOBER 29, 2019 DISCOVERY ORDER [DKT 84] AND AS SUPPLEMENT TO CHARTER'S NOVEMBER 6, 2019 LETTER TO MAGISTRATE JUDGE HEGARTY**

On November 19, 2019, in *Sony Music Entertainment et al v. Cox Communications, Inc. et al* (Dkt. 590, E.D. Va. 1:18-cv-00950-LO-JFA) (a copyright case also brought against another ISP by plaintiff record labels), the court entered an Order denying the plaintiffs' motion *in limine* to exclude documents regarding the Copyright Alert System ("the CAS"), allowing evidence and argument relating the CAS to be introduced at trial. For the Court's convenience, Charter attaches that Order here as Exhibit 1. (*See* Ex. 1, at p. 7.)

This Order directly relates to the CAS issues pending before this Court in Charter's Objections to Magistrate Judge's October 29, 2019 Discovery Order (Dkt. 84) and a narrowed issue from Charter's November 6, 2019 letter related to CAS implementation agreements pending before Magistrate Judge Hegarty. (Dkt. 84 at fn 1).

Respectfully submitted this 20th day of November, 2019.

By: *s/ Craig D. Joyce*
Craig D. Joyce
John M. Tanner

AmericasActive:14194512.4

Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, Colorado 80202
Phone: 303.830.2400
Fax: 303.830.1033
E-mail: cjoyce@fwlaw.com
E-mail: jtanner@fwlaw.com

Michael S. Elkin
Thomas Patrick Lane
Seth E. Spitzer
Winston & Strawn LLP
200 Park Avenue
New York, New York 10166-4193
Phone: 212.294.6700
Fax: 212.294.4700
E-mail: melkin@winston.com
E-mail: tlane@winston.com
E-mail: sspitzer@winston.com
Jennifer A. Golinveaux
Winston & Strawn LLP
101 California Street
San Francisco, California 94111
Phone: 415.591.1000
Fax: 415.591.1400
E-mail: jgolinveaux@winston.com

Erin R. Ranahan
Shilpa A. Coorg
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071
(213) 615-1700 (telephone)
(213) 615-1750 (facsimile)
Email: eranahan@winston.com
Email: scoorg@winston.com

*Counsel for Defendant
Charter Communications, Inc.*

CERTIFICATE OF SERVICE

I certify that on November 20, 2019, a true and correct copy of the foregoing was filed with the Court via CM/ECF which will send a notice of electronic filing to the parties of record.

| | |
|---|---|
| Matthew J. Oppenheim<br>Scott A. Zebrak<br>Jeffrey M. Gould<br>Kerry M. Mustico<br>OPPENHEIM + ZEBRAK, LLP<br>4530 Wisconsin Ave. NW, 5th Floor<br>Washington, DC 20016<br>Tel: (202) 621-9027<br>matt@oandzlaw.com<br>scott@oandzlaw.com<br>jeff@oandzlaw.com<br>kerry@oandzlaw.com<br>*Attorneys for Plaintiffs* | Mitchell A. Kamin<br>Neema T. Sahni<br>Mark Y. Chen<br>COVINGTON & BURLING LLP<br>1999 Avenue of the Stars, Suite 3500<br>Los Angeles, CA 90067-4643<br>Tel: (424) 332-4800<br>mkamin@cov.com<br>nsahni@cov.com<br>mychen@cov.com<br>*Attorneys for Plaintiffs* |
| Janette L. Ferguson<br>Benjamin M. Leoni<br>LEWIS BESS WILLIAMS & WEESE, P.C.<br>1801 California Street, Suite 3400<br>Denver, CO 80202<br>Tel: (303) 861-2828<br>jferguson@lewisbess.com<br>bleoni@lewisbess.com<br>*Attorneys for Plaintiffs* | Jonathan M. Sperling<br>William E. O'Neil<br>COVINGTON & BURLING LLP<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>Tel: (212) 841-1000<br>jsperling@cov.com<br>woneil@cov.com<br>*Attorneys for Plaintiffs* |
| Megan M. O'Neill<br>COVINGTON & BURLING LLP<br>850 Tenth Street, NW<br>Washington, DC 20001-4956<br>Tel: (202) 662-5416<br>moneill@cov.com<br>*Attorneys for Plaintiffs* | Phillip R. Malone<br>Juelsgaard Intellectual Property<br>and Innovation Clinic<br>Mills Legal Clinic<br>at Stanford Law School<br>559 Nathan Abbott Way<br>Stanford, CA 94305<br>Tel: (650) 724-1900<br>pmalone@law.stanford.edu<br>*Attorney for Amici Curiae* |

s/ Sharon Meyer
Sharon Meyer