IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

WARNER BROS. RECORDS INC., *et al*.,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

Civil Action No.  19-cv-00874-RBJ-MEH

**CHARTER COMMUNICATIONS, INC.'S, MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF ITS OBJECTION TO RECOMMENDATION BY MAGISTRATE JUDGE TO DENY CHARTER'S MOTION TO DISMISS PLAINTIFFS' CLAIM FOR VICARIOUS LIABILITY**

---

Charter Communications, Inc., by its counsel, and pursuant to Fed. R. Civ. P. 72, seeks leave to file a short reply in support of its Objections Motion for Summary Judgment seeking dismissal of Plaintiff's Complaint.

**Certification Under Rule 7.1.**

Counsel for Charter has made reasonable efforts to confer with Plaintiffs' counsel regarding this motion; Plaintiffs have not consented to the relief sought herein.

1. Replies in support of objections to recommendations regarding dispositive motions may be filed only with leave of court under Fed. R. Civ. P. 72.

2. Leave should be granted because Charter would like to clarify its position and the law on the issues in question, which have been incorrectly addressed by Plaintiffs in their Response.  In particular, Charter would like to distinguish *Capitol Records, LLC v. Escape Media*

1

*Grp.*, 2015 WL 1402049, at *42 (S.D.N.Y. Mar. 25, 2015), which is heavily relied upon by Plaintiffs in their Response, but is clearly factually distinguishable.

3. The Reply is short; only 4 pages. The Reply will be helpful to the Court in making its determination of the subject Objection. A copy of the proposed Reply is attached as **Exhibit 1**.

4. For the Court's convenience, a proposed Order is submitted herewith.

WHEREFORE, Charter Communications, Inc. prays that this Court grant it leave to file a Reply Brief in Support of its Objection to Magistrate Judge Hegarty's Recommendation to Deny Charter's Motion to Dismiss Plaintiffs' Claim for Vicarious Liability.

Respectfully submitted this 2nd day of December, 2019.

By: /s/ *Erin R. Ranahan*
Erin R. Ranahan
Shilpa A. Coorg
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, California 90071
Phone: 213.615.1700
Fax: 213.615.1750
Email: eranahan@winston.com
Email: scoorg@winston.com

Michael S. Elkin
Thomas Patrick Lane
Seth E. Spitzer
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Phone: 212.294.6700
Fax: 212.294.4700
E-mail: melkin@winston.com
E-mail: tlane@winston.com
E-mail: sspitzer@winston.com

Jennifer A. Golinveaux
WINSTON & STRAWN LLP

2

101 California Street
San Francisco, California 94111
Phone: 415.591.1000
Fax: 415.591.1400
E-mail: jgolinveaux@winston.com

Craig D. Joyce
John M. Tanner
FAIRFIELD AND WOODS, P.C.
1801 California Street, Suite 2600
Denver, Colorado 80202
Phone: 303.830.2400
Fax: 303.830.1033
E-mail: cjoyce@fwlaw.com
E-mail: jtanner@fwlaw.com

*Counsel for Defendant*
*Charter Communications, Inc.*

CERTIFICATE OF SERVICE

I certify that on December 2, 2019, a true and correct copy of the foregoing was filed with the Court via CM/ECF which will send a notice of electronic filing to the parties of record.

| | |
|---|---|
| Matthew J. Oppenheim<br>Scott A. Zebrak<br>Jeffrey M. Gould<br>Kerry M. Mustico<br>OPPENHEIM + ZEBRAK, LLP<br>4530 Wisconsin Ave. NW, 5th Floor<br>Washington, DC 20016<br>Tel: (202) 621-9027<br>matt@oandzlaw.com<br>scott@oandzlaw.com<br>jeff@oandzlaw.com<br>kerry@oandzlaw.com<br>*Attorneys for Plaintiffs* | Mitchell A. Kamin<br>Neema T. Sahni<br>Mark Y. Chen<br>COVINGTON & BURLING LLP<br>1999 Avenue of the Stars, Suite 3500<br>Los Angeles, CA 90067-4643<br>Tel: (424) 332-4800<br>mkamin@cov.com<br>nsahni@cov.com<br>mychen@cov.com<br>*Attorneys for Plaintiffs* |
| Janette L. Ferguson<br>Benjamin M. Leoni<br>LEWIS BESS WILLIAMS & WEESE, P.C.<br>1801 California Street, Suite 3400<br>Denver, CO 80202<br>Tel: (303) 861-2828<br>jferguson@lewisbess.com<br>bleoni@lewisbess.com<br>*Attorneys for Plaintiffs* | Jonathan M. Sperling<br>William E. O'Neil<br>COVINGTON & BURLING LLP<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>Tel: (212) 841-1000<br>jsperling@cov.com<br>woneil@cov.com<br>*Attorneys for Plaintiffs* |
| Megan M. O'Neill<br>COVINGTON & BURLING LLP<br>850 Tenth Street, NW<br>Washington, DC 20001-4956<br>Tel: (202) 662-5416<br>moneill@cov.com<br>*Attorneys for Plaintiffs* | Phillip R. Malone<br>Juelsgaard Intellectual Property<br>and Innovation Clinic<br>Mills Legal Clinic<br>at Stanford Law School<br>559 Nathan Abbott Way<br>Stanford, CA 94305<br>Tel: (650) 724-1900<br>pmalone@law.stanford.edu<br>*Attorney for Amici Curiae* |

                                                  *s/ Erin R. Ranahan*
                                                   Erin R. Ranahan