# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| WARNER BROS. RECORDS INC., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>    Defendant. | Civil Action No.  19-cv-00874-RBJ-MEH |

**(PROPOSED) ORDER GRANTING CHARTER COMMUNICATION, INC.'S MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF ITS OBJECTION TO RECOMMENDATION BY MAGISTRATE JUDGE TO DENY CHARTER'S MOTION TO DISMISS PLAINTIFFS' CLAIM FOR VICARIOUS LIABILITY**

The Court, upon the Motion of Defendant and being sufficiently advised in the Premises, hereby Orders that the Motion is Granted.  Defendant may file its Reply Brief.

Done this ___ day of December, 2019.

_____
Judge R. Brooke Jackson
U.S. District Court