# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

WARNER BROS. RECORDS INC., *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

**Civil Action No. 19-cv-00874-RBJ-MEH**

**[PROPOSED] ORDER RE DEFENDANT CHARTER COMMUNICATIONS, INC.'S MOTION TO RESTRICT CERTAIN EXHIBITS FILED IN CONNECTION WITH ITS REPLY IN SUPPORT OF ITS OBJECTION TO MAGISTRATE JUDGE HEGARTY'S OCTOBER 29, 2019 DISCOVERY ORDER**

The Court, upon the Motion of Defendant, and being sufficiently advised in the Premises, hereby Orders that the Motion is Granted. Exhibit 3 to the Affidavit of Erin Ranahan may be restricted to public access at Level 1.

Done this ___ day of December, 2019.

                                                                               _____
                                                                                 R. Brooke Jackson
                                                                                 United States District Judge