**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:19-cv-00874-RBJ-MEH

**WARNER BROS. RECORDS INC., et al.**

       Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.**

       Defendant.

**NOTICE OF ENTRY OF APPEARANCE – NICHOLAS M. LAMPROS**

Nicholas M. Lampros of Covington & Burling LLP, who certifies that he is a member in good standing of the bar of the United States District Court for the District of Colorado, hereby enters his appearance on behalf of Plaintiffs in the above referenced matter.

Respectfully submitted this 16th day of December, 2019.

       */s/ Nicholas M. Lampros*
       Mitchell A. Kamin
       Neema T. Sahni
       Mark Y. Chen
       Nicholas M. Lampros
       COVINGTON & BURLING LLP
       1999 Avenue of the Stars, Suite 3500
       Los Angeles, CA 90067-4643
       Telephone: (424) 332-4800
       mkamin@cov.com
       nsahni@cov.com
       mychen@cov.com
       nlampros@cov.com

Jonathan M. Sperling
William E. O'Neil
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com
woneil@cov.com

Megan O'Neill
COVINGTON & BURLING LLP
One City Center
850 Tenth Street NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
moneill@cov.com

Matthew J. Oppenheim
Scott A. Zebrak
Jeffrey M. Gould
Kerry M. Mustico
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Floor
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
scott@oandzlaw.com
jeff@oandzlaw.com
kerry@oandzlaw.com

Janette L. Ferguson, Esq.
Benjamin M. Leoni, Esq.
LEWIS BESS WILLIAMS & WEESE, P.C.
1801 California Street, Suite 3400
Denver, CO 80202
Telephone: (303) 861-2828
Facsimile: (303) 861-4017
jferguson@lewisbess.com
bleoni@lewisbess.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of December, 2019, a true and correct copy of the foregoing was filed with the Clerk of the Court and served electronically on all parties via the CM/ECF system.

/s/ Nicholas M. Lampros
Nicholas M. Lampros