IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | |
|---|---|
| Civil Action No: 19-cv-874-RBJ-MEH | Date: December 17, 2019 |
| Courtroom Deputy: Christopher Thompson | FTR: Courtroom A 501 |

| *Parties:* | *Counsel:* |
|---|---|
| WARNER RECORDS INC, | Neema Sahni |
| WARNER CHAPPELL MUSIC, INC, | Nicholas Lampros |
| W.C.M. MUSIC CORP., | Janette Ferguson |
| ATLANTIC RECORDING CORPORATION, | |
| BAD BOY RECORDS LLC, | |
| ELEKTR ENTERTAINMENT GROUP INC., | |
| FUELED BY RAMEN LLC, | |
| NONESUCH RECORDS, INC., | |
| ROADRUNNER RECORDS, INC., | |
| WEA INTERNATIONAL INC., | |
| WARNER-TAMERLANE PUBLISHING CORP., | |
| WB MUSIC CORP., | |
| UNICHAPPELL MUSIC INC., | |
| RIGHTSONG MUSIC INC., | |
| COTILLION MUSIC, INC., | |
| INTERSONG U.S.A., INC., | |
| SONY MUSIC ENTERTAINMENT, | |
| ARISTA MUSIC, | |
| ARISTA RECORDS LLC, | |
| LAFACE RECORDS LLC, | |
| PROVIDENT LABEL GROUP, LLC, | |
| SONY MUSIC ENTERTAINMENT US LATIN, | |
| VOLCANO ENTERTAINMENT III, LLC, | |
| ZOMBA RECORDINGS LLC, | |
| SONY/ATV MUSIC PUBLISHING LLC, | |
| EMI AL GALLICO MUSIC CORP., | |
| EMI ALGEE MUSIC CORP., | |
| EMI APRIL MUSIC INC., | |
| EMI BLACKWOOD MUSIC INC., | |
| COLGEMS-EMI MUSIC INC., | |
| EMI CONSORTIUM MUSIC PUBLISHING INC., | |
| EMI ENTERTAINMENT WORLD INC., | |
| EMI JEMAXAL MUSIC INC., | |
| EMI FEIST CATALOG INC., | |
| EMI MILLER CATALOG INC., | |

EMI MILLS MUSIC INC.,
EMI UNART CATALOG INC.,
EMI U CATALOG INC.,
JOBETE MUSIC CO. INC.,
STONE AGATE MUSIC,
SCREEN GEMS-EMI MUSIC INC.,
STONE DIAMOND MUSIC CORP.,
UMG RECORDINGS, INC.,
CAPITOL RECORDS, LLC,
UNIVERSIAL MUSIC CORP.,
UNIVERSIAL MUSIC MGB NA LLC,
UNIVERSIAL MUSIC PUBLISHING INC.,
UNIVERSIAL MUSIC PUBLSIHING AB,
UNIVERSIAL MUSIC PUBLISHING
LIMITED,
UNIVERSIAL MUSIC PUBLISHING MGB
LIMITED,
UNIVERSIAL MUSIC Z TUNES LLC,
ISLAND MUSIC LIMITED,
POLYGRAM PUBLISHING, INC.,
SONGS OF UNIVERSAL, INC.,

    Plaintiff,

v.

CHARTER COMMUNICATIONS, INC.,    Erin Ranahan
                                                                   Craig Joyce

    Defendant.

## COURTROOM MINUTES
## DISCOVERY CONFERENCE

**Court in session:**    1:00 p.m.

Court calls case. Appearances of counsel. Parties discuss discovery disputes.

**ORDERED:**    The Defendant's counsel shall confer with their client to find out what it would take to find month by month subscriber numbers as compared to one lump sum of subscribers in the 38-month claim period. Counsel shall also ask their client if they maintain some internal system of accounting for the internet portion of their business, along with related financial information, even when many subscribers

bundle with other services, as stated on the record.  Counsel shall email the Court, courtesy copying opposing counsel, with their findings, at Hegarty_Chambers@cod.uscourts.gov on or before **January 10, 2020.**

Defendant shall provide information regarding the discovery request related to their copyright policies as stated on the record.

The Court finds Plaintiff's requests for 3rd party ticket infringement notices and subscriber ticket log data are relevant to discovery.

The Copyright Alert System (CAS) agreements shall be provided for the purposes of discovery as stated on the record.

**On or before January 27, 2020** Plaintiffs shall complete producing, on a rolling basis, documents pertaining to the issue of ownership chains as discussed on the record.

Within three (3) days of Judge Jackson's ruling on the motions discussed on the record, the parties shall email the Court with any remaining issues which need to be addressed at Hegarty_Chambers@cod.uscourts.gov. By **January 10, 2020,** Defendant shall update the Court in relation to the umbrella agreements issue as stated on the record.

A Discovery Conference is set for **Wednesday, February 12, 2020 at 3:00 p.m.** before U.S. Magistrate Judge Michael E. Hegarty in Courtroom A 501, Arraj Courthouse. Parties are allowed to appear telephonically unless ordered otherwise if more issues arise.

**Court in recess:**   **3:45 p.m.**   Hearing concluded.
Total in-court time:   02:45

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Court Reporting & Video, Inc. at (303) 629-8534.

3