IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

WARNER BROS. RECORDS INC., *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

Civil Action No. 19-cv-00874-RBJ-MEH

**DEFENDANT CHARTER COMMUNICATIONS, INC.'S WITHDRAWAL OF ITS OBJECTION REGARDING THE COPYRIGHT ALERT SYSTEM CONTAINED IN [DOC. 84] BECAUSE ISSUE IS MOOT AFTER MAGISTRATE JUDGE HEGARTY'S DECEMBER 17, 2019 ORDER [DOC. 100]**

Charter Communications, Inc. ("Charter"), by its counsel, Winston & Strawn, LLP and Fairfield and Woods, P.C., hereby withdraws the part of its objection regarding the Copyright Alert System ("CAS") contained in "Defendant Charter Communications, Inc.'s Objection to Magistrate Judge Hegarty's October 29, 2019 Discovery Order" [Doc. 84] (the "Objection") as follows:

1. As explained in Charter's Objection at Footnote 1, shortly after the October 29, 2019 Order, wherein Magistrate Judge Hegarty ruled on Copyright Alert System ("CAS") documents Charter sought generally, Charter made a narrowed request to Magistrate Judge Hegarty with respect to Copyright Alert System ("CAS") requesting five CAS implementation agreements, which had not been specifically discussed during the October 29, 2019 teleconference before Magistrate Judge Hegarty.

2. Because the October 29, 2019 Order could have broadly covered the CAS documents, while the narrowed issue on the CAS implementation agreements was pending before Magistrate Judge Hegarty, in the event that Magistrate Judge Hegarty did not rule on the narrowed request for the CAS implementation agreements, Charter filed its Objection to the October 29, 2019 CAS ruling to preserve its rights.

3. On December 17, 2019, Magistrate Judge Hegarty held a Discovery Dispute Hearing, wherein after considering argument specifically regarding the CAS implementation agreements, he ordered Plaintiffs to produce the five CAS implementation agreements.

4. In light of Magistrate Judge Hegarty's December 17, 2019 ruling, Charter withdraws the portion of the Objection that relates to the CAS, which is now moot.

5. Specifically, Charter withdraws the argument at Section II B, "Charter should be entitled to documents concerning the CAS" at pp. 16-20 of the Objection.

6. This in no way affects the other arguments made in the Objection.

Respectfully submitted this 18th day of December, 2019.

        By: *s/ John M. Tanner*
John M. Tanner
Craig D. Joyce
Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, Colorado 80202
Phone: (303) 830-2400
E-mail: cjoyce@fwlaw.com
E-mail: jtanner@fwlaw.com

Michael S. Elkin
Thomas Patrick Lane
Seth E. Spitzer
Winston & Strawn LLP
200 Park Avenue
New York, New York 10166-4193
Phone: (212) 294-6700
Fax: (212) 294-4700
E-mail: melkin@winston.com
E-mail: tlane@winston.com
E-mail: sspitzer@winston.com

Jennifer A. Golinveaux
Winston & Strawn LLP
101 California Street
San Francisco, California 94111
Phone: (415) 591-1000
Fax: (415) 591-1400
E-mail: jgolinveaux@winston.com

Erin R. Ranahan
Shilpa A. Coorg
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA  90071
(213) 615-1700 (telephone)
(213) 615-1750 (facsimile)
Email: eranahan@winston.com
Email: scoorg@winston.com

*Counsel for Defendant*
*Charter Communications, Inc.*

CERTIFICATE OF SERVICE

I certify that on December 18, 2019, a true and correct copy of the foregoing **DEFENDANT CHARTER COMMUNICATIONS, INC.'S WITHDRAWAL OF ITS OBJECTION REGARDING THE COPYRIGHT ALERT SYSTEM CONTAINED IN [DOC. 84] BECAUSE ISSUE IS MOOT AFTER MAGISTRATE JUDGE HEGARTY'S DECEMBER 17, 2019 ORDER [DOC. 100]** was filed with the Court via CM/ECF which will send a notice of electronic filing to the parties of record.

| | |
|---|---|
| Matthew J. Oppenheim<br>Scott A. Zebrak<br>Jeffrey M. Gould<br>Kerry M. Mustico<br>OPPENHEIM + ZEBRAK, LLP<br>4530 Wisconsin Ave. NW, 5th Floor<br>Washington, DC 20016<br>Tel: (202) 621-9027<br>matt@oandzlaw.com<br>scott@oandzlaw.com<br>jeff@oandzlaw.com<br>kerry@oandzlaw.com<br>*Attorneys for Plaintiffs* | Mitchell A. Kamin<br>Neema T. Sahni<br>Mark Y. Chen<br>Nicholas M. Lampros<br>COVINGTON & BURLING LLP<br>1999 Avenue of the Stars, Suite 3500<br>Los Angeles, CA 90067-4643<br>Tel: (424) 332-4800<br>mkamin@cov.com<br>nsahni@cov.com<br>mychen@cov.com<br>nlampros@cov.com<br>*Attorneys for Plaintiffs* |
| Janette L. Ferguson<br>Benjamin M. Leoni<br>LEWIS BESS WILLIAMS & WEESE, P.C.<br>1801 California Street, Suite 3400<br>Denver, CO 80202<br>Tel: (303) 861-2828<br>jferguson@lewisbess.com<br>bleoni@lewisbess.com<br>*Attorneys for Plaintiffs* | Jonathan M. Sperling<br>William E. O'Neil<br>COVINGTON & BURLING LLP<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>Tel: (212) 841-1000<br>jsperling@cov.com<br>woneil@cov.com<br>*Attorneys for Plaintiffs* |
| Megan M. O'Neill<br>COVINGTON & BURLING LLP<br>850 Tenth Street, NW<br>Washington, DC 20001-4956<br>Tel: (202) 662-5416<br>moneill@cov.com<br>*Attorneys for Plaintiffs* | Phillip R. Malone<br>Juelsgaard Intellectual Property<br>and Innovation Clinic<br>Mills Legal Clinic<br>at Stanford Law School<br>559 Nathan Abbott Way<br>Stanford, CA 94305<br>Tel: (650) 724-1900<br>pmalone@law.stanford.edu<br>*Attorney for Amici Curiae* |

*s/ Sharon Y. Meyer*
Sharon Y. Meyer