# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

WARNER BROS. RECORDS INC., *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

**Civil Action No. 19-cv-00874-RBJ-MEH**

**CHARTER COMMUNICATIONS, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE A REPLY BRIEF IN FURTHER SUPPORT OF ITS OBJECTION TO THE MAGISTRATE JUDGE'S RECOMMENDATION TO DENY CHARTER'S MOTION TO DISMISS**

___

For the reasons outlined in Charter's Motion for Leave (Dkt. 90) and herein, the Court should consider Charter's Proposed Reply (Dkt. 90-1), which contains only three-pages of briefing, and specifically seeks to respond to authority that is not presented in either Magistrate Judge Hegarty's Recommendation Regarding Charter's Motion to Dismiss Plaintiffs' Claim for Vicarious Liability (Dkt. 71) ("Recommendation"), or Charter's Objection to the Recommendation (Dkt. 82-1) (the "Objection").

Many courts in the Tenth Circuit have accepted and considered replies filed in connection with Objections filed pursuant to Fed. R. Civ. P. 72(b) without the parties satisfying any heightened standard or seeking leave at all. *LNV Corp. v. Hook*, 2015 WL6153291, *1 (D. Colo. 2015) (considering the defendant's objection, the plaintiff's response, *and the defendant's reply*); *Heuser v. Wood*, No. CIV 99-884 JP/LFG, 2000 WL 36739825, at *7 (D.N.M. June 6, 2000) (accepting the plaintiff's reply *even though* the plaintiff did not first seek leave to file a reply); *Marotta v. Cooper*, No. 10-CV-01687-WJM-CBS, 2012 WL 255798, at *1 (D. Colo. Jan. 27, 2012) (noting

reply filed in support of objections to magistrate judge recommendation on a motion to dismiss); *Sobolewski v. Boselli & Sons, LLC,* No. 16-CV-01573-RM-STV, 2017 WL 4586108, at *1 (D. Colo. Oct. 16, 2017) (noting that the court considered a reply when deciding the defendants' objection to two recommendations by the magistrate judge). As the court in *Sobolewski* explained:

> Rule 72, Fed. R. Civ. P., does not provide for a reply and leave to file one was not requested. Nonetheless, as Plaintiff raised an issue for the first time in his Response…the Court will allow the Reply in this instance.

*Id.* Contrary to Plaintiffs' argument in their Opposition (Dkt. 93), Charter does not "merely parrot[] arguments that it already has made." Plaintiffs' Response (Dkt. 87) relies heavily on precedent not addressed in the Recommendation or Charter's Objection. *Capitol Records, LLC v. Escape Media Grp.*, 2015 WL 1402049, at *42 (S.D.N.Y. Mar. 25, 2015); *see* Dkt. 87 at 5, 8, 9, 12, 16. Given the import of the issues before the Court, Charter should be afforded the opportunity to file its Reply to respond to the central case featured in Plaintiffs' Response.

Plaintiffs suggest that Charter must satisfy "exceptional circumstances" for the Court to submit its Reply, citing one lone court in the District Court for the District of Kansas.[1] The issues before this Court presented by the Recommendation and Charter's Objection are key to the resolution of this matter, and represent novel theories of vicarious liability should the Recommendation be adopted. This matter is one of only a few cases to take up these issues, and the first case in this Circuit to do so. Charter should be permitted to submit its Reply to assist the Court in rendering its ruling on the first case in this jurisdiction of its kind. Whether this Court applies the less stringent or heightened "exceptional circumstances" standard proposed by Plaintiffs, the Court should consider Charter's Proposed Reply.

---

[1] Plaintiffs' introductory paragraph appears to suggest that "exceptional circumstances" is found in Fed. R. Civ. P. 72, which it is not.

Respectfully submitted this 18th day of December, 2019.

Michael S. Elkin (pro hac vice)  
Thomas Patrick Lane (pro hac vice)  
Seth E. Spitzer (pro hac vice)  
WINSTON & STRAWN LLP  
200 Park Avenue  
New York, NY 10166  
(212) 294-6700 (telephone)  
(212) 294-4700 (facsimile)  
E-mail: melkin@winston.com  
E-mail: tlane@winston.com  
E-mail: sspitzer@winston.com  

Jennifer A. Golinveaux (pro hac vice)  
WINSTON & STRAWN LLP  
101 California Street, 35th Floor  
San Francisco, CA  94111-5840  
(415) 591-1506 (telephone)  
(415) 591-1400 (facsimile)  
E-mail: jgolinveaux@winston.com  

*s/ Erin R. Ranahan*  
Erin R. Ranahan (*pro hac vice*)  
Shilpa A. Coorg (*pro hac vice*)  
WINSTON & STRAWN LLP  
333 S. Grand Avenue  
Los Angeles, CA 90071  
(213) 615-1933 (telephone)  
(213) 615-1750 (facsimile)  
E-mail: eranahan@winston.com  
E-mail: scoorg@winston.com  

Craig D. Joyce  
John M. Tanner  
Fairfield and Woods, P.C.  
1801 California Street, Suite 2600  
Denver, Colorado 80202  
Phone: (303) 830-2400  
Fax: (303) 830-1033  
E-mail: cjoyce@fwlaw.com  

Counsel for Defendant  
Charter Communications, Inc.


CERTIFICATE OF SERVICE

I certify that on December 18, 2019, a true and correct copy of the foregoing was filed with the Court via CM/ECF which will send a notice of electronic filing to the parties of record.

| | |
|---|---|
| Matthew J. Oppenheim<br>Scott A. Zebrak<br>Jeffrey M. Gould<br>Kerry M. Mustico<br>OPPENHEIM + ZEBRAK, LLP<br>4530 Wisconsin Ave. NW, 5th Floor<br>Washington, DC 20016<br>Tel: (202) 621-9027<br>matt@oandzlaw.com<br>scott@oandzlaw.com<br>jeff@oandzlaw.com<br>kerry@oandzlaw.com<br>*Attorneys for Plaintiffs* | Mitchell A. Kamin<br>Neema T. Sahni<br>Mark Y. Chen<br>COVINGTON & BURLING LLP<br>1999 Avenue of the Stars, Suite 3500<br>Los Angeles, CA 90067-4643<br>Tel: (424) 332-4800<br>mkamin@cov.com<br>nsahni@cov.com<br>mychen@cov.com<br>*Attorneys for Plaintiffs* |
| Janette L. Ferguson<br>Benjamin M. Leoni<br>LEWIS BESS WILLIAMS & WEESE, P.C.<br>1801 California Street, Suite 3400<br>Denver, CO 80202<br>Tel: (303) 861-2828<br>jferguson@lewisbess.com<br>bleoni@lewisbess.com<br>*Attorneys for Plaintiffs* | Jonathan M. Sperling<br>William E. O'Neil<br>COVINGTON & BURLING LLP<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>Tel: (212) 841-1000<br>jsperling@cov.com<br>woneil@cov.com<br>*Attorneys for Plaintiffs* |
| Megan M. O'Neill<br>COVINGTON & BURLING LLP<br>850 Tenth Street, NW<br>Washington, DC 20001-4956<br>Tel: (202) 662-5416<br>moneill@cov.com<br>*Attorneys for Plaintiffs* | Phillip R. Malone<br>Juelsgaard Intellectual Property<br>and Innovation Clinic<br>Mills Legal Clinic<br>at Stanford Law School<br>559 Nathan Abbott Way<br>Stanford, CA 94305<br>Tel: (650) 724-1900<br>pmalone@law.stanford.edu<br>*Attorney for Amici Curiae* |

        *s/ Erin R. Ranahan*
        Erin R. Ranahan