**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 19-cv-00874-RBJ-MEH

**WARNER RECORDS INC., *et al.*,**

Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.,**

Defendant.

---

**NOTICE OF JURY VERDICT**

---

Plaintiffs hereby provide notice of a jury verdict entered on December 19, 2019 in *Sony Music Entm't v. Cox Commc'ns Inc.*, No. 1:18-cv-00950-LO-JFA (E.D. Va.) (the "*Cox*" case), a case involving similar copyright claims by Plaintiffs against a different internet service provider ("ISP"), which both Plaintiffs and Defendant have cited in connection with several proceedings pending before the Court. *See, e.g.*, Dkt. Nos. 84, 87, 89. The jury in the *Cox* case found that Plaintiffs proved by a preponderance of the evidence that the defendant ISP was contributorily and vicariously liable for infringement, that the ISP vicariously or contributorily infringed all of the 10,017 works for which Plaintiffs asserted claims, and that the ISP's contributory or vicarious infringement was willful by a preponderance of the evidence. The jury awarded statutory damages in the amount of $99,830.29 per work, for a total damages award of $1,000,000,000.00. A copy of the Verdict Form from the *Cox* case is attached hereto as Exhibit A.

Dated: December 20, 2019

Respectfully submitted,

/s/Mitchell A. Kamin
Mitchell A. Kamin (*pro hac vice*)
Neema T. Sahni (*pro hac vice*)
Mark Y. Chen (*pro hac vice*)
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
*mkamin@cov.com*
*nsahni@cov.com*
*mychen@cov.com*

Jonathan M. Sperling (*pro hac vice*)
William E. O'Neil (*pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
*jsperling@cov.com*
*woneil@cov.com*

Megan M. O'Neill (*pro hac vice*)
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
*moneill@cov.com*

Matthew J. Oppenheim (*pro hac vice*)
Scott A. Zebrak (*pro hac vice*)
Jeffrey M. Gould (*pro hac vice*)
Kerry M. Mustico (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Fl.
Washington, DC 20016
Telephone: (202) 621-9027
*matt@oandzlaw.com*
*scott@oandzlaw.com*
*jeff@oandzlaw.com*
*kerry@oandzlaw.com*

Janette L. Ferguson, Esq.

Benjamin M. Leoni, Esq.
LEWIS BESS WILLIAMS & WEESE, P.C.
1801 California Street, Suite 3400
Denver, CO 80202
Telephone: (303) 861-2828
*jferguson@lewisbess.com*
*bleoni@lewisbess.com*

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of December, 2019, a true and correct copy of the foregoing, and all accompanying documentation thereto, was filed with the Clerk of Court and served electronically on all parties via the CM/ECF system.

*/s/Mitchell A. Kamin*
Mitchell A. Kamin