**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 19-cv-00874-RBJ-MEH

**WARNER RECORDS INC.,** *et al.***,**

      Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.,**

      Defendant.

---

**PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT TO ADD PARTIES**

---

Plaintiffs, by and through undersigned counsel, hereby submit this Motion For Leave to File an Amended Complaint to Add Parties. As grounds for the Motion, Plaintiffs state as follows:

**CERTIFICATION PURSUANT TO D.C.COLO.LCivR 7.1(a)**

Pursuant to D.C.Colo.LCivR 7.1(a), counsel for Plaintiffs contacted counsel for Charter to confer in good faith regarding this motion. On January 6, 2020, counsel for Charter notified counsel for Plaintiffs that Charter did not consent to Plaintiffs' requested relief.

**MOTION**

The Court entered a Scheduling Order (ECF No. 44) on June 13, 2019, setting the deadline to amend pleadings to add parties as November 1, 2019. Plaintiffs filed an Unopposed Motion to Modify Scheduling Order (ECF No. 77) on October 29, 2019, requesting a modification of the deadline to amend pleadings to add parties to January 6, 2020, in order "to

confirm that all appropriate entities have been named as plaintiff in this action." Magistrate Judge Hegarty granted Plaintiffs' Motion on October 30, 2019 (ECF No. 79).

Accordingly, Plaintiffs seek leave to add certain entities as plaintiffs in this action, including as substitution for Roadrunner Records, Inc. Plaintiffs also seek to make minor changes to the names of certain plaintiffs.

A proposed First Amended Complaint reflecting the proposed amendments in redline pursuant to D.C.Colo.L.CivR 15.1(b) is attached hereto as Exhibit 1. As contemplated by the Scheduling Order, Plaintiffs will file amended versions of Exhibit A (list of sound recordings as issue) and Exhibit B (list of compositions at issue) to the Complaint on or before January 15, 2020.

Pursuant to Rule 15(a), the "Court should freely give leave" to amend a pleading "when justice so requires." Fed. R. Civ. P. 15(a)(2). Leave should be granted absent an "apparent or declared reason—such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc." *Minter v. Prime Equip. Co.*, 451 F.3d 1196, 1204 (10th Cir. 2006) (quoting *Foman v. Davis*, 371 U.S. 178, 182 (1962)). Further, the Federal Rules contemplate that the court may, on motion, add or drop parties to an action. *See* Fed. R. Civ. P. 21; *see also* Fed. R. Civ. P. 20(a)(1).

Here, Plaintiffs have exercised diligence in determining the appropriate entities to name as plaintiffs in this case, and they have complied with the Court's Scheduling Order deadline regarding the addition of plaintiffs. Plaintiffs' proposed amendments will cause no prejudice to

Charter, and there is no issue of futility, particularly because the amendments do not change the works or claims at issue in this litigation.

  WHEREFORE, Plaintiffs hereby request this Court grant them leave to file an Amended Complaint as described above. A proposed order is submitted herewith.

Dated: January 6, 2020      */s/ Mitchell A. Kamin*
                 Mitchell A. Kamin
                 Neema T. Sahni
                 Mark Chen
                 Nicholas M. Lampros
                 COVINGTON & BURLING LLP
                 1999 Avenue of the Stars, Suite 3500
                 Los Angeles, CA 90067-4643
                 Telephone: (424) 332-4800
                 mkamin@cov.com
                 nsahni@cov.com
                 mychen@cov.com
                 nlampros@cov.com

                 Jonathan M. Sperling
                 William O'Neill
                 COVINGTON & BURLING LLP
                 The New York Times Building
                 620 Eighth Avenue
                 New York, NY 10018-1405
                 Telephone: (212) 841-1000
                 jsperling@cov.com
                 woneill@cov.com

                 Megan M. O'Neill
                 COVINGTON & BURLING LLP
                 850 Tenth Street, NW
                 Washington, DC 20001-4956
                 Telephone: (202) 662-6000
                 moneill@cov.com

                 Janette L. Ferguson, Esq.
                 Benjamin M. Leoni, Esq.
                 LEWIS BESS WILLIAMS & WEESE, P.C.

1801 California Street, Suite 3400
Denver, CO 80202
Telephone: (303) 861-2828
jferguson@lewisbess.com
bleoni@lewisbess.com

Matthew J. Oppenheim
Scott A. Zebrak
Jeffrey M. Gould
Kerry M. Mustico
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Floor
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
scott@oandzlaw.com
jeff@oandzlaw.com
kerry@oandzlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 6, 2020, I caused the foregoing document and all supporting materials thereto to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered with CM/ECF.

*/s/ Mitchell A. Kamin*
Attorney