**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 19-cv-00874-RBJ-MEH

**WARNER RECORDS INC.,** *et al.***,**

        Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.,**

        Defendant.

___

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT TO ADD PARTIES**
___

THIS COURT, having reviewed and considered Plaintiffs' Motion For Leave to File an Amended Complaint to Add Parties, finds good cause to GRANT the Motion, and hereby ORDERS as follows:

Plaintiffs may file the proposed First Amended Complaint to add and substitute certain entities as plaintiffs, and to make changes in the names of existing plaintiffs.

Plaintiffs shall file the First Amended Complaint as a separate docket entry.

SO ORDERED this ____ day of _____, 2020.

                                                                        _____
                                                                         R. Brooke Jackson
                                                                         United States District Judge