## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 19-cv-00874-RBJ-MEH

**WARNER RECORDS INC., *et al.*,**

      Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.,**

      Defendant.

_____

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO AMEND EXHIBITS TO COMPLAINT
_____

THIS COURT, having reviewed and considered Plaintiffs' Motion To Amend Exhibits to Complaint, finds good cause to GRANT the Motion, and hereby ORDERS as follows:

The document attached to Plaintiffs' Motion as Exhibit A shall be deemed the operative Exhibit A to Plaintiffs' operative complaint, and the document attached to Plaintiffs' Motion as Exhibit B shall be deemed the operative Exhibit B to Plaintiffs' operative complaint.

SO ORDERED this ____ day of _____, 2020.

 

                                                          _____
                                                          R. Brooke Jackson
                                                          United States District Judge