# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

WARNER BROS. RECORDS INC., *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

**Civil Action No.  19-cv-00874-RBJ-MEH**

## DEFENDANT CHARTER COMMUNICATIONS, INC.'S STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT TO ADD PARTIES

Defendant Charter Communications, Inc. ("Charter"), by and through its attorneys Winston & Strawn LLP and Fairfield and Woods, P.C., hereby submits its Statement of Non-Opposition to Plaintiffs' Motion for Leave to File an Amended Complaint to Add Parties (Dkt. 109) as follows:

Charter does not oppose or object to the proposed amendment filed on or about January 6, 2020. (Dkt. 109).  Plaintiffs' filing of their amended complaint should render Charter's pending motion to dismiss (Dkt. 38) moot, and therefore Charter intends to file a renewed motion to dismiss the vicarious liability claim with respect to the amended complaint.  [*See e.g.*, *UMG Recordings, Inc. et al v. Bright House Networks,* Case No. 8:19-cv-00710-MSS-TGW, Dkt. 90 (1/7/20 Order denying as moot the defendant's motion to dismiss in light of Plaintiffs' amended complaint

without prejudice for the defendant to refile motion to amended complaint).][1]

Given the state of the initial pleadings, *inter alia,* Charter also intends to seek appropriate adjustments to the case schedule, and is currently working with Plaintiffs in an attempt to submit an agreed-to extension of the current pre-trial deadlines and trial dates.

WHEREFORE Defendants do not object to the filing of the Amended Complaint.

Respectfully submitted this 27th day of January, 2020.

| | |
|---|---|
| Michael S. Elkin (*pro hac vice*)<br>Thomas Patrick Lane (*pro hac vice*)<br>Seth E. Spitzer (*pro hac vice*)<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166<br>(212) 294-6700 (telephone)<br>(212) 294-4700 (facsimile)<br>E-mail: melkin@winston.com<br>E-mail: tlane@winston.com<br>E-mail: sspitzer@winston.com<br><br>Jennifer A. Golinveaux (*pro hac vice*)<br>WINSTON & STRAWN LLP<br>101 California Street, 35th Floor<br>San Francisco, CA  94111-5840<br>(415) 591-1506 (telephone)<br>(415) 591-1400 (facsimile)<br>E-mail: jgolinveaux@winston.com | *s/ Erin R. Ranahan*<br>Erin R. Ranahan (*pro hac vice*)<br>Shilpa A. Coorg (*pro hac vice*)<br>WINSTON & STRAWN LLP<br>333 S. Grand Avenue<br>Los Angeles, CA 90071<br>(213) 615-1933 (telephone)<br>(213) 615-1750 (facsimile)<br>E-mail: eranahan@winston.com<br>E-mail: scoorg@winston.com<br><br>Craig D. Joyce<br>John M. Tanner<br>Fairfield and Woods, P.C.<br>1801 California Street, Suite 2600<br>Denver, Colorado 80202<br>(303) 830-2400 (telephone)<br>(303) 830-1033 (facsimile)<br>E-mail: cjoyce@fwlaw.com<br><br>*Counsel for Defendant*<br>*Charter Communications, Inc.* |

---

[1] To the extent the October 21, 2019 Recommendation by Magistrate Judge Hegarty on the prior motion to dismiss is considered, Charter respectfully requests that the objections (Dkt. 82-1) and Amicus Curiae brief (Dkt. 83) that was accepted by the Court (Dkt. 103) are likewise considered.

## CERTIFICATE OF SERVICE

I certify that on January 27, 2020, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court via CM/ECF, which will send a notice of electronic filing to all counsel of record.

*s/ Erin R. Ranahan*
Erin R. Ranahan
