IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

WARNER BROS. RECORDS INC., *et al.*,

 Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

 Defendant.

Civil Action No. 19-cv-00874-RBJ-MEH

## AFFIDAVIT OF ERIN R. RANAHAN IN SUPPORT OF DEFENDANT CHARTER COMMUNICATIONS, INC.'S OBJECTION IN PART TO PLAINTIFFS' MOTION TO AMEND EXHIBITS TO COMPLAINT

**County of Los Angeles** )
          ) ss.
**State of California**   )

 The affiant, being of lawful age and duly sworn upon her oath, states and deposes as follows:

1. I am a partner of the firm Winston & Strawn LLP, attorneys of record for Defendant Charter Communications, Inc. ("Charter"). I submit this declaration in support of Charter's Objection in Part to Plaintiffs' Motion to Amend Exhibits to Complaint. I have personal knowledge of all facts stated in this declaration, and if called upon as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the email correspondence from January 13, 2020 through January 15, 2020 between Plaintiffs' counsel, Megan O'Neill, and myself, including multiple "non-final" redline versions Plaintiffs provided with the changes to Exhibits A and B prior to Plaintiffs' January 15, 2020 filing.

3. Attached hereto as **Exhibit 2** is a true and correct copy of email correspondence from January 15, 2020 where I requested that Plaintiffs' counsel provide us with redlines of the final Exhibits so that we could evaluate whether Charter could consent to the proposed amendments prior to filing. Plaintiffs' counsel refused to provide us what was represented to be a final redline of Exhibits until a full day after Plaintiffs' January 15, 2020 filing.

4. Attached hereto as **Exhibit 3** is a true and correct copy of email correspondence from January 16, 2020, wherein Plaintiffs provide what they represent to be redlines of the final Exhibits A and B.

Dated: January 27, 2020

_____
Erin R. Ranahan

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to before me on this 27th day of January, 2020, by Erin R. Ranahan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

ROBERT GONZALEZ
Notary Public - California
Los Angeles County
Commission # 2247512
My Comm. Expires Jul 21, 2022

Signature _____
Signature of Notary Public

Seal
Place Notary Seal Above

2