**EXHIBIT 2**

| | |
|---|---|
| **From:** | Ranahan, Erin R. |
| **To:** | O"Neill, Megan; Coorg, Shilpa A.; Ellis, Emily; Skopec, Allison N.; Elkin, Michael S.; Spitzer, Seth E.; Golinveaux, Jennifer A.; Lane, Thomas Patrick |
| **Cc:** | Jeff Gould; Matt Oppenheim; Scott Zebrak; Sahni, Neema T; Sperling, Jonathan; Kamin, Mitchell A; Lampros, Nicholas M.; Dimont, Joseph; Anderson, Sean R. |
| **Subject:** | RE: Warner Records Inc. v. Charter Communications, Inc. |
| **Date:** | Wednesday, January 15, 2020 5:18:00 PM |

Megan,

These changes in your "still non-final" redlines of Exhibits A and B appear to drop and alter a significant number of works, yet you have provided us very little time to analyze these changes before you seek consent to this motion (just a few hours).  In any event, we are not in a position to consent to this relief until we have the chance to review the final Exhibits. Please send final redlines before filing, and we will consider your request as soon as possible thereafter.

Thank you,

-Erin

**Erin R. Ranahan**
**Partner**
Winston & Strawn LLP
T: +1 (213) 615-1700
D: +1 (213) 615-1835
F: +1 (213) 615-1750

winston.com

**From:** O'Neill, Megan <MONeill@cov.com>
**Sent:** Wednesday, January 15, 2020 2:11 PM
**To:** Ranahan, Erin R. <ERanahan@winston.com>; Coorg, Shilpa A. <SCoorg@winston.com>; Ellis, Emily <EEllis@winston.com>; Skopec, Allison N. <ASkopec@winston.com>; Elkin, Michael S. <MElkin@winston.com>; Spitzer, Seth E. <SSpitzer@winston.com>; Golinveaux, Jennifer A. <JGolinveaux@winston.com>; Lane, Thomas Patrick <TLane@winston.com>
**Cc:** Jeff Gould <Jeff@oandzlaw.com>; Matt Oppenheim <Matt@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Sahni, Neema T <nsahni@cov.com>; Sperling, Jonathan <jsperling@cov.com>; Kamin, Mitchell A <MKamin@cov.com>; Lampros, Nicholas M. <nlampros@cov.com>
**Subject:** RE: Warner Records Inc. v. Charter Communications, Inc.

Erin,

To follow up on my email yesterday, I have attached an updated, but still non-final, redline of Exhibit A, regarding sound recordings.  I have also attached a non-final redline of Exhibit B, regarding compositions.  As with before, any further changes will be of like kind.  You will see from these redlines that the amendments involve corrections to plaintiffs, track names, artist names, and registration numbers, as well as deletions of certain works.

Please let us know Charter's position on Plaintiffs' motion to amend exhibits <u>by no later than 5 p.m. PT</u>.

Best,
Megan

**Megan O'Neill**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5416 | moneill@cov.com
www.cov.com

**COVINGTON**

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

**From:** O'Neill, Megan
**Sent:** Wednesday, January 15, 2020 12:32 AM
**To:** 'Ranahan, Erin R.' <ERanahan@winston.com>; Coorg, Shilpa A. <SCoorg@winston.com>; Ellis, Emily <EEllis@winston.com>; Skopec, Allison N. <ASkopec@winston.com>; Elkin, Michael S. <MElkin@winston.com>; Spitzer, Seth E. <SSpitzer@winston.com>; Golinveaux, Jennifer A. <JGolinveaux@winston.com>; Lane, Thomas Patrick <TLane@winston.com>
**Cc:** Jeff Gould <Jeff@oandzlaw.com>; Matt Oppenheim <Matt@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Sahni, Neema T <nsahni@cov.com>; Sperling, Jonathan <jsperling@cov.com>; Kamin, Mitchell A <MKamin@cov.com>; Lampros, Nicholas M. <nlampros@cov.com>
**Subject:** RE: Warner Records Inc. v. Charter Communications, Inc.

