# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 19-cv-00874-RBJ-MEH

**WARNER BROS. RECORDS INC., et al.,**

        Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.**

        Defendant.

## UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to D.C.Colo.LAttyR 5(b), undersigned counsel Kerry M. Mustico, hereby moves this Court for leave to withdraw as co-counsel for Plaintiffs in the above-captioned matter. In support of the Unopposed Motion, counsel states as follows:

### CERTIFICATE OF CONFERRAL

Prior to filing this Motion, undersigned counsel conferred with counsel for Defendant pursuant to D.C.Colo.LCivR 7.1(a). Defendant does not oppose the Motion, nor do Plaintiffs.

### UNOPPOSED MOTION

1. Ms. Kerry M. Mustico is no longer in the employ of Oppenheim + Zebrak, LLP, which has been retained to represent Plaintiffs in this matter.

2. Plaintiffs desire to continue to retain the services of Covington & Burling LLP, Oppenheim + Zebrak, and Lewis Bess Williams & Weese P.C. for representation in this litigation. Plaintiffs will continue to be represented by the other attorneys from those firms

who have entered Notices of Appearance in this matter.

      3.      The foregoing circumstances constitute sufficient good cause for the granting of this Unopposed Motion.

WHEREFORE, based on the foregoing reasons, undersigned counsel requests that the Court enter an order granting her leave to withdraw as co-counsel for Plaintiffs.

Respectfully submitted this 30th day of January, 2020.

        */s/ Scott A. Zebrak*
Mitchell A. Kamin
Neema T. Sahni
Rebecca Van Tassell
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
mkamin@cov.com
nsahni@cov.com
rvantassell@cov.com

Jonathan M. Sperling
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com

Janette L. Ferguson, Esq.
Benjamin M. Leoni, Esq.
LEWIS BESS WILLIAMS & WEESE, P.C.
1801 California Street, Suite 3400
Denver, CO 80202
Tel: (303) 861-2828
Facsimile: (303) 861-4017
jferguson@lewisbess.com
bleoni@lewisbess.com

Matthew J. Oppenheim

                Scott A. Zebrak
                Jeffrey M. Gould
                Kerry M. Mustico
                OPPENHEIM + ZEBRAK, LLP
                4530 Wisconsin Ave. NW, 5th Floor
                Washington, DC 20016
                Tel: (202) 621-9027
                matt@oandzlaw.com
                scott@oandzlaw.com
                jeff@oandzlaw.com
                kerry@oandzlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

       I hereby certify that on this 30th day of January, 2020, a true and correct copy of the foregoing was filed with the Clerk of the Court via the CM/ECF system.

       */s/ Scott A. Zebrak*