IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 19-cv-00874-RBJ-MEH

**WARNER BROS. RECORDS INC., et al.,**

      Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.**

      Defendant.

## PROPOSED ORDER

UPON CONSIDERATION of Plaintiffs Unopposed Motion for Withdrawal of Counsel, on this \_\_\_ day of January, 2020, it is hereby

**ORDERED** that the Unopposed Motion for Withdrawal of Counsel is GRANTED; and it is

**FURTHERED ORDERED** that Kerry M. Mustico is hereby withdrawn as counsel of record for Plaintiffs in the above-captioned case.

ENTERED this \_\_\_ day of _____2020    _____

                                                                                    Judge for the District of Colorado

Respectfully submitted this 30th day of January, 2020.

                                        */s/ Scott A. Zebrak*
Mitchell A. Kamin
Neema T. Sahni
Rebecca Van Tassell
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
mkamin@cov.com
nsahni@cov.com
rvantassell@cov.com

Jonathan M. Sperling
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com

Janette L. Ferguson, Esq.
Benjamin M. Leoni, Esq.
LEWIS BESS WILLIAMS & WEESE, P.C.
1801 California Street, Suite 3400
Denver, CO 80202
Tel: (303) 861-2828
Facsimile: (303) 861-4017
jferguson@lewisbess.com
bleoni@lewisbess.com

Matthew J. Oppenheim
Scott A. Zebrak
Jeffrey M. Gould
Kerry M. Mustico
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Floor
Washington, DC 20016
Tel: (202) 621-9027
matt@oandzlaw.com
scott@oandzlaw.com
jeff@oandzlaw.com
kerry@oandzlaw.com

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2020, a true and correct copy of the foregoing was filed with the Clerk of the Court via the CM/ECF system.

*/s/ Scott A. Zebrak*