IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

WARNER BROS. RECORDS INC., *et al*.,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

Civil Action No.  19-cv-00874-RBJ-MEH

### CHARTER COMMUNICATIONS, INC.'S UNOPPOSED MOTION TO ALLOW JENNIFER A. GOLINVEAUX TO ATTEND THE FEBRUARY 19, 2020 DISCOVERY CONFERENCE TELEPHONICALLY

_____

Charter Communications, Inc. ("Charter"), by its counsel, submits this Unopposed Motion to allow counsel Jennifer A. Golinveaux to attend the February 19, 2020 Discovery Conference telephonically.

**Certification Under Rule 7.1.**

Counsel for Charter has made reasonable efforts to confer with Plaintiffs' counsel regarding this Unopposed Motion and Plaintiffs have consented to the relief sought herein.

**Unopposed Motion**

1. The Minute Order setting the Discovery Conference for February 19, 2020 at 3:00 p.m. in Denver, Colorado stated "counsel for the parties shall appear in person unless otherwise permitted to appear by telephone on a showing of good cause." *See* Dkt 120.

2. Erin R. Ranahan is taking the lead on the Charter's arguments and will be attending the Discovery Conference in person. In addition, Sean R. Anderson, an associate at Winston & Strawn, LLP, will be attending on behalf of Charter, as well as local counsel from Fairfield and Woods, P.C.

3. Jennifer A. Golinveaux is also counsel in this case and wishes to participate in the Discovery Conference. However, she has an unavoidable obligation on Tuesday, February 18, 2020 as well as a hearing on Thursday, February 20, 2020, both of which are in New York, thus making it impracticable for her to attend in person.

4. A telephonic appearance by Ms. Golinveaux would not prejudice either party.

5. Thus, there is good cause to grant Charter's request and leave should be granted.

6. For the Court's convenience, a proposed Order is submitted herewith.

WHEREFORE, Charter Communications, Inc. prays that this Court grant this Unopposed Motion and allow Jennifer A. Golinveaux to attend the February 19, 2020 Discovery Conference telephonically.

Respectfully submitted this 18th day of February, 2020.

By: /s/ *Erin R. Ranahan*
Erin R. Ranahan
Shilpa A. Coorg
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, California 90071
Phone: 213.615.1700
Fax: 213.615.1750
Email: eranahan@winston.com
Email: scoorg@winston.com

Michael S. Elkin
Thomas Patrick Lane
Seth E. Spitzer
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Phone: 212.294.6700
Fax: 212.294.4700
E-mail: melkin@winston.com
E-mail: tlane@winston.com
E-mail: sspitzer@winston.com

Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California Street
San Francisco, California 94111
Phone: 415.591.1000
Fax: 415.591.1400
E-mail: jgolinveaux@winston.com

Craig D. Joyce
John M. Tanner
FAIRFIELD AND WOODS, P.C.
1801 California Street, Suite 2600
Denver, Colorado 80202
Phone: 303.830.2400
Fax: 303.830.1033
E-mail: cjoyce@fwlaw.com
E-mail: jtanner@fwlaw.com

*Counsel for Defendant
Charter Communications, Inc.*

3

CERTIFICATE OF SERVICE

I certify that on February 18, 2020, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court via CM/ECF, which will send a notice of electronic filing to all counsel of record.

*s/ Erin R. Ranahan*
Erin R. Ranahan