# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

WARNER BROS. RECORDS INC., *et al*.,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

**Civil Action No.  19-cv-00874-RBJ-MEH**

---

## (PROPOSED) ORDER GRANTING CHARTER COMMUNICATIONS, INC.'S, UNOPPOSED MOTION TO ALLOW JENNIFER A. GOLINVEAUX TO ATTEND THE FEBRUARY 19, 2020 DISCOVERY CONFERENCE TELEPHONICALLY

---

The Court, upon the Motion of Defendant and being sufficiently advised in the Premises, hereby Orders that the Motion is Granted.

Done this ___ day of February, 2020.

                                                                                                 _____

                                                                                                  Judge Michael E. Hegarty
                                                                                                  U.S. District Court