## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

WARNER BROS. RECORDS INC., *et al.*,

      Plaintiffs,

v.

      **Civil Action No.  19-cv-00874-RBJ-MEH**

CHARTER COMMUNICATIONS, INC.,

      Defendant.

### AFFIDAVIT OF ERIN R. RANAHAN IN SUPPORT OF CHARTER COMMUNICATIONS, INC.'S MOTION TO AMEND THE SCHEDULING ORDER

I, Erin R. Ranahan, hereby declare:

1.      I am a partner of the firm Winston & Strawn LLP, attorneys of record for Defendant Charter Communications, Inc. ("Charter"). I submit this declaration in support of Charter's Motion to Amend the Scheduling Order. I have personal knowledge of all facts stated in this declaration, and if called upon as a witness, I could and would competently testify thereto.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of Charter's First Set of Requests for Production of Documents ("RFPs") and Interrogatories, served on June 25, 2019.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of the February 14, 2020 email sent from J. Hardy Ehlers, Plaintiffs' counsel, to me attaching Plaintiffs' proposed revised case schedule.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of the February 11, 2020 letter I sent to Neema T. Sahni, Plaintiffs' counsel, on behalf of Charter.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of the February 12, 2020 letter I sent to Ms. Sahni on behalf of Charter.

6. Attached hereto as **Exhibit 5** is a true and correct copy of an August 27, 2019 letter my colleague, Shilpa Coorg sent to Ms. Sahni regarding Charter's discovery requests and Plaintiffs' deficient responses.

7. Attached hereto as **Exhibit 6** is a true and correct copy of an email sent from Ms. Sahni on behalf of Plaintiffs to me on October 23, 2019 agreeing to produce digital copies of all works-in-suit in response to Charter's Request for Production No. 2.

8. Attached hereto as **Exhibit 7** is a true and correct copy of an email sent from Ms. Sahni on behalf of Plaintiffs to me on October 24, 2019 again agreeing to produce the digital copies of the works-in-suit, but stating they would "be making rolling document productions in accordance with our discovery obligations and the deadlines set forth in the court's scheduling orders."

9. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from transcript for the October 29, 2019 telephonic discovery conference before Magistrate Judge Hegarty.

10. Attached hereto as **Exhibit 9** is a true and correct copy of an email sent from Ms. Sahni on behalf of Plaintiffs to me on October 31, 2019 noting that the digital copies of the works-in-suit would be produced on a rolling basis.

11. Attached hereto as **Exhibit 10** is a true and correct copy of an email I sent on behalf of Charter to Nicholas M. Lampros, Plaintiffs' counsel, on November 7, 2019, seeking to complete the parties' respective productions by December 2019.

12. Attached hereto as **Exhibit 11** is a true and correct copy of a letter I sent Plaintiffs on behalf of Charter on December 11, 2019 asking Plaintiffs to provide the ownership documents for the 1% sample by the end of December 2019.

13.      Attached hereto as **Exhibit 12** is a true and correct copy of a December 13, 2019 letter sent by Neema T. Sahni, counsel for Plaintiffs, to Charter.

14.      Attached hereto as **Exhibit 13** is a true and correct copy of excerpts from the transcript for the December 17, 2019 discovery conference before Magistrate Judge Hegarty.

15.      Attached hereto as **Exhibit 14** is a true and correct copy of excerpts from the transcript for the January 8, 2020 hearing held in *UMG Recordings, Inc. et al. v. Bright House Networks, LLC*, Case No. 8:19-cv-710-MSS-TGW (M.D. Fla.).

16.      Attached hereto as **Exhibit 15** is a true and correct copy of the January 23, 2020 letter sent by Ms. Sahni, on behalf of Plaintiffs, to Magistrate Judge Hegarty.

17.      Attached hereto as **Exhibit 16** is a true and correct copy of the January 31, 2020 email Mr. J. Hardy Ehlers, Plaintiffs' counsel, sent on behalf of Plaintiffs to me with two proposed case schedules.

18.      Attached hereto as **Exhibit 17** is a true and correct copy of the January 31, 2020 letter Charter sent to Magistrate Judge Hegarty in response to Plaintiffs' January 23, 2020 letter.

19.      Attached hereto as **Exhibit 18** is a true and correct copy of the February 7, 2020 email I sent on behalf of Charter to Mr. Ehlers stating that Charter intended to move to extend the case schedule.

20.      Attached hereto as **Exhibit 19** is a true and correct copy of the February 8, 2020 email Mr. Ehlers sent on behalf of Plaintiffs to me.

21.      Attached hereto as **Exhibit 20** is a true and correct copy of the February 9, 2020 email I sent on behalf of Charter to Mr. Ehlers seeking a meet and confer to discuss the scheduling issues.

22.     Following our correspondence, I held a meet-and-confer with Plaintiffs' counsel to discuss the scheduling issues. Jennifer Golinveaux and myself attended on behalf of Charter. Ms. Sahni, Mr. Ehlers, and Matthew J. Oppenheim attended on behalf of Plaintiffs.

23.     Attached hereto as **Exhibit 21** is a true and correct copy of the email and attached letter I sent on behalf of Charter to Ms. Sahni on February 12, 2020 containing Charter's revised dates.

24.     Attached hereto as **Exhibit 22** is a true and correct copy of Defendant Charter Communications, Inc.'s Statement of Issues for the February 19, 2020 Discovery Conference submitted to the Court on February 17, 2020.

25.     Attached hereto as **Exhibit 23** is a true and correct copy of Plaintiffs' Submission for the February 19, 2020 Discovery Conference submitted to the Court on February 17, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of February 2020 in Los Angeles, California.

_____
Erin R. Ranahan

4

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to before me on this _16TH_ day of January, 2020, by Erin R. Ranahan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.



ROBERT GONZALEZ
Notary Public - California
Los Angeles County
Commission # 2247512
My Comm. Expires Jul 21, 2022

*Seal*
*Place Notary Seal Above*

Signature _____
Signature of Notary Public

5