# Exhibit 2

| | |
|---|---|
| **From:** | Ehlers, J. Hardy <JEhlers@cov.com> |
| **Sent:** | Friday, February 14, 2020 10:22 PM |
| **To:** | Ranahan, Erin R.; Matt Oppenheim; Sahni, Neema T; Jeff Gould; Scott Zebrak |
| **Cc:** | Lampros, Nicholas M.; Golinveaux, Jennifer A.; Lane, Thomas Patrick; Ellis, Emily; Elkin, Michael S.; Alvarez, Cesie; Anderson, Sean R.; Skopec, Allison N.; Spitzer, Seth E.; O'Neill, Megan; Kamin, Mitchell A |
| **Subject:** | RE: UMG v. Bright House/Warner v. Charter-- PROPOSED REVISED CASE SCHEDULES |
| **Attachments:** | 2.14.20 Plfs' Proposal Re Case Schedule.docx |

Erin:

When the parties and the Court in both *Charter* and *Bright House* agreed upon and set the trial dates in each case, they did so already fully aware of the complexity of the issues, the approximate number of parties, and the schedule for amending the respective complaints. And the "time the respective remaining productions and discovery will take" is already fully addressed by Plaintiffs' six-month extension of discovery-related deadlines—including the addition of a deadline for the "substantial completion of document productions." We therefore do not believe that Charter or Bright House has articulated the "good cause" required to extend the trial dates in each case by over a year.

This said, to avoid burdening the Court with competing schedules, we have provided a revised schedule in the attached, which (1) provides Charter and Bright House (and Plaintiffs in each case) three months to take party depositions following the substantial completion of document productions—more than ample time, and (2) includes various interim production deadlines, which should address any concerns you have about the timing of Plaintiffs' productions.

We propose the attached for the purposes of compromise only. If the parties cannot reach agreement on this schedule, or some modification to it, we will oppose Charter's and Bright House's motions, cross-move for the Court to enter the schedules that we originally proposed on January 31, with interim deadlines consistent with the attached, and request that the Courts require Charter and Bright House to disclose whether they will assert safe-harbor defenses.

Please let us know if the attached is acceptable.

Thanks,

Hardy

**From:** Ranahan, Erin R. <ERanahan@winston.com>
**Sent:** Wednesday, February 12, 2020 10:56 AM
**To:** Matt Oppenheim <Matt@oandzlaw.com>; Ehlers, J. Hardy <JEhlers@cov.com>; Sahni, Neema T <nsahni@cov.com>; Jeff Gould <Jeff@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>
**Cc:** Lampros, Nicholas M. <nlampros@cov.com>; Golinveaux, Jennifer A. <JGolinveaux@winston.com>; Lane, Thomas Patrick <TLane@winston.com>; Ellis, Emily <EEllis@winston.com>; Elkin, Michael S. <MElkin@winston.com>; Alvarez, Cesie <CAlvarez@winston.com>; Anderson, Sean R. <SRanderson@winston.com>; Skopec, Allison N. <ASkopec@winston.com>; Spitzer, Seth E. <SSpitzer@winston.com>; O'Neill, Megan <MONeill@cov.com>; Kamin, Mitchell A <MKamin@cov.com>
**Subject:** UMG v. Bright House/Warner v. Charter-- PROPOSED REVISED CASE SCHEDULES

**[EXTERNAL]**
Counsel,

1

Per our discussion yesterday afternoon, please find our proposed schedules for each case adding in interim deadlines and dates, which is compared on these charts against your longer proposed schedules.  Please note that per Mr. Oppenheim's suggestion, we built in some meaningful interim production deadlines (beyond "substantial completion"), and also extended the dates for Plaintiffs to produce the ownership and financial documents that we understand is taking the most time for Plaintiffs to gather, review and produce.  This structure should alleviate your concerns about the timing of Defendants' remaining productions.

