# Exhibit 6

| | |
|---|---|
| **From:** | Sahni, Neema T |
| **To:** | Ranahan, Erin R.; Jeff Gould; Lampros, Nicholas M.; O"Neill, Megan |
| **Cc:** | Matt Oppenheim; Scott Zebrak; Lane, Thomas Patrick; Spitzer, Seth E.; Elkin, Michael S.; Kamin, Mitchell A; Sperling, Jonathan; Coorg, Shilpa A.; Golinveaux, Jennifer A.; Skopec, Allison N.; Ellis, Emily |
| **Subject:** | RE: Warner v. Charter- Pre-Filing Conference re Charter"s Motion to Compel |
| **Date:** | Wednesday, October 23, 2019 4:42:09 PM |

Erin,

Thank you for your email.  The noted times do not work on our end, so we will need to jointly reach out to the Court for additional options next week.  Please copy us on that email.  Also, to clarify, would this be a conference with Judge Jackson or Judge Hegarty?

We also see you just filed a motion to compel in the *Bright House* action.  As we told you just yesterday, in reference to your first bullet below, Plaintiffs were looking into this issue, and we intended to get back to you as soon as possible, but we see you proceeded in any event and your declaration makes no reference to that discussion.  We believe your motion was premature since we were actively engaged in a meet-and-confer on this issue.  In any event, I can confirm that Plaintiffs will agree to produce digital copies of all works-in-suit in response to RFP No. 2.  Please confirm you will immediately withdraw your motion as to that issue, and alert the Court of the same.

Best,
Neema


**Neema Sahni**

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T +1 424 332 4757 | nsahni@cov.com
www.cov.com

# COVINGTON

**From:** Ranahan, Erin R. <ERanahan@winston.com>
**Sent:** Tuesday, October 22, 2019 3:55 PM
**To:** Sahni, Neema T <nsahni@cov.com>; Jeff Gould <Jeff@oandzlaw.com>; Lampros, Nicholas M. <nlampros@cov.com>; O'Neill, Megan <MONeill@cov.com>
**Cc:** Matt Oppenheim <Matt@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Lane, Thomas Patrick <TLane@winston.com>; Spitzer, Seth E. <SSpitzer@winston.com>; Elkin, Michael S. <MElkin@winston.com>; Kamin, Mitchell A <MKamin@cov.com>; Sperling, Jonathan <jsperling@cov.com>; Coorg, Shilpa A. <SCoorg@winston.com>; Golinveaux, Jennifer A. <JGolinveaux@winston.com>; Skopec, Allison N. <ASkopec@winston.com>; Ellis, Emily <EEllis@winston.com>
**Subject:** Warner v. Charter- Pre-Filing Conference re Charter's Motion to Compel

[EXTERNAL]
Counsel,

Following our discussion today and the parties' meet and confer on September 19 which resulted in an impasse on these issues, Charter intends move to compel Plaintiffs' production of the following

four categories of information:

- Digital copies of all of the underlying works claimed by Plaintiffs to be infringed (RFP No. 2)
- Financial information, including profits and revenues for the works-in-suit, and the agreements relevant to those calculations (RFP Nos. 9, 12, 14, 16, 17, 18, 19, 21, 26, 59)
- Information concerning the CAS (Interrogatory No. 5; RFP Nos. 51, 68-75)
- Ownership documents for the works-in-suit, including chain of title information, documents regarding disputes/challenges to ownership, and work-for-hire agreements.  (RFP Nos. 3, 4, 5, 8, 14)

Pursuant to Section VIII.D of the Scheduling Order and the local rules of the Court, the parties are required to request a conference with the Court prior to filing a discovery motion.  When we inquired with the Court about this yesterday, Judge Jackson's Clerk offered this Thursday (10/24) or Friday (10/25) at 9am pst/10am mt/12pm est to hold this conference.

Please let us know as soon as possible if you are available during either of those times, and we will send an email to the Clerk, copying you, to advise the Court.

Regards,

-Erin


**Erin R. Ranahan**
**Partner**
Winston & Strawn LLP
T: +1 (213) 615-1700
D: +1 (213) 615-1835
F: +1 (213) 615-1750
winston.com

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.