# Exhibit 7

| | |
|---|---|
| **From:** | Sahni, Neema T |
| **To:** | Ranahan, Erin R.; Jeff Gould; Lampros, Nicholas M.; O"Neill, Megan |
| **Cc:** | Matt Oppenheim; Scott Zebrak; Lane, Thomas Patrick; Spitzer, Seth E.; Elkin, Michael S.; Kamin, Mitchell A; Sperling, Jonathan; Coorg, Shilpa A.; Golinveaux, Jennifer A.; Skopec, Allison N.; Ellis, Emily |
| **Subject:** | RE: Warner v. Charter- Pre-Filing Conference re Charter"s Motion to Compel |
| **Date:** | Thursday, October 24, 2019 10:08:21 AM |

Erin,

We have agreed to produce the digital copies, which moots the portion of your motion addressed to this issue. As is the case with your clients, we will be making rolling document productions in accordance with our discovery obligations and the deadlines set forth in the court's scheduling orders.

Please confirm you will alert the Court that this issue has been resolved.

Best,
Neema


**Neema Sahni**

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T +1 424 332 4757 | nsahni@cov.com
www.cov.com

**COVINGTON**

**From:** Ranahan, Erin R. <ERanahan@winston.com>
**Sent:** Wednesday, October 23, 2019 10:31 PM
**To:** Sahni, Neema T <nsahni@cov.com>; Jeff Gould <Jeff@oandzlaw.com>; Lampros, Nicholas M. <nlampros@cov.com>; O'Neill, Megan <MONeill@cov.com>
**Cc:** Matt Oppenheim <Matt@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Lane, Thomas Patrick <TLane@winston.com>; Spitzer, Seth E. <SSpitzer@winston.com>; Elkin, Michael S. <MElkin@winston.com>; Kamin, Mitchell A <MKamin@cov.com>; Sperling, Jonathan <jsperling@cov.com>; Coorg, Shilpa A. <SCoorg@winston.com>; Golinveaux, Jennifer A. <JGolinveaux@winston.com>; Skopec, Allison N. <ASkopec@winston.com>; Ellis, Emily <EEllis@winston.com>
**Subject:** RE: Warner v. Charter- Pre-Filing Conference re Charter's Motion to Compel

**[EXTERNAL]**
Hi Neema,

You are correct that the conference regarding Charter's motion to compel in Colorado will be with Judge Jackson.

Thank you for agreeing to produce digital copies of all works-in-suit in both cases. As we mentioned during our call Thursday, we were planning to file the motion yesterday, but we delayed until today in case Plaintiffs agreed to produce the digital copies (which Jeff said he would attempt to confirm by last night). As we also discussed, if the issue was resolved after we filed, we would certainly let

the Court know the issue was moot.  We delayed the filing until today, and we had not heard from you by the time we filed (which was late in the day Florida time).  In any event, assuming we are getting all of the digital copies within a reasonable amount of time, we will inform the Court that since filing our motion, the parties have resolved their dispute regarding RFP 2. Can you let us know when we can expect the digital copies?

We look forward to our further meet and confer discussion tomorrow.

Regards,

-Erin

**Erin R. Ranahan**
**Partner**
Winston & Strawn LLP
T: +1 (213) 615-1700
D: +1 (213) 615-1835
F: +1 (213) 615-1750

winston.com

**From:** Sahni, Neema T <nsahni@cov.com>
**Sent:** Wednesday, October 23, 2019 1:42 PM
**To:** Ranahan, Erin R. <ERanahan@winston.com>; Jeff Gould <Jeff@oandzlaw.com>; Lampros, Nicholas M. <nlampros@cov.com>; O'Neill, Megan <MONeill@cov.com>
**Cc:** Matt Oppenheim <Matt@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Lane, Thomas Patrick <TLane@winston.com>; Spitzer, Seth E. <SSpitzer@winston.com>; Elkin, Michael S. <MElkin@winston.com>; Kamin, Mitchell A <MKamin@cov.com>; Sperling, Jonathan <jsperling@cov.com>; Coorg, Shilpa A. <SCoorg@winston.com>; Golinveaux, Jennifer A. <JGolinveaux@winston.com>; Skopec, Allison N. <ASkopec@winston.com>; Ellis, Emily <EEllis@winston.com>
**Subject:** RE: Warner v. Charter- Pre-Filing Conference re Charter's Motion to Compel

