# Exhibit 11



333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
T +1 213 615 1700
F +1 213 615 1750

**ERIN R. RANAHAN**
Partner
213-615-1835
ERanahan@winston.com

December 11, 2019

**VIA EMAIL**

Neema T. Sahni
COVINGTON & BURLINGTON LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 900067-4643
nsahni@cov.com

**Re:** *Warner Records Inc., et al. v. Charter Communications, Inc.* D. Colo. Case No. 19-cv-00874-RBJ-MEH

Dear Counsel,

Pursuant to the Court's October 29, 2019 Order, for each of the 110 works-in-suit listed on the attached excel sheet that represent a sample 1% of the works-in-suit, please confirm by December 13, 2019 that you will produce, by no later than December 30, 2019, the following ownership documents in response to Requests for Production ("RFP") Nos. 3 and 5:

(1) certificates of registration issued by the Copyright Office (RFP 5),
(2) any work-for-hire agreements (RFP 5),
(3) all chain of title documentation (including but not limited to any assignment agreements, exclusive licenses, recording contracts, publishing and co-publishing agreements, or other agreements or documents reflecting how each named Plaintiff obtained the ownership rights to the works-in-suit) (RFP 5), and
(4) any documents sufficient to reflect disputes regarding ownership of the works-in-suit, such as cease and desist correspondence with third parties or correspondence with the Copyright Office (RFP 3 & 5).

Pursuant to Magistrate Judge Hegarty's instruction to send a letter and seek his assistance in the event of any dispute, we intend to raise any such dispute when we are before him on December 17, 2019. We will need sufficient time to review and analyze the production for ownership deficiencies, and then to potentially seek the Court's assistance to obtain production for the remaining ownership documents by the close of discovery in March 2020. Accordingly, unless we can agree to another schedule that makes this all possible, we will need the 1% sample production to be made this month.

