# Exhibit 14

1  so substance is not an issue.  It's when we can get
2  this information.
3          THE COURT:  So you're talking about Request
4  for Production 2?
5          MS. RANAHAN:  Yes.
6          THE COURT:  What do you say to that?
7          MR. GOULD:  This is something that we're
8  working on.  I'm a little afraid if you grant this and
9  give some onerous in order to produce by a date
10 certain it establishes some dangerous precedence.
11         THE COURT:  We haven't discussed the time of
12 it, so.
13         MR. GOULD:  Well, we've been working on it,
14 Your Honor.  We're talking about a process to identify
15 the correct digital versions of, you know, 7,000 or so
16 songs, collect those, check them, make sure we have
17 the right things and get them produced.
18         THE COURT:  Are we just talking about songs?
19         MR. GOULD:  Music files, songs, yeah. We're
20 working on it.  There's a discovery and a case
21 management case order in the case.  We're complying
22 with our obligations to produce diligently in good
23 faith and good order.  We've produced over 100,000
24 documents so far.  They've produced five.  We're
25 working on it.  This is a tricky one that just

UNITED STATES DISTRICT COURT

```
1    requires time and technical dealings and we're working
2    on it.
3            THE COURT:  Okay.  Well, I'm going to grant it
4    and then we can talk about the timing of it.  That's
5    where I discuss the other stuff.  So what's the
6    proposal for whatever you all have to produce?
7            MR. GOULD:  I'd like as much time as I can
8    get, Your Honor, 60 days.
9            THE COURT:  I'm not going to give five years
10   but they can have five years for theirs too, so that
11   doesn't get us anywhere.
12           MR. GOULD:  Sixty days should do it.
13           THE COURT:  How much?
14           MR. GOULD:  Sixty days should do it.
15           THE COURT:  Fifty.
16           MR. GOULD:  Sixty.
17           THE COURT:  I'm going to give them the same
18   amount of time.
19           MR. GOULD:  Okay.  Can I confer with my
20   colleagues for a moment please, Your Honor?
21           THE COURT:  Yeah.  You guys can confer.  You
22   know, you can always speak one at a time.
23           MR. GOULD:  I think there's some things, Your
24   Honor, we can produce more quickly.
25           THE COURT:  I'm sure there is.
```

1  I really -- the copyright registration certificates
2  and the printouts, we'll produce those within, you
3  know, 30 days, not an issue. We'll get there.
4        THE COURT: Okay.
5        MR. OPPENHEIM: Okay. The other ownership
6  documents which you included as work for hire, to be
7  honest, Your Honor, we have to go back and talk to our
8  clients to find out just how difficult that's going to
9  be.
10       THE COURT: I'm not going to have two
11 different dates for the same category.
12       MR. OPPENHEIM: So that's why I was trying --
13 I'm trying to -- regardless of what date you provide,
14 we'll produce on a rolling basis the registrations and
15 the --
16       THE COURT: Yeah, because the order is going
17 to say produce by such and such a date. It doesn't
18 mean that you have to produce it on that date.
19       MR. OPPENHEIM: And as evidenced by the way
20 we've conducted ourselves to date, we've produced
21 hundreds and thousands of documents already, so, but
22 the other -- the work-for-hire documents, Your Honor,
23 even if you said 60 days at this point, I must tell
24 you, I don't think as to that that we could do that.
25 We're going to need to --

```
 1          THE COURT:  But we'll -- Let's do it this way,
 2   though.  We'll put a time limit on it, and if you need
 3   more time, then you can see what the problem is.
 4          MR. OPPENHEIM:  Certainly.  We are happy to
 5   produce what we can produce within 60 days and then
 6   come back to the Court as necessary on that 60 days if
 7   Your Honor wants.
 8          THE COURT:  Okay.  So what I'll do is I'll
 9   give both sides 60 days to produce whatever has been
10   required to be produced.  If you need more time, you
11   can come back.
12          MR. OPPENHEIM:  Very well, Your Honor.
13          THE COURT:  If you don't need to take it all,
14   you can move on to something else.  Okay.  So let me
15   go through this to make sure we are -- we've all
16   gotten the same thing.  Interrogatory 11 is granted
17   with respect to the period from March 1st, 2012 to
18   May 31st, 2016.  Interrogatory 1 is denied.  With
19   respect to the Request for Production 18, I'm going to
20   expressly indicate in here that the Plaintiffs
21   expressly waived any claim for actual damages and then
22   it's granted as to the discovery period.  19 is
23   granted as to discovery period.  20 was denied as mute
24   or withdrawn -- or overbroad.  8 is granted with
25   respect to the DMCA policies, report, whatever, I
```