# Exhibit 21

| | |
|---|---|
| **From:** | Ranahan, Erin R. |
| **Sent:** | Wednesday, February 12, 2020 1:56 PM |
| **To:** | Matt Oppenheim; Ehlers, J. Hardy; Sahni, Neema T; Jeff Gould; Scott Zebrak |
| **Cc:** | Lampros, Nicholas M.; Golinveaux, Jennifer A.; Lane, Thomas Patrick; Ellis, Emily; Elkin, Michael S.; Alvarez, Cesie; Anderson, Sean R.; Skopec, Allison N.; Spitzer, Seth E.; O'Neill, Megan; Kamin, Mitchell A |
| **Subject:** | UMG v. Bright House/Warner v. Charter-- PROPOSED REVISED CASE SCHEDULES |
| **Attachments:** | CHARTER BHN REVISED DATES 2 12 20.pdf; CHARTER BHN REVISED DATES 2 12 20.docx |

Counsel,

Per our discussion yesterday afternoon, please find our proposed schedules for each case adding in interim deadlines and dates, which is compared on these charts against your longer proposed schedules.  Please note that per Mr. Oppenheim's suggestion, we built in some meaningful interim production deadlines (beyond "substantial completion"), and also extended the dates for Plaintiffs to produce the ownership and financial documents that we understand is taking the most time for Plaintiffs to gather, review and produce.  This structure should alleviate your concerns about the timing of Defendants' remaining productions.

We believe these schedules are reasonable and appropriate in light of the complexity of the cases, the stage of the pleadings (including amendments last month and coming later this week), the number of parties, and the realities about the time the respective remaining productions and discovery will take.  As we explained yesterday, we want complete ownership and financial discovery before proceeding with Plaintiffs' depositions, and these schedules would give us comfort in that.

Please let us know whether Plaintiffs can consent to these dates. If so, we will prepare as a joint motion.   Otherwise, we will proceed with our motions to extend the schedules along these lines (though perhaps not with all the interim production dates and extensions of Plaintiffs' court ordered deadlines).

Regards,

-Erin

**Erin R. Ranahan**
**Partner**
Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

D: +1 (213) 615-1835
F: +1 (213) 615-1750

Bio | VCard | Email | winston.com

1

| **Plaintiffs' Proposed Date/Deadline** | **Charter's Alternative Proposal** |
|---|---|
| N/A | *Completion of Production of Documents Parties Have Already Agreed to Produce Pursuant to Initial Discovery Requests* 5/11/20 |
| N/A | *Completion of Production of Plaintiffs' Ownership Documents (If Ordered Further by Court)* 5/22/20 |
| N/A | *Completion of Production of Financial/Licensing Information Ordered by Court (including if BHN Production Deemed Usable)* 5/29/20 |
| *Substantial completion of document productions* 7/1/20 | *Completion of Production of any Other Documents Ordered from Initial Requests and Not Yet Produced* 7/1/20 |
| *Deadline to Serve Written Discovery* 8/19/20 | *Deadline to Serve Written Discovery* 8/19/20 |
| *Deadline to Designate Experts* 9/14/20 | *Deadline to Designate Experts* 11/19/20 |
| *Deadline to Designate Rebuttal Experts* 10/13/20 | *Deadline to Designate Rebuttal Experts* 12/17/20 |
| N/A | *Completion of Production of Documents Parties Have Already Agreed to Produce Pursuant to Subsequent Discovery Requests* 2/24/21 |
| N/A | *Last Date to File Motion to Compel/seek relief from Court on discovery issues* 3/19/21 |
| *Fact Discovery Close* 9/25/20 | *Deadline to Complete Party Depositions* 3/31/21 |
| *N/A* | *Deadline to Complete Third Party Depositions/Discovery* 4/30/21 |
| *Expert Discovery Close* 11/16/20 | *Expert Discovery Close* 5/16/21 |
| *Dispositive Motion Deadlines* 12/21/20 | *Dispositive Motion Deadlines* 7/18/21 |
| *Trial Preparation Conference* 2/12/21 | *Trial Preparation Conference* 9/17/21 |
| *Trial* 4/21 | *Trial* 11/21 |

| **Plaintiffs' Proposed Date/Deadline** | **BHN's Alternative Proposal** |
|---|---|
| *Mediation Deadline*<br>5/27/20 | *Mediation Deadline*<br>5/27/20 |
| N/A | *Completion of Production of Documents Parties Have Already Agreed to Produce Pursuant to Initial Discovery Requests*<br>5/11/20 |
| N/A | *Completion of Production of Plaintiffs' Ownership Documents (currently due 3/9/20)*<br>5/9/20 |
| N/A | *Completion of Production of Financial/Licensing Information Ordered by Court (currently due 3/9/20)*<br>5/22/20 |
| *Substantial completion of document productions*<br>8/31/20 | *Completion of Production of any Other Documents Ordered from Initial Requests and Not Yet Produced*<br>8/31/20 |
| N/A | *Deadline to Serve Written Discovery*<br>8/19/20 |
| *Deadline for Plaintiffs to Designate Experts*<br>8/26/20 | *Deadline for Plaintiffs to Designate Experts*<br>10/25/20 |
| *Deadline for BHN to Designate Experts*<br>9/28/20 | *Deadline for BHN to Designate Experts*<br>11/28/20 |
| N/A | *Completion of Production of Documents Parties Have Already Agreed to Produce Pursuant to Subsequent Discovery Requests*<br>3/29/21 |
| N/A | *Last Date to File Motion to Compel/seek relief from Court on discovery issues*<br>4/19/21 |
| *Fact Discovery Close*<br>11/11/20 | *Deadline to Complete Party Depositions*<br>5/31/21 |
| *N/A* | *Deadline to Complete Third Party Depositions/Discovery*<br>6/30/21 |
| *Expert Discovery Close*<br>11/16/20 | *Expert Discovery Close*<br>7/23/21 |
| *Dispositive Motion Deadlines* | *Dispositive Motion Deadlines* |

| 1/5/21 | 9/30/21 |
|---|---|
| *Deadline to Meet in Person to prepare Joint Final Pretrial Statement* | *Deadline to Meet in Person to prepare Joint Final Pretrial Statement* |
| 5/4/21 | 1/7/22 |
| *Joint Pretrial Filings Due* | *Joint Pretrial Filings Due* |
| 5/17/21 | 1/21/22 |
| *All MILs/Other pretrial motions due* | *All MILs/Other pretrial motions due* |
| 6/2/21 | 2/10/22 |
| *Trial Briefs Due* | *Trial Briefs Due* |
| 6/9/21 | 2/24/22 |
| *Trial* | *Trial* |
| 7/5/21 | 3/25/22 |