IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

WARNER BROS. RECORDS INC., *et al*.,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

Civil Action No.  19-cv-00874-RBJ-MEH

## (PROPOSED) ORDER GRANTING CHARTER COMMUNICATIONS, INC.'S, MOTION TO AMEND THE SCHEDULING ORDER

The Court, upon the Motion of Defendant and being sufficiently advised in the Premises, hereby Orders that the Motion is Granted.  The Scheduling Order (ECF No. 44), the Court's Order Modifying the Scheduling Order (ECF No. 79), and the Court's July 8, 2019 Order shall be amended consistent with the dates set forth below:

|  | Present Date | Amended Date |
|---|---|---|
| Deadline to serve written discovery requests | February 26, 2020 | August 19, 2020 |
| Deadline to designate experts | March 13, 2020 | November 19, 2020 |
| Fact Discovery Close | March 31, 2020 | March 31, 2021 |
| Deadline to designate rebuttal experts | April 13, 2020 | December 17, 2020 |
| Expert Discovery Close | May 15, 2020 | May 16, 2021 |
| Dispositive Motions Deadlines | June 11, 2020 | July 18, 2021 |
| Trial Preparation Conference | October 2, 2020 | September 17, 2021 |
| Trial | November 2, 2020 | November 2021 |

Done this ___ day of February, 2020.

                                                                  _____
                                                                  Judge Michael E. Hegarty
                                                                  U.S. District Court