IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | |
|---|---|
| Civil Action No: 19-cv-874-RBJ-MEH | Date:  February 19, 2020 |
| Courtroom Deputy: Christopher Thompson | FTR:   Courtroom A 501 |

*Parties:*                                                         *Counsel:*

WARNER RECORDS, INC et al.,                   Neema Sahni
                                                                        Jonathan Sperling
                                                                        Matt Oppenheim

    Plaintiff,

v.

CHARTER COMMUNICATIONS, INC.,            Erin Ranahan
                                                                        Sean Anderson
                                                                        Craig Joyce
                                                                        Jennifer Golinveaux by phone

    Defendant.

## COURTROOM MINUTES
## DISCOVERY CONFERENCE

**Court in session:**       3:03 p.m.

Court calls case. Appearances of counsel. Parties meet and discuss discovery disputes and the possibility of a Special Master being needed in the case with the Court's rulings made on the record.

Discussion held regarding the issues pertaining to ownership and work for hire agreements as related to the previously ordered sample of 110 works as discussed on the record. The parties discuss and argue elements from the Cox case which may be relevant to the present case.

Parties discuss issues arising from related cases in Florida and Virginia and overlapping works stemming from said cases. The overlapping works as discussed on the record will not allow for more discovery for either party.

Plaintiffs, referring to the discovery conference held on December 17, 2019, notify the Court documents from previous requests for productions have yet to be provided by the Defendants. The Defendant agrees to provide all information requested by **March 16, 2020,** as stated on the record.

Discussion held regarding the Defendant's company wide financials and revenue produced from the internet and the infringing subscribers.

**ORDERED:**   Defendant's shall produce all the documents in question related to the Plaintiff's unanswered requests for productions, as stated on the record, on or before **March 16, 2020**.

By **March 16, 2020,** Defendants need to state plainly what their final answer on policies as stated on the record.

Defendant shall produce to the Court communications where they have clearly indicated some information or data, as stated on the record, does not exist because it is gone by **Monday, February 24, 2020.**

The parties shall file simultaneously briefs on the issue of the import of erroneously designating a work as a work for hire and the impact it has on its' legitimacy of its registration. The briefs page limit is four (4) and are due by **Friday, February 28, 2020**.

**Court in recess:**   5:42 p.m.   Hearing concluded.
Total in-court time:   2:39

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.