# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 19-cv-00874-MSK-MEH

**WARNER RECORDS INC.,** *et al.***,**

      Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.,**

      Defendant.

## DECLARATION OF NEEMA T. SAHNI IN SUPPORT OF PLAINTIFFS' MOTION TO DENY DINA HELLERSTEIN'S DESIGNATION AS A QUALIFIED PERSON

I, Neema T. Sahni, hereby declare and state as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner of the law firm Covington & Burling LLP, attorneys of record for Plaintiffs. I submit this declaration in support of Plaintiffs' Motion To Deny Dina Hellerstein's Designation As A Qualified Person. I have personal knowledge of all facts stated in this declaration, and if called upon as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of correspondence between me and counsel for Charter, dated February 7, 2020, through February 13, 2020, regarding Charter's retention of Dina Hellerstein as an actual or potential expert or consultant in this matter.

3. To date, Charter has not responded to Plaintiffs' inquiry in my February 13, 2020 email in Exhibit A that Charter explain the scope of Ms. Hellerstein's retention, beyond that

Charter intends to provide her "copyright ownership-related documents designated as HC-AEO that Plaintiffs have produced."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of February, 2020 in Los Angeles, California.

*/s/ Neema T. Sahni*
Neema. T Sahni

2