# EXHIBIT A

| | |
|---|---|
| **From:** | Sahni, Neema T |
| **To:** | Anderson, Sean R.; Lampros, Nicholas M.; O"Neill, Megan; Jeff Gould; Matt Oppenheim |
| **Cc:** | Golinveaux, Jennifer A.; Lane, Thomas Patrick; Elkin, Michael S.; Skopec, Allison N.; Spitzer, Seth E.; Coorg, Shilpa A.; Ranahan, Erin R.; Kamin, Mitchell A; Sperling, Jonathan; Ellis, Emily |
| **Subject:** | RE: Warner Records v. Charter Communications; Case No. 19-cv-00874 - Notice Pursuant to Protective Order |
| **Date:** | Thursday, February 13, 2020 4:57:59 PM |
| **Attachments:** | image008.jpg<br>image009.jpg<br>image001.jpg<br>image002.jpg |

Counsel,

Plaintiffs hereby provide notice that they object to the designation of Dina Hellerstein as a Qualified Person under Section 5(a)(iii) of the Protective Order, and to Charter's retention of Ms. Hellerstein in this matter for any purpose related to ownership or antipiracy issues.  Ms. Hellerstein was a senior attorney for EMI, which encompassed Capitol Records, as well.  As you know, EMI was acquired by Universal Music Group; and both UMG and Capitol are plaintiffs in this case.  In Ms. Hellerstein's role at EMI, she was involved in the drafting and enforcement of licensing agreements, as well as analyzing ownership issues for works in the EMI catalog, among other responsibilities.  Thus, she undoubtedly had access to and possessed privileged information that is relevant to several issues in the case, including ownership.  Further, given Ms. Hellerstein's senior role within EMI's legal department, Ms. Hellerstein participated routinely and extensively in RIAA working groups, encompassing industry-wide issues -- and involving communications with the other major label plaintiff groups -- including but not limited to anti-piracy enforcement efforts and formulating litigation strategies and potential targets.  It is thus improper for Charter to retain or have discussions with her that may lead to any unauthorized use or disclosure of privileged and/or confidential/proprietary information. *See, e.g.*, *Butler v. Biocore Med. Techs., Inc.*, 348 F.3d 1163 (10th Cir. 2003).

We are willing to meet-and-confer on this matter, including to better understand the scope of Ms. Hellerstein's potential review and what she would be asked to consult on, but without such information, plaintiffs' position is that, in light of the foregoing, Ms. Hellerstein's retention clearly poses a risk of serious harm if any of the above-referenced information is disclosed or used in a manner adverse to their interests.

Sincerely,
Neema


**Neema Sahni**

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T +1 424 332 4757 | **nsahni@cov.com**
www.cov.com


**From:** Anderson, Sean R. <SRanderson@winston.com>
**Sent:** Monday, February 10, 2020 3:34 PM
**To:** Sahni, Neema T <nsahni@cov.com>; Lampros, Nicholas M. <nlampros@cov.com>; O'Neill, Megan <MONeill@cov.com>; Jeff Gould <Jeff@oandzlaw.com>; Matt Oppenheim <Matt@oandzlaw.com>
**Cc:** Golinveaux, Jennifer A. <JGolinveaux@winston.com>; Lane, Thomas Patrick <TLane@winston.com>; Elkin, Michael S. <MElkin@winston.com>; Skopec, Allison N.

<ASkopec@winston.com>; Spitzer, Seth E. <SSpitzer@winston.com>; Coorg, Shilpa A. <SCoorg@winston.com>; Ranahan, Erin R. <ERanahan@winston.com>; Kamin, Mitchell A <MKamin@cov.com>; Sperling, Jonathan <jsperling@cov.com>; Ellis, Emily <EEllis@winston.com>
**Subject:** RE: Warner Records v. Charter Communications; Case No. 19-cv-00874 - Notice Pursuant to Protective Order

**[EXTERNAL]**
Neema,

EMI Music is not a Plaintiff in this case. Even if it were, or to the extent EMI Music's interests have been subsumed by Plaintiffs, her representation of EMI Music was decades ago.

Further, there is no requirement under the Protective Order that a party disclose how it "plan[s] to use" a potential expert or consultant. A party may object to the disclosure of documents designated HC-AEO to a proposed expert only if that party has a good faith belief that there is a "risk of serious harm" from such disclosure.

In any event, to address your concern, our intention is to provide Ms. Hellerstein with copies of certain copyright ownership-related documents designated as HC-AEO that Plaintiffs have produced. We fail to see how her potential review of these documents poses the "risk of serious harm" to any of the Plaintiffs.

