**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 19-cv-00874-RBJ-MEH

**WARNER RECORDS INC.,** *et al.***,**

        Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.,**

        Defendant.

---

**NOTICE OF FILING OF REDLINED COPIES OF EXHIBITS A AND B TO THE
COMPLAINT**

---

        Plaintiffs hereby provide notice of their filing of redlined copies of Exhibits A and B to the

complaint (Dkt. 111-1, 111-2), pursuant to the Court's February 12, 2020 Minute Order (Dkt. 122).

        As directed by that Order, the redlined copies filed with this Notice reflect the amendments

made by Plaintiffs to Exhibits A and B.  However, the format of the Exhibits does not allow for

meaningful redlines to be created through an automated comparison function.  Instead, these

redlines were created only partially on an automated basis, with much of the work being performed

manually.[1]

---

[1] The tracks in the Exhibit A redline are listed in the order provided in the original and amended
Exhibit A.  The tracks in the Exhibit B redline are listed by plaintiff group (*i.e.*, Sony entities,
Warner entities, and Universal entities), then alphabetically by track name.  Tracks claimed by
multiple plaintiff groups are listed at the end of the redline.  This order differs from the order
provided in the original and amended Exhibit B.  Maintaining the order found in the original and
amended Exhibit B results in a redline that creates the appearance of additions and deletions when
in fact tracks are simply being moved from one location in the Exhibit to another.

Dated: February 21, 2020                    Respectfully submitted,

*/s/ Mitchell A. Kamin*
Mitchell A. Kamin
Neema T. Sahni
Mark Y. Chen
Nicholas M. Lampros
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
mkamin@cov.com
nsahni@cov.com
mychen@cov.com
nlampros@cov.com

Jonathan M. Sperling
William E. O'Neil
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com
woneil@cov.com

Megan M. O'Neill
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
moneill@cov.com

Matthew J. Oppenheim
Scott A. Zebrak
Jeffrey M. Gould
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Fl.
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
scott@oandzlaw.com
jeff@oandzlaw.com

Janette L. Ferguson, Esq.
Benjamin M. Leoni, Esq.
LEWIS BESS WILLIAMS & WEESE, P.C.
1801 California Street, Suite 3400
Denver, CO 80202
Telephone: (303) 861-2828
jferguson@lewisbess.com
bleoni@lewisbess.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February, 2020, a true and correct copy of the foregoing, and all accompanying documentation thereto, was filed with the Clerk of Court and served electronically on all parties via the CM/ECF system.

*/s/Mitchell A. Kamin*
Mitchell A. Kamin