# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-00874-RBJ-MEH

**WARNER RECORDS INC.,** *et al.***,**

      Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.,**

      Defendant.

---

## DECLARATION OF NEEMA T. SAHNI IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANT CHARTER COMMUNICATIONS, INC.'S MOTION TO AMEND THE SCHEDULING ORDER

---

I, Neema T. Sahni, hereby declare and state as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner of the law firm Covington & Burling LLP, attorneys of record for Plaintiffs. I submit this declaration in support of Plaintiffs' Response to Charter Communications Inc.'s ("Charter") Motion to Amend the Scheduling Order. I have personal knowledge of all facts stated in this declaration, and if called upon as a witness, could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of a letter that my colleague, Mitchell A. Kamin, sent to Charter's counsel on November 13, 2019.

3. Attached hereto as **Exhibit B** is a true and correct copy of a letter that Michael S. Elkin, counsel for Charter, sent to Plaintiffs' counsel on November 20, 2019.

4. Attached hereto as **Exhibit C** is a true and correct copy of pages 113 to 115 from the transcript for the February 19, 2020 discovery conference before Magistrate Judge Hegarty.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 27th day of February, 2020 in Los Angeles, California.

*/s/ Neema T. Sahni*
Neema. T Sahni