# EXHIBIT A

**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Mitchell A. Kamin

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T  +1 424 332 4759
mkamin@cov.com

*By Electronic Mail*                                       November 13, 2019

Michael S. Elkin, Esq.
Seth E. Spitzer, Esq.
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
T: (212) 294-6729
F: (212) 294-4700
*melkin@winston.com*
*sspitzer@winston.com*

Erin R. Ranahan, Esq.
Winston & Strawn LLP
333 S. Grand Ave., 38th Floor
Los Angeles, CA 90071-1543
T: (213) 615-1835
*eranahan@winston.com*

      Re:    *UMG Recordings Inc., et al. v. Bright House Networks, LLC*, M.D. Fla. Case No.: 8:19-cv-00710-MSS-TGW; *Warner Bros. Records Inc., et al. v. Charter Communications, Inc.*, D. Colo. Civil Action No.: 1:19-cv-00874-RBJ-MEH

Counsel:

      We write to confirm whether Defendants Bright House Networks, LLC or Charter Communications, Inc. intend to assert in the above-referenced actions a DMCA safe harbor affirmative defense pursuant to 17 U.S.C. § 512.

      Under our existing case schedules, the parties have ten months to complete fact discovery in the Colorado action, and twelve months to complete all discovery in the Florida action.  Five months of that time have now passed, and in order for Plaintiffs to be able to effectively seek and obtain discovery related to core claims and defenses in the case, they need to know definitively whether Bright House or Charter intend to claim a safe harbor.  Defendants have to date refused to take a position on whether they will assert a safe harbor defense in either case, including when the parties discussed this topic on at least two occasions, during meet-and-discussions on September 19, 2019 and October 22, 2019.  Plaintiffs have a right to know what defenses Defendants intend to assert in a timely manner so that they may proceed with discovery accordingly.  Regardless of the outcome of Defendants' pending motions to dismiss directed to Plaintiffs' claims for vicarious liability for copyright infringement, Plaintiffs' claims

**COVINGTON**

Michael S. Elkin, Esq.
Seth E. Spitzer, Esq.
Erin R. Ranahan, Esq.
November 13, 2019
Page 2

for contributory liability for copyright infringement will remain, so there is no reason for Defendants' to wait any longer before confirming this basic position.

Because it is material to the discovery to be conducted, we request that you state no later than November 20, 2019 whether Bright House or Charter intends to plead the safe harbor defense.  We look forward to your reply.

    Sincerely,

    */s/Mitchell A. Kamin*
    Mitchell A. Kamin
    Neema T. Sahni
    COVINGTON & BURLING LLP
    1999 Avenue of the Stars
    Los Angeles, CA 90067-4643
    Telephone: (424) 332-4800
    mkamin@cov.com
    nsahni@cov.com

    Jonathan M. Sperling
    COVINGTON & BURLING LLP
    The New York Times Building
    620 Eighth Avenue
    New York, NY 10018-1405
    Telephone: (212) 841-1000
    jsperling@cov.com

    *Attorneys for Plaintiffs*

cc:    Matthew J. Oppenheim (*matt@oandzlaw.com*)
    Scott A. Zebrak (*scott@oandzlaw.com*)
    Jeffrey M. Gould (*jeff@oandzlaw.com*)
    Thomas Patrick Lane (*tlane@winston.com*)
    Shilpa A. Coorg (*scoorg@winston.com*)