# EXHIBIT B



North America Europe Asia

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

**MICHAEL S. ELKIN**
Partner
212.294.6729
MElkin@winston.com

November 20, 2019

**VIA EMAIL**

Mitchell A. Kamin
Neema T. Sahni
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
mkamin@cov.com
nsahni@cov.com

Jonathan M. Sperling
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com

**Re: UMG Recordings Inc., et al. v. Bright House Networks, LLC, M.D. Fla. Case No.: 8:19-cv-00710-MSS-TGW; Warner Bros. Records Inc., et al. v. Charter Communications, Inc., D. Colo. Civil Action No.: 1:19-cv- 00874-RBJ-MEH**

Counsel:

This responds to your November 13, 2019 letter.

Defendants are continuing to evaluate whether either or both will be asserting a DMCA safe harbor affirmative defense pursuant to 17 U.S.C. § 512. Defendants are thus not able to respond to your request at this time.

Defendants propose the parties proceed in the course specified by the Federal Rules of Civil Procedure with respect to pleading affirmative defenses.

Very truly yours,

/s/ Michael S. Elkin
Michael S. Elkin

cc: Matthew J. Oppenheim (*matt@oandzlaw.com*)
Scott A. Zebrak (*scott@oandzlaw.com*)
Jeffrey M. Gould (*jeff@oandzlaw.com*)
Nicholas Lampros (*nlampros@cov.com)*
Thomas Patrick Lane *(tlane@winston.com)*
Shilpa A. Coorg *(scoorg@winston.com)*