# Exhibit B

1

```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLORADO
 2
      Case No. 19-cv-874-RBJ-MEH
 3    _____

 4    WARNER RECORDS, INC., et al.,

 5         Plaintiffs,

 6    vs.

 7    CHARTER COMMUNICATIONS, INC.,

 8         Defendant.
      _____
 9

10              Proceedings before MICHAEL E. HEGARTY, United

11    States Magistrate Judge, United States District Court for the

12    District of Colorado, commencing at 1:00 p.m., December 17,

13    2019, in the United States Courthouse, Denver, Colorado.

14    _____

15              WHEREUPON, THE ELECTRONICALLY RECORDED PROCEEDINGS

16    ARE HEREIN TYPOGRAPHICALLY TRANSCRIBED. . .

17    _____

18                        APPEARANCES

19              NEEMA SAHNI, NICHOLAS LAMPROS and JANETTE FERGUSON,

20    Attorneys at Law, appearing for the Plaintiffs.

21              ERIN RANAHAN and CRAIG JOYCE, Attorneys at Law,

22    appearing for the Defendant.

23    _____

24                      DISCOVERY CONFERENCE

25
```

1   will govern what?

2          MS. SAHNI:  That could govern the willfulness for

3   statutory damages.  You know, it's directly relevant to

4   knowledge itself of repeat infringement activity for

5   purposes of the contributory --

6          THE COURT:  Was that the limit that you have for

7   exemplary damages is statutory willful?

8          MS. SAHNI:  There are willful damages.

9          THE COURT:  There is no common law punitive?

10          MS. SAHNI:  No, Your Honor.

11          THE COURT:  Okay.

12          MS. SAHNI:  We've elected statutory damages.

13   There is a range for willful infringement, you can go

14   higher, to a higher range.

15          THE COURT:  Okay.  And is that on a pretty

16   frequent basis?

17          MS. SAHNI:  Yeah, per -- per work.

18          THE COURT:  Per work, okay.  So what's your

19   response?

20          MS. RANAHAN:  Okay, so a few things.

21          As far as what they believe are standard, that's

22   why the CAS is so important, which we can talk about next.

23   But they did have an industry agreement with five major ISPs,

24   like us, which never required terminations.  They had like a

25   15-step program and they had --