IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No:   19-cv-874-RBJ-MEH              Date: March 4, 2020
Courtroom Deputy:  Christopher Thompson          FTR:  A 501

*Parties:*                                        *Counsel:*

WARNER RECORDS INC. et al,                        Jeffrey Gould
                                                  Matthew Oppenheim
                                                  Neema Sahmi
                                                  Mitch Hammond

    Plaintiff,

v.

CHARTER COMMUNICATIONS, INC.,                     Craig Joyce
                                                  Jennifer Golinveaux
                                                  Sean Anderson

    Defendant.

**COURTROOM MINUTES/MINUTE ORDER**
**STATUS CONFERENCE**

**Court in session:**     **10:31 a.m.**

Court calls case. Appearances of counsel by telephone. The Court updates the case on the status of the case.

The parties and the Court discuss the possibility of appointing Special Master Rodriguez to the case as stated on the record. The Court will enter a separate order appointing the Special Master and potentially permitted parties to raise certain issues (legal issues or enforcement of existing Court orders) directly with the Magistrate Judge.

Discussion held regarding Defendant's recent discovery that during migration of one data system to another, emails were lost but such loss should not be material to the case, formal notice of the loss to be provided to the Plaintiffs today.

Discussion held regarding work-for-hire topics and document productions from the Brighthouse case; the parties to submit a notice to the Court when production commences and when it is completed.

Discussion held regarding the pendency of Defendant's Motion to Dismiss and its effect on

suspending the time to file an answer.   Plaintiffs suggested a Partial Answer to those claims that are not the subject of the Motion to Dismiss.

**Court in recess:**     **11:07 a.m.**          Hearing concluded.
Total in-court time:    0:36

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.