IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 19-cv-00874-RBJ-MEH

WARNER BROS. RECORDS INC., et al.,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

---

ORDER SETTING ANSWER DATE

---

    The Court has reviewed ECF 140, entered today, which addresses an issue the parties raised with the Magistrate Judge during a conference. Specifically, currently before me is ECF 71, the Magistrate Judge's recommendation on Defendant's Motion to Dismiss (ECF 38). The Federal Rules of Civil Procedure permit the Defendant to file its Answer within 14 days after notice of this Court's action on the Recommendation, "[u]nless the court sets a different time." Fed. R. Civ. P. 12(a)(4). It appears from the Magistrate Judge's minutes that the Plaintiffs suggested the filing of a partial answer. In the interests of timeliness and efficiency in assisting the parties toward a timely resolution of this case, it is hereby

    ORDERED that Defendant file its Partial Answer to the claims that are not the subject of the pending Motion to Dismiss on or before March 18, 2020.

    DATED this 4th day of March, 2020.

BY THE COURT:

*[Signature: Brooke Jackson]*

_____
R. Brooke Jackson
United States District Judge