IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-RBJ-MEH

WARNER BROS. RECORDS INC.,
ATLANTIC RECORDING CORPORATION,
BAD BOY RECORDS LLC,
ELEKTRA ENTERTAINMENT GROUP INC.,
FUELED BY RAMEN LLC,
NONESUCH RECORDS INC.,
ROADRUNNER RECORDS, INC.,
WEA INTERNATIONAL INC.,
WARNER/CHAPPELL MUSIC, INC.,
WARNER-TAMERLANE PUBLISHING CORP.,
WB MUSIC CORP.,
W.B.M. MUSIC CORP.,
UNICHAPPELL MUSIC INC.,
RIGHTSONG MUSIC INC.,
COTILLION MUSIC, INC.,
INTERSONG U.S.A., INC.,
SONY MUSIC ENTERTAINMENT,
ARISTA MUSIC,
ARISTA RECORDS LLC,
LAFACE RECORDS LLC,
PROVIDENT LABEL GROUP, LLC,
SONY MUSIC ENTERTAINMENT US LATIN,
VOLCANO ENTERTAINMENT III, LLC,
ZOMBA RECORDINGS LLC,
SONY/ATV MUSIC PUBLISHING LLC,
EMI AL GALLICO MUSIC CORP.,
EMI ALGEE MUSIC CORP.,
EMI APRIL MUSIC INC.,
EMI BLACKWOOD MUSIC INC.,
COLGEMS-EMI MUSIC INC.,
EMI CONSORTIUM MUSIC PUBLISHING INC. d/b/a EMI FULL KEEL MUSIC,
EMI CONSORTIUM SONGS, INC., individually and d/b/a EMI LONGITUDE MUSIC,
EMI ENTERTAINMENT WORLD INC. d/b/a EMI FORAY MUSIC,
EMI JEMAXAL MUSIC INC.,
EMI FEIST CATALOG INC.,
EMI MILLER CATALOG INC.,
EMI MILLS MUSIC, INC.,
EMI UNART CATALOG INC.,
EMI U CATALOG INC.,
JOBETE MUSIC CO. INC.,
STONE AGATE MUSIC,
SCREEN GEMS-EMI MUSIC INC.,
STONE DIAMOND MUSIC CORP.,

UMG RECORDINGS, INC.,
CAPITOL RECORDS, LLC,
UNIVERSAL MUSIC CORP.,
UNIVERSAL MUSIC – MGB NA LLC,
UNIVERSAL MUSIC PUBLISHING INC.,
UNIVERSAL MUSIC PUBLISHING AB,
UNIVERSAL MUSIC PUBLISHING LIMITED,
UNIVERSAL MUSIC PUBLISHING MGB LIMITED,
UNIVERSAL MUSIC – Z TUNES LLC,
ISLAND MUSIC LIMITED,
POLYGRAM PUBLISHING, INC., and
SONGS OF UNIVERSAL, INC.,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

## ORDER APPOINTING SPECIAL MASTER

**Michael E. Hegarty, United States Magistrate Judge.**

I hereby APPOINT, pursuant to Fed. R. Civ. P. 53, Regina M. Rodriguez, Esq. to serve as Special Master until further order of this Court.

I have received and submitted to the Parties an affidavit from Ms. Rodriguez disclosing that she has found no material grounds for disqualification in this case under 28 U.S.C. § 455. I have determined that no grounds for disqualification exist. Fed. R. Civ. P. 53(a)(2).

I held a conference with the Parties on March 11, 2020 at which this appointment was discussed. The Court heard argument, after which the Court indicated its intent to make this appointment. Pursuant to Fed. R. Civ. P. 53(b)(1), I have given the parties notice and an opportunity to be heard on the proposed appointment of Ms. Rodriguez.

**THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Master shall convene such hearings or direct the submission of motions and briefs relating to discovery disputes as the Master deems appropriate and shall issue orders resolving such disputes.

2. The Master shall have the sole discretion to determine the appropriate procedures for resolution of all assigned matters as set forth above and shall have the authority to take all appropriate measures to perform the assigned duties as set forth above. The Master may, by order, impose upon a party any sanction other than contempt and may recommend a contempt sanction against a Party and contempt or any other sanction against a non-party.

3. The Parties shall not engage in any ex parte discussions with the Master, and the Master shall not engage in any ex parte discussions with any of the Parties. The Master may engage in ex parte discussions with the Court.

4. The Master shall preserve, as a record of her activities, all written submissions received from the Parties, all written submissions sent to the Parties, and any transcripts of hearings before the Master. The Master shall file with the Clerk of the Court such records upon the request of any Party or the Court. The Master shall also file any order, report, or recommendation with the Court.

5. A Party may file objections to—or a motion to adopt or modify—the Master's order, report, or recommendation no later than five (5) business days from the time that order, report, or recommendation is served. Any Party may file a response to an objection within five (5) business days of the objection being served. No reply will be permitted.

6. Any order, report, or recommendation of the Master on nondispositive motions (unless it involves a finding of fact or conclusion of law) will be deemed a ruling on a procedural matter. The Court will set aside a ruling on a procedural matter only where it constitutes an abuse of discretion.

7. The Court will retain sole jurisdiction to specifically enforce orders that it has entered or will enter. Also, as to any issue that arises between the Parties that solely or overwhelmingly involves a question of law, the Parties may, after any appropriate conferral, direct the matter to the Court without having to first involve the Special Master.

8. Barring a stipulation of the Parties with the Court's consent setting some other standard of review, *see* Fed. R. Civ. P. 53(f), the Court will decide de novo all objections to findings of fact or conclusions of law made or recommended by the Master.

9. The Master shall be bound by the terms of the Protective Orders. ECF 63, 70.

10. The Master shall be reimbursed by the Parties for all reasonable fees and expenses incurred. As to any proceedings conducted by the Master that benefit all Parties, all Parties shall share equally in the fees and expenses.

11. Only those Parties involved in a particular dispute shall be responsible for the fees and expenses associated with that dispute. The Master may allocate responsibility for fees or expenses relating to such dispute at her discretion. In exercising her discretion, the Master may consider the Party that prevailed in the dispute.

12. The Master shall be paid $750.00 per hour for work done pursuant to this Order. The Master shall bill the Parties on a monthly basis for fees and disbursements. Payment

       to the Master by the Parties shall be due upon receipt. The Court may impose sanctions against any Party who fails or refuses to pay the fees and expenses assessed by the Master.

13. This Order may be amended at any time upon notice to the Parties and an opportunity to be heard.

Dated at Denver, Colorado, this 11th day of March, 2020.

                                              BY THE COURT:

                                              *Michael E. Hegarty* (signature)

                                              Michael E. Hegarty
                                              United States Magistrate Judge