IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No 19-cv-00874-RBJ-MEH

WARNER BROS. RECORDS INC., *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

---

## ORDER

---

**Michael E. Hegarty, United States Magistrate Judge.**

    Defendant has filed a Motion and Memorandum in Support to Amend the Scheduling Order. ECF 128. It seeks a fact discovery deadline of early 2021, expert designation and discovery deadlines of mid-2021, and a potential trial in late 2021. Plaintiffs respond with proposals that would set dates approximately six-to-eight months earlier, depending on whether Defendant asserts a safe-harbor defense under the Digital Millennium Copyright Act. The parties base their respective arguments on their own views of the anticipated tasks left to be performed in this case.

    I am acutely aware of the course of this case to date, and based on my experience, what likely lies ahead. This lawsuit was filed in late March 2019. For the forty-eight jury trials in this District in 2018 (the last year for which complete data is available), the average time to trial was slightly over thirty-four months. If this case was "average," which it most certainly is not, trial would be expected around June 1, 2021. I do not intend to engage in a vain exercise of setting artificially short deadlines only to face additional requests for extension later in the case. This case merits at least an additional modest time to trial, hopefully to be held in 2021, which would still

make it a speedier trial than more than a third of those forty-eight trials in 2018. On top of all this is the current COVID-19 "crisis" which has thrown a wrench into everyone's lives.

For this reason, Defendant's motion is **granted in part and denied in part** and the Scheduling Order is amended to reflect the following deadlines:

| | |
|---|---|
| **Fact Discovery Deadline:** | January 31, 2021 |
| **Initial Expert Designations:** | March 1, 2021 |
| **Rebuttal Expert Designations:** | April 15, 2021 |
| **Expert Discovery Deadline:** | June 1, 2021 |
| **Dispositive Motion Deadline:** | June 1, 2021 |
| **Final Pretrial Conference:** | August 2, 2021 at 10:00 o'clock a.m. |

Barring unforeseen circumstances (which seem to be becoming the norm), the parties should consider this schedule to be firm, and any conduct that I believe unreasonably interferes with it will be viewed with extreme prejudice.

DATED at Denver, Colorado this 17th day of March, 2020.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge