**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-00874-RBJ-MEH

WARNER BROS. RECORDS INC.,
ATLANTIC RECORDING CORPORATION,
BAD BOY RECORDS LLC,
ELEKTRA ENTERTAINMENT GROUP INC.,
FUELED BY RAMEN LLC,
NONESUCH RECORDS INC.,
ROADRUNNER RECORDS, INC.,
WEA INTERNATIONAL INC.,
WARNER/CHAPPELL MUSIC, INC.,
WARNER-TAMERLANE PUBLISHING CORP.,
WB MUSIC CORP.,
W.B.M. MUSIC CORP.,
UNICHAPPELL MUSIC INC.,
RIGHTSONG MUSIC INC.,
COTILLION MUSIC, INC.,
INTERSONG U.S.A., INC.,
SONY MUSIC ENTERTAINMENT,
ARISTA MUSIC,
ARISTA RECORDS LLC,
LAFACE RECORDS LLC,
PROVIDENT LABEL GROUP, LLC,
SONY MUSIC ENTERTAINMENT US LATIN,
VOLCANO ENTERTAINMENT III, LLC,
ZOMBA RECORDINGS LLC,
SONY/ATV MUSIC PUBLISHING LLC,
EMI AL GALLICO MUSIC CORP.,
EMI ALGEE MUSIC CORP.,
EMI APRIL MUSIC INC.,
EMI BLACKWOOD MUSIC INC.,
COLGEMS-EMI MUSIC INC.,
EMI CONSORTIUM MUSIC PUBLISHING INC. d/b/a
EMI FULL KEEL MUSIC,
EMI CONSORTIUM SONGS, INC., individually and
d/b/a EMI LONGITUDE MUSIC,
EMI ENTERTAINMENT WORLD INC. d/b/a EMI
FORAY MUSIC, EMI JEMAXAL MUSIC INC., EMI
FEIST CATALOG INC., EMI MILLER CATALOG
INC., EMI MILLS MUSIC, INC.,

EMI UNART CATALOG INC.,
EMI U CATALOG INC.,
JOBETE MUSIC CO. INC.,
STONE AGATE MUSIC,
SCREEN GEMS-EMI MUSIC INC.,
STONE DIAMOND MUSIC CORP.,
UMG RECORDINGS, INC.,
CAPITOL RECORDS, LLC,
UNIVERSAL MUSIC CORP.,
UNIVERSAL MUSIC – MGB NA LLC,
UNIVERSAL MUSIC PUBLISHING INC.,
UNIVERSAL MUSIC PUBLISHING AB,
UNIVERSAL MUSIC PUBLISHING LIMITED,
UNIVERSAL MUSIC PUBLISHING MGB LIMITED,
UNIVERSAL MUSIC – Z TUNES LLC,
ISLAND MUSIC LIMITED,
POLYGRAM PUBLISHING, INC., and SONGS OF
UNIVERSAL, INC.,

        Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

        Defendant.

## SPECIAL MASTER'S ORDER

On March 20, 2020, the undersigned held a telephonic conference with counsel for Plaintiff and Defendant to discuss the current status of discovery. In attendance were: Mitch Kamin and Jonathan Sperling, and Neema Sahni from Covington & Burling LLP, Matthew Oppenheim and Jeff Gould, from Oppenheim & Zebrak LLP on behalf of the Plaintiffs, and Erin Ranahan, Jennifer Golinveaux, John Rosenthal from Winston & Strawn, and Craig Joyce from Fairfield & Woods, P.C., on behalf of the Defendant. In accordance with that discussion, it is hereby **ORDERED**:

The parties discussed a process to maintain a regular schedule of availability to address discovery disputes as they may arise.  To that end, the parties have agreed to be available for a telephonic conference with the Special Master on a monthly basis to discuss and resolve pending discovery disputes.  **Conferences will be held on the third Friday of each month at 10am MST**.  If the parties determine that there are no outstanding discovery disputes, no conference need be held.  The next telephonic conference will be held on **<u>April 17, 2020 at 10am</u>** unless the parties notify the Special Master there is no need for a conference.  The parties and the Special Master take seriously the obligation for the parties to meet and confer in order to resolve or narrow discovery issues pursuant to D.C. Colo. L. Civ. R. 7.1.  Should the parties determine that a dispute exists and is ripe for determination by the Special Master, the parties will provide notice to the Special Master and letter briefs briefly addressing each matter in dispute.  The following schedule will be used to provide notice to all of disputes to be determined and an opportunity for each side to brief the issues:

> The parties shall submit a list of issues to be considered by the Special Master no later than **April 8, 2020 at 12:00pm**.
>
> The parties shall submit opening letter briefs (not to exceed 5 pages) no later than **April 10, 2020 at 12:00pm**.
>
> The parties shall submit response briefs (not to exceed 5 pages) no later than **April 15, 2020 at 12:00pm**.

The parties are responsible for obtaining a court reporter should either party request one.  If a court reporter is obtained, the parties shall inform the Special Master of this fact no later than April 15, 2020 at 12:00 pm.  All court reporting costs will be split evenly between the parties. If no party seeks and obtains a court reporter, the conference will proceed without an official transcript by stipulation of the parties.

If the parties determine that there is a dispute requiring attention of the Special Master before the regularly scheduled monthly conference, they should jointly notify me, and I will make every effort to accommodate the request on an expedited basis.

DATED at Denver, Colorado, this 1st day of April, 2020.

_____
Regina M. Rodriguez
Special Master