UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

WARNER BROS. RECORDS INC., *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant

Case No. 19-cv-00874-MSK-MEH

## UNOPPOSED MOTION FOR EXTENSION OF TIME AND TO SET BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO STRIKE AFFIRMATIVE DEFENSES

Plaintiffs, by and through undersigned counsel, hereby submit this Unopposed Motion for Extension of Time and to Set Briefing Schedule on Plaintiffs' Motion to Strike Affirmative Defenses raised in Charter's March 18, 2020 Partial Answer, Affirmative Defenses and Counterclaims (ECF No. 147). In support of this Motion, Plaintiffs state as follows:

1. Pursuant to D.C.Col.LCivR. 7.1(a), Plaintiffs' counsel conferred with Defendant Charter's counsel prior to this Motion. Charter does not oppose this Motion.

2. Plaintiffs filed their Amended Complaint on February 14, 2020. Charter filed a Partial Answer, Affirmative Defenses, and Counterclaims on March 18, 2020 (ECF No. 147), asserting 21 affirmative defenses.

3. Under Fed. R. Civ. P. 12(f)(2), the deadline to move to strike affirmative defenses is twenty one (21) days after being served with Charter's pleading. Therefore, the current deadline is April 8, 2020.

4. Due to the current COVID-19 circumstances and resulting constraints on time and availability, Plaintiffs require additional time to coordinate with clients and counsel regarding their anticipated motion to strike.

5. Given the large number of affirmative defenses asserted by Charter, Plaintiffs need additional time to assess the defenses, as well as research and analyze relevant legal issues.

6. Plaintiffs therefore request a brief extension of fourteen (14) days, from April 8, 2020 to April 22, 2020, to submit their motion to strike.

7. Charter consents to the 14-day extension and also asked for one additional week to respond to Plaintiffs' motion. Plaintiffs do not object.

8. In accordance with D.C.Colo.LCivR 6.1(c), a copy of this motion was served on the parties contemporaneously with the filing of this motion.

9. A Proposed Order is submitted herewith.

WHEREFORE, Plaintiffs respectfully request that the Court grant this motion and enter the following briefing schedule on Plaintiffs' motion to strike affirmative defenses:

1. April 22, 2020: Plaintiffs' Motion to Strike Affirmative Defenses;

2. May 20, 2020: Charter's Response to Plaintiffs' Motion to Strike Affirmative Defenses;

3. June 3, 2020: Plaintiffs' Reply to Charter's Response to Plaintiffs' Motion to Strike Affirmative Defenses.

| | |
|---|---|
| Dated April 6, 2020 | /s/ Jeffrey M. Gould<br>Matthew J. Oppenheim (*pro hac vice*)<br>Scott A. Zebrak (*pro hac vice*)<br>Jeffrey M. Gould (*pro hac vice*)<br>OPPENHEIM + ZEBRAK, LLP<br>4530 Wisconsin Avenue, NW, 5th Floor<br>Washington, DC 20015<br>Tel: 202-480-2999<br>scott@oandzlaw.com<br>matt@oandzlaw.com<br>jeff@oandzlaw.com<br><br>Mitchell A. Kamin<br>Neema T. Sahni<br>COVINGTON & BURLING LLP<br>1999 Avenue of the Stars, Suite 3500<br>Los Angeles, CA 90067-4643<br>Tel: (424) 332-4800<br>mkamin@cov.com<br>nsahni@cov.com<br><br>Jonathan M. Sperling<br>COVINGTON & BURLING LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>Tel: (212) 841-1000<br>jsperling@cov.com<br><br>Janette L. Ferguson, Esq.<br>Benjamin M. Leoni, Esq.<br>LEWIS BESS WILLIAMS & WEESE, P.C.<br>1801 California Street, Suite 3400<br>Denver, CO 80202<br>Tel: (303) 861-2828<br>jferguson@lewisbess.com<br>bleoni@lewisbess.com<br><br>*Attorneys for Plaintiff* |

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of April 2020, a true and correct copy of the foregoing was filed with the Clerk of Court via the CM/ECF system, which will send notification of such filing to the following email addresses:

Jennifer A. Golinveaux (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5840
(415) 591-1506 (telephone)
(415) 591-1400 (facsimile)
E-mail: jgolinveaux@winston.com

*Attorneys for Defendant*

Michael S. Elkin (*pro hac vice*)
Thomas Patrick Lane (*pro hac vice*)
Seth E. Spitzer (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700 (telephone)
(212) 294-4700 (facsimile)
E-mail: melkin@winston.com
E-mail: tlane@winston.com
E-mail: sspitzer@winston.com

*Attorneys for Defendant*

Erin R. Ranahan (*pro hac vice*)
Shilpa A. Coorg (*pro hac vice*)
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071
(213) 615-1933 (telephone)
(213) 615-1750 (facsimile)
E-mail: eranahan@winston.com
E-mail: scoorg@winston.com

*Attorneys for Defendant*

Craig D. Joyce
John M. Tanner
Fairfield and Woods, P.C.
1801 California Street, Suite 2600 Denver, Colorado 80202
(303) 830-2400 (telephone)
(303) 830-1033 (facsimile)
E-mail: cjoyce@fwlaw.com

*Attorneys for Defendant*

    */s/ Jeffrey M. Gould*
    Jeffrey M. Gould