# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| WARNER BROS. RECORDS INC., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>    Defendant | Case No. 19-cv-00874-MSK-MEH |

## [PROPOSED] ORDER RE UNOPPOSED MOTION FOR EXTENSION OF TIME AND TO SET BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO STRIKE AFFIRMATIVE DEFENSES

THIS COURT, having reviewed and considered Plaintiffs' Unopposed Motion for Extension of Time and to Set Briefing Schedule on Plaintiffs' Motion to Strike Affirmative Defenses raised in Charter's March 18, 2020 Partial Answer, Affirmative Defenses and Counterclaims (ECF No. 147), finds good cause to GRANT the Motion.  The following schedule shall apply:

1. April 22, 2020:  Plaintiffs' Motion to Strike Affirmative Defenses;

2. May 20, 2020:  Charter's Response to Plaintiffs' Motion to Strike Affirmative Defenses;

3. June 3, 2020: Plaintiffs' Reply to Charter's Response to Plaintiffs' Motion to Strike Affirmative Defenses.

SO ORDERED this _____ day of April 2020.

_____
United States District Court Judge