**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| WARNER RECORDS INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC. <br><br> *Defendant*. | Case No. 19-cv-00874-MSK-MEH |

**JOINT STIPULATION REGARDING CHARTER COMMUNICATIONS, INC.'s**
**PARTIAL ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS AND**
**ANTICIPATED MOTION PRACTICE RELATED THERETO**

WHEREAS on February 14, 2020, Plaintiffs Warner Records Inc., et al ("Plaintiffs") filed their First Amended Complaint (ECF 123) against Charter Communications, Inc. ("Charter") (collectively "the Parties");

WHEREAS on March 4, 2020, the Court ordered Charter to answer Plaintiffs' contributory liability claim, as it is not subject to a motion to dismiss (ECF 141);

WHEREAS on March 18, 2020, Charter filed its Partial Answer, Affirmative Defenses, and Counterclaims to Count I of the First Amended Complaint (ECF 147) ("Charter's Partial Answer, Affirmative Defenses, and Counterclaims");

WHEREAS under Fed. R. Civ. Pro. 12(a)(1)(A) and D. Colo. L.R. 7.1(d), Plaintiffs' deadline to respond to Charter's Partial Answer, Affirmative Defenses, and Counterclaims is April 8, 2020;

WHEREAS pursuant to Fed. R. Civ. Pro. 15(a)(1)(B), Charter is entitled to amend its pleadings once as a matter of course within 21 days after service of a motion under Rule 12(b), (e), or (f);

WHEREAS on April 3, 2020, Plaintiffs notified Charter that they intended to move pursuant to Fed. R. Civ. Pro. 12(f) to strike certain of Charter's Affirmative Defenses and sought a 14-day extension to do so, which would move their deadline from April 8 to April 22, 2020;

WHEREAS on April 6, 2020, Charter consented to Plaintiffs' request for an extension for Plaintiffs' anticipated motion to strike and Plaintiffs agreed that Charter would also have a one-week extension of time to oppose that motion. At the same time, in order to engage in a meaningful meet and confer process and to avoid unnecessary and/or piecemeal motion practice, Charter indicated that it intended to amend its Counterclaims on April 8, 2020, per the Court's Practice Standards. *See* Judge R. Brooke Jackson Practice Standards, p. 1. (revised 12/1/2019);

WHEREAS on April 7, 2020 the Parties held a telephonic meet and confer regarding Plaintiffs' anticipated motion to strike and Charter's anticipated amendments to its Counterclaims;

WHEREAS, the Parties wish to address outstanding issues regarding Plaintiffs' anticipated motion to strike and Charter's anticipated amendments to its Counterclaims in a "good faith, substantive, and meaningful way," *see id.*, in an effort to avoid unnecessary motion practice, and have agreed to the following:

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that Charter shall file its First Amended Partial Answer, Affirmative Defenses, and Counterclaims by April 15, 2020.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that Plaintiffs will not waive any arguments or motions otherwise available to them by agreeing to delay responding to Charter's Partial Answer, Affirmative Defenses, and Counterclaims, ECF No. 147, in light of Charter's anticipated amendments, and it is further agreed that Plaintiffs' time to respond to Charter's responsive pleading will run from April 15, 2020. Nothing in this stipulation

shall prejudice Charter's right to further amend its Answer, Affirmative Defenses or Counterclaims consistent with the Rules of Federal Procedure or as otherwise permitted by the Court.

SO STIPULATED.

Dated: April 7, 2020

| | |
|---|---|
| *s/ Jeffrey M. Gould* | *s/ Jennifer A. Golinveaux* |
| Matthew J. Oppenheim | Jennifer A. Golinveaux |
| Scott A. Zebrak | Winston & Strawn LLP |
| Jeffrey M. Gould | 101 California Street, 35th Floor |
| Oppenheim + Zebrak, LLP | San Francisco, CA  94111 |
| 4530 Wisconsin Ave. NW, 5th Floor | Tel: (415) 591-1000 |
| Washington, DC  20016 | Fax: (415) 591-1400 |
| Tel: (202) 480-2999 | Email:  jgolinveaux@winston.com |
| Email:  matt@oandzlaw.com | |
| Email:  scott@oandzlaw.com | |
| Email:  jeff@oandzlaw.com | |
| | |
| Janette L. Ferguson | Michael S. Elkin |
| Benjamin M. Leoni | Thomas Patrick Lane |
| Lewis, Bess, Williams & Weese, P.C. | Seth E. Spitzer |
| 1801 California St., Suite 3400 | Winston & Strawn LLP |
| Denver, CO  80202 | 200 Park Avenue |
| Tel: (303) 861-2828 | New York, NY  10166 |
| Email:  jferguson@lewisbess.com | Tel: (212) 294-6700 |
| Email:   bleoni@lewisbess.com | Fax: (212) 294-4700 |
| | Email: melkin@winston.com |
| | Email: tlane@winston.com |
| | Email: sspitzer@winston.com |
| | |
| Mitchell A. Kamin | Erin R. Ranahan |
| Neema R. Sahni | Shilpa A. Coorg |
| Covington & Burling, LLP | WINSTON & STRAWN LLP |
| 1999 Avenue of the Stars, Suite 3500 | 333 S. Grand Avenue |
| Los Angeles, CA  90067-4643 | Los Angeles, CA 90071 |
| Tel: (424) 332-4800 | Tel: (213) 615-1933 (telephone) |
| Email:  mkamin@cov.com | Tel: (213) 615-1750 (facsimile) |
| Email:   nsahni@cov.com | Email: eranahan@winston.com |
| | Email: scoorg@winston.com |

| | |
|---|---|
| Jonathan M. Sperling<br>Covington & Burling, LLP<br>The New York Times Building<br>620 Eighth Ave.<br>New York, NY 10018-1405<br>Tel: (212) 841-1000<br>Email: jsperling@cov.com<br><br>*Attorneys for Plaintiffs* | John M. Tanner<br>Craig D. Joyce<br>Fairfield and Woods, P.C.<br>1801 California Street, Suite 2600<br>Denver, CO 80202<br>Tel: (303) 830-2400<br>Fax: (303) 830-1033<br>Email: jtanner@fwlaw.com<br>Email: cjoyce@fwlaw.com<br><br>*Attorneys for Defendant* |

4