# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

WARNER BROS. RECORDS INC., *et al*.,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

**Civil Action No. 19-cv-00874-RBJ-MEH**

## (PROPOSED) ORDER ENTERING JOINT STIPULATION REGARDING CHARTER COMMUNICATIONS, INC.'S PARTIAL ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS AND ANTICIPATED MOTION PRACTICE RELATED THERETO

The Court, upon the joint stipulation of all parties and being sufficiently advised on the premises, hereby enters the joint stipulation and orders the requested relief.

Dated this _____ day of April, 2020.

_____
Judge R. Brooke Jackson
U.S. District Court