IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-00874-RBJ-MEH

**WARNER RECORDS INC.,** *et al.***,**

      Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.,**

      Defendant.

**JOINT ERRATA TO FEBRUARY 19, 2020 HEARING TRANSCRIPT**

The parties have reviewed the transcript (ECF No. 138) of the Discovery Conference held on February 19, 2020, and have jointly identified the errata listed below.  The parties hereby jointly submit the errata listed below for clarification of the record.

| Page:lines | Current text | Corrected Text | Reason for Errata |
| --- | --- | --- | --- |
| 3:11-12 | today on the issues related to Charter's sufficient production, | today are the issues related to Charter's insufficient production, | Transcription error |
| 3:14 | there is number | there is a number | Transcription error |
| 6:19 | have proposed a well | have proposed as well | Transcription error |
| 8:2 | form each | from each | Transcription error |
| 9:25 | very point judgment | very point of judgment | Transcription error |
| 11:18 | exhibits and B | exhibits A and B | Transcription error |
| 15:12 | wouldn't amend | would amend | Transcription error |
| 22:5 | record copy | record company | Transcription error |
| 24:18 | were knew | were new | Transcription error |
| 36:6 | agreement | agreements | Transcription error |
| 36:16 | join force | enforce | Transcription error |
| 37:23 | one the cases | one of the cases | Transcription error |
| 38:4 | the possible | the possibility | Transcription error |

| | | | |
|---|---|---|---|
| 41:7 | iTune | iTunes | Transcription error |
| 41:9 | don't know it | don't own it | Transcription error |
| 51:10 | statics | statistics | Transcription error |
| 56:9 | out statement | our statement | Transcription error |
| 60:11 | advertisement | advisement | Transcription error |
| 64:15 | judge before | judge do before | Transcription error |
| 76:5 | at would | that would | Transcription error |
| 76:7-8 | save harbor | safe harbor | Transcription error |
| 77:23-24 | main confer | meet and confer | Transcription error |
| 79:4 | perfect client | per client | Transcription error |
| 84:14 | just to comparison | just no comparison | Transcription error |
| 85:11 | use another | lose another | Transcription error |
| 89:12 | I agreement | I agree | Transcription error |
| 105:15 | the a 57 | at 57 | Transcription error |
| 105:19 | as the mid-November | as of mid-November | Transcription error |
| 113:10 | the different | the defendant | Transcription error |
| 117:3 | 667 notices | 667,000 notices | Transcription error |
| 118:1-2 | here we in February | here we are in February | Transcription error |
| 120:24 | know specific | know specifically | Transcription error |
| 124:21 | what don't | what doesn't | Transcription error |
| 126:1 | it's not way | it's not the way | Transcription error |
| 128:17 | postdating 206 | postdating 2016 | Transcription error |
| 129:24-25 | 201 and on | 2016 and on | Transcription error |
| 140:9 | are he have knew pee sides | revenue besides | Transcription error |
| 141:17 | everyone of our subscriber's' | every one of our subscribers' | Transcription error |
| 21:2 | concept | consent | Transcription error |
| 21:19 | enrich | rich | Transcription error |
| 23:6 | done have | don't have | Transcription error |
| 24:6 | nothing proved to us | nothing provided to us | Transcription error |
| 31:23 | procedure | procedurally | Transcription error |
| 46:1 | maybe | may be | Transcription error |
| 99:17 | cast | CAS | Transcription error |
| 112:12 | if may | if I may | Transcription error |
| 122:22 | so sold | so old | Transcription error |

Dated:  April 20, 2020    /s/ Mitchell A. Kamin
　　　　　　　　　　　　　　Mitchell A. Kamin
　　　　　　　　　　　　　　Neema T. Sahni
　　　　　　　　　　　　　　Mark Chen
　　　　　　　　　　　　　　Nicholas M. Lampros

— 2 —

COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
mkamin@cov.com
nsahni@cov.com
mychen@cov.com
nlampros@cov.com

Jonathan M. Sperling
William O'Neill
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com
woneill@cov.com

Megan M. O'Neill
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
moneill@cov.com

Janette L. Ferguson, Esq.
Benjamin M. Leoni, Esq.
LEWIS BESS WILLIAMS & WEESE, P.C.
1801 California Street, Suite 3400
Denver, CO 80202
Telephone: (303) 861-2828
jferguson@lewisbess.com
bleoni@lewisbess.com

Matthew J. Oppenheim
Scott A. Zebrak
Jeffrey M. Gould
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Floor
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
scott@oandzlaw.com

jeff@oandzlaw.com

*Attorneys for Plaintiffs*

— 4 —

— 5 —

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 21, 2020, I caused the foregoing document and all supporting materials thereto to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered with CM/ECF.

*/s/ Mitchell A. Kamin*
Mitchell A. Kamin