# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| WARNER RECORDS INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> Defendant. | Case No. 1:19-cv-00874-RBJ-MEH |

### NOTICE OF FILING OF AMENDED PLEADING

Pursuant to Local Rule 15.1, Defendant Charter Communications, Inc. ("Defendant" or "Charter"), by and through its counsel, hereby submits Exhibit A, which reflects the deletions and additions from Charter's Partial Answer, Affirmative Defenses, and Counterclaims to Count I of the First Amended Complaint, which was filed at ECF No. 147, as made to Charter's First Amended Answer, Affirmative Defenses, and Counterclaims, which was filed at ECF No. 165.

Dated: April 29, 2020                                        Respectfully submitted,

<table>
<tr>
<td>

Michael S. Elkin<br>
Thomas Patrick Lane<br>
Seth E. Spitzer<br>
WINSTON & STRAWN LLP<br>
200 Park Avenue<br>
New York, NY 10166<br>
(212) 294-6700 (telephone)<br>
(212) 294-4700 (facsimile)<br>
E-mail: melkin@winston.com<br>
E-mail: tlane@winston.com<br>
E-mail: sspitzer@winston.com<br>
<br>
Erin R. Ranahan<br>
Shilpa A. Coorg<br>
WINSTON & STRAWN LLP<br>
333 S. Grand Avenue<br>
Los Angeles, CA 90071<br>
(213) 615-1933 (telephone)<br>
(213) 615-1750 (facsimile)

</td>
<td>

*s/ Jennifer A. Golinveaux*<br>
Jennifer A. Golinveaux<br>
WINSTON & STRAWN LLP<br>
101 California Street, 35th Floor<br>
San Francisco, CA 94111-5840<br>
(415) 591-1506 (telephone)<br>
(415) 591-1400 (facsimile)<br>
E-mail: jgolinveaux@winston.com<br>
<br>
Craig D. Joyce<br>
John M. Tanner<br>
Fairfield and Woods, P.C.<br>
1801 California Street, Suite 2600<br>
Denver, Colorado 80202<br>
(303) 830-2400 (telephone)<br>
(303) 830-1033 (facsimile)<br>
E-mail: cjoyce@fwlaw.com<br>
<br>
*Counsel for Defendant*<br>
*Charter Communications, Inc.*

</td>
</tr>
</table>

E-mail: eranahan@winston.com
E-mail: scoorg@winston.com

2

## CERTIFICATE OF SERVICE

I certify that on April 29, 2020, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court via CM/ECF, which will send a notice of electronic filing to all counsel of record.

| | |
|---|---|
| Matthew J. Oppenheim<br>Scott A. Zebrak<br>Jeffrey M. Gould<br>OPPENHEIM + ZEBRAK, LLP<br>4530 Wisconsin Ave. NW, 5th Floor<br>Washington, DC 20016<br>Tel: (202) 851-4526<br>E-mail: matt@oandzlaw.com<br>E-mail: scott@oandzlaw.com<br>E-mail: jeff@oandzlaw.com<br>E-mail: kerry@oandzlaw.com<br>*Attorneys for Plaintiffs* | Mitchell A. Kamin<br>Neema T. Sahni<br>Mark Y. Chen<br>COVINGTON & BURLING LLP<br>1999 Avenue of the Stars, Suite 3500<br>Los Angeles, CA 90067-4643<br>Tel: (424) 332-4800<br>E-mail: mkamin@cov.com<br>E-mail: nsahni@cov.com<br>E-mail: mychen@cov.com<br>*Attorneys for Plaintiffs* |
| Janette L. Ferguson<br>LEWIS BESS WILLIAMS & WEESE, P.C.<br>1801 California Street, Suite 3400<br>Denver, CO 80202<br>Tel: (303) 861-2828<br>E-mail: jferguson@lewisbess.com<br>E-mail: bleoni@lewisbess.com<br>*Attorneys for Plaintiffs* | Jonathan M. Sperling<br>William E. O'Neil<br>COVINGTON & BURLING LLP<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>Tel: (212) 841-1000<br>E-mail: jsperling@cov.com<br>E-mail: woneil@cov.com<br>*Attorneys for Plaintiffs* |
| | Megan M. O'Neill<br>COVINGTON & BURLING LLP<br>850 Tenth Street, NW<br>Washington, DC 20001-4956<br>Tel: (202) 662-5416<br>E-mail: moneill@cov.com<br>*Attorneys for Plaintiffs* |

*s/ Jennifer A. Golinveaux*
Jennifer A. Golinveaux