# Exhibit 9

1

```
 1            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLORADO
 2
      Case No. 19-cv-00874-MSK-MEH
 3    _____

 4    WARNER BROS. RECORDS, INC., et al.,

 5          Plaintiffs,

 6    vs.

 7    CHARTER COMMUNICATIONS, INC.,

 8          Defendant.
      _____
 9

10          Proceedings before MICHAEL E. HEGARTY, United States

11    Magistrate Judge, United States District Court for the

12    District of Colorado, commencing at 10:31 a.m., March 4,

13    2020, in the United States Courthouse, Denver, Colorado.

14    _____

15          WHEREUPON, THE ELECTRONICALLY RECORDED PROCEEDINGS

16    ARE HEREIN TYPOGRAPHICALLY TRANSCRIBED. . .

17    _____

18                         APPEARANCES

19          JEFFREY GOULD, NEEMA SAHMI, MATTHEW OPPENHEIM and

20    MITCH HAMMOND, Attorneys at Law, appearing for the

21    Plaintiffs.

22          CRAIG JOYCE, JENNIFER GOLINVEAUX and SEAN ANDERSON,

23    Attorneys at Law, appearing for the Defendant.

24    _____

25                       STATUS CONFERENCE
```

1          In the process of conducting discovery in the case,
2   we have become aware of some e-mails lost by Charter.  As I
3   said, we'll be sending plaintiffs' a letter on this with much
4   more detail today, but I want to raise the issue now so that
5   the Court is aware and since we're discussing the need for a
6   Special Master for discovery.
7          THE COURT:  Okay, you've become aware of some what?
8          MS. GOLINVEAUX:  We have -- we have become aware of
9   certain e-mails lost by Charter and it's a complicated issue,
10  and the letter that we're going to be sending to the
11  plaintiff goes into specifics, but Charter suffered the loss
12  of certain e-mails as a result of the migration of the
13  (inaudible) system in 2017 and 2018.
14         THE COURT:  Okay.  So accidental destruction?
15         MS. GOLINVEAUX:  But I will be sending out -- yes,
16  correct, Your Honor, absolutely.  Entirely inadvertent and we
17  believe that there is -- (inaudible) e-mails lost and just
18  that any loss is minimal and any evidence that is material in
19  this action, but what I didn't want is for us to send this
20  letter to plaintiffs later today and you not to be aware that
21  it's coming down the pipe when we're talking about a Special
22  Master.
23         THE COURT:  Sure.  Well, along the lines of whether
24  to appoint a Special Master, I'm not insensitive to Mr.
25  Oppenheim's arguments and I guess I'm inclined to give it a

27

```
 1                    TRANSCRIBER'S CERTIFICATION
 2    I certify that the foregoing is a correct transcript to the
 3    best of my ability to hear and understand the audio recording
 4    and based on the quality of the audio recording from the
 5    above-entitled matter.
 6
 7    /s/ Dyann Labo                      March 9, 2020
 8    Signature of Transcriber            Date
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```