# Exhibit 10

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-RBJ-MEH
_____

WARNER BROS. RECORDS INC., et al.,

Plaintiffs,

vs.

CHARTER COMMUNICATIONS, INC.,

Defendant.
_____

TELEPHONIC HEARING

April 17, 2020
_____

This telephonic hearing was taken before Special Master Regina Rodriguez on April 17, 2020, at 10:04 a.m. Mountain Standard Time before K. Michelle Dittmer, Registered Professional Reporter and Notary Public within the state of Colorado.

(The reporter, K. Michelle Dittmer, appearing remotely via telephone)

1        All right.  So if we can get all that
2   exchanged by the 22nd, I think that would help.  Please
3   copy me on that.  I have a feeling it may come up later
4   so it may be useful to have that information.
5              MR. SPERLING:  Will do, Ms. Rodriguez.
6   It's Jonathan Sperling again.  And just to make clear,
7   that will be noon Eastern Time, where I think counsel for
8   the parties are principally located?
9              SPECIAL MASTER RODRIGUEZ:  Noon for --
10  noon Mountain Time because you all are on opposite coasts
11  so I have aligned on Mountain Time as the compromise.
12             MR. SPERLING:  Fair enough.
13             SPECIAL MASTER RODRIGUEZ:  Okay.  Is there
14  anything else we need to deal with as it relates to
15  search terms or the production -- oh, we do need to deal
16  with timing of productions of emails.
17             All right.  Let's take first the
18  defendants.  If I understand the plaintiffs'
19  representation, you have said you are complete with your
20  email production; is that correct?
21             MS. GOLINVEAUX:  That is correct.  We
22  have -- sorry, Erin.  If you want to jump in, feel free.
23             MS. RANAHAN:  Oh, no, that's fine.  Go
24  ahead, Jennifer.
25             MS. GOLINVEAUX:  I was just going to

```
 1   confirm that that is, we have produced emails that we
 2   have located.
 3                 SPECIAL MASTER RODRIGUEZ:  Okay.  And
 4   plaintiffs, I understand that you have started your
 5   production, but it is not yet complete.  Defendants have
 6   requested that a deadline, a date certain be set for
 7   that.  I think that that is probably a reasonable
 8   request, although I'm not sure that May 1 would
 9   necessarily be reasonable here.
10                 Plaintiffs, how much longer do you need to
11   make and complete your rolling production?
12                 MR. SPERLING:  So it's Jonathan Sperling
13   again, Ms. Rodriguez.  We expect to be substantially
14   complete by the end of May.  I think if we're talking
15   about a drop-dead date by which to be complete, it should
16   be a little bit later, especially in light of the
17   exchange of search terms, which we think should happen
18   and we're obviously sensitive to the idea that that
19   exchange shouldn't become occasion for additional delay.
20                 But in the nature of the exchange, that
21   there will then be some discussion and potential tweaking
22   of the search terms, and so it may add a little bit of
23   time.
24                 So I think if we're talking about a
25   drop-dead date, I propose something towards the latter
```

```
 1              REPORTER'S CERTIFICATE
 2
 3       I, K. MICHELLE DITTMER, Registered Professional
 4   Reporter and Notary Public, State of Colorado, do hereby
 5   certify that the said hearing was taken in machine
 6   shorthand by me at the time and place aforesaid and was
 7   thereafter reduced to typewritten form; that the
 8   foregoing is a true transcript of the proceedings had.  I
 9   further certify that I am not employed by, related to,
10   nor counsel for any of the parties herein, nor otherwise
11   interested in the outcome of this litigation.
12           IN WITNESS WHEREOF, I have affixed my signature
13   this 20th day of April, 2020.
14           My commission expires April 15, 2024.
15
                   _____
16                          K. MICHELLE DITTMER
                        Registered Professional Reporter
17                         Wilson & Associates, LLC
18
19
20
21
22
23
24
25
```