# Exhibit 13

| | |
|---|---|
| From: | Beck, Brent (CCI-Atlanta) <Brent.Beck@cox.com> |
| Sent: | Wednesday, February 19, 2014 5:10 PM |
| To: | Sikes, Joseph (CCI-Atlanta) |
| Cc: | Carothers, Matt (CCI-Atlanta); Zabek, Jason (CCI-Atlanta); sara.roper@centurylink.com; david.dee@centurylink.com |
| Subject: | RE: DMCA complaint spike? |

Also, to be clear for our CenturyLink folks here, our 200/day limiting is entirely different from our blacklisting.

Sources like DigitalRightsCorp are blacklisted with us, so we silently -delete- the email messages without any parsing/ticketing/etc. As soon as our POP3 client recognizes the From: address in the headers as blacklisted, we delete the message without retrieving it's msg body.

Normal non-blacklisted complaint sources that exceed the 200/day (rolling 24H, not calendar day) hard limit are sent an auto-response email form for each additional complaint (which we still parse & ticket, but auto-close with no customer-facing actions taken). The limit is only applied to abuse tickets that have resulted in action (customer facing notification/suspension/etc) or that are still open at the time of the query. Otherwise, a flood of inbound complaints could keep a given complainant over the limit for an extended time period if we counted them all.

On Wed, 2014-02-19 at 16:28 -0500, Sikes, Joseph (CCI-Atlanta) wrote:
So, we actually do not accept ANY complaints from dmca@digitalrightscorp.com and have blacklisted them from sending to abuse@cox.net . Our Legal Dept deemed their "blackmail-styled" complaints as "not being in the spirit of the DMCA". And because of this, they no longer send to us. So, yeah, F the DRC!

    COX

Joseph Sikes, Senior Lead Engineer
Customer Safety / Security Assurance & Intelligence
404-847-6486 tel 404-964-6006 cell
6305 Peachtree Dunwoody Rd, B07-159B, Atlanta GA 30328


**From:** Carothers, Matt (CCI-Atlanta)
**Sent:** Wednesday, February 19, 2014 4:13 PM
**To:** Zabek, Jason (CCI-Atlanta); Sara.Roper@CenturyLink.com; Sikes, Joseph (CCI-Atlanta); David.Dee@CenturyLink.com; Beck, Brent (CCI-Atlanta)
**Subject:** RE: DMCA complaint spike?


IIRC complainants get one auto response after they cross the limit and then all subsequent mail during the next 24 hour rolling window is silently deleted. Brent is that accurate?

1

EXHIBIT
14

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY     COX_BMG00199556

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY     COX_SONY_00000586
PX-0335.0001

Matt Carothers
Cox Communications
(404) 933-1125

-----Original Message-----
From: Dee, David [David.Dee@CenturyLink.com]
Received: Wednesday, 19 Feb 2014, 12:08PM
To: Zabek, Jason (CCI-Atlanta) [Jason.Zabek@cox.com]; Roper, Sara [Sara.Roper@CenturyLink.com]; Sikes, Joseph (CCI-Atlanta) [Joseph.Sikes@cox.com]
CC: Carothers, Matt (CCI-Atlanta) [Matt.Carothers@cox.com]
Subject: RE: DMCA complaint spike?

Nice!   I will defer the political response to Sara!


Thanks!


From: Zabek, Jason (CCI-Atlanta) [mailto:Jason.Zabek@cox.com]
Sent: Wednesday, February 19, 2014 13:05
To: Dee, David; Roper, Sara; Sikes, Joseph (CCI-Atlanta)
Cc: Carothers, Matt (CCI-Atlanta)
Subject: RE: DMCA complaint spike?


F the dmca!!!  Ya, we told each copyright holder to limit them or give us money to hire people.  J


**COX**
--------------------------------------------------

**Jason Zabek**
**Manager, Customer Safety**
404-269-8129 **tel**
6305-B Peachtree Dunwoody Road

Atlanta GA 30328
*(Insert benign saying here)*


From: Dee, David [mailto:David.Dee@CenturyLink.com]
Sent: Wednesday, February 19, 2014 2:48 PM

2

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                          COX_BMG00199557

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                          COX_SONY_00000587
                                                                                    PX-0335.0002

**To:** Roper, Sara; Sikes, Joseph (CCI-Atlanta)
**Cc:** Carothers, Matt (CCI-Atlanta); Zabek, Jason (CCI-Atlanta)
**Subject:** RE: DMCA complaint spike?

WOW, you're limiting each complainant email address to 200/day?  Can we do that, Sara!?!?  Can you imagine what I could do with the freed-up computing and storage resources!?

Joe, can I ask what you do with the complaints above 200-per-complainant that come in each day?  Do you SMTP Reject them somehow, or route to /dev/null, or capture-but-not-process??

Our #'s from Digital RightsCorp for the past few days are (as of 1945Z today):

```
      dtg          |       complainant         | count
-------------------+---------------------------+-------
2014-02-14 00:00:00 | dmca@digitalrightscorp.com | 27037

2014-02-15 00:00:00 | dmca@digitalrightscorp.com | 17035

2014-02-16 00:00:00 | dmca@digitalrightscorp.com | 14485

2014-02-17 00:00:00 | dmca@digitalrightscorp.com |  6893

2014-02-18 00:00:00 | dmca@digitalrightscorp.com | 50670

2014-02-19 00:00:00 | dmca@digitalrightscorp.com | 38326 (82% of the day so far)
```

(6 rows)

- David


**From:** Roper, Sara
**Sent:** Wednesday, February 19, 2014 12:41
**To:** Sikes, Joseph (CCI-Atlanta)
**Cc:** Carothers, Matt (CCI-Atlanta); Zabek, Jason (CCI-Atlanta); Dee, David
**Subject:** Re: DMCA complaint spike?

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                COX_BMG00199558

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                COX_SONY_00000588
                                                                          PX-0335.0003

David, can you answer Joe's question?

Sent from my phone. Please excuse errors and brevity.

On Feb 19, 2014, at 11:23 AM, "Sikes, Joseph (CCI-Atlanta)" <Joseph.Sikes@cox.com> wrote:

> Hey Sarah,
>
> What email address are they sending them from?
>
> We are limiting each DMCA complainant by email address to 200/day.
>
> - Joe Sikes
>
>   via mobile
>
> 404-964-6006
>
> On Feb 19, 2014, at 2:11 PM, "Carothers, Matt (CCI-Atlanta)" <Matt.Carothers@cox.com> wrote:
>
>> Hey guys, Sara was wondering if we've seen a complaint spike from a DMCA monitor called Digital Rights Corp (Sara, is that correct?) and if so, what we've done with the complaints. Can you share our current rate limits with her?
>>
>> - Matt

4

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    COX_BMG00199559

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    COX_SONY_00000589
                                                              PX-0335.0004