# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-00874-RBJ-MEH

**WARNER RECORDS INC.,** *et al.***,**

    Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.,**

    Defendant.

_____

### [PROPOSED] ORDER GRANTING PLAINTIFFS' <u>EXPEDITED</u> MOTION FOR LEAVE TO CONDUCT DISCOVERY OUTSIDE THE DISCOVERY LIMITS AND ON AN EXPEDITED BASIS REGARDING CHARTER'S SPOLIATION OF ELECTRONIC DATA

_____

THIS COURT, having reviewed and considered Plaintiffs' <u>Expedited</u> Motion for Leave to Conduct Discovery Outside the Discovery Limits and on an Expedited Basis Regarding Charter's Spoliation of Electronic Data, finds good cause to GRANT the Motion, and hereby ORDERS as follows:

**(1)** Plaintiffs' 25 Requests for Production regarding Charter's spoliation (included as Exhibit 1 to the Declaration of Neema Sahni dated May 4, 2020) will not count against the 100-RFP limit in the Scheduling Order (ECF No. 44),

**(2)** Charter must begin producing documents responsive to these RFPs within 15 calendar days of Charter's responses and objections thereto, and it must provide a privilege log within 15 days of the first production, and

**(3)** Plaintiffs are granted leave to conduct one Rule 30(b)(6) deposition (regarding the topics listed in Exhibit 2 to the Declaration of Neema Sahni dated May 4, 2020) and up to five fact-witness depositions regarding spoliation of evidence by Charter, beyond the 20-deposition limit in the Scheduling Order and without prejudice to additional depositions pursuant to Rule 30(b)(6) or from these same witnesses on the claims and defenses at issue in this case.

SO ORDERED this \_\_\_\_ day of _____, 2020.

_____
Hon. Michael E. Hegarty
United States Magistrate Judge