# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-RBJ-MEH

WARNER BROS. RECORDS INC., et al.,

      Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

      Defendant.

## NOTICE OF SPECIAL MASTER ORDER

The Plaintiffs have filed Motion for Leave to Conduct Discovery Outside the Discovery Limits and on an Expedited Basis Regarding Charter's Spoliation of Electronic Data. (ECF 167). On May 6, 2020, Judge Hegarty referred this Motion to Special Master Regina Rodriguez. (ECF 170).

The Defendant shall file its response to the Plaintiffs' Motion on or before **May 11, 2020**. A telephonic conference will be held on **May 13, 2020, at 2:00 pm MST**. If one or more parties is not available at this time, please confer and provide alternative times the parties are available for a hearing to be held on either May 13 or 14. Please notify the Special Master by email if alternative times for the hearing are being requested. The parties are responsible for obtaining a court reporter.

Dated this 6th day of May, 2020              BY THE SPECIAL MASTER

                                                                 */s/ Regina M. Rodriguez*
                                                                 Regina M. Rodriguez
                                                                 Special Master