# EXHIBIT 3

| | |
|---|---|
| **From:** | Rosenthal, John |
| **To:** | Kamin, Mitchell A; Ehlers, J. Hardy; Anderson, Sean; Sperling, Jonathan; Sahni, Neema T; Lampros, Nicholas M.; O"Neill, Megan; Jeff Gould; Scott Zebrak; Matt Oppenheim |
| **Cc:** | Lane, Thomas; Ranahan, Erin; Spitzer, Seth; Coorg, Shilpa; Ellis, Emily; Golinveaux, Jennifer; Elkin, Michael; Moore, Jason |
| **Subject:** | RE: Warner Records Inc. et al. v. Charter Communications, Inc. - correspondence |
| **Date:** | Thursday, April 30, 2020 10:34:34 PM |

Mitch,

Thank you for your e-mail of April 29, 2020. As an initial matter, I am going to request that you stop sending correspondence with arbitrary and unilateral deadlines. Such deadlines are inappropriate in the circumstances. We are attempting to work with you to respond to your inquires in a timely manner, which is not an easy task under the current circumstances of clients and case team members working remotely.

With regard to the substantive issue in your e-mail, we think it is premature to address multiple additional depositions of the individuals who have some knowledge of facts and circumstances related to the loss until plaintiffs first conduct their Rule 30(b)(6) deposition. After you have taken that deposition, the parties (and the Court if necessary) will be in a better position to evaluate whether and what additional depositions are warranted as it relates to the facts and circumstances of the loss. To that end, I suggest that you send us a Rule 30(b)(6) notice, with topics of inquiry, so that we can undertake to negotiate the scope of those topics and identify the appropriate witness(es).

Regards,

John


**John J. Rosenthal**

**Partner**

**Chair, eDiscovery & Information Governance Practice**

Winston & Strawn LLP

D: +1 202-282-5785

M: +1 202-744-9652

Bio | VCard | Email | winston.com



**From:** Kamin, Mitchell A [mailto:MKamin@cov.com]
**Sent:** Wednesday, April 29, 2020 11:56 AM
**To:** Rosenthal, John <JRosenthal@winston.com>; Ehlers, J. Hardy <JEhlers@cov.com>; Anderson, Sean <SRanderson@winston.com>; Sperling, Jonathan <jsperling@cov.com>; Sahni, Neema T <nsahni@cov.com>; Lampros, Nicholas M. <nlampros@cov.com>; O'Neill, Megan <MONeill@cov.com>; Jeff Gould <Jeff@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Matt Oppenheim <Matt@oandzlaw.com>

**Cc:** Lane, Thomas <TLane@winston.com>; Ranahan, Erin <ERanahan@winston.com>; Spitzer, Seth <SSpitzer@winston.com>; Coorg, Shilpa <SCoorg@winston.com>; Ellis, Emily <EEllis@winston.com>; Golinveaux, Jennifer <JGolinveaux@winston.com>; Elkin, Michael <MElkin@winston.com>; Moore, Jason <JMoore@winston.com>
**Subject:** RE: Warner Records Inc. et al. v. Charter Communications, Inc. - correspondence

John,

Thank you for agreeing to some of our requests for formal discovery on the spoliation issue.

To exhaust our conferral and potentially limit the scope of what we need to request of the Court, I'd ask that Charter reconsider its position on the depositions of the five Charter employees with knowledge of Charter's deletion of emails.  Specifically, if, in addition to the 30(b)(6) deposition, Charter will agree to those five depositions outside the current 20-deposition limit (given that they are not witnesses who we would otherwise have to depose on the merits), we will agree not to move for an order to depose outside the scope of the Scheduling Order the nine custodians whose data was destroyed.

Please advise no later than close of business tomorrow, as we plan to file our motion on Thursday.

Thanks,
Mitch


**Mitchell Kamin**

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T +1 424 332 4759 | mkamin@cov.com
www.cov.com

**COVINGTON**

---

**From:** Rosenthal, John <JRosenthal@winston.com>
**Sent:** Tuesday, April 28, 2020 2:29 PM
**To:** Kamin, Mitchell A <MKamin@cov.com>; Ehlers, J. Hardy <JEhlers@cov.com>; Anderson, Sean <SRanderson@winston.com>; Sperling, Jonathan <jsperling@cov.com>; Sahni, Neema T <nsahni@cov.com>; Lampros, Nicholas M. <nlampros@cov.com>; O'Neill, Megan <MONeill@cov.com>; Jeff Gould <Jeff@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Matt Oppenheim <Matt@oandzlaw.com>
**Cc:** Lane, Thomas <TLane@winston.com>; Ranahan, Erin <ERanahan@winston.com>; Spitzer, Seth <SSpitzer@winston.com>; Coorg, Shilpa <SCoorg@winston.com>; Ellis, Emily <EEllis@winston.com>; Golinveaux, Jennifer <JGolinveaux@winston.com>; Elkin, Michael <MElkin@winston.com>; Moore, Jason <JMoore@winston.com>
**Subject:** RE: Warner Records Inc. et al. v. Charter Communications, Inc. - correspondence

