IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-00874-RBJ-MEH

**WARNER RECORDS INC.,** *et al.***,**

      Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.,**

      Defendant.

**JOINT ERRATA TO MARCH 4, 2020 HEARING TRANSCRIPT**

The parties have reviewed the transcript (ECF No. 148) of the Discovery Conference held on March 4, 2020, and have jointly identified the below errata. The parties hereby jointly submit the errata below for clarification of the record.

| Page:lines | Current text | Corrected Text | Reason for Errata |
|---|---|---|---|
| *passim* | Ms. Sahmi | Ms. Sahni | Transcription error |
| 1:20 | Mitch Hammond | Mitch Kamin | Transcription error |
| 2:9 | Mitch Hammond | Mitch Kamin | Transcription error |
| 2:9 | Neema Sahmi | Neema Sahni | Transcription error |
| 3:9, 10, 11 | complex | conflicts | Transcription error |
| 7:24 | Judge Shasta | Judge Jackson | Transcription error |
| 8:5 | and expensive | an expensive | Transcription error |
| 9:25 | In Court | That court | Transcription error |
| 10:1 | what's for hire | works for hire | Transcription error |
| 10:2 | nother | other | Transcription error |
| 10:8 | presidential | precedential | Transcription error |
| 10:11 | presidential | precedential | Transcription error |
| 10:19 | sensitive | specific | Transcription error |
| 12:3 | plaintiffs' | plaintiffs | Transcription error |
| 12:11 | plaintiff | plaintiffs | Transcription error |

| 12:18 | and | as to | Transcription error |
|---|---|---|---|
| 18:7 | Ms. Golinveaux | Ms. Sahni | Transcription error |
| 21:6 | it's | its | Transcription error |
| 25:10 | safe | same | Transcription error |
| 25:22 | apprized | apprised | Transcription error |
| 26:1 | defensor | the defense | Transcription error |

Dated:  May 13, 2020

/s/ Mitchell A. Kamin
Mitchell A. Kamin
Neema T. Sahni
Mark Chen
Nicholas M. Lampros
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
mkamin@cov.com
nsahni@cov.com
mychen@cov.com
nlampros@cov.com

Jonathan M. Sperling
William O'Neill
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com
woneill@cov.com

Megan M. O'Neill
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
moneill@cov.com

Janette L. Ferguson, Esq.
Benjamin M. Leoni, Esq.
LEWIS BESS WILLIAMS & WEESE, P.C.
1801 California Street, Suite 3400
Denver, CO 80202

Telephone: (303) 861-2828
jferguson@lewisbess.com
bleoni@lewisbess.com

Matthew J. Oppenheim
Scott A. Zebrak
Jeffrey M. Gould
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Floor
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
scott@oandzlaw.com
jeff@oandzlaw.com

*Attorneys for Plaintiffs*

— 4 —

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on May 13, 2020, I caused the foregoing document and all supporting materials thereto to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered with CM/ECF.

              */s/ Mitchell A. Kamin*
              Mitchell A. Kamin