IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-RBJ-MEH

WARNER BROS. RECORDS INC., et al.,

      Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

      Defendant.

**NOTICE OF SPECIAL MASTER ORDER RE: PLAINTIFFS' EXPEDITED MOTION FOR LEAVE TO CONDUCT DISCOVERY OUTSIDE THE DISCOVERY LIMITS AND ON AN EXPEDITED BASIS REGARDING CHARTER'S SPOLIATION OF ELECTRONIC DATA**

On May 13, 2020, the Special Master held a telephonic hearing on Plaintiffs' Motion for Leave to Conduct Discovery Outside the Discovery Limits and on an Expedited Basis Regarding Charter's Spoliation of Electronic Data. ECF 167. The parties agree that the Plaintiffs are entitled to additional discovery related to the Defendant's email deletion, disclosed to the Plaintiffs by the Defendant on March 4, 2020. *See* ECF 174-2 (Rosenthal Decl., Ex. 1). To this end, the parties agree that Plaintiffs should be permitted to propound twenty-five Requests for Production relating to the disclosed email deletion. The Defendant shall serve its responses to Plaintiffs' Requests for Production on or before June 4, 2020. The Defendant shall also begin a rolling email production commencing no later than fifteen days after serving its responses to Plaintiffs' requests, on June 19, 2020. The Defendant shall provide Plaintiffs with an estimated date by which it anticipates completing its production, and the parties shall meet and confer no later than May 27, 2020 to resolve any disputes regarding the anticipated completion date of the production. If the parties

cannot reach agreement on this issue, they should contact the Special Master.

The parties have additionally agreed that Plaintiffs should be permitted to take one Fed. R. Civ. P. 30(b)(6) deposition relating to the Defendant's email deletion, disclosed to the Plaintiffs by the Defendant on March 4, 2020. *See* ECF 174-2 (Rosenthal Decl., Ex. 1). I decline to order five additional fact witnesses at this time. The parties are directed to meet and confer to determine whether good cause exists for additional fact witness depositions and how many are actually needed.

Neither the Fed. R. Civ. P. 30(b)(6) deposition nor the twenty-five discovery requests shall be counted against the discovery limits set forth in the Scheduling Order, ECF 44.

The parties are also instructed that a certification pursuant to D.C.COLO.LCivR 7.1(a) is to be included as an attachment to all motions made before the Special Master. This certification shall also include the dates that the parties met and conferred with regard to each identified issue, and a **brief** description of the parties' conference.

Dated this 14th day of May, 2020                    BY THE SPECIAL MASTER:

*/s/ Regina M. Rodriguez*
Regina M. Rodriguez
Special Master