# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-00874-RBJ-MEH

**WARNER RECORDS INC.,** *et al.***,**

      Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.,**

      Defendant.

---

**EXPEDITED STIPULATED MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO CHARTER COMMUNICATIONS, INC.'S FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS, AND TO SET A BRIEFING SCHEDULE**

---

Pursuant to Local Civil Rule 6.1, all Parties, by and through their respective counsel below, jointly move the Court for an extension of time for Plaintiffs to respond to Charter's First Amended Answer, Affirmative Defenses, and Counterclaims (the "Amended Counterclaims") (ECF No. 165) and to set a briefing schedule in connection with Plaintiffs' response. In support thereof, the Parties state as follows:

Certification Pursuant to Local Rule 7.1: Because this motion was stipulated to by all Parties, no conference was appropriate.

1. On April 29, 2020, Charter filed its Amended Counterclaims. The current due date for Plaintiffs' response to the Amended Counterclaims is May 20, 2020.

2. Counsel for all Parties have conferred and agreed that extensions of the briefing schedule are necessary not only due to the "complex issues of copyright infringement law" that justified extending the briefing schedule for Charter's Motion to Dismiss, *see* Dkt. Nos. 37, 40,

but also due to the recent intensification of the case schedule during a time in which client resources are already strained due to COVID-19.

3. The parties agrees that Plaintiffs shall have until June 15, 2020 to respond to Charter's Amended Counterclaims, and that Charter shall have until July 20, 2020 to respond to Plaintiffs' response. Plaintiffs reply brief shall be due on August 3, 2020, pursuant to Local Rule 7.1.

4. All Parties to this stipulated motion confirm that they have contemporaneously served this motion on their clients.

5. For the Court's convenience, a proposed order reflecting these agreed deadlines is submitted herewith.

WHEREFORE, all Parties pray that this Court enter an Order setting forth the following briefing schedule in connection with Plaintiffs' response to Charter's Amended Counterclaims:

- June 15, 2020 – deadline for Plaintiffs to respond to the Amended Counterclaims

- July 20, 2020 – deadline for Charter to respond to Plaintiffs' response to the Amended Counterclaim

- August 3, 2020 – deadline, pursuant to Local Rule 7.1, for Plaintiffs to reply to Charter's response

Respectfully submitted this 18th day of May, 2020.

| /s/ *Jennifer A. Golinveaux* | /s/ *Jeffrey M. Gould* |
|---|---|
| Jennifer A. Golinveaux (*pro hac vice*) | Matthew J. Oppenheim (*pro hac vice*) |
| WINSTON & STRAWN LLP | Scott A. Zebrak (*pro hac vice*) |
| 101 California Street, 35th Floor | Jeffrey M. Gould (*pro hac vice*) |
| San Francisco, CA 94111-5840 | OPPENHEIM + ZEBRAK, LLP |
| (415) 591-1506 (telephone) | 4530 Wisconsin Avenue, NW, 5th Floor |
| (415) 591-1400 (facsimile) | Washington, DC 20015 |
| E-mail: jgolinveaux@winston.com | Tel: 202-480-2999 |
| | E-mail: matt@oandzlaw.com |
| | E-mail: scott@oandzlaw.com |
| | E-mail: jeff@oandzlaw.com |

Michael S. Elkin (*pro hac vice*)
Thomas Patrick Lane (*pro hac vice*)
Seth E. Spitzer (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700 (telephone)
(212) 294-4700 (facsimile)
E-mail: melkin@winston.com
E-mail: tlane@winston.com
E-mail: sspitzer@winston.com

Erin R. Ranahan (*pro hac vice*)
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071
(213) 615-1933 (telephone)
(213) 615-1750 (facsimile)
E-mail: eranahan@winston.com
E-mail: scoorg@winston.com

Craig D. Joyce
John M. Tanner
Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, Colorado 80202
(303) 830-2400 (telephone)
(303) 830-1033 (facsimile)
E-mail: cjoyce@fwlaw.com

*Attorneys for Defendant*

Mitchell A. Kamin
Neema T. Sahni
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Tel: (424) 332-4800
E-mail: mkamin@cov.com
E-mail: nsahni@cov.com

Jonathan M. Sperling
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: (212) 841-1000
E-mail: jsperling@cov.com

Janette L. Ferguson, Esq.
Benjamin M. Leoni, Esq.
LEWIS BESS WILLIAMS & WEESE, P.C.
1801 California Street, Suite 3400
Denver, CO 80202
Tel: (303) 861-2828
E-mail: jferguson@lewisbess.com
E-mail: bleoni@lewisbess.com

*Attorneys for Plaintiffs*

3

4

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 18th day of May 2020, a true and correct copy of the foregoing was filed with the Clerk of Court via the CM/ECF system, which will send notice of electronic filing to all counsel of record registered with CM/ECF.

                                                */s/ Jeffrey M. Gould*
                                                Jeffrey M. Gould