# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-00874-RBJ-MEH

**WARNER RECORDS INC.,** *et al.***,**

    Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.,**

    Defendant.

___

### (PROPOSED) ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO CHARTER COMMUNICATIONS, INC.'S FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS, AND TO SET A BRIEFING SCHEDULE
___

The Court, upon the stipulated motion of all parties and being sufficiently advised on the premises, hereby orders that the motion is GRANTED.

Plaintiffs' response to Defendant's First Amended Answer, Affirmative Defenses, and Counterclaims (ECF No. 165) shall be due on June 15, 2020.  Defendant's response to Plaintiffs' responsive pleading shall be due on July 20, 2020.  Plaintiffs' reply brief shall be due on August 3, 2020.

Done this _____th day of _____, 2020.

                                                        _____