IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-RBJ-MEH

WARNER BROS. RECORDS INC., et al.,

        Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

        Defendant.

## SPECIAL MASTER'S ORDER REGARDING PERSONAL IDENTIFYING INFORMATION

**Entered by Regina M. Rodriguez, Special Master, on June 5, 2020,**

On April 17, 2020, the Special Master heard argument relating to Plaintiffs' request for certain Personally Identifiable Information ("PII") for Charter subscribers. The details of each parties' arguments are set forth in the Special Master's Order, ECF 164, wherein the Special Master issued the following order:

1. Charter will produce PII for all commercial subscribers who were the subject of Plaintiffs' notices.

2. Charter will produce PII for subscribers who corresponded with Charter about Plaintiffs' notices.

    3. Charter will produce PII for the 112 residential subscribers with the greatest number of copyright infringement "tickets."

Charter was ordered to amend its previously submitted Proposed Order accordingly and resubmit to the Special Master. ECF 164 at 5. The parties also endeavored to agree to a stipulation that would set forth additional terms for the production, including terms relating to timing and notice to subscribers. The parties have been unable to reach agreement. The Special Master therefore issues this order.

Charter shall produce PII in accordance with the Special Master's Order, ECF 164, and with the following:

    Charter shall make reasonable efforts to notify each of the commercial subscribers associated with the 637 business accounts, plus 150 residential subscribers (38 from email communications with subscribers produced and 112 with the greatest number of tickets), within twenty (20) days, of Charter's intent to disclose their name and contact information to Plaintiffs pursuant to this Order. Such notice shall give the notified Subscribers an opportunity to seek relief from the Court within thirty (30) days. If a notified Subscriber fails to object or seek such relief within thirty (30) days of Charter transmitting such notice, Charter shall, within five (5) days, disclose to Plaintiffs, to the extent available, such Subscriber's name, address, e-mail address, and

associated unique subscriber account number, subject to the highest level of confidentiality set forth in the Stipulated Protective Order in this case (ECF No. 63).

Dated this 5th day of June, 2020

BY THE SPECIAL MASTER:

*/s/ Regina M. Rodriguez*
Regina M. Rodriguez
Special Master