UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

WARNER BROS. RECORDS INC., *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

Case No. 19-cv-00874-RBJ-MEH

**STIPULATED MOTION FOR ENLARGEMENT OF PAGE LIMITS
IN CONNECTION WITH BOTH PARTIES' BRIEFING ON PLANTIFFS'
MOTION TO DISMISS CHARTER'S COUNTERCLAIMS THREE AND FOUR**

    All Parties, by and through their respective counsel below, jointly move the Court to enlarge the page limits applicable to briefing on Plaintiffs' Motion to Dismiss Charter's Counterclaims Three and Four, and as grounds therefor, state as follows:

    1.    All Parties acknowledge, as they have previously, that this case involves complex issues of copyright infringement law. *See, e.g.*, Stipulated Mot. to Set Deadline to Answer as 14 Days from Resolution of Mot. to Dismiss and to Set Briefing Schedule on Mot. to Dismiss, ECF 37 at ¶ 3; Expedited Stipulated Mot. for Extension of Time for Plaintiffs to Respond to Charter Communications, Inc.'s First Amended Answer, Affirmative Defenses, and Counterclaims, and to Set a Briefing Schedule, ECF 177 at ¶ 2.

    2.    On June 15, 2020, Plaintiffs filed their Motion to Dismiss Charter's Counterclaims Three and Four ("Plaintiffs' Motion" or the "Motion"). ECF 183. Plaintiffs relied on Magistrate Judge Hegarty's Practice Standards in filing a 20-page brief.

3. After Plaintiffs filed their Motion, Charter notified Plaintiffs that their Motion exceeded the page limit allowed by Judge Jackson's Practice Standards and requested that Plaintiffs either re-file a motion in conformance with Judge Jackson's Practice Standards or consent to Charter filing an opposition of up to 20 pages, exclusive of the case caption, table of contents, table of authorities, signature blocks, and certificate of service.  The Parties then conferred regarding this issue, including the fact that Charter's motion to dismiss Plaintiffs' vicarious liability claim (ECF No. 38) also exceeded the page limits in Judge Jackson's Practice Standards without permission to do so.  In light of these facts and due to the complexity of issues involved in the case, the parties agreed that both the parties and Court would benefit from an enlargement of the page limits for briefing on Plaintiffs' Motion.

4. The Parties therefore jointly agree and propose that Plaintiffs' Motion, as well as Charter's opposition thereto, be enlarged to twenty (20) pages, exclusive of the case caption, table of contents, table of authorities, signature blocks, and certificate of service.  The Parties also agree and propose that Plaintiffs' reply to Charter's opposition be enlarged to seven (7) pages, exclusive of the case caption, signature blocks, and certificate of service.

WHEREFORE, all Parties pray that this Court enter an Order, for good cause shown, enlarging the page limits in conjunction with Plaintiffs' Motion as set forth below:

- Plaintiffs' Motion (already on file at ECF No. 183) – twenty (20) page limit, exclusive of the case caption, table of contents, table of authorities, signature blocks, and certificate of service;

- Charter's Opposition to Plaintiffs' Motion – twenty (20) page limit, exclusive of the case caption, table of contents, table of authorities, signature blocks, and certificate of service;

- Plaintiffs' Reply to Charter's opposition – seven (7) page limit, exclusive of the case caption, signature blocks, and certificate of service.

Respectfully submitted this 1st day of July, 2020.

/s/ *Jennifer A. Golinveaux*
Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5840
(415) 591-1506 (telephone)
(415) 591-1400 (facsimile)
E-mail: jgolinveaux@winston.com

Michael S. Elkin
Thomas Patrick Lane
Seth E. Spitzer
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700 (telephone)
(212) 294-4700 (facsimile)
E-mail: melkin@winston.com
E-mail: tlane@winston.com
E-mail: sspitzer@winston.com

Erin R. Ranahan
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071
(213) 615-1933 (telephone)
(213) 615-1750 (facsimile)
E-mail: eranahan@winston.com

Craig D. Joyce
John M. Tanner
Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, Colorado 80202
(303) 830-2400 (telephone)
(303) 830-1033 (facsimile)
E-mail: cjoyce@fwlaw.com

*Attorneys for Defendant Charter Communications, Inc.*

/s/ *Jeffrey M. Gould*
Matthew J. Oppenheim
Scott A. Zebrak
Jeffrey M. Gould
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20015
Tel:  202-480-2999
E-mail: scott@oandzlaw.com
E-mail: matt@oandzlaw.com
E-mail: jeff@oandzlaw.com

Mitchell A. Kamin
Neema T. Sahni
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Tel: (424) 332-4800
E-mail: mkamin@cov.com
E-mail: nsahni@cov.com

Jonathan M. Sperling
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: (212) 841-1000
E-mail: jsperling@cov.com

Janette L. Ferguson, Esq.
Benjamin M. Leoni, Esq.
LEWIS BESS WILLIAMS & WEESE, P.C.
1801 California Street, Suite 3400
Denver, CO 80202
Tel: (303) 861-2828
E-mail: jferguson@lewisbess.com
E-mail: bleoni@lewisbess.com

*Attorneys for Plaintiffs Warner Bros. Records, Inc., et al.*

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on this 1st day of July 2020, a true and correct copy of the foregoing was filed with the Clerk of Court via the CM/ECF system, which will send notification of such filing to all counsel of record.

                     */s/ Jeffrey M. Gould*
                      Jeffrey M. Gould