## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-00874-RBJ-MEH

**WARNER BROS. RECORDS INC.,** *et al.*,

      Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.,**

      Defendant.

---

## (PROPOSED) ORDER GRANTING STIPULATED MOTION FOR ENLARGEMENT OF PAGE LIMITS IN CONNECTION WITH BOTH PARTIES' BRIEFING ON PLANTIFFS' MOTION TO DISMISS CHARTER'S COUNTERCLAIMS THREE AND FOUR

---

The Court, upon the stipulated motion of the Parties and for good cause shown, hereby orders that the motion is GRANTED.

Plaintiffs' Motion to Dismiss Charter's Counterclaims Three and Four (already on file at ECF No. 183) shall be limited to twenty (20) pages, exclusive of the case caption, table of contents, table of authorities, signature blocks, and certificate of service.  Charter's opposition to Plaintiffs' Motion to Dismiss Charter's Counterclaims Three and Four shall also be limited to twenty (20) pages, exclusive of the case caption, table of contents, table of authorities, signature blocks, and certificate of service.  Plaintiffs' reply to Charter's opposition shall be limited to seven (7) pages, exclusive of the case caption, signature blocks, and certificate of service.

Done this _____ day of _____, 2020.

_____