**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 06 2020

JEFFREY P. COLWELL
CLERK

July 2, 2020

United States District Court
District Of Colorado
Alfred A. Arraj Courthouse
901 19th Street
Denver, CO 80294

Re: Warner Bros. Records, Inc. v Charter Communications, Inc.
Case No. 19-cv-00874-RBJ-MEH

Gentlemen/Ladies:

I request that Charter Communications **do not** release any confidential information about my account; specifically my name, Spectrum account number, my email address and mailing address.  My understanding is that the plaintiff has requested this information from Charter Communications in the above-referenced action.

We sign up with services like Spectrum with the expectations that all personal information provided to activate an account are completely confidential and will not be released for any reason.   I do not believe the plaintiffs will treat this information as highly confidential per court order, but will use it to contact individual customers, which I believe is outside the boundaries of this lawsuit.

Thank you for your consideration.

Sincerely,

*Ginger Mitchell*

Ginger Mitchell
522 Liberty Cap Court
Grand Junction, Co 81507