# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No.  19-cv-00874-RBJ-MEH**

WARNER BROS. RECORDS INC., *et al*.,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

I, Cesie C. Alvarez, hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for Defendant Charter Communications, Inc.

Dated at Houston, Texas this 7th day of July, 2020.

    Respectfully submitted,

    By: *s/ Cesie C. Alvarez*

    Cesie C. Alvarez
    WINSTON & STRAWN LLP
    800 Capitol Street, Ste. 2400
    Houston, TX 77002-2925
    Phone: +1 713-651-2600
    Fax: +1 713-651-2700
    Email: calvarez@winston.com

Craig D. Joyce
John M. Tanner
FAIRFIELD AND WOODS, P.C.
1801 California Street, Suite 2600
Denver, Colorado 80202
Phone: 303.830.2400
Fax: 303.830.1033
E-mail: cjoyce@fwlaw.com
E-mail: jtanner@fwlaw.com

Michael S. Elkin
Thomas Patrick Lane
Seth E. Spitzer
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Phone: 212.294.6700
Fax: 212.294.4700
E-mail: melkin@winston.com
E-mail: tlane@winston.com
E-mail: sspitzer@winston.com

Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California Street
San Francisco, California 94111
Phone: 415.591.1000
Fax: 415.591.1400
E-mail: jgolinveaux@winston.com

Erin R. Ranahan
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Phone: 213.615.1700
Fax: 213.615.1750
Email: eranahan@winston.com

Michael L. Brody
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Phone: 312-558-5600
Fax: 312-558-5700
Email: mbrody@winston.com

*Attorneys for Defendant
Charter Communications, Inc.*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 7, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

                                                               *s/ Cesie C. Alvarez*
                                                               Cesie C. Alvarez