# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 19-cv-00874-RBJ-MEH

**WARNER RECORDS INC.,** *et al.***,**

    Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.,**

    Defendant.

_____

## DECLARATION OF NEEMA T. SAHNI IN SUPPORT OF PLAINTIFFS' MOTION TO DENY WAYNE COLEMAN'S DESIGNATION AS A QUALIFIED PERSON UNDER THE PROTECTIVE ORDER
_____

I, Neema T. Sahni, hereby declare and state as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner of the law firm Covington & Burling LLP, attorneys of record for Plaintiffs. I submit this declaration in support of Plaintiffs' Motion To Deny Wayne Coleman's Designation As a Qualified Person Under the Protective Order. I have personal knowledge of all facts stated in this declaration, and if called upon as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of correspondence between counsel for Plaintiffs and counsel for Charter, dated June 26, 2020, through July 9, 2020, regarding Charter's designation of Wayne Coleman as a Qualified Person under the Protective Order.

3. Counsel for Plaintiffs and counsel for Charter conferred by telephone on July 7, 2020, regarding Plaintiffs' objections to the designation of Wayne Coleman as a Qualified Person under the Protective Order. Counsel for Charter stated that they would provide Mr. Coleman artist agreements, publishing agreements, Digital Service Provider agreements, track-by-track revenue data, and related deposition testimony, if he were to be designated a Qualified Person under the Protective Order. The parties were unable to resolve Plaintiffs' objections during the telephonic meet and confer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of July, 2020 in Los Angeles, California.

*/s/ Neema T. Sahni*
Neema. T Sahni