# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-00874-RBJ-MEH

**WARNER RECORDS INC.,** *et al.***,**

    Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.,**

    Defendant.

___

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO DENY WAYNE COLEMAN'S DESIGNATION AS A QUALIFIED PERSON UNDER THE PROTECTIVE ORDER
___

THIS COURT, having reviewed and considered Plaintiffs' Motion to Deny Wayne Coleman's Designation As a Qualified Person Under the Protective Order, finds good cause to GRANT the Motion, and hereby denies Wayne Coleman status as a Qualified Person under the Protective Order in this case (*see* Dkt. No. 63).

SO ORDERED this ____ day of _____, 2020.

                                                            _____
                                                            Hon. Michael E. Hegarty
                                                            United States Magistrate Judge