# Exhibit 21

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001600375
Search Results: Displaying 1 of 1 entries



### "Everything".

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001600375 / 2007-08-13 |
| **Application Title:** | "Everything" (Michael Buble, "Call Me Irresponsible", #100313) |
| **Title:** | "Everything". |
| **Description:** | Compact disc. |
| **Copyright Claimant:** | Ihan Zhan Music, Transfer: by wirtten agreement |
|  | Almost October Songs, Transfer: by wirtten agreement |
|  | Songs of Universal, Inc., Transfer: by wirtten agreement |
|  | I'm The Last Man Standing Music, Inc., Transfer: by wirtten agreement. Address: c/o WB Music Corp. 10585 Santa Monica Blvd., Los Angeles, CA, 90025 |
| **Date of Creation:** | 2006 |
| **Date of Publication:** | 2007-05-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Michael Buble; Domicile: United States. Authorship: Words And Music. |
|  | Alan Chang; Domicile: United States. Authorship: Words And Music. |
|  | Amy Foster-Gillies; Domicile: United States. Authorship: Words And Music. |
| **Names:** | Buble, Michael |
|  | Chang, Alan |
|  | Foster-Gillies, Amy |
|  | I'm The Last Man Standing Music, Inc. |
|  | Almost October Songs |
|  | Ihan Zhan Music |
|  | Songs of Universal, Inc. |



**Save, Print and Email (Help Page)**

Select Download Format Full Record ▼ = Format for Print/Save
Enter your email address:

Email

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

PL_CH_0045517