

North America  Europe  Asia

101 California Street
34th Floor
San Francisco, CA 94111
T +1 415 591 1000
F +1 415 591 1400

**JENNIFER A. GOLINVEAUX**
(415) 591-1506
jgolinveaux@winston.com

July 15, 2020

**VIA ECF**

Magistrate Judge Michael E. Hegarty
Alfred A. Arraj United States Courthouse
Courtroom A-501, 5th Floor
901 19th Street
Denver, CO 80294

**Re:**   *Warner Records, et al. v. Charter Communications, Inc.*, Case No. 1:19-cv-00874-RBJ-MEH

Dear Judge Hegarty:

Defendant Charter Communications, Inc. ("Charter") writes to inform the Court of a recent decision granting Charter's Motion to Transfer Charter's Motion to Compel MarkMonitor to Comply with Charter's Subpoena *Duces Tecum* from the Northern District of California to the present Court.  *See* Exhibits A and B. Judge Sallie Kim, who issued the order from the Northern District of California, transferred this case, in part, in deference to the work being done by the Special Master on related issues. *See id.* at 2. We would respectfully request that it be forwarded to the Special Master pursuant to the Court's referral of "all discovery matters" in this case. *See* ECF No. 143, Order Appointing Special Master for Discovery.

Respectfully submitted,

*s/ Jennifer A. Golinveaux*
Jennifer A. Golinveaux

cc: All Counsel (via ECF)