# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

|  |  |
|---|---|
| WARNER RECORDS INC., *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>　　　　　　　　　　Defendant. | Case No. No. 1:19-cv-00874-RBJ-MEH |

## **NOTICE OF APPEARANCE**

David Eiseman of Quinn Emanuel Urquhart & Sullivan, LLP enters his appearance on behalf of Defendant Charter Communications, Inc. in the above-entitled action and requests that all notices, papers, and documents in connection with this matter be served upon him.

Dated: July 15, 2020　　　　　　　　　　Respectfully submitted,

　

　　　　　　　　　　　　　　　　　　　　*/s/ David Eiseman*
Michael S. Elkin　　　　　　　　　　　　David Eiseman
Thomas Patrick Lane　　　　　　　　　　QUINN EMANUEL URQUHART
Seth E. Spitzer　　　　　　　　　　　　 & SULLIVAN, LLP
WINSTON & STRAWN LLP　　　　　　　　 50 California Street, 22nd Floor
200 Park Avenue　　　　　　　　　　　　San Francisco, CA 94111
New York, NY 10166　　　　　　　　　　 (415) 875-6600 (telephone)
(212) 294-6700 (telephone)　　　　　　(415) 875-6700 (facsimile)
(212) 294-4700 (facsimile)　　　　　　 davideiseman@quinnemanuel.com

E-mail: melkin@winston.com
E-mail: tlane@winston.com
E-mail: sspitzer@winston.com

Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5840
(415) 591-1506 (telephone)
(415) 591-1400 (facsimile)
E-mail: jgolinveaux@winston.com

Erin R. Ranahan
Shilpa A. Coorg
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071
(213) 615-1933 (telephone)
(213) 615-1750 (facsimile)
E-mail: eranahan@winston.com
E-mail: scoorg@winston.com

Craig D. Joyce
John M. Tanner
Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, Colorado 80202
(303) 830-2400 (telephone)
(303) 830-1033 (facsimile)
E-mail: cjoyce@fwlaw.com

*Attorney for Defendant Charter Communications, Inc.*

2