ANDREW D. CASTRICONE (SBN 154607)
acastricone@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415-986-5900
Facsimile: 415-262-3726

Attorneys for Respondent MARKMONITOR, INC.

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| WARNER BROS. RECORDS INC., et al., | CASE NO. 19-cv-00874-RBJ-MEH |
| Plaintiffs, | **NOTICE OF APPEARANCE OF ATTORNEY ANDREW CASTRICONE ON BEHALF OF RESPONDENT MARKMONITOR, INC. TO PROVIDE LIMITED REPRESENTATION** |
| vs. | |
| CHARTER COMMUNICATIONS, INC., | |
| Defendant. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN THAT, in response to Dkt.18, Respondent MARKMONITOR, INC., by and through its counsel, Andrew D. Castricone of Gordon Rees Scully Mansukhani, LLP, hereby appears for a limited purpose in the above-entitled matter and requests that all further papers and pleadings herein be served upon the Defendant's counsel at the address stated below.

Andrew D. Castricone
Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 986-5900; Facsimile: (415) 262-3726
Email: acastricone@grsm.com.

This appearance is entered under D.C.COLO.LAttyR 5(a), and is made pursuant to Fed. R. Civ. Proc. 45(f), which states:

(f) Transferring a Subpoena-Related Motion. When the court where compliance is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court if the person subject to the subpoena consents or if the court finds exceptional circumstances. Then, *if the attorney for a person subject to a subpoena is authorized to practice in the court where the motion was made, the attorney may file papers and appear on the motion as an officer of the issuing court.*

Dated:  July 22, 2020

GORDON REES SCULLY MANSUKHANI, LLP

By _____
Andrew D. Castricone
Attorneys for Respondent MARKMONITOR, INC.

**CERTIFICATION**

I hereby certify that I am an attorney in good standing of the bar of the United States District Court, Northern District of California.

Dated:  July 22, 2020

_____
Andrew D. Castricone

-2-

NOTICE OF APPEARANCE                                         Case No. 19-cv-00874-RBJ-MEH

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22st day of July, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the persons receiving electronic notice in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Dated:  July 22, 2020

_____
Dyanne Hammerquist