U.S. DISTRIT COURT FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| WARNER BROTHERS RECORDS, INC., ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| vs. ] | Case No. 19-cv-00874-RBJ-MEH |
| ] | |
| CHARTER COMMUNICATIONS, INC., ] | |
| ] | |
| Defendant. ] | |

## OBJECTION TO DISCLOSURE OF CONFIDENTIAL INFORMATION

COMES NOW BCS Computers LLC, a Missouri Limited Liability Company, by and objects to Charter Communications, the parent company of Spectrum Business, from disclosing the following information:

1. BCS Computers, LLC's name;

2. BCS Computers business account number;

3. BCS Computers email address; and

4. BCS Computers mailing or service address.

In support of said Motion, BCS Computer states:

That it is not a resident of the State of Colorado and has not conducted business within the State of Colorado.

That the information that Plaintiff is seeking is confidential and that to allow Plaintiff to obtain the requested information, with respect to BCS Computers, is paramount to a "fishing expedition" from which there has been no showing by Plaintiff that the information it seeks is relevant or material in the cause now pending, nor likely to lead to discovery of relevant or material evidence in said cause. Furthermore, the information sought would be unduly burdensome as it would subsequently require BCS Computers to comb 38 months of records.

WHEREFORE, BCS Computers, LLC request the order of the Court denying the disclosure of BCS's name, business account number, email address, mailing address and such orders as this Court deems just and proper in the premises.

Respectfully submitted,

**MCDORMAN & PARKS, LLC**

By: /s/ Michael L. McDorman
Michael L. McDorman    #24447
2140 Bagnell Dam Blvd., Suite 401
Lake Ozark, MO  65049
Telephone: (573) 964-5904
Facsimile:  (573) 964-5906
mcdorman@mcdormanlawoffice.com

**ATTORNEYS FOR BCS COMPUTERS, LLC**