U.S. DISTRIT COURT FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| WARNER BROTHERS RECORDS, INC., | ] |
| Plaintiff, | ] |
| vs. | ] Case No. 19-cv-00874-RBJ-MEH |
| CHARTER COMMUNICATIONS, INC., | ] |
| Defendant. | ] |

### MOTION TO RESTRICT PUBLIC ACCESS PURSUANT TO DISTRICT COURT OF COLORADO CIVIL RULE 7.2

COMES NOW BCS Computers and request an order of this Court placing a Level 2 limit of access on the Motion Objecting to Disclosure of Information and in support of said Motion states:

That BCS Computers is seeking the Court's order denying Charter's obligation to provide BCS's name, its account number, email address and mailing or service address.

That unless this court restricts BCS' objection to the Level 2 access, filing the Motion will defeat the intended purpose of BCS Computer LLC's objection to disclosure of this information.

WHEREFORE, BCS Computers requests an order of the Court limiting the access to the objection to Level 2 until such time as the Court rules upon it's objection to disclosure of the information by Charter Communications to the Plaintiff and for such further orders as this Court deem just and proper in the premises.

Respectfully submitted,

**MCDORMAN & PARKS, LLC**

By: /s/ Michael L. McDorman
     Michael L. McDorman    #24447
     2140 Bagnell Dam Blvd., Suite 401
     Lake Ozark, MO  65049
     Telephone: (573) 964-5904
     Facsimile:  (573) 964-5906
     mcdorman@mcdormanlawoffice.com

**ATTORNEYS FOR BCS COMPUTERS, LLC**