IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

WARNER BROS. RECORDS INC., *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant

Case No. 19-cv-00874-MSK-MEH

**PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO STAY DISCOVERY DEADLINE SET FORTH IN JULY 6, 2020 ORDER ISSUED BY SPECIAL MASTER PENDING RESOLUTION OF PLAINTIFFS' OBJECTION THERETO**

Plaintiffs' Motion to Stay, ECF 202, demonstrates that Plaintiffs will be irreparably harmed absent a brief stay of their deadline to produce discovery ordered by the Special Master but subject to a discovery objection pending before this Court. Charter's opposition (ECF 211) fails to rebut, or even genuinely address, this plain showing of irreparable harm.

On July 6, 2020, the Special Master ordered Plaintiffs to provide certain discovery by July 27, 2020. ECF 190. On July 13, Plaintiffs timely objected to that ruling on multiple grounds, ECF 199, and simultaneously sought a stay of the July 27 deadline pending the Court's resolution of their objection. ECF 202. Absent a stay of the July 27 deadline set by the very order that Plaintiffs appealed, their objection will be mooted, and they will have been denied their right of appeal under Federal Rule of Civil Procedure 53(f) and this Court's Order Appointing Special Master. ECF 143 at ¶ 5. More than six months remain in discovery, no depositions have yet occurred, and Charter' s claim to prejudice and public harm by a brief stay of a week or two pending resolution of Plaintiffs' objection is unfounded.

Plaintiffs' stay motion is now fully briefed. In light of the impending discovery deadline of July 27, Plaintiffs respectfully request expedited consideration of this Motion, and that the July 27 deadline be stayed pending resolution of Plaintiffs' objection.

| | |
|---|---|
| Dated July 23, 2020 | /s/  *Jeffrey M. Gould* |
| | Matthew J. Oppenheim |
| | Scott A. Zebrak |
| | Jeffrey M. Gould |
| | OPPENHEIM + ZEBRAK, LLP |
| | 4530 Wisconsin Avenue, NW, 5th Floor |
| | Washington, DC 20015 |
| | Tel:  202-480-2999 |
| | scott@oandzlaw.com |
| | matt@oandzlaw.com |
| | jeff@oandzlaw.com |
| | |
| | Mitchell A. Kamin |
| | Neema T. Sahni |
| | COVINGTON & BURLING LLP |
| | 1999 Avenue of the Stars, Suite 3500 |
| | Los Angeles, CA 90067-4643 |
| | Tel: (424) 332-4800 |
| | mkamin@cov.com |
| | nsahni@cov.com |
| | |
| | Jonathan M. Sperling |
| | COVINGTON & BURLING LLP |
| | The New York Times Building |
| | 620 Eighth Avenue |
| | New York, NY 10018-1405 |
| | Tel: (212) 841-1000 |
| | jsperling@cov.com |
| | |
| | Janette L. Ferguson, Esq. |
| | LEWIS BESS WILLIAMS & WEESE, P.C. |
| | 1801 California Street, Suite 3400 |
| | Denver, CO 80202 |
| | Tel: (303) 861-2828 |
| | jferguson@lewisbess.com |
| | bleoni@lewisbess.com |
| | |
| | *Attorneys for Plaintiff* |

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 23rh day of July 2020, a true and correct copy of the foregoing was filed with the Clerk of Court via the CM/ECF system

_____/s/ Jeffrey M. Gould_____  
Jeffrey M. Gould

3