IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| WARNER BROS. RECORDS INC., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>    Defendant. | Civil Action No.  1:19-cv-00874-RBJ-MEH |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

I, Krishnan Padmanabhan, hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for Defendant Charter Communications, Inc.

Dated at New York, New York this 24th day of July, 2020.

Respectfully submitted,

By: *s/ Krishnan Padmanabhan*

Krishnan Padmanabhan
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Phone: 212.294.6700
Fax: 212.294.4700
E-mail: kpadmanabhan@winston.com

Charles K. Verhoeven
David Eiseman
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Phone: (415) 875-6600
Fax: (415) 875-6700
E-mail: charlesverhoeven@quinnemanuel.com
E-mail: davideiseman@quinnemanuel.com

Andrew H. Schapiro
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Phone: (312) 705-7400
Fax: (312) 705-7401
E-mail: andrewschapiro@quinnemanuel.com

Michael L. Brody
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Phone: 312-558-5600
Fax: 312-558-5700
E-mail: mbrody@winston.com

Cesie C. Alvarez
WINSTON & STRAWN LLP
800 Capitol Street, Ste. 2400
Houston, TX 77002-2925
Phone: +1 713-651-2600
Fax: +1 713-651-2700
E-mail: calvarez@winston.com

Craig D. Joyce
John M. Tanner
FAIRFIELD AND WOODS, P.C.
1801 California Street, Suite 2600
Denver, Colorado 80202
Phone: 303.830.2400
Fax: 303.830.1033
E-mail: cjoyce@fwlaw.com
E-mail: jtanner@fwlaw.com

Michael S. Elkin
Thomas Patrick Lane
Seth E. Spitzer
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Phone: 212.294.6700
Fax: 212.294.4700
E-mail: melkin@winston.com
E-mail: tlane@winston.com
E-mail: sspitzer@winston.com

Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California Street
San Francisco, California 94111
Phone: 415.591.1000
Fax: 415.591.1400
E-mail: jgolinveaux@winston.com

Erin R. Ranahan
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Phone: 213.615.1700
Fax: 213.615.1750
E-mail: eranahan@winston.com

*Attorneys for Defendant
Charter Communications, Inc.*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

                                                                    */s Krishnan Padmanabhan*
                                                                    Krishnan Padmanabhan