**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:19-cv-00874-RBJ-MEH

**WARNER RECORDS INC.,** *et al.***,**

      Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.,**

      Defendant.

---

**NOTICE OF FIRM NAME CHANGE**

---

Please take notice that effective August 1, 2020 the firm of Lewis, Bess, Williams & Weese P.C. changed its name to **Williams Weese Pepple & Ferguson PC**. Email addresses are updated, as reflected below, but physical address and phone numbers will remain the same.

Respectfully submitted this 4th day of August, 2020.

                        WILLIAMS WEESE PEPPLE & FERGUSON PC

                        s/ *Janette L. Ferguson*
                        Janette L. Ferguson (#20164)
                        1801 California St., Suite 3400
                        Denver, CO 80202
                        Telephone: (303) 861-2828
                        E-mail: jferguson@williamsweese.com

                        *Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of August 2020, a true and correct copy of the foregoing was filed with the Clerk of Court via the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered with CM/ECF.

*s/Mikayla Munyon*
WILLIAMS WEESE PEPPLE & FERGUSON PC