# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-RBJ-MEH

WARNER BROS. RECORDS INC., et al.,

       Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

       Defendant.

## SPECIAL MASTER'S ORDER ON PLAINTIFFS' EXPEDITED MOTION TO STAY DISCOVERY DEADLINE

**Entered by Regina M. Rodriguez, Special Master, on August 4, 2020**

The Special Master, having considered Plaintiffs' Expedited Motion to Stay Discovery Deadline (ECF 202), Defendant's Opposition to Plaintiffs' Expedited Motion (ECF 211), and Plaintiffs' Reply (ECF 216), hereby grants Plaintiffs' motion. The discovery deadline is stayed pending resolution of Plaintiffs' Partial Objection to the Special Master's Order Resolving Discovery Dispute (ECF 199).

Dated this 4th day of August 2020            BY THE SPECIAL MASTER

                                                        */s/ Regina M. Rodriguez*
                                                        Regina M. Rodriguez
                                                        Special Master