IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 19-cv-00874-RBJ-MEH

**WARNER RECORDS INC.,** *et al.***,**

      Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.,**

      Defendant.

_____

**DECLARATION OF NEEMA T. SAHNI IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO DENY WAYNE COLEMAN'S DESIGNATION AS A QUALIFIED PERSON UNDER THE PROTECTIVE ORDER**

_____

I, Neema T. Sahni, hereby declare and state as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner of the law firm Covington & Burling LLP, attorneys of record for Plaintiffs. I submit this declaration in support of Plaintiffs' Reply in Support of Their Motion To Deny Wayne Coleman's Designation As a Qualified Person Under the Protective Order. I have personal knowledge of all facts stated in this declaration, and if called upon as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of correspondence between counsel for Plaintiffs and counsel for Charter, dated June 26, 2020, through July 27, 2020, regarding Charter's designation of Wayne Coleman as a Qualified Person under the Protective Order.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of August, 2020 in Los Angeles, California.

*/s/ Neema T. Sahni*
Neema. T Sahni

2