**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 19-cv-00874-RBJ-MEH

**WARNER RECORDS INC.,** *et al.*,

      Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.,**

      Defendant.

---

**DECLARATION OF NEEMA T. SAHNI IN SUPPORT OF PLAINTIFFS' PARTIAL OBJECTION TO SPECIAL MASTER'S AUGUST 12, 2020 ORDER RESOLVING DISCOVERY DISPUTES**

---

I, Neema T. Sahni, hereby declare and state as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner of the law firm Covington & Burling LLP, attorneys of record for Plaintiffs. I submit this declaration in support of Plaintiffs' Partial Objection to the Special Master's August 12, 2020 Order Resolving Discovery Disputes. I have personal knowledge of all facts stated in this declaration, and if called upon as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiffs' First Set of Requests for Production ("RFPs") served on Charter Communications, Inc. ("Charter") on June 10, 2020.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the transcript of the May 18, 2020 hearing before Special Master Rodriguez.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the transcript of the July 2, 2020 hearing before Special Master Rodriguez.

5. Attached hereto as **Exhibit 4** is a true and correct copy of an excerpt of a July 13, 2020 chart of disputed discovery issues submitted to the Special Master for a July 15, 2020 discovery conference, excerpted to reflect only the portion of that letter-brief that relates to the discovery issue that is the subject of the instant Objection.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the transcript of the July 15, 2020 hearing before Special Master Rodriguez.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a July 17, 2020 declaration from a Charter employee, and an associated cover letter from counsel for Charter.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a July 21, 2020 declaration from Plaintiffs' expert, Barbara Frederiksen-Cross, and an associated cover letter.

9. Attached hereto as **Exhibit 8** is a true and correct copy of Charter's Third Supplemental Responses to Plaintiffs Second Set of Interrogatories.

10. Attached hereto as **Exhibit 9** is a true and correct copy of Charter's July 9, 2020 privilege log.

11. Attached hereto as **Exhibit 10** is a true and correct copy of a July 13, 2020 chart of privilege log challenges that Plaintiffs submitted to the Special Master for the July 15, 2020 discovery conference.

12. Attached hereto as **Exhibit 11** is a true and correct copy of a June 1, 2020 letter from Plaintiffs' counsel to the Special Master.

13. Attached hereto as **Exhibit 12** is a true and correct copy of an excerpt of Charter's Motion to Compel submitted to Special Master Rodriguez on July 16, 2020, excerpted to reflect only the portion of that letter-brief that relates to the discovery issue that is the subject of the instant Objection.

14. Attached hereto as **Exhibit 13** is a true and correct copy of Plaintiffs' Objections and Responses to Charter's Second Set of Requests for Production, served on March 26, 2020.

15. Attached hereto as **Exhibit 14** is a true and correct copy of an excerpt of Charter's Statement of Pending Discovery Disputes and Plaintiffs' Responses, exchanged with Plaintiffs on June 26, 2020, and submitted to Special Master Rodriguez on July 1, 2020 excerpted to reflect only the portion of that letter-brief that relates to the discovery issue that is the subject of the instant Objection.

16. Attached hereto as **Exhibit 15** is a true and correct copy of an excerpt of Plaintiffs' Opposition to Charter's Motion to Compel, submitted to the Special Master on July 21, 2020, excerpted to reflect only the portion of that letter-brief that relates to the discovery issue that is the subject of the instant Objection.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of August, 2020 in Los Angeles, California.

                                                         */s/ Neema T. Sahni*
                                                         Neema. T Sahni