IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| WARNER RECORDS INC., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>    Defendant. | Case No. 1:19-cv-00874-RBJ-MEH |

**DECLARATION OF JENNIFER A. GOLINVEAUX IN SUPPORT OF CHARTER COMMUNICATIONS, INC.'S ("CHARTER") RESPONSE TO PLAINTIFFS' PARTIAL OBJECTION TO SPECIAL MASTER'S AUGUST 12, 2020 ORDER RESOLVING DISCOVERY DISPUTES**

I, Jennifer A. Golinveaux, hereby declare:

1.    I am a partner of the firm Winston & Strawn, LLP, attorneys of record for Defendant Charter Communications, Inc. ("Charter") in the underlying litigation, *Warner Records Inc., et al. v. Charter Communications, Inc.*, Case No. 19-cv-00874-RBJ-MEH (D. Colo.). I submit this declaration in support of Charter's Response to Plaintiffs' Partial Objection to Special Master's August 12, 2020 Order Resolving Discovery Disputes. I have personal knowledge of all facts stated in this declaration, and if called upon as a witness, I could and would competently testify thereto.

2.    Attached hereto as **Exhibit A** is a true and correct copy of excerpts of the transcript of the July 2, 2020 telephonic hearing before the Special Master.

3.    Attached hereto as **Exhibit B** is a true and correct copy of excerpts of the trial transcript in *Sony Music Entertainment, et al. v. Cox Communications, Inc., et al.*, 1:18-cv-00950-LO-JFA (E.D. Va.).

1

4. Attached hereto as **Exhibit C** is a true and correct copy of a redacted screenshot excerpt of natively produced document Bates numbered CHA_00001277, showing twenty-five notices sent to the same IP address by RightsCorp within three seconds of each other.

5. Attached hereto as **Exhibit D** is a true and correct copy of the Declaration of Colton Mabb to Articulate the Burden Required to Comply with Plaintiffs' Proposals for Request for Production Nos. 2 and 3, dated July 17, 2020.

6. Attached hereto as **Exhibit E** is a true and correct copy of Charter's Amended Responses to Plaintiffs' First Requests for Admission, dated June 18, 2020.

7. Attached hereto as **Exhibit F** is a true and correct copy of Charter's Responses to Plaintiffs' Second Requests for Admission, dated August 14, 2020.

8. Attached hereto as **Exhibit G** is a true and correct copy of Charter's Third Supplemental Responses to Plaintiffs Second Set of Interrogatories, dated July 31, 2020.

9. Attached hereto as **Exhibit H** is a true and correct copy of Charter's Responses to Plaintiffs' Fourth Set of Requests for Production, dated August 14, 2020.

10. Attached hereto as **Exhibit I** is a true and correct copy of Charter's Amended Privilege Log, dated July 13, 2020.

11. Attached hereto as **Exhibit J** is a true and correct copy of Plaintiffs' Privilege Log, dated June 22, 2020.

12. Attached hereto as **Exhibit K** is a true and correct copy of Charter's April 10, 2020 Motion to Compel to the Special Master.

13. Attached hereto as **Exhibit L** is a true and correct copy of excerpts of the transcript of the April 17, 2020 telephonic hearing before the Special Master.

14. Attached hereto as **Exhibit M** is a true and correct copy of Charter's letter to the Special Master in response to Plaintiffs' June 1, 2020 letter to the Special Master, dated June 5, 2020.

15. Attached hereto as **Exhibit N** is a true and correct copy of Plaintiffs' letter to the Special Master, dated June 15, 2020.

16. Attached hereto as **Exhibit O** is a true and correct copy of Charter's letter to the Special Master, dated June 16, 2020.

17. Attached hereto as **Exhibit P** is a true and correct copy of excerpts of the transcript of the May 15, 2020 telephonic hearing before the Special Master.

18. Attached hereto as **Exhibit Q** is a true and correct copy of Charter's Statement of Pending Discovery Disputes, dated June 26, 2020 and submitted to the Special Master on July 1, 2020.

19. Attached hereto as **Exhibit R** is a true and correct copy of Plaintiffs' Motion to Compel to the Special Master, dated July 16, 2020.

20. Attached hereto as **Exhibit S** is a true and correct copy of Plaintiffs' Opposition to Charter's July 16, 2020 Motion to Compel to the Special Master, dated July 21, 2020.

21. Charter has produced the following retention policies to Plaintiffs: Charter's Records and Information Management Policy, dated February 2015, produced in this case as Bates Nos. CHA_00024980 – CHA_00024989, Charter's Records and Information Management Policy, dated February 22, 2017, produced in this case as Bates Nos. CHA_00025000 – CHA_00025010, Charter's Records and Information Management Policy, dated July 27, 2009, produced in this case at Bates Nos. CHA_00024990 – CHA_00024999, and Charter's Record Retention Schedule, produced in this case at Bates Nos. CHA_00025011 – CHA_00025029.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of August, 2020 in Lafayette, California.

/s/ Jennifer A. Golinveaux
Jennifer A. Golinveaux