# Exhibit B

```
                                                              1429


                     UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF VIRGINIA
                          Alexandria Division




---------------------------------:
                                 :
SONY MUSIC ENTERTAINMENT, et al.,:
             Plaintiffs,         :
                                 :
    -vs-                         :     Case No. 1:18-cv-950
                                 :
COX COMMUNICATIONS, INC., et al.,:
             Defendants.         :
                                 :
---------------------------------:



                                      VOLUME  7  (A.M. Portion)




                            TRIAL TRANSCRIPT


                          December 10, 2019


                  Before:  Liam O'Grady, USDC Judge


                            And a Jury
```

Norman Linnell and Anneliese Thomson - EDVA-OCRs  (703)549-4626

B. Beck - Cross

1502

1   move on.  So those messages do not come into the Cox e-mail
2   platform at all.
3   Q.   And I believe you testified that at one point, Rightscorp
4   was on the blacklist, and then they were blocked at the mail
5   server level; is that correct?
6   A.   That's correct.  They were initially blacklisted in CATS
7   and then moved on to being rejected at the mail server platform
8   out of necessity.
9   Q.   Do you know why Cox blocked Rightscorp's notices?
10  A.   Yes.
11  Q.   Why?
12  A.   The initial blocking of the Rightscorp notices was due to
13  the presence of settlement demands.
14  Q.   And what happened after they were blacklisted to have Cox
15  move to the -- to blocking them?
16  A.   So after they were blacklisted, the -- sometime shortly
17  thereafter, the volume of complaints that we received from
18  Rightscorp shot up dramatically, and it went up to a high
19  enough volume that we were no longer able to take in any new
20  abuse complaints from any senders for any type of abuse at all.
21  Even with the blacklist in place, there would -- they were
22  sending us just way too many for us to be able to maintain
23  functionality on the CATS platform.
24           Rejecting them upstream at the mail server platform
25  before they come down to the CATS level was the only feasible

B. Beck - Cross

1503

1  technical way that we had to resolve that issue and get CATS

2  functional again.

3  Q.   Now, Mr. Beck, to be clear, did Cox ever blacklist notices

4  sent from the RIAA?

5  A.   No, no.

6  Q.   Did Cox ever block notices sent from the RIAA?

7  A.   No.

8  Q.   How do you know?

9  A.   I would have been the one to make the configuration in

10 CATS if we were to blacklist them, and Rightscorp was the only

11 entity where we had a technical need to go so far as to reject

12 at the mail server, but we don't reject from the mail server

13 for any other, any other complainant.

14 Q.   Mr. Beck, would you please turn to tab 5 in your binder?

15          MR. OPPENHEIM:  In our binder?

16          MS. GOLINVEAUX:  Our binder.

17 BY MS. GOLINVEAUX:

18 Q.   Mr. Beck, as part of this litigation, did you create a

19 report using CATS to match RIAA notices to customer account

20 numbers?

21 A.   Yes.

22          MS. GOLINVEAUX:  Your Honor, I'd move to admit DX 125

23 into evidence.

24          MR. GOULD:  No objection.

25          THE COURT:  It's received.

1580

CERTIFICATE OF COURT REPORTERS

We certify that the foregoing is a true and accurate transcription of our stenographic notes.

/s/ Norman B. Linnell
Norman B. Linnell, RPR, CM, VCE, FCRR

/s/ Anneliese J. Thomson
Anneliese J. Thomson, RDR, CRR