# Exhibit C

| TICKETS_CREATE_TIM | TICKETS_IP_ADDRES | TICKETS_ABUSE_DAT | TICKETS_CLOSE_TIM | TICKETS_ACCNTNUMBE | TICKETS_MODEMMA | TICKETS_STATU | CUSTOMER_COMM_ACTIO | CMERGE_COMPLAINANT |
|---|---|---|---|---|---|---|---|---|
| 4/25/2015 0:22 | 68.186.42.141 | 4/25/2015 0:05 | 4/30/2015 15:59 | | | | | DMCA@DIGITALRIGHTSCORP.COM |
| 4/25/2015 0:22 | 68.186.42.141 | 4/25/2015 0:05 | 4/30/2015 16:00 | | | | | DMCA@DIGITALRIGHTSCORP.COM |
| 4/25/2015 0:22 | 68.186.42.141 | 4/25/2015 0:05 | 4/30/2015 16:00 | | | | | DMCA@DIGITALRIGHTSCORP.COM |
| 4/25/2015 0:22 | 68.186.42.141 | 4/25/2015 0:05 | 4/30/2015 16:00 | | | | | DMCA@DIGITALRIGHTSCORP.COM |
| 4/25/2015 0:22 | 68.186.42.141 | 4/25/2015 0:05 | 4/30/2015 16:00 | | | | | DMCA@DIGITALRIGHTSCORP.COM |
| 4/25/2015 0:23 | 68.186.42.141 | 4/25/2015 0:05 | 4/30/2015 16:00 | | | | | DMCA@DIGITALRIGHTSCORP.COM |
| 4/25/2015 0:23 | 68.186.42.141 | 4/25/2015 0:05 | 4/30/2015 16:00 | | | | | DMCA@DIGITALRIGHTSCORP.COM |
| 4/25/2015 0:23 | 68.186.42.141 | 4/25/2015 0:05 | 4/30/2015 16:00 | | | | | DMCA@DIGITALRIGHTSCORP.COM |
| 4/25/2015 0:23 | 68.186.42.141 | 4/25/2015 0:05 | 4/30/2015 16:00 | | | | | DMCA@DIGITALRIGHTSCORP.COM |
| 4/25/2015 0:23 | 68.186.42.141 | 4/25/2015 0:05 | 4/30/2015 16:01 | | | | | DMCA@DIGITALRIGHTSCORP.COM |
| 4/25/2015 0:23 | 68.186.42.141 | 4/25/2015 0:05 | 4/30/2015 16:01 | | | | | DMCA@DIGITALRIGHTSCORP.COM |
| 4/25/2015 0:23 | 68.186.42.141 | 4/25/2015 0:05 | 4/30/2015 16:01 | | | | | DMCA@DIGITALRIGHTSCORP.COM |
| 4/25/2015 0:23 | 68.186.42.141 | 4/25/2015 0:05 | 4/30/2015 16:01 | | | | | DMCA@DIGITALRIGHTSCORP.COM |
| 4/25/2015 0:23 | 68.186.42.141 | 4/25/2015 0:05 | 4/30/2015 16:01 | | | | | DMCA@DIGITALRIGHTSCORP.COM |
| 4/25/2015 0:23 | 68.186.42.141 | 4/25/2015 0:05 | 4/30/2015 16:01 | | | | | DMCA@DIGITALRIGHTSCORP.COM |
| 4/25/2015 0:23 | 68.186.42.141 | 4/25/2015 0:05 | 4/30/2015 16:02 | | | | | DMCA@DIGITALRIGHTSCORP.COM |
| 4/25/2015 0:23 | 68.186.42.141 | 4/25/2015 0:05 | 4/30/2015 16:02 | | | | | DMCA@DIGITALRIGHTSCORP.COM |
| 4/25/2015 0:23 | 68.186.42.141 | 4/25/2015 0:05 | 4/30/2015 16:02 | | | | | DMCA@DIGITALRIGHTSCORP.COM |
| 4/25/2015 0:23 | 68.186.42.141 | 4/25/2015 0:05 | 4/30/2015 16:02 | | | | | DMCA@DIGITALRIGHTSCORP.COM |
| 4/25/2015 0:23 | 68.186.42.141 | 4/25/2015 0:05 | 4/30/2015 16:02 | | | | | DMCA@DIGITALRIGHTSCORP.COM |
| 4/25/2015 0:23 | 68.186.42.141 | 4/25/2015 0:05 | 4/30/2015 16:01 | | | | | DMCA@DIGITALRIGHTSCORP.COM |
| 4/25/2015 0:23 | 68.186.42.141 | 4/25/2015 0:05 | 4/30/2015 16:01 | | | | | DMCA@DIGITALRIGHTSCORP.COM |
| 4/25/2015 0:23 | 68.186.42.141 | 4/25/2015 0:05 | 4/30/2015 16:01 | | | | | DMCA@DIGITALRIGHTSCORP.COM |
| 4/25/2015 0:24 | 68.186.42.141 | 4/25/2015 0:05 | 4/30/2015 16:02 | | | | | DMCA@DIGITALRIGHTSCORP.COM |