# Exhibit J

Plaintiffs' Privilege Log
June 22, 2020

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

Case No. 1:19-cv-00874-RBJ-MEH

| No. | Date | Privilege or Protection | Author | Recipient(s) | Subject/Title | Description |
|---|---|---|---|---|---|---|
| 1 | 4/14/2012 | Attorney-Client | Jeff Walker* (jeff.walker@sonymusic.com) | Deirdre Mcdonald (deirdre.mcdonald@sonymusic.com) Dong Jang (dong.jang@sonymusic.com) Adam Sosinsky (adam.sosinsky@sonymusic.com) | Re: Draft Anti-Piracy Budget Additional Funding Request 2012/2013 | Email chain reflecting legal advice regarding piracy trends. |
| 2 | 4/17/2012 | Attorney-Client | Deirdre Mcdonald (deirdre.mcdonald@sonymusic.com) | Dong Jang (dong.jang@sonymusic.com) | FW: Draft Anti-Piracy Budget Additional Funding Request 2012/2013 | Email chain forwarding communication from Jeff Walker* reflecting legal advice regarding piracy trends. |
| 3 | 4/17/2012 | Attorney-Client | Dong Jang | David Nixon (david.nixon@sonymusic.com) | FW: Draft Anti-Piracy Budget Additional Funding Request 2012/2013 | Email chain forwarding communication from Jeff Walker* reflecting legal advice regarding piracy trends. |
| 4 | 4/17/2012 | Attorney-Client | Dong Jang | David Nixon (david.nixon@sonymusic.com) | RE: Draft Anti-Piracy Budget Additional Funding Request 2012/2013 | Email chain forwarding communication from Jeff Walker* reflecting legal advice regarding piracy trends. |
| 5 | 4/17/2012 | Attorney-Client | Dong Jang | Deirdre Mcdonald (deirdre.mcdonald@sonymusic.com) | RE: Draft Anti-Piracy Budget Additional Funding Request 2012/2013 | Email chain forwarding communication from Jeff Walker* reflecting legal advice regarding piracy trends. |
| 6 | 4/17/2012 | Attorney-Client | Deirdre Mcdonald (deirdre.mcdonald@sonymusic.com) | Dong Jang (dong.jang@sonymusic.com) | RE: Draft Anti-Piracy Budget Additional Funding Request 2012/2013 | Email chain forwarding communication from Jeff Walker* reflecting legal advice regarding piracy trends. |
| 7 | 4/17/2012 | Attorney-Client | Dong Jang | Deirdre Mcdonald (deirdre.mcdonald@sonymusic.com) | RE: Draft Anti-Piracy Budget Additional Funding Request 2012/2013 | Email chain forwarding communication from Jeff Walker* reflecting legal advice regarding piracy trends. |
| 8 | 4/17/2012 | Attorney-Client | Deirdre Mcdonald (deirdre.mcdonald@sonymusic.com) | Dong Jang (dong.jang@sonymusic.com) | RE: Draft Anti-Piracy Budget Additional Funding Request 2012/2013 | Email chain forwarding communication from Jeff Walker* reflecting legal advice regarding piracy trends. |
| 9 | 5/24/2012 | Attorney-Client | Dong Jang | Phil Mcdonald (phil.mcdonald@sonymusic.com) | FW: Anti-Piracy Budgetary ROI Review | Email chain with attachment created in coordination with Jeff Walker* reflecting legal advice regarding piracy trends. |
| 10 | 5/24/2012 | Attorney-Client | Dong Jang | Jennifer Jacobsen (jennifer.jacobsen@sonymusic.com) Samir Sheth (samir.sheth@sonymusic.com) | FW: Anti-Piracy Budgetary ROI Review | Email chain with attachment created in coordination with Jeff Walker* reflecting legal advice regarding piracy trends. |

Plaintiffs' Privilege Log
June 22, 2020

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

Case No. 1:19-cv-00874-RBJ-MEH

| No. | Date | Privilege or Protection | Author | Recipient(s) | Subject/Title | Description |
|---|---|---|---|---|---|---|
| 11 | 11/5/2012 | Attorney-Client | Dong Jang | Jeff Walker* (jeff.walker@sonymusic.com) | Legacy and Monthly AP meetings | Email with attachment providing information to counsel for the purpose of receiving legal advice regarding anti-piracy efforts and strategy. |
| 12 | 12/10/2012 | Attorney-Client | Dong Jang | Darrelle Spears* (darrelle.spears@sonymusic.com) | Fingerprinting Responses - Audible Magic and Auditude | Email with attachment requesting legal advice regarding analysis of fingerprinting technologies. |
| 13 | 1/10/2013 | Attorney-Client | Dong Jang | Alison Dow* (alison.dow@sonymusic.com) | RE: Audible Magic | Email chain with attachment providing information to counsel for the purpose of receiving legal advice regarding analysis of fingerprinting technologies. |
| 14 | 1/17/2013 | Attorney-Client | Stephen Bryan (stephen.bryan@wmg.com) | Leanne Sharman (leanne.sharman@warnermusic.com) Jacob Key (jacob.key@warnermusic.com) John Rees (john.rees@warnermusic.com) Andy Ma (andy.ma@warnermusic.com) Alfonso Perez-Soto (alfonso.perezsoto@warnermusic.com) Lucy Otterwell (lucy.otterwell@warnermusic.com) Heather Moosnick (heather.moosnick@wmg.com) Yiping Ho (yiping.ho@wmg.com) Larry Mattera (larry.mattera@wmg.com) Elsa Vivero (elsa.vivero@wmg.com) Jon Glass* (jon.glass@wmg.com) Ron Wilcox* (ron.wilcox@wmg.com) Tracy Gardner* (tracy.gardner@wmg.com) | Global Digital Strategy Meeting | Email with attachment requesting legal advice regarding global digital strategy. |
| 15 | 1/23/2013 | Attorney-Client | Dong Jang | Jeff Walker* (jeff.walker@sonymusic.com) | FW: ILC Update Call Wednesday 23rd January 15.00 UK - dial in details and draft agenda | Email reflecting information requested by counsel for the purpose of providing legal advice regarding infringement notices to ISPs. |
| 16 | 1/24/2013 | Attorney-Client | Jon Glass* (jon.glass@wmg.com) | Jon Glass* (jon.glass@wmg.com) | FW: Global Digital Strategy Meeting | Email chain with attachment requesting legal advice regarding global digital strategy. |

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

Case No. 1:19-cv-00874-RBJ-MEH

| No. | Date | Privilege or Protection | Author | Recipient(s) | Subject/Title | Description |
|---|---|---|---|---|---|---|
| 17 | 1/27/2013 | Attorney-Client | Jon Glass* | Kentay Williams (kentay.williams@wmg.com) | Fwd: Global Digital Strategy Meeting | Email chain with attachment reflecting legal advice regarding global digital strategy. |
| 18 | 9/12/2013 | Attorney-Client | Brad Buckles* (brad.buckles@riaa.com) | David Benjamin* (david.benjamin@umusic.com) | decks | Email with attachment providing information to counsel for the purpose of receiving legal advice regarding trends in the use of P2P file-sharing technologies. |
| 19 | 9/13/2013 | Attorney-Client | Dong Jang | Jeff Walker* (jeff.walker@sonymusic.com) | RE: presentations for next week | Email chain with attachment requesting legal advice regarding presentation on anti-piracy efforts and strategy. |
| 20 | 9/13/2013 | Attorney-Client | Dong Jang (dong.jang@sonymusic.com) | Jeff Walker* (jeff.walker@sonymusic.com) | RE: presentations for next week | Email chain with attachment requesting legal advice regarding presentation on anti-piracy efforts and strategy. |
| 21 | 9/13/2013 | Attorney-Client | Jeff Walker* (jeff.walker@sonymusic.com) | Dong Jang (dong.jang@sonymusic.com) | Anti-Piracy Presentation (London July 2013).pptx | Email with attachment reflecting legal advice regarding anti-piracy. |
| 22 | 9/13/2013 | Attorney-Client | Dong Jang | Ole Obermann (ole.obermann@sonymusic.com) Jeff Walker* (jeff.walker@sonymusic.com) | FW: presentations for next week | Email chain with attachment requesting legal advice regarding presentation on anti-piracy efforts and strategy. |
| 23 | 9/13/2013 | Attorney-Client | Dong Jang | Ole Obermann (ole.obermann@sonymusic.com) | RE: presentations for next week | Email chain with attachment forwarding communication from Jeff Walker* reflecting legal advice regarding draft anti-piracy efforts and strategy. |
| 24 | 10/28/2013 | Attorney-Client | David Benjamin* (david.benjamin@umusic.com) | Victoria Sheckler* (vsheckler@riaa.com) Brad Buckles* (bbuckles@riaa.com) | FW: BASCAP Intermediaries Study - latest draft of digital chapters | Email chain with attachments reflecting legal advice regarding draft chapters on digital piracy for BASCAP Intermediaries Study. |

