# Exhibit P

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-RBJ-MEH
_____

WARNER BROS. RECORDS INC., et al.,

Plaintiffs,

vs.

CHARTER COMMUNICATIONS, INC.,

Defendant.

_____

TELEPHONIC HEARING

May 15, 2020
_____

      This telephonic hearing was taken before Special Master Regina Rodriguez on May 15, 2020, at 10:02 a.m. Mountain Standard Time before K. Michelle Dittmer, Registered Professional Reporter and Notary Public within the state of Colorado.

(The reporter, K. Michelle Dittmer, appearing remotely via telephone)

Telephonic Hearing
May 15, 2020

Page 74

```
 1                  They have asked the question of whether
 2   what we've produced is the same as the reference files
 3   provided to Audible Magic.  We are deep in the midst of
 4   that investigation.  It's complicated, it's time
 5   intensive, we've had a number of calls with our clients.
 6                  This is going back to historical records
 7   from many years that were not limited to the notice
 8   program at issue here and trying to match up what was
 9   provided back then to what we have produced today.  In
10   some cases, the historical records go by UPC Code, which
11   is an album code as opposed to an individual track code.
12                  This is a complicated exercise, and we are
13   deep in the process of it, investing enormous amounts of
14   resources in getting the answer that you asked us to
15   provide.
16                  We are working to do that on the timeline
17   that you ordered, and you expressly said in your order
18   that we would not be required to produce the reference
19   files pending that answer.
20                  So we were, frankly, quite surprised to
21   see that Charter moved on this, given that this is
22   something that was addressed last month and that we are
23   actively moving forward on.
24                  To the issue of whether this is -- you
25   know, why we've objected to the reference files period,
```