IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-RBJ-MEH

WARNER RECORDS INC.,
ALL BLACKS U.S.A., INC.,
ATLANTIC RECORDING CORPORATION,
ARISTA MUSIC,
ARISTA RECORDS LLC,
ATLANTIC RECORDING CORPORATION,
BAD BOY RECORDS LLC,
CAPITOL RECORDS, LLC,
CENTURY FAMILY, INC.,
CHAPPELL & CO., INC.,
COLGEMS-EMI MUSIC INC.,
COTILLION MUSIC, INC.,
EMI AL GALLICO MUSIC CORP.,
EMI ALGEE MUSIC CORP.,
EMI APRIL MUSIC INC.,
EMI BLACKWOOD MUSIC INC.,
EMI CONSORTIUM MUSIC PUBLISHING INC. d/b/a EMI FULL KEEL MUSIC,
EMI CONSORTIUM SONGS, INC., individually and d/b/a EMI LONGITUDE MUSIC,
EMI ENTERTAINMENT WORLD INC. d/b/a EMI FORAY MUSIC,
EMI JEMAXAL MUSIC INC.,
EMI FEIST CATALOG INC.,
EMI MILLER CATALOG INC.,
EMI MILLS MUSIC, INC.,
EMI UNART CATALOG INC.,
EMI U CATALOG INC.,
ELEKTRA ENTERTAINMENT GROUP INC.,
FAMOUS MUSIC LLC,
FUELED BY RAMEN LLC,
INTERSONG U.S.A., INC.,
JOBETE MUSIC CO. INC.,
LAFACE RECORDS LLC,
LAVA RECORDS LLC,
MAVERICK RECORDING COMPANY,
MUSIC CORPORATION OF AMERICA, INC.,
MUSIK EDITION DISCOTON GMBH,
NONESUCH RECORDS INC.,
POLYGRAM PUBLISHING, INC.,
PROVIDENT LABEL GROUP, LLC,
RIGHTSONG MUSIC INC.,
ROADRUNNER RECORDS, INC.,
SCREEN GEMS-EMI MUSIC INC.,
SONGS OF UNIVERSAL, INC.,
SONY MUSIC ENTERTAINMENT,

SONY MUSIC ENTERTAINMENT US LATIN,
SONY/ATV MUSIC PUBLISHING LLC,
STONE AGATE MUSIC,
STONE DIAMOND MUSIC CORP.,
UMG RECORDINGS, INC.,
UNICHAPPELL MUSIC INC.,
UNIVERSAL MUSIC CORP.,
UNIVERSAL MUSIC MGB NA LLC,
UNIVERSAL MUSIC Z TUNES LLC,
UNIVERSAL MUSIC PUBLISHING INC.,
UNIVERSAL MUSIC PUBLISHING AB,
UNIVERSAL MUSIC PUBLISHING LIMITED,
UNIVERSAL MUSIC PUBLISHING MGB LIMITED,
UNIVERSAL/ISLAND MUSIC LIMITED,
UNIVERSAL/MCA MUSIC LIMITED,
UNIVERSAL/MCA MUSIC PUBLISHING PTY. LIMITED,
VOLCANO ENTERTAINMENT III, LLC,
W CHAPPELL MUSIC CORP.,
W.C.M. MUSIC CORP.,
WEA INTERNATIONAL INC.,
WARNER CHAPPELL MUSIC, INC.,
WARNER MUSIC INC.,
WARNER RECORDS/SIRE VENTURES LLC,
WARNER-TAMERLANE PUBLISHING CORP.,
WB MUSIC CORP., and
ZOMBA RECORDINGS LLC,

     Plaintiffs/Counter Defendants,

v.

CHARTER COMMUNICATIONS, INC.,

     Defendant/Counter Claimant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 28, 2020**.

     Before the Court are Plaintiffs' Partial Objection to Special Master's May 29, 2020 Order Resolving Discovery Disputes (ECF 199) and Plaintiffs' Partial Objection to Special Master's August 12, 2020 Order Resolving Discovery Disputes (ECF 233). The Court will hear oral argument on these matters on Wednesday, **September 9, 2020 at 11:00 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

2

3

The Court will permit litigants (counsel and parties) and the public to appear at the hearing either in person or by telephone. Anyone appearing in person must comply with General Order 2020-14 governing Court Operations During the COVID-19 Pandemic, which may be accessed at www.cod.uscourts.gov. Anyone appearing by telephone shall call the following conference line at the appointed time:

Number:     888-278-0296
Access code:   8212991#

Please remember that, when you call in, you may be entering a proceeding already in progress for a different case; therefore, as you would if you were present in the courtroom, please ensure silence until your case is called.