IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | |
|---|---|
| Civil Action No:   19-cv-874-RBJ-MEH | Date:   September 9, 2020 |
| Courtroom Deputy:   Robert R. Keech | FTR:   A 501 |

| *Parties:* | *Counsel:* |
|---|---|
| WARNER RECORDS INC. et al, | Jonathan M. Shapiro |
| | Matthew J. Oppenheim |
| Plaintiff, | |
| v. | |
| CHARTER COMMUNICATIONS, INC., | Andrew H. Schapiro |
| | Erin R. Ranahan |
| | Jack M. Tanner |
| | Allison H. Huebert |
| | Jennifer A. Golinveaux (telephone) |
| Defendant. | Michael L. Brody (telephone) |

**COURTROOM MINUTES/MINUTE ORDER**
**ORAL ARGUMENT/IN COURT HEARING**

**Court in session:**     10:52 a.m.

Court calls case.   Appearances of counsel.

Argument by counsel.

**Court in recess:**     1:41 p.m.

**Court in session:**     1:58 p.m.

Argument by counsel continues.

**ORDERED:**   Plaintiffs' Partial Objection to Special Master's May 29, 2020 Order Resolving Discovery Disputes (Doc. No. 199), filed July 13, 2020, is **SUSTAINED IN PART and OVERRULED IN PART, as outlined on the record.**

**ORDERED:**   Plaintiffs' Partial Objection to Special Master's August 12, 2020 Order Resolving Discovery Disputes (Doc. No. 233), filed August 19, 2020, is **SUSTAINED IN PART and OVERRULED IN PART, as outlined on the record.**

**Court in recess:**     4:13 p.m.          Hearing concluded.   Total in-court time:        5:04

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.