IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-RBJ-MEH

WARNER BROS. RECORDS INC., et al.,

        Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

        Defendant.

## SPECIAL MASTER'S ORDER

**Entered by Regina M. Rodriguez, Special Master, on September 21, 2020,**

Pursuant to the Parties' Stipulation and Special Master's Order Resolving Discovery Disputes, ECF 164, Charter was ordered to produce certain Personally Identifiable Information ("PII") for certain residential and business subscribers. In accordance with Charter's procedures and the California Consumer Privacy Act, among others, Charter was required to notify subscribers that their PII would be disclosed and allow those subscribers time to respond. *Id.* The process for notifying subscribers is set forth in the Special Master's Order Regarding Personal Identifying Information, ECF 182.

To date, a number of Charter subscribers have sent letters to the Court objecting to disclosure of their PII to the Plaintiffs. The Clerk has filed many of these letters on the ECF system. *See* ECF nos. 197, 203, 204, 214, 225, and 232. These documents have been filed under "Level 1" restriction, which restricts public access but permits access by the Court and the

parties, thereby allowing Plaintiffs access to the names of the objecting subscribers.

**Accordingly, the Special Master issues this order, directing the Clerk as follows:**

1. To change the restriction level of ECF nos. 197, 203, 204, 214, 225, and 232 to "Level 2" restriction;

2. To amend the public docket entries so that the name of the objecting subscriber does not appear in the docket text;

3. To file any additional objection letters on the ECF system under "Level 2" restriction and with docket text that does not disclose the sender's name or other PII; and

4. To forward a copy of any such filings to Charter upon request, so that Charter can determine whether to withhold subscriber PII in compliance with the Special Master's Order.

Dated this 21st day of September, 2020

BY THE SPECIAL MASTER:

*/s/ Regina M. Rodriguez*
Regina M. Rodriguez
Special Master