# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

WARNER RECORDS INC. (f/k/a/ Warner Bros. Records, Inc.), *et al*.,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

Case No. 19-cv-00874-RBJ-MEH

## DECLARATION OF ANDREW SCHAPIRO

I, Andrew Schapiro, declare:

1. I am a partner in the Chicago and New York offices of Quinn Emanuel Urquhart & Sullivan LLP, and counsel for Defendant Charter Communications, Inc. in this case. I submit this declaration in support of Defendant's Objection to the Magistrate's Order denying Charter's Motion to Compel Plaintiffs to Respond to Charter's Interrogatories 14 and 15. I make this declaration of my own personal knowledge and, if called to testify, I could and would competently testify hereto under oath.

2. Attached hereto as Exhibit 1 is a true and correct copy of Defendant Charter Communications, Inc.'s Second Set of Interrogatories to the Music Publisher Plaintiffs, dated February 13, 2020.

3. Attached hereto as Exhibit 2 is a true and correct copy of Defendant Charter Communications, Inc.'s Second Set of Interrogatories to the Record Company Plaintiffs, dated February 13, 2020.

4. Attached hereto as Exhibit 3 is a true and correct copy of Plaintiffs' Objections and Responses to Charter Communication Inc.'s Second Set of Interrogatories to the Music Publisher

1

Plaintiffs, and Plaintiffs' Objections and Responses to Charter Communication Inc.'s Second Set of Interrogatories to the Record Company Plaintiffs, dated March 26, 2020.

5. Attached hereto as Exhibit 4 is a true and correct copy of Defendant Charter Communications, Inc.'s Motion to Compel, dated May 8, 2020.

6. Attached hereto as Exhibit 5 is a true and correct copy of the hearing transcript from the May 15, 2020 hearing before Special Master Rodriguez.

7. Attached hereto as Exhibit 6 is a true and correct copy of Defendant Charter Communications, Inc.'s Supplemental Submission to the Special Master regarding the Motion to Compel, dated May 20, 2020.

8. Attached hereto as Exhibit 7 is a true and correct copy of Plaintiffs' Supplemental Submission to the Special Master regarding the Motion to Compel, dated May 20, 2020.

9. Attached hereto as Exhibit 8 is a true and correct copy of Plaintiffs' letter to the Special Master, dated June 1, 2020.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the hearing transcript from the September 9, 2020 hearing before Magistrate Hegarty.

11. Approximately 40% of the infringement notices Plaintiffs sent to Charter pertained to use of the Ares and Gnutella file sharing protocols. To date, Plaintiffs have produced only five of the files downloaded from these protocols allegedly comprising the torrents identified on the notices.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.  Executed on September 23, 2020.

                                                Andrew Schapiro