# Exhibit 7

**O+Z** | Oppenheim + Zebrak, LLP

Matthew J. Oppenheim
4530 Wisconsin Avenue NW | Suite 500
Washington, DC 20016
T: (202) 450-3958 | F: (866) 766-1678
matt@oandzlaw.com | www.oandzlaw.com

*Via Email*                                                                 May 20, 2020

Special Master Regina Rodriguez
regina.rodriguez@wilmerhale.com

      **Re:**    <u>*Warner Records et al. v. Charter Communications*, Case No. 19-cv-00874</u>

Dear Ms. Rodriguez:

      Plaintiffs write in response to your request during the May 15 conference for additional briefing in connection with Charter's RCP Interrogatory No. 14 and MPP Interrogatory No. 15 requesting that Plaintiffs match each of their notices to the corresponding works in suit. As explained during the hearing and further demonstrated below, (1) Charter already has the information it needs to conduct this analysis, and (2) Charter's request seeks expert analysis ten months prior to the Court's deadline for expert disclosures. *See* ECF No. 146 at 2.

      **Torrents and Hashes**. Peer-to-peer ("P2P") networks, including BitTorrent, provide a means for downloading and distributing "torrent" files. A torrent file can contain one or more music files within it, including complete albums, anthologies or collections of assorted works. Each torrent file has a unique identifier called a hash value, and all files with the same hash value are identical. As explained below, the exercise here involves linking two datasets through a common field—hash value—to identify all works in a given torrent and associated with a given hash.

      **Notices**. From 2012-2016, MarkMonitor sent Charter over 700,000 notices of infringement. An example of one such notice is attached hereto as Exhibit 1.[1] As reflected in the highlighted fields in Exhibit 1, each notice includes a unique Notice ID number in the subject line; identification by name of one of the works infringed (in this case "I Will Always Love You" by Whitney Houston); and, critically, a hash value for the torrent file containing the infringing work(s).

      For each notice sent, MarkMonitor recorded certain information from the detected infringement in a database, including the same Notice ID, sample of works infringed, and hash value listed in the notice. Plaintiff produced the information from all 700,000-plus notices MarkMonitor sent to Charter in a spreadsheet with bates number PL_CH_0003188 (the "Notice

---

[1] Plaintiffs produced notices in their native .txt format. The attached example, produced at PL_CH_InfNotice_0551997, has been converted to .pdf and highlighted for the Special Master's reference.

May 20, 2020
Page 2 of 3

Data"). An excerpt of the Notice Data is shown below with information corresponding to the highlighted information in the notice at Exhibit 1.[2]

| Infringement Detected | NoticeSent | NoticeId | Title | Artist | HashText | PeerIP | Peer Port |
|---|---|---|---|---|---|---|---|
| 9/7/14 4:30 | 9/8/14 14:10 | 22295093866 | DRIVE BY | TRAIN | F9D1BA47B4B009171183B38B23986CD4339F745E | 97.81.48.117 | 25603 |
| 9/7/14 4:31 | 9/8/14 14:10 | 22295093867 | I WILL ALWAYS LOVE YOU | WHITNEY HOUSTON | E989BCC2C53C43AAE6AAC9A615CE0B9F7EDDB896 | 24.196.177.244 | 11136 |

**Audible Magic Data**. Before MarkMonitor sends a notice on a file that it believes contains infringing works, MarkMonitor downloads the file or files distributed via a particular torrent. It then takes the downloaded files and runs them through a content-recognition service called Audible Magic. That service identifies the recordings contained within the files by matching them to unique fingerprints of music within its database. MarkMonitor records the results of the Audible Magic look-ups in a MarkMonitor database.

Plaintiffs have produced a document at bates PL_CH_0003189, which contains an extract of the MarkMonitor database detailing information resulting from these verifications (the "Audible Magic Data"). The Audible Magic Data includes, among other things, the same hash value of the torrent file that is listed in the notice, an indicator of whether Audible Magic returned valid identifications for the submitted music files, and if it did, the artist and track titles of the songs identified and associated with that hash value. An extract of the Audible Magic Data is below.[3]

