IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| WARNER RECORDS INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> Defendant. | Case No. 19-cv-00874-RBJ |

### DECLARATION OF JEFFREY M. GOULD

I, Jeffrey M. Gould, hereby declare pursuant to 28 U.S.C. § 1746 that the following statements are true and correct to the best of my personal knowledge and belief:

1. I am a Partner at Oppenheim + Zebrak, LLP, and am admitted to practice law in the District of Columbia, among other jurisdictions. I am counsel for Plaintiffs in the above-captioned matter.

2. I submit this declaration in support of Plaintiffs' Response to Charter's Objections to Magistrate Judge Hegarty's Order Denying Charter's Motion to Compel.

3. Attached as **Exhibit A** is a true and correct copy of Plaintiffs' opposition, dated May 13, 2020, to Charter's May 8, 2020 motion to compel.

4. Attached as **Exhibit B** is a true and correct copy of Plaintiffs' letter to the Special Master, dated May 20, 2020, providing additional briefing in connection with Charter's Interrogatory No. 14 to the Record Company Plaintiffs and Interrogatory No. 15 to the Music Publisher Plaintiffs requesting that Plaintiffs match each of their infringement notices to the corresponding works in suit.

5. Attached as **Exhibit C** is a true and correct copy of Plaintiffs' letter to the Special Master, dated June 2, 2020, seeking clarification of the Special Master's Order Resolving Discovery Disputes (ECF 181).

6. Attached as **Exhibit D** is a true and correct copy of excerpts of the transcript of the September 9, 2020 hearing before Magistrate Judge Hegarty.

Executed on October 7, 2020 in Silver Spring, Maryland.

/s/ Jeffrey M. Gould