# Exhibit 3

1

```
1            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLORADO
2
     Case No. 19-cv-00874-MSK-MEH
3    _____

4    WARNER BROS. RECORDS, INC., et al.,

5         Plaintiffs,

6    vs.

7    CHARTER COMMUNICATIONS, INC.,

8         Defendant.
     _____
9

10         Proceedings before MICHAEL E. HEGARTY, United States

11   Magistrate Judge, United States District Court for the

12   District of Colorado, commencing at 10:31 a.m., March 4,

13   2020, in the United States Courthouse, Denver, Colorado.

14   _____

15         WHEREUPON, THE ELECTRONICALLY RECORDED PROCEEDINGS

16   ARE HEREIN TYPOGRAPHICALLY TRANSCRIBED. . .

17   _____

18                          APPEARANCES

19         JEFFREY GOULD, NEEMA SAHMI, MATTHEW OPPENHEIM and

20   MITCH HAMMOND, Attorneys at Law, appearing for the

21   Plaintiffs.

22         CRAIG JOYCE, JENNIFER GOLINVEAUX and SEAN ANDERSON,

23   Attorneys at Law, appearing for the Defendant.

24   _____

25                       STATUS CONFERENCE
```

11

1          We certainly take issue with the characterization
2  of how the defendant has litigated the discovery issues.
3  Those important issues, for example, the work-for-hire issue
4  and the ownership issues, could very significantly reduce the
5  scope of the case in terms of the counts of statutory
6  damages.  These are not issues that we are lightly taking up
7  with the Court.  They're very core to the case, they're
8  important issues, they're complicated.
9          Both sides also have new sets of discovery out,
10 written responses to those discovery demands are due next
11 week.  There is a number of open issues with respect to
12 plaintiffs' production that we've been frankly trying to work
13 through without Court intervention.  I'm hopeful that we'll
14 get there on a number of them, but I think it is likely there
15 are others that will need to be escalated.
16         So, you know, I think it's the nature of the case
17 and we understand the Court's position that it does not have
18 the time to -- to spend that it feels is needed for these
19 significant issues.
20         Your Honor, there is another issue that I want to
21 bring to the Court's attention today.  The plaintiffs don't
22 know about this yet, but we will be sending a detailed letter
23 out to them later today, but I think it's relevant to
24 discussion (inaudible) make sure that the Court is at least
25 aware of it now during this call.

12

1           In the process of conducting discovery in the case,
2    we have become aware of some e-mails lost by Charter.  As I
3    said, we'll be sending plaintiffs' a letter on this with much
4    more detail today, but I want to raise the issue now so that
5    the Court is aware and since we're discussing the need for a
6    Special Master for discovery.
7           THE COURT:  Okay, you've become aware of some what?
8           MS. GOLINVEAUX:  We have -- we have become aware of
9    certain e-mails lost by Charter and it's a complicated issue,
10   and the letter that we're going to be sending to the
11   plaintiff goes into specifics, but Charter suffered the loss
12   of certain e-mails as a result of the migration of the
13   (inaudible) system in 2017 and 2018.
14          THE COURT:  Okay.  So accidental destruction?
15          MS. GOLINVEAUX:  But I will be sending out -- yes,
16   correct, Your Honor, absolutely.  Entirely inadvertent and we
17   believe that there is -- (inaudible) e-mails lost and just
18   that any loss is minimal and any evidence that is material in
19   this action, but what I didn't want is for us to send this
20   letter to plaintiffs later today and you not to be aware that
21   it's coming down the pipe when we're talking about a Special
22   Master.
23          THE COURT:  Sure.  Well, along the lines of whether
24   to appoint a Special Master, I'm not insensitive to Mr.
25   Oppenheim's arguments and I guess I'm inclined to give it a

27

1           TRANSCRIBER'S CERTIFICATION

2   I certify that the foregoing is a correct transcript to the

3   best of my ability to hear and understand the audio recording

4   and based on the quality of the audio recording from the

5   above-entitled matter.

6

7   /s/ Dyann Labo                    March 9, 2020

8   Signature of Transcriber          Date

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25