# Exhibit 5



MICHAEL S. ELKIN
(212) 294-6729
melkin@winston.com

March 16, 2020

**VIA EMAIL**

Mitchell A. Kamin
Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
mkamin@cov.com

Re:   *Warner Bros. Records, Inc., et al v. Charter Communications* Discovery

Dear Mitch:

We write in response to your letter of March 11, 2020, concerning Charter's inadvertent loss of emails. We appreciate the opportunity to continue this dialogue in an expeditious manner and remain committed to maintaining an open dialogue about the data loss. We have provided below answers to some of the questions posed in your letter (numbered to correspond with your queries), and will endeavor to answer the remainder before the end of the week.

As a threshold matter, please be advised that we have been aided in our investigation of these issues by John Rosenthal, a partner in our Washington, DC, office with a background in electronic discovery. John will be the point person for discussions concerning Charter's data loss, and you may direct your correspondence on such matters to him with a courtesy copy to me.

With respect to the specific questions posed in your March 11, 2020 letter:

1. The following individuals have knowledge of events related to the email loss:

| Name | Title | Current Employee | Other Details |
|---|---|---|---|
| Kirill Abramov | Vice President, Associate General Counsel - Intellectual Property Law | Y | |
| Dan Vasey | Sr. Director, Records Management & eDiscovery | Y | |
| Christine Flores | Manager, Legal Services – Litigation | Y | |
| Kimberly Love | Records Analyst | Y | |



Mitchell A. Kamin
March 16, 2020
Page 2

| Name | Title | Current Employee | Other Details |
|---|---|---|---|
| Joshua Paske | Sr. Manager, eDiscovery | N | Current employer unknown; address unknown; email unknown; phone number unknown |

We have been unable to locate current contact or employer information for Mr. Paske. Since he was a member of Charter Communications' Legal Department, we request that you not contact him directly should you locate contact information. If we are able to locate contact information and should you wish to talk to Mr. Paske, we can discuss a process that will ensure the protection of Charter's privileges.

4. We confirm that the loss described in our March 4, 2020, letter concerning Charter Communications is distinct from and unrelated to the loss described in our correspondence concerning Bright House Networks. As we made clear in both letters, the losses occurred at different times, involved different data sources, and had different precipitating causes.

5. The following custodians have been identified as custodians with knowledge and ESI relevant to plaintiffs' claims:

   a. Avery, Christopher
   b. Brockel, Timothy
   c. Deloach, Tammy
   d. Haynes, Mary
   e. Jones, Philip
   f. Mabb, Colton
   g. Matthews, Kelly
   h. McMeley, Christin
   i. Nelson, Matthew
   j. Neuverth, Todd
   k. Noce, Elfin
   l. Rowlett, Laurie
   m. Stewart, Tammy
   n. Wood, Laurie

6. Emails for the following employees were deleted from ProofPoint while the employee was on legal hold. We do not have current contact or employer information for all of the former employees, but we will endeavor to provide this information to you:

| Name | Title | Current Employee | Other Details |
|---|---|---|---|
| Avery, Christopher | Director, Senior Counsel | N | TBD |



Mitchell A. Kamin<br>
March 16, 2020<br>
Page 3

| Name | Title | Current Employee | Other Details |
|---|---|---|---|
| Brockel, Timothy | Security Specialist II | N | TBD |
| Haynes, Mary | Vice President, Network Operations Security | Y | |
| Jones, Philip | Security Specialist II | Y | |
| Matthews, Kelly | Security Specialist I | N | TBD |
| McMeley, Christin | | N | TBD |
| Neuverth, Todd | Senior Project Manager | Y | |
| Noce, Elfin | Senior Manager, Counsel | N | TBD |
| Stewart, Tammy | Manager, Compliance & Ethics | Y | |

9. Individuals with knowledge of the December 2018 ProofPoint data clean-up have been identified in response to Question 1, above. No one from Winston & Strawn, any other outside firm, or ProofPoint had knowledge of the events leading up to or comprising the clean-up action.

13. The 3 million emails referenced in our March 4 letter are associated with the 14 relevant custodians and cover the time period March 2012 to May 2016. This is an average of 214,286 messages per custodian, or 4,286 messages per month per custodian.

16. Of the nine referenced custodians, we have conducted interviews concerning issues related to the plaintiffs' claims and their relevant ESI with: Christopher Avery, Mary Haynes, Christin McMeley, Todd Neuverth, and Tammy Stewart. Timothy Brockel, Kelly Matthews, and Elfin Noce are former employees we have been unable to interview to date, and Philip Jones reports up to Tammy Stewart, Todd Neuverth, and Laurie Rowlett.

Sincerely,

*/s/ Michael S. Elkin*

Michael S. Elkin
Winston & Strawn LLP

cc: John J. Rosenthal