# Exhibit 9

```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLORADO
```

Civil Action No. 19-cv-00874-RBJ-MEH
_____

WARNER BROS. RECORDS INC., et al.,

      Plaintiffs,

vs.

CHARTER COMMUNICATIONS, INC.,

      Defendant.
_____

                TELEPHONIC HEARING

                 May 13, 2020
_____

      This telephonic hearing was taken before Special Master Regina Rodriguez on May 13, 2020, at 2:01 p.m. Mountain Standard Time before K. Michelle Dittmer, Registered Professional Reporter and Notary Public within the state of Colorado.

(The reporter, K. Michelle Dittmer, appearing remotely via telephone)

```
 1   can't have is what's proposed in their papers, which is
 2   ordinary schedule, ordinary process, where it's going to
 3   be many, many months before we get these documents.
 4                SPECIAL MASTER RODRIGUEZ:  I got it.
 5   Okay.  I really was trying to understand whether or not
 6   there was some significant event occurring in the very
 7   near future that required an expedited production
 8   schedule, but I do understand plaintiffs' desire to
 9   obtain this discovery before launching deeply into the
10   additional merits discovery, so . . .
11                All right.  And in terms of the request
12   for five additional depositions, could you explain to me
13   what the rationale is for five additional depositions?
14                MR. SPERLING:  Sure.
15                So to the five -- the five are to five
16   people that they've identified as being knowledgeable
17   about the discovery.  But here, too, Ms. Rodriguez, we're
18   reasonable people.  I think we're happy to cut that back
19   a little bit; we're happy to start with three and revisit
20   whether the other two are necessary.
21                But here, too, what we can't have is their
22   proposal.  Their proposal is that they'll give us a
23   30(b)(6) and they can substitute that, meaning they can
24   substitute testimony through a spokesperson of their
25   choosing for discovering the actual fact witnesses to
```

```
 1                    REPORTER'S CERTIFICATE
 2
 3          I, K. MICHELLE DITTMER, Registered Professional
 4    Reporter and Notary Public, State of Colorado, do hereby
 5    certify that the said hearing was taken in machine
 6    shorthand by me at the time and place aforesaid and was
 7    thereafter reduced to typewritten form; that the
 8    foregoing is a true transcript of the proceedings had.  I
 9    further certify that I am not employed by, related to,
10    nor counsel for any of the parties herein, nor otherwise
11    interested in the outcome of this litigation.
12              IN WITNESS WHEREOF, I have affixed my signature
13    this 14th day of May, 2020.
14              My commission expires April 15, 2024.
15
                   _____
16                          K. MICHELLE DITTMER
                      Registered Professional Reporter
17                        Wilson & Associates, LLC
18
19
20
21
22
23
24
25
```