# Exhibit 14

| **From:** | Rosenthal, John <JRosenthal@winston.com> |
|---|---|
| **Sent:** | Friday, August 28, 2020 9:24 AM |
| **To:** | Ehlers, J. Hardy; Kamin, Mitchell A |
| **Cc:** | Moore, Jason; Elkin, Michael; Golinveaux, Jennifer; Ranahan, Erin; Matt Oppenheim; Jeff Gould; Sahni, Neema T; Sperling, Jonathan; Moore, Jason |
| **Subject:** | RE: Charter |

**[EXTERNAL]**

Hardy,

Below is the chart from our August 3 letter revised to show, for those custodians placed on the original 2015/2016 legal hold and subject to the ProofPoint loss, the volume of email data identified by Charter's vendor in the ZL Technologies archive contemporaneous with the custodian going on hold.  As with our prior disclosures of such figures, please bear in mind that we are unable to identify the number of messages that may have been journaled to the ZL archive for each custodian between December 2015/January 2016 and the close of the claims and discovery period on May 17, 2016.  (Sources: CHA_00079530 and CHA_00079539).

|  | Original 2015/2016 Hold? | On other legal holds? | ProofPoint Loss? | Total Documents (3/24/12-5/17/16) | ZL Archive Volume as of December 2015/January 2016 |
|---|---|---|---|---|---|
| Kirill Abramov | Y | Y | N | 181,065 |  |
| Stephen (David) Bradley | Y | N | Y | 2,958 | 22,620 |
| Charles Cherry | Y | N | Y | 16,115 | 644 |
| Alan Cobourn | N | N | N | 48,738 |  |
| Kristi Cook | N | N | N | 29,579 |  |
| Anthony Easterwood | Y | N | Y | 5,159 | 3,133 |
| Andre Mayne | Y | N | Y | 9,774 | 537 |
| Austin McNeil | Y | N | Y | 142,114 | 58,446 |
| Jim Obermeyer | N | Y | N | 287,790 |  |
| Andre Owens | Y | N | Y | 130,453 | 54,814 |
| Bernard Ramos | Y | N | Y | 20,564 | 2,272 |
| Danyel Schönemann | N | Y | N | 87,386 |  |
| Kelly Starkweather | Y | N | Y | 76,448 | 60,655 |
| Ian Steffen | Y | N | Y | 9,255 | 527 |
| Scott Stringer | N | N | N | 206,792 |  |
| Adam Taylor | Y | N | Y | 46,506 | 14,995 |

1

Please let me know if you have questions,

Regards,

**John J. Rosenthal**
**Partner**
**Chair, eDiscovery & Information Governance Practice**
Winston & Strawn LLP
D: +1 202-282-5785
M: +1 202-744-9652
Bio | VCard | Email | winston.com



---

**From:** Ehlers, J. Hardy <JEhlers@cov.com>
**Sent:** Tuesday, August 25, 2020 7:45 PM
**To:** Rosenthal, John <JRosenthal@winston.com>; Kamin, Mitchell A <MKamin@cov.com>
**Cc:** Moore, Jason <JMoore@winston.com>; Elkin, Michael <MElkin@winston.com>; Golinveaux, Jennifer <JGolinveaux@winston.com>; Ranahan, Erin <ERanahan@winston.com>; Matt Oppenheim <Matt@oandzlaw.com>; Jeff Gould <Jeff@oandzlaw.com>; Sahni, Neema T <nsahni@cov.com>; Sperling, Jonathan <jsperling@cov.com>; Moore, Jason <JMoore@winston.com>
**Subject:** RE: Charter

Thanks, John.  We're evaluating and will get back to you.  Please also let us know the volume of documents that were deleted for the 10 custodians you identified in your August 3 letter as also subject to the "ProofPoint Loss."  We asked this question on August 7.  See attached.  During our August 10 meet and confer, you advised that you'd let us know that volume, but we still have not received that information.

Thanks,

Hardy

---

**From:** Rosenthal, John <JRosenthal@winston.com>
**Sent:** Friday, August 21, 2020 3:16 PM
**To:** Ehlers, J. Hardy <JEhlers@cov.com>; Kamin, Mitchell A <MKamin@cov.com>
**Cc:** Moore, Jason <JMoore@winston.com>; Elkin, Michael <MElkin@winston.com>; Golinveaux, Jennifer <JGolinveaux@winston.com>; Ranahan, Erin <ERanahan@winston.com>; Matt Oppenheim <Matt@oandzlaw.com>; Jeff Gould <Jeff@oandzlaw.com>; Sahni, Neema T <nsahni@cov.com>; Sperling, Jonathan <jsperling@cov.com>; Moore, Jason <JMoore@winston.com>
**Subject:** RE: Charter

**[EXTERNAL]**

Dear Mitch and Hardy:

Pursuant to our most recent meet and confer and correspondence related to discovery into Charter's ESI loss, we have worked with Charter to prepare the attached report in response to Plaintiffs' RFP 19.  As we have discussed, Charter possesses no technical means in ProofPoint by which to identify which legal hold custodians were associated with a given message at the time it became associated with another legal hold custodian.

