# Exhibit 15

1

```
 1            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLORADO
 2
      Case No. 19-cv-874-RBJ-MEH
 3    _____

 4    WARNER RECORDS, INC., et al.,

 5        Plaintiffs,

 6    vs.

 7    CHARTER COMMUNICATIONS, INC.,

 8        Defendant.
 9    _____

10            Proceedings before MICHAEL E. HEGARTY, United

11    States Magistrate Judge, United States District Court for the

12    District of Colorado, commencing at 10:52 a.m., September 9,

13    2020, in the United States Courthouse, Denver, Colorado.

14    _____

15    WHEREUPON, THE ELECTRONICALLY RECORDED PROCEEDINGS ARE HEREIN

16    TYPOGRAPHICALLY TRANSCRIBED. . .

17    _____

18                       APPEARANCES

19            JONATHAN M. SPERLING, MATTHEW J. OPPENHEIMER, NEEMA

20    SAHNI and JEFF GOULD, Attorneys at Law, appearing for the

21    Plaintiffs.

22    _____

23

24                  ORAL ARGUMENT/IN COURT HEARING

25
```

1    trying to get these things out by the October 3 deadline and

2    then there may be a pile that we have to then look at quickly

3    and make sure we get them on a log.  So we would like a week

4    after that, so that -- we'll be making final calls up to the

5    point where we're making the production and then there will

6    probably be a pile that we have to doublecheck and make sure,

7    you know, all the privilege is done and then we can get the

8    privilege log ready, but with the level of, you know,

9    redactions and additional columns that are being requested --

10             THE COURT:  Well, all I'm asking -- all I ordered

11   was that for documents on an existing log to include a re:

12   line, and that will just require somebody to physically put

13   that on there and then for an attorney to make the call --

14   not even an attorney needs to do that.  A nonattorney can do

15   that.

16             MS. RANAHAN:  Okay, for the old things, but for the

17   news --

18             THE COURT:  And then the attorney makes the call as

19   to whether they want to redact any of that subject line.

20             MS. RANAHAN:  I understood it to be applying for

21   all the new documents we'll be producing October 3.

22             THE COURT:  No, no, no.

23             MS. RANAHAN:  Okay.

24             THE COURT:  To the existing privilege logs in two

25   weeks.

1          MS. RANAHAN:  Absolutely.  It just --

2          THE COURT:  And also, just don't open yourself to

3    any accusation of foot dragging, okay.

4          MS. RANAHAN:  Right.  It's apparently impossible

5    with plaintiffs' counsel, but I appreciate that.  We do

6    everything we can to avoid that.  And this is just a timing

7    issue.  I'm just not equipped here today to tell you we

8    didn't know it was coming up, but we appreciate your guidance

9    and we will apply it to all the privilege logs forever in

10   this case.

11         MR. SPERLING:  At the risk of belaboring this, you

12   know, this --

13         THE COURT:  You'll do it anyway.

14         MR. SPERLING:  I will do it anyway because I think

15   it's important, Your Honor.  I apologize because I know

16   you've been very generous with your time today.

17         You have the logs in front of you.  The logs follow

18   the same format.

19         THE COURT:  Right.

20         MR. SPERLING:  You've made a ruling as to what

21   format they should have.  So the only difference between you

22   ruling now, all their logs should have that format, and what

23   Ms. Ranahan is proposing is that they have an opportunity to

24   drag this out.  We have to meet and confer, present it to the

25   Special Master, potentially bring it back to you again.

1          THE COURT:  No, no, no, I'm taking jurisdiction

2    over this one completely.

3          MR. SPERLING:  Okay, terrific.

4          THE COURT:  Over the privilege logs.  Just let

5    Ms. Rodriguez know that since I'm neck deep in that anyway

6    that I'll -- I'll just take over that part of it to save her

7    some time and save you guys some money because I'm free.  But

8    as a matter of timing, I'm just not going to require them to

9    do it by the end of September, that's all.

10         MR. SCHAPIRO:  Yes.  I just wanted to be clear and

11   then I want to raise one final issue from our side, which --

12   briefly.

13         Yes, our only issue on this is the people who can

14   tell -- we want to consult with about timing aren't here, but

15   we understand, you want that -- we'll put that column in the

16   log and we'll work out a time that is agreeable to everyone.

17         We left open this one issue about whether they

18   should produce what they have -- all the work they have

19   already done.

20         THE COURT:  By the way, thank you for generating so

21   much heat.  We don't have heat in this building today for

22   some reason because it's a green building and it just takes

23   more time than 24 hours to catch up, but is anybody else

24   warm?  Because I am.

25         MR. SCHAPIRO:  Yes.

236

1    conclusion at 4:13 p.m.)

2

3

4                    TRANSCRIBER'S CERTIFICATION

5    I certify that the foregoing is a correct transcript to the

6    best of my ability to hear and understand the audio recording

7    and based on the quality of the audio recording from the

8    above-entitled matter.

9

10   /s/ Dyann Labo                    September 18, 2020

11   Signature of Transcriber                Date

12

13

14

15

16

17

18

19

20

21

22

23

24

25