IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-00874-RBJ-MEH

**WARNER RECORDS INC.,** *et al.***,**

      Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.,**

      Defendant.

---

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF ALL DOCUMENTS RELATED TO CHARTER'S SPOLIATION LISTED ON CHARTER'S PRIVILEGE LOG OR OTHERWISE WITHHELD ON THE BASIS OF PRIVILEGE**

---

THIS COURT, having reviewed and considered Plaintiffs' Motion to Compel Production of All Documents Related to Charter's Spoliation Listed on Charter's Privilege Log or Otherwise Withheld on the Basis of Privilege, hereby GRANTS the Motion, and ORDERS as follows:

**(1)** Charter has waived attorney-client privilege and work-product protection for all documents responsive to Plaintiffs' spoliation-related document requests (*see* ECF 167-2), and

**(2)** Charter must produce all documents responsive to Charter's spoliation-related document requests that it has listed on its privilege log or is otherwise withholding on the basis of attorney-client privilege or work-product protection.

SO ORDERED this \_\_\_\_ day of _____, 2020.

_____
Hon. Michael E. Hegarty
United States Magistrate Judge