IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 19-cv-00874-RBJ-MEH

**WARNER RECORDS INC.,** *et al.***,**

      Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.,**

      Defendant.

**DECLARATION OF NEEMA T. SAHNI IN SUPPORT OF PLAINTIFFS' PARTIAL OBJECTION TO SPECIAL MASTER'S OCTOBER 8, 2020 ORDER REGARDING PARTIES' MOTIONS TO COMPEL**

I, Neema T. Sahni, hereby declare and state as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner of the law firm Covington & Burling LLP, attorneys of record for Plaintiffs. I submit this declaration in support of Plaintiffs' Partial Objection to the Special Master's October 8, 2020 Order Regarding Parties' Motion to Compel ("Objection"). I have personal knowledge of all facts stated in this declaration, and if called upon as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an email chain, dated June 29, 2020 to July 28, 2020, between counsel for Plaintiffs and counsel for Charter concerning, among other issues, the source of the data upon which Charter relied to answer Plaintiffs' Interrogatory Nos. 13 and 14.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the transcript of the August 25, 2020 Status Conference before Special Master Rodriguez.

4. Attached hereto as **Exhibit 3** is a true and correct copy of an email chain, dated August 28, 2020 and September 1, 2020, between counsel for Plaintiffs and counsel for Charter (copying the Special Master), in which Charter identified the document that is the subject of the Objection, and Plaintiffs requested that Charter produce it.

5. Attached hereto as **Exhibit 4** is a true and correct copy of Plaintiffs' Motion to Compel submitted to Special Master Rodriguez on September 2, 2020, redacted to remove references to documents designated confidential.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Charter's September 10, 2020 Opposition to Plaintiffs' September 2 Motion to Compel, redacted to remove references to documents designated confidential.

7. Attached hereto as **Exhibit 6** is a true and correct copy of an email chain, dated September 5, 2020 to September 16, 2020, between counsel for Plaintiffs and counsel for Charter concerning, among other issues, Charter's redactions to documents that the Special Master ordered Charter to produce in response to Plaintiffs' Request for Production No. 52. The email chain is redacted to remove references to documents designated confidential.

8. Attached hereto as **Exhibit 7** is a true and correct copy of an email exchange between counsel for Plaintiffs and Special Master Rodriguez, dated October 12, 2020 to October 14, 2020, concerning the Special Master's October 8 ruling that is the subject of the Objection.

9. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from the transcript of the July 2, 2020 hearing before Special Master Rodriguez, redacted to remove references to documents designated confidential.

10. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from the transcript of the May 18, 2020 hearing before Special Master Rodriguez.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of October, 2020 in Los Angeles, California.

/s/ Neema T. Sahni<br>Neema. T Sahni