**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

WARNER RECORDS INC. (f/k/a/ Warner Bros. Records, Inc.), *et al*.,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

Case No. 19-cv-00874-RBJ-MEH

**DECLARATION OF ANDREW SCHAPIRO**

I, Andrew Schapiro, declare:

1. I am a partner in the Chicago and New York offices of Quinn Emanuel Urquhart & Sullivan LLP, and counsel for Defendant Charter Communications, Inc. in this case. I submit this declaration in support Charter's Motion to Compel Production of Documents. I make this declaration of my own personal knowledge and, if called to testify, I could and would competently testify hereto under oath.

2. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiffs' July 15, 2020 Letter to the Special Master.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the hearing transcript from the September 9, 2020 hearing before Magistrate Judge Hegarty.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the trial transcript in *Sony Music Entertainment v. Cox Communications, Inc.*, No. 18-cv-950 (E.D. Va.), dated December 4, 2019.

5. Attached hereto as Exhibit 4 is a true and correct copy of the document Bates-stamped PL_CH_0083049.

1

6. Attached hereto as Exhibit 5 is a true and correct copy of Plaintiffs' privilege log, dated June 22, 2020.

7. Attached hereto as Exhibit 6 is a true and correct copy of the September 1, 2020 email from Jeff Gould to the Special Master.

8. Attached hereto as Exhibit 7 is a true and correct copy of Jennifer Golinveaux's September 24, 2020 letter to the Special Master.

9. Attached hereto as Exhibit 8 is a true and correct copy of MarkMonitor's Amended Objections and Responses to Charter's Document Subpoena, dated March 14, 2020.

10. Attached hereto as Exhibit 9 is a true and correct copy of an email from Joshua Rychlinski, counsel for Audible Magic, to counsel for Charter, dated May 20, 2020.

11. Attached hereto as Exhibit 10 is a true and correct copy of an email from Krishnan Padmanabhan to Joshua Rychlinski, counsel for Audible Magic, dated August 8, 2020.

12. Attached hereto as Exhibit 11 is a true and correct copy of the Special Master's September 28, 2020 letter to all counsel.

13. Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the trial transcript in *Sony Music Entertainment v. Cox Communications, Inc.*, No. 18-cv-950 (E.D. Va.), dated December 2, 2019.

14. Attached hereto as Exhibit 13 is a true and correct copy of Flávio Roberto Santos, et al., Choking Polluters in BitTorrent File Sharing Communities, 8 IEEE Transactions on Network Service Management 310 (Dec. 2011).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 17, 2020.

_____

Andrew Schapiro