# Exhibit 3

538

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

```
---------------------------------:
                                 :
SONY MUSIC ENTERTAINMENT, et al.,:
          Plaintiffs,            :
                                 :
    -vs-                         :    Case No. 1:18-cv-950
                                 :
COX COMMUNICATIONS, INC., et al.,:
          Defendants.            :
                                 :
---------------------------------:
```

VOLUME   3   (P.M. Portion)

TRIAL TRANSCRIPT

December 4, 2019

Before:  Liam O'Grady, USDC Judge

And a Jury

539

APPEARANCES:

FOR THE PLAINTIFFS:	MATTHEW J. OPPENHEIM, ESQ.
	SCOTT A. ZEBRAK, ESQ.
	JEFFREY M. GOULD, ESQ.
	MICHAEL J. DRUCKMAN, ESQ.
	ANDREW L. GUERRA, ESQ.
	LUCY G. NOYOLA, ESQ.
	JIA RYU, ESQ.
	Oppenheim + Zebrak, LLP
	4530 Wisconsin Avenue, N.W.
	5th Floor
	Washington, D.C. 20015


FOR THE DEFENDANTS:	THOMAS M. BUCHANAN, ESQ.
	Winston & Strawn LLP
	1700 K Street, N.W.
	Washington, D.C. 20006-3817
	  and
	SEAN R. ANDERSON, ESQ.
	MICHAEL S. ELKIN, ESQ.
	THOMAS P. LANE, ESQ.
	CESIE C. ALVAREZ, ESQ.
	Winston & Strawn LLP
	200 Park Avenue
	New York, NY 10166-4193
	  and
	JENNIFER A. GOLINVEAUX, ESQ.
	THOMAS J. KEARNEY, ESQ.
	Winston & Strawn LLP
	101 California Street, 35th Floor
	San Francisco, CA 94111-5840
	  and
	MICHAEL L. BRODY, ESQ.
	Winston & Strawn LLP
	35 West Wacker Drive
	Chicago, IL 60601
	  and
	DIANA HUGHES LEIDEN, ESQ.
	Winston & Strawn LLP
	333 South Grand Avenue
	Suite 3800
	Los Angeles, CA 90071

540

INDEX

| WITNESS | EXAMINATION | PAGE |
|---|---|---|
| BARBARA FREDERIKSEN-CROSS | | |
| | CROSS | 556 |
| | REDIRECT | 587 |
| SAMUEL BAHUN | | |
| | DIRECT | 605 |

CLOSING ARGUMENTS BY:

COURT'S RULINGS/JURY INSTRUCTIONS

Barbara Frederiksen-Cross - Cross

580

1 computer --

2 If we could get slide 18 up.  Okay.  There we go.

3 When MarkMonitor connects to the peer computer, it

4 collects information off of the computer about the peer-to-peer

5 file that the peer has, right?

6 A. Right.

7 Q. The Cox subscriber?

8 A. Correct.

9 Q. And one thing you say here is that:  Hash match (no need

15:00:09 10 to redownload.)

11 And what you meant by that was that MarkMonitor looks

12 to see what the hash is on the Cox subscriber's computer, it

13 downloads the hash, but it does not download any of the file,

14 right?  Any of the payload, if you will, the content, the

15 music?

16 A. There were a few exceptions in the evidence I saw where

17 the connection had not been broken in time and some small

18 portion of the song was downloaded.

19 But generally the design of this system for this

15:00:49 20 particular scanning was not to download the files, that's

21 correct.  To rely on the hash.

22 Q. And, in fact, both you and our expert, Mr. --

23 Dr. Feamster, you guys looked at all 175,000 evidence packages,

24 and I think there are 143 or something, 144, where there's a

25 little bit of data downloaded.

Barbara Frederiksen-Cross - Cross

581

1    But all the rest of them have nothing downloaded from
2  the peer computer, no content?
3  A.    That's correct.
4  Q.    And I think you even told me that the MarkMonitor software
5  is written so that it assures that the MarkMonitor computer
6  will break off the connection with the peer before any content
7  is downloaded?
8  A.    Well, it breaks off the connection very quickly, which
9  typically would result in that, yes.
15:01:39  10  Q.    Well, but the -- I mean, it -- the -- it's designed to
11  avoid downloading content?
12  A.    With the particular variant of the software that I was
13  looking at that was what was used in this case, yes, it
14  attempts to break connection very quickly.
15  Q.    So if anybody said -- if I were to say to you that I
16  believe that MarkMonitor actually downloaded pieces of the
17  files on the peer computers, you would tell me I was wrong,
18  wouldn't you?
19  A.    In what context?
15:02:16  20  Q.    This context.
21  A.    So specifically in the software as it was configured to
22  run for the RIAA in this litigation?
23  Q.    Exactly.
24  A.    And can you repeat back your question again?  I just want
25  to make sure I was --