# Exhibit 9

From: Rychlinski, Joshua <JRychlinski@crowell.com>
Sent: Wednesday, May 20, 2020 9:49 PM
To: Alvarez, Cesie <CAlvarez@winston.com>; Golinveaux, Jennifer <JGolinveaux@winston.com>; Brody, Michael

<MBrody@winston.com>; Padmanabhan, Krishnan <KPadmanabhan@winston.com>; Benjamin, Rachel <RBenjamin@winston.com>
Cc: Ramsey, Gabriel <GRamsey@crowell.com>; Ghaffari, Kayvan <KGhaffari@crowell.com>
Subject: RE: Audible Magic Production

Hi Cesie –

First, regarding the clawback request, your understanding is correct. We re-reviewed the two PSTs Audible Magic produced in the Cox litigation, and re-produced any responsive documents therein as separate documents in the production for the Charter and Bright House cases, with bates numbers and confidentiality designations.

As to your second and third items, Audible Magic has produced all the logs it was able to identify for the RIAA-MarkMonitor project. As you can see in the production, the last row in the document produced at AUDIBLE-MAGIC-0068220 has a July 3, 2015 value for the DATETIME column, almost a year before what we understand to be the end of Plaintiffs' claim period. Also, as previously noted, we have already produced the AMDB files that Audible Magic still possesses and has been able to identify for the RIAA-MarkMonitor project.

Best,
Josh

Joshua M. Rychlinski | Counsel
Crowell & Moring LLP | www.crowell.com
1001 Pennsylvania Avenue NW
Washington, DC 20004
Office: 1.202.624.2688 | Mobile: 1.248.302.7887
jrychlinski@crowell.com

---

From: Alvarez, Cesie [mailto:CAlvarez@winston.com]
Sent: Monday, May 18, 2020 11:40 AM
To: Rychlinski, Joshua; Golinveaux, Jennifer; Brody, Michael; Padmanabhan, Krishnan; Benjamin, Rachel
Cc: Ramsey, Gabriel; Ghaffari, Kayvan
Subject: RE: Audible Magic Production

External Email

Josh,

It has been nearly two weeks since I contacted you on May 5th with several questions concerning your production. Please respond to my questions by Wednesday, May 20 or provide us with a time on that date when we can meet and confer. Absent any response, we will again file a motion to compel on the issues by the end of the week.

Regards,

Cesie C Alvarez
Associate Attorney
Winston & Strawn LLP
D: +1 212-294-6737
winston.com
Admitted to practice in New York
Not admitted to practice in Texas



From: Alvarez, Cesie
Sent: Tuesday, May 12, 2020 5:52 PM
To: 'Rychlinski, Joshua' <JRychlinski@crowell.com>; Golinveaux, Jennifer <JGolinveaux@winston.com>; Brody, Michael <MBrody@winston.com>; Padmanabhan, Krishnan <KPadmanabhan@winston.com>; Benjamin, Rachel <RBenjamin@winston.com>
Cc: 'Ramsey, Gabriel' <GRamsey@crowell.com>; 'Ghaffari, Kayvan' <KGhaffari@crowell.com>
Subject: RE: Audible Magic Production

Josh,

We haven't yet received a response to my email below. Please respond on these outstanding issues.

Thank you,
Cesie

Cesie C Alvarez

Associate Attorney

Winston & Strawn LLP

D: +1 212-294-6737

winston.com

Admitted to practice in New York

Not admitted to practice in Texas



From: Alvarez, Cesie
Sent: Tuesday, May 05, 2020 5:39 PM
To: 'Rychlinski, Joshua' <JRychlinski@crowell.com>; Coorg, Shilpa <SCoorg@winston.com>; Golinveaux, Jennifer <JGolinveaux@winston.com>; Brody, Michael <MBrody@winston.com>; Padmanabhan, Krishnan <KPadmanabhan@winston.com>; Benjamin, Rachel <RBenjamin@winston.com>
Cc: Ramsey, Gabriel <GRamsey@crowell.com>; Ghaffari, Kayvan <KGhaffari@crowell.com>
Subject: RE: Audible Magic Production

Josh,

First, we confirm we will withdraw the currently pending motions to compel this week.

Second, regarding the clawback request, our understanding is that you are seeking to withdraw documents specific to the Cox case that have no bearing on the present cases, and have instead provided comparable information specific to Charter and Bright House in the current volumes. If that is not the case, please let us know. We will review the documents to see if there is anything as to which we disagree, but, assuming we have understood your position, we would expect that this will be acceptable. Further, as to the Cox protective order, you will recall that you agreed that we could treat all documents produced in Cox as having been produced in this case. Consistent with that agreement, we can confirm that we have been treating all documents produced by Audible Magic in both cases, in accordance with the applicable protective orders, and will continue to do so.

