# Exhibit 13

F. R. Santos, W. L. d. C. Cordeiro, L. P. Gaspary and M. P. Barcellos, "Funnel: Choking Polluters in BitTorrent File Sharing Communities," in IEEE Transactions on Network and Service Management, vol. 8, no. 4, pp. 310-321, December 2011, doi: 10.1109/TNSM.2011.110311.110104.

# FUNNEL: Choking Polluters in BitTorrent File Sharing Communities

Flávio Roberto Santos, *Member, IEEE,* Weverton Luis da Costa Cordeiro, *Member, IEEE,*
Luciano Paschoal Gaspary, *Member, IEEE,* and Marinho Pilla Barcellos, *Member, IEEE*

*Abstract*—BitTorrent-based file sharing communities are very popular nowadays. Anecdotal evidence hints that such communities are exposed to content pollution attacks (i.e., publication of 'false' files, viruses, or other malware), requiring a moderation effort from their administrators. The size of such a cumbersome task increases with content publishing rate. To tackle this problem, we propose a generic pollution control strategy and instantiate it as a mechanism for BitTorrent communities. The strategy follows a *conservative* approach: it regards newly published content as polluted, and allows the dissemination rate to increase according to the proportion of positive feedback issued about the content. In contrast to related approaches, the strategy and mechanism avoid the problem of pollution dissemination at the initial stages of a swarm, when insufficient feedback is available to form a reputation about the content. To evaluate the proposed solution, we conducted a set of experiments using a popular BitTorrent agent and an implementation of our mechanism. Results indicate that the proposed approach mitigates the dissemination of polluted content in BitTorrent, imposing a low overhead in the distribution of non-polluted ones.

*Index Terms*—peer-to-peer; pollution; BitTorrent; experimental evaluation;

## I. INTRODUCTION

Peer-to-Peer (P2P) file sharing systems have been widely and largely adopted for content dissemination among users in the Internet. Popular instantiations include Gnutella, KaZaA, eDonkey, and BitTorrent. Despite their popularity, P2P file sharing applications have been suffering from different kinds of denial-of-service attacks, such as query flooding and pollution. For example, in the *content pollution* attack, a malicious user publishes a large number of *decoys* (same or similar meta-data), so that queries for a given content return predominantly fake/corrupted copies (e.g., a blank media file or executable infected with virus) [1]. Another attack is *meta-data pollution*, which consists of publishing a file with misleading meta-data, inducing users to download files that do not correspond to the desired content. A third kind of attack, known as *index poisoning* [2], consists in creating many bogus records which associate titles with identifiers of non-existing copies, having false IP addresses/port numbers. Studies (e.g., [3], [4]) looked at the impact of these attacks on Gnutella and KaZaa networks.

Manuscript received January 5, 2011; revised May 20, 2011 and July 19, 2011. The associate editor coordinating the review of this paper and approving it for publication was David Hutchison.

Authors are with the Institute of Informatics – Federal University of Rio Grande do Sul (UFRGS), Porto Alegre, RS, Brazil (email: {flavio.santos, weverton.cordeiro, paschoal, marinho}@inf.ufrgs.br).

In the context of BitTorrent, DoS attacks exploiting vulnerabilities in the protocol were first addressed in [5], and countermeasures to those attacks, in [6]. Later, an experimental study [7] confirmed that DoS attacks were in fact being launched against BitTorrent networks. Fresher evidence indicates that *content pollution* is currently a very common DoS attack vector against BitTorrent [8], [9]. The attack consists in posting *torrent* files with fake content into user's *communities*, which manage to share various kinds of content (e.g., digital documents, software updates, etc).

There has been substantial research on means to mitigate content pollution in P2P systems, leading to the proposal of several generic countermeasure mechanisms [10], [11], [12]. Although these are interesting strategies to fight pollution, only Credence [12] is supported by an implementation and an experimental evaluation. The applicability of other approaches remains uncertain.

In the BitTorrent realm, to the best of our knowledge, there exists only a set of *ad hoc* solutions designed specifically to mitigate pollution in user's communities. These are simplistic solutions, such as discussion forums where users can post testimonials about contents, reporting mechanisms to notify the community administrators, and voting mechanisms to automatically isolate suspicious contents. These approaches, however, require a non-negligible moderation effort through manual inspection of the contents. Besides, there are no mechanisms to provide incentives for users to cooperate (i.e., reporting pollution, posting comments, or voting) against pollution.

Aiming at tackling the aforementioned problem, we proposed in a previous work [13] a conservative strategy, and corresponding mechanism, to control content pollution dissemination in BitTorrent communities. The strategy counts positive and negative votes assigned to contents in order to classify them as either non-polluted or polluted. The mechanism, called FUNNEL, operates by controlling the distribution of copies according to votes assigned by community users. That is, the number of concurrent downloads permitted is affected by the proportion between positive and negative votes. In the present paper, we extend our previous work and elaborate on technical aspects that had not been addressed earlier. More specifically, we (*i*) present a new measurement study on the dissemination of polluted content in BitTorrent file sharing communities, (*ii*) emphasize deployment aspects of FUNNEL, and (*iii*) provide a detailed analysis to show the effectiveness and efficiency of FUNNEL in tackling the dissemination of polluted content.

From the distributed systems operations and management point of view, this paper follows the track of previous investi-

gations performed by this community on the area (e.g., [14], [15], [16]) and makes an important contribution by detailing our decentralized, self-management solution [13] to choke polluters in BitTorrent communities (with potential to *reduce* the fast proliferation of 'false' files, viruses, or other malware and, consequently, network bandwidth waste). In addition, a huge community of BitTorrent users may take advantage of the solution (as presented in the paper), underscoring its expected high relevance and impact.

The remainder of this paper is organized as follows. Section II reviews the main components of the BitTorrent architecture. Section III motivates our work by analyzing pollution in BitTorrent communities, and discusses some of the strategies found in the literature to address this issue. Section IV describes the proposed strategy and the mechanism that instantiates it, coined FUNNEL. Section V presents the results of an experimental evaluation performed with FUNNEL to analyze the technical feasibility of our approach. Finally, Section VI closes the paper with concluding remarks.

## II. BitTorrent Background

In this section, we briefly review aspects about BitTorrent, focusing on what is relevant to our proposal. This includes the communication among protocol entities, P2P overlay creation, and adopted terminology.

Since its inception in 2003, BitTorrent [17] has become one of the most popular P2P file sharing protocols. The content to be shared (one or more files) is split into fixed-size pieces, and a file with meta-data (called *torrent*) is created. The torrent holds the list of files and published pieces, the hash code of each piece (for integrity verification), and the address of the server responsible for bootstrapping the peers into the network (*tracker*). The torrent is published in portals such as *Mininova.org*, *isoHunt.com*, and *OneBigTorrent.org*, while content files themselves remain in the user's machine.

The tracker is a unique, centralized entity in the system that allows peers interested in the same torrent to find each other. The set of peers downloading a specific content is called *swarm*. In order to join a swarm and start the download, a user needs to find the desired torrent (e.g., browsing torrents in a community site) and provide it as input to his/her BitTorrent agent (e.g., Vuze, BitTornado, or μTorrent).

Subsequently, the BitTorrent agent contacts the tracker specified in the torrent file, providing relevant information such as the IP address and port where the agent can be reached, and the amount of data downloaded and uploaded by the agent within this torrent. Then, the agent requests a list of other peers in the swarm (PEERLIST). This step is periodically repeated to gather updated PEERLISTS. Next, the agent connects to peers in PEERLIST to exchange a map of pieces (BITFIELD). This map describes which pieces each peer has and is used as a decision support information during piece exchange. Furthermore, it is used to classify peers in BitTorrent swarms: peers which complete all the pieces of a file are classified as *seeders*, whereas others who do not have all of them are classified as *leechers*.

