# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| WARNER RECORDS INC. (f/k/a/ Warner Bros. Records, Inc.), *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>*Defendant*. | Case No. 19-cv-00874-RBJ-MEH |

## [PROPOSED] ORDER GRANTING DEFENDANT CHARTER COMMUNICATIONS, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS

The Court, having reviewed and considered Defendant's Motion to Compel Production of Documents, hereby orders that the Motion is granted. Plaintiffs shall produce to Defendant the Hash Report and any documents and underlying data related to the Hash Report within 30 days.

SO ORDERED this \_\_\_\_ day of _____, 2020.

_____
Michael E. Hegarty
United States Magistrate Judge