# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

WARNER RECORDS INC. (f/k/a/ Warner Bros. Records, Inc.), *et al.*,

        *Plaintiffs*,

v.

CHARTER COMMUNICATIONS, INC.,

        *Defendant*.

Case No. 19-cv-00874-RBJ-MEH

**[PROPOSED] ORDER GRANTING DEFENDANT CHARTER COMMUNICATIONS, INC.'S MOTION TO RESTRICT CERTAIN EXHIBITS FILED IN CONNECTION WITH ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

The Court, having reviewed and considered Defendant's Motion to Restrict Certain Exhibits Filed in Connection With Its Motion to Compel Production of Documents, hereby orders that the Motion is granted.  Exhibits 4 and 5 to the Declaration of Andrew Schapiro, and Charter's unredacted Motion to Compel, may be restricted to public access at Level 1.

SO ORDERED this ____ day of _____, 2020.

                                                                         _____

                                                                               Michael E. Hegarty
                                                                     United States Magistrate Judge