# EXHIBIT 2

# Canter, Jacob

| | |
|---|---|
| **From:** | Ghaffari, Kayvan |
| **Sent:** | Thursday, October 22, 2020 7:54 PM |
| **To:** | Padmanabhan, Krishnan |
| **Cc:** | Ramsey, Gabriel; Rychlinski, Joshua; Canter, Jacob; Golinveaux, Jennifer; davideiseman@quinnemanuel.com; andrewschapiro@quinnemanuel.com; Brody, Michael; Michelle A. Clark; Nathan Hamstra |
| **Subject:** | RE:  In-Person Source Code Review |

KP,

I never mentioned, discussed, or confirmed that your experts would need two business weeks (10 days of review) for the code review. Instead, I stated it was premature to discuss additional day(s) of review at this stage because your expert hasn't reviewed the code, but Audible Magic would confer in good faith regarding any request for additional days(s) should it become necessary at that point. Indeed, I even mentioned two weeks was excessive considering an expert in the *Cox* matter required one day to review Audible Magic's source code in order to draft an expert report.

In addition, we appreciate you stating November 18 works for your expert and we can works towards a health-based protocol for the safety of the attendees. However, it appears that, at the eleventh hour, Charter has now made the entire agreement contingent on its unreasonable demand that it be granted at least 10 business days to review the code. Any demand for additional days, let alone 10 days, is unnecessary and premature at this juncture and Audible Magic did not and cannot agree to this demand.

Audible Magic's original offer remains open.  We can make the source code available for an in-person review on November 18, 2020, with reasonable health and safety protocols in place, and thereafter confer in good faith as to any additional days that may be requested.  Unless we hear otherwise, Audible Magic will proceed with our motion in full.

Thanks,
KG

---

**From:** Padmanabhan, Krishnan <KPadmanabhan@winston.com>
**Sent:** Thursday, October 22, 2020 4:34 PM
**To:** Ghaffari, Kayvan <KGhaffari@crowell.com>
**Cc:** Ramsey, Gabriel <GRamsey@crowell.com>; Rychlinski, Joshua <JRychlinski@crowell.com>; Canter, Jacob <JCanter@crowell.com>; Golinveaux, Jennifer <JGolinveaux@winston.com>; davideiseman@quinnemanuel.com; andrewschapiro@quinnemanuel.com; Brody, Michael <MBrody@winston.com>; Michelle A. Clark <michelleclark@quinnemanuel.com>; Nathan Hamstra <nathanhamstra@quinnemanuel.com>
**Subject:** RE: In-Person Source Code Review

[External Email]

Kayvan –

Thanks for taking the time to speak today.  At the outset, we appreciate your confirmation that Audible Magic intends to provide our experts and counsel the time they need to perform a thorough review of its source code.  We also appreciate you confirming that you understand that our experts will need more than just three days, and that two

business weeks (10 days of review) is more along the lines of what we anticipate for our initial review.  After that time, we will have a sense of the additional review we need, and we will work together to arrange it.  And as we relayed, Charter certainly intends to be reasonable regarding the amount of additional time it requests.

Second, we appreciate you identifying Wed. November 18th to commence the code review.  Starting our review on that date works for Charter.

Third, we appreciate the discussion regarding health-based restrictions, as this is important to all of us.  As I mentioned, we may have experts that need to travel. We will also have an attorney coming from out of state to look at the code.  It takes 7-plus days to get tested in many places (including the Bay Area, as well as Chicago where counsel may travel from).  So we would propose that if someone will be traveling within two weeks of visiting Crowell's office or traveling-in from out of state to review the code, they take a test within ten days of the date they visit Crowell's office to confirm they are negative. The requirement of a test that returns results within two days of the visit does not seem logistically possible.

As you know, courts are imposing remote review to avoid these issues.  We understand that Audible Magic insists on producing its code at Crowell's offices, rather than a remote review.  We are trying to work towards agreement so that we can get the review started.  Please let us know if you can agree to the above protocol.

Finally, Charter cannot withdraw its motion to compel Audible Magic's source code until the source code is actually made available.  As you know, Audible Magic promised to provide their code previously and withdrew that promise.  We would propose the following revision to your note to the Special Master.  To the extent you wish to discuss any of this, just give me a call.

