# EXHIBIT 3

# Canter, Jacob

| | |
|---|---|
| **From:** | Padmanabhan, Krishnan <KPadmanabhan@winston.com> |
| **Sent:** | Saturday, June 13, 2020 6:51 PM |
| **To:** | Rychlinski, Joshua; Alvarez, Cesie; Golinveaux, Jennifer; Brody, Michael; Benjamin, Rachel |
| **Cc:** | Ramsey, Gabriel; Ghaffari, Kayvan |
| **Subject:** | RE: Audible Magic Production |

External Email

Josh –

Thanks for your email.  First, we disagree with your assertion that our request that Audible Magic simply identify whether there have been any communications with Plaintiffs or the RIAA is foreclosed by the Special Master's order, or that the Special Master's order forecloses production of communications regarding Audible Magic's coordination with Plaintiffs or RIAA with respect to these litigations.

Can we set a time this week to discuss code review?  Given the present environment, we would like to get that discussion started this week if possible.

We are available at 1 pm EST on Tues. or Wed. this week.  If either of those times work, we will circulate an invite.  If not, please identify alternate times when you are available.

Thanks,
-KP

**Krishnan Padmanabhan**
**Partner**
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
D: +1 212-294-3564
F: +1 212-294-4700
Bio | VCard | Email | winston.com
*Admitted to practice in California, New York*



---

**From:** Rychlinski, Joshua <JRychlinski@crowell.com>
**Sent:** Tuesday, June 9, 2020 1:44 PM
**To:** Alvarez, Cesie <CAlvarez@winston.com>; Golinveaux, Jennifer <JGolinveaux@winston.com>; Brody, Michael <MBrody@winston.com>; Padmanabhan, Krishnan <KPadmanabhan@winston.com>; Benjamin, Rachel <RBenjamin@winston.com>
**Cc:** Ramsey, Gabriel <GRamsey@crowell.com>; Ghaffari, Kayvan <KGhaffari@crowell.com>
**Subject:** RE: Audible Magic Production

Cesie,

1