# EXHIBIT 4

| | |
|---|---|
| **From:** | Rychlinski, Joshua |
| **To:** | Padmanabhan, Krishnan |
| **Cc:** | Ramsey, Gabriel; Ghaffari, Kayvan; Alvarez, Cesie; Golinveaux, Jennifer; Brody, Michael; Benjamin, Rachel |
| **Subject:** | RE: Audible Magic Production |
| **Date:** | Tuesday, June 30, 2020 6:30:46 PM |

KP —

I will not be forced by you to drop whatever I am doing and immediately respond to your constant and seemingly urgent need to harass a third party in discovery.  Your clients are getting the material to which Audible Magic agreed to produce under the subpoena, through our documented exchanges.  I have other professional and social obligations that prevent me from focusing exclusively on your matter.

Audible Magic has stated its position as to the code review multiple times.  It's quite simple, actually.  Audible Magic will make its extremely confidential and trade secret source code available on a computer that is physically located at the offices of Audible Magic's counsel and under counsel's direct control.  There will be no exceptions to that.  No other party will have access whatsoever.  This code is Audible Magic's most sensitive and valuable intellectual property.  Audible Magic will not and cannot put the business value of essentially the entire company at risk in any way.  As a third party, it has no obligation to create such risk to the business.  There is nothing further to discuss on that matter.  It was not a problem for prior similarly situated parties, in numerous prior litigation matters, to have their experts review Audible Magic's code in this way at the offices of Audible Magic's counsel.  And, so, that process will suffice here.  It will just take a little bit longer to organize logistics with the office and building management.  But, it is not a barrier and we have already begun preparations to make the code available in this way, and to install the requested tools, as indicated in my prior correspondence.

Audible Magic will make the code available at the offices of Crowell & Moring in either New York or San Francisco, where you are located, on July 20 or anytime thereafter.  Once the code is available at one of our offices, we can make arrangements for your clients' expert to review that material for as many days as is requested (subject to any staffing / scheduling issues).  You must disclose the name and CV of your expert at least seven (7) days in advance of the proposed inspection date.

Additionally, we are only making the copy of the code and review computer available in one city (e.g., either NY or SF, but not both). Due to the logistical requirements and coordination required on our end we are requesting 48 hours' notice of your proposed date of inspection for either location, during business hours, exclusive of weekends/holidays, as we need to coordinate with our building management regarding logistics.  Visitors at either location may be required to complete a heath related visitor questionnaire prior to accessing either building.

As you can see, Audible Magic is coordinating with several individuals to confirm adequate health protocols are in place in light of the global pandemic; and Audible Magic is working diligently to provide the inspection notwithstanding two critical facts: (1) Audible Magic has offered to make its source code available for inspection since January 2020 and you only requested such an inspection five months later and (2) there is simply no need for such urgency because fact discovery in your

cases does not close until various points in 2021. At no point during the parties' back and forth has Audible Magic refused to make its code available for inspection.

At this point, you can either accept Audible Magic's efforts to make the inspection available on short notice during a global pandemic (as discussed above and in our prior exchanges), or you can file a motion, waste judicial resources, unnecessarily drive up client expenses, and ironically delay your inspection well beyond July.  It goes without saying, if you do proceed with such a motion, Audible Magic will demand fees.

Thanks,
Josh


Joshua M. Rychlinski | Counsel

**Crowell & Moring LLP** | www.crowell.com

1001 Pennsylvania Avenue NW

Washington, DC 20004

Office: 1.202.624.2688 | Mobile: 1.248.302.7887

jrychlinski@crowell.com