# EXHIBIT 5

| | |
|---|---|
| **From:** | Rychlinski, Joshua |
| **To:** | Padmanabhan, Krishnan; Alvarez, Cesie; Golinveaux, Jennifer; Brody, Michael; Benjamin, Rachel |
| **Cc:** | Ramsey, Gabriel; Ghaffari, Kayvan |
| **Subject:** | RE: Audible Magic Production |
| **Date:** | Monday, June 22, 2020 1:16:28 PM |

Hi KP,

Coordinating an in-person source code review in early July will be difficult in light of the applicable shelter-in-place laws and related issues. While we will endeavor to make it happen, we suggest proposing dates at the end of July-early August as well.

Audible Magic will produce the source code consistent with the process in the Cox matter, for which Winston was counsel and coordinated a source code review, and per the terms of the Protective Orders in the Charter and Bright House cases, which clearly identify certain processes, including printing. As to your other questions, I direct you to my statement last week that Audible Magic will provide the code for "the fingerprint generation and fingerprint comparison modules used to produce the results contained in the transaction logs Audible Magic has produced at AUDIBLE-MAGIC-0007657 and AUDIBLE-MAGIC-0068220."  Your further questions about the code are properly addressed through the mechanisms of discovery.

Thanks,
Josh


Joshua M. Rychlinski | Counsel

**Crowell & Moring LLP** | www.crowell.com

1001 Pennsylvania Avenue NW

Washington, DC 20004

Office: 1.202.624.2688 | Mobile: 1.248.302.7887

jrychlinski@crowell.com