# EXHIBIT 6

| | |
|---|---|
| **From:** | Rychlinski, Joshua |
| **To:** | Padmanabhan, Krishnan |
| **Cc:** | Ramsey, Gabriel; Ghaffari, Kayvan; Alvarez, Cesie; Golinveaux, Jennifer; Brody, Michael; Benjamin, Rachel |
| **Subject:** | RE: Audible Magic Production |
| **Date:** | Thursday, June 25, 2020 9:01:23 PM |

Hi KP –

We are in the process preparing for the code review, though we still cannot confirm a date at present. Please provide dates throughout July as that will expedite our ability to lock in a date with our office administrator, building management, etc.

Thank you for your list of proposed tools.  In theory, we do not object to anything on this list, but that may change as we investigate the tools and install them on the inspection device.  We will let you know of any changes and, if necessary, will work with you towards a solution.  In the meantime, please confirm that to the extent a license or purchase is needed for any of the below software tools, Charter/Bright House will pay the associated cost.

Until we have a better sense of the in-person inspection protocol—which, for clarity sake, requires not only coordinating with our office administrator, but also with the building management company—we do not believe a phone call would be fruitful. Once we have those details locked down (and dates from you), we would be happy to walk through the inspection on a phone call.

Best,
Josh


Joshua M. Rychlinski | Counsel

**Crowell & Moring LLP** | www.crowell.com

1001 Pennsylvania Avenue NW

Washington, DC 20004

Office: 1.202.624.2688 | Mobile: 1.248.302.7887

jrychlinski@crowell.com