# EXHIBIT 7

| | |
|---|---|
| **From:** | Rychlinski, Joshua |
| **To:** | Padmanabhan, Krishnan |
| **Cc:** | Ramsey, Gabriel; Ghaffari, Kayvan; Alvarez, Cesie; Golinveaux, Jennifer; Brody, Michael; Benjamin, Rachel; davideiseman@quinnemanuel.com; andrewschapiro@quinnemanuel.com |
| **Subject:** | RE: Audible Magic Production |
| **Date:** | Monday, July 27, 2020 4:44:33 PM |

Hi KP,

Thank you for the email providing the final information regarding the tools. In light of the recent surge in COVID-related cases that has taken hold of the San Francisco Bay Area region and accompanying changes in county and state guidance, we need to postpone the inspection several weeks. We trust this should be fine as we work together given the current health crisis.

This request is especially reasonable in light of the increased number of individuals attending the inspection. When we first started this dialogue, we were under the impression that only one expert would be at the inspection. That number is now three. We also noticed that attorneys at Quinn Emanuel have appeared in the cases and now this email thread.  Given the ever-increasing number of individuals likely to attend this inspection and due to the recent surge, we need to circle back with various parties to ensure appropriate health protocols are in place.

Thank you for your understanding.

Best,
Josh


Joshua M. Rychlinski | Counsel

**Crowell & Moring LLP** | www.crowell.com

1001 Pennsylvania Avenue NW

Washington, DC 20004

Office: 1.202.624.2688 | Mobile: 1.248.302.7887

jrychlinski@crowell.com