# EXHIBIT 8

| | |
|---|---|
| **From:** | Rychlinski, Joshua |
| **To:** | Padmanabhan, Krishnan |
| **Cc:** | Ramsey, Gabriel; Ghaffari, Kayvan; Alvarez, Cesie; Golineaux, Jennifer; Brody, Michael; Benjamin, Rachel; davideiseman@quinnemanuel.com; andrewschapiro@quinnemanuel.com |
| **Subject:** | RE: Audible Magic Production |
| **Date:** | Monday, August 03, 2020 10:16:33 AM |

Hi KP,

Thank you for your email.  Audible Magic fully intends to make its source code available for inspection in-person.  As I stated in my June 30th email, a remote inspection does not adequately protect the security of Audible Magic's underlying source code, which is without dispute Audible Magic's most sensitive and valuable technology. We simply do not have any ability to control the circumstances of a remote inspection to the same degree as an in person inspection at our San Francisco office, including ensuring the source code device is not connected to a printing device or the Internet.  Given the value of the source code to Audible Magic's business, we cannot take any chances with it.

In addition, we do not see how conducting an inspection at a third party site avoids any of the issues we are facing with San Francisco's shelter-in-place rules. If anything, it could complicate and delay the inspection even more.  We would need to understand the shelter-in-place rules where the site is located, coordinate travel and health protocols with relevant stakeholders, and take appropriate quarantining measures in advance of the inspection.  We simply cannot snap our fingers and suddenly appear at an unknown site without understanding what protocols are in place at that site to sufficiently protect the health and safety of the attorneys and experts.  Finally, as we've said, there is no urgency in this discovery.  Assuming the parties do not extend discovery once again, your fact discovery deadline remains nearly half a year away (January 2021) in one case, with the other months after that.  There is simply no pressing need to unnecessarily assume all these risks at present, especially with respect to a third party, when the risks of COVID are far greater.

To be clear, we will make the source code available for inspection. But that inspection will need to be in-person and conducted under reasonable circumstances which minimize the health risks of the various parties involved and the risk to Audible Magic's business, particularly given Audible Magic's status as a third party. Revisiting the logistics of an inspection in one or two months when we have a greater understanding of COVID-19 and the conditions in the Bay Area (hopefully) begin to abate balances the competing concerns of the health of our team, the health of your team, the need to protect Audible Magic's most important business asset, and the need for the discovery to which Audible Magic has agreed (and continues to agree) it will provide.

To the extent you still believe a call is necessary, we are available Thursday or Friday morning pacific time.

Best,
Josh

Joshua M. Rychlinski | Counsel

**Crowell & Moring LLP** | www.crowell.com

1001 Pennsylvania Avenue NW

Washington, DC 20004

Office: 1.202.624.2688 | Mobile: 1.248.302.7887

jrychlinski@crowell.com