# EXHIBIT 9

| | |
|---|---|
| **From:** | Padmanabhan, Krishnan |
| **To:** | Rychlinski, Joshua |
| **Cc:** | Ramsey, Gabriel; Ghaffari, Kayvan; Alvarez, Cesie; Golinveaux, Jennifer; Brody, Michael; Benjamin, Rachel |
| **Subject:** | Audible Magic Production |
| **Date:** | Tuesday, June 23, 2020 10:09:37 PM |

Josh,

We appreciate Audible Magic working towards a review in early July if possible, and look forward to updates on progress towards that. We will, for our part, check to see if our experts are available later in July or early August.

Below we offer the thoughts about options to facilitate the code review process notwithstanding COVID-19 related issues.

But as a preliminary matter, it is unclear to us why you are unwilling to get on the telephone to discuss these issues. The rules in the Northern District of California obligate both sides to meet and confer in person, and discourage the sort of email exchanges your refusal to take a call have necessitated. This problem is compounded by your position that, as a matter of professional courtesy, you need 48 hours to respond to any email. We are dealing with logistical questions that are routinely hashed out by conversations between the parties. And the number of issues to be hashed out is heightened as a result of the current health crisis. We certainly hope we can start picking up the telephone, rather than engaging in the repeated exchange of emails.

As for the particulars of the code review, can you confirm if Crowell is allowing visitors into its San Francisco office, or if it plans to do so in July (or early August)? If you are having difficulty, we are investigating whether we can support a code review in Winston's Silicon Valley office, which is fairly small, and easy to keep clear for installation of the code review machine.

To the extent you have concerns about hosting in Crowell's San Francisco or Winston's Silicon Valley office, then we would propose that we work together to see if an alternative method for source code production can work. While we provide some proposals below, we are open to discussing any reasonable alternative:

(i) remote source code review using a tool such as OneDrive, that allows Audible Magic to retain complete control of the files and monitor all access and viewing;

(ii) production of the source code at the offices of a secure third party or a document vendor. An example would be an Iron Mountain facility, or a document review vendor (e.g., Epiq)

We think it would be productive to walk through these options on a phone call. Please let us know when you are available.

With respect to source code review tools, we request that the following tools be installed on the source code review computer. I would note that we have requested a UML reader. Can you confirm whether Audible Magic has searched for any UML related to the relevant source code, and whether that will be produced? Again, we are happy to discuss any of this by telephone.

Source Code Review Tools
- Notepad++
- Slickedit
- Powergrep
- ExamDiff Pro
- Word/Powerpoint/Excel
- Acroread
- Cygwin
- HTML browser
- Viewer for images e.g. GIMP, picture manager, or paint
- UML reader

We look forward to discussing.

Thanks,
-KP

**Krishnan Padmanabhan**
**Partner**
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193

D: +1 212-294-3564

F: +1 212-294-4700

Bio | VCard | Email | winston.com

*Admitted to practice in California, New York*

WINSTON & STRAWN LLP