# EXHIBIT 10

| From: | Padmanabhan, Krishnan |
|---|---|
| To: | Rychlinski, Joshua |
| Cc: | Ramsey, Gabriel; Ghaffari, Kayvan; Alvarez, Cesie; Golinveaux, Jennifer; Brody, Michael; Benjamin, Rachel; davideiseman@quinnemanuel.com; andrewschapiro@quinnemanuel.com |
| Subject: | RE: Audible Magic Production |
| Date: | Tuesday, July 28, 2020 5:41:54 PM |
| Attachments: | Audible Magic Production.msg.msg |

Josh —

Thanks for your email.  We understand that the COVID-19 health crisis persists, and that this requires flexibility.   But there is no basis to believe that conditions will improve in a few weeks' time, as your email suggests.  And given the ever-evolving nature of the health crisis, including the vacillation between slightly improved, and once-again worsened conditions, we may find ourselves repeating this process of scheduling the code review, and then canceling it, if we simply attempt to keep pushing the review out by a few weeks.

We would ask that Audible Magic reconsider the options we previously proposed in our email of 6/23 (reattached here) that would allow code review to be conducted remotely and securely.   A secure remote review would allow us to safely navigate the issues posed by the health crisis.  To date, you have not provided any basis for refusing to produce the source code using a secure remote means.  But, to the extent that Audible Magic insists it is unwilling to do so, we need to meet and confer to discuss how this source code review can be conducted in the current climate. We can be available at any time on Wednesday, or on Thursday outside of 12 – 3 PST.  To the extent you are unavailable at those times, please let us know when you are available.

With respect to the number of code reviewers and attorneys, your email makes some incorrect assumptions.  While we have cleared three source code reviewers, and there are attorneys from two law firms that represent Charter / Bright House copied on these emails, all of these people will not be showing up for a source code review.  We expect one to two reviewers to attend on any given day, and that an attorney may join them on occasion.

In any event, it sounds like the current health crisis is prohibiting Audible Magic / Crowell from moving forward with an in person review at this time.  Given that the subpoena to Audible Magic was served in December of last year, it is time to move forward and conduct a source code review. We look forward to discussing.

Thanks,
KP

**Krishnan Padmanabhan**
**Partner**
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
D: +1 212-294-3564
F: +1 212-294-4700

Bio | VCard | Email | winston.com

*Admitted to practice in California, New York*

WINSTON
&STRAWN
LLP