# EXHIBIT 11

| | |
|---|---|
| **From:** | Padmanabhan, Krishnan |
| **To:** | Rychlinski, Joshua |
| **Cc:** | Ramsey, Gabriel; Ghaffari, Kayvan; Alvarez, Cesie; Golinveaux, Jennifer; Brody, Michael; Benjamin, Rachel; davideiseman@quinnemanuel.com; andrewschapiro@quinnemanuel.com |
| **Subject:** | RE: Audible Magic Production |
| **Date:** | Sunday, August 02, 2020 11:12:42 AM |

Josh –

I hope this finds you well.  Can we please set a time to speak regarding methods for secure remote production of Audible Magic's source code?  As explained below, given the unpredictability of the health crisis, simply pushing the review out a few weeks may only lead to further delay.

We can be available to speak on Monday at your convenience.  And if that doesn't work, please identify another time this week when you are available.

Thanks,
KP

**Krishnan Padmanabhan**
**Partner**

Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193

D: +1 212-294-3564

F: +1 212-294-4700

Bio | VCard | Email | winston.com

*Admitted to practice in California, New York*

**WINSTON & STRAWN** LLP