# EXHIBIT 12

# Canter, Jacob

| | |
|---|---|
| **From:** | Jeff Gould <Jeff@oandzlaw.com> |
| **Sent:** | Friday, September 25, 2020 2:29 PM |
| **To:** | Rychlinski, Joshua |
| **Subject:** | Charter v. Audible Magic |
| **Attachments:** | Charter Ltr. re Plaintiffs' Sept. 1 Certification (2020.09.24)[1].pdf; Warner, et al. v. Charter Communications, Inc. |

External Email

Josh,

Charter served Plaintiffs with a copy of its motion to compel Audible Magic, including for 2016 documents and transaction logs, and I have had an opportunity to review it.  So that you are aware, Plaintiffs have asserted work product protection over the look-ups that MarkMonitor conducted with Audible Magic in January and February 2016.  Charter has challenged that claim.  One of Plaintiffs' emails and Charter's recent letters to the Special Master on this topic are attached.

Regards,
Jeff

Jeffrey M. Gould
**Oppenheim + Zebrak, LLP**
4530 Wisconsin Avenue, NW | Suite 500
Washington, DC 20016
202.851.4526 direct | 202.480.2999 main
jeff@oandzlaw.com |www.oandzlaw.com

Follow Oppenheim + Zebrak on Twitter:   https://twitter.com/OandZLaw