# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| WARNER RECORDS, INC., et al, <br><br> Plaintiffs, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> Defendants. | **Case No. 19-cv-00874 RBJ** |

### DECLARATION OF VANCE IKEZOYE IN SUPPORT OF THIRD-PARTY AUDIBLE MAGIC CORPORATION'S OPPOSITION TO CHARTER COMMUNICATIONS, INC.'S MOTION TO COMPEL

I, Vance Ikezoye, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the President and Chief Executive Officer of Audible Magic Corporation ("Audible Magic"). I have personal knowledge of the following facts and, if called and sworn as a witness, could competently testify thereto. I submit this declaration in support of Third-Party Audible Magic's Opposition to Charter Communications, Inc.'s (Charter's) Motion to Compel.

**Audible Magic's Technology**

2. Audible Magic gained its reputation as an industry leader for audio recognition technology that classifies sound based on its perceptual characteristics. A company called Muscle Fish, LLC, which began in 1992 and which Audible Magic acquired in July 2000, originally developed the technology. Audible Magic has further developed the technology since acquiring Muscle Fish, LLC.

1

3. The analysis performed by this technology produces a set of numeric values called a "feature vector" or "digital fingerprint," which, in essence, identifies a unique recording just as a human fingerprint identifies a person.

4. Audible Magic also possesses a "reference database" of fingerprints from millions of copyrighted sound recordings.

5. Audible Magic's service is available to all rights holders, including musicians, artists, record labels, music publishers, or movie and TV studios. By using Audible Magic's service, these customers can verify proper rights holders of video and audio content, original music records, and covers and ensure legitimate usage of certain media.

6. Audible Magic customers and partners have access to a service that converts unknown audio into a digital fingerprint. Once Audible Magic receives a digital fingerprint of an unknown audio file from a customer, it uses technology to compare the digital fingerprint of the unknown audio file against the reference database to determine if that digital fingerprint matches a digital fingerprint in the reference database.

7. Audible Magic service is automated. Given the volume of content at issue at any given moment, Audible Magic allows any customer to make a request for real-time content identification through an automated system. It is effectively a "black box" services. This means once a request is made, Audible Magic has no knowledge about the reasoning behind the request, where or how customers obtain unknown audio files, and also has no knowledge about what customers do after Audible Magic uses its technology to determine whether the audio file matches a digital fingerprint in the reference database. The service is solely an automated way to identify and match files and Audible Magic has no further insight into a customer's use of the Audible Magic information or reasons for obtaining the information.

8. A substantial portion of Audible Magic's revenue relies on the audio recognition technology, either through customers seeking to match unknown audio files to digital fingerprints in the reference database, or for other purposes.

9. Audible Magic's audio recognition technology is based on highly proprietary source code (the "Source Code"). The Source Code is essential to Audible Magic's business. Audible Magic has spent decades researching and developing its technology.

10. Due to the importance of the Source Code on Audible Magic's business, Audible Magic has taken significant steps to maintain the confidentiality of the source code. The secrecy of the Source Code is essential to Audible Magic's competitive advantage and profitability in the marketplace. If the Source Code were to be publicly disclosed or if a competitive were to receive information concerning the Source Code, Audible Magic's competitive advantage and place in the marketplace would be severely compromised or destroyed.

11. Accordingly, Audible Magic has taken significant steps to protect the Source Code from either intentional or accidental publication:

    a. First, Audible Magic controls and severely restricts who has access to the Source Code. For example, only certain Audible Magic software developers are able to access the Source Code, and no Audible Magic employee outside of this group are granted access. In order to gain access, the develop must go through an access process where they are given specific credentials for accessing the Source Code. The developers are restricted from accessing the source code unless there is a specific business justification to do so and must sign a confidentiality and non-disclosure agreement prior to access the Source Code.

    b. Second, Audible Magic controls who can access the Source Code through its secure Virtual Private Network ("VPN"). Thus, even a developer with an approved justification to access the Source Code must use the VPN before being afforded the ability to access the Source Code.

    c. Third, as part of its efforts to control access to the Source Code, Audible Magic requires its developers to log each instance they access and review the Source Code

  d.  Fourth, Audible Magic does not allow any customer, third-party, or outside vendor to access or review the whole Source Code. In the rare instance where a customer requests to see the Source Code for security review, Audible Magic will only show limited portions of the Source Code on a need-to-see basis and only enough to comply with that review. Those customers must first execute a confidentiality and non-disclosure agreement before the review, and will then only able to view the Source Code on an Audible Magic device, on Audible Magic's network, and in the presence of an Audible Magic employee at all times.

 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 23th day of October, 2020, in Los Gatos, California.

                _____
                Vance Ikezoye

4