**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| WARNER RECORDS INC. (f/k/a/ Warner Bros. Records, Inc.), *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> Defendant. | Case No. 19-cv-00874-RBJ-MEH |

## DECLARATION OF ANDREW SCHAPIRO

I, Andrew Schapiro, declare:

1. I am a partner in the Chicago and New York offices of Quinn Emanuel Urquhart & Sullivan LLP, and counsel for Defendant Charter Communications, Inc. in this case. I submit this declaration in support of Charter's Response to Plaintiffs' Partial Objection to Special Master's October 8, 2020 Order. I make this declaration of my own personal knowledge and, if called to testify, I could and would competently testify hereto under oath.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' Second Set of Interrogatories to Defendant Charter Communications, Inc., dated February 7, 2020.

3. Attached hereto as Exhibit B is a true and correct copy of Plaintiffs' First Set of Requests for Production to Defendant Charter Communications, Inc., dated June 10, 2019.

4. Attached hereto as Exhibit C is a true and correct copy of Defendant Charter Communication, Inc.'s First Supplemental Responses to Plaintiffs' First Set of Requests for Production of Documents, dated May 27, 2020.

2

5. Attached hereto as Exhibit D is a true and correct copy of Plaintiffs' Amended Objections and Responses to Charter Communications, Inc.'s Requests for Production of Documents, dated May 27, 2020.

6. Attached hereto as Exhibit E is a true and correct copy of Plaintiffs' Second Set of Requests for Production to Defendant Charter Communications, Inc., dated February 7, 2020.

7. Attached hereto as Exhibit F is a true and correct copy of Defendant Charter Communications, Inc.'s First Supplemental Responses to Plaintiffs' Second Set of Requests for Production, dated April 29, 2020.

8. Attached hereto as Exhibit G is a true and correct copy of an email from Jennifer Golinveaux to Regina Rodriguez and others dated May 27, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 23, 2020.

Andrew Schapiro