# Exhibit G

| | |
|---|---|
| **From:** | Golinveaux, Jennifer |
| **To:** | Regina.Rodriguez@wilmerhale.com; Tracy.Gomez@wilmerhale.com |
| **Cc:** | Kamin, Mitchell A; Sperling, Jonathan; Sahni, Neema T; Hill, Phillip A; Jackson, Marianna; Fields, Michael; Lampros, Nicholas M.; Matt Oppenheim; Scott Zebrak; Janette Ferguson; Elkin, Michael; Lane, Thomas; Ranahan, Erin; Spitzer, Seth; Alvarez, Cesie; cjoyce@fwlaw.com; Jtanner@fwlaw.com; Ellis, Emily; Padmanabhan, Krishnan; Andrew Guerra; Jeff Gould; Anderson, Sean |
| **Subject:** | Warner Records, Inc., et al. v. Charter Communications, Inc. - Case No. 19-cv-00874-RBJ-MEH - May 18 Discovery Hearing, Plaintiffs" RFP 61 |
| **Date:** | Wednesday, May 27, 2020 5:37:09 PM |

Dear Ms. Rodriguez,

Pursuant to your order at the May 18 discovery hearing on Plaintiffs' Request for Production No. 61, *see* May 18 Hearing Transcript at 64:10-69:14, Charter maintains information on non-copyright violations of its Acceptable Use Policy ("AUP") in the Charter Abuse Tracking System ("CATS"). The data is not maintained in a readily available spreadsheet or report. The administrator of CATS estimates that creating a report that summarizes the non-copyright AUP violations by type and by total number of actions taken in response to each category of AUP violation from available CATS data for the Claims Period would take approximately one week to complete.

Sincerely,
Jennifer

### Jennifer A. Golinveaux

**Partner**

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5840

D: +1 415-591-1506

F: +1 415-591-1400

Bio | VCard | Email | winston.com

WINSTON
&STRAWN
LLP