**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| WARNER RECORDS INC. (f/k/a/ Warner Bros. Records, Inc.), *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.<br><br>*Defendant*. | Case No. 19-cv-00874-RBJ-MEH |

## NOTICE OF APPEARANCE

Michelle Clark of Quinn Emanuel Urquhart & Sullivan, LLP enters her appearance on behalf of Defendant Charter Communications, Inc. in the above-entitled action and requests that all notices, papers, and documents in connection with this matter be served upon her.

Dated: October 27, 2020                                         Respectfully submitted,

| | |
|---|---|
| Jennifer A. Golinveaux<br>WINSTON & STRAWN LLP<br>101 California Street, 35th Floor<br>San Francisco, CA 94111-5840<br>(415) 591-1506 (telephone)<br>(415) 591-1400 (facsimile)<br>E-mail: jgolinveaux@winston.com<br><br>Michael S. Elkin<br>Thomas Patrick Lane<br>Seth E. Spitzer<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166<br>(212) 294-6700 (telephone)<br>(212) 294-4700 (facsimile)<br>E-mail: melkin@winston.com<br>E-mail: tlane@winston.com<br>E-mail: sspitzer@winston.com<br><br>Erin R. Ranahan<br>WINSTON & STRAWN LLP<br>333 S. Grand Avenue<br>Los Angeles, CA 90071<br>(213) 615-1933 (telephone)<br>(213) 615-1750 (facsimile) | */s/ Michelle A. Clark*<br>Charles K. Verhoeven<br>David Eiseman<br>Linda Brewer<br>Michelle A. Clark<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>(415) 875-6600 (telephone)<br>(415) 875-6700 (facsimile)<br>E-mail: charlesverhoeven@quinnemanuel.com<br>E-mail: davideiseman@quinnemanuel.com<br>E-mail: lindabrewer@quinnemanuel.com<br>E-mail: michelleclark@quinnemanuel.com<br><br>Andrew H. Schapiro<br>Nathan Hamstra<br>Allison Huebert<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>(312) 705-7400 (telephone)<br>(312) 705-7401 (facsimile)<br>E-mail: andrewschapiro@quinnemanuel.com |

| | |
|---|---|
| E-mail: eranahan@winston.com | E-mail: nathanhamstra@quinnemanuel.com<br>E-mail: allisonhuebert@quinnemanuel.com<br><br>Todd Anten<br>Jessica Rose<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>51 Madison Ave, 22nd floor<br>New York, NY 10010<br>(212) 849-7000 (telephone)<br>(212) 849-7100 (facsimile)<br>E-mail: toddanten@quinnemanuel.com<br>E-mail: jessicarose@quinnemanuel.com<br><br>Craig D. Joyce<br>Fairfield and Woods, P.C.<br>1801 California Street, Suite 2600<br>Denver, Colorado 80202<br>(303) 830-2400 (telephone)<br>(303) 830-1033 (facsimile)<br>E-mail: cjoyce@fwlaw.com<br><br>*Counsel for Defendant*<br>*Charter Communications, Inc.* |