## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| WARNER RECORDS INC. (f/k/a/ Warner Bros. Records, Inc.), *et al*., <br><br>                   *Plaintiffs*, <br><br>      v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br>                *Defendant*. | Case No. 19-cv-00874-RBJ-MEH |

### STIPULATED MOTION FOR ENLARGEMENT OF TIME TO RESPOND

All Parties, by and through their respective counsel below, jointly move the Court to enlarge the time limit for briefing related to Plaintiffs' Motion to Compel Production of Documents (Dkt. 262), and as grounds therefor, state as follows:

1.     **Certification Pursuant to D. Colo. L. Civ. R. 7.1**: Counsel for Defendant has conferred with counsel for Plaintiffs via email regarding this Motion.  Plaintiffs consent to the relief requested in this Motion.

2.     On October 12, 2020, Plaintiffs filed their motion to compel.  Dkt. 262.

3.     Charter's opposition brief is presently due on Monday, November 2, 2020.

4.     Plaintiffs consent to a short extension of time permitting Charter to file its opposition brief on Wednesday, November 4, 2020.

5.     In turn, Charter consents to a short extension of time permitting Plaintiffs to file their opposition brief on Wednesday, November 18, 2020.

WHEREFORE, the Parties request this Court enter an Order, for good cause shown, enlarging the time for Charter to file its opposition brief to November 4, 2020 and Plaintiffs to file their reply brief to November 18, 2020.

Dated: October 30, 2020

Respectfully submitted,

*/s/ Jennifer A. Golinveaux*

Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5840
(415) 591-1506 (telephone)
(415) 591-1400 (facsimile)
E-mail: jgolinveaux@winston.com

Michael S. Elkin
Thomas Patrick Lane
Seth E. Spitzer
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700 (telephone)
(212) 294-4700 (facsimile)
E-mail: melkin@winston.com
E-mail: tlane@winston.com
E-mail: sspitzer@winston.com

Erin R. Ranahan
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071
(213) 615-1933 (telephone)
(213) 615-1750 (facsimile)
E-mail: eranahan@winston.com

Craig D. Joyce
Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, Colorado 80202
(303) 830-2400 (telephone)
(303) 830-1033 (facsimile)
E-mail: cjoyce@fwlaw.com

*/s/ Andrew H. Schapiro*

Andrew H. Schapiro
Allison Huebert
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400 (telephone)
(312) 705-7401 (facsimile)
E-mail: andrewschapiro@quinnemanuel.com
E-mail: allisonhuebert@quinnemanuel.com

Charles K. Verhoeven
David Eiseman
Linda Brewer
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600 (telephone)
(415) 875-6700 (facsimile)
E-mail:
charlesverhoeven@quinnemanuel.com
E-mail: davideiseman@quinnemanuel.com
E-mail: lindabrewer@quinnemanuel.com

Todd Anten
Jessica Rose
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Ave, 22nd floor
New York, NY 10010
(212) 849-7000 (telephone)
(212) 849-7100 (facsimile)
E-mail: toddanten@quinnemanuel.com
E-mail: jessicarose@quinnemanuel.com

*Counsel for Defendant*
*Charter Communications, Inc.*

/s/ Jeffrey M. Gould

Jeffrey M. Gould
Matthew J. Oppenheim
Scott A. Zebrak
Jeffrey M. Gould
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20015
Tel: 202-480-2999
E-mail: scott@oandzlaw.com
E-mail: matt@oandzlaw.com
E-mail: jeff@oandzlaw.com

Mitchell A. Kamin
Neema T. Sahni
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Tel: (424) 332-4800
E-mail: mkamin@cov.com
E-mail: nsahni@cov.com

Jonathan M. Sperling
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: (212) 841-1000
E-mail: jsperling@cov.com

Janette L. Ferguson, Esq.
Benjamin M. Leoni, Esq.
LEWIS BESS WILLIAMS & WEESE, P.C.
1801 California Street, Suite 3400
Denver, CO 80202
Tel: (303) 861-2828
E-mail: jferguson@lewisbess.com
E-mail: bleoni@lewisbess.com

*Counsel for Plaintiffs*
*Warner Bros. Records, Inc., et al*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 30, 2020, I caused the foregoing document and all supporting materials thereto to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered with CM/ECF.

/s/ *Andrew Schapiro*

Andrew Schapiro
