# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| WARNER RECORDS INC. (f/k/a/ Warner Bros. Records, Inc.), *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>*Defendant*. | Case No. 19-cv-00874-RBJ-MEH |

## [PROPOSED] ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR ENLARGEMENT OF TIME TO RESPOND

The Court, having reviewed and considered the Parties' Stipulated Motion for Enlargement of Time to Respond, hereby orders that the Motion is granted. In respect to Plaintiffs' pending Motion to Compel (Dkt. 262), Defendant Charter's deadline to file its opposition brief is now November 4, 2020, and Plaintiffs' deadline to file their reply brief is November 18, 2020.

SO ORDERED this ____ day of _____, 2020.

_____
Michael E. Hegarty
United States Magistrate Judge