UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

WARNER RECORDS, INC., *et al.*

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.

    Defendant.

Case No. 1:19-cv-00874-RBJ-MEH

**DECLARATION OF JOHN J. ROSENTHAL IN SUPPORT OF DEFENDANT CHARTER COMMUNICATIONS, INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL [ECF 262]**

I, John J. Rosenthal, hereby declare:

1. I am a partner of the firm Winston & Strawn LLP, attorneys of record for Defendant Charter Communications, Inc. ("Charter"). I submit this declaration in support of Charter's Opposition to Plaintiffs' Motion to Compel [ECF 262]. I have personal knowledge of all facts stated in this declaration, and if called upon as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts of the transcript from the May 13, 2020 hearing before the Special Master.

3. Attached hereto as **Exhibit B** is a true and correct copy of Plaintiffs' July 24, 2020 letter to the Special Master.

4. Attached hereto as **Exhibit C** is a true and correct copy of Charter's July 30, 2020 response to Plaintiffs' July 24 letter to the Special Master.

5. During the parties' meet and confer discussions regarding the ESI loss following the Special Master's May 14, 2020 Order, I proposed that the parties agree to a Rule 502(d)

order, so that Charter could produce certain privileged documents responsive to Plaintiffs' requests without the risk of being accused of having made a broader, subject-matter waiver.

6. Charter substantially completed its document production in response to Plaintiffs' ESI loss-related requests on August 3, 2020, followed by the service of a privilege log and a small supplemental production on August 11 and 13, 2020, respectively.

7. To date, Plaintiffs have not pursued a 30(b)(6) deposition of Charter pertaining to the ESI loss.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of November, 2020, in Washington, D.C.

*John Rosenthal*
John J. Rosenthal