# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-RBJ-MEH
_____

WARNER BROS. RECORDS INC., et al.,

    Plaintiffs,

vs.

CHARTER COMMUNICATIONS, INC.,

    Defendant.
_____

TELEPHONIC HEARING

May 13, 2020
_____

       This telephonic hearing was taken before Special Master Regina Rodriguez on May 13, 2020, at 2:01 p.m. Mountain Standard Time before K. Michelle Dittmer, Registered Professional Reporter and Notary Public within the state of Colorado.

(The reporter, K. Michelle Dittmer, appearing remotely via telephone)

Telephonic Hearing
May 13, 2020

Page 27

```
 1   I can't tell you whether we can meet those deadlines.
 2                   SPECIAL MASTER RODRIGUEZ:  Okay.  Well,
 3   that seems reasonable.
 4                   So defendants have agreed plaintiffs have
 5   requested that the defendants respond to the discovery
 6   requests, the RFPs, with responses and objections within
 7   30 days under the standard Rule 34 timeline.
 8                   Additionally, defendants will begin
 9   rolling production 15 days after the response to the
10   RFPs.
11                   Mr. Rosenthal, are you able to make any
12   kind of estimate at this time either as to, A, the volume
13   or, B, how long it will take to complete the production,
14   understanding the beginning will start 15 days after the
15   responses and objections?  So are you able to give me any
16   reasonable estimate?
17                   MR. ROSENTHAL:  As we sit here, no, I'm
18   not.  I would need another week or so to get a reasonable
19   estimate together.
20                   SPECIAL MASTER RODRIGUEZ:  Okay.
21                   MR. ROSENTHAL:  We started that process
22   and, again, we are trying to move.
23                   SPECIAL MASTER RODRIGUEZ:  So what I would
24   ask is that defendants notify plaintiffs two weeks from
25   today as to what -- what their reasonable estimate might
```

```
 1   be for final -- to complete the production.
 2                 If defendants are not able to provide a
 3   reasonable estimate at that time of when they complete
 4   the production, they should at least advise the
 5   plaintiffs of when they can do that.
 6                 So the parties will meet and confer at
 7   least by two weeks from today as to the status of the
 8   production, five, and when it's estimated that it can be
 9   completed.  If there is a dispute, parties can contact me
10   and we will get on the phone to resolve that issue.
11                 But I'm hopeful that the parties can
12   communicate and reach a reasonable schedule and
13   resolution based upon knowledge of what is going to be
14   produced, how long it's going to take to be done.
15                 Parties should also confer on the
16   reasonable timeline for the production of the privilege
17   log.  Again, we're not going to have it drag out.  So I
18   would ask the defendants to communicate with plaintiffs
19   with regard to when they reasonably anticipate that can
20   be accomplished.
21                 We also have regularly scheduled hearing
22   times each month so we can address it at that, if
23   necessary.  But, certainly, if the parties need guidance
24   sooner than that, please reach out and I will make time.
25                 Okay.  Any further questions with regard
```

```
 1                    REPORTER'S CERTIFICATE
 2
 3          I, K. MICHELLE DITTMER, Registered Professional
 4   Reporter and Notary Public, State of Colorado, do hereby
 5   certify that the said hearing was taken in machine
 6   shorthand by me at the time and place aforesaid and was
 7   thereafter reduced to typewritten form; that the
 8   foregoing is a true transcript of the proceedings had.  I
 9   further certify that I am not employed by, related to,
10   nor counsel for any of the parties herein, nor otherwise
11   interested in the outcome of this litigation.
12          IN WITNESS WHEREOF, I have affixed my signature
13   this 14th day of May, 2020.
14          My commission expires April 15, 2024.
15
                    _____
16                          K. MICHELLE DITTMER
                        Registered Professional Reporter
17                         Wilson & Associates, LLC
18
19
20
21
22
23
24
25
```