# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

WARNER BROS. RECORDS INC., *et al*.,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

Case No. 19-cv-00874-RBJ-MEH

## [PROPOSED] ORDER PURSUANT TO FEDERAL RULE OF EVIDENCE 502(D) REGARDING THE DISCLOSURE OF PRIVILEGED INFORMATION

THIS COURT, having reviewed and considered Defendant's Motion for Entry of an Order Pursuant to Federal Rule of Evidence 502(d), hereby GRANTS the Motion and ORDERS as follows:

### I. APPLICABILITY

1. This Order shall be applicable to and govern all files, documents, communications, videotapes, images, software, or other Electronically Stored Information ("ESI") or tangible records produced in response to Plaintiffs' Requests for Production of Spoliation-Related Documents to Defendant Charter Communications, Inc. (collectively, "Documents"), as well as any answers to interrogatories, responses to requests for admissions, affidavits, declarations and all other information or material produced, made available for inspection, or otherwise submitted by any of the parties in this litigation pursuant to the Federal Rules, as well as testimony adduced at trial or during any hearing, that is based upon, is derived from, restates, or otherwise refers to those Documents (collectively "Related Information").

2. Documents governed by this Order shall include, at minimum, those entries from Charter's Privilege Log as to Plaintiffs' ESI Loss Requests for Production attached hereto as Appendix A.

## II. PRODUCTION AND USE OF PRIVILEGED DOCUMENTS

3. This Order is intended to and shall provide the maximum protection available under Federal Rule of Evidence 502(d), both in this litigation and in any subsequent litigation or in any other state or federal proceeding.

4. As to the produced Documents and any Related Information, the production of any privileged or otherwise protected or exempted information, whether inadvertent or otherwise, shall not be deemed a waiver or impairment of any claim of privilege or protection, including, but not limited to, the attorney-client privilege, the protection afforded to work product materials, or the subject-matter thereof.

5. Specifically, production of Documents and Related Information will not require the producing party to disclose all related work-product created by counsel that covers, touches on, or relates to the subject matter of the produced Documents and Related Information. This Order does not displace the common law applicable to work-product protection.

6. The producing party shall label also Documents and Related Information subject to a claim of privilege but produced pursuant to this Order as "Rule 502(d) Material." All such material shall be treated by the parties as material designated Highly Confidential pursuant to the Protective Order in this case. Consistent with such treatment, all such designated 502(d) material may be used or relied upon by the parties in support of motion, deposition, or trial practice.

7. The receiving party may contest the privilege or work product designation by the producing party as to any produced Document, Related Information, or non-disclosed work-product. The receiving party shall give the producing party written notice of the reason for said

disagreement. The receiving party may not challenge the privilege or immunity claim by arguing that the disclosure itself is a waiver of any applicable privilege.

**SO ORDERED this \_\_\_ day of _____, 2020**

_____

Hon. Michael E. Hegarty

United States Magistrate Judge

## APPENDIX A

| | | | | |
|---|---|---|---|---|
| 3 | 45 | 83 | 123 | 162 |
| 6 | 46 | 84 | 124 | 163 |
| 7 | 47 | 85 | 125 | 164 |
| 10 | 48 | 86 | 126 | 165 |
| 11 | 49 | 88 | 127 | 166 |
| 12 | 50 | 89 | 128 | 167 |
| 13 | 51 | 90 | 129 | 168 |
| 14 | 52 | 91 | 130 | 169 |
| 18 | 53 | 92 | 131 | 170 |
| 19 | 54 | 93 | 133 | 171 |
| 20 | 56 | 94 | 134 | 172 |
| 21 | 57 | 95 | 135 | 173 |
| 22 | 58 | 96 | 137 | 174 |
| 23 | 59 | 97 | 138 | 175 |
| 24 | 60 | 98 | 139 | 176 |
| 25 | 61 | 99 | 140 | 177 |
| 26 | 62 | 100 | 141 | 178 |
| 27 | 63 | 101 | 142 | 179 |
| 28 | 64 | 102 | 143 | 180 |
| 29 | 65 | 103 | 144 | 181 |
| 30 | 66 | 104 | 145 | 182 |
| 31 | 67 | 106 | 146 | 183 |
| 32 | 68 | 107 | 147 | 184 |
| 33 | 70 | 108 | 149 | 185 |
| 34 | 71 | 110 | 150 | 186 |
| 35 | 72 | 111 | 151 | 187 |
| 36 | 73 | 112 | 153 | 188 |
| 37 | 74 | 114 | 154 | 189 |
| 38 | 75 | 115 | 155 | 190 |
| 39 | 76 | 116 | 156 | 191 |
| 40 | 77 | 117 | 157 | 192 |
| 41 | 78 | 118 | 158 | 193 |
| 42 | 79 | 119 | 159 | 194 |
| 43 | 80 | 120 | 160 | 195 |
| 44 | 82 | 122 | 161 | 196 |

