UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

WARNER RECORDS INC., *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant

Case No. 19-cv-00874-RBJ-MEH

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER LEVEL 1 RESTRICTION PLAINTIFS' OPPOSITION TO CHARTER'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND ACCOMPANYING DECLARATION**

Pursuant to Local Rule 7.2, Plaintiffs in the above-captioned matter respectfully move for leave of this Court to file under Level 1 Restriction the unredacted versions of Plaintiffs' Opposition to Charter's Motion to Compel Production of Documents (the "Opposition") and the accompanying Declaration of Matthew J. Oppenheim (the "Declaration"). In support of this motion, Plaintiffs state as follows:

    1.    **Certification Pursuant to D.C. Colo. L. Civ. R 7.1(a)**: Counsel for Plaintiffs has conferred with counsel for Charter regarding this Motion. Charter does not oppose this Motion.

    2.    The Opposition and the Declaration discuss Exhibit 4 to Charter's Motion to Compel Production of Documents, ECF No. 266-5, which Charter filed under Level 1

Restriction.  *See* ECF No. 268 (filing document as Restricted Document – Level 1), ECF No. 270 (Unopposed Motion for Leave to Restrict).

3.  This Motion requests that discussion of Exhibit 4 in the Opposition and the Declaration be designated under "Level 1 Restriction," that access be restricted to the Parties and the Court, and that Plaintiffs publicly file versions of the Opposition and the Declaration in which discussion of Exhibit 4 is redacted.

4.  Exhibit 4 contains commercially sensitive business information of Plaintiffs' agent, Recording Industry Association of America ("RIAA"), and Plaintiffs' antipiracy vendor, MarkMonitor.  Disclosure of this information would cause competitive harm to Plaintiffs, RIAA, and MarkMonitor through the disclosure of the manner and details of MarkMonitor's retention. *See, e.g., Health Grades, Inc. v. MDx Medical, Inc.*, 11–cv–00520–RM–BMB, 2014 WL 12741068, at *2 (D. Colo. Mar. 28, 2014) ("the redactions and restrictions are justified to protect against the public disclosure of competitively sensitive, highly confidential, and proprietary information").

5.  The risk of competitive harm to Plaintiffs, RIAA, and MarkMonitor outweighs the need for the public to have access to this confidential information.  Generally, this information, while harmful in the hands of competitors, is not necessary or substantially informative for the general public to understand or evaluate the issues between the parties.

6.  Plaintiffs seek only a Level 1 restriction—the least secretive level of restriction. Further, Plaintiffs seek to redact only the Opposition's and Declarations' discussion of Exhibit 4, and to publicly file the rest of the Opposition and the Declaration.  Permitting a Level 1

Restriction for the discussion of Exhibit 4 is the only method that can adequately protect the competitively sensitive confidential information found in Exhibit 4.

7. Moreover, though the mere existence of a Stipulated Protective Order is not in itself sufficient to prove that a Motion for Leave to Restrict should be granted, Plaintiffs respectfully inform the Court that Plaintiffs have designated Exhibit 4 as Highly Confidential – Attorneys' Eyes Only under the Protective Order in this case.  ECF No. 63.

WHEREFORE, Plaintiffs request leave of this Court to file unredacted versions of the Opposition and the Declaration under Level 1 Restriction.

Dated: November 9, 2020

Janette L. Ferguson, Esq.
LEWIS BESS WILLIAMS & WEESE, P.C.
1801 California Street, Suite 3400
Denver, CO 80202
Telephone: (303) 861-2828
jferguson@lewisbess.com
bleoni@lewisbess.com

Mitchell A. Kamin
Neema T. Sahni
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
mkamin@cov.com
nsahni@cov.com

/s/ Matthew J. Oppenheim

Matthew J. Oppenheim
Scott A. Zebrak
Jeffrey M. Gould
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Floor
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
scott@oandzlaw.com
jeff@oandzlaw.com

Jonathan M. Sperling
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 9, 2020, I caused the foregoing document and all supporting materials thereto to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered with CM/ECF.

*/s/ Matthew J. Oppenheim*
Matthew J. Oppenheim