IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 19-cv-00874-RBJ-MEH

**WARNER RECORDS INC.**, *et al.*,

      Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.**,

      Defendant.

---

**STIPULATED MOTION FOR ENLARGEMENT OF TIME TO RESPOND**

---

All parties, by and through their respective counsel below, jointly move the Court to enlarge the time limit for briefing related to Plaintiffs' Motion to Compel Production of Documents (Dkt. 262) and Charter's Motion for Entry of a Rule 502(d) Order (Dkt. 283). As grounds for this motion, the parties state as follows:

1. **Certification Pursuant to D. Colo. L. Civ. R. 7.1**: Counsel for Plaintiffs and for Defendant have conferred via email regarding this Motion. Defendant consents to the relief requested in this Motion.

2. On October 12, 2020, Plaintiffs filed a Motion to Compel Production of All Documents Related to Charter's Spoliation Listed on Charter's Privilege Log or Otherwise Withheld on the Basis of Privilege (Dkt. 262).

3. On November 4, 2020, pursuant to this Court's Order extending the briefing schedule by two days (Dkt. 281), Charter filed an Opposition (Dkt. 282) to Plaintiffs' Motion to Compel.

4. On November 4, 2020, Charter also filed a Motion for Entry of an Order Pursuant to Federal Rule of Evidence 502(d) (Dkt. 283).

5. Charter's Opposition to Plaintiffs' Motion to Compel, and its Motion for Entry of a Rule 502(d) Order, concern related issues and substantially cross-reference one another.

6. Consequently, Plaintiffs' Reply in support of their Motion to Compel, which is presently due November 18, 2020, likewise will be closely intertwined with their Opposition to Charter's Motion for Entry of a Rule 502(d) Order, which is not due until November 25, 2020.

7. Defendant consents to a 7-day extension permitting Plaintiffs to file the Reply in Support of their Motion to Compel on November 25, 2020, the same date on which their Opposition to Charter's Motion for Entry of a Rule 502(d) Order is due.

8. In turn, Plaintiffs consent to a 7-day extension permitting Charter to file its Reply in support of its Motion for a Rule 502(d) Order (presently due December 9, 2020) on December 16, 2020.

WHEREFORE, the Parties request this Court enter an Order, for good cause shown, enlarging the time: (1) for Plaintiffs to file a Reply in Support of their Motion to Compel, by seven days to November 25, 2020; and (2) for Defendant to file a Reply in Support of Its Motion for a Rule 502(d) Order, by seven days to December 16, 2020.

Dated: November 13, 2020

/s/ Andrew H. Schapiro
Andrew H. Schapiro
Allison Huebert
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
E-mail: andrewschapiro@quinnemanuel.com
E-mail: allisonhuebert@quinnemanuel.com

Charles K. Verhoeven
David Eiseman
Linda Brewer
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
E-mail: charlesverhoeven@quinnemanuel.com
E-mail: davideiseman@quinnemanuel.com
E-mail: lindabrewer@quinnemanuel.com

Todd Anten
Jessica Rose
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Ave, 22nd floor
New York, NY 10010
Tel: (212) 849-7000
E-mail: toddanten@quinnemanuel.com
E-mail: jessicarose@quinnemanuel.com

Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5840
Tel: (415) 591-1506
E-mail: jgolinveaux@winston.com

Michael S. Elkin
Thomas Patrick Lane

Respectfully submitted,

/s/ Jonathan M. Sperling
Jonathan M. Sperling
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com

Mitchell A. Kamin
Neema T. Sahni
J. Hardy Ehlers
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
mkamin@cov.com
nsahni@cov.com
jehlers@cov.com

Matthew J. Oppenheim
Scott A. Zebrak
Jeffrey M. Gould
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Fl.
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
scott@oandzlaw.com
jeff@oandzlaw.com

Janette L. Ferguson, Esq.
Benjamin M. Leoni, Esq.
LEWIS BESS WILLIAMS & WEESE, P.C.
1801 California Street, Suite 3400
Denver, CO 80202
Telephone: (303) 861-2828
jferguson@lewisbess.com
bleoni@lewisbess.com

*Attorneys for Plaintiffs*

3

Seth E. Spitzer
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
E-mail: melkin@winston.com
E-mail: tlane@winston.com
E-mail: sspitzer@winston.com

Erin R. Ranahan
WINSTON & STRAWN LLP
333 S. Grand Avenue Los Angeles, CA 90071
Tel: (213) 615-1933
E-mail: eranahan@winston.com

Craig D. Joyce
Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, Colorado 80202
Tel: (303) 830-2400
E-mail: cjoyce@fwlaw.com

*Attorneys for Charter Communications, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 13, 2020, I caused the foregoing document and all supporting materials thereto to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered with CM/ECF.

/s/ Jonathan M. Sperling<br>Attorney for Plaintiffs