IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-00874-RBJ-MEH

**WARNER RECORDS INC.,** *et al.***,**

    Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.,**

    Defendant.

**[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR ENLARGEMENT OF TIME TO RESPOND**

THIS COURT, having reviewed and considered the parties' Stipulated Motion for Enlargement of Time to Respond, hereby orders that the Motion is granted.  Plaintiffs' deadline to file a reply brief in support of their Motion to Compel (Dkt. 262) is November 25, 2020.  Charter's deadline to file a reply brief in support of its Motion for Entry of a Rule 502(d) Order (Dkt. 283) is December 16, 2020.

SO ORDERED this _____ day of _____, 2020.

                                                                  _____
                                                                  Hon. Michael E. Hegarty
                                                                  United States Magistrate Judge