# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| WARNER RECORDS INC. (f/k/a/ Warner Bros. Records, Inc.), *et al.*,<br><br>             *Plaintiffs*,<br><br>    v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>             *Defendant*. | Case No. 19-cv-00874-RBJ-MEH |

## STIPULATED MOTION FOR SOURCE CODE REVIEW

Defendant Charter Communications, Inc. ("Charter") and third party Audible Magic Corp. ("Audible Magic") jointly request that the Special Master issue a stipulated order that a two day source code inspection is necessary.

1. **Certification Pursuant to D. Colo. L. Civ. R. 7.1**: Counsel for Charter and Audible Magic have conferred via email regarding this Motion. Audible Magic consents to the relief requested in this Motion.

2. On December 20, 2019, Charter issued a duly noticed subpoena on Audible Magic seeking, among other things, Audible Magic source code. On the same day, Bright House Networks, LLC ("Bright House") issued a subpoena to Audible Magic in the *UMG Recordings, Inc., et al. v. Bright House Networks, LLC*, 8:19-cv-00710 (M.D. Fla.) litigation. Audible Magic responded to both subpoenas on January 29, 2020.

3. On September 21, 2020, Charter filed a motion to compel, among other issues, the inspection of Audible Magic's source code.

4. In response to Charter's and Bright House's subpoenas, Audible Magic agreed to an in-person source code inspection for November 18 and November 19 at Audible Magic' counsel's office in San Francisco, CA.

5. Before the inspection could occur, San Francisco announced new restrictions due to an increase in COVID-19 cases across the City and State. The restrictions went into effect on November 17, 2020. *See* https://www.sfdph.org/dph/alerts/coronavirus.asp.

6. It is Audible Magic's position that the new restrictions prevent Audible Magic from offering a source code inspection absent a Court Order.

7. At Audible Magic's request and to allow the parties time to obtain a Court order, Charter, Bright House, and Audible Magic agreed to reschedule the in-person source code inspection for November 30 and December 1 at Audible Magic's counsel's office in San Francisco, CA.

8. While the parties agree the inspection may moot in part the pending motion to compel, neither party has agreed to waive any rights with respect to the subpoenas or the pending motion to compel by presenting this request for a limited order requiring that the inspection proceed on November 30 and December 1 in view of the needs and schedule of the pending cases.

WHEREFORE, Charter and Audible Magic therefore jointly requests that the Special Master issue the attached Proposed Order that states that the source code inspection is necessary.

Dated: November 19, 2020                    Respectfully submitted,

| | |
|---|---|
| */s/ Jennifer A. Golinveaux* | */s/ Andrew H. Schapiro* |
| Jennifer A. Golinveaux | Andrew H. Schapiro |
| WINSTON & STRAWN LLP | Allison Huebert |
| 101 California Street, 35th Floor | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| San Francisco, CA 94111-5840 | 191 N. Wacker Drive, Suite 2700 |
| (415) 591-1506 (telephone) | Chicago, IL 60606 |
| (415) 591-1400 (facsimile) | (312) 705-7400 (telephone) |
| E-mail: jgolinveaux@winston.com | (312) 705-7401 (facsimile) |
| | E-mail: andrewschapiro@quinnemanuel.com |
| Michael S. Elkin | E-mail: allisonhuebert@quinnemanuel.com |
| Thomas Patrick Lane | |
| Seth E. Spitzer | Charles K. Verhoeven |
| WINSTON & STRAWN LLP | David Eiseman |
| 200 Park Avenue | Linda Brewer |
| New York, NY 10166 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| (212) 294-6700 (telephone) | 50 California Street, 22nd Floor |
| (212) 294-4700 (facsimile) | San Francisco, CA 94111 |
| E-mail: melkin@winston.com | (415) 875-6600 (telephone) |
| E-mail: tlane@winston.com | (415) 875-6700 (facsimile) |
| E-mail: sspitzer@winston.com | E-mail: charlesverhoeven@quinnemanuel.com |
| | E-mail: davideiseman@quinnemanuel.com |
| Erin R. Ranahan | E-mail: lindabrewer@quinnemanuel.com |
| WINSTON & STRAWN LLP | |
| 333 S. Grand Avenue | Todd Anten |
| Los Angeles, CA 90071 | Jessica Rose |
| (213) 615-1933 (telephone) | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| (213) 615-1750 (facsimile) | 51 Madison Ave, 22nd floor |
| E-mail: eranahan@winston.com | New York, NY 10010 |
| | (212) 849-7000 (telephone) |
| Craig D. Joyce | (212) 849-7100 (facsimile) |
| Fairfield and Woods, P.C. | E-mail: toddanten@quinnemanuel.com |
| 1801 California Street, Suite 2600 | E-mail: jessicarose@quinnemanuel.com |
| Denver, Colorado 80202 | |
| (303) 830-2400 (telephone) | *Counsel for Defendant* |
| (303) 830-1033 (facsimile) | *Charter Communications, Inc.* |
| E-mail: cjoyce@fwlaw.com | |

*/s/ Kayvan M. Ghaffari*
Kayvan M. Ghaffari
Crowell Moring
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
kghaffari@crowell.com
Phone: +1 415.365.7223

*Counsel for Third Party Audible Magic Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 19, 2020, I caused the foregoing document and all supporting materials thereto to be served on the Special Master by email.

/s/ *Michelle Clark*
Michelle Clark
