# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| WARNER RECORDS INC. (f/k/a/ Warner Bros. Records, Inc.), *et al.*,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>　　　　*Defendant*. | Case No. 19-cv-00874-RBJ-MEH |

## [PROPOSED] ORDER REGARDING SOURCE CODE REVIEW

Having reviewed and considered the parties' Stipulated Motion for Source Code review, I hereby order that the Motion is granted. The review of Audible Magic's source code scheduled for November 30 and December 1, 2020 is necessary for the orderly proceeding of this case.

SO ORDERED this ____ day of _____, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Regina M. Rodriguez
　　　　　　　　　　　　　　　　　　　　　　　　Special Master