# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-RBJ-MEH

WARNER BROS. RECORDS INC., et al.,

      Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

      Defendant.

## ORDER REGARDING SOURCE CODE REVIEW

Having reviewed and considered the parties' Stipulated Motion for Source Code review, I hereby order that the Motion is granted. The review of Audible Magic's source code scheduled for November 30 and December 1, 2020 is necessary for the orderly proceeding of this case.

SO ORDERED this 20th day of November, 2020.

                                          BY THE SPECIAL MASTER

                                          */s/ Regina M. Rodriguez*
                                          Regina M. Rodriguez
                                          Special Master