**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| WARNER RECORDS INC. (f/k/a/ Warner Bros. Records, Inc.), *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> Defendant. | Case No. 19-cv-00874-RBJ-MEH |

**DECLARATION OF ANDREW SCHAPIRO**

I, Andrew Schapiro, declare:

1. I am a partner in the Chicago and New York offices of Quinn Emanuel Urquhart & Sullivan LLP, and counsel for Defendant Charter Communications, Inc. in this case. I submit this declaration in support of Charter's Reply In Support of its Motion to Compel Production of Documents. I make this declaration of my own personal knowledge and, if called to testify, I could and would competently testify hereto under oath.

2. Attached hereto as Exhibit 14 is a true and correct copy of the Special Master's September 28, 2020 Letter to All Counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 23, 2020.

Andrew Schapiro

1