# Exhibit 14

# WilmerHale

September 28, 2020

Regina Rodriguez

+1 720 598 3468 (t)
+1 720 274 3133 (f)
regina.rodriguez@wilmerhale.com

**By E-mail**

**TO ALL COUNSEL**

| Jeffrey M. Gould<br>Matthew J. Oppenheim<br>Scott A. Zebrak<br>Oppenheim & Zebrak LLP<br>4530 Wisconsin Avenue N.W., 5th Floor<br>Washington, DC 20016<br>Tel: 202-851-4526<br>Email: jeff@oandzlaw.com<br>Email: matt@oandzlaw.com<br>Email: scott@oandzlaw.com | Craig D. Joyce<br>Jack Markham Tanner<br>Fairfield & Woods, P.C.<br>1801 California Street<br>Suite 2600<br>Denver, CO 80202-2645<br>Tel: 303-830-2400<br>Email: cjoyce@fwlaw.com<br>Email: jtanner@fwlaw.com |
| --- | --- |
| Jonathan Michael Sperling<br>William E. O'Neil<br>Covington & Burling LLP-New York<br>620 Eighth Avenue<br>The New York Times Building<br>New York, NY 10018-1405<br>Tel: 212-841-1153<br>Email: jsperling@cov.com<br>Email: woneil@cov.com | Erin R. Ranahan<br>Winston & Strawn LLP-Los Angeles<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Tel: 213-615-1700<br>Email: eranahan@winston.com |
| Mark Y. Chen<br>Mitchell Aaron Kamin<br>Neema T. Sahni<br>Nicholas M. Lampros<br>J. Hardy Ehlers<br>Covington & Burling LLP-Los Angeles<br>1999 Avenue of the Stars, Suite 3500<br>Los Angeles, CA 90067-4643<br>Tel: 424-332-4800<br>Email: mychen@cov.com<br>Email: mkamin@cov.com<br>Email: nsahni@cov.com<br>Email: nlampros@cov.com<br>Email: jehlers@cov.com | Jennifer Ann Golinveaux<br>Winston & Strawn LLP-San Francisco<br>101 California Street<br>Suite 3400<br>San Francisco, CA 94111-5802<br>Tel: 415-591-1506<br>Email: jgolinveaux@winston.com |

**WILMERHALE**

ALL COUNSEL
September 28, 2020
Page 2

| | |
|---|---|
| Megan Michelle O'Neill<br>Covington & Burling LLP-DC<br>One CityCenter<br>850 Tenth Street NW<br>Washington, DC 20001-4956<br>Tel: 202-662-5416<br>Email: moneill@cov.com | Michael S. Elkin<br>Sean R. Anderson<br>Seth Eliot Spitzer<br>Thomas Patrick Lane<br>Krishnan Padmanabhan<br>Winston & Strawn LLP-New York<br>200 Park Avenue<br>New York, NY 10166-4193<br>Tel: 212-294-6729<br>Email: melkin@winston.com<br>Email: sranderson@winston.com<br>Email: sspitzer@winston.com<br>Email: tlane@winston.com<br>Email: kpadmanabhan@winston.com |
| Janette Lee Ferguson<br>Williams Weese Pepple & Ferguson PC<br>1801 California Street, Suite 3400<br>Denver, CO 80202<br>Tel: 303-861-2828<br>Email: jferguson@williamsweese.com | David Eiseman<br>Charles K. Verhoevan<br>Linda Brewer<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Tel: 415-875-6600<br>Email: davideiseman@quinnemanuel.com<br>Email: charlesverhoevan@quinnemanuel.com<br>Email: lindabrewer@quinnemanuel.com |
| Andrew H. Schapiro<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>500 West Madison Street, Suite 2450<br>Chicago, IL 60661<br>Tel: 312-705-7400<br>Email: andrewschapiro@quinnemanuel.com | Cesie C. Alvarez<br>Winston & Strawn LLP<br>800 Capitol Street, Ste. 2400<br>Houston, TX 77002-2925<br>Tel: 713-651-2600<br>Email: calvarez@winston.com |
| Michael L. Brody<br>Winston & Strawn LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601-9703<br>Tel: 312-558-5600<br>Email: mbrody@winston.com | Todd Anten<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Ave, 22nd Floor<br>New York, NY 10010<br>Tel: (212)849-7000<br>Email: toddanten@quinnemanuel.com |

**WILMERHALE**

| |  |
|---|---|
| Allison Huebert<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Tel: (312)705-7400<br>allisonhuebert@quinnemanuel.com | |

*Re:*   *Warner, et al. v. Charter Communications, Inc.*
         *Response to September 24, 2020*

Ms. Golinveaux:

I am in receipt of your letter of September 24, 2020 seeking an order compelling Plaintiffs to produce the Hash Report and all corresponding information, which they have asserted is privileged. Pursuant to Judge Hegarty's oral order during the parties' hearing on September 9, 2020, this dispute is properly heard by Judge Hegarty, not by me.

In my August 12, 2020 ruling, I found that the documents referenced in the 2016 RIAA/MarkMonitor agreement were relevant. I further noted that Plaintiffs had made conflicting representations regarding the production of those documents, stating in one filing that they had been produced or logged and suggesting in another filing that they would not be produced or logged. ECF 230 at 26-28. As such, I ordered Plaintiffs to produce or log those documents. *Id.* at 28. Finding that those documents might provide Charter with the raw evidence that was used to create the Hash Report, I declined to disturb Plaintiffs' claim of privilege over the Hash Report at that time. *Id.* at 36 ("Plaintiffs have represented that the categories of documents identified in the agreement are 'raw evidence.' It seems that such evidence might be used by Charter to determine 'the extent to which MarkMonitor was unable in 2016 to locate and authenticate' the hashes for which the RIAA sent notices."). I did not, however, issue an order regarding any claim of privilege that Plaintiffs might later assert over the Hash Report or the RIAA/MarkMonitor documents.

During the parties' September 9, 2020 hearing, Judge Hegarty stated that he would take complete jurisdiction over disputes relating to documents listed on the parties' privilege logs. R. Tr. 226-227. Should Charter seek to challenge Plaintiffs' assertions of privilege over these documents, it should raise that issue before Judge Hegarty. I therefore decline to rule on Charter's request in light of Judge Hegarty's ruling.

Sincerely,

Regina Rodriguez
Special Master