# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 19-cv-00874-RBJ-MEH

**WARNER RECORDS INC.,** *et al.*,

      Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.,**

      Defendant.

---

**DECLARATION OF NEEMA T. SAHNI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO CHARTER'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO FEDERAL RULE OF EVIDENCE 502(d)**

---

I, Neema T. Sahni, hereby declare and state as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner of the law firm Covington & Burling LLP, attorneys of record for Plaintiffs. I submit this declaration in support of Plaintiffs' Opposition to Charter's Motion for Entry of an Order Pursuant to Federal Rule of Evidence 502(d). I have personal knowledge of all facts stated in this declaration, and if called upon as a witness, could and would competently testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Charter's "Privilege Log as to Plaintiffs' ESI Loss Requests for Production," served on November 3, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1

Executed this 25th day of November, 2020 in Los Angeles, California.

/s/ *Neema T. Sahni*
Neema T. Sahni