**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

WARNER RECORDS INC., *et al*.,

    Plaintiffs,

       v.                          Case No. 1:19-cv-00874-RBJ-MEH

CHARTER COMMUNICATIONS, INC.,

    Defendant.

## <u>MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT</u>

Pursuant to D.C.COLO.LAttyR 5(b), Thomas Patrick Lane moves to withdraw as counsel for Defendant Charter Communications, Inc. ("Charter"). Mr. Lane seeks to withdraw because he is leaving the firm Winston & Strawn LLP.  Charter will continue to be represented by Winston & Strawn LLP and Fairfield and Woods, P.C.

*Continued on next page*

Dated: December 1, 2020

Respectfully submitted,

*s/ Erin R. Ranahan*
Erin R. Ranahan (*pro hac vice*)
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071
(213) 615-1933 (telephone)
(213) 615-1750 (facsimile)
E-mail: eranahan@winston.com

Andrew H. Schapiro
Nathan Hamstra
Allison Huebert
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400 (telephone)
(312) 705-7401 (facsimile)
E-mail: andrewschapiro@quinnemanuel.com
E-mail: nathanhamstra@quinnemanuel.com
E-mail: allisonhuebert@quinnemanuel.com

Michael S. Elkin (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700 (telephone)
(212) 294-4700 (facsimile)
E-mail: melkin@winston.com

Charles K. Verhoeven
David Eiseman
Linda Brewer
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600 (telephone)
(415) 875-6700 (facsimile)
E-mail: charlesverhoeven@quinnemanuel.com
E-mail: davideiseman@quinnemanuel.com
E-mail: lindabrewer@quinnemanuel.com

Jennifer A. Golinveaux (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA  94111-5840
(415) 591-1506 (telephone)
(415) 591-1400 (facsimile)
E-mail: jgolinveaux@winston.com

Todd Anten
Jessica Rose
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Ave, 22nd floor
New York, NY 10010
(212) 849-7000 (telephone)
(212) 849-7100 (facsimile)
E-mail: toddanten@quinnemanuel.com
E-mail: jessicarose@quinnemanuel.com

Michael L. Brody
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
(312) 558-6385 (telephone)
(312) 558-5700 (facsimile)
Email: mbrody@winston.com

*Counsel for Defendant*
*Charter Communications, Inc.*

Craig D. Joyce
John M. Tanner
FAIRFIELD AND WOODS, P.C.
1801 California Street, Suite 2600
Denver, Colorado 80202
(303) 830-2400 (telephone)
(303) 830-1033 (facsimile)
E-mail: cjoyce@fwlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on December 1, 2020, I caused a true and correct copy of the foregoing

document to be electronically filed with the Clerk of the Court via CM/ECF, which will send a

notice of electronic filing to all counsel of record.


*s/ Erin R. Ranahan*
Erin R. Ranahan
