**quinn emanuel** trial lawyers | chicago

191 N. Wacker Drive, Suite 2700, Chicago, Illinois 60606-1881 | TEL (312) 705-7400 FAX (312) 705-7401

WRITER'S DIRECT DIAL NO.
**(312) 705-7403**

WRITER'S EMAIL ADDRESS
**andrewschapiro@quinnemanuel.com**

December 4, 2020

**VIA ECF**
Hon. R. Brooke Jackson
United States District Judge
Alfred A. Arraj United States Courthouse
901 19th Street
Denver, CO 80294

Re:   *Warner Records Inc. v. Charter Communications, Inc.*, Case No. 19-cv-00874-RBJ-MEH

Dear Judge Jackson:

Consistent with the Court's Minute Order issued earlier today (Dkt. 309), counsel for Charter and Plaintiffs will contact Chambers to schedule a telephonic conference. In advance of that conference, Charter submits this letter only to clarify that it intends to address the substance of the pleading issues raised in Plaintiffs' December 2, 2020 letter (Dkt. 308) in Charter's motion to dismiss to be filed on December 8, 2020. Plaintiffs' letter goes far beyond a simple request for a status conference, and presents substantive arguments regarding Plaintiffs' desire to assert new claims against Charter that will significantly and belatedly expand the scope of this case in a manner that is highly prejudicial to Charter. In its November 9, 2020 Order, the Court noted that if the subset of Plaintiffs seeking to assert new claims "persists in its desire to expand the case beyond the claim period that has been the focus of attention throughout, then defendant may file its motion" to dismiss the new claims. (Dkt. 286). Charter will address Plaintiffs' arguments in its motion to dismiss.

Respectfully Submitted,

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

*/s/Andrew H. Schapiro*
Andrew H. Schapiro

*Attorneys for Defendant Charter Communications, Inc.*