# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

WARNER RECORDS INC., *et al*.,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

Case No. 1:19-cv-00874-RBJ-MEH

## DECLARATION OF ANDREW H. SCHAPIRO IN SUPPORT OF CHARTER COMMUNICATIONS, INC.'S MOTION TO STRIKE OR DISMISS PLAINTIFFS' COUNTER-COUNTERCLAIMS

I, Andrew H. Schapiro, declare as follows:

1. I am an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, which is counsel for Charter Communications, Inc. ("Charter") in this matter. I submit this declaration in support of Charter Communications, Inc.'s Motion to Strike or Dismiss Plaintiffs' Counter-Counterclaims.

2. I have personal knowledge of the facts stated herein and, if called to testify, could and would competently testify thereto.

3. Attached hereto as Exhibit A is a true and correct copy of an e-mail from J. Hardy Ehlers titled "Warner Records Inc. et al. v. Charter Communications, Inc.--Counter-counterclaim Discovery" and bearing the time stamp "Fri 10/9/2020 3:24 PM."

4. Attached hereto as Exhibit B is a true and correct copy of an e-mail thread titled "Re: Warner Records Inc. et al. v. Charter Communications, Inc.--Counter-counterclaim." The e-

1

mail at the top of the thread is from Regina Rodriguez and bears a time stamp of "Mon 10/19/2020 5:58 PM."

5. Attached hereto as Exhibit C is a true and correct copy of excerpts of the transcript of the telephonic hearing held by the Special Master and attended by the parties on October 26, 2020.

6. Attached hereto as Exhibit D is a true and correct copy of an e-mail from Linda Brewer titled "Warner Records Inc. et al. v. Charter Communications, Inc.--Counter-counterclaim Discovery," bearing the time stamp "Mon 11/2/2020 4:52 PM," and including an attachment named "Warner Bros. Records, Inc. v. Charter November 2 2020 Letter.pdf," which is included herein as Exhibit E.

7. Attached hereto as Exhibit E is a true and correct copy of a letter from Linda Brewer to Jeffrey M. Gould that is titled "Re: *Warner Records Inc. v. Charter Communications, Inc.*, Case No. 19-cv-00874-RBJ" and dated November 2, 2020.  This letter was an attachment to the e-mail included herein as Exhibit D.

8. Attached hereto as Exhibit F is a true and correct copy of an e-mail thread titled "RE: Warner Records Inc. et al. v. Charter Communications, Inc.--Counter-counterclaim."  The e-mail at the top of the thread is from J. Hardy Ehlers, bears a time stamp of "Thu 11/5/2020 10:52 PM," and includes attachments named "Pls 6th Set of RFPs to Charter.pdf" and "Pls 4th Set of Rogs to Charter.pdf."

9. Attached hereto as Exhibit G is a true and correct copy of Plaintiffs' Sixth Set of Requests for Production to Defendant Charter Communications, Inc., dated November 5, 2020.

10. Attached hereto as Exhibit H is a true and correct copy of an e-mail thread titled "Re: Warner Records, Inc., et al. v. Charter Communications, Inc.--Dismissal of Plaintiffs' Counter-Counterclaims. The e-mail at the top of the thread is from Alex Kaplan and bears a time stamp of "Mon 11/23/2020 8:05 AM."

11. Attached hereto as Exhibit I is a true and correct copy of excerpts of Plaintiffs' Objections and Responses to Charter Communications, Inc.'s Second Set of Requests for Admission, dated June 29, 2020.

12. Attached hereto as Exhibit J is a true and correct copy of excerpts of Plaintiffs' Objections and Responses to Charter Communications, Inc.'s Third Set of Requests for Production of Documents, dated June 29, 2020.

13. Attached hereto as Exhibit K is a true and correct copy of excerpts of Plaintiffs' Objections and Responses to Charter Communications, Inc.'s Third Set of Interrogatories to the Record Company Plaintiffs, dated June 29, 2020.

14. Attached hereto as Exhibit L is a true and correct copy of excerpts of Plaintiffs' Objections and Responses to Charter Communications, Inc.'s First Set of Interrogatories, dated July 25, 2019.

15. Attached hereto as Exhibit M is a true and correct copy of excerpts of Plaintiffs' Objections and Responses to Charter Communications, Inc.'s Second Set of Interrogatories to the Music Publisher Plaintiffs, dated March 26, 2020.

16. Attached hereto as Exhibit N is a true and correct copy of excerpts of Record Company Plaintiffs' Objections and Responses to Charter Communications, Inc.'s First Set of Request for Admissions, dated March 26, 2020.

17. Attached hereto as Exhibit O is a true and correct copy of excerpts of Plaintiffs' Objections and Responses to Charter Communications, Inc.'s Second Set of Interrogatories to the Record Company Plaintiffs, dated March 26, 2020.

18. Attached hereto as Exhibit P is a true and correct copy of excerpts of Plaintiffs' Amended Objections and Responses to Charter Communications, Inc.'s Requests for Production of Documents, dated March 27, 2020.

19. After Charter filed its amended answer on November 18, 2020 (Dkt. 295), the UMG Plaintiffs informed Charter that they would reassert the counterclaims but no longer intended to argue that the counterclaims were compulsory.

20. As of December 8, 2020, Plaintiffs have not produced any evidence related to the additional works put in issue by their counter-counterclaims, including basic documentation related to the ownership of the works. Plaintiffs also have not responded to any written discovery encompassing the new claims.

21. Charter's internal system for responding to copyright infringement notices materially changed shortly after May 2016.

22. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed December 8, 2020 in Chicago, Illinois.

/s/ *Andrew H. Schapiro*

Andrew H. Schapiro
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400 (telephone)
(312) 705-7401 (facsimile)
E-mail: andrewschapiro@quinnemanuel.com