# Exhibit D

| | |
|---|---|
| From: | Linda Brewer |
| Sent: | Monday, November 2, 2020 6:52 PM |
| To: | 'Matt Oppenheim (Matt@oandzlaw.com)'; 'Jeff Gould (Jeff@oandzlaw.com)'; 'Alex Kaplan'; 'Scott Zebrak'; 'Andrew (Andrew@oandzlaw.com)'; 'Kellyn Goler'; 'Jia Ryu'; 'Corey Miller'; 'Janette Ferguson'; Sahni, Neema T; Ehlers, J. Hardy; Kamin, Mitchell A; Sperling, Jonathan; Hill, Phil; Lampros, Nicholas M.; Fields, Michael |
| Cc: | eranahan@winston.com; jgolinveaux@winston.com; melkin@winston.com; 'Kearney, Thomas'; 'Padmanabhan, Krishnan'; 'Spitzer, Seth'; tlane@winston.com; 'Anderson, Sean'; 'Alvarez, Cesie'; 'Skopec, Allison'; 'Jtanner@fwlaw.com'; 'cjoyce@fwlaw.com'; Brody, Michael; Charter-Copyright-QE |
| Subject: | Warner Records Inc. et al. v. Charter Communications, Inc.--Counter-counterclaim Discovery |
| Attachments: | Warner Bros. Records, Inc. v. Charter November 2 2020 Letter.pdf |

Counsel:

Please see the attached letter.

Cordially,
Linda


Linda Brewer
Partner,
**Quinn Emanuel Urquhart & Sullivan LLP**

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6403 Direct
lindabrewer@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.