# Exhibit F

| | |
|---|---|
| **From:** | Ehlers, J. Hardy <JEhlers@cov.com> |
| **Sent:** | Thursday, November 5, 2020 10:52 PM |
| **To:** | Linda Brewer; 'Matt Oppenheim (Matt@oandzlaw.com)'; 'Jeff Gould (Jeff@oandzlaw.com)'; 'Alex Kaplan'; 'Scott Zebrak'; 'Andrew (Andrew@oandzlaw.com)'; 'Kellyn Goler'; 'Jia Ryu'; 'Corey Miller'; 'Janette Ferguson'; Sahni, Neema T; Kamin, Mitchell A; Sperling, Jonathan; Hill, Phil; Lampros, Nicholas M.; Fields, Michael |
| **Cc:** | eranahan@winston.com; jgolinveaux@winston.com; melkin@winston.com; 'Kearney, Thomas'; 'Padmanabhan, Krishnan'; 'Spitzer, Seth'; tlane@winston.com; 'Anderson, Sean'; 'Alvarez, Cesie'; 'Skopec, Allison'; 'Jtanner@fwlaw.com'; 'cjoyce@fwlaw.com'; Brody, Michael; Charter-Copyright-QE |
| **Subject:** | RE: Warner Records Inc. et al. v. Charter Communications, Inc.--Counter-counterclaim Discovery |
| **Attachments:** | Pls 6th Set of RFPs to Charter.pdf; Pls 4th Set of Rogs to Charter.pdf |

**[EXTERNAL EMAIL]**

Linda,

The Special Master's instructions during last week's hearing were clear.  She instructed Plaintiffs to re-serve their requests to cover the counter-counterclaim period, along with a reference to the prior-served request and any agreements or rulings, and she instructed Charter to immediately begin the work of identifying any time period-specific objections to Plaintiffs' prior-served requests.  Oct. 26, 2020 Hrg. Tr. at 24:11-25:24.

We've accordingly attached here Plaintiffs' Sixth Set of RFPs and Fourth Set of Interrogatories.  Each of these Sets re-serves Plaintiffs' prior requests, modified to cover the counter-counterclaim period.  Pursuant to the Special Master's instructions, *id*. at 22:14-23, 24:11-17, we have included a citation to the prior request and any applicable agreements or orders.

Consistent with the Special Master's guidance, we propose that Charter respond to these requests within two weeks—by November 19.  *Id*. at 25:22-24.  We would agree that the same increases and response times would govern any counter-counterclaim requests that Charter wishes to serve:  a 50% increase in the limits under the Scheduling Order, and a two-week response time.

Because the RFPs in Plaintiffs' Fourth Set expressly included an instruction that they covered "January 1, 2012 through the present," we have not re-served those.  Instead, we will agree that a supplemental response from Charter to produce documents as agreed upon or ordered by the Court, through April 30, 2020, will suffice.  Similarly, Plaintiffs' Interrogatory No. 1 sought information "to the present."  We therefore request that Charter supplement its response to cover the May 18, 2016—April 30, 2020 time period.

As instructed by the Special Master, *id*. at 6:2-14, we are happy to confer regarding a reasonable extension of the deadline to complete fact discovery.  We propose that the parties do so after they have responded to the re-served requests covering this additional time period so that the discussion will be better informed.

Though Charter agreed on the record that the Special Master's instructions were "reasonable," *id*. at 25:25-26:1, your letter ignores her clear decision that discovery on Plaintiffs' additional claims should proceed forward expeditiously and in the manner that she specifically dictated.  Plaintiffs reject your requests to dismiss these claims or to defer them for years.

Thanks,

Hardy

---

**From:** Linda Brewer <lindabrewer@quinnemanuel.com>
**Sent:** Monday, November 2, 2020 4:52 PM
**To:** 'Matt Oppenheim (Matt@oandzlaw.com)' <Matt@oandzlaw.com>; 'Jeff Gould (Jeff@oandzlaw.com)' <Jeff@oandzlaw.com>; 'Alex Kaplan' <alex@oandzlaw.com>; 'Scott Zebrak' <Scott@oandzlaw.com>; 'Andrew (Andrew@oandzlaw.com)' <Andrew@oandzlaw.com>; 'Kellyn Goler' <Kellyn@oandzlaw.com>; 'Jia Ryu' <Jia@oandzlaw.com>; 'Corey Miller' <Corey@oandzlaw.com>; 'Janette Ferguson' <jferguson@lewisbess.com>; Sahni, Neema T <nsahni@cov.com>; Ehlers, J. Hardy <JEhlers@cov.com>; Kamin, Mitchell A <MKamin@cov.com>; Sperling, Jonathan <jsperling@cov.com>; Hill, Phil <PAHill@cov.com>; Lampros, Nicholas M. <nlampros@cov.com>; Fields, Michael <MFields@cov.com>
**Cc:** eranahan@winston.com; jgolinveaux@winston.com; melkin@winston.com; 'Kearney, Thomas' <TKearney@winston.com>; 'Padmanabhan, Krishnan' <KPadmanabhan@winston.com>; 'Spitzer, Seth' <SSpitzer@winston.com>; tlane@winston.com; 'Anderson, Sean' <SRanderson@winston.com>; 'Alvarez, Cesie' <CAlvarez@winston.com>; 'Skopec, Allison' <ASkopec@winston.com>; 'Jtanner@fwlaw.com' <Jtanner@fwlaw.com>; 'cjoyce@fwlaw.com' <cjoyce@fwlaw.com>; Brody, Michael <MBrody@winston.com>; Charter-Copyright-QE <charter-copyright-qe@quinnemanuel.com>
**Subject:** Warner Records Inc. et al. v. Charter Communications, Inc.--Counter-counterclaim Discovery

**[EXTERNAL]**
Counsel:

Please see the attached letter.

Cordially,
Linda

**Linda Brewer**
*Partner,*
**Quinn Emanuel Urquhart & Sullivan LLP**

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6403 Direct
lindabrewer@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.