# Exhibit H

| | |
|---|---|
| From: | Alex Kaplan <alex@oandzlaw.com> |
| Sent: | Monday, November 23, 2020 10:05 AM |
| To: | David Eiseman; Jeff Gould |
| Cc: | Ranahan, Erin; Golinveaux, Jennifer; Elkin, Michael; Kearney, Thomas; 'Padmanabhan, Krishnan'; 'Spitzer, Seth'; tlane@winston.com; Anderson, Sean R.; 'Alvarez, Cesie'; 'Skopec, Allison'; 'Jtanner@fwlaw.com'; 'cjoyce@fwlaw.com'; Brody, Michael; Charter-Copyright-QE; Matt Oppenheim; Scott Zebrak; Andrew Guerra; Kellyn Goler; Jia Ryu; Corey Miller; 'Janette Ferguson'; Sahni, Neema T; Ehlers, J. Hardy; mkamin@cov.com; Sperling, Jonathan; Hill, Phil; nlampros@cov.com; Fields, Michael |
| Subject: | Re: Warner Records, Inc., et al. v. Charter Communications, Inc.--Dismissal of Plaintiffs' Counter-Counterclaims |

**[EXTERNAL EMAIL]**

Hi David,

Thanks for your patience as we continued to discuss the issues with our clients. We presently intend to file an answer with counterclaims-in-reply to Charter's amended pleading. Your proposed time of 2:30 EST today is good for us and we'll look for a dial-in from you for the call.

Thanks, Alex

---

From: David Eiseman
Date: Monday, November 23, 2020 at 10:52 AM
To: Alex Kaplan , Jeff Gould
Cc: "Ranahan, Erin" , "Golinveaux, Jennifer" , "Elkin, Michael" , "Kearney, Thomas" , "'Padmanabhan, Krishnan'" , "'Spitzer, Seth'" , "tlane@winston.com" , "Anderson, Sean R." , "'Alvarez, Cesie'" , "'Skopec, Allison'" , "'Jtanner@fwlaw.com'" , "'cjoyce@fwlaw.com'" , "Brody, Michael" , Charter-Copyright-QE , Matt Oppenheim , Scott Zebrak , Andrew Guerra , Kellyn Goler , Jia Ryu , Corey Miller , 'Janette Ferguson' , "Sahni, Neema T" , "Ehlers, J. Hardy" , "mkamin@cov.com" , "Sperling, Jonathan" , "Hill, Phil" , "nlampros@cov.com" , "Fields, Michael"
Subject: RE: Warner Records, Inc., et al. v. Charter Communications, Inc.--Dismissal of Plaintiffs' Counter-Counterclaims

Alex,

Following up my email below, can you please let us know when you are available to meet and confer today. Also, please let us know Plaintiffs' position on the counter-counterclaims in advance of the meet and confer. Thank you.

David

---

From: David Eiseman
Sent: Friday, November 20, 2020 3:35 PM

1

To: Alex Kaplan ; Jeff Gould
Cc: Ranahan, Erin ; Golinveaux, Jennifer ; Elkin, Michael ; Kearney, Thomas ; 'Padmanabhan, Krishnan' ; 'Spitzer, Seth' ; tlane@winston.com; Anderson, Sean R. ; 'Alvarez, Cesie' ; 'Skopec, Allison' ; 'Jtanner@fwlaw.com' ; 'cjoyce@fwlaw.com' ; Brody, Michael ; Charter-Copyright-QE ; Matt Oppenheim ; Scott Zebrak ; Andrew Guerra ; Kellyn Goler ; Jia Ryu ; Corey Miller ; 'Janette Ferguson' ; Sahni, Neema T ; Ehlers, J. Hardy ; mkamin@cov.com; Sperling, Jonathan ; Hill, Phil ; nlampros@cov.com; Fields, Michael
Subject: RE: Warner Records, Inc., et al. v. Charter Communications, Inc.--Dismissal of Plaintiffs' Counter-Counterclaims

Alex,

In your November 13 email (copy attached), you indicated that once Charter filed its amended answer, "[w]e'll then be happy to tell you how we plan to proceed and to quickly meet and confer after that if it proves necessary, as my prior email indicated." We are willing to meet and confer on Monday between 2:30 and 4:30 pm EST. But consistent with Plaintiffs' commitment in your November 13 email, please let us know in advance of the meet and confer whether Plaintiffs intend to re-file an answer containing counter-counterclaims that include new works and an expanded claim period.

