IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 19-cv-00874-RBJ-MEH

**WARNER BROS. RECORDS INC., et al.,**

      Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.**

      Defendant.

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF NICHOLAS M. LAMPROS

THIS COURT, having reviewed and considered the Motion to Withdraw as Counsel of Nicholas M. Lampros, finds good cause to GRANT the Motion under the circumstances.

Therefore, this Court hereby ORDERS that Mr. Lampros is granted leave to withdraw as co-counsel for Plaintiffs.

SO ORDERED this ___ day of_____, 2020.

                                                                   United States District Court Judge