IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: | 19-cv-00874-RBJ-MEH | Date: December 15, 2020 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| WARNER RECORDS INC et al. | *Jeffrey Gould* |
| | *Matthew Oppenheim* |
| **Plaintiffs,** | *Jonathan Sperling* |
| v. | |
| CHARTER COMMUNICATIONS INC | *Linda Brewer* |
| | *Andrew Schapiro* |
| **Defendant.** | |

### COURTROOM MINUTES

**STATUS HEARING VIA VIDEO TELECONFERENCE**

Court in Session:  10:00 a.m.

Appearance of counsel – all participants present via video teleconference.

Status of the case discussed.

**ORDERED:   The plaintiffs' request to add new claims is DENIED.**

The Court reiterates that the trial date will go forward as scheduled unless the parties settle.

Discussion held on motions, current discovery deadline, and settlement.

Court in Recess:  10:25 a.m.          Hearing concluded.          Total time in Court:  00:25