IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-RBJ-MEH

WARNER RECORDS, INC., *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 16, 2020.**

    Before the Court is Defendant's Motion to Compel (ECF 266). The Court will hear oral argument on that matter on Friday, **December 18, 2020 at 10:00 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

    The Court will permit litigants (counsel and parties) to appear at the hearing either in person or by video teleconference. Attached to this Minute Order are the video teleconference instructions.

# Cisco Meeting App Instructions

# Judge Hegarty

- For Video Teleconference - From Google Chrome (recommended) on Windows, or Safari on Mac or iDevice, click on the link below to join.  **IMPORTANT:  Contact Chambers or Courtroom Deputy prior to testing this link, as you may interrupt a scheduled setting:**

    https://join.uc.uscourts.gov/invited.sf?secret=..fF_yhQuYusRD8jhbCEGg&id=635102804

    **Note:  Use the default of "Continue with browser" to join the meeting.**

- For Audio Only:

    - Phone: 571-353-2300, then enter 635102804

- **Once you have joined the conference either by Video or Audio, please MUTE YOUR MIC.**

    <u>**Family Member/Public/Media "listen" to hearing:**</u>

    Toll Free: 888-278-0296
    Access Code: 8212991#