## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

WARNER RECORDS INC. (f/k/a/ Warner Bros. Records, Inc.), *et al*.,

     Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

     Defendant.

Case No. 19-cv-00874-RBJ-MEH

## DECLARATION OF ANDREW SCHAPIRO

I, Andrew Schapiro, declare:

1.     I am a partner in the Chicago and New York offices of Quinn Emanuel Urquhart & Sullivan LLP, and counsel for Defendant Charter Communications, Inc. in this case.  I submit this declaration in support of Charter's Reply In Support of Its Motion For Entry of an Order Pursuant to Federal Rule of Evidence 502(d).  I make this declaration of my own personal knowledge and, if called to testify, I could and would competently testify hereto under oath.

2.     Attached hereto as Exhibit A is a true and correct copy of the Order entered pursuant to Federal Rule of Evidence 502(d) in *In re Delta/Airtran Baggage Fee Antitrust Litig.*, Dkt. 331, Case No. 1:09-md-02089-TCB, dated May 10, 2012.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 16, 2020.

 

Andrew Schapiro