# Exhibit A

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| IN RE: DELTA/AIRTRAN BAGGAGE FEE ANTITRUST LITIGATION  ) ) ) ) ) ) ) | CIVIL ACTION FILE NUMBER 1:09-md-2089-TCB  ALL CASES |

## ORDER

Upon consideration of the request of Defendant Delta Air Lines, Inc. ("Delta") and for good cause shown, the Court hereby orders, pursuant to Federal Rule of Evidence 502(d), that the disclosure of attorney-client privileged or work product protected documents, information, or communications by Delta in producing documents responsive to Request Nos. 6 and 7 of "Plaintiffs' Eighth Request for Production of Documents Directed to Delta Air Lines, Inc." shall not waive the attorney-client privilege or work product protection for the disclosed documents, information, or communications, or with respect to any undisclosed documents, information, or communications.

SO ORDERED, this 10th day of May, 2012.

_____
Timothy C. Batten, Sr.
United States District Judge