Hi Erin,

Where we have changed a plaintiff, track name, artist name, or registration number, we are correcting information for works that are already in the suit, rather than adding new works.  I have attached a non-final redline of Exhibit A, regarding sound recordings, which indicates these changes, as well as works that we will drop.  Any further changes will be of like kind.  We may be able to provide a similar non-final redline of Exhibit B, regarding compositions, tomorrow.

Best,
Megan

**Megan O'Neill**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5416 | moneill@cov.com
www.cov.com

**COVINGTON**

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

**From:** Ranahan, Erin R. <ERanahan@winston.com>
**Sent:** Tuesday, January 14, 2020 5:48 PM
**To:** O'Neill, Megan <MONeill@cov.com>; Coorg, Shilpa A. <SCoorg@winston.com>; Ellis, Emily <EEllis@winston.com>; Skopec, Allison N. <ASkopec@winston.com>; Elkin, Michael S. <MElkin@winston.com>; Spitzer, Seth E. <SSpitzer@winston.com>; Golinveaux, Jennifer A. <JGolinveaux@winston.com>; Lane, Thomas Patrick <TLane@winston.com>
**Cc:** Jeff Gould <Jeff@oandzlaw.com>; Matt Oppenheim <Matt@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Sahni, Neema T <nsahni@cov.com>; Sperling, Jonathan <jsperling@cov.com>; Kamin, Mitchell A <MKamin@cov.com>; Lampros, Nicholas M. <nlampros@cov.com>
**Subject:** RE: Warner Records Inc. v. Charter Communications, Inc.

[EXTERNAL]
Hi Megan,

I spoke to Neema about this yesterday, but we were hoping to see the amended list so we understand the nature of the changes before agreeing whether to consent to this. I understand you claim that you are not adding any new works or claims. Can you let us know how many works are being withdrawn, if any? I assume where you are changing the name of the alleged owner to a new plaintiff, or changing the track, artist or registration number, that is more than a typographical error, and in some cases could be adding a new work (albeit while deleting another, inaccurate work). Once we have the opportunity to analyze the adjustments, we can let you know our position. If you can break down the changes with a redline, that would also facilitate the decision.

Thanks much,

-Erin

**Erin R. Ranahan**
**Partner**
Winston & Strawn LLP
T: +1 (213) 615-1700
D: +1 (213) 615-1835
F: +1 (213) 615-1750

winston.com

---

**From:** O'Neill, Megan <MONeill@cov.com>
**Sent:** Monday, January 13, 2020 2:22 PM
**To:** Ranahan, Erin R. <ERanahan@winston.com>; Coorg, Shilpa A. <SCoorg@winston.com>; Ellis, Emily <EEllis@winston.com>; Skopec, Allison N. <ASkopec@winston.com>; Elkin, Michael S. <MElkin@winston.com>; Spitzer, Seth E. <SSpitzer@winston.com>; Golinveaux, Jennifer A. <JGolinveaux@winston.com>; Lane, Thomas Patrick <TLane@winston.com>
**Cc:** Jeff Gould <Jeff@oandzlaw.com>; Matt Oppenheim <Matt@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Sahni, Neema T <nsahni@cov.com>; Sperling, Jonathan <jsperling@cov.com>; Kamin, Mitchell A <MKamin@cov.com>; Lampros, Nicholas M. <nlampros@cov.com>
**Subject:** Warner Records Inc. v. Charter Communications, Inc.

Counsel:

In accordance with the scheduling order agreed to by the parties and adopted by the *Charter* court, Plaintiffs intend to move for leave to file amended versions of Exhibits A and B to the complaint.  The amendments will not add any new works or claims to the suit, but rather make typographical corrections and adjust track and artist names, plaintiffs, and registration numbers to ensure the accuracy of the works-in-suit list.  Please let us know by 5 p.m. EST on Tuesday, January 14 whether Charter will consent to this relief.

Best regards,

**Megan O'Neill**

**Covington & Burling LLP**
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5416 | moneill@cov.com
www.cov.com

**COVINGTON**

**This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.**

---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.