We believe these schedules are reasonable and appropriate in light of the complexity of the cases, the stage of the pleadings (including amendments last month and coming later this week), the number of parties, and the realities about the time the respective remaining productions and discovery will take.  As we explained yesterday, we want complete ownership and financial discovery before proceeding with Plaintiffs' depositions, and these schedules would give us comfort in that.

Please let us know whether Plaintiffs can consent to these dates. If so, we will prepare as a joint motion.   Otherwise, we will proceed with our motions to extend the schedules along these lines (though perhaps not with all the interim production dates and extensions of Plaintiffs' court ordered deadlines).

Regards,

-Erin

**Erin R. Ranahan**
**Partner**
Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

D: +1 (213) 615-1835

F: +1 (213) 615-1750

Bio | VCard | Email | winston.com

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

| Plaintiffs' Proposed Date/Deadline [If Charter Asserts Safe Harbor] | Charter's Alternative Proposal | Plaintiffs' Compromise Proposal |
|---|---|---|
| N/A | N/A | *Completion of Charter's Production of All Ticket Log Data Requested by Plaintiffs and as ordered by the Court; Completion of Charter's Production of Monthly Subscriber Revenue for the Infringing Subscribers as ordered by the Court* 3/18/20 |
| N/A | *Completion of Production of Documents Parties Have Already Agreed to Produce Pursuant to Initial Discovery Requests* 5/11/20 | *Completion of Production of Other Documents Parties Have Already Agreed to Produce Pursuant to Initial Discovery Requests* 5/11/20 |
| N/A | *Completion of Production of Plaintiffs' Ownership Documents (If Ordered Further by Court)* 5/22/20 | 6/11/20 |
| N/A | *Completion of Production of Financial/Licensing Information Ordered by Court (including if BHN Production Deemed Usable)* 5/29/20 | 6/18/20 |
| *Substantial completion of document productions* 7/1/20 | *Completion of Production of any Other Documents Ordered from Initial Requests and Not Yet Produced* 7/1/20 | *Substantial completion of document productions, including any safe harbor discovery to the extent Charter intends to rely upon safe harbor defense* 7/1/20 |
| *Deadline to Serve Written Discovery* 8/19/20 | *Deadline to Serve Written Discovery* 8/19/20 | *Deadline to Serve Written Discovery* 7/15/20 |

SF: 320095-4

| | | |
|---|---|---|
| *Deadline to Designate Experts*<br>9/14/20 | *Deadline to Designate Experts*<br>11/19/20 | *Deadline to Designate Experts*<br>9/14/20 |
| *Deadline to Designate Rebuttal Experts*<br>10/13/20 | *Deadline to Designate Rebuttal Experts*<br>12/17/20 | *Deadline to Designate Rebuttal Experts*<br>10/13/20 |
| N/A | *Completion of Production of Documents Parties Have Already Agreed to Produce Pursuant to Subsequent Discovery Requests*<br>2/24/21 | N/A |
| N/A | *Last Date to File Motion to Compel/seek relief from Court on discovery issues*<br>3/19/21 | 8/31/20 |
| *Fact Discovery Close*<br>9/25/20 | *Deadline to Complete Party Depositions*<br>3/31/21 | *Fact Discovery Close (including party and third-party depositions)*<br>9/25/20 |
| N/A | *Deadline to Complete Third Party Depositions/Discovery*<br>4/30/21 | N/A |
| *Expert Discovery Close*<br>11/16/20 | *Expert Discovery Close*<br>5/16/21 | *Expert Discovery Close*<br>11/16/20 |
| *Dispositive Motion Deadlines*<br>12/21/20 | *Dispositive Motion Deadlines*<br>7/18/21 | *Dispositive Motion Deadlines*<br>12/21/20 |
| *Trial Preparation Conference*<br>2/12/21 | *Trial Preparation Conference*<br>9/17/21 | *Trial Preparation Conference*<br>2/12/21 |
| *Trial*<br>4/12/21 | *Trial*<br>11/21 | *Trial*<br>4/12/21 |