Erin,

Thank you for your email.  The noted times do not work on our end, so we will need to jointly reach out to the Court for additional options next week.  Please copy us on that email.  Also, to clarify, would this be a conference with Judge Jackson or Judge Hegarty?

We also see you just filed a motion to compel in the *Bright House* action.  As we told you just yesterday, in reference to your first bullet below, Plaintiffs were looking into this issue, and we intended to get back to you as soon as possible, but we see you proceeded in any event and your declaration makes no reference to that discussion.  We believe your motion was premature since we were actively engaged in a meet-and-confer on this issue.  In any event, I can confirm that Plaintiffs will agree to produce digital copies of all works-in-suit in response to RFP No. 2.  Please confirm you will immediately withdraw your motion as to that issue, and alert the Court of the same.

Best,
Neema

**Neema Sahni**

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T +1 424 332 4757 | nsahni@cov.com
www.cov.com

**COVINGTON**

**From:** Ranahan, Erin R. <ERanahan@winston.com>
**Sent:** Tuesday, October 22, 2019 3:55 PM
**To:** Sahni, Neema T <nsahni@cov.com>; Jeff Gould <Jeff@oandzlaw.com>; Lampros, Nicholas M. <nlampros@cov.com>; O'Neill, Megan <MONeill@cov.com>
**Cc:** Matt Oppenheim <Matt@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Lane, Thomas Patrick <TLane@winston.com>; Spitzer, Seth E. <SSpitzer@winston.com>; Elkin, Michael S. <MElkin@winston.com>; Kamin, Mitchell A <MKamin@cov.com>; Sperling, Jonathan <jsperling@cov.com>; Coorg, Shilpa A. <SCoorg@winston.com>; Golinveaux, Jennifer A. <JGolinveaux@winston.com>; Skopec, Allison N. <ASkopec@winston.com>; Ellis, Emily <EEllis@winston.com>
**Subject:** Warner v. Charter- Pre-Filing Conference re Charter's Motion to Compel

[EXTERNAL]
Counsel,

Following our discussion today and the parties' meet and confer on September 19 which resulted in an impasse on these issues, Charter intends move to compel Plaintiffs' production of the following four categories of information:

•       Digital copies of all of the underlying works claimed by Plaintiffs to be infringed (RFP No. 2)
•       Financial information, including profits and revenues for the works-in-suit, and the agreements relevant to those calculations (RFP Nos. 9, 12, 14, 16, 17, 18, 19, 21, 26, 59)
•       Information concerning the CAS (Interrogatory No. 5; RFP Nos. 51, 68-75)
•       Ownership documents for the works-in-suit, including chain of title information, documents regarding disputes/challenges to ownership, and work-for-hire agreements.  (RFP Nos. 3, 4, 5, 8, 14)

Pursuant to Section VIII.D of the Scheduling Order and the local rules of the Court, the parties are required to request a conference with the Court prior to filing a discovery motion.  When we inquired with the Court about this yesterday, Judge Jackson's Clerk offered this Thursday (10/24) or Friday (10/25) at 9am pst/10am mt/12pm est to hold this conference.

Please let us know as soon as possible if you are available during either of those times, and we will send an email to the Clerk, copying you, to advise the Court.

Regards,

-Erin

**Erin R. Ranahan**

**Partner**

Winston & Strawn LLP

T: +1 (213) 615-1700

D: +1 (213) 615-1835

F: +1 (213) 615-1750

[winston.com](winston.com)

---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.