Regards,
Erin R. Ranahan

AmericasActive:14255884.1

| Artist | Track | Reg. No. | Plaintiff |
|---|---|---|---|
| 30 Seconds To Mars | A Modern Myth (Without Hidden Track) | SR0000377457 | Capitol Records, LLC |
| 50 Cent | P.I.M.P. | SR0000337801 | UMG Recordings, Inc. |
| Adam Lambert | Whataya Want From Me | SR0000654886 | Sony Music Entertainment |
| Adele | crazy for you | SR0000616701 | Sony Music Entertainment |
| Aerosmith | I Don't Want to Miss a Thing | SR0000730819 | Sony Music Entertainment |
| Alanis Morissette | Hand In My Pocket | SR0000213545 | Warner Bros. Records Inc. |
| Amy Winehouse | I Heard Love Is Blind (Live At Concorde) | SR0000614121 | UMG Recordings, Inc. |
| Avril Lavigne | Don't Tell Me | SR0000332312 | Arista Music |
| Bastille | durban skies | SR0000728185 | UMG Recordings, Inc. |
| Beyonce | Dance for You | SR0000623449 | Sony Music Entertainment |
| Big Sean | Marvin & Chardonnay | PA0001760433 | UMG Recordings, Inc. |
| Billy Joel | The River of Dreams | SR0000798617 | Sony Music Entertainment |
| Blake Shelton | The Last Country Song | SR0000406834 | Warner Bros. Records Inc. |
| Bon Jovi | You Give Love A Bad Name | SR0000071794 | UMG Recordings, Inc. |
| Britney Spears | Baby One More Time | SR0000260870 | Zomba Recording LLC |
| Bruce Hornsby & the Range | Mandolin Rain | SR0000071024 | Arista Music |
| Bruce Springsteen | Down in the Hole | SR0000742574 | Sony Music Entertainment |
| Bryan Adams | Summer Of '69 | SR0000058024 | UMG Recordings, Inc. |
| Capital Cities | Farrah Fawcett Hair | SR0000725325 | Capitol Records, LLC |
| Casting Crowns | The Well | SR0000689742 | Provident Label Group, LLC |
| Charlie Wilson | One And Forever | SR0000679365 | Sony Music Entertainment |
| Cher Lloyd | Want U Back | SR0000724736 | Sony Music Entertainment |
| Ciara | Speechless | SR0000671337 | Sony Music Entertainment |
| Colbie Caillat | Break Through | SR0000637479 | UMG Recordings, Inc. |
| Coldplay | Violet Hill | SRu000870150; SR0000652911 | WEA International Inc. |
| Daughtry | Crawling Back to You | SR0000715606 | Sony Music Entertainment |
| Dave Matthews Band | Tripping Billies | SR0000212572 | Arista Music |
| David Bowie | Absolute Beginners | SR0000386234 | WEA International Inc. |
| David Guetta | I Gotta Feeling (FMIF Remix Edit) | SR0000678038 | WEA International Inc. |
| Ed Sheeran | You Need Me, I Don't Need You | SR0000704259 | WEA International Inc. |
| Ellie Goulding | Roscoe | SR0000752677 | UMG Recordings, Inc. |
| Elton John | Goodbye Yellow Brick Road | N10950 | UMG Recordings, Inc. |
| Elton John | Tiny Dancer | RE0000802431 | UMG Recordings, Inc. |
| Emblem3 | I Love LA | PA0001920258; PA0001879197 | Sony Music Entertainment |
| Eminem | Stan (Live) | SR0000382840 | UMG Recordings, Inc. |
| Eminem | Cleanin Out My Closet | PA0001073403; PA0001225996 | UMG Recordings, Inc. |
| Eric Clapton | Swing Low Sweet Chariot | SR0000613979 | UMG Recordings, Inc. |
| Fall Out Boy | American Beauty/American Psycho | SR0000766295 | UMG Recordings, Inc. |
| Flo Rida | Run | SR0000754532 | Atlantic Recording Corporation |
| Flobots | Rise | SR0000613276 | UMG Recordings, Inc. |
| Foster The People | Pumped Up Kicks | SR0000754312 | Sony Music Entertainment |
| George Michael | One More Try | SR0000092432 | Sony Music Entertainment |
| Good Charlotte | My Bloody Valentine | SR0000309099 | Sony Music Entertainment |
| Gorillaz | Clint Eastwood | SR0000409208 | WEA International Inc. |
| green day | murder city | SR0000762131 | Warner Bros. Records Inc. |
| In This Moment | Prayers | SR0000610829 | Sony Music Entertainment |
| J. Cole | Rich N****z | SR0000730319 | Sony Music Entertainment |
| JAY Z | New Day | SR0000683714 | UMG Recordings, Inc. |
| Jefferson Starship | Jane | SR0000014668 | Arista Music |
| Jennifer Lopez | Papi | SR0000740643 | Capitol Records, LLC |
| John Mayer | Love Is A Verb | SR0000701446 | Sony Music Entertainment |
| Justin Timberlake | Take Back The Night | SR0000743698 | Zomba Recording LLC |
| Justin Bieber | Somebody To Love | SR0000647657 | UMG Recordings, Inc. |
| Katy Perry featuring Snoop Dogg | California Gurls (Passion Pit Main Mix) | SR0000662268 | Capitol Records, LLC |
| Kelly Rowland | I'm Dat Chick | SR0000681564 | UMG Recordings, Inc. |
| Kenny Chesney | Being Drunk's A Lot Like Loving You | SR0000341104 | Arista Music |
| Kenny Rogers | Daytime Friends | N44114 | Capitol Records, LLC |
| Kenny Rogers | What Are We Doin' In Love | SR0000000135 | Capitol Records, LLC |
| Kenny Rogers with Dolly Parton | Islands In The Stream | SR0000049409 | Arista Music |
| Kid Cudi | Day 'N' Nite (Club mix) | SR0000641952 | UMG Recordings, Inc. |
| Kid Cudi | Up Up and Away | SR0000637865 | UMG Recordings, Inc. |
| kid ink | murda | PA0001996420 | Sony Music Entertainment |
| Kings Of Leon | Comeback Story | SR0000734388 | Sony Music Entertainment |
| Kings Of Leon | Closer | PA0001204538 PA0001615767 | UMG Recordings, Inc. |
| Korn | Freak On A Leash | SR0000263749 | Sony Music Entertainment |
| La Roux | Bulletproof | SR0000628226 | UMG Recordings, Inc. |
| Lady Antebellum | Just a Kiss | SR0000679267 | Capitol Records, LLC |
| Lady Gaga | Paparazzi | SR0000617841 | UMG Recordings, Inc. |
| Lana Del Rey | Radio | SR0000692991 | UMG Recordings, Inc. |
| Leona Lewis | Better In Time | SR0000619647 | Sony Music Entertainment |
| Linkin Park | CASTLE OF GLASS (Instrumental) | SR0000708311 | Warner Bros. Records Inc. |
| Luke Bryan | We Run this Town | PA0001967419 | Capitol Records, LLC |
| M.I.A. | Sexodus | SR0000736308 | WB Music Corp. |
| Marc Anthony | Escandalo | SR0000615507 | Sony Music Entertainment US Latin |
| Maroon 5 feat. Christina Aguilera | Moves Like Jagger | SR0000690026 | UMG Recordings, Inc. |
| Marvin Gaye | You're The Man - Pts. I & II | N03735; RE0000852280 | UMG Recordings, Inc. |
| MGMT | I Found a Whistle | SR0000655661 | Sony Music Entertainment |
| Mike Posner | Cooler Than Me | SR0000657938 | Sony Music Entertainment |
| Miranda Lambert | Automatic | SR0000738201 | Sony Music Entertainment |
| Muse | Prelude | SR0000721619 | WEA International Inc. |
| Nirvana | Polly | SR0000135335 | UMG Recordings, Inc. |
| Ozzy Osbourne | Road To Nowhere | SR0000135019 | Sony Music Entertainment |
| P!nk | U + Ur Hand (Explicit) | SR0000403184 | LaFace Records LLC |
| Paul Simon | Me and Julio Down By the Schoolyard | RE0000923092 | Sony Music Entertainment |
| Pearl Jam | Black | SR0000137787 | Sony Music Entertainment |