Best,
Sean

**Sean R. Anderson**
**Associate Attorney**
Winston & Strawn LLP
D: +1 212-294-5388
F: +1 212-294-4700

VCard | Email | winston.com



**From:** Sahni, Neema T <nsahni@cov.com>
**Sent:** Monday, February 10, 2020 4:58 PM
**To:** Anderson, Sean R. <SRanderson@winston.com>; Lampros, Nicholas M. <nlampros@cov.com>; O'Neill, Megan <MONeill@cov.com>; Jeff Gould <Jeff@oandzlaw.com>; Matt Oppenheim <Matt@oandzlaw.com>
**Cc:** Golinveaux, Jennifer A. <JGolinveaux@winston.com>; Lane, Thomas Patrick <TLane@winston.com>; Elkin, Michael S. <MElkin@winston.com>; Skopec, Allison N. <ASkopec@winston.com>; Spitzer, Seth E. <SSpitzer@winston.com>; Coorg, Shilpa A. <SCoorg@winston.com>; Ranahan, Erin R. <ERanahan@winston.com>; Kamin, Mitchell A <MKamin@cov.com>; Sperling, Jonathan <jsperling@cov.com>
**Subject:** RE: Warner Records v. Charter Communications; Case No. 19-cv-00874 - Notice Pursuant to

Protective Order

Sean,

As you are no doubt aware, Ms. Hellerstein is a former lawyer for one of the Plaintiffs.  Given her unique role and prior tenure at EMI, we need more specificity regarding what you plan to use her for in order to properly assess Charter's request.  Please provide that information as soon as possible, and in no event later than tomorrow, so that we may determine how to proceed.

Best,
Neema

**Neema Sahni**

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T +1 424 332 4757 | nsahni@cov.com
www.cov.com

---

**From:** Sahni, Neema T
**Sent:** Sunday, February 09, 2020 7:44 PM
**To:** Anderson, Sean R. <SRanderson@winston.com>; Lampros, Nicholas M. <nlampros@cov.com>; O'Neill, Megan <MONeill@cov.com>; Jeff Gould <Jeff@oandzlaw.com>; Matt Oppenheim <Matt@oandzlaw.com>
**Cc:** Golinveaux, Jennifer A. <JGolinveaux@winston.com>; Lane, Thomas Patrick <TLane@winston.com>; Elkin, Michael S. <MElkin@winston.com>; Skopec, Allison N. <ASkopec@winston.com>; Spitzer, Seth E. <SSpitzer@winston.com>; Coorg, Shilpa A. <SCoorg@winston.com>; Ranahan, Erin R. <ERanahan@winston.com>; Kamin, Mitchell A (MKamin@cov.com) <MKamin@cov.com>; Sperling, Jonathan <jsperling@cov.com>
**Subject:** RE: Warner Records v. Charter Communications; Case No. 19-cv-00874 - Notice Pursuant to Protective Order

Sean,

We are considering your email below, but note that under Section 14(b) of the Protective Order, we have four business days to respond, not four calendar days as suggested by your email.  Accordingly, we will get back to you on our position by Thursday, February 6.  Please ensure Ms. Hellerstein is not permitted access to any Protected Information until we have time to consider this request and respond within the time allotted.

Also, please ensure Mitch Kamin and Jonathan Sperling are included in any case correspondence for this matter and the *Bright House* matter.

Thank you,
Neema

**Neema Sahni**

Covington & Burling LLP

1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T +1 424 332 4757 | nsahni@cov.com
www.cov.com

**From:** Anderson, Sean R. <SRanderson@winston.com>
**Sent:** Friday, February 07, 2020 2:12 PM
**To:** Sahni, Neema T <nsahni@cov.com>; Lampros, Nicholas M. <nlampros@cov.com>; O'Neill, Megan <MONeill@cov.com>; Jeff Gould <Jeff@oandzlaw.com>; Matt Oppenheim <Matt@oandzlaw.com>
**Cc:** Golinveaux, Jennifer A. <JGolinveaux@winston.com>; Lane, Thomas Patrick <TLane@winston.com>; Elkin, Michael S. <MElkin@winston.com>; Skopec, Allison N. <ASkopec@winston.com>; Spitzer, Seth E. <SSpitzer@winston.com>; Coorg, Shilpa A. <SCoorg@winston.com>; Ranahan, Erin R. <ERanahan@winston.com>
**Subject:** Warner Records v. Charter Communications; Case No. 19-cv-00874 - Notice Pursuant to Protective Order

**[EXTERNAL]**
Counsel,

Please be advised that Dina Hellerstein is an "actual or potential independent expert[] or consultant[] ... engaged in connection with this litigation" by Charter and is thus a "Qualified Person" under Section 5(a)(iii) of the Stipulated Protective Order. We are providing notice under Section 5(a)(iii). Please let us know within four days if Plaintiffs object to Charter providing Ms. Hellerstein with materials designated by Plaintiffs as "Highly Confidential" under the Stipulated Protective Order.

Regards,

### Sean R. Anderson
**Associate Attorney**

Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193

D: +1 212-294-5388

F: +1 212-294-4700

Bio | VCard | Email | winston.com



The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.