Page 2

**[EXTERNAL]**

Mitch,

Thank you for your e-mail of April 24, 2020, regarding the discovery that plaintiffs would like to obtain regarding the Charter ESI issues previously disclosed. We note that we have attempted to provide you the relevant facts regarding the inadvertent loss of e-mails, including our initial letter and responses to two sets of written questions. We understand your desire to undertake formal discovery regarding the e-mail loss issues. We have set forth below our positions on your request for discovery, noting that Charter does not have the authority to modify the previous Scheduling Order regarding the scope of discovery in this matter.

- *RFPs*. Charter does not oppose Plaintiffs' ability to serve an additional 25 RFPs focused on the e-mail loss issues, and agrees that these will not count against the 100-RFP limit set forth in the Scheduling Order. Any subparts will be counted toward the 25. Charter reserves the right to lodge objections and responses.

- *Timing of RFPs*. Charter will not agree to respond to the RFPs in 15 days. The Federal Rules allow Charter 30 days to respond. While we will endeavor to respond as soon as possible, we may need more than 15 days under the current circumstances with our client and team working remotely. In addition, it is difficult to determine how long it will take to respond to the RFPs until we see their nature and scope.

- *Notes from Interviews*. Charter will not produce notes from interviews with counsel, which are protected under both the attorney-client privilege and the work product doctrine. We have disclosed the underlying facts relating to the loss. In addition, you have abandoned the informal fact collection process that the parties were engaged in to-date. Accordingly, you should proceed with your formal discovery.

- *Rule 30(b)(6) Deposition*. Charter will agree to a Rule 30(b)(6) deposition focused on the e-mail loss issue. We will agree the deposition should not count towards your 20 deposition limit. The deposition will be limited to 7 hour per the Federal Rules. Plaintiffs should serve a notice with a list of topics in order that we can negotiate or litigate the scope of that deposition.

- *Additional Depositions Relating to the E-mail Issues*. We are not amenable to additional fact depositions at this time beyond the current limit of 20 depositions. We suggest the appropriate course is to pursue the Rule 30(b)(6) deposition and then the parties can discuss whether additional depositions are warranted.

- *Deposition of Custodians Implicated in the Loss*. We are not amenable to depositions of custodians whose e-mail may have been lost, in addition to the current 20-deposition limit. As you are well aware, the inadvertent loss occurred in the course of the migration of Charter's legal hold tracking and archiving systems. The individual custodians have no information regarding the facts surrounding the loss. Further, we anticipate that you will seek the deposition of many of these custodians as part of the merits discovery in this matter and, thus, you can lodge questions in those depositions relating to the their use of e-mail.

- *Rule 30(b)(6) – Ticket Data*. We will not agree to a Rule 30(b)(6) deposition on

Page 3

ticket data outside the current limitations on deposition discovery. As we have pointed out repeatedly, there is no evidence of loss of the ticket information outside the normal course of business and retention policy, and the ticket data issue is unrelated to the e-mail loss issue. Accordingly, you are free to pursue discovery about the ticket data or the retention policy within the scope of discovery as set forth by the current Scheduling Order.

Please let us know how you would like to proceed regarding the above.

**John J. Rosenthal**

**Partner**

**Chair, eDiscovery & Information Governance Practice**

Winston & Strawn LLP

D: +1 202-282-5785

M: +1 202-744-9652

Bio | VCard | Email | winston.com



**From:** Kamin, Mitchell A [mailto:MKamin@cov.com]
**Sent:** Friday, April 24, 2020 7:06 PM
**To:** Rosenthal, John <JRosenthal@winston.com>; Ehlers, J. Hardy <JEhlers@cov.com>; Anderson, Sean <SRanderson@winston.com>; Sperling, Jonathan <jsperling@cov.com>; Sahni, Neema T <nsahni@cov.com>; Lampros, Nicholas M. <nlampros@cov.com>; O'Neill, Megan <MONeill@cov.com>; Jeff Gould <Jeff@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Matt Oppenheim <Matt@oandzlaw.com>
**Cc:** Lane, Thomas <TLane@winston.com>; Ranahan, Erin <ERanahan@winston.com>; Spitzer, Seth <SSpitzer@winston.com>; Coorg, Shilpa <SCoorg@winston.com>; Ellis, Emily <EEllis@winston.com>; Golinveaux, Jennifer <JGolinveaux@winston.com>; Elkin, Michael <MElkin@winston.com>; Moore, Jason <JMoore@winston.com>
**Subject:** RE: Warner Records Inc. et al. v. Charter Communications, Inc. - correspondence

Thanks John - We look forward to Charter's response. And a similar request has now been sent for BHN as well. Have a good weekend, Mitch