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

| No. | Date | Privilege or Protection | Author | Recipient(s) | Subject/Title | Description |
|---|---|---|---|---|---|---|
| 25 | 11/5/2013 | Attorney-Client | Jeff Walker* | Wanda Snell (wanda.snell@sonymusic.com) | QBR Checklist | Email with attachment reflecting legal advice regarding piracy trends. |
| 26 | 11/5/2013 | Attorney-Client | Wanda Snell (wanda.snell@sonymusic.com) | Jeff Walker* (jeff.walker@sonymusic.com) | Policies for Distribution | Email with attachment requesting legal advice regarding piracy trends. |
| 27 | 11/5/2013 | Attorney-Client | Jeff Walker* | Mark Piibe* (mark.piibe@sonymusic.com) Andre Stapleton (andre.stapleton@sonymusic.com) Stuart Levene* (stuart.levene@sonymusic.com) Natalie Margulies* (natalie.margulies@sonymusic.com) Krista James* (krista.james@sonymusic.com) Darrelle Spears* (darrelle.spears@sonymusic.com) Alison Dow* (alison.dow@sonymusic.com) Marques Johnson* (marques.johnson@sonymusic.com) | GDB Draft Policies | Email with attachment reflecting legal advice regarding piracy trends. |
| 28 | 11/12/2013 | Attorney-Client | Ole Obermann (ole.obermann@sonymusic.com) | Dennis Kooker (dennis.kooker@sonymusic.com) Mark Piibe* (mark.piibe@sonymusic.com) Jeff Walker* (jeff.walker@sonymusic.com) Neil Carfora (neil.carfora@sonymusic.com) Darren Stupak (darren.stupak@sonymusic.com) Bob Morelli (bob.morelli@redmusic.com) John Fleckenstein (john.fleckenstein@rcarecords.com) Adam Granite (adam.granite@sonymusic.com) | FW: Market update - November 2013 | Email chain with attachment providing information to counsel for the purpose of receiving legal advice regarding market and anti-piracy trends. |
| 29 | 11/12/2013 | Attorney-Client | Paul Robinson* (paul.robinson@wmg.com) | Stephen Bryan (stephen.bryan@wmg.com) Jonathan Dworkin (jonathan.dworkin@wmg.com) Lucy Otterwell (lucy.otterwell@warnermusic.com) Howie Singer (howie.singer@wmg.com) Oana Cornis-Pop (oana.cornis-pop@wmg.com) Virginia Lockhart* (virginia.lockhart@wmg.com) Ron Wilcox* (ron.wilcox@wmg.com) Jon Glass* (jon.glass@wmg.com) Alvaro Arce* (alvaro.arce@wmg.com) Tracy Gardner* (tracy.gardner@warnermusic.com) Rob Wiesenthal (rob.wiesenthal@wmg.com) Erika Begun (erika.begun@wmg.com) | Fwd: Market update - November 2013 | Email chain with attachment providing information to counsel for the purpose of receiving legal advice regarding market and anti-piracy trends. |

CONFIDENTIAL

Plaintiffs' Privilege Log
June 22, 2020

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

Case No. 1:19-cv-00874-RBJ-MEH

| No. | Date | Privilege or Protection | Author | Recipient(s) | Subject/Title | Description |
|-----|------|------------------------|--------|--------------|---------------|-------------|
| 30 | 11/12/2013 | Attorney-Client | Jeff Walker* (jeff.walker@sonymusic.com) | Dong Jang (dong.jang@sonymusic.com) | FW: Market update - November 2013 | Email chain with attachment reflecting legal advice regarding market and anti-piracy trends. |
| 31 | 11/12/2013 | Attorney-Client | Deirdre Mcdonald (deirdre.mcdonald@sonymusic.com) | Dong Jang (dong.jang@sonymusic.com) Jennifer Jacobsen (jennifer.jacobsen@sonymusic.com) Jeff Walker* (jeff.walker@sonymusic.com) | FW: Market update - November 2013 | Email chain with attachment providing information to counsel for the purpose of receiving legal advice regarding market and anti-piracy trends. |
| 32 | 11/14/2013 | Attorney-Client | Dong Jang (dong.jang@sonymusic.com) | Dong Jang (dong.jang@sonymusic.com) | slides | Email with attachment created in coordination with Jonathan Sternberg* reflecting legal advice regarding anti-piracy efforts and strategy. |
| 33 | 11/14/2013 | Attorney-Client | Dong Jang (dong.jang@sonymusic.com) | Jennifer Jacobsen (jennifer.jacobsen@sonymusic.com) Deirdre Mcdonald (deirdre.mcdonald@sonymusic.com) Wade Leak* (wade.leak@sonymusic.com) Jeff Walker* (jeff.walker@sonymusic.com) | Monthly anti-piracy meeting | Email with attachment providing information to counsel for the purpose of receiving legal advice regarding anti-piracy efforts and strategy. |
| 34 | 11/14/2013 | Attorney-Client | Dong Jang | Jennifer Jacobsen (jennifer.jacobsen@sonymusic.com) Deirdre Mcdonald (deirdre.mcdonald@sonymusic.com) Wade Leak* (wade.leak@sonymusic.com) Jeff Walker* (jeff.walker@sonymusic.com) | Monthly anti-piracy meeting | Email with attachment providing information to counsel for the purpose of receiving legal advice regarding anti-piracy efforts and strategy. |
| 35 | 1/22/2014 | Attorney-Client | Dong Jang (dong.jang@sonymusic.com) | Jeff Walker* (jeff.walker@sonymusic.com) | RE: Piracy | Email chain reflecting information requested by counsel for the purpose of providing legal advice regarding presentation on anti-piracy efforts and strategy. |
| 36 | 1/22/2014 | Attorney-Client | Jeff Walker* (jeff.walker@sonymusic.com) | Dong Jang (dong.jang@sonymusic.com) | Re: Piracy | Email chain reflecting information requested by counsel for the purpose of providing legal advice regarding presentation on anti-piracy efforts and strategy. |

Plaintiffs' Privilege Log
June 22, 2020

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

Case No. 1:19-cv-00874-RBJ-MEH

| No. | Date | Privilege or Protection | Author | Recipient(s) | Subject/Title | Description |
|---|---|---|---|---|---|---|
| 37 | 1/22/2014 | Attorney-Client | Dong Jang (dong.jang@sonymusic.com) | Jeff Walker* (jeff.walker@sonymusic.com) | RE: Piracy | Email chain with attachment reflecting information requested by counsel for the purpose of providing legal advice regarding presentation on anti-piracy efforts and strategy. |
| 38 | 2/10/2014 | Attorney-Client | Deirdre Mcdonald (deirdre.mcdonald@sonymusic.com) | Wade Leak* (wade.leak@sonymusic.com) Dong Jang (dong.jang@sonymusic.com) Jeff Walker* (jeff.walker@sonymusic.com) | FW: IFPI Draft Digital Music Report 2014 for review: deadline Friday 14th February | Email chain with attachment requesting legal advice regarding industry anti-piracy efforts. |
| 39 | 3/10/2014 | Attorney-Client | Mel Fox (mel.fox@warnermusic.com) | Brian Roberts (brian.roberts@wmg.com) Stu Bergen (stu.bergen@wmg.com) Stephen Bryan (stephen.bryan@wmg.com) Paul Robinson* (paul.robinson@wmg.com) Matt Flott (matt.flott@wmg.com) Eliah Seton (eliah.seton@wmg.com) Matt Signore (matt.signore@wmg.com) Chris Ancliff* (chris.ancliff@wmg.com) Jonathan Dworkin (jonathan.dworkin@wmg.com) Howie Singer (howie.singer@wmg.com) Lucy Otterwell (lucy.otterwell@warnermusic.com) Trent Tappe* (trent.tappe@wmg.com) Erika Begun (erika.begun@wmg.com) James Steven (james.steven@wmg.com) Kirsty Tranter (kirsty.tranter@warnermusic.com) | IFPI Digital Music Report - updated draft | Email with attachment requesting legal advice regarding industry digital music report. |