| info_hash | verified_type_nam | artist | track |
|---|---|---|---|
| E989BCC2C53C43AAE6AAC9A615CE0B9F7EDDB896 | REAL | Whitney Houston | It's Not Right But It's Okay |
| E989BCC2C53C43AAE6AAC9A615CE0B9F7EDDB896 | REAL | Whitney Houston | I'm Your Baby Tonight |
| E989BCC2C53C43AAE6AAC9A615CE0B9F7EDDB896 | REAL | Whitney Houston | I'm Every Woman |
| E989BCC2C53C43AAE6AAC9A615CE0B9F7EDDB896 | REAL | Whitney Houston | Greatest Love Of All |
| E989BCC2C53C43AAE6AAC9A615CE0B9F7EDDB896 | REAL | Whitney Houston | I Have Nothing |
| E989BCC2C53C43AAE6AAC9A615CE0B9F7EDDB896 | REAL | Whitney Houston | One Moment In Time |
| E989BCC2C53C43AAE6AAC9A615CE0B9F7EDDB896 | REAL | Whitney Houston | Where Do Broken Hearts Go |
| E989BCC2C53C43AAE6AAC9A615CE0B9F7EDDB896 | REAL | Whitney Houston | I Will Always Love You |
| E989BCC2C53C43AAE6AAC9A615CE0B9F7EDDB896 | REAL | Whitney Houston | Run To You |
| E989BCC2C53C43AAE6AAC9A615CE0B9F7EDDB896 | REAL | Whitney Houston | My Love Is Your Love |
| E989BCC2C53C43AAE6AAC9A615CE0B9F7EDDB896 | REAL | Whitney Houston | Saving All My Love for You |
| E989BCC2C53C43AAE6AAC9A615CE0B9F7EDDB896 | REAL | Whitney Houston | Exhale |
| E989BCC2C53C43AAE6AAC9A615CE0B9F7EDDB896 | REAL | Whitney Houston | I Wanna Dance With Somebody |
| E989BCC2C53C43AAE6AAC9A615CE0B9F7EDDB896 | REAL | Whitney Houston | How Will I Know |
| E989BCC2C53C43AAE6AAC9A615CE0B9F7EDDB896 | REAL | Whitney Houston | So Emotional |
| E989BCC2C53C43AAE6AAC9A615CE0B9F7EDDB896 | REAL | Whitney Houston Duet With Mariah Carey | When You Believe |
| E989BCC2C53C43AAE6AAC9A615CE0B9F7EDDB896 | REAL | Whitney Houston featuring George Michael | If I Told You That |
| E989BCC2C53C43AAE6AAC9A615CE0B9F7EDDB896 | REAL | Whitney Houston | Didn't We Almost Have It All |

As this example demonstrates, the torrent file associated with a particular hash may contain many different recordings. In this case, the Audible Magic Data shows that the particular torrent file identified by this hash includes 18 Whitney Houston works, including "I

---

[2] The Notice Data includes additional columns that do not bear on the instant issue, including the sending and receiving email addresses, the peer-to-peer protocol used, the file size, and filename.

[3] The Audible Magic Data includes additional columns that do not bear on the instant issue, including internal MarkMonitor reference numbers, the filename, file size, and torrent size.

May 20, 2020
Page 3 of 3

Will Always Love You," "I Wanna Dance With Somebody," "Greatest Love Of All," and others, all of which are works included in this case. In this example, the same hash value identified in the notice at Exhibit 1 and the extract of Notice Data above is shown, along with all the works associated with that hash.

**The Link**. Thus, Charter can link (i) the hash value in the Notice Data, which has been produced, with (ii) the list of works associated with the same hash value in the Audible Magic Data, which likewise has been produced. In this way, Charter can link Plaintiffs' notices to the works in suit, whether that work is a sound recording or a composition.[4]

Plaintiffs anticipate that, as in the *Cox* case, they will have an expert witness conduct an analysis that connects all of the works in suit to the notices sent to Charter. Charter has all the information needed to conduct the same analysis, and its interrogatories do nothing but ask Plaintiffs to perform that analysis for them now, just as we have performed it here for Exhibit 1 using the same information that Charter already has. Charter's request to require Plaintiffs to provide that expert report before the Court ordered deadline should be denied.

Respectfully,

/s/ *Matthew J. Oppenheim*

---

[4] Charter separately seeks discovery on the overlap between sound recordings and compositions in suit. As explained, in virtually all cases, Charter can compare the titles in Complaint Exhibit A (sound recordings-in-suit) to those in Complaint Exhibit B (compositions-in-suit) to make that determination.