As a proposed compromise and in light of Plaintiffs' articulated need, the attached report contains a deduplicated list of all Charter.com and Chartercomm.com email addresses that appear as senders or recipients on all messages associated with the 9 loss custodians.

During our meet and confers, you have asked that Charter also provide job titles and employment details for these individuals. After examining the attached report, I am sure you will agree that it is infeasible for Charter to provide that information with respect to 238,000 addresses.

We are designating this document confidential given content reflects e-mail addresses of Charter employees. We will produce early next week a version of this document with a bates number and a formal confidential designation.

Please let me know if you would like to discuss this.

Regards,

John

**John J. Rosenthal**
**Partner**
**Chair, eDiscovery & Information Governance Practice**
Winston & Strawn LLP
D: +1 202-282-5785
M: +1 202-744-9652
Bio | VCard | Email | winston.com



**From:** Ehlers, J. Hardy <JEhlers@cov.com>
**Sent:** Friday, August 21, 2020 5:01 PM
**To:** Kamin, Mitchell A <MKamin@cov.com>; Rosenthal, John <JRosenthal@winston.com>
**Cc:** Moore, Jason <JMoore@winston.com>; Elkin, Michael <MElkin@winston.com>; Golinveaux, Jennifer <JGolinveaux@winston.com>; Ranahan, Erin <ERanahan@winston.com>; Matt Oppenheim <Matt@oandzlaw.com>; Jeff Gould <Jeff@oandzlaw.com>; Sahni, Neema T <nsahni@cov.com>; Sperling, Jonathan <jsperling@cov.com>
**Subject:** RE: Charter

John,

Having not heard from you for over a month, notwithstanding our repeated inquiries, we have no choice but to raise Charter's refusal to provide information responsive to RFP 19 to the Special Master. We will detail our repeated attempts to reach resolution on this discovery that the Special Master ordered to be expedited, along with your refusal to engage.

Thanks,

Hardy

**From:** Kamin, Mitchell A <MKamin@cov.com>
**Sent:** Monday, August 17, 2020 8:41 PM
**To:** Rosenthal, John <JRosenthal@winston.com>; Ehlers, J. Hardy <JEhlers@cov.com>
**Cc:** Moore, Jason <JMoore@winston.com>; Elkin, Michael <MElkin@winston.com>; Golinveaux, Jennifer <JGolinveaux@winston.com>; Ranahan, Erin <ERanahan@winston.com>; Matt Oppenheim <Matt@oandzlaw.com>; Jeff Gould <Jeff@oandzlaw.com>; Sahni, Neema T <nsahni@cov.com>; Sperling, Jonathan <jsperling@cov.com>
**Subject:** RE: Charter

John,

During our call last week, you advised us that we could expect a proposal for RFP 19 shortly. We still haven't received that proposal, or any response on this issue since my July 19 email below. Please either answer the questions from my July 19 email or provide us Charter's proposal for RFP 19 tomorrow.

Thanks,

Mitch


**Mitchell Kamin**
Pronouns: He/Him/His

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T +1 424 332 4759 | mkamin@cov.com
www.cov.com

COVINGTON

---

**From:** Kamin, Mitchell A
**Sent:** Wednesday, August 05, 2020 1:30 PM
**To:** 'Rosenthal, John' <JRosenthal@winston.com>; Ehlers, J. Hardy <JEhlers@cov.com>
**Cc:** 'Moore, Jason' <JMoore@winston.com>; 'Elkin, Michael' <MElkin@winston.com>; 'Golinveaux, Jennifer' <JGolinveaux@winston.com>; 'Ranahan, Erin' <ERanahan@winston.com>; 'Matt Oppenheim' <Matt@oandzlaw.com>; 'Jeff Gould' <Jeff@oandzlaw.com>; Sahni, Neema T <nsahni@cov.com>; Sperling, Jonathan <jsperling@cov.com>
**Subject:** RE: Charter

John,

We're still waiting for the answers to our questions about RFP 19 at the end of my July 19 email below, to which we requested a response by July 24.  In the meantime, you told the Special Master that we had "dramatically mischaracterize[d] the parties correspondence" by saying that Charter had ignored our requests.  Please respond by this Friday.