Third, in your email from yesterday, you indicated Audible Magic has not produced documents outside of Plaintiffs'

claim period ending May 17, 2016. We do not necessarily agree with that position, but rather than create a dispute where none needs exist, can you tell us whether Audible Magic has documents responsive to the subpoenas outside of the claim period? To the extent Audible Magic has responsive documents but is withholding them on the basis of its burden or other objections, please let us know what you are withholding and perhaps we can conclude this is a nonissue.

Lastly, please confirm that Audible Magic has now produced all of the transaction logs in its possession. In particular, we note that MarkMonitor has produced documents implying that it was receiving and is relying on Audible Magic fingerprinting as early as 2008, but the earlies transactions in the logs in our possession are dated September 27, 2012. Similarly, AUDIBLE_MAGIC_0007661 reflects invoicing by Audible Magic to RIAA/MarkMonitor continuously from 2008 through 2016. If there are no earlier logs, that is fine, but we would appreciate your confirmation of that fact.

Regards,


Cesie C Alvarez
Associate Attorney
Winston & Strawn LLP
D: +1 212-294-6737
winston.com
Admitted to practice in New York
Not admitted to practice in Texas



From: Rychlinski, Joshua <JRychlinski@crowell.com>
Sent: Monday, May 04, 2020 10:24 AM
To: Coorg, Shilpa <SCoorg@winston.com>; Golinveaux, Jennifer <JGolinveaux@winston.com>; Brody, Michael <MBrody@winston.com>; Padmanabhan, Krishnan <KPadmanabhan@winston.com>; Benjamin, Rachel <RBenjamin@winston.com>
Cc: Ramsey, Gabriel <GRamsey@crowell.com>; Ghaffari, Kayvan <KGhaffari@crowell.com>
Subject: RE: Audible Magic Production

Hi Shilpa,

We have reviewed our collection and determined that we held nothing back that was privileged but also responsive. Therefore, we have nothing to log. I note that pursuant to our burdensome objections we have not produced documents past the end of May 2016, as we understand from the complaints in both cases that the Plaintiffs' claim period is between March 24, 2013 and May 17, 2016.

As to the reasoning for our clawback, in the Cox case, Audible Magic materials were routinely filed with the court by both parties, necessitating effort and expense on the part of Audible Magic in the form of sealing motions and generally monitoring of the docket. From a brief review, the Middle District of Florida and the District of Colorado look to have similar procedures. Additionally, we produced those two PST files (and indeed, all the documents or files from Audible Magic) in the Cox case under a confidentiality order; your April 27 email seems to indicate you have not been treating them as such, please confirm that is not the case.

In any event, we removed the irrelevant items from the PSTs, as well as giving the remaining relevant documents bates numbers and confidentiality stamps in our Volume 2 production to make things clearer for all involved. As to the document you reference, which appears to be Exhibit 11 in Mr. Ikezoye's deposition, I count a number of permutations

5

of the same conversation in our Volumes 1 and 2 produced here; the exact document that is Exhibit 11 looks to be AUDIBLE-MAGIC-0065237. If you want some sort of evidentiary stipulation regarding the document and Mr. Ikezoye's testimony on it from his deposition in the Cox matter, you may have it, assuming we can agree on the precise wording.

Finally, in the Northern District of California, we have only been able to find the docket for Charter's motion to compel, not Bright House's. Please send that docket number.

Best,
Josh


Joshua M. Rychlinski | Counsel
Crowell & Moring LLP | www.crowell.com
1001 Pennsylvania Avenue NW
Washington, DC 20004
Office: 1.202.624.2688 | Mobile: 1.248.302.7887
jrychlinski@crowell.com

---

From: Coorg, Shilpa [mailto:SCoorg@winston.com]
Sent: Friday, May 1, 2020 8:42 PM
To: Rychlinski, Joshua; Golinveaux, Jennifer; Brody, Michael; Padmanabhan, Krishnan; Benjamin, Rachel
Cc: Ramsey, Gabriel; Ghaffari, Kayvan
Subject: RE: Audible Magic Production

External Email

Josh,
I write to follow up on my emails of April 27th and 29th, which have gone unanswered. As noted previously, your production is incomplete because it does not include a privilege log. Please let us know the date by which we can expect Audible Magic's privilege log pursuant to Fed. R. Civ. P. 45.