BitTorrent users share torrent files through specialized communities. A BitTorrent community is based on a centralized entity, a portal, which holds torrent files. Communities have different requirements and *modus operandi*. For example, a portal may require user registration before publishing and/or retrieving torrents. Communities that employ these rules are regarded as "closed" (those that do not, are "open"). In addition to the identity management service, portals may also include one or more BitTorrent trackers. Anyhow, the portal may contain torrents that refer to external trackers. Although DHT-based trackerless extensions exist for BitTorrent, trackers are still necessary for effective file sharing because DHTs are hampered by NAT and firewalls [18].

## III. A Glimpse on Pollution in P2P File Sharing Communities and Proposed Countermeasures

In this section, we first demonstrate the relevance of the problem we address by quantifying the amount of polluted content published in BitTorrent communities (Subsection III-A). Subsequently, we discuss some of the most prominent solutions proposed up-to-date to tackle this issue (Subsection III-B).

### A. Measuring Content Pollution in BitTorrent Communities

To understand the seriousness of the problem, we carried out a measurement study that estimates the amount of polluted content available for download in BitTorrent communities. It is worth stating that we do not take sides on the P2P file sharing debate; instead, we present evidence of pollution dissemination in BitTorrent file sharing communities.

The measurement study consisted in querying large BitTorrent communities for popular movies. Since it is not feasible to query for every published content, we focused on movies whose release date is 2010. A list with the top-250 movies according to IMDb [19] was collected and their titles were searched at the isoHunt BitTorrent community. The results for each query were matched against a database available at Bitsnoop BitTorrent community [20], as explained below. Queries with no results were removed from the analysis.

Bitsnoop employs an automatic mechanism to determine the status of content "referred to" by torrent files. The mechanism, named FakeSkan, basically retrieves and analyzes torrents that present suspicious information (e.g., names, file sizes and structure). In addition to analyzing torrent data, the mechanism also considers users' votes to set the status of a torrent. When inconsistencies arise, FakeSkan presents warnings to users about to download the content. Internally, it operates as follows. A torrent may be initially flagged as VERIFIED or FAKE depending on whether it comes from a secure source (e.g., previously verified by other community administrator) or there are strong signs that the torrent may be polluted (e.g., torrent file name referring to some book collection but containing executable files). Otherwise, the torrent is automatically classified as GOOD or BAD according to user feedback, and eventually changed to either VERIFIED or FAKE by an administrator. In the absence of feedback from users, the torrent status is set to NONE. Thus, the status that results from a query about a torrent may be one of the following: VERIFIED, GOOD, NONE, BAD, FAKE, or NOTFOUND.

The latter case happens when FakeSkan is unaware of the torrent.

In our analysis, torrents returned by queries to the 250 most popular movies in 2010 were inspected by Bitsnoop. Table I summarizes the query responses grouped by torrent status. The results show that 20% of torrents are flagged as FAKE or BAD, i.e., almost 2.4 times the number of VERIFIED and GOOD copies, which account for roughly 27% of the downloads. Our findings are consistent with a recent study, which concludes that 30% of torrents are published by anti-piracy agencies or malicious users, and this proportion of torrents are responsible for 25% of the downloads [9].

The summary of torrent status presented in Table I gives an overview of the pollution scenario. However, we would like to know the impact of pollution on users' perspective, represented by the probability that a user finds a polluted copy when searching for contents. In order to understand this impact, we plotted a histogram of torrent status for queries, averaged in groups of 20 movie titles, as shown in Figure 1. Nearly 25% of the queries resulted in lists with more than 20% of the torrents flagged as FAKE, hampering the process of finding the desired content. In order to obtain a more precise estimate of the amount of traffic generated by polluted contents, we investigated at isoHunt the size and number of downloads performed with each copy flagged as FAKE.



Fig. 1.   Histogram of torrent status per groups of 20 movie titles, sorted by the proportion of copies marked as FAKE.

Figure 2 shows the complementary cumulative distribution function (CCDF) of the number of completed downloads of copies considered FAKE. A pair $(x,y)$ in this plot means that the probability that a copy is downloaded at least $x$ times is equal to $y$. Since the 94% (11,956) less frequently downloaded torrents were obtained at most 10 times (reflecting a curve close to $y$-axis), the graph was adjusted to focus on the most frequently downloaded torrents. The plot shows that $\sim$3.8% (500) fake copies were downloaded over 5,000 times. This number is even higher if we consider the $\sim$2% (250) most downloaded copies, which were obtained more than 10,000 times. A small portion of fake torrents were downloaded more than 15,000 times. In summary, in the context of the 250 most popular movies of 2010, the copies flagged as FAKE summed up to 5,225,590 downloads.

We estimated the (negative) impact that these useless downloads had on the amount of data traffic generated on the Internet. Downloads of copies flagged as FAKE accounted for $\sim$3.5 PB (3,572 TB) of data traffic; this value increases by approximately 149 TB if we also consider the downloads of BAD copies. These results indicate that pollution leads to a significant and unnecessarily waste of client and network



Fig. 2.   CCDF of the number of completed FAKE copy downloads

resources (such as time and network bandwidth). More importantly, they highlight the importance of devising mechanisms to control pollution.

### B. Discussion of Related Work

After presenting a concrete example of the negative effect of content pollution in BitTorrent file sharing communities, in this subsection we cover the most prominent solutions proposed so far by the scientific community. In order to organize the discussion, we first focus on theoretical solutions designed for generic P2P systems. Subsequently, we take a look on the strategies being adopted by BitTorrent communities to overcome this issue.

Eigentrust [21] is an algorithm used to establish a global trust (i.e., reputation) value for each peer, which could then be used for selecting reliable sources. One practical limitation of Eigentrust is the need of a set of pre-trusted peers to operate adequately.

A subsequent work proposed the Credence reputation model [12]. The evaluation of the model, using the Gnutella protocol, led to satisfactory results. Credence is based on reputation scores that are assigned to contents in order to govern their dissemination in the system. This strategy, however, does not prevent newly published, polluted contents to be widely disseminated when there is little knowledge available to form an opinion about their reputation. This is worsened when new polluted contents are quickly published.

Similarly to Credence, Hybrid [11] uses a reputation mechanism to fight pollution. Being developed as an evolution of Scrubber [22], this mechanism combines user and content reputations to identify and punish malicious users. Due to its similarity to Credence, Hybrid inherits some of the Credence weaknesses, such as demanding a considerable amount of time to detect polluted contents.

Built on top of the idea of traditional reputation-based mechanisms, Cai *et al.* [10] proposed a holistic mechanism which combines users' feedback with content-associated information and statistical data reflecting the diffusion state of contents to defend against pollution attacks. The mechanism provides a set of strategies integrated to contents lifecycle (publication, search, selection, and download) that help users on distinguishing polluted versions. Since authors assume that (*i*) malicious users cannot spoof their identities and (*ii*) the routing protocol

TABLE I
TORRENT CLUSTERS WITH 90% C.I. FOR AVERAGES

| Torrent status | Num. of copies | Avg. torrent len. (MB) | Avg. num. of seeders | Avg. num. of leechers | Num. of downloads |
|---|---|---|---|---|---|
| NOTFOUND | 22,794 | $775.226 \pm 5.734$ | $1.100 \pm 0.378$ | $1.247 \pm 0.147$ | 314,673 |
| VERIFIED | 6,901 | $1557.930 \pm 35.037$ | $94.110 \pm 10.147$ | $38.544 \pm 5.015$ | 11,338,693 |
| GOOD | 83 | $860.338 \pm 66.751$ | $24.096 \pm 20.294$ | $8.494 \pm 6.041$ | 137,404 |
| NONE | 36,694 | $823.835 \pm 5.524$ | $7.329 \pm 0.828$ | $3.421 \pm 0.257$ | 2,643,607 |
| BAD | 4,055 | $748.813 \pm 7.874$ | $19.254 \pm 5.010$ | $4.584 \pm 1.105$ | 215,189 |
| FAKE | 12,707 | $771.105 \pm 2.697$ | $97.488 \pm 15.106$ | $37.541 \pm 14.024$ | 5,225,590 |

is reliable, problems related to votes integrity and inappropriate content descriptions remain unsolved.