\*\*

Special Master Rodriguez,

> Audible Magic has informed Charter that it will make the Audible Magic Source Code available beginning on November 18th.  Further, Audible Magic has confirmed that they will provide Charter's experts and counsel the time they need to perform a thorough review of the code, and Charter has indicated they believe they will need at least two weeks (10 business days) at the outset for code review.  The parties are also agreed that they will work together to facilitate additional reasonable review of the Audible Magic source code.
>
> The parties have also conferred on the manner in which to conduct the review to preserve both the security of the code and the health and safety of those involved, and believe they should be able to reach agreement on these issues.
>
> For the time being, it appears the parties will be able to come to agreement.  To the extent the parties agreement fails to materialize in advance of November 18th, or breaks down thereafter, Charter will re-raise its motion with the Special Master.
>
> As such, Audible Magic will refrain from burdening the Special Master with an opposition brief (scheduled to be filed this Friday).  If the parties re-raise the dispute with the Special Master, the parties are agreed that Audible Magic will have three days from the date the Special Master is notified to submit their opposition briefing, and Charter will file its reply briefing within seven days thereafter.

Thanks,
-KP

**Krishnan Padmanabhan**
**Partner**
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193

D: +1 212-294-3564

F: +1 212-294-4700

Bio | VCard | Email | winston.com

*Admitted to practice in California, New York*



---

**From:** Ghaffari, Kayvan <KGhaffari@crowell.com>
**Sent:** Thursday, October 22, 2020 4:54 PM
**To:** Padmanabhan, Krishnan <KPadmanabhan@winston.com>
**Cc:** Ramsey, Gabriel <GRamsey@crowell.com>; Rychlinski, Joshua <JRychlinski@crowell.com>; Canter, Jacob <JCanter@crowell.com>; Golinveaux, Jennifer <JGolinveaux@winston.com>; davideiseman@quinnemanuel.com; andrewschapiro@quinnemanuel.com; Brody, Michael <MBrody@winston.com>; Michelle A. Clark <michelleclark@quinnemanuel.com>; Nathan Hamstra <nathanhamstra@quinnemanuel.com>
**Subject:** RE: In-Person Source Code Review

KP,

We are available for an in-person inspection on November 18, 2020 or thereafter. While we recommend a 14-day quarantine for any expert that has traveled outside of the Bay Area, we are amenable to another protocol to ensure the health and safety of all. To that end, in addition to the other protocols below, we propose the following:

- Charter informs Audible Magic whether any of its experts have or will travel outside of the Bay Area within ten days of the inspection and if so, that expert takes a COVID-19 test and tests negative within two days of the inspection.

We believe this should resolve Charter's concerns. Below is a draft joint submission we propose sending to Special Master Rodriguez. Please let us know soon if we have your blessing to share with SM Rodriguez.

\*\*\*

Special Master Rodriguez,

Audible Magic and Charter have conferred further and reached an agreement on Charter's request to inspect Audible Magic's source code that protects the confidentiality of the source code while ensuring the health and safety of those involved in the review. Accordingly, and to avoid continued motions practice, the Parties jointly stipulate that Charter withdraws as moot its motion to compel as to the source code review.

Thank you for your attention to the matter.

---

**From:** Padmanabhan, Krishnan <KPadmanabhan@winston.com>
**Sent:** Wednesday, October 21, 2020 9:48 PM
**To:** Ghaffari, Kayvan <KGhaffari@crowell.com>
**Cc:** Ramsey, Gabriel <GRamsey@crowell.com>; Rychlinski, Joshua <JRychlinski@crowell.com>; Canter, Jacob

3

<JCanter@crowell.com>; Golinveaux, Jennifer <JGolinveaux@winston.com>; davideiseman@quinnemanuel.com; andrewschapiro@quinnemanuel.com; Brody, Michael <MBrody@winston.com>; Michelle A. Clark <michelleclark@quinnemanuel.com>; Nathan Hamstra <nathanhamstra@quinnemanuel.com>
**Subject:** RE: In-Person Source Code Review

External Email

Kayvan,

We look forward to discussing by phone tomorrow at 10:30 PST.  You can invite myself, Nathan, and Michelle.

Thanks,
KP

---

**From:** Ghaffari, Kayvan <KGhaffari@crowell.com>
**Sent:** Thursday, October 22, 2020 12:44 AM
**To:** Padmanabhan, Krishnan <KPadmanabhan@winston.com>
**Cc:** Ramsey, Gabriel <GRamsey@crowell.com>; Rychlinski, Joshua <JRychlinski@crowell.com>; Canter, Jacob <JCanter@crowell.com>; Golinveaux, Jennifer <JGolinveaux@winston.com>; davideiseman@quinnemanuel.com; andrewschapiro@quinnemanuel.com; Brody, Michael <MBrody@winston.com>; Michelle A. Clark <michelleclark@quinnemanuel.com>; Nathan Hamstra <nathanhamstra@quinnemanuel.com>
**Subject:** Re: In-Person Source Code Review

KP,

I am not quite sure what you mean by "materially imped[ing]" the review. We certainly have no intention to impede any review. If the concern is about travel, I propose we discuss the specifics of your concern on the call. Your experts are located in the Bay Area. Do they have plans to travel? We can certainly work around their dates, especially depending on the circumstances of the travel. Again, our goal is not to lay down rigid rules, but to come to an agreement on a way to do this safely, which is in everyone's best interest.