| | | | | |
|---|---|---|---|---|
| 197 | 234 | 271 | 308 | 346 |
| 198 | 235 | 272 | 309 | 347 |
| 199 | 236 | 273 | 310 | 348 |
| 200 | 237 | 274 | 311 | 349 |
| 201 | 238 | 275 | 312 | 350 |
| 202 | 239 | 276 | 313 | 351 |
| 203 | 240 | 277 | 314 | 352 |
| 204 | 241 | 278 | 315 | 353 |
| 205 | 242 | 279 | 316 | 354 |
| 206 | 243 | 280 | 317 | 355 |
| 207 | 244 | 281 | 318 | 356 |
| 208 | 245 | 282 | 319 | 357 |
| 209 | 246 | 283 | 320 | 358 |
| 210 | 247 | 284 | 321 | 359 |
| 211 | 248 | 285 | 322 | 360 |
| 212 | 249 | 286 | 323 | 361 |
| 213 | 250 | 287 | 324 | 362 |
| 214 | 251 | 288 | 325 | 363 |
| 215 | 252 | 289 | 326 | 364 |
| 216 | 253 | 290 | 327 | 365 |
| 217 | 254 | 291 | 328 | 366 |
| 218 | 255 | 292 | 329 | 367 |
| 219 | 256 | 293 | 330 | 368 |
| 220 | 257 | 294 | 331 | 369 |
| 221 | 258 | 295 | 332 | 370 |
| 222 | 259 | 296 | 333 | 371 |
| 223 | 260 | 297 | 334 | 372 |
| 224 | 261 | 298 | 335 | 373 |
| 225 | 262 | 299 | 336 | 374 |
| 226 | 263 | 300 | 338 | 375 |
| 227 | 264 | 301 | 339 | 376 |
| 228 | 265 | 302 | 340 | 377 |
| 229 | 266 | 303 | 341 | 378 |
| 230 | 267 | 304 | 342 | 379 |
| 231 | 268 | 305 | 343 | 380 |
| 232 | 269 | 306 | 344 | 381 |
| 233 | 270 | 307 | 345 | 382 |

| | | | | |
|---|---|---|---|---|
| 383 | 422 | 470 | 522 | 645 |
| 384 | 423 | 471 | 523 | 646 |
| 385 | 424 | 472 | 524 | 647 |
| 386 | 426 | 474 | 526 | 649 |
| 387 | 427 | 476 | 527 | 651 |
| 388 | 428 | 477 | 531 | 652 |
| 389 | 429 | 478 | 548 | 655 |
| 390 | 431 | 479 | 553 | 663 |
| 391 | 432 | 480 | 556 | 672 |
| 392 | 433 | 482 | 557 | 673 |
| 393 | 434 | 484 | 558 | 674 |
| 394 | 436 | 485 | 559 | 675 |
| 395 | 438 | 486 | 560 | 676 |
| 396 | 439 | 492 | 561 | 677 |
| 397 | 440 | 493 | 562 | 678 |
| 398 | 441 | 494 | 565 | 679 |
| 399 | 442 | 495 | 566 | 680 |
| 401 | 443 | 496 | 567 | 681 |
| 402 | 444 | 497 | 568 | 683 |
| 403 | 445 | 498 | 570 | 684 |
| 404 | 446 | 499 | 571 | 685 |
| 405 | 447 | 500 | 580 | 686 |
| 406 | 448 | 501 | 581 | 687 |
| 407 | 449 | 502 | 582 | 688 |
| 408 | 450 | 503 | 584 | 689 |
| 410 | 451 | 504 | 611 | 690 |
| 411 | 452 | 505 | 612 | 691 |
| 412 | 453 | 506 | 621 | 692 |
| 413 | 454 | 507 | 622 | 693 |
| 414 | 455 | 508 | 623 | 694 |
| 415 | 456 | 512 | 630 | 695 |
| 416 | 457 | 513 | 631 | 696 |
| 417 | 458 | 514 | 632 | 697 |
| 418 | 459 | 515 | 638 | 698 |
| 419 | 460 | 516 | 641 | 699 |
| 420 | 461 | 517 | 642 | 700 |
| 421 | 469 | 520 | 644 | 701 |

| | |
|---|---|
| 702 | 744 |
| 703 | 745 |
| 704 | 747 |
| 705 | 748 |
| 706 | 749 |
| 707 | 752 |
| 708 | 753 |
| 709 | 754 |
| 711 | 756 |
| 712 | 757 |
| 713 | 758 |
| 714 | 759 |
| 715 | 760 |
| 716 | 761 |
| 717 | 763 |
| 718 | 764 |
| 719 | 765 |
| 720 | 766 |
| 722 | 767 |
| 723 | 768 |
| 724 | 769 |
| 725 | 770 |
| 726 | 771 |
| 728 | 772 |
| 729 | 776 |
| 730 | 778 |
| 731 | 779 |
| 732 | 782 |
| 733 | 783 |
| 734 | 805 |
| 735 | 815 |
| 737 | 819 |
| 738 | |
| 739 | |
| 740 | |
| 742 | |
| 743 | |