Thank you.

David

---

From: Alex Kaplan [mailto:alex@oandzlaw.com]
Sent: Friday, November 20, 2020 2:31 PM
To: David Eiseman <davideiseman@quinnemanuel.com>; Jeff Gould <Jeff@oandzlaw.com>
Cc: Ranahan, Erin <ERanahan@winston.com>; Golinveaux, Jennifer <JGolinveaux@winston.com>; Elkin, Michael <MElkin@winston.com>; Kearney, Thomas <TKearney@winston.com>; 'Padmanabhan, Krishnan' <KPadmanabhan@winston.com>; 'Spitzer, Seth' <SSpitzer@winston.com>; tlane@winston.com; Anderson, Sean R. <sranderson@winston.com>; 'Alvarez, Cesie' <CAlvarez@winston.com>; 'Skopec, Allison' <ASkopec@winston.com>; 'Jtanner@fwlaw.com' <Jtanner@fwlaw.com>; 'cjoyce@fwlaw.com' <cjoyce@fwlaw.com>; Brody, Michael <MBrody@winston.com>; Charter-Copyright-QE <charter-copyright-qe@quinnemanuel.com>; Matt Oppenheim <Matt@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Andrew Guerra <Andrew@oandzlaw.com>; Kellyn Goler <Kellyn@oandzlaw.com>; Jia Ryu <Jia@oandzlaw.com>; Corey Miller <Corey@oandzlaw.com>; 'Janette Ferguson' <jferguson@lewisbess.com>; Sahni, Neema T <nsahni@cov.com>; Ehlers, J. Hardy <jehlers@cov.com>; mkamin@cov.com; Sperling, Jonathan <jsperling@cov.com>; Hill, Phil <pahill@cov.com>; nlampros@cov.com; Fields, Michael <mfields@cov.com>
Subject: Re: Warner Records, Inc., et al. v. Charter Communications, Inc.--Dismissal of Plaintiffs' Counter-Counterclaims

**[EXTERNAL EMAIL]**

David,

We are available for a meet and confer call on Monday, as requested, between noon and 5:00 EST. If a timeslot in there works for you, please circulate a dial in.

Thanks, Alex

From: David Eiseman <davideiseman@quinnemanuel.com>
Date: Wednesday, November 18, 2020 at 10:45 PM
To: Alex Kaplan <alex@oandzlaw.com>, Jeff Gould <Jeff@oandzlaw.com>
Cc: "Ranahan, Erin" <ERanahan@winston.com>, "Golinveaux, Jennifer" <JGolinveaux@winston.com>, "Elkin, Michael" <MElkin@winston.com>, "Kearney, Thomas" <TKearney@winston.com>, "'Padmanabhan, Krishnan'" <KPadmanabhan@winston.com>, "'Spitzer, Seth'" <SSpitzer@winston.com>, "tlane@winston.com" <tlane@winston.com>, "Anderson, Sean R." <sranderson@winston.com>, "'Alvarez, Cesie'" <CAlvarez@winston.com>, "'Skopec, Allison'" <ASkopec@winston.com>, "'Jtanner@fwlaw.com'" <Jtanner@fwlaw.com>, "'cjoyce@fwlaw.com'" <cjoyce@fwlaw.com>, "Brody, Michael" <MBrody@winston.com>, Charter-Copyright-QE <charter-copyright-qe@quinnemanuel.com>, Matt Oppenheim <Matt@oandzlaw.com>, Scott Zebrak <Scott@oandzlaw.com>, Andrew Guerra <Andrew@oandzlaw.com>, Kellyn Goler <Kellyn@oandzlaw.com>, Jia Ryu <Jia@oandzlaw.com>, Corey Miller <Corey@oandzlaw.com>, 'Janette Ferguson' <jferguson@lewisbess.com>, "Sahni, Neema T" <nsahni@cov.com>, "Ehlers, J. Hardy" <jehlers@cov.com>, "mkamin@cov.com" <mkamin@cov.com>, "Sperling, Jonathan" <jsperling@cov.com>, "Hill, Phil" <pahill@cov.com>, "nlampros@cov.com" <nlampros@cov.com>, "Fields, Michael" <mfields@cov.com>
Subject: RE: Warner Records, Inc., et al. v. Charter Communications, Inc.--Dismissal of Plaintiffs' Counter-Counterclaims