| **Plaintiffs' Proposed Date/Deadline [If BHN Asserts Safe Harbor]** | **BHN's Alternative Proposal** | **Plaintiffs' Compromise Proposal** |
|---|---|---|
| *Mediation Deadline* 5/27/20 | *Mediation Deadline* 5/27/20 | *Mediation Deadline* 7/27/20 |
| N/A | N/A | *Completion of BHN's Production of All Ticket Log Data Requested by Plaintiffs and as ordered by the Court; Completion of BHN's Production of Monthly Subscriber Revenue for the Infringing Subscribers as ordered by the Court* 3/18/20 |
| N/A | *Completion of Production of Documents Parties Have Already Agreed to Produce Pursuant to Initial Discovery Requests* 5/11/20 | *Completion of Production of Other Documents Parties Have Already Agreed to Produce Pursuant to Initial Discovery Requests* 5/11/20 |
| N/A | *Completion of Production of Plaintiffs' Ownership Documents (currently due 3/9/20)* 5/9/20 | 5/9/20 |
| N/A | *Completion of Production of Financial/Licensing Information Ordered by Court (currently due 3/9/20)* 5/22/20 | 5/22/20 |
| | | *Completion of Production of Documents Related to DMCA safe harbor, including those responsive to Plaintiffs' requests and any that BHN intends to rely upon if it asserts the defense*: |

|  |  | 7/1/20 |
|---|---|---|
| *Substantial completion of document productions* 8/31/20 | *Completion of Production of any Other Documents Ordered from Initial Requests and Not Yet Produced* 8/31/20 | *Substantial completion of document productions* 8/31/20 |
| N/A | *Deadline to Serve Written Discovery* 8/19/20 | 8/19/20 |
| *Deadline for Plaintiffs to Designate Experts* 8/26/20 | *Deadline for Plaintiffs to Designate Experts* 10/25/20 | *Deadline for Plaintiffs to Designate Experts* 8/26/20 |
| *Deadline for BHN to Designate Experts* 9/28/20 | *Deadline for BHN to Designate Experts* 11/28/20 | *Deadline for BHN to Designate Experts* 9/28/20 |
| N/A | *Completion of Production of Documents Parties Have Already Agreed to Produce Pursuant to Subsequent Discovery Requests* 3/29/21 | N/A |
| N/A | *Last Date to File Motion to Compel/seek relief from Court on discovery issues* 4/19/21 | 10/16/20 |
| *Fact Discovery Close* 11/11/20 | *Deadline to Complete Party Depositions* 5/31/21 | *Fact Discovery Close (including party and third-party depositions)* 11/30/20 |
| *N/A* | *Deadline to Complete Third Party Depositions/Discovery* 6/30/21 | *N/A* |
| *Expert Discovery Close* 11/16/20 | *Expert Discovery Close* 7/23/21 | *Expert Discovery Close* 11/16/20 |
| *Dispositive Motion Deadlines* 1/5/21 | *Dispositive Motion Deadlines* 9/30/21 | *Dispositive Motion Deadlines* 1/5/21 |

| *Deadline to Meet in Person to prepare Joint Final Pretrial Statement* 5/4/21 | *Deadline to Meet in Person to prepare Joint Final Pretrial Statement* 1/7/22 | *Deadline to Meet in Person to prepare Joint Final Pretrial Statement* 5/4/21 |
|---|---|---|
| *Joint Pretrial Filings Due* 5/17/21 | *Joint Pretrial Filings Due* 1/21/22 | *Joint Pretrial Filings Due* 5/17/21 |
| *All MILs/Other pretrial motions due* 6/2/21 | *All MILs/Other pretrial motions due* 2/10/22 | *All MILs/Other pretrial motions due* 6/2/21 |
| *Trial Briefs Due* 6/9/21 | *Trial Briefs Due* 2/24/22 | *Trial Briefs Due* 6/9/21 |
| *Trial* 7/5/21 | *Trial* 3/25/22 | *Trial* 7/5/21 |