| Artist | Title | Registration | Label |
|---|---|---|---|
| Pharrell Williams duet with Miley Cyrus | come get it bae | SR0000756467 | Sony Music Entertainment |
| Pitbull | Get It Started | PA0001856139; PA0001833984 | Sony Music Entertainment |
| Pitbull feat. Usher & Afrojack | party ain't over | SR0000714643 | Sony Music Entertainment |
| Prince | When You Were Mine | SR0000021996 | Warner Bros. Records Inc. |
| R. Kelly feat. Migos & Juicy J | Show ya p***y | SR0000737848 | Sony Music Entertainment |
| Rick Ross | 911 | PA0001837905 | UMG Recordings, Inc. |
| Rihanna | SOS | SR0000385674 | UMG Recordings, Inc. |
| Sade | Smooth Operator | SR0000069105 | Sony Music Entertainment |
| Sara Bareilles | Gravity | SR0000609856 | Sony Music Entertainment |
| simple plan | when I'm gone | SR0000639323 | Atlantic recording corporation |
| Staind | It's Been Awhile (Live at Hiro Ballroom) | SR0000652574 | Atlantic Recording Corporation |
| Taio Cruz | Break Your Heart | SR0000655287 | UMG Recordings, Inc. |
| The Black Keys | Strange Times | SR0000644154 | Nonesuch Records Inc. |
| The Clash | Stop The World | SR0000760747 | Sony Music Entertainment |
| The Cure | Lovesong | SR0000104305 | Elektra Entertainment Group Inc. |
| The Pussycat Dolls | Stickwitu | SR0000377102 | UMG Recordings, Inc. |
| Timbaland | The Way I Are | SR0000623039 | UMG Recordings, Inc. |
| TLC | Kick Your Game | SR0000198743 | LaFace Records LLC |
| Toby Keith | how do you like me now?! | SR0000768442 | UMG Recordings, Inc. |
| T-Pain ft. B.o.B. | Up down (do this all day) | SR0000766922 | Sony Music Entertainment |
| Trey Songz | Panty Droppa (intro) | SR0000797222 | Atlantic recording corporation |
| Warren G | this D.J. | SR0000765079 | UMG Recordings, Inc. |
| Weezer | Undone -- The Sweater Song | SR0000187644 | UMG Recordings, Inc. |
| Wham | Careless Whisper | SR0000068616 | Sony Music Entertainment |
| Whitney Houston | I'm Your Baby Tonight | SR0000129257 | Arista Music |