**Mitchell Kamin**

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T +1 424 332 4759 | mkamin@cov.com
www.cov.com

COVINGTON

Page 4

**From:** Rosenthal, John <JRosenthal@winston.com>
**Sent:** Friday, April 24, 2020 3:23 PM
**To:** Kamin, Mitchell A <MKamin@cov.com>; Ehlers, J. Hardy <JEhlers@cov.com>; Anderson, Sean <SRanderson@winston.com>; Sperling, Jonathan <jsperling@cov.com>; Sahni, Neema T <nsahni@cov.com>; Lampros, Nicholas M. <nlampros@cov.com>; O'Neill, Megan <MONeill@cov.com>; Jeff Gould <Jeff@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Matt Oppenheim <Matt@oandzlaw.com>
**Cc:** Lane, Thomas <TLane@winston.com>; Ranahan, Erin <ERanahan@winston.com>; Spitzer, Seth <SSpitzer@winston.com>; Coorg, Shilpa <SCoorg@winston.com>; Ellis, Emily <EEllis@winston.com>; Golinveaux, Jennifer <JGolinveaux@winston.com>; Elkin, Michael <MElkin@winston.com>; Moore, Jason <JMoore@winston.com>
**Subject:** RE: Warner Records Inc. et al. v. Charter Communications, Inc. - correspondence

[EXTERNAL]
Dear Mitch,

Thank you for your e-mail.  As you know, we did not receive this until 12:40 am and we have not had a chance to fully confer with our client.  We will endeavor to respond substantively early next week, hopefully by COB on Monday.  On related matter, we did not see a similar request relating to BHN and wanted to confirm whether you had or are sending a similar e-mail relating to BHN.

Regards,

John

**John Rosenthal**
Winston & Strawn LLP
D: +1 202-282-5785
M: +1 202-744-9652
F: +1 202-282-5100
winston.com



**From:** Kamin, Mitchell A [mailto:MKamin@cov.com]
**Sent:** Friday, April 24, 2020 12:40 AM
**To:** Rosenthal, John <JRosenthal@winston.com>; Ehlers, J. Hardy <JEhlers@cov.com>; Anderson, Sean <SRanderson@winston.com>; Sperling, Jonathan <jsperling@cov.com>; Sahni, Neema T <nsahni@cov.com>; Lampros, Nicholas M. <nlampros@cov.com>; O'Neill, Megan <MONeill@cov.com>; Jeff Gould <Jeff@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Matt Oppenheim <Matt@oandzlaw.com>
**Cc:** Lane, Thomas <TLane@winston.com>; Ranahan, Erin <ERanahan@winston.com>; Spitzer, Seth <SSpitzer@winston.com>; Coorg, Shilpa <SCoorg@winston.com>; Ellis, Emily <EEllis@winston.com>; Golinveaux, Jennifer <JGolinveaux@winston.com>; Elkin, Michael <MElkin@winston.com>; Moore, Jason <JMoore@winston.com>

**Subject:** RE: Warner Records Inc. et al. v. Charter Communications, Inc. - correspondence

John,

Thank you for your letter.  We appreciate the information that you have provided, but now need to proceed with formal discovery on these spoliation issues. Please advise no later than the end of this week whether Charter will consent to the following:

- Plaintiffs' RFPs relating to Charter's data-destruction issues will not count against the 100-RFP limit in the Scheduling Order.  Plaintiffs intend to serve a Third Set of RFPs devoted to these issues that will total no more than 25 RFPs.

- Charter will respond to this Third Set within 15 days, and begin rolling productions of responsive documents within another 15 days.

- Charter will immediately provide notes from the interviews referenced in your response to Question 16, as well as any notes of interviews or conversations with Kirill Abramov, Dan Vasey, Christine Flores, Kimberly Love, or Joshua Paske regarding Charter's data destruction.

- Plaintiffs' depositions of the individuals named in your response to Question 1 will not count toward Plaintiffs' 20-deposition limit.

- Plaintiffs' depositions of the custodians whose data was destroyed, solely on the subject of the data destruction, will not count toward Plaintiffs' 20-deposition limit, nor prejudice Plaintiffs from later re-deposing the same witnesses on the claims and defenses at issue in this case.

- Plaintiffs may take one Rule 30(b)(6) deposition on Charter's data-destruction issues—including Charter's ticket-data deletion policy—without counting toward their 20-deposition limit or prejudicing Plaintiffs from taking additional depositions pursuant to Rule 30(b)(6).

If Charter does not agree, we will seek leave for this discovery from the Court.