CONFIDENTIAL

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

Case No. 1:19-cv-00874-RBJ-MEH

| No. | Date | Privilege or Protection | Author | Recipient(s) | Subject/Title | Description |
|---|---|---|---|---|---|---|
| 40 | 3/13/2014 | Attorney-Client | Kirsty Tranter (kirsty.tranter@warnermusic.com) | Mel Fox (mel.fox@warnermusic.com)<br>Brian Roberts (brian.roberts@wmg.com)<br>Stu Bergen (stu.bergen@wmg.com)<br>Stephen Bryan (stephen.bryan@wmg.com)<br>Paul Robinson* (paul.robinson@wmg.com)<br>Matt Flott (matt.flott@wmg.com)<br>Eliah Seton (eliah.seton@wmg.com)<br>Matt Signore (matt.signore@wmg.com)<br>Chris Ancliff* (chris.ancliff@wmg.com)<br>Jonathan Dworkin (jonathan.dworkin@wmg.com)<br>Howie Singer (howie.singer@wmg.com)<br>Lucy Otterwell (lucy.otterwell@warnermusic.com)<br>Trent Tappe* (trent.tappe@wmg.com)<br>Erika Begun (erika.begun@wmg.com)<br>Inigo Zabala (inigo.zabala@warnermusic.com)<br>Lachie Rutherford (lachie.rutherford@warnermusic.com)<br>James Steven (james.steven@wmg.com) | RE: IFPI Digital Music Report updated draft | Email with attachments requesting legal advice regarding industry digital music report. |
| 41 | 6/2/2014 | Attorney-Client | Howie Singer (howie.singer@wmg.com) | Jon Glass* (jon.glass@wmg.com)<br>Ron Wilcox* (ron.wilcox@wmg.com)<br>Yiping Ho (yiping.ho@wmg.com) | FW: deck | Email with attachment requesting legal advice regarding analysis of recent piracy trends and anti-piracy strategy. |
| 42 | 6/2/2014 | Attorney-Client | Jon Glass* | Jon Glass* (jonglass3@gmail.com) | FW: deck | Email chain with attachment reflecting legal advice regarding analysis of recent piracy trends and anti-piracy strategy. |
| 43 | 9/10/2014 | Attorney-Client | Joseph Cacciola (joseph.cacciola@wmg.com) | Anjan Choudhury* (anjan.choudhury@mto.com)<br>Rose Ehler* (rose.ehler@mto.com)<br>Jon Glass* (jon.glass@wmg.com) | FW: consumer level info | Email with attachments requesting legal advice regarding music industry reports. |
| 44 | 9/24/2014 | Attorney-Client | Dong Jang (dong.jang@sonymusic.com) | Jeff Walker* (jeff.walker@sonymusic.com) | Slides from monthly AP meeting | Email with attachment providing information to counsel for the purpose of receiving legal advice regarding presentation on anti-piracy trends and strategy. |

Plaintiffs' Privilege Log
June 22, 2020

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

Case No. 1:19-cv-00874-RBJ-MEH

| No. | Date | Privilege or Protection | Author | Recipient(s) | Subject/Title | Description |
|---|---|---|---|---|---|---|
| 45 | 9/26/2014 | Attorney-Client | Gene Rhough* (gene.rhough@sonymusic.com) | Jeff Walker* (jeff.walker@sonymusic.com) Dong Jang (dong.jang@sonymusic.com) | FW: Music Ally Alert :: Thom Yorke turns to BitTorrent for new album distribution | Email chain requesting legal advice regarding distribution of music via BitTorrent. |
| 46 | 9/29/2014 | Attorney-Client | Wanda Snell (wanda.snell@sonymusic.com) | Jeff Walker* (jeff.walker@sonymusic.com) | Combined Presentation | Email chain with attachment providing information to counsel for the purpose of receiving legal advice regarding managment meeting. |
| 47 | 9/29/2014 | Attorney-Client | Jeff Walker* | Darya Pourshasb (darya.pourshasb@gmail.com) Dennis Kooker (dennis.kooker@sonymusic.com) | AntiPiracy Developments | Email with attachment reflecting legal advice regarding anti-piracy. |
| 48 | 11/14/2014 | Attorney-Client Work Product | Jon Glass* | Kuruvilla Olasa* (kuruvilla.olasa@mto.com) Rose Ehler* (rose.ehler@mto.com) Ron Wilcox* (ron.wilcox@wmg.com) Paul Robinson* (paul.robinson@wmg.com) Ellen Hochberg* (ellen.hochberg@wmg.com) Glenn Pomerantz (glenn.pomerantz@mto.com) Melinda Lemoine* (melinda.lemoine@mto.com) Kelly Klaus* (kelly.klaus@mto.com) Anjan Choudhury* (anjan.choudhury@mto.com) Hillel Parness* (hillel.parness@wmg.com) Marc Elcock (marc.elcock@wmg.com) Alvaro Arce* (alvaro.arce@warnermusic.com) Elizabeth Kracunas (elizabeth.kracunas@wmg.com) | RE: 2nd Set of Document Requests (Warner) | Email chain with attachment reflecting legal advice of counsel in anticipation of litigation regarding copyright infringement litigation. |
| 49 | 12/11/2014 | Attorney-Client | David Benjamin* (david.benjamin@umusic.com) | Matthew Gerson (matthew.gerson@umusic.com) Amy Isbell* (amy.isbell@umusic.com) | BASCAP Intermediaries report - final | Email with attachment reflecting legal advice regarding draft chapters on digital piracy for BASCAP Intermediaries Study. |

CONFIDENTIAL

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

Case No. 1:19-cv-00874-RBJ-MEH

| No. | Date | Privilege or Protection | Author | Recipient(s) | Subject/Title | Description |
|---|---|---|---|---|---|---|
| 50 | 1/8/2015 | Attorney-Client | Alexander Kamins (alexander.kamins@wmg.com) | Eric Levin (eric.levin@wmg.com)<br>Paul Robinson* (paul.robinson@wmg.com)<br>Stu Bergen (stu.bergen@wmg.com)<br>Brian Roberts (brian.roberts@wmg.com)<br>Jonathan Dworkin (jonathan.dworkin@wmg.com)<br>James Steven (james.steven@wmg.com)<br>Trent Tappe* (trent.tappe@wmg.com)<br>Ron Wilcox* (ron.wilcox@wmg.com)<br>Jon Glass* (jon.glass@wmg.com)<br>Oana Cornis-Pop (oana.cornis-pop@wmg.com)<br>Ellen Hochberg* (ellen.hochberg@wmg.com)<br>Rob Wiesenthal (rob.wiesenthal@wmg.com)<br>Camilla Kalvaria (camilla.kalvaria@wmg.com) | Digital Strategy Board Update – Draft | Email with attachment requesting legal advice regarding digital strategy board update. |
| 51 | 1/8/2015 | Attorney-Client Work Product | Alison Stein* (astein@jenner.com) | Wade Leak* (wade.leak@sonymusic.com)<br>Gianni Servodidio* (gservodidio@jenner.com)<br>Alison Stein* (astein@jenner.com) | Sony potentially privileged documents | Email with attachments reflecting legal advice of counsel in anticipation of litigation regarding peer-to-peer business models. |
| 52 | 1/12/2015 | Attorney-Client Work Product | Alison Stein* (astein@jenner.com) | Wade Leak* (wade.leak@sonymusic.com)<br>Gianni Servodidio* (gservodidio@jenner.com) | FW: Sony potentially privileged documents | Email chain with attachments reflecting legal advice of counsel in anticipation of litigation regarding peer-to-peer business models. |
| 53 | 1/13/2015 | Attorney-Client Work Product | Wade Leak* | Sereine Brudent (sereine.brudent@sonymusic.com) | FW: Sony potentially privileged documents | Email chain with attachments reflecting legal advice of counsel in anticipation of litigation regarding peer-to-peer business models. |
| 54 | 2/3/2015 | Attorney-Client | David Benjamin* (david.benjamin@umusic.com) | Richard Constant* (richard.constant@umusic.com) | FW: latest version | Email chain with attachment reflecting legal advice regarding draft chapters on digital piracy for BASCAP Intermediaries Study. |