Thanks,

Mitch


**Mitchell Kamin**
Pronouns: He/Him/His

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T +1 424 332 4759 | mkamin@cov.com
www.cov.com

COVINGTON

---

**From:** Kamin, Mitchell A
**Sent:** Sunday, July 19, 2020 4:10 PM
**To:** 'Rosenthal, John' <JRosenthal@winston.com>; Ehlers, J. Hardy <JEhlers@cov.com>
**Cc:** Moore, Jason <JMoore@winston.com>; Elkin, Michael <MElkin@winston.com>; Golinveaux, Jennifer <JGolinveaux@winston.com>; Ranahan, Erin <ERanahan@winston.com>; Matt Oppenheim <Matt@oandzlaw.com>; Jeff Gould <Jeff@oandzlaw.com>; Sahni, Neema T <nsahni@cov.com>; Sperling, Jonathan <jsperling@cov.com>
**Subject:** RE: Charter

John,

4

Thanks for your response.  Charter's position on Plaintiffs' spoliation-related RFPs, and the scope of its contemplated 502(d) Order, have deepened our concerns that Charter intends to use the privilege as both a sword and a shield on this subject matter.  Charter has already disclosed information and purported conclusions from its lawyers' investigations to tell Plaintiffs and the Court that Charter's preservation efforts were reasonable, that its deletion of emails was inadvertent, and that its data-recovery efforts mitigate the prejudice suffered by Plaintiffs.  Having done that, Charter cannot claim privilege over documents concerning that subject matter, much less mete out some and withhold others.  We therefore cannot agree to the 502(d) Order as you have proposed it.  Assuming Charter will not agree to a 502(d) Order under which it would withhold *no* documents responsive to these RFPs under claim of privilege, we will need to proceed in the normal course.

Since you've represented that Charter has relatively few responsive documents that Charter does not claim are privileged, please produce them no later than end of day Wednesday, July 22.  Since you've represented that Charter can produce a privilege log within 10 business days of completing production, please provide it no later than August 3.  Please describe all claims of privilege with specificity, including by providing email subject lines and document titles.  If Charter cannot commit to that date, or if its productions and privilege log are not complete by that date, we will move for relief from the Special Master.

We appreciate Charter's reconsidered position on 30(b)(6) Topics 19 and 20.  As for RFP 19, we would like to continue to explore ways for Charter to provide us information regarding the senders and recipients of the 1,264,704 messages that you have described as "replacement for some of the lost messages" (ECF 174 at 6 n.3).  Please indicate whether Charter is able to provide a report identifying the to/from/cc fields for those 1.2 million emails, whether directly from the archive or from the platform that Charter used when it "searched the approximately 1.2 million messages . . . and reviewed those search results for responsiveness to Plaintiffs' requests."  *Id.* at 7.  Please provide answers to these questions no later than July 24.

Best,
Mitch


**Mitchell Kamin**
Pronouns: He/Him/His

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T +1 424 332 4759 | mkamin@cov.com
www.cov.com

**COVINGTON**

**From:** Rosenthal, John <JRosenthal@winston.com>
**Sent:** Thursday, July 16, 2020 8:42 PM
**To:** Kamin, Mitchell A <MKamin@cov.com>; Ehlers, J. Hardy <JEhlers@cov.com>
**Cc:** Moore, Jason <JMoore@winston.com>; Elkin, Michael <MElkin@winston.com>; Golinveaux, Jennifer <JGolinveaux@winston.com>; Ranahan, Erin <ERanahan@winston.com>
**Subject:** RE: Charter

[EXTERNAL]


**John J. Rosenthal**
**Partner**
**Chair, eDiscovery & Information Governance Practice**
Winston & Strawn LLP
D: +1 202-282-5785
M: +1 202-744-9652
Bio | VCard | Email | winston.com

5



**From:** Rosenthal, John
**Sent:** Wednesday, July 15, 2020 8:49 PM
**To:** Kamin, Mitchell A <MKamin@cov.com>; 'Ehlers, J. Hardy' <JEhlers@cov.com>
**Cc:** Moore, Jason D. <JMoore@winston.com>
**Subject:** Charter

Good evening,

We are still conferring with client regarding some of the issues raised during our meet and confer.  We hope to get back to you on the issues raised on Thursday.

John

**John J. Rosenthal**

**Partner**

**Co-Chair, Consumer Products Industry Group**
**Chair, eDiscovery & Information Governance Practice**

Winston & Strawn LLP
1901 L Street, N.W.
Washington, D.C. 20036-3506

D: +1 202-282-5785

M: +1 202-744-9652

Bio | VCard | Email | winston.com





The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.