Regards,

Shilpa A. Coorg
Associate Attorney
Winston & Strawn LLP
D: +1 213-615-1933
F: +1 213-615-1750

winston.com



---

From: Coorg, Shilpa
Sent: Wednesday, April 29, 2020 1:32 PM
To: 'Rychlinski, Joshua' <JRychlinski@crowell.com>; Golinveaux, Jennifer <JGolinveaux@winston.com>; Brody, Michael <MBrody@winston.com>; Padmanabhan, Krishnan <KPadmanabhan@winston.com>; Benjamin, Rachel <RBenjamin@winston.com>
Cc: 'Ramsey, Gabriel' <GRamsey@crowell.com>; 'Ghaffari, Kayvan' <KGhaffari@crowell.com>
Subject: RE: Audible Magic Production

Hi Josh,

As promised, I write to inform you that the motions to compel have received docket numbers in the Northern District of California. Additionally, we did not hear from you regarding Audible Magic's privilege log, which is required under the Federal Rules. Please let us know by when we can expect one.

Regards,

Shilpa A. Coorg

Associate Attorney

Winston & Strawn LLP

D: +1 213-615-1933

F: +1 213-615-1750

winston.com



From: Coorg, Shilpa
Sent: Monday, April 27, 2020 10:26 AM
To: 'Rychlinski, Joshua' <JRychlinski@crowell.com>; Golinveaux, Jennifer <JGolinveaux@winston.com>; Brody, Michael <MBrody@winston.com>; Padmanabhan, Krishnan <KPadmanabhan@winston.com>; Benjamin, Rachel <RBenjamin@winston.com>
Cc: Ramsey, Gabriel <GRamsey@crowell.com>; Ghaffari, Kayvan <KGhaffari@crowell.com>
Subject: RE: Audible Magic Production

Josh,

We are in receipt of your production. Given your representation that there will be no additional productions forthcoming from Audible Magic, we will withdraw our motions to compel. We note, however, that the productions are still incomplete since they do not include a privilege log pursuant to Fed. R. Civ. P. 45. Please let us know a date certain by which we can expect one. We further reserve the right to raise any deficiencies/inadequacies upon review of Audible Magic's productions.

The two bates numbers you have identified for clawback comprise over 9000 emails, each with its own sub-bates number. We are in the process of reviewing these documents in detail, but we note as a preliminary matter that they include relevant and responsive documents. For example, AUDIBLE-MAGIC-0007659.0460, which was marked as an exhibit at the deposition of Audible Magic's corporate witness in the Cox case, is among the documents you are seeking to claw back, but it is clearly relevant to this case and responsive to our subpoena. Further, we are unaware of any provision in the Protective Orders that allows for clawback on the basis of relevance alone. To the extent you contend some or all of the files you identified should be marked as Confidential and/or Highly Confidential under the Protective Orders in these cases, please let us know which designation you contend applies and to which specific bates numbers. If there is some reason why these precautions would not adequately protect Audible Magic or some provision of the Protective Orders or some other authority supporting the requested clawback, please advise us at your earliest convenience and we can discuss how to handle these materials.

Regards,
Shilpa

Shilpa A. Coorg

Associate Attorney

Winston & Strawn LLP
D: +1 213-615-1933
F: +1 213-615-1750
winston.com



From: Rychlinski, Joshua <JRychlinski@crowell.com>
Sent: Friday, April 24, 2020 2:30 PM
To: Coorg, Shilpa <SCoorg@winston.com>; Golinveaux, Jennifer <JGolinveaux@winston.com>; Brody, Michael <MBrody@winston.com>; Padmanabhan, Krishnan <KPadmanabhan@winston.com>; Benjamin, Rachel <RBenjamin@winston.com>
Cc: Ramsey, Gabriel <GRamsey@crowell.com>; Ghaffari, Kayvan <KGhaffari@crowell.com>
Subject: Audible Magic Production

Counsel,

Consistent with its objections and responses, Audible Magic is producing momentarily a ZIP file containing non-privileged, responsive documents to the Charter and Bright House subpoenas. The password for this ZIP file is K57Jd7,eB-Yqc*az. This production moots the issue raised in your motions to compel.

In addition, Audible Magic is clawing back two files produced in the Cox Matter: AUDIBLE-MAGIC-0007659.pst and AUDIBLE-MAGIC-0007660.pst. These files contains documents which were inadvertently produced and are irrelevant and non-responsive, but contain sensitive business information. Please confirm Charter/Bright House will destroy these copies. We are producing the responsive information located in these files in this production.

Best,
Josh

Joshua M. Rychlinski | Counsel
Crowell & Moring LLP | www.crowell.com
1001 Pennsylvania Avenue NW
Washington, DC 20004
Office: 1.202.624.2688 | Mobile: 1.248.302.7887
jrychlinski@crowell.com

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.