None of the existing approaches has, so far, considered the peculiarities of BitTorrent communities. Below we discuss some mechanisms employed in those communities. The reader should keep in mind that these mechanisms are *ad hoc* and not supported by a scientific study.

The simplest approach consists of users posting general comments about a given published content. Even though this approach enables users to report polluted contents, it may also be used arbitrarily, and does not have a well defined purpose. Another proposal uses a mechanism in which users report contents available in the community as polluted; from these reports, a group of administrators manually inspect and evaluate these contents. Finally, another proposal uses a set of votes issued by users to banish a suspect content. This proposal requires manual intervention from the human administrator to evaluate banned contents and reintegrate them whenever necessary.

In summary, all the approaches employed in BitTorrent communities require the administrator's manual inspection, causing significant overhead in the maintenance of published contents. This problem is worsened in communities that observe high content publishing rates. Besides, these mechanisms do not offer incentives for users to provide their testimonials about a given content. In the following sections, we describe a proposal that tackles the aforementioned issues.

## IV. FUNNEL

This section describes the proposed strategy to fight content pollution and details FUNNEL – the mechanism instantiation for BitTorrent file sharing communities. Our key observation is that soon after some new content is published, there is no evidence whether it is legitimate. The legitimacy of the content can only be established after a substantial number of users have downloaded and evaluated the content, as well as provided feedback about it. This may take some time, and some users may even refuse to provide feedback. If no control is in place, a polluted content could be widely disseminated before it is identified as such. Previous approaches may demand a large number of negative evaluations before they are able to classify a given content as polluted.

### A. Overall Strategy

The distinguishing aspect of our strategy is to start with a very low dissemination rate, growing quickly as long as positive feedback (towards the legitimacy of the content) is provided by users. For the sake of clarity, we describe the strategy considering the dissemination of a single content version, since the strategy is independently applied to every content version published.

A binary voting mechanism is used to build the reputation of a given object in the community ($E[\omega]$). When a user finishes retrieving the content, he/she issues a positive vote to testify the legitimacy of the downloaded version, or a negative vote to report the version as polluted. The content reputation is computed using Subjective Logic [23], and the resulting index lies in the interval $[0; 1]$. More precisely, $\omega$ means "the version is non-polluted", and the value of $E[\omega]$, the expectation that clause is true. $E[\omega]$ is computed considering the fraction of positive votes out of the total number of votes issued to a given version and is expressed by Equation 1. Variables $p$ and $n$ in Equation 1 represent, respectively, the number of positive and negative votes issued by users. In addition to the number of votes, the equation includes a constant factor $a$ that defines the behavior when few votes are available: if $p, n \rightarrow 0$, then $E[\omega] \rightarrow a$.

$$E[\omega] = \frac{p + 2a}{p + n + 2} \qquad (1)$$

Since the strategy relies on votes, it could be thwarted by malicious users that do not download the content and/or vote multiple times. Further, the strategy requires that most non-malicious users vote and do so truthfully. These issues will be addressed in Sections IV-D and IV-E, respectively.

The value of $E[\omega]$ is used to establish the number of concurrent downloads allowed in a given instant, denoted as $A$. The value of $A$ is calculated according to Equation 2, as a function of the corresponding content reputation ($E[\omega]$), and assumes a value in the discrete interval $[A_{min}, A_{free}]$ (with $A_{min}, A_{free} \in \mathbb{N}^*$). In this context, $A_{min}$ denotes a lower bound that guarantees a minimum number of downloads (when $E[\omega] \rightarrow 0$, $A \rightarrow A_{min}$).

As soon as the perceived content reputation surpasses the reputation threshold $\sigma$ (i.e., when $E[\omega] \geq \sigma$), downloads are not restricted and peers are free to download). Otherwise, content dissemination is ruled by the current value of $A$, being limited by $A_{free}$ – which denotes an upper bound for the number of downloads to be allowed by the strategy (when $E[\omega] \rightarrow 1$, $A \rightarrow A_{free}$).

$$A = \begin{cases} A_{free} & \text{if } E[\omega] \geq \sigma, \\ E[\omega] \times (A_{free} - A_{min}) + A_{min} & \text{otherwise.} \end{cases} \qquad (2)$$

Three important properties hold for Equation 2:

- **Property 1:** For any $\sigma \in (0,1]$ and $E[\omega] \geq \sigma$, $A = A_{free}$; when so, the content will be assumed beyond suspicion and unlimited downloads will be allowed;
- **Property 2:** For any $\sigma \in (0,1]$ and $E[\omega] < \sigma$, $A = E[\omega] \times (A_{free} - A_{min}) + A_{min}$, situation in which content dissemination will be ruled according to its perceived reputation;
- **Property 3:** When $\sigma = 0$, $A = A_{free}$ regardless of $E[\omega]$; when so, no control will be imposed and peers will be free to download the content, regardless of the perceived reputation.

Figure 3(a) illustrates the behavior of variable $A$ as a function of the reputation score $E[\omega]$. For instance, when $E[\omega] \geq \sigma = 0.9$, an arbitrary number of downloads can take place; if new negative votes are provided, the reputation score could fall below 0.9, with the limitation being reinstated. Figure 3(b) evaluates the variation of reputation according to Equation 1, as a function of the (positive and negative) votes issued to it.

The number of concurrent downloads actually taking place at any moment is denoted as $D$. The value of $D$ is incremented when a download begins (or resumes), and is decremented when it ends (or is interrupted). Although $D \leq A$ is desirable, since both $A$ and $D$ fluctuate, it is possible that $A$ drops and temporarily $D > A$. To establish if a new download is possible, the values of $A$ and $D$ are compared. If $D < A$ (or $A = A_{free}$), new downloads can be allowed.

In the following subsections, we describe how this strategy was designed and instantiated in BitTorrent file sharing communities. With FUNNEL, we initially target closed communities, in which users obtain a weak identity (an email address needs to be provided and confirmed) and use it for authentication purposes before accessing the portal.

The remainder of the section is organized as follows. The method applied to estimate the current number of concurrent downloads ($D$) in a BitTorrent swarm is described next in Subsection IV-B. The technique employed by the tracker to control the number of concurrent downloads in the swarm is then presented in Subsection IV-C. In Subsection IV-D we discuss how to allow only a single vote per community user. The presentation of the mechanism is concluded in Subsection IV-E, with the description of the voting incentive mechanism.

### B. Estimating the Number of Concurrent Downloads

To apply the dissemination control mechanism, the tracker needs to calculate the number of peers simultaneously retrieving a given torrent ($D$). Each torrent may be regarded as a version of a published content. Participating peers act autonomously and without the trackers' intervention, hampering a precise estimation of $D$. Therefore, when instantiating the strategy for BitTorrent, the value of $D$ will be approximately the number of leechers in the swarm. To determine $D$, the tracker keeps track of which peers are in the swarm (peers are removed after some time of inactivity) and their progress in



(a) Relationship between reputation and concurrent downloads



(b) Reputation behavior in terms of assigned votes ($\alpha = 0.5$)

Fig. 3. When content reputation $E[\omega]$ exceeds $\sigma$, it is deemed non-polluted (a), which occurs for a specific vote range (b).

terms of download and upload. The estimation of $D$ is based on the number of online peers with incomplete downloads.