We can discuss the remaining issues tomorrow. I will circulate a calendar invite for 10:30 am. Who should be included on the calendar invite?

Thanks,

KG

Sent from my iPad. Please pardon the auto-correct.

On Oct 21, 2020, at 19:44, Padmanabhan, Krishnan <KPadmanabhan@winston.com> wrote:

 External Email

Kayvan,

Thanks for your email. We can be available for a call tomorrow from 9:30 am – 1 pm PST.

To briefly respond to the points below:

If Audible Magic cannot make the source code available the week of November 2, please let us know the earliest date on which we can start our review. Since it appeared, based on your 10/20 email, that Audible Magic hoped to moot the pending motion, it is our hope that we share a mutual interest in starting the review expeditiously – certainly before the motion is fully briefed and heard.

We reiterate our amenability to reasonable COVID-precautions that do not materially impede review of the source code by our experts and counsel. I'm not sure what you mean by: "[t]he precautions listed below," but we are prepared to discuss any reasonable protocol for inspection on our call. To the extent it helps, we have dedicated source code review space at the Quinn Emanuel office in San Francisco that can host a contactless review and which allows monitoring through a window rather than in the same indoor space. If that would make you feel safer we would be happy to proceed with the source code review there.

Thanks,
-KP

Krishnan Padmanabhan

Partner

Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193

D: +1 212-294-3564

F: +1 212-294-4700

Bio<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.winston.com_en_who-2Dwe-2Dare_attorneys_padmanabhan-2Dkrishnan.html&d=DwMF-g&c=Anw7wKLFSGyH7zEzIqo-zgMRy5HE-AH-SibmOy3H7xE&r=ptTNYxuGmVcgppsHOuxSXHmoyS9ae8hJZR395dlkgdE&m=wlcPvldds99Jz49rBd3LFVkp6jWKM8kj4NMXs19mRk4&s=j3yccC7hEPtCDtxGwhWGumbPqk0Sg33ZdKC-X8pgRKk&e=> | VCard<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.winston.com_vcards_866.vcf&d=DwMF-g&c=Anw7wKLFSGyH7zEzIqo-zgMRy5HE-AH-SibmOy3H7xE&r=ptTNYxuGmVcgppsHOuxSXHmoyS9ae8hJZR395dlkgdE&m=wlcPvldds99Jz49rBd3LFVkp6jWKM8kj4NMXs19mRk4&s=LHNwCQh-69-MHSqwnoN8cpI7v3bh97hlgts2xPDj7_Y&e=> | Email<mailto:kpadmanabhan@winston.com> | winston.com<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.winston.com&d=DwMF-g&c=Anw7wKLFSGyH7zEzIqo-zgMRy5HE-AH-SibmOy3H7xE&r=ptTNYxuGmVcgppsHOuxSXHmoyS9ae8hJZR395dlkgdE&m=wlcPvldds99Jz49rBd3LFVkp6jWKM8kj4NMXs19mRk4&s=LnAJ9Un4P3JFP3KYhhU3lMk12CEAwpb_I_F1Ck9Yt-I&e=>

Admitted to practice in California, New York

<image001.jpg>

From: Ghaffari, Kayvan <KGhaffari@crowell.com>
Sent: Wednesday, October 21, 2020 2:03 PM
To: Padmanabhan, Krishnan <KPadmanabhan@winston.com>
Cc: Ramsey, Gabriel <GRamsey@crowell.com>; Rychlinski, Joshua <JRychlinski@crowell.com>; Canter, Jacob <JCanter@crowell.com>; Golinveaux, Jennifer <JGolinveaux@winston.com>;

davideiseman@quinnemanuel.com; andrewschapiro@quinnemanuel.com; Brody, Michael <MBrody@winston.com>; Michelle A. Clark <michelleclark@quinnemanuel.com>; Nathan Hamstra <nathanhamstra@quinnemanuel.com>
Subject: RE: In-Person Source Code Review