Alex,

With regard to the counter-counterclaim discovery that Plaintiffs served on November 6, 2020 in the attached email, it is our position that this discovery is now moot in light of the Court's November 9, 2020 Minute Order [Dkt. 286] and Charter's filing of its Second Amended Counterclaims [Dkt. 295]. Specifically, due to the filing of Charter's Second Amended Answer and Counterclaims, Plaintiffs' Partial Answer, filed on June 5, 2020 [Dkt. 184] is no longer an operative pleading and the counter-counterclaims asserted therein are not properly in the case. The district court shared the understanding that Charter's Second Amended Counterclaims resolved Plaintiffs' counter-counterclaims, instructing Plaintiffs that they "might wish to reconsider their position in light of [Charter's] clarified position that its declaratory counterclaims relate only to the works at issue" and authorizing Charter to file a motion to dismiss the two counter-counterclaims should the subset of Plaintiffs "persist in its desire to expand the case beyond the claim period that has been the focus of attention throughout." Dkt. 286. We therefore renew our request that Plaintiffs confirm in writing that they will not re-file an answer containing counter-counterclaims that include new works and an expanded claim period. Should Plaintiffs disagree, we are available to meet and confer. Please provide your availability for a call on Friday or Monday.

Along with the written confirmation that Plaintiffs will not re-plead the (now moot) counter-counterclaims in Dkt. 184, we ask that Plaintiffs formally withdraw the discovery served on November 6. To the extent that Plaintiffs will not withdraw the November 6 discovery demands, Charter declines Plaintiffs' request that Charter serve its responses within two weeks. Absent agreement between the parties, Charter is entitled to respond to written discovery requests within 30 days of service, see Fed. R. Civ. P. 33(b)(2), 34(b)(2)(A), and will adhere to the deadlines established by the applicable Federal Rules of Civil Procedure and preserves all objections to such discovery.

We also do not agree to Plaintiffs' requested 50% increase to the discovery limits set forth in the Court's Scheduling Order, as we do not view this to be reasonable or warranted in light of the guidance provided by the Court in the November 5, 2020 Order and the November 9, 2020 Minute Order. Those Orders rejected Plaintiffs' attempt to expand the scope of the case beyond the works-in-suit and claims period asserted in the February 14, 2020 Amended Complaint and supersede any guidance provided by the Special Master to the contrary.

David

From: Alex Kaplan [mailto:alex@oandzlaw.com]
Sent: Friday, November 13, 2020 12:56 PM
To: David Eiseman <davideiseman@quinnemanuel.com>; Jeff Gould <Jeff@oandzlaw.com>
Cc: Ranahan, Erin <ERanahan@winston.com>; Golinveaux, Jennifer <JGolinveaux@winston.com>; Elkin, Michael <MElkin@winston.com>; Kearney, Thomas <TKearney@winston.com>; 'Padmanabhan, Krishnan' <KPadmanabhan@winston.com>; 'Spitzer, Seth' <SSpitzer@winston.com>; tlane@winston.com; Anderson, Sean R. <sranderson@winston.com>; 'Alvarez, Cesie' <CAlvarez@winston.com>; 'Skopec, Allison' <ASkopec@winston.com>; 'Jtanner@fwlaw.com' <Jtanner@fwlaw.com>; 'cjoyce@fwlaw.com' <cjoyce@fwlaw.com>; Brody, Michael <MBrody@winston.com>; Charter-Copyright-QE <charter-copyright-qe@quinnemanuel.com>; Matt Oppenheim <Matt@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Andrew Guerra <Andrew@oandzlaw.com>; Kellyn Goler <Kellyn@oandzlaw.com>; Jia Ryu <Jia@oandzlaw.com>; Corey Miller <Corey@oandzlaw.com>; 'Janette Ferguson' <jferguson@lewisbess.com>; Sahni, Neema T <nsahni@cov.com>; Ehlers, J. Hardy <jehlers@cov.com>; mkamin@cov.com; Sperling, Jonathan <jsperling@cov.com>; Hill, Phil <pahill@cov.com>; nlampros@cov.com; Fields, Michael <mfields@cov.com>
Subject: Re: Warner Records, Inc., et al. v. Charter Communications, Inc.--Dismissal of Plaintiffs' Counter-Counterclaims

**[EXTERNAL EMAIL]**

David,

If it is your intent to do so, file your amended pleading so that we know exactly what we are responding to. We'll then be happy to tell you how we plan to proceed and to quickly meet and confer after that if it proves necessary, as my prior email indicated.