Thank you,

Mitch


**Mitchell Kamin**

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T +1 424 332 4759 | mkamin@cov.com
www.cov.com

**COVINGTON**

**From:** Rosenthal, John <JRosenthal@winston.com>

Page 6

**Sent:** Tuesday, April 14, 2020 8:42 PM
**To:** Ehlers, J. Hardy <JEhlers@cov.com>; Kamin, Mitchell A <MKamin@cov.com>; Anderson, Sean <SRanderson@winston.com>; Sperling, Jonathan <jsperling@cov.com>; Sahni, Neema T <nsahni@cov.com>; Lampros, Nicholas M. <nlampros@cov.com>; O'Neill, Megan <MONeill@cov.com>; Jeff Gould <Jeff@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Matt Oppenheim <Matt@oandzlaw.com>
**Cc:** Lane, Thomas <TLane@winston.com>; Ranahan, Erin <ERanahan@winston.com>; Spitzer, Seth <SSpitzer@winston.com>; Coorg, Shilpa <SCoorg@winston.com>; Ellis, Emily <EEllis@winston.com>; Golinveaux, Jennifer <JGolinveaux@winston.com>; Elkin, Michael <MElkin@winston.com>; Moore, Jason <JMoore@winston.com>
**Subject:** RE: Warner Records Inc. et al. v. Charter Communications, Inc. - correspondence

[EXTERNAL]
Dear Mitch,

Enclosed please find our response to your April 8, 2020 letter.

Regards,

John


**John Rosenthal**
Winston & Strawn LLP
D: +1 202-282-5785
M: +1 202-744-9652

winston.com



---

**From:** Rosenthal, John
**Sent:** Thursday, April 9, 2020 6:09 PM
**To:** 'Ehlers, J. Hardy' <JEhlers@cov.com>; Kamin, Mitchell A <MKamin@cov.com>; Anderson, Sean <SRanderson@winston.com>; Sperling, Jonathan <jsperling@cov.com>; Sahni, Neema T <nsahni@cov.com>; Lampros, Nicholas M. <nlampros@cov.com>; O'Neill, Megan <MONeill@cov.com>; Jeff Gould <Jeff@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Matt Oppenheim <Matt@oandzlaw.com>
**Cc:** Lane, Thomas <TLane@winston.com>; Ranahan, Erin <ERanahan@winston.com>; Spitzer, Seth <SSpitzer@winston.com>; Coorg, Shilpa <SCoorg@winston.com>; Ellis, Emily <EEllis@winston.com>; Golinveaux, Jennifer <JGolinveaux@winston.com>; Elkin, Michael <MElkin@winston.com>
**Subject:** RE: Warner Records Inc. et al. v. Charter Communications, Inc. - correspondence

Dear Mitch,

Thank you for your letter as a follow-up to our response of March 23, 2019 providing answers to a number of your questions.  We appreciate your willingness to entertain written answers to the questions posed in your letter.  With this said, the list of questions is far more extensive than we had anticipated.  In addition, we will need to pass any answers by our client prior to sending.  Accordingly, it will take longer than two days to provide our response.  We will endeavor to get you written answers by Tuesday, April 14.

Regards.

John


**John Rosenthal**

Winston & Strawn LLP

D: +1 202-282-5785

M: +1 202-744-9652

winston.com



**From:** Ehlers, J. Hardy <JEhlers@cov.com>
**Sent:** Wednesday, April 8, 2020 3:46 PM
**To:** Rosenthal, John <JRosenthal@winston.com>; Kamin, Mitchell A <MKamin@cov.com>; Anderson, Sean <SRanderson@winston.com>; Sperling, Jonathan <jsperling@cov.com>; Sahni, Neema T <nsahni@cov.com>; Lampros, Nicholas M. <nlampros@cov.com>; O'Neill, Megan <MONeill@cov.com>; Jeff Gould <Jeff@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Matt Oppenheim <Matt@oandzlaw.com>
**Cc:** Lane, Thomas <TLane@winston.com>; Ranahan, Erin <ERanahan@winston.com>; Spitzer, Seth <SSpitzer@winston.com>; Coorg, Shilpa <SCoorg@winston.com>; Ellis, Emily <EEllis@winston.com>; Golinveaux, Jennifer <JGolinveaux@winston.com>; Elkin, Michael <MElkin@winston.com>
**Subject:** RE: Warner Records Inc. et al. v. Charter Communications, Inc. - correspondence

Counsel:

Please see the attached correspondence, sent on behalf of Mitch Kamin.

Thanks,

Hardy

**From:** Rosenthal, John <JRosenthal@winston.com>
**Sent:** Thursday, April 2, 2020 7:21 AM
**To:** Kamin, Mitchell A <MKamin@cov.com>; Anderson, Sean <SRanderson@winston.com>; Ehlers, J.