Plaintiffs' Privilege Log
June 22, 2020

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

Case No. 1:19-cv-00874-RBJ-MEH

| No. | Date | Privilege or Protection | Author | Recipient(s) | Subject/Title | Description |
|---|---|---|---|---|---|---|
| 55 | 2/18/2015 | Attorney-Client | Jo Oliver* (jo.oliver@ifpi.org) | Phillip Cox (philip.cox@umusic.com)<br>David Benjamin* (david.benjamin@umusic.com)<br>Chris Ancliff* (chris.ancliff@wmg.com)<br>Howie Singer (howie.singer@wmg.com)<br>Dong Jang (dong.jang@sonymusic.com)<br>Jeff Walker* (jeff.walker@sonymusic.com)<br>Richard Constant* (richard.constant@umusic.com)<br>Deirdre Mcdonald (deirdre.mcdonald@sonymusic.com)<br>Jonathan Sternberg* (jonathan.sternberg@sonymusic.com)<br>Stephanie Ilo (stephanie.ilo@umusic.com)<br>Julie Duffield (julie.duffield@warnermusic.com)<br>Julia Edge (julia.edge@umusic.com)<br>Perry Guzzi (perry.guzzi@sonymusic.com)<br>Rayne Milligan (rayne.milligan@sonymusic.com)<br>David Price (david.price@ifpi.org)<br>Jeremy Banks (jeremy.banks@ifpi.org)<br>Frances Moore (frances.moore@ifpi.org)<br>Graeme Grant (graeme.grant@ifpi.org)<br>Christina Boettner (christina.boettner@ifpi.org)<br>Cameron Andrews (cameron.andrews@ifpi.org)<br>Catherine Lloyd (catherine.lloyd@ifpi.org) | Draft Piracy Landscape Reports | Email with attachment reflecting legal advice regarding music piracy landscape report on BitTorrent. |
| 56 | 2/18/2015 | Attorney-Client | Jeff Walker* (jeff.walker@sonymusic.com) | Wanda Snell (wanda.snell@sonymusic.com) | Pls Print | Email chain with attachment reflecting legal advice regarding music piracy landscape report on BitTorrent. |
| 57 | 2/19/2015 | Attorney-Client | Dong Jang (dong.jang@sonymusic.com) | Michael Spinelli* (michael.spinelli@sonymusic.com) | **Confidential** FW: Draft Piracy Landscape Reports | Email chain with attachment reflecting legal advice regarding music piracy landscape report on BitTorrent. |
| 58 | 2/19/2015 | Attorney-Client | Dong Jang | Michael Spinelli* (michael.spinelli@sonymusic.com) | **Confidential** FW: Draft Piracy Landscape Reports | Email chain with attachment reflecting legal advice regarding music piracy landscape report on BitTorrent. |
| 59 | 2/24/2015 | Attorney-Client | David Benjamin* (david.benjamin@umusic.com) | Brad Buckles* (bbuckles@riaa.com) | FW: IFPI Anti Piracy Strategy PRIVILEGED AND CONFIDENTIAL | Email chain with attachment reflecting legal advice regarding anti-piracy strategy. |

CONFIDENTIAL

Plaintiffs' Privilege Log
June 22, 2020

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

Case No. 1:19-cv-00874-RBJ-MEH

| No. | Date | Privilege or Protection | Author | Recipient(s) | Subject/Title | Description |
|---|---|---|---|---|---|---|
| 60 | 3/3/2015 | Attorney-Client | David Benjamin* (david.benjamin@umusic.com) | Matthew Gerson* (matthew.gerson@umusic.com) Amy Isbell* (amy.isbell@umusic.com) | Responsibility of Intermediaries | Email chain with attachment reflecting legal advice regarding draft chapters on digital piracy for BASCAP Intermediaries Study. |
| 61 | 3/12/2015 | Attorney-Client | Dong Jang (dong.jang@sonymusic.com) | Michael Spinelli* (michael.spinelli@sonymusic.com) | FW: Monthly AP slides | Email chain with attachment requesting legal advice regarding presentation on anti-piracy trends and strategy. |
| 62 | 3/19/2015 | Attorney-Client Work Product | Chuck Ansel (chuck.ansel@umusic.com) | Gary Gross (gary.gross@umusic.com) David Kokakis* (david.kokakis@umusic.com) | Legal Tracking Sheet | Email with attachment prepared at the request of counsel in anticipation of litigation regarding records of active legal matters. |
| 63 | 3/19/2015 | Attorney-Client Work Product | David Kokakis* (david.kokakis@umusic.com) | Oscar Pelaez* (oscar.pelaez@umusic.com) Oren Agman* (oren.agman@umusic.com) | Fwd: Legal Tracking Sheet | Email chain with attachment reflecting legal advice of counsel in anticipation of litigation regarding records of active legal matters. |
| 64 | 4/1/2015 | Attorney-Client | Jon Glass* | Marc Elcock (marc.elcock@wmg.com) Ron Wilcox* (ron.wilcox@wmg.com) | BD/BA Agenda - 4.1.15 | Email with attachments reflecting legal advice regarding presentation on anti-piracy efforts. |

Plaintiffs' Privilege Log
June 22, 2020

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

Case No. 1:19-cv-00874-RBJ-MEH

| No. | Date | Privilege or Protection | Author | Recipient(s) | Subject/Title | Description |
|---|---|---|---|---|---|---|
| 65 | 4/1/2015 | Attorney-Client | Marc Elcock (marc.elcock@wmg.com) | Jon Glass* (jon.glass@wmg.com); Scott Mcdowell* (scott.mcdowell@warnerchappell.com); Megan Joyce* (megan.joyce@wmg.com); James Radice* (james.radice@warnermusic.com); Steve Butler*(steve.butler@warnerchappell.com); Michael Kushner* (michael.kushner@atlanticrecords.com); Charlotte Saxe (charlotte.saxe@warnermusic.com); Erica Bellarosa* (erica.bellarosa@atlanticrecords.com); Jeremy Sirota* (jeremy.sirota@wmg.com); Nathan Osher* (nathan.osher@warnerchappell.com); Marc Joaquin* (marc.joaquin@wbr.com); Reni Adadevoh* (reni.adadevoh@wmg.com); Virginia Lockhart* (virginia.lockhart@wmg.com); Lucy Otterwell (lucy.otterwell@warnermusic.com); Steve Morgan (steve.morgan@wmg.com); Ron Wilcox* (ron.wilcox@wmg.com); Oana Cornis-Pop (oana.cornis-pop@wmg.com); Larry Mattera (larry.mattera@wmg.com); Ellen Hochberg* (ellen.hochberg@wmg.com); Ron Broitman (ron.broitman@wmg.com); Perry Bashkoff (perry.bashkoff@wmg.com); Emio Zizza* (emio.zizza@wbr.com); Jessica Park (jessica.park@wmg.com); Tracie Parry* (tracie.parry@wmg.com); Matthew Fagin* (matthew.fagin@wmg.com); Jeremy Kaplan (jeremy.kaplan@atlanticrecords.com); Yiping Ho (yiping.ho@wmg.com); Howie Singer (howie.singer@wmg.com); Tracy Gardner* (tracy.gardner@warnermusic.com); Patti Coleman* (patti.coleman@wbr.com); Thomas Marcotullio* (thomas.marcotullio@wmg.com); Chris Ancliff* (chris.ancliff@wmg.com); Kendall Emmons (kendall.emmons@wmg.com); Cindy Zaplachinski* (cindy.zaplachinski@atlanticrecords.com); | Business Affairs/Business Development Call | Email with attachments requesting legal advice regarding presentation on anti-piracy efforts. |