Since there is no guarantee about the download progress information sent to the tracker, malicious peers might pretend they are still downloading the torrent. Hence, a collusion attack could lead the tracker to overestimate the value of $D$, potentially causing new download requests to be denied (new downloads are allowed when $D < A$). In fact, malicious peers might remain in the swarm with little or no participation, contributing just enough to occupy the present slots and prevent new downloads from starting. However, in a content pollution attack, the objective of the polluter is the opposite: to increase the number of concurrent downloads.

Nonetheless, malicious peers might aim at causing a Denial-of-Service (DoS) attack against peers sharing a non-polluted content. The cost of the attack is considerable, however, given that malicious peers must continuously announce themselves to the tracker in order to be seen as leechers. To overcome this limitation, a probabilistic strategy could be employed, in

which requests that would be denied are granted according to some probability. Honest peers would eventually get a chance to proceed, preventing malicious peers to take over the swarm. Another possibility would be to enforce an upper bound on download times (based on file size or the average of observed download times). While it would be relevant to quantify the effect of both strategies, we leave their exploration for future work.

## C. Adjusting the Number of Concurrent Downloads

In order to control content dissemination in the community, the tracker can only resort to the list of peers provided to BitTorrent agents. The strategy adopted by FUNNEL consists in adjusting the *size of this list* depending on whether the request for download should be granted or not. In the former case, the tracker acts according to its normal behavior, and provides the agent with a regular list. Otherwise, an empty list is sent to the peer[1]. A session starts when a peer $P$ receives a non-empty list (the tracker has given authorization). As mentioned earlier, $P$ continues receiving lists even if $D \geq A$ becomes true (because the value of $A$ has fallen). The value of $A$ may be decreased reflecting a drop in reputation $E[\omega]$. However, if the session with $P$ expires, a future request of $P$ for download will be evaluated again by the tracker.

It is also important to consider the situation in which a peer $P$ has its request denied, but attempts to bypass the control and join the swarm. Current BitTorrent agent implementations typically include two extensions which are employed in the discovery of peers: *PeerExchange* (PEX) and Distributed Hash Tables (DHTs). Since it is a gossip-based protocol, PEX does not affect FUNNEL: new peers can only be discovered when *at least* one peer is previously known. If $P$ is attempting to join the swarm for the first time, it is not aware of other peer addresses.

In contrast, the use of DHT enables the discovery of peers without needing a tracker, which would allow peers to bypass FUNNEL. Torrent files may contain the address of one or more nodes of the DHT; if reached, these nodes could provide IP addresses of peers in the swarm. To assess the real impact of this limitation, we measured the popularity of DHTs in several popular BitTorrent communities. To this end, thousands of torrent files were collected from six communities and analyzed. Figure 4 summarizes the number of collected files and the fraction of DHT-enabled torrents in each community. The small fractions correspond to contents that might be retrieved by peers in the swarm without a tracker, and therefore circumventing FUNNEL. This low adoption may be due to several practical limitations of DHTs, including their susceptibility to malicious behavior [24], [25]. However, a community wishing to enforce content pollution control might discourage or forbid its users from publishing DHT-enabled torrents (this seems to be common-practice already in some closed communities).



Fig. 4.   Measurements on DHT support across BitTorrent communities

## D. Ensuring Unique Votes per User

Recall that FUNNEL targets the dissemination of polluted content in closed communities. Hence, each interaction of a peer with the tracker can be associated to the corresponding user identity in the portal. The portal aggregates the votes issued by users to each of the published torrents, storing tuples in the format $\langle Peer, Torrent, Vote \rangle$. The portal also uses this information to count the number of positive and negative votes assigned to each torrent.

Note that a peer may be able to identify a polluted version even before the download is completed. Therefore, as soon as the peer has enough evidence that the version is polluted (e.g., by *previewing* part of audio/video contents), it may halt the download and provide its (negative) feedback.

A set of malicious peers may take advantage of this characteristic to perform a collusion attack. Malicious peers could try to manipulate the reputation of a torrent, by voting (negatively) against non-polluted contents, and (positively) for polluted ones. In both cases, the reputation might affect the dissemination of a content contrary to what was intended by normal users. To mitigate the impact of such an attack, the portal keeps a record indicating in which torrents users have participated, even though temporarily, and accepts votes provided by these users only. In addition, resources such as computing challenges (e.g., CAPTCHAs) may be employed to mitigate this kind of attack [26].

## E. Incentives for Users to Vote

The proposed mechanism uses the votes issued by users to build up the reputation of torrents in the community. If users retrieve a content but often fail to provide a feedback on its legitimacy, the mechanism becomes ineffective. To address this issue, an incentive mechanism is required. Two approaches were considered: reward users that vote, and punish those that do not. Rewarding users who vote might induce large amounts of indiscriminate votes, since users would attempt to increase the amount of benefits. Punishing users who do not vote, conversely, is susceptible to *whitewashing* [27], although there is a non-negligible cost to obtain a new identity.

FUNNEL follows the second approach: the tracker employs a policy to "punish" users who do not vote. Similarly to the approach presented in Subsection IV-C, the tracker sends peer

---

[1]We did not explore in this paper the possibility of sending partial lists.

lists whose sizes are affected by the fraction of torrents with user's votes out of the total torrents in which this user has participated. Therefore, let $N$ represent the number of peers in the original list that would be provided by the tracker, $V$ the number of torrents in which the user has voted, and $R$ the number of torrents in which he/she has participated, the size $S$ of the list provided to a requesting peer is computed as in Equation 3.

$$S = N \times \min\left\{\frac{V+1}{R}, 1\right\} \qquad (3)$$

Given that a user cannot vote about a torrent without having joined the corresponding swarm, and that votes may be issued before the download completion, it follows that $V \leq R$. The operator $\min$ guarantees that the size of the list does not exceed $N$, even when votes were issued prior to the complete retrieval of a content ($V = R$).

## V. Evaluation

This section presents an experimental evaluation of Funnel. The purpose of this evaluation is to provide answers to three fundamental questions, attempting to quantify: (i) the negative impact caused by the mechanism in a scenario where a non-polluted content is disseminated or, in other words, the overhead imposed by Funnel with non-polluted contents; (ii) the effectiveness of Funnel in slowing down the dissemination of polluted contents to normal users; (iii) the negative impact of collusion attacks performed by malicious peers against the mechanism.

Each of the scenarios employed in the experimental evaluation comprised the dissemination of a single content version (one torrent), instead of many, due to two reasons. First, unlike other approaches, Funnel spawns individually and independently to every content version. Second, it is very hard, if not impossible, to safely model user behavior when facing multiple torrents of the same content. Users may decide according to factors such as the publisher identity, the current number of seeders, of leechers, and number of torrents downloaded. Hence, although Funnel may influence the user's choice of torrent by decreasing the number of leechers (and indirectly, of seeders), the choice will be affected by multiple subjective factors. We are not aware of any study that analyzes the rationale behind this choice and reliably establishes a user behavior pattern.

In the following subsections we introduce the experimental setup and the notations employed (Subsection V-A), present the results concerning the effectiveness of the proposed mechanism (Subsections V-B, V-C, and V-D), and discuss some issues regarding the proposed solution (Subsection V-E).