KP –

Thanks very much for the response. We are available at 3 pm PT today. We can circulate a calendar invite. However, let me make three quick notes before the call that I think will be help frame our position

* We are not available November 2, or any date that week. Moreover, requesting the inspection within two weeks is insufficient time to facilitate the in-person review, especially since we need an updated list of experts (or a confirmation that the individuals you previously identified are the same). We also need to coordinate with our office administrator to ensure a large enough conference room is available to host everyone, including a Crowell attorney. It should also be noted that if we proceed with motion practice, your reply would most likely not be due before November 2 based on Plaintiffs' request for a supplemental brief and a decision would likely not be rendered until December. In light of this, we do not think Nov 2 is an appropriate date for the inspection, and hope that our conversation later today can be productive.

* The precautions listed below are reasonable precautions that are requested by Crowell & Moring LLP and the building. We understand these procedures to follow and to be consistent with what the CDC and city require as well. It is unclear why these would be problematic to you, especially given that your experts are located in the Bay Area.

* Most importantly, we need to do this right. Again, Audible Magic has no qualms with an in-person review, especially given the sensitivity of the confidential source code, but it's without question that the health and safety of several individuals is at stake. Being rushed into setting up a source code review is a wrong way to approach this review. We firmly believe that a November 30 source code review would be more streamlined than the result of continuing motion practice. Certainly for the Special Master, but also for the parties. Moreover, this gives you sufficient time to complete discovery in light of the fact that discovery is set to end in 2021.

Please confirm that you can attend the 3 PM phone call. We hope that this can resolve the issue and that we can notify the Special Master of the parties' agreement.

Thanks,
KG

From: Padmanabhan, Krishnan <KPadmanabhan@winston.com<mailto:KPadmanabhan@winston.com>>
Sent: Tuesday, October 20, 2020 5:03 PM
To: Ghaffari, Kayvan <KGhaffari@crowell.com<mailto:KGhaffari@crowell.com>>
Cc: Ramsey, Gabriel <GRamsey@crowell.com<mailto:GRamsey@crowell.com>>; Rychlinski, Joshua <JRychlinski@crowell.com<mailto:JRychlinski@crowell.com>>; Canter, Jacob <JCanter@crowell.com<mailto:JCanter@crowell.com>>; Golinveaux, Jennifer <JGolinveaux@winston.com<mailto:JGolinveaux@winston.com>>; davideiseman@quinnemanuel.com<mailto:davideiseman@quinnemanuel.com>; andrewschapiro@quinnemanuel.com<mailto:andrewschapiro@quinnemanuel.com>; Brody, Michael <MBrody@winston.com<mailto:MBrody@winston.com>>; Michelle A. Clark

<michelleclark@quinnemanuel.com<mailto:michelleclark@quinnemanuel.com>>; Nathan Hamstra <nathanhamstra@quinnemanuel.com<mailto:nathanhamstra@quinnemanuel.com>>
Subject: RE: In-Person Source Code Review

External Email
Kayvan,

We can agree to conduct our review of Audible Magic's source code in San Francisco at counsel's office. But given that Audible Magic was already prepared to proceed with the review in July, why would it take another six weeks to commence the review? We would suggest that we begin the review on November 2nd, and continue day to day thereafter.

With respect to additional precautions, it isn't entirely clear to us what Audible Magic is proposing. If there are specific precautions reflected in the operative health order that you would like implemented, please specifically identify them. However, there is no requirement in the Public Health Order that people quarantine within the "San Francisco area for two weeks prior to the inspection." We, of course, welcome reasonable efforts that Audible Magic and its counsel wish to undertake to ensure the health and safety of our reviewers and anyone in your offices, including contactless review, but demanding that someone spend 2 weeks away from their family and homes just to review the Audible Magic code is neither provided for by the Protective Order or the Public Health Order.

We greatly look forward to commencing the source code review on a cooperative basis. If you feel the need to discuss any proposed restrictions to ensure safety during the review, we are free for a call at 10:30 Pacific tomorrow.

As you note, time is of the essence and we are prepared to re-urge our motion should Audible Magic decline to make its code available in a timely manner, or in a manner provided for in the protective order.