Thank you, Alex

Alex Kaplan
Oppenheim + Zebrak, LLP
Alex@oandzlaw.com | www.oandzlaw.com

From: David Eiseman <davideiseman@quinnemanuel.com>
Date: Friday, November 13, 2020 at 11:18 AM
To: Alex Kaplan <alex@oandzlaw.com>, Jeff Gould <Jeff@oandzlaw.com>
Cc: "Ranahan, Erin" <ERanahan@winston.com>, "Golinveaux, Jennifer" <JGolinveaux@winston.com>, "Elkin, Michael" <MElkin@winston.com>, "Kearney, Thomas" <TKearney@winston.com>, "'Padmanabhan, Krishnan'" <KPadmanabhan@winston.com>, "'Spitzer, Seth'" <SSpitzer@winston.com>, "tlane@winston.com" <tlane@winston.com>, "Anderson, Sean R." <sranderson@winston.com>, "'Alvarez, Cesie'" <CAlvarez@winston.com>, "'Skopec, Allison'" <ASkopec@winston.com>, "'Jtanner@fwlaw.com'" <Jtanner@fwlaw.com>, "'cjoyce@fwlaw.com'" <cjoyce@fwlaw.com>, "Brody, Michael" <MBrody@winston.com>, Charter-Copyright-QE <charter-copyright-qe@quinnemanuel.com>, Matt Oppenheim <Matt@oandzlaw.com>, Scott Zebrak <Scott@oandzlaw.com>, Andrew Guerra <Andrew@oandzlaw.com>, Kellyn Goler <Kellyn@oandzlaw.com>, Jia Ryu <Jia@oandzlaw.com>, Corey Miller <Corey@oandzlaw.com>, 'Janette Ferguson' <jferguson@lewisbess.com>, "Sahni, Neema T" <nsahni@cov.com>, "Ehlers, J. Hardy" <jehlers@cov.com>, "mkamin@cov.com" <mkamin@cov.com>, "Sperling, Jonathan" <jsperling@cov.com>, "Hill, Phil" <pahill@cov.com>, "nlampros@cov.com"

4

<nlampros@cov.com>, "Fields, Michael" <mfields@cov.com>
Subject: RE: Warner Records, Inc., et al. v. Charter Communications, Inc.--Dismissal of Plaintiffs' Counter-Counterclaims

Alex,

Charter will be filing an amended answer and counterclaims consistent with the Court's November 5 order granting Charter's motion for leave to amend. The filing will track Docket No. 192-1.

Please confirm that Plaintiffs agree that any pleading they file in response to Charter's amended declaratory judgment counterclaims will not contain counter-counterclaims for the post-May 17, 2016 time period. If Plaintiffs are not willing to confirm this, please let us know your availability for a meet and confer on Monday, November 17, as the Court's November 9 minute order made clear that Judge Jackson expects Plaintiffs to drop the claims related to the post-May 17, 2016 time period in light of the November 5 ruling, and if not willing to do so voluntarily, to make themselves available for a meet and confer promptly so that Charter may seek the appropriate relief from the Court.

Thank you.

David

---

From: Alex Kaplan [mailto:alex@oandzlaw.com]
Sent: Wednesday, November 11, 2020 4:42 PM
To: David Eiseman <davideiseman@quinnemanuel.com>; Jeff Gould <Jeff@oandzlaw.com>
Cc: Ranahan, Erin <ERanahan@winston.com>; Golinveaux, Jennifer <JGolinveaux@winston.com>; Elkin, Michael <MElkin@winston.com>; Kearney, Thomas <TKearney@winston.com>; 'Padmanabhan, Krishnan' <KPadmanabhan@winston.com>; 'Spitzer, Seth' <SSpitzer@winston.com>; tlane@winston.com; Anderson, Sean R. <sranderson@winston.com>; 'Alvarez, Cesie' <CAlvarez@winston.com>; 'Skopec, Allison' <ASkopec@winston.com>; 'Jtanner@fwlaw.com' <Jtanner@fwlaw.com>; 'cjoyce@fwlaw.com' <cjoyce@fwlaw.com>; Brody, Michael <MBrody@winston.com>; Charter-Copyright-QE <charter-copyright-qe@quinnemanuel.com>; Matt Oppenheim <Matt@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Andrew Guerra <Andrew@oandzlaw.com>; Kellyn Goler <Kellyn@oandzlaw.com>; Jia Ryu <Jia@oandzlaw.com>; Corey Miller <Corey@oandzlaw.com>; 'Janette Ferguson' <jferguson@lewisbess.com>; Sahni, Neema T <nsahni@cov.com>; Ehlers, J. Hardy <jehlers@cov.com>; mkamin@cov.com; Sperling, Jonathan <jsperling@cov.com>; Hill, Phil <pahill@cov.com>; nlampros@cov.com; Fields, Michael <mfields@cov.com>
Subject: Re: Warner Records, Inc., et al. v. Charter Communications, Inc.--Dismissal of Plaintiffs' Counter-Counterclaims