Hardy <JEhlers@cov.com>; Sperling, Jonathan <jsperling@cov.com>; Sahni, Neema T <nsahni@cov.com>; Lampros, Nicholas M. <nlampros@cov.com>; O'Neill, Megan <MONeill@cov.com>; Jeff Gould <Jeff@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Matt Oppenheim <Matt@oandzlaw.com>
**Cc:** Lane, Thomas <TLane@winston.com>; Ranahan, Erin <ERanahan@winston.com>; Spitzer, Seth <SSpitzer@winston.com>; Coorg, Shilpa <SCoorg@winston.com>; Ellis, Emily <EEllis@winston.com>; Golinveaux, Jennifer <JGolinveaux@winston.com>; Elkin, Michael <MElkin@winston.com>
**Subject:** RE: Warner Records Inc. et al. v. Charter Communications, Inc. - correspondence

[EXTERNAL]
Mitch,

Apologies for not responding earlier, but I have a number of standing calls on Friday that go most of the day.   Let me suggest 3:00 Est on Tue.  If that does not work for your side, please suggest some alternative times.


**John Rosenthal**
Winston & Strawn LLP
D: +1 202-282-5785
M: +1 202-744-9652
winston.com



**From:** Kamin, Mitchell A <MKamin@cov.com>
**Sent:** Wednesday, April 1, 2020 11:56 PM
**To:** Rosenthal, John <JRosenthal@winston.com>; Anderson, Sean <SRanderson@winston.com>; Ehlers, J. Hardy <JEhlers@cov.com>; Sperling, Jonathan <jsperling@cov.com>; Sahni, Neema T <nsahni@cov.com>; Lampros, Nicholas M. <nlampros@cov.com>; O'Neill, Megan <MONeill@cov.com>; Jeff Gould <Jeff@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Matt Oppenheim <Matt@oandzlaw.com>
**Cc:** Lane, Thomas <TLane@winston.com>; Ranahan, Erin <ERanahan@winston.com>; Spitzer, Seth <SSpitzer@winston.com>; Coorg, Shilpa <SCoorg@winston.com>; Ellis, Emily <EEllis@winston.com>; Golinveaux, Jennifer <JGolinveaux@winston.com>; Elkin, Michael <MElkin@winston.com>
**Subject:** RE: Warner Records Inc. et al. v. Charter Communications, Inc. - correspondence

Hi John -

Please let us know when on Friday would work for a call.

Thanks, Mitch

**Mitchell Kamin**

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T +1 424 332 4759 | mkamin@cov.com
www.cov.com

**COVINGTON**

**From:** Kamin, Mitchell A
**Sent:** Monday, March 30, 2020 5:02 PM
**To:** 'Rosenthal, John' <JRosenthal@winston.com>; Anderson, Sean <SRanderson@winston.com>; Ehlers, J. Hardy <JEhlers@cov.com>; Sperling, Jonathan <jsperling@cov.com>; Sahni, Neema T <nsahni@cov.com>; Lampros, Nicholas M. <nlampros@cov.com>; O'Neill, Megan <MONeill@cov.com>; Jeff Gould <Jeff@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Matt Oppenheim <Matt@oandzlaw.com>
**Cc:** Lane, Thomas <TLane@winston.com>; Ranahan, Erin <ERanahan@winston.com>; Spitzer, Seth <SSpitzer@winston.com>; Coorg, Shilpa <SCoorg@winston.com>; Ellis, Emily <EEllis@winston.com>; Golinveaux, Jennifer <JGolinveaux@winston.com>; Elkin, Michael <MElkin@winston.com>
**Subject:** RE: Warner Records Inc. et al. v. Charter Communications, Inc. - correspondence

John -

Thank you for this additional information.  Are you available this Friday, April 3, for a follow-up call?

Best, Mitch

**Mitchell Kamin**

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T +1 424 332 4759 | mkamin@cov.com
www.cov.com

**COVINGTON**

**From:** Rosenthal, John <JRosenthal@winston.com>
**Sent:** Monday, March 23, 2020 6:46 PM
**To:** Kamin, Mitchell A <MKamin@cov.com>; Anderson, Sean <SRanderson@winston.com>; Ehlers, J. Hardy <JEhlers@cov.com>; Sperling, Jonathan <jsperling@cov.com>; Sahni, Neema T <nsahni@cov.com>; Lampros, Nicholas M. <nlampros@cov.com>; O'Neill, Megan <MONeill@cov.com>; Jeff Gould <Jeff@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Matt Oppenheim <Matt@oandzlaw.com>
**Cc:** Lane, Thomas <TLane@winston.com>; Ranahan, Erin <ERanahan@winston.com>; Spitzer, Seth <SSpitzer@winston.com>; Coorg, Shilpa <SCoorg@winston.com>; Ellis, Emily <EEllis@winston.com>;

Page 10

Golinveaux, Jennifer <JGolinveaux@winston.com>; Elkin, Michael <MElkin@winston.com>
**Subject:** RE: Warner Records Inc. et al. v. Charter Communications, Inc. - correspondence

**[EXTERNAL]**

Mitch,

Enclosed is the response and supplementation.  Please let me know if you have any questions.