CONFIDENTIAL

| No. | Date | Privilege or Protection | Author | Recipient(s) | Subject/Title | Description |
|-----|------|------------------------|--------|--------------|---------------|-------------|
| 65 (cont'd) | | | | Damian Elahi* (damian.elahi@wbr.com); Tracey Thomas* (tracey.thomas@warnermusic.com); Ray Garcia (ray.garcia@atlanticrecords.com); Kelly Spinks (kelly.spinks@rhino.com); Marcel Deluca* (marcel.deluca@warnermusic.com); Mark Pinkus (mark.pinkus@wmg.com); Dave Stein (dave.stein@wmg.com); Margo Scott* (margo.scott@atlanticrecords.com); Rob Wiesenthal (rob.wiesenthal@wmg.com); Stephen Dallas* (stephen.dallas@warnerchappell.com); Michael Kan (michael.kan@wmg.com); Alexander Kamins (alexander.kamins@wmg.com); Camilla Kalvaria (camilla.kalvaria@wmg.com); John Rees (john.rees@warnermusic.com); Shane St.Hill (shane.sthill@atlanticrecords.com); Kent Liu* (kent.liu@rhino.com); Joan Pattarozzi (joan.pattarozzi@rhino.com); Joey Leichman (joey.leichman@wmg.com); Kris Ahrend (kris.ahrend@wmg.com); Danielle Garrod* (danielle.garrod@wmg.com); Nancy Nicholson (nancy.nicholson@wmg.com); Delphine Seddon (delphine.seddon@warnermusic.com); Jo Malthouse (jo.malthouse@parlophonemusic.com); Jonathan Dworkin (jonathan.dworkin@wmg.com); Paul Robinson* (paul.robinson@wmg.com); Alvaro Arce* (alvaro.arce@warnermusic.com); Charles Hamilton* (charles.hamilton@wbr.com); Marc Elcock (marc.elcock@wmg.com); Judy Martin (judy.martin@wmg.com); Louis D'Adamio (louis.dadamio@atlanticrecords.com); Nathan Lyons (nathan.lyons@atlanticrecords.com); Sara Alvarez (sara.alvarez@wmg.com); Eric Marder* (eric.marder@wmg.com); Ashley Jackson (ashley.jackson@wmg.com); Joseph Cacciola (joseph.cacciola@wmg.com); Nicole Janssens (nicole.janssens@wmg.com); Marcel Joseph (marcel.joseph@wmg.com); Charlie White (charlie.white@warnermusic.com); Olivier Parfait (olivier.parfait@warnermusic.com) | | |

CONFIDENTIAL

Plaintiffs' Privilege Log
June 22, 2020

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

Case No. 1:19-cv-00874-RBJ-MEH

| No. | Date | Privilege or Protection | Author | Recipient(s) | Subject/Title | Description |
|---|---|---|---|---|---|---|
| 66 | 4/16/2015 | Attorney-Client | Dong Jang (dong.jang@sonymusic.com) | Michael Spinelli* (michael.spinelli@sonymusic.com) | FW: Summary Docs for 17th March Anti-Piracy Operations Committee Meeting 1 of 2 | Email chain with attachment requesting legal advice regarding anti-piracy efforts and strategy. |
| 67 | 4/16/2015 | Attorney-Client | Dong Jang | Michael Spinelli* (michael.spinelli@sonymusic.com) | FW: Summary Docs for 17th March Anti-Piracy Operations Committee Meeting 1 of 2 | Email chain with attachment requesting legal advice regarding anti-piracy efforts and strategy. |
| 68 | 4/16/2015 | Attorney-Client | Howie Singer (howie.singer@wmg.com) | Rob Wiesenthal (rob.wiesenthal@wmg.com) Paul Robinson* (paul.robinson@wmg.com) James Steven (james.steven@wmg.com) | Anti-piracy update | Email with attachment requesting legal advice regarding anti-piracy efforts and strategy. |
| 69 | 4/20/2015 | Attorney-Client | Michael Spinelli* (michael.spinelli.intern@sonymusic.com) | Dong Jang (dong.jang@sonymusic.com) Marques Johnson* (marques.johnson@sonymusic.com) | APB Draft (updated service updates) | Email reflecting legal advice regarding anti-piracy activities. |
| 70 | 4/24/2015 | Attorney-Client | Michael Spinelli* (michael.spinelli.intern@sonymusic.com) | Dong Jang (dong.jang@sonymusic.com) | APB | Email reflecting legal advice regarding anti-piracy activities. |
| 71 | 5/7/2015 | Attorney-Client | Dong Jang (dong.jang@sonymusic.com) | Michael Spinelli* (michael.spinelli@sonymusic.com) | FW: Music Piracy Landscape Reports - confidential for internal use | Email chain with attachments requesting legal advice regarding piracy landscape and anti-piracy strategies. |
| 72 | 7/21/2015 | Attorney-Client | Deirdre Mcdonald (deirdre.mcdonald@sonymusic.com) | Jeff Walker* (jeff.walker@sonymusic.com) Dong Jang (dong.jang@sonymusic.com) | Fwd: Market, Piracy and Consumer Trends Presentation from ILC Meeting | Email chain with attachment providing information to counsel for the purpose of receiving legal advice regarding presentation on market, piracy, and consumer trends. |
| 73 | 11/2/2015 | Attorney-Client Work Product | Amy Isbell* (amy.isbell@umusic.com) | Victoria Sheckler* (vsheckler@riaa.com) Steve Marks* (smarks@riaa.com) David Benjamin* (david.benjamin@umusic.com) | Re: Charter & CCI | Email chain reflecting legal advice of counsel in anticipation of litigation regarding analysis of infringing evidence. |

| No. | Date | Privilege or Protection | Author | Recipient(s) | Subject/Title | Description |
|---|---|---|---|---|---|---|
| 74 | 1/8/2016 | Attorney-Client Work Product | Darren Schmidt* (darren.schmidt@umusic.com) | Matt Oppenheim* (matt@oandzlaw.com) Alasdair Mcmullan* (alasdair.mcmullan@umusic.com) Scott Zebrak* (scott@oandzlaw.com) | Re: Cox - Mark Monitor Proposal - Response Requested | Email chain reflecting legal advice of counsel in anticipation of litigation regarding analysis of infringing evidence. |
| 75 | 1/12/2016 | Attorney-Client Work Product | Jen Gobeille | Nicole Giaaco* | RE: FW: Shama Joseph ("Sak Pase") - Counterclaim with Universal/BU Vision | Email chain reflecting legal advice of counsel in anticipation of litigation regarding copyright ownership. |
| 76 | 1/27/2016 | Attorney-Client Work Product | George Borkowski* (gborkowski@riaa.com) | David Jacoby* (david.jacoby@sonymusic.com) Ellen Hochberg* (ellen.hochberg@wmg.com) Scott Bauman* (scott.bauman@umusic.com) Steve Marks* (smarks@riaa.com) Wade Leak* (wade.leak@sonymusic.com) Aaron Harrison* (aaron.harrison@umusic.com) Ron Wilcox* (ron.wilcox@wmg.com) Jeff Walker* (jeff.walker@sonymusic.com) Dong Jang (dong.jang@sonymusic.com) Howie Singer (howie.singer@wmg.com) David Benjamin* (david.benjamin@umusic.com) Cary Sherman* (csherman@riaa.com) Brad Buckles* (bbuckles@riaa.com) Mark Mcdevitt (mmcdevitt@riaa.com) Victoria Sheckler* (vsheckler@riaa.com) Susan Chertkof* (schertkof@riaa.com) Brad Cohen* (brad.cohen@umusic.com) Paul Robinson* (paul.robinson@wmg.com) | Action Items from Targets Meeting | Email with attachment reflecting legal advice of counsel in anticipation of litigation regarding potential copyright infringement litigation. |
| 77 | 2/12/2016 | Attorney-Client Work Product | Matt Oppenheim* (matt@oandzlaw.com) | Darren Schmidt* (darren.schmidt@umusic.com) Leo Lichtman* (leo@oandzlaw.com) | FW: Cox/RIAA - Bright House Networks | Email chain with attachment reflecting legal advice of counsel in anticipation of litigation regarding analysis of infringing evidence. |