### A. Experiment Details

Two very different scenarios were evaluated: honest peers seeding a non-polluted torrent, and malicious peers seeding a polluted torrent. In the former case, an attacker will try to prevent the distribution of the content, whereas in the latter the attacker will attempt to have the content disseminated among honest leechers. We refer to these scenarios as 'non-polluted' and 'polluted', respectively.

Let $I$, $C$ and $M$ denote, respectively, the number of initial seeders (either honest or malicious) that start a swarm and remain available during the entire experiment, and the total number of honest/correct peers and of malicious peers that will arrive.

We examined (both through simulation and experimentally) a range of values for $I$, $C$, and $M$ to assess parameter sensitivity. Not only the scale of peers has been varied (from hundreds to thousands of peers), but also the proportion among the values assigned for $I$, $C$, and $M$. Since the results observed were consistent for all combinations of parameters, we chose to describe (and present the results obtained for) an intermediate-size scenario, with $I = 20$ and $C = 500$. To assure that these choices were representative, we monitored 30 popular trackers and examined $3{,}167{,}832$ torrents. Figure 5 shows the cumulative distribution function (CDF) of swarm sizes and the distribution of users among these swarms. We notice that swarms with 500 peers or less correspond to 99.94% of all torrents and include 80% of all peers.



Fig. 5.   CDF of swarm sizes and distribution of users among these swarms.

The proposed mechanism employs a voting-based reputation scheme to classify contents as being polluted or non-polluted. Such schemes are subject to collusion attacks, in which a malicious user lies to manipulate the reputation of a given content. Hence, in both polluted and non-polluted scenarios, the attacker leverages a set of $M$ colluding peers to attempt to defeat the mechanism. They will not only redistribute polluted content, but also provide false feedback. In the context of this work, an attacker votes positively to a polluted content and negatively to a non-polluted one. For the experimental setup being presented, the value of $M$ was varied in the interval [0;150] (note that these malicious users will need to have an account in the community).

First, the swarm is created with $I$ initial seeders. To evaluate the most damaging scenario, $M$ malicious peers join immediately afterwards and contact the tracker. Honest peers, in turn, join the swarm following an exponential distribution, in line with measurements presented in [28]. Peers leave the swarm only after completing their downloads, obeying a *minimal contribution metric*, denoted as $\rho$. The value of $\rho$ represents the amount of data a peer is willing to upload in regard to what he/she has downloaded. For example, if $\rho = 0$, a peer will leave the swarm right after completing the download,

regardless of the amount he/she has uploaded. If $\rho = 2$, it means a peer will attempt to upload at least twice as much content as he/she downloaded. Note that a user relies on interested leechers in order to upload content until its $\rho$ is fulfilled. Conversely, a user might upload substantially more than what its $\rho$ would indicate, since $\rho$ is in effect only after the leecher becomes a seeder.

In this context, we define the behavior of honest and malicious peers when retrieving polluted and non-polluted contents. There are four possible cases, as follows. When an honest peer completes the download of a polluted content, we assume that it immediately detects the pollution and therefore leaves the system ($\rho = 0$). Likewise, if a malicious peer finishes retrieving a non-polluted content, it does not disseminate it ($\rho = 0$). Although the idea of leaving the system immediately does not mimic real user behavior, we left this factor out of the evaluation in order to simplify the analysis.

In contrast, when a malicious peer retrieves a polluted content, it remains in the swarm contributing indefinitely to its dissemination ($\rho = \infty$). The fourth and last case corresponds to the 'normal case': an honest peer retrieves a non-polluted content. The level of collaboration in BitTorrent communities have been up to debate, so it is hard to assign 'real' values of $\rho$ to peers. Adopting a methodology in line with a previous study [29], we assume that after (fully) downloading the content, 25% of leechers leave the swarm without becoming seeders ($\rho = 0$), 41% are willing to upload as much as they have downloaded ($\rho = 1$), and 34% attempt to upload twice as much as they downloaded ($\rho = 2$).

To keep the campaign of experiments manageable, we chose relatively small torrents: 60MB. The set of BitTorrent agents – the standard implementation of BitTornado – was distributed among 10 dedicated machines, interconnected through a 100Mbps network switch. Agent configuration included a limit of 7 upload connections and infinite number of download connections (in larger settings, the operating system would have forced a limit on this value). In addition, we adjusted the upload and download rates of the agents to 256Kbps and 1Mbps, respectively. Finally, we have assigned the following values for FUNNEL input parameters: $A_{min} = 1$, $A_{free} = 50$, $a = 0.5$, and $\sigma = 0.95$. These values were chosen because they represent a reasonable balance between a more conservative, rigid dissemination policy and a more relaxed one.

### B. Effectiveness of the Mechanism

To measure the effectiveness in both polluted and non-polluted scenarios, we measured how long it took to each honest peer to complete its download. Figure 6 illustrates the amount of time peers remain online (up to completion) in both non-polluted and polluted scenarios (Figure 6(a) and Figure 6(b), respectively). A pair $(x,y)$ in the plot means that a fraction of peers $x$ remains online for up to $y$ minutes in order to complete their download.

Figure 6(a) illustrates the behavior of the mechanism for non-polluted scenario. In this case, the lower the curves, the better. First, note that the curves 'No Control' and '$M = 0$' are similar. That is, when there are no attackers ($M = 0$),



(a) Non-polluted content



(b) Polluted content

Fig. 6.   Effectiveness against pollution attacks with colluding peers

the presence of the pollution control mechanism introduces a negligible overhead. More precisely, results indicate that the delays imposed by the mechanism are not larger than 10 minutes to 80% of peers.

When running an experiment with 10 malicious peers, the mechanism receives votes against the legitimacy of the content (negative), which induces FUNNEL to slow down the dissemination of non-polluted content. This may be observed by the fact that, in comparison to the curve '$M = 0$', honest peers took at most 70 extra minutes to download the content. However, we note that, to duplicate this delay, it takes five times more attackers ($M = 50$). In addition, the efficiency of the attack decreases as the number of malicious peers exceeds 50. Such phenomenon occurs because when colluding peers arrive, at most $A = [(0) + (1 - 0) \times 0.5] \times (1 + 50) + 1 = 26.5$ of the $M$ peers are allowed to start their downloads ($E[\omega] = 0.5$ since in the initial stage there are no votes recorded, thus $E[\omega] = a$). Therefore only $M - A$ malicious peers may "compete" with the honest peers in the swarm for an opportunity to start the download.

Results regarding the polluted scenario are shown in Figure 6(b). In the absence of control, 100% of peers complete the download of the polluted content in less than 50 minutes. In this case, the benefits of using FUNNEL are *highly expressive*: approximately 90% of peers consume more than 750 minutes (12.5 hours) to complete the download of the polluted content (curve '$M = 0$'). For the sake of legibility, the plots in the figure were limited in the $y$-axis. Please note, however, that the overall behavior of curves $M = 0$ and $M = 10$ remained unchanged, even past 15 hours of experiment. The mechanism also performs efficiently, controlling the dissemination of polluted content, even in the presence of 10 malicious peers voting positively. When $M \geq 50$, the set of malicious users obtained success in promoting content dissemination; however, note that to obtain the 60MB file, it took the honest peers approximately 600 minutes (10 hours), 12 times more than in the absence of FUNNEL. We emphasize that, in the experiments carried out to evaluate our proposal, peers do not give up on trying to obtain a non-polluted content. In practice, peers may leave the network due to the delay to start the download, so that FUNNEL may be actually more efficient in holding pollution than shown in the plot.