Thanks,
-KP

Krishnan Padmanabhan

Partner

Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193

D: +1 212-294-3564

F: +1 212-294-4700

Bio<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.winston.com_en_who-2Dwe-2Dare_attorneys_padmanabhan-2Dkrishnan.html&d=DwMF-g&c=Anw7wKLFSGyH7zEzIqo-zgMRy5HE-AH-SibmOy3H7xE&r=ptTNYxuGmVcgppsHOuxSXHmoyS9ae8hJZR395dlkgdE&m=QqhhVnzRZBgFu3PJIqdjERegSMnXGDcsSEW6Rm3ygiE&s=D2_qYHEJC8qCBADO0b9nTiMHa68EDkQ05Z8z8fME_fU&e=>|
VCard<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.winston.com_vcards_866.vcf&d=DwMF-g&c=Anw7wKLFSGyH7zEzIqo-zgMRy5HE-AH-SibmOy3H7xE&r=ptTNYxuGmVcgppsHOuxSXHmoyS9ae8hJZR395dlkgdE&m=QqhhVnzRZBgFu3PJIqdjE

RegSMnXGDcsSEW6Rm3ygiE&s=vdGLFKntbKeT5aegc7q3gOlW5mTrKzj-EoaxBkOPPYg&e=> |
Email<mailto:kpadmanabhan@winston.com> | winston.com<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.winston.com&d=DwMF-g&c=Anw7wKLFSGyH7zEzIqo-zgMRy5HE-AH-SibmOy3H7xE&r=ptTNYxuGmVcgppsHOuxSXHmoyS9ae8hJZR395dlkgdE&m=QqhhVnzRZBgFu3PJIqdjERegSMnXGDcsSEW6Rm3ygiE&s=nWAxF8RW03KvBhl5adeWfpOI4t3AoGi6pr8AajneLMc&e=>

Admitted to practice in California, New York

<image004.jpg>

From: Ghaffari, Kayvan <KGhaffari@crowell.com<mailto:KGhaffari@crowell.com>>
Sent: Tuesday, October 20, 2020 2:51 PM
To: Padmanabhan, Krishnan <KPadmanabhan@winston.com<mailto:KPadmanabhan@winston.com>>; Golinveaux, Jennifer <JGolinveaux@winston.com<mailto:JGolinveaux@winston.com>>; davideiseman@quinnemanuel.com<mailto:davideiseman@quinnemanuel.com>; andrewschapiro@quinnemanuel.com<mailto:andrewschapiro@quinnemanuel.com>
Cc: Ramsey, Gabriel <GRamsey@crowell.com<mailto:GRamsey@crowell.com>>; Rychlinski, Joshua <JRychlinski@crowell.com<mailto:JRychlinski@crowell.com>>; Canter, Jacob <JCanter@crowell.com<mailto:JCanter@crowell.com>>; Ghaffari, Kayvan <KGhaffari@crowell.com<mailto:KGhaffari@crowell.com>>
Subject: In-Person Source Code Review

KP –

Due to recent revised changes in California's shelter-in-place laws and in an effort to avoid continued motion practice, Audible Magic is available for an in-person review of the source code on November 30, 2020.

As you are aware, we have consistently remained open to such an inspection as long as appropriate procedures are in place to ensure both the safety of all participants and security of the propriety and confidential source code. Recently, the number of COVID-19 related cases have remained stable in the city and county of San Francisco. Accordingly, and pursuant to the State's revised color-tiered rules governing shelter-in-place, San Francisco has loosened certain in-person restrictions since the date Charter filed its motion to compel. To this end, below is a preliminary sketch of reasonable steps for an in-person inspection of the source code at Crowell's SF office in light of the relevant shelter-in-place orders. We believe this is a reasonable framework for handling the inspection:


* The inspection should comply with the Protective Order issued in Warner, which specifically identifies all source code review shall occur at counsel's office
* The inspection should comply with San Francisco's shelter-in-place ordinance (a copy of the FAQ for San Francisco Health Orders, issued by the city government on October 14, 2020, is attached for your convenience and review)
* Participants should remain in the San Francisco area for two weeks prior to the inspection, should have absolutely no COVID symptoms, and should take reasonable health precautions for the two weeks prior to the inspection as well (such as taking your temperature, not going to crowded areas, etc.).

Please let us know by tomorrow COB if Charter is amenable with this offer, as it will streamline the process, allow Charter to inspect the source code before the Special Master would ultimately rule on the papers, and, most importantly, ensure the safety of all those involved and the security of Audible Magic's source code. We hope this resolves the issue and we can notify the Special Master of the parties' agreement.

Thanks
KG

Kayvan Ghaffari | Crowell & Moring LLP
3 Embarcadero Center, 26th Floor | San Francisco, CA 94111
kghaffari@crowell.com<mailto:kghaffari@crowell.com>
Direct 1.415.365.7223
Mobile 1.408.679.1576

Admitted in California and New York

_____

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.