**[EXTERNAL EMAIL]**

---

Counsel,

In response to your below email, the Court's recent orders assume Charter will be filing its proposed amended counterclaims. Will Charter be doing so? We are prepared to meet and confer once that occurs.

Regards, Alex

Alex Kaplan
Oppenheim + Zebrak, LLP
Alex@oandzlaw.com | www.oandzlaw.com

From: David Eiseman <davideiseman@quinnemanuel.com>
Date: Wednesday, November 11, 2020 at 9:58 AM
To: Jeff Gould <Jeff@oandzlaw.com>
Cc: "Ranahan, Erin" <ERanahan@winston.com>, "Golinveaux, Jennifer" <JGolinveaux@winston.com>, "Elkin, Michael" <MElkin@winston.com>, "Kearney, Thomas" <TKearney@winston.com>, "'Padmanabhan, Krishnan'" <KPadmanabhan@winston.com>, "'Spitzer, Seth'" <SSpitzer@winston.com>, "tlane@winston.com" <tlane@winston.com>, "Anderson, Sean R." <sranderson@winston.com>, "'Alvarez, Cesie'" <CAlvarez@winston.com>, "'Skopec, Allison'" <ASkopec@winston.com>, "'Jtanner@fwlaw.com'" <Jtanner@fwlaw.com>, "'cjoyce@fwlaw.com'" <cjoyce@fwlaw.com>, "Brody, Michael" <MBrody@winston.com>, Charter-Copyright-QE <charter-copyright-qe@quinnemanuel.com>, Matt Oppenheim <Matt@oandzlaw.com>, Alex Kaplan <alex@oandzlaw.com>, Scott Zebrak <Scott@oandzlaw.com>, Andrew Guerra <Andrew@oandzlaw.com>, Kellyn Goler <Kellyn@oandzlaw.com>, Jia Ryu <Jia@oandzlaw.com>, Corey Miller <Corey@oandzlaw.com>, 'Janette Ferguson' <jferguson@lewisbess.com>, "Sahni, Neema T" <nsahni@cov.com>, "Ehlers, J. Hardy" <jehlers@cov.com>, "mkamin@cov.com" <mkamin@cov.com>, "Sperling, Jonathan" <jsperling@cov.com>, "Hill, Phil" <pahill@cov.com>, "nlampros@cov.com" <nlampros@cov.com>, "Fields, Michael" <mfields@cov.com>
Subject: RE: Warner Records, Inc., et al. v. Charter Communications, Inc.--Dismissal of Plaintiffs' Counter-Counterclaims

Jeff,

Can you please confirm today that Plaintiffs will voluntarily dismiss their counter-counterclaims or provide your availability for a meet and confer tomorrow or on Friday. As I indicated in my email on Monday, we would like to avoid burdening the Court and the parties with motion practice on this issue but intend to move forward with our motion to dismiss if Plaintiffs are unwilling to agree to a voluntary dismissal.

Thank you.