John


**John Rosenthal**

Winston & Strawn LLP

D: +1 202-282-5785

M: +1 202-744-9652

winston.com



---

**From:** Rosenthal, John
**Sent:** Friday, March 20, 2020 8:19 PM
**To:** 'Kamin, Mitchell A' <MKamin@cov.com>; Golinveaux, Jennifer <JGolinveaux@winston.com>; Elkin, Michael <MElkin@winston.com>; Anderson, Sean <SRanderson@winston.com>; Ehlers, J. Hardy <JEhlers@cov.com>; Sperling, Jonathan <jsperling@cov.com>; Sahni, Neema T <nsahni@cov.com>; Lampros, Nicholas M. <nlampros@cov.com>; O'Neill, Megan <MONeill@cov.com>; Jeff Gould <Jeff@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Matt Oppenheim <Matt@oandzlaw.com>
**Cc:** Lane, Thomas <TLane@winston.com>; Ranahan, Erin <ERanahan@winston.com>; Spitzer, Seth <SSpitzer@winston.com>; Coorg, Shilpa <SCoorg@winston.com>; Ellis, Emily <EEllis@winston.com>
**Subject:** RE: Warner Records Inc. et al. v. Charter Communications, Inc. - correspondence

Mitch,

Apologies but a combination of still waiting on approval from the client and the inability to access certain information that is in our vendors system (which as you know has been down due to a ransomware attack) means that we will not be able to get you the remaining and supplemental responses until Monday.

Regards,


**John Rosenthal**

Winston & Strawn LLP

D: +1 202-282-5785

M: +1 202-744-9652

winston.com



**From:** Kamin, Mitchell A <MKamin@cov.com>
**Sent:** Tuesday, March 17, 2020 2:12 PM
**To:** Golinveaux, Jennifer <JGolinveaux@winston.com>; Rosenthal, John <JRosenthal@winston.com>; Elkin, Michael <MElkin@winston.com>; Anderson, Sean <SRanderson@winston.com>; Ehlers, J. Hardy <JEhlers@cov.com>; Sperling, Jonathan <jsperling@cov.com>; Sahni, Neema T <nsahni@cov.com>; Lampros, Nicholas M. <nlampros@cov.com>; O'Neill, Megan <MONeill@cov.com>; Jeff Gould <Jeff@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Matt Oppenheim <Matt@oandzlaw.com>
**Cc:** Lane, Thomas <TLane@winston.com>; Ranahan, Erin <ERanahan@winston.com>; Spitzer, Seth <SSpitzer@winston.com>; Coorg, Shilpa <SCoorg@winston.com>; Ellis, Emily <EEllis@winston.com>
**Subject:** RE: Warner Records Inc. et al. v. Charter Communications, Inc. - correspondence

Michael, John,

Thanks for providing these initial answers. We'll review and let you know if we have more questions on these topics. In the meantime, please immediately supplement your answers to questions 9 and 16 as discussed below.

- **Question 9**. Plaintiffs asked Charter to identify all persons involved with "the December 2018 clean-up…" 3/4/2020 Elkin Ltr. Charter's response identified "[i]ndividuals with knowledge of the December 2018 ProofPoint data clean-up." If there are any individuals who were "involved with" the data clean-up who were not identified in your correspondence today, please identify them.

- **Question 16**. Plaintiffs asked Charter whether it undertook to interview the nine custodians about their lost data, and if so, when. Charter's response identified the custodians whom it interviewed but did not say when those interviews took place. Please identify those dates.

We look forward to receiving the rest of the information we requested, this week.

Regards,

Mitch


**Mitchell Kamin**

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T +1 424 332 4759 | mkamin@cov.com

www.cov.com

## COVINGTON

**From:** Golinveaux, Jennifer <JGolinveaux@winston.com>
**Sent:** Monday, March 16, 2020 6:05 PM
**To:** Elkin, Michael <MElkin@winston.com>; Kamin, Mitchell A <MKamin@cov.com>; Anderson, Sean <SRanderson@winston.com>; Ehlers, J. Hardy <JEhlers@cov.com>; Sperling, Jonathan <jsperling@cov.com>; Sahni, Neema T <nsahni@cov.com>; Lampros, Nicholas M. <nlampros@cov.com>; O'Neill, Megan <MONeill@cov.com>; Jeff Gould <Jeff@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Matt Oppenheim <Matt@oandzlaw.com>
**Cc:** Lane, Thomas <TLane@winston.com>; Ranahan, Erin <ERanahan@winston.com>; Spitzer, Seth <SSpitzer@winston.com>; Coorg, Shilpa <SCoorg@winston.com>; Ellis, Emily <EEllis@winston.com>
**Subject:** RE: Warner Records Inc. et al. v. Charter Communications, Inc. - correspondence