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

Case No. 1:19-cv-00874-RBJ-MEH

| No. | Date | Privilege or Protection | Author | Recipient(s) | Subject/Title | Description |
|---|---|---|---|---|---|---|
| 78 | 2/20/2016 | Attorney-Client Work Product | Darren Schmidt* (darren.schmidt@umusic.com) | Matt Oppenheim* (matt@oandzlaw.com) Leo Lichtman* (leo@oandzlaw.com) | RE: Cox/RIAA - Bright House Networks | Email chain with attachment reflecting legal advice of counsel in anticipation of litigation regarding analysis of infringing evidence. |
| 79 | 2/23/2016 | Attorney-Client Work Product | Darren Schmidt* (darren.schmidt@umusic.com) | Matt Oppenheim* (matt@oandzlaw.com) Leo Lichtman* (leo@oandzlaw.com) | RE: Cox/RIAA - Bright House Networks | Email chain with attachment reflecting legal advice of counsel in anticipation of litigation regarding analysis of infringing evidence. |
| 80 | 2/23/2016 | Attorney-Client Work Product | Victoria Sheckler* (vsheckler@riaa.com) | Darren Schmidt* (darren.schmidt@umusic.com) | RE: Charter / Brighthouse | Email chain reflecting legal advice of counsel in anticipation of litigation regarding developments related to contemplated litigation. |
| 81 | 2/25/2016 | Attorney-Client Work Product | Matt Oppenheim* (matt@oandzlaw.com) | Darren Schmidt* (darren.schmidt@umusic.com) Alasdair Mcmullan* (alasdair.mcmullan@umusic.com) | Re: Charter | Email chain reflecting legal advice of counsel in anticipation of litigation regarding ISP litigation. |
| 82 | 2/29/2016 | Work Product | Samuel Bahun, Vytautas Maglya | Oppenheim + Zebrak LLP*, RIAA | Hash Report_02292016.xlsx | Report prepared at the request of counsel in anticipation of litigation, containing analysis of infringement evidence collected in anticipation of litigation. |
| 83 | 3/10/2016 | Attorney-Client Work Product | Matt Oppenheim* (matt@oandzlaw.com) | Darren Schmidt* (darren.schmidt@umusic.com) | Charter - Draft Demand Letter | Email chain with attachment reflecting legal advice of counsel in anticipation of litigation regarding draft Demand Letter. |
| 84 | 3/10/2016 | Attorney-Client Work Product | Darren Schmidt* (darren.schmidt@umusic.com) | Matt Oppenheim* (matt@oandzlaw.com) Alasdair Mcmullan* (alasdair.mcmullan@umusic.com) | FW: Charter - Draft Demand Letter | Email chain with attachment reflecting legal advice of counsel in anticipation of litigation regarding draft Demand Letter. |
| 85 | 3/12/2016 | Attorney-Client Work Product | Leo Lichtman* (leo@oandzlaw.com) | Darren Schmidt* (darren.schmidt@umusic.com) Matt Oppenheim* (matt@oandzlaw.com) Scott Zebrak* (scott@oandzlaw.com) | Charter Demand Letter | Email chain with attachment reflecting legal advice of counsel in anticipation of litigation regarding draft Demand Letter. |

CONFIDENTIAL

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

Case No. 1:19-cv-00874-RBJ-MEH

| No. | Date | Privilege or Protection | Author | Recipient(s) | Subject/Title | Description |
|---|---|---|---|---|---|---|
| 86 | 3/14/2016 | Attorney-Client Work Product | Darren Schmidt* (darren.schmidt@umusic.com) | Alasdair Mcmullan* (alasdair.mcmullan@umusic.com) | FW: Charter Demand Letter | Email chain with attachment reflecting legal advice of counsel in anticipation of litigation regarding Demand Letter. |
| 87 | 3/14/2016 | Attorney-Client Work Product | Darren Schmidt* (darren.schmidt@umusic.com) | Matt Oppenheim* (matt@oandzlaw.com) Alasdair Mcmullan* (alasdair.mcmullan@umusic.com) Leo Lichtman* (leo@oandzlaw.com) | FW: Charter Demand Letter | Email chain with attachment reflecting legal advice of counsel in anticipation of litigation regarding draft Demand Letter. |
| 88 | 3/14/2016 | Attorney-Client Work Product | Darren Schmidt* (darren.schmidt@umusic.com) | Alasdair Mcmullan* (alasdair.mcmullan@umusic.com) | UMPG/UMGR claims against Charter | Email reflecting legal advice of counsel in anticipation of litigation regarding draft Demand Letter. |
| 89 | 3/14/2016 | Attorney-Client Work Product | Alasdair Mcmullan* (alasdair.mcmullan@umusic.com) | Darren Schmidt* (darren.schmidt@umusic.com) | RE: UMPG/UMGR claims against Charter | Email chain reflecting legal advice of counsel in anticipation of litigation regarding draft Demand Letter. |
| 90 | 3/14/2016 | Attorney-Client Work Product | Darren Schmidt* (darren.schmidt@umusic.com) | Alasdair Mcmullan* (alasdair.mcmullan@umusic.com) | RE: UMPG/UMGR claims against Charter | Email chain reflecting legal advice of counsel in anticipation of litigation regarding draft Demand Letter. |
| 91 | 3/14/2016 | Attorney-Client Work Product | Alasdair Mcmullan* (alasdair.mcmullan@umusic.com) | Darren Schmidt* (darren.schmidt@umusic.com) | RE: UMPG/UMGR claims against Charter | Email chain reflecting legal advice of counsel in anticipation of litigation regarding draft Demand Letter. |
| 92 | 3/14/2016 | Attorney-Client Work Product | Darren Schmidt* (darren.schmidt@umusic.com) | Alasdair Mcmullan* (alasdair.mcmullan@umusic.com) | RE: UMPG/UMGR claims against Charter | Email chain reflecting legal advice of counsel in anticipation of litigation regarding draft Demand Letter. |
| 93 | 3/15/2016 | Attorney-Client Work Product | Darren Schmidt* (darren.schmidt@umusic.com) | Jeff Harleston* (jeff.harleston@umusic.com) Alasdair Mcmullan* (alasdair.mcmullan@umusic.com) David Kokakis* (david.kokakis@umusic.com) | UMGR/UMPG claims against Charter Communications / Approval | Email with attachment reflecting legal advice of counsel in anticipation of litigation regarding draft Demand Letter. |