### C. Setting the Number of Concurrent Downloads

In an in-depth analysis of the evaluated scenarios, it is possible to precisely observe the performance of our mechanism in controlling the dissemination of polluted content among peers belonging to the swarm. Figure 7 presents how the number of peers (honest and malicious) evolves in the observed swarms. The plot shown in Figure 7(a) illustrates an environment in which the dissemination of a non-polluted content is hampered by 10 malicious, colluding peers. In the first 10 minutes, the swarm is taken over by these 10 attackers, being followed by $A - 10 = 16$ honest peers. When the malicious peers issue their negative vote, the value of $A$, computed by the tracker and represented in the dotted line in the plot, is decreased. The attack leads to a reduction in the number of peers retrieving the content (peers currently in the swarm complete their downloads and new peers are prevented from joining because of the lower value of $A$). However, the positive votes (issued by the honest peers) cause an increase in the value of $A$, which reaches $A_{free}$ after approximately 1 hour and 45 minutes of experiment. Such effect may be observed in Figure 7(a), with the end of the dotted line and the surge in the number of honest peers.

The plot in Figure 7(b) illustrates an environment in which the dissemination of a polluted content is supported by 100 malicious, colluding peers. In this case, malicious peers completely take over the system, impeding honest peers to retrieve the content in the initial stage. However, FUNNEL prevents $100 - A = 74$ attackers to start their downloads, and these must "compete" for an opportunity along with honest peers that arrive in the swarm. Observing Figure 7(b), one may note the effect caused by the attacker's positive votes: an increase in the value of $A$ occurs during the first 30 minutes of the experiment. As new downloads are authorized, both honest and malicious peers enter the swarm. The votes of honest



(a) Non-polluted content ($M = 10$)



(b) Polluted content ($M = 100$)

Fig. 7.   Number of downloads during the dissemination of a content

peers cause a decrease in the value of $A$, compensated by a minority of counterfeit votes provided by attackers which had the opportunity to begin their downloads. This procedure occurs along the experiment and allows us to conclude that the system in fact adapts and reacts quickly, depending on the number of attackers, towards a stable situation in which non-polluted versions are widely disseminated and polluted ones are slowly disseminated among peers.

### D. Impact of the Mechanism on Peer Joins

In this subsection we analyze the effectiveness of FUNNEL from a different perspective. Instead of focusing on the number of completed downloads, we now concentrate on the number of honest and malicious peers starting their downloads. Since FUNNEL employs a conservative strategy, we say that peers *arrive* when they first attempt to start their downloads, and actually *join* when they are allowed to start. In this analysis, we observe the proportion of peers (honest and malicious) during the distribution of a polluted and non-polluted content. Both scenarios were instantiated with 50 and 150 attackers, and a fixed number of 500 honest peers.

Figure 8 shows the cumulative proportion of peers during the entire experiment. A pair $(x, y)$ in the plots means that a proportion of $y$ peers (honest or malicious, depending on the curve) had access to the content by instant $x$. When the 'Honest' curve reaches the top of the figure, it means all 500 honest peers were allowed to join the system. Similarly, when the 'Malicious' curve reaches the top, all attackers were allowed in.

Since malicious peers arrive first, they get hold of the first slots to download the content. During the experiment, honest peers arrive and compete as well for slots of download, thus increasing the set of waiting peers. Both honest and malicious peers gradually access the content and cast their votes. In the non-polluted scenarios, attackers try to join and vote in order to deny the access of other peers to the system. In the polluted scenarios, they try to ease the access of other peers.

join the system.

In the polluted scenarios (Figures 8(c) and 8(d)), FUNNEL provides a similar benefit to honest peers. They join the system, download the polluted content, and vote negatively about it. As the number of allowed downloads decreases, due to honest votes, attackers face an even lower probability of joining the system. This explains why only 50 and 30% of attackers, for $M = 50$ and $M = 150$ respectively, join the system during the first 8 hours of experiment, 5 hours later if compared to the non-polluted scenarios. When the curves of malicious peers start growing (about 8 hours in the figures), almost 80% of honest peers have accessed the system.

In summary, FUNNEL reduces the proportion of malicious peers accessing both non-polluted and polluted contents during the initial phase of its dissemination, when most honest peers arrive. This positive effect is due to the contention strategy of our mechanism: since honest and malicious peers wait until joining the system, collusion and massive attacks are "diluted" and fewer malicious votes are casted over time. Consequently, the potential harm that an "*en masse*" arrival of malicious peers could cause is reduced.

### E. Considerations on the Proposed Solution

As presented in the previous sections, FUNNEL enables the quick dissemination of legitimate versions of a content, while limiting the spread of polluted ones, even in the presence of malicious, colluding peers. An aspect of paramount importance concerning our solution is its relevance and impact for BitTorrent users: there is a significant number of communities (therefore, users) that might take advantage of FUNNEL, as presented in the paper. Nonetheless, our solution has the potential to be extended to a broader, wider range of scenarios (e.g., to enable its applicability to open communities and other P2P file sharing systems). A number of issues must be addressed in order to accomplish such a generalization, for example (*i*) dealing with the presence of counterfeit identities (sybil nodes) [30], (*ii*) aggregating positive and negative votes, and (*iii*) computing the number of concurrent downloads, (being the latter two more relevant in the case of purely decentralized P2P systems).

FUNNEL relies on the feedback provided by users to compute the reputation of a given content, and adjusts the number of concurrent downloads according to the resulting reputation. However, even with user incentives to elicit feedback, some users may remain uncooperative (i.e., unwilling to vote). A lower number of votes tends to delay convergence; in the mean time, the mechanism will conservatively allow a fraction of downloads to take place. Like other P2P systems, our approach relies on the cooperation of a fraction of users, who will either respond to the incentive mechanism or simply behave altruistically.

In regard to the dissemination control, malicious peers might launch an attack against users sharing non-polluted contents by taking over all the download slots when only $A_{min}$ are available (e.g., after a previous attack to decrease the content's reputation). The $A_{min}$ slots would then be occupied by malicious peers pretending to have limited bandwidth



(a) Non-polluted content($M = 50$)    (b) Non-polluted content($M = 150$)

(c) Polluted content ($M = 50$)    (d) Polluted content ($M = 150$)

Fig. 8.  Proportion of peers (honest and malicious) joining the system during the dissemination of a content when FUNNEL is present.

Figures 8(a) and 8(b) represent the non-polluted scenarios, for $M = 50$ and $M = 150$, respectively. First note that, by definition, curves are proportional and will reach 1, but in different time scales (3h-13h). These figures illustrate the benefits of the control mechanism to honest peers. This is due to the fact that the conservative mechanism holds together malicious and honest peers, increasing the proportion of honest peers over time. This leads to a scenario in which the majority of peers waiting for access are honest and therefore the probability of a honest peer joining the system becomes higher. Recall that peers are induced to wait by receiving empty lists. If the user does not want to wait, he might look for another potentially good content. For $M = 50$ (Figure 8(a)), at time 3 hours and 10 minutes, we notice that more than 90% of honest peers have managed to join the system, whereas only 55% of attackers have had access. At the same time, for $M = 150$ (Figure 8(b)), the proportion of attackers remains close to 30%, and the waiting attackers finally join when more than 80% of honest peers have accessed the system. In the absence of FUNNEL, in contrast, 100% of attackers would instantly

capabilities (e.g., 1 Kbps). Consequently, legitimate users would not be able to download the content and regenerate it (providing positive votes to raise its reputation). A simple approach to overcome this threat would be setting expiration times for the download authorizations. While this is an intuitively effective strategy, the optimum value for this limit is not obvious. If this period is too short, honest peers would prematurely loose the slot. This means that they would be able to keep on downloading, although would not receive fresh information about new peers. Conversely, if the period is too long, malicious peers would be able to hold their slots for longer times, and consequently cause a larger impact on the system. While it would be relevant to elaborate on how to optimally set this period in a dynamic context, this is out of the scope of this paper.