David

From: Jeff Gould [mailto:Jeff@oandzlaw.com]
Sent: Monday, November 9, 2020 7:44 PM
To: David Eiseman <davideiseman@quinnemanuel.com>; Matt Oppenheim <Matt@oandzlaw.com>; Alex Kaplan <alex@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Andrew Guerra <Andrew@oandzlaw.com>; Kellyn Goler <Kellyn@oandzlaw.com>; Jia Ryu <Jia@oandzlaw.com>; Corey Miller <Corey@oandzlaw.com>; 'Janette Ferguson' <jferguson@lewisbess.com>; Sahni, Neema T <nsahni@cov.com>; Ehlers, J. Hardy <jehlers@cov.com>; mkamin@cov.com; Sperling, Jonathan <jsperling@cov.com>; Hill, Phil <pahill@cov.com>; nlampros@cov.com; Fields, Michael <mfields@cov.com>
Cc: Ranahan, Erin <ERanahan@winston.com>; Golinveaux, Jennifer <JGolinveaux@winston.com>; Elkin, Michael <MElkin@winston.com>; Kearney, Thomas <TKearney@winston.com>; 'Padmanabhan, Krishnan' <KPadmanabhan@winston.com>; 'Spitzer, Seth' <SSpitzer@winston.com>; tlane@winston.com; Anderson, Sean R. <sranderson@winston.com>; 'Alvarez, Cesie' <CAlvarez@winston.com>; 'Skopec, Allison' <ASkopec@winston.com>; 'Jtanner@fwlaw.com' <Jtanner@fwlaw.com>; 'cjoyce@fwlaw.com' <cjoyce@fwlaw.com>; Brody, Michael <MBrody@winston.com>; Charter-Copyright-QE <charter-copyright-qe@quinnemanuel.com>
Subject: Re: Warner Records, Inc., et al. v. Charter Communications, Inc.--Dismissal of Plaintiffs' Counter-Counterclaims

**[EXTERNAL EMAIL]**

David – We're still assessing the impact of these rulings and discussing the issues with our clients so tomorrow does not work. We'll get back to you soon about this issue.

Thanks,
Jeff

Jeffrey M. Gould
Oppenheim + Zebrak, LLP
202.851.4526 (direct)
jeff@oandzlaw.com

From: David Eiseman <davideiseman@quinnemanuel.com>
Date: Monday, November 9, 2020 at 4:41 PM
To: Matt Oppenheim <Matt@oandzlaw.com>, Jeff Gould <Jeff@oandzlaw.com>, Alex Kaplan <alex@oandzlaw.com>, Scott Zebrak <Scott@oandzlaw.com>, Andrew Guerra <Andrew@oandzlaw.com>, Kellyn Goler <Kellyn@oandzlaw.com>, Jia Ryu <Jia@oandzlaw.com>, Corey Miller <Corey@oandzlaw.com>, 'Janette Ferguson' <jferguson@lewisbess.com>, "Sahni, Neema T" <nsahni@cov.com>, "Ehlers, J. Hardy" <jehlers@cov.com>, "mkamin@cov.com" <mkamin@cov.com>, "Sperling, Jonathan" <jsperling@cov.com>, "Hill, Phil" <pahill@cov.com>, "nlampros@cov.com" <nlampros@cov.com>, "Fields, Michael" <mfields@cov.com>
Cc: "Ranahan, Erin" <ERanahan@winston.com>, "Golinveaux, Jennifer" <JGolinveaux@winston.com>, "Elkin, Michael" <MElkin@winston.com>, "Kearney, Thomas" <TKearney@winston.com>, "'Padmanabhan, Krishnan'" <KPadmanabhan@winston.com>, "'Spitzer, Seth'" <SSpitzer@winston.com>, "tlane@winston.com" <tlane@winston.com>, "Anderson, Sean R." <sranderson@winston.com>, "'Alvarez, Cesie'" <CAlvarez@winston.com>, "'Skopec, Allison'" <ASkopec@winston.com>, "'Jtanner@fwlaw.com'" <Jtanner@fwlaw.com>, "'cjoyce@fwlaw.com'" <cjoyce@fwlaw.com>, "Brody, Michael" <MBrody@winston.com>, Charter-Copyright-QE <charter-copyright-qe@quinnemanuel.com>
Subject: Warner Records, Inc., et al. v. Charter Communications, Inc.--Dismissal of Plaintiffs' Counter-Counterclaims

Counsel,

In light of the Court's 11/5 order and 11/9 minute order, we believe the Court expects Plaintiffs to dismiss the counter-counterclaims asserted in Plaintiffs' Answer, Affirmative Defenses, and Counterclaims filed on June 15, 2020. Please confirm that Plaintiffs will dismiss those counter-counterclaims so that further court and party resources are not wasted on this issue. If Plaintiffs are unwilling to do so, please provide your availability for a telephonic meet and confer tomorrow. We are available from 9:30am-10am and 11:30am-1:00 pm Pacific.

Thank you.

David


David Eiseman
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111

415.875.6314 Direct
415.609.2035 Mobile

8