**[EXTERNAL]**
Please see attached correspondence.

**Jennifer Golinveaux**
Winston & Strawn LLP
D: +1 415-591-1506
M: +1 415-699-1802

winston.com

WINSTON & STRAWN LLP

**From:** Elkin, Michael S. <MElkin@winston.com>
**Sent:** Friday, March 13, 2020 1:17 PM
**To:** Kamin, Mitchell A <MKamin@cov.com>; Anderson, Sean R. <SRanderson@winston.com>; Ehlers, J. Hardy <JEhlers@cov.com>; Sperling, Jonathan <jsperling@cov.com>; Sahni, Neema T <nsahni@cov.com>; Lampros, Nicholas M. <nlampros@cov.com>; O'Neill, Megan <MONeill@cov.com>; Jeff Gould <Jeff@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Matt Oppenheim <Matt@oandzlaw.com>
**Cc:** Golinveaux, Jennifer A. <JGolinveaux@winston.com>; Lane, Thomas Patrick <TLane@winston.com>; Ranahan, Erin R. <ERanahan@winston.com>; Spitzer, Seth E. <SSpitzer@winston.com>; Coorg, Shilpa A. <SCoorg@winston.com>; Ellis, Emily <EEllis@winston.com>
**Subject:** RE: Warner Records Inc. et al. v. Charter Communications, Inc. - correspondence

Mitch,

We are in receipt of your letter of March 11, 2020 relating to our disclosure of the BHN loss of e-mails. We are undertaking to provide a written response to your request for information. Your letter requests a good deal of information. While we intend to prove a response to your information, the unilaterally deadline of Monday 16, 2020 is unrealistic given the number of

questions posed.  We hope to get you a response next week and we will attempt to do so earlier in the week if possible.

Regards, Michael

---

**From:** Kamin, Mitchell A <MKamin@cov.com>
**Sent:** Wednesday, March 11, 2020 10:49 AM
**To:** Elkin, Michael S. <MElkin@winston.com>; Anderson, Sean R. <SRanderson@winston.com>; Ehlers, J. Hardy <JEhlers@cov.com>; Sperling, Jonathan <jsperling@cov.com>; Sahni, Neema T <nsahni@cov.com>; Lampros, Nicholas M. <nlampros@cov.com>; O'Neill, Megan <MONeill@cov.com>; Jeff Gould <Jeff@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Matt Oppenheim <Matt@oandzlaw.com>
**Cc:** Golinveaux, Jennifer A. <JGolinveaux@winston.com>; Lane, Thomas Patrick <TLane@winston.com>; Ranahan, Erin R. <ERanahan@winston.com>; Spitzer, Seth E. <SSpitzer@winston.com>; Coorg, Shilpa A. <SCoorg@winston.com>; Ellis, Emily <EEllis@winston.com>
**Subject:** RE: Warner Records Inc. et al. v. Charter Communications, Inc. - correspondence

Michael,

Please see the attached correspondence regarding Charter's destruction of emails.

You have not answered our request below for "any substantive information concerning Charter's separate destruction of infringement ticket and/or log data, as discussed at length during the February 19 hearing, and as we requested in our February 2[4] email from Hardy Ehlers."  Your email simply re-states what Charter already disclosed in prior communications and court filings—i.e., that Charter had a six-month retention policy for ticket data and an 18-month retention policy for ticket-table data.  We were aware of that disclosure when we asked, on February 24, for the following:

2. Please identify times later this week or early next week when you are available to discuss Charter's document retention policies in effect during the claim period, including (i) the different retention periods applicable to materials potentially relevant to this lawsuit not disclosed in your email to the Court today; (ii) how the operation of those policies resulted in Charter's possession of ticket table data for only 38,000 of the over 660,000 infringement notices Charter received, and whether this number accounts for third-party notices sent to subscribers identified in Plaintiffs' notices, as required by the Court; (iii) how the operation of those policies affects Charter's ability to produce monthly billing and revenue data from infringing subscribers; (iv) how the operation of those policies affects Charter's retention of DHCP data; and (v) when the retention policies you disclosed today were first implemented.

J. Ehlers Feb. 24, 2020 email.  Although Charter has promised to provide this information several times (E. Ranahan Feb. 26, 2020 email; J. Golinveaux Mar. 6, 2020 email), it has yet to do so.  Please send us this information immediately.

Thank you,

Mitch

**Mitchell Kamin**

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T +1 424 332 4759 | mkamin@cov.com
www.cov.com

**COVINGTON**

**From:** Elkin, Michael S. <MElkin@winston.com>
**Sent:** Friday, March 06, 2020 2:26 PM
**To:** Kamin, Mitchell A <MKamin@cov.com>; Anderson, Sean R. <SRanderson@winston.com>; Ehlers, J. Hardy <JEhlers@cov.com>; Sperling, Jonathan <jsperling@cov.com>; Sahni, Neema T <nsahni@cov.com>; Lampros, Nicholas M. <nlampros@cov.com>; O'Neill, Megan <MONeill@cov.com>; Jeff Gould <Jeff@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Matt Oppenheim <Matt@oandzlaw.com>
**Cc:** Golinveaux, Jennifer A. <JGolinveaux@winston.com>; Lane, Thomas Patrick <TLane@winston.com>; Ranahan, Erin R. <ERanahan@winston.com>; Spitzer, Seth E. <SSpitzer@winston.com>; Coorg, Shilpa A. <SCoorg@winston.com>; Ellis, Emily <EEllis@winston.com>
**Subject:** RE: Warner Records Inc. et al. v. Charter Communications, Inc. - correspondence

**[EXTERNAL]**

Dear Mitch,

Thank you for your e-mail regarding our disclosure of the e-mail issues.  We are committed to working with you to ensure that Plaintiffs fully understand facts surrounding the e-mail loss.