Plaintiffs' Privilege Log
June 22, 2020

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

Case No. 1:19-cv-00874-RBJ-MEH

| No. | Date | Privilege or Protection | Author | Recipient(s) | Subject/Title | Description |
|---|---|---|---|---|---|---|
| 94 | 3/16/2016 | Attorney-Client Work Product | Darren Schmidt* (darren.schmidt@umusic.com) | Jeff Harleston* (jeff.harleston@umusic.com) Alasdair Mcmullan* (alasdair.mcmullan@umusic.com) David Kokakis* (david.kokakis@umusic.com) | RE: UMGR/UMPG claims against Charter Communications / Approval | Email chain reflecting legal advice of counsel in anticipation of litigation regarding draft Demand Letter. |
| 95 | 3/21/2016 | Attorney-Client Work Product | Alasdair Mcmullan* (alasdair.mcmullan@umusic.com) | Jeff Harleston* (jeff.harleston@umusic.com) | FW: UMGR/UMPG claims against Charter Communications / Approval | Email chain reflecting legal advice of counsel in anticipation of litigation regarding draft Demand Letter. |
| 96 | 3/22/2016 | Attorney-Client Work Product | Jeff Harleston* (jeff.harleston@umusic.com) | Alasdair Mcmullan* (alasdair.mcmullan@umusic.com) | Re: UMGR/UMPG claims against Charter Communications / Approval | Email chain reflecting legal advice of counsel in anticipation of litigation regarding draft Demand Letter. |
| 97 | 3/22/2016 | Attorney-Client Work Product | Alasdair Mcmullan* (alasdair.mcmullan@umusic.com) | Darren Schmidt* (darren.schmidt@umusic.com) | Fwd: UMGR/UMPG claims against Charter Communications / Approval | Email chain reflecting legal advice of counsel in anticipation of litigation regarding draft Demand Letter. |
| 98 | 3/22/2016 | Attorney-Client Work Product | Darren Schmidt* (darren.schmidt@umusic.com) | Alasdair Mcmullan* (alasdair.mcmullan@umusic.com) | Re: Fwd: UMGR/UMPG claims against Charter Communications / Approval | Email chain reflecting legal advice of counsel in anticipation of litigation regarding draft Demand Letter. |
| 99 | 3/22/2016 | Attorney-Client Work Product | Oana Cornis-Pop (oana.cornis-pop@wmg.com) | John Rees (john.rees@warnermusic.com) Jon Glass* (jon.glass@wmg.com) | RE: YT board deck | Email chain with attachment reflecting legal advice of counsel in anticipation of litigation regarding trends in the use of P2P file-sharing technologies. |
| 100 | 3/24/2016 | Attorney-Client | Ron Wilcox* (ron.wilcox@wmg.com) | Steven Englund* (senglund@jenner.com) Howie Singer (howie.singer@wmg.com) Hillel Parness* (hillel.parness@wmg.com) Jon Glass* (jon.glass@wmg.com) | Copyright Office NOI on DMCA Section 512 | Email with attachment requesting legal advice regarding draft industry group comment on developments in copyright law. |

CONFIDENTIAL

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

| No. | Date | Privilege or Protection | Author | Recipient(s) | Subject/Title | Description |
|---|---|---|---|---|---|---|
| 101 | 3/28/2016 | Attorney-Client Work Product | Alasdair Mcmullan* (alasdair.mcmullan@umusic.com) | Darren Schmidt* (darren.schmidt@umusic.com) | Re: bright house | Email chain reflecting legal advice of counsel in anticipation of litigation regarding draft Demand Letter. |
| 102 | 4/4/2016 | Attorney-Client Work Product | Anne Lum (anne.lum@umusic.com) | Darren Schmidt* (darren.schmidt@umusic.com) | 2016-04-04 Digital Lit Call Minutes | Email with attachment reflecting legal advice of counsel in anticipation of litigation regarding status of ongoing litigation. |
| 103 | 4/4/2016 | Attorney-Client Work Product | Andrew Beyda* (andrew.beyda@umusic.com) | David Kokakis* (david.kokakis@umusic.com) | RE: Digital Litigation Update - - AGENDA // ATTY-CLIENT PRIVILEGED | Email chain reflecting legal advice of counsel in anticipation of litigation regarding status of ongoing litigation. |
| 104 | 4/4/2016 | Attorney-Client Work Product | Darren Schmidt* (darren.schmidt@umusic.com) | Alasdair Mcmullan* (alasdair.mcmullan@umusic.com) | digital litigation call | Email with attachment reflecting legal advice of counsel in anticipation of litigation regarding status of ongoing litigation. |
| 105 | 4/4/2016 | Attorney-Client Work Product | Alasdair Mcmullan* (alasdair.mcmullan@umusic.com) | Darren Schmidt* (darren.schmidt@umusic.com) | 2016-04-04 Digital Lit Call Minutes | Email with attachment reflecting legal advice of counsel in anticipation of litigation regarding status of ongoing litigation. |
| 106 | 4/7/2016 | Attorney-Client Work Product | Matt Oppenheim* (matt@oandzlaw.com) | Darren Schmidt* (darren.schmidt@umusic.com) Scott Zebrak* (scott@oandzlaw.com) Leo Lichtman* (leo@oandzlaw.com) | FW: UMG Proposal for Review on our Call | Email chain with attachment reflecting legal advice of counsel in anticipation of litigation regarding pre-litigation analysis. |

Plaintiffs' Privilege Log
June 22, 2020

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

Case No. 1:19-cv-00874-RBJ-MEH

| No. | Date | Privilege or Protection | Author | Recipient(s) | Subject/Title | Description |
|---|---|---|---|---|---|---|
| 107 | 4/11/2016 | Attorney-Client Work Product | Matt Oppenheim* (matt@oandzlaw.com) | Alasdair Mcmullan* (alasdair.mcmullan@umusic.com) | FW: UMG Proposal for Review on our Call | Email chain with attachment reflecting legal advice of counsel in anticipation of litigation regarding pre-litigation analysis. |
| 108 | 4/20/2016 | Attorney-Client Work Product | Darren Schmidt* (darren.schmidt@umusic.com) | Joshua Stoa (josh.stoa@umusic.com) | Litigation Meeting - UMPG | Email with attachment reflecting legal advice of counsel in anticipation of litigation regarding status of ongoing litigations. |
| 109 | 4/20/2016 | Attorney-Client Work Product | Darren Schmidt* (darren.schmidt@umusic.com) | Dina Romandia (dina.romandia@umusic.com) | Litigation Meeting - UMPG | Email with attachment reflecting legal advice of counsel in anticipation of litigation regarding status of ongoing litigations. |
| 110 | 4/20/2016 | Attorney-Client Work Product | Darren Schmidt* (darren.schmidt@umusic.com) | David Kokakis* (david.kokakis@umusic.com) Alasdair Mcmullan* (alasdair.mcmullan@umusic.com) Michael Sammis (michael.sammis@umusic.com) Jw Beekman (jw.beekman@umusic.com) Sandra Prince (sandra.prince@umusic.com) | Litigation Meeting - UMPG | Email with attachment reflecting legal advice of counsel in anticipation of litigation regarding status of ongoing litigations. |
| 111 | 4/20/2016 | Attorney-Client Work Product | Darren Schmidt* (darren.schmidt@umusic.com) | Alexis Wingate* (alexis.wingate@umusic.com) Jackson Abbeduto (jackson.abbeduto@umusic.com) | Litigation Meeting - UMPG | Email with attachment reflecting legal advice of counsel in anticipation of litigation regarding status of ongoing litigations. |
| 112 | 4/20/2016 | Attorney-Client Work Product | Darren Schmidt* (darren.schmidt@umusic.com) | Sandra Prince (sandra.prince@umusic.com) | Litigation Meeting - UMPG | Email with attachment reflecting legal advice of counsel in anticipation of litigation regarding status of ongoing litigations. |

CONFIDENTIAL

| No. | Date | Privilege or Protection | Author | Recipient(s) | Subject/Title | Description |
|---|---|---|---|---|---|---|
| 113 | 4/20/2016 | Attorney-Client Work Product | David Kokakis* (david.kokakis@umusic.com) | Marc Cimino (marc.cimino@umusic.com) | Fwd: Litigation Meeting - UMPG | Email with attachment reflecting legal advice of counsel in anticipation of litigation regarding status of ongoing litigations. |
| 114 | 4/20/2016 | Attorney-Client Work Product | Darren Schmidt* (darren.schmidt@umusic.com) | Marc Cimino (marc.cimino@umusic.com) | Litigation Meeting - UMPG | Email with attachment reflecting legal advice of counsel in anticipation of litigation regarding status of ongoing litigations. |
| 115 | 4/21/2016 | Attorney-Client Work Product | Alasdair Mcmullan* (alasdair.mcmullan@umusic.com) | Alasdair Mcmullan* (alasdair.mcmullan@umusic.com) | FW: UMG Proposal for Review on our Call | Email chain reflecting legal advice of counsel in anticipation of litigation regarding draft anti-piracy proposal. |
| 116 | 4/27/2016 | Attorney-Client Work Product | Leo Lichtman* (leo@oandzlaw.com) | Darren Schmidt* (darren.schmidt@umusic.com) Alasdair Mcmullan* (alasdair.mcmullan@umusic.com) Paul Robinson* (paul.robinson@wmg.com) Brad Cohen* (brad.cohen@wmg.com) David Jacoby* (david.jacoby@sonymusic.com) Wade Leak* (wade.leak@sonymusic.com) Matt Oppenheim* (matt@oandzlaw.com) Scott Zebrak* (scott@oandzlaw.com) | Charter - Effect of Merger on Covenant Not to Sue | Email with attachment reflecting legal advice of counsel in anticipation of litigation regarding developments pertaining to contemplated litigation. |
| 117 | 4/27/2016 | Attorney-Client Work Product | Alasdair Mcmullan* (alasdair.mcmullan@umusic.com) | Eric Berman* (eric.berman@umusic.com) Darren Schmidt* (darren.schmidt@umusic.com) Amy Isbell* (amy.isbell@umusic.com) | CCI | Email chain reflecting legal advice of counsel in anticipation of litigation regarding developments pertaining to contemplated litigation. |
| 118 | 4/27/2016 | Attorney-Client Work Product | Darren Schmidt* (darren.schmidt@umusic.com) | Matt Oppenheim* (matt@oandzlaw.com) Alasdair Mcmullan* (alasdair.mcmullan@umusic.com) | FW: Charter - Effect of Merger on Covenant Not to Sue | Email chain with attachment reflecting legal advice of counsel in anticipation of litigation regarding developments pertaining to contemplated litigation. |