Finally, we expect objects with lower popularity to be more susceptible to distributed denial-of-service attacks. If there is not much interest on a content being shared in the network, fewer resources might be necessary for an attacker to take control over it (either by providing false testimonies or by requesting, but not finishing, several downloads in parallel). Nevertheless, considering the exponential distribution of users among contents, a reduced number of users would be affected by attacks on objects of low popularity. Substantial resources would be needed to harm a reasonable amount of users. While this might represent indeed an attack scenario, it is of smaller relevance. Instead, we have concentrated on cases where larger number of users might be affected by a single attack.

## VI. CONCLUSIONS AND FUTURE WORK

BitTorrent communities have become one of the most popular alternatives for file sharing. One of the side effects of such a high popularity is that they have also become a natural target of content pollution attacks, where malicious users disseminate corrupted copies, viruses, or other malware. In addition to contributing to the spread of malicious decoys, content pollution may also promote the waste of client and network resources, considering that peers may attempt to obtain titles through repeated downloads. To mitigate this problem we proposed a novel content pollution control strategy and corresponding mechanism, FUNNEL, to reduce the dissemination of polluted content according to users' perception on the content's legitimacy. FUNNEL addresses the major shortcoming of manual inspection required by traditional, *ad hoc* proposals, by automatically adjusting the number of concurrent downloads according to the proportion between positive and negative votes.

To the best of our knowledge, this is the first automated mechanism to tackle the pollution problem in BitTorrent communities. In addition, we have showed the effectiveness and technical feasibility of the proposed mechanism through an experimental evaluation, carried out using an implementation of FUNNEL. The results obtained – considering real BitTorrent agents on live networks – also demonstrate the efficiency of the proposed solution, which has imposed significant delays to the dissemination of polluted contents, whereas causing a relatively low delay for the dissemination of non-polluted,

legitimate ones. Furthermore, low dissemination delays experienced by non-polluted copies have been observed even when there is a large number of peers colluding to hamper the dissemination. These observations show that our conservative approach not only controls the dissemination of polluted content, but is also robust even when malicious users devote a significant effort to adversely manipulate the mechanism.

## ACKNOWLEDGMENT

The authors of this work are indebt to Matheus Lehmann, Luis Otávio Soares, and Alan Mezzomo. This work has been partly supported by Brazilian research funding agencies Conselho Nacional de Desenvolvimento Científico e Tecnológico (CNPq) and Coordenação de Aperfeiçoamento de Pessoal de Nível Superior (CAPES).

## REFERENCES

[1] J. Liang, R. Kumar, Y. Xi, and K. W. Ross, "Pollution in P2P file sharing systems," in *24th IEEE International Conference on Computer Communications (INFOCOM 2005)*, Miami, Florida, USA, 2005, pp. 1174–1185.

[2] J. Liang, N. Naoumov, and K. W. Ross, "The index poisoning attack in P2P file-sharing systems," in *25th IEEE International Conference on Computer Communications (INFOCOM 2006)*, Barcelona, Catalunya, Spain, 2006, pp. 1–12.

[3] R. Kumar, D. D. Yao, A. Bagchi, K. W. Ross, and D. Rubenstein, "Fluid modeling of pollution proliferation in P2P networks," *ACM SIGMetrics Performance Evaluation Review*, vol. 34, no. 1, pp. 335–346, 2006.

[4] U. Lee, M. Choiz, J. Choy, M. Y. Sanadidiy, and M. Gerla, "Understanding pollution dynamics in P2P file sharing," in *5th International Workshop on Peer-to-Peer Systems (IPTPS 2006)*, Feb 2006.

[5] M. A. Konrath, M. P. Barcellos, and R. B. Mansilha, "Attacking a swarm with a band of liars: evaluating the impact of attacks on BitTorrent," in *7th IEEE International Conference on Peer-to-Peer Computing (P2P 2007)*, Sep 2007.

[6] M. P. Barcellos, D. Bauermann, H. Sant'anna, M. Lehmann, and R. Mansilha, "Protecting BitTorrent: design and evaluation of effective countermeasures against DoS attacks," in *27th International Symposium on Reliable Distributed Systems (SRDS 2008)*. Napoli, Italy: IEEE Press, October 2008, pp. 73–82.

[7] P. Dhungel, D. Wu, B. Schonhorst, and K. W. Ross, "A measurement study of attacks on BitTorrent leechers," in *7th International Workshop on Peer-to-Peer Systems (IPTPS 2008)*, 2008.

[8] TorrentFreak, "Fake aXXo Torrents Bombard BitTorrent," March 2009. [Online]. Available: http://torrentfreak.com/ fake-axxo-torrents-bombard-bittorrent-090313/

[9] R. Cuevas, M. Kryczka, A. Cuevas, S. Kaune, C. Guerrero, and R. Rejaie, "Is content publishing in BitTorrent altruistic or profit-driven?" in *6th International Conference on emerging Networking EXperiments and Technologies (CoNEXT 2010)*. ACM, 2010, pp. 11:1–11:12.

[10] Z. Cai, R. Chen, J. Feng, C. Tang, Z. Chen, and J. Hu, "A holistic mechanism against file pollution in peer-to-peer networks," in *24th ACM Symposium on Applied Computing (SAC 2009)*. New York, NY, USA: ACM, 2009, pp. 28–34.

[11] C. Costa and J. Almeida, "Reputation systems for fighting pollution in peer-to-peer file sharing systems," in *7th IEEE International Conference on Peer-to-Peer Computing (P2P 2007)*. IEEE, September 2007, pp. 53–60.

[12] K. Walsh and E. G. Sirer, "Experience with an object reputation system for peer-to-peer filesharing," in *3rd USENIX Symposium on Networked Systems Design & Implementation (NSDI 2006)*. Berkeley, CA, USA: USENIX Association, May 2006, p. 1.

[13] F. R. Santos, W. L. da Costa Cordeiro, L. P. Gaspary, and M. P. Barcellos, "Choking polluters in BitTorrent file sharing communities," in *12th IEEE/IFIP Network Operations and Management Symposium (NOMS 2010)*. IEEE Communications Society, 2010, pp. 559–566.

[14] T. Bocek, E. Hunt, D. Hausheer, and B. Stiller, "Fast similarity search in peer-to-peer networks," in *11th IEEE/IFIP Network Operations and Management Symposium (NOMS 2008)*, April 2008, pp. 240–247.

[15] J. Wang and M. Vanninen, "Self-configuration protocols for small-scale P2P networks," in *10th IEEE/IFIP Network Operations and Management Symposium (NOMS 2006)*, April 2006, pp. 1–4.

[16] R. Boutaba, "Peer-to-peer networking and management," in *9th IFIP/IEEE International Symposium on Integrated Network Management (IM 2005)*, May 2005, pp. 784–784.

[17] B. Cohen, "Incentives build robustness in BitTorrent," in *Workshop on Economics of Peer-to-Peer Systems (P2PEcon 2003)*, Berkeley, CA, USA, 2003.

[18] R. Jimenez, F. Osmani, and B. Knutsson, "Connectivity properties of mainline BitTorrent DHT nodes," in *9th IEEE International Conference on Peer-to-Peer Computing (P2P 2009)*. IEEE, September 2009, pp. 262–270.