In terms of the timing of the disclosure, I hope you will understand that the facts around this are rather complicated.  Before making any disclosure, we wanted to make sure that our investigation of the facts was through and accurate.  This obviously takes time.

In response to your question, this issue did not affect Charter's retention of ticket log data.  As your team is aware from prior communications and court filings, at the time the demand letter for this lawsuit was sent in March 2016, Charter had a six-month retention policy for ticket data stored in CATS itself, and an 18-month retention policy for ticket table data, a related data repository.  That ticket data is available for searching and Charter has and is reviewing it to respond to Plaintiffs' discovery requests.

As to your request for Charter to amend its Rule 26(a) disclosures, the Rule applies to the identification of persons with knowledge relevant to a parties' claims and defenses.  While we will work with you to identify persons with knowledge relevant to the e-mail issues,

those persons are not relevant to our claims and defenses and, thus, Charter will not be amending its Rule 26(a) disclosures.

We look forward to hearing from you once you have had a chance to fully digest the letter.

Regards, Michael

---

**From:** Kamin, Mitchell A <MKamin@cov.com>
**Sent:** Wednesday, March 04, 2020 8:50 PM
**To:** Anderson, Sean R. <SRanderson@winston.com>; Ehlers, J. Hardy <JEhlers@cov.com>; Sperling, Jonathan <jsperling@cov.com>; Sahni, Neema T <nsahni@cov.com>; Lampros, Nicholas M. <nlampros@cov.com>; O'Neill, Megan <MONeill@cov.com>; Jeff Gould <Jeff@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Matt Oppenheim <Matt@oandzlaw.com>
**Cc:** Elkin, Michael S. <MElkin@winston.com>; Golinveaux, Jennifer A. <JGolinveaux@winston.com>; Lane, Thomas Patrick <TLane@winston.com>; Ranahan, Erin R. <ERanahan@winston.com>; Spitzer, Seth E. <SSpitzer@winston.com>; Coorg, Shilpa A. <SCoorg@winston.com>; Ellis, Emily <EEllis@winston.com>
**Subject:** RE: Warner Records Inc. et al. v. Charter Communications, Inc. - correspondence

Dear Michael,

Thank you for your letter regarding Charter's destruction of email from key custodians. We are obviously troubled by this revelation, particularly given that nine months have passed since Plaintiffs served their initial discovery requests and even more time has passed since Charter served its initial disclosures. We are reviewing your letter closely and will reach out soon with additional questions.

In the meantime, you still have not provided any substantive information concerning Charter's separate destruction of infringement ticket and/or log data, as discussed at length during the February 19 hearing, and as we requested in our February 25 email from Hardy Ehlers. Please provide this information immediately.

In addition, Charter should amend its Rule 26(a)(1) disclosure to include all of the individuals with information relating to both document destructions (and any others of which Charter is aware).

Best, Mitch


**Mitchell Kamin**

Covington & Burling LLP

1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T +1 424 332 4759 | mkamin@cov.com
www.cov.com

**COVINGTON**

---

**From:** Anderson, Sean R. <SRanderson@winston.com>
**Sent:** Wednesday, March 04, 2020 1:26 PM
**To:** Ehlers, J. Hardy <JEhlers@cov.com>; Kamin, Mitchell A <MKamin@cov.com>; Sperling, Jonathan <jsperling@cov.com>; Sahni, Neema T <nsahni@cov.com>; Lampros, Nicholas M. <nlampros@cov.com>; O'Neill, Megan <MONeill@cov.com>; Jeff Gould <Jeff@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Matt Oppenheim <Matt@oandzlaw.com>
**Cc:** Elkin, Michael S. <MElkin@winston.com>; Golinveaux, Jennifer A. <JGolinveaux@winston.com>; Lane, Thomas Patrick <TLane@winston.com>; Ranahan, Erin R. <ERanahan@winston.com>; Spitzer, Seth E. <SSpitzer@winston.com>; Coorg, Shilpa A. <SCoorg@winston.com>; Ellis, Emily <EEllis@winston.com>
**Subject:** Warner Records Inc. et al. v. Charter Communications, Inc. - correspondence

**[EXTERNAL]**
Counsel,

Please see the attached correspondence from Michael Elkin.

Regards,

**Sean R. Anderson**
**Associate Attorney**

Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193

D: +1 212-294-5388

F: +1 212-294-4700

Bio | VCard | Email | winston.com



---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

Page 17