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

| No. | Date | Privilege or Protection | Author | Recipient(s) | Subject/Title | Description |
|---|---|---|---|---|---|---|
| 119 | 4/27/2016 | Attorney-Client Work Product | Eric Berman* (eric.berman@umusic.com) | Alasdair Mcmullan* (alasdair.mcmullan@umusic.com) Darren Schmidt* (darren.schmidt@umusic.com) Amy Isbell* (amy.isbell@umusic.com) | RE: CCI | Email chain reflecting legal advice of counsel in anticipation of litigation regarding developments pertaining to contemplated litigation. |

CONFIDENTIAL

| No. | Date | Privilege or Protection | Author | Recipient(s) | Subject/Title | Description |
|---|---|---|---|---|---|---|
| 120 | 5/2/2016 | Attorney-Client Work Product | Darren Schmidt* (darren.schmidt@umusic.com) | Nicola Levy* (nicola.levy@umusic.com)<br>Aaron Harrison* (aaron.harrison@umusic.com)<br>Alasdair Mcmullan* (alasdair.mcmullan@umusic.com)<br>David Benjamin* (david.benjamin@umusic.com)<br>Alex Flanagan* (alex.flanagan@umusic.com)<br>Andrew Clark (andrew.clark@umusic.com)<br>Jason Foulkes* (jason.foulkes@umusic.com)<br>Fatima Budica* (fatima.budica@umusic.com)<br>Sylvana Chan* (sylvana.chan@umusic.com)<br>Lucy Hug* (lucy.hug@umusic.com)<br>Michael Nash (michael.nash@umusic.com)<br>Bryan Stone (bryan.stone@umusic.com)<br>Carlos Adame (carlos.adame@umusic.com)<br>David Kokakis* (david.kokakis@umusic.com)<br>Zeina Grenier* (zeina.grenier@umusic.com)<br>Andrew Beyda* (andrew.beyda@umusic.com)<br>John Ray* (john.ray@umusic.com)<br>Lisa Rogell (lisa.rogell@umusic.com)<br>Scott Bauman* (scott.bauman@umusic.com)<br>Joan Cho* (joan.cho@umusic.com)<br>Melissa Battino* (melissa.battino@umusic.com)<br>Carla Miller* (carla.miller@umusic.com)<br>Jeff Harleston* (jeff.harleston@umusic.com)<br>Ping Hu (ping.hu@umusic.com)<br>Philip Cox (philip.cox@umusic.com)<br>Richard Constant* (richard.constant@umusic.com)<br>Jeremy Erlich (jeremy.erlich@umusic.com)<br>Andy Fixmer (andy.fixmer@umusic.com)<br>Sandra Prince (sandra.prince@umusic.com)<br>Fabrizio Catalano* (fabrizio.catalano@umusic.com)<br>Todd Waxler (todd.waxler@umusic.com)<br>Randy Freedman (randy.freedman@umusic.com)<br>Anne Lum (anne.lum@umusic.com)<br>Megan Johnson* (megan.johnson@umusic.com)<br>Taylor Harrison (taylor.harrison@umusic.com)<br>Fiona Owuru (fiona.owuru@umusic.com) | Monthly Digital Litigation Update | Email chain reflecting legal advice of counsel in anticipation of litigation regarding status of ongoing litigations. |

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

| No. | Date | Privilege or Protection | Author | Recipient(s) | Subject/Title | Description |
|-----|------|------------------------|--------|--------------|---------------|-------------|
| 121 | 5/2/2016 | Attorney-Client Work Product | Darren Schmidt* (darren.schmidt@umusic.com) | Alasdair Mcmullan* (alasdair.mcmullan@umusic.com) | Digital update call minutes - DRAFT | Email with attachment reflecting legal advice of counsel in anticipation of litigation regarding status of ongoing litigations. |
| 122 | 5/2/2016 | Attorney-Client Work Product | Darren Schmidt* (darren.schmidt@umusic.com) | Nicola Levy* (nicola.levy@umusic.com) Aaron Harrison* (aaron.harrison@umusic.com) Alasdair Mcmullan* (alasdair.mcmullan@umusic.com) David Benjamin* (david.benjamin@umusic.com) Alex Flanagan* (alex.flanagan@umusic.com) Andrew Clark (andrew.clark@umusic.com) Jason Foulkes* (jason.foulkes@umusic.com) Fatima Budica* (fatima.budica@umusic.com) Sylvana Chan* (sylvana.chan@umusic.com) Lucy Hug* (lucy.hug@umusic.com) Michael Nash (michael.nash@umusic.com) Bryan Stone (bryan.stone@umusic.com) Carlos Adame (carlos.adame@umusic.com) David Kokakis* (david.kokakis@umusic.com) Zeina Grenier* (zeina.grenier@umusic.com) Andrew Beyda* (andrew.beyda@umusic.com) John Ray* (john.ray@umusic.com) Lisa Rogell (lisa.rogell@umusic.com) Scott Bauman* (scott.bauman@umusic.com) Joan Cho* (joan.cho@umusic.com) Melissa Battino* (melissa.battino@umusic.com) Carla Miller* (carla.miller@umusic.com) Jeff Harleston* (jeff.harleston@umusic.com) Ping Hu (ping.hu@umusic.com) Philip Cox (philip.cox@umusic.com) Richard Constant* (richard.constant@umusic.com) Jeremy Erlich (jeremy.erlich@umusic.com) Andy Fixmer (andy.fixmer@umusic.com) Todd Waxler (todd.waxler@umusic.com) Randy Freedman (randy.freedman@umusic.com) Anne Lum (anne.lum@umusic.com) Megan Johnson* (megan.johnson@umusic.com) Taylor Harrison (taylor.harrison@umusic.com) Fiona Owuru (fiona owuru@umusic.com) Sandra Prince (sandra.prince@umusic.com) Fabrizio Catalano* (fabrizio catalano@umusic.com) Ty Roberts (ty.roberts@umusic.com) Amy Isbell* (amy.isbell@umusic.com) Eric Berman* (eric.berman@umusic.com) | Minutes of the Digital Litigation Update, May 2, 2016 | Email reflecting legal advice of counsel in anticipation of litigation regarding status of ongoing litigations. |

Plaintiffs' Privilege Log
June 22, 2020

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

Case No. 1:19-cv-00874-RBJ-MEH

| No. | Date | Privilege or Protection | Author | Recipient(s) | Subject/Title | Description |
|---|---|---|---|---|---|---|
| 123 | 5/11/2016 | Attorney-Client Work Product | Matt Oppenheim* (matt@oandzlaw.com) | Darren Schmidt* (darren.schmidt@umusic.com) Alasdair Mcmullan* (alasdair.mcmullan@umusic.com) Leo Lichtman* (leo@oandzlaw.com) Scott Zebrak* (scott@oandzlaw.com) | Draft Email to Elkin for Review | Email with attachment reflecting legal advice of counsel in anticipation of litigation regarding copyright claims against Charter. |