[19] IMDb, "The Internet Movie Database," November 2010. [Online]. Available: http://www.imdb.com/

[20] Bitsnoop, "Bitsnoop P2P Search," November 2010. [Online]. Available: http://www.bitsnoop.com/

[21] S. D. Kamvar, M. T. Schlosser, and H. Garcia-Molina, "The eigentrust algorithm for reputation management in P2P networks," in *12th International Conference on World Wide Web (WWW 2003)*. New York, NY, USA: ACM, 2003, pp. 640–651.

[22] C. Costa, V. Soares, J. Almeida, and V. Almeida, "Fighting pollution dissemination in peer-to-peer networks," in *22nd ACM Symposium on Applied Computing (SAC 2007)*. New York, NY, USA: ACM, 2007, pp. 1586–1590.

[23] A. Josang, S. Pope, and R. Hayward, "Trust network analysis with subjective logic," in *29th Australasian Computer Science Conference (ACSC 2006)*. Darlinghurst, Australia: Australian Computer Society, Inc., 2006, pp. 85–94.

[24] G. Urdaneta, G. Pierre, and M. V. Steen, "A survey of DHT security techniques," *ACM Computing Surveys*, vol. 43, pp. 8:1–8:49, February 2011.

[25] J. P. Timpanaro, T. Cholez, I. Chrisment, and O. Festor, "BitTorrent's mainline DHT security assessment," in *4th IFIP International Conference on New Technologies, Mobility and Security (NTMS 2011)*, February 2011, pp. 1–5.

[26] B. Awerbuch and C. Scheideler, "Group spreading: A protocol for provably secure distributed name service," in *Automata, Languages and Programming*, ser. Lecture Notes in Computer Science, J. Diaz, J. Karhumki, A. Lepist, and D. Sannella, Eds. Springer Berlin / Heidelberg, 2004, vol. 3142, pp. 187–210.

[27] M. Feldman, C. Papadimitriou, J. Chuang, and I. Stoica, "Free-riding and whitewashing in peer-to-peer systems," *IEEE Journal on Selected Areas in Communications*, vol. 24, no. 5, pp. 1010–1019, 2006.

[28] L. Guo, S. Chen, Z. Xiao, E. Tan, X. Ding, and X. Zhang, "Measurements, analysis, and modeling of BitTorrent-like systems," in *5th Conference on Internet Measurement (IMC 2005)*. Berkeley, CA, USA: USENIX Association, 2005, pp. 4–4.

[29] K. G. Anagnostakis, F. C. Harmantzis, S. Ioannidis, and M. Zghaibeh, "On the impact of practical P2P incentive mechanisms on user behavior," NET Institute, Tech. Rep., September 2006.

[30] J. R. Douceur, "The sybil attack," in *1st International Workshop on Peer-to-Peer Systems (IPTPS 2002)*, 2002, pp. 251–260.



**Flávio Roberto Santos** is a Ph.D. student at the Institute of Informatics of the Federal University of Rio Grande do Sul, Brazil. He holds a B.Sc. degree in Computer Science from the Federal University of Campina Grande (2007). His research interests include algorithms, peer-to-peer and live streaming systems, reputation mechanisms, and grid computing.



**Weverton Luis da Costa Cordeiro** is a Ph.D. student at the Institute of Informatics of the Federal University of Rio Grande do Sul, Brazil. He holds a B.Sc. degree in Computer Science from the Federal University of Pará (2007), and a M.Sc. degree in Computer Science from the Federal University of Rio Grande do Sul (2009). His research interests include peer-to-peer systems, network management and security, Information Technology Service Management, and quality of service in wireless ad hoc/mesh networks.



**Luciano Paschoal Gaspary** received the Ph.D. degree in Computer Science from the Institute of Informatics of the Federal University of Rio Grande do Sul (UFRGS), Brazil, in 2002. In 2006, he joined the same institute, where he is now an associate professor. In addition to his appointment at UFRGS, Prof. Gaspary is currently director of the National Laboratory on Computer Networks (LARC) and administrative director of the Brazilian Computer Society (SBC). He is also a member of the IEEE and the ACM. Prof. Gaspary is author of more than 100 full papers published in leading journals and conferences related to computer networks, network and service management, and computer security. Furthermore, he has been directly involved in the organization and served as technical program committee member of several IEEE, IFIP and ACM conferences including IM, NOMS, DSOM, IPOM, GLOBECOM and ICC. See http://www.inf.ufrgs.br/˜paschoal for further details.



**Marinho Pilla Barcellos** received BSc and MSc degrees in Computer Science from Federal University of Rio Grande do Sul (1989 and 1993, respectively) and PhD degree in Computer Science from University of Newcastle Upon Tyne (1998). In 2003-2004, he worked in a joint project between University of Manchester and British Telecomm research labs on high-performance multicast transport. Since 2008 Prof. Barcellos has been with the Federal University of Rio Grande do Sul (UFRGS), where he is an Associate Professor. He has authored many papers in leading journals and conferences related to computer networks, network and service management, distributed systems, and computer security, also serving as TPC member and chair. He is the appointed chair of the Special Interest Group on Computer Security of the Brazilian Computer Society (CESeg/SBC) 2011-2012. He is a member of SBC, IEEE and ACM. His interests are security of peer-to-peer, virtualized and cloud-oriented networks. See http://www.inf.ufrgs.br/˜marinho for further details.

TABLE I
TORRENT CLUSTERS WITH 90% C.I. FOR AVERAGES

| Torrent status | Num. of copies | Avg. torrent len. (MB) | Avg. num. of seeders | Avg. num. of leechers | Num. of downloads |
|---|---|---|---|---|---|
| NOTFOUND | 22,794 | 775.226 ± 5.734 | 1.100 ± 0.378 | 1.247 ± 0.147 | 314,673 |
| VERIFIED | 6,901 | 1557.930 ± 35.037 | 94.110 ± 10.147 | 38.544 ± 5.015 | 11,338,693 |
| GOOD | 83 | 860.338 ± 66.751 | 24.096 ± 20.294 | 8.494 ± 6.041 | 137,404 |
| NONE | 36,694 | 823.835 ± 5.524 | 7.329 ± 0.828 | 3.421 ± 0.257 | 2,643,607 |
| BAD | 4,055 | 748.813 ± 7.874 | 19.254 ± 5.010 | 4.584 ± 1.105 | 215,189 |
| FAKE | 12,707 | 771.105 ± 2.697 | 97.488 ± 15.106 | 37.541 ± 14.024 | 5,225,590 |



Fig. 1.   Histogram of torrent status per groups of 20 movie titles, sorted by the proportion of copies marked as FAKE.



Fig. 2.   CCDF of the number of completed FAKE copy downloads



(a) Relationship between reputation and concurrent downloads



(b) Reputation behavior in terms of assigned votes ($a = 0.5$)

Fig. 3.   When content reputation $E[\omega]$ exceeds $\sigma$, it is deemed non-polluted (a), which occurs for a specific vote range (b).



Fig. 4.   Measurements on DHT support across BitTorrent communities



Fig. 5.   CDF of swarm sizes and distribution of users among these swarms.



(a) Non-polluted content

(b) Polluted content

Fig. 6.   Effectiveness against pollution attacks with colluding peers



(a) Non-polluted content ($M = 10$)



(b) Polluted content ($M = 100$)

Fig. 7.   Number of downloads during the dissemination of a content



(a) Non-polluted content($M = 50$)

(b) Non-polluted content($M = 150$)

(c) Polluted content ($M = 50$)

(d) Polluted content ($M = 150$)

Fig. 8.   Proportion of peers (honest and malicious) joining the system during the dissemination of a content when FUNNEL is present.