IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 19-cv-874-RBJ-MEH | Date: | December 18, 2020 |
| Courtroom Deputy: | Christopher Thompson | FTR: | Courtroom A 501* |

*Parties:*                                                              *Counsel:*

WARNER RECORDS INC, et al.,                      Jeff Gould
                                                                            Jonathan Sperling
                                                                            Neema Sahni
                                                                            Matthew Oppenheim

     Plaintiff,

v.

CHARTER COMMUNICATIONS, et al.,            Andrew Schapiro
                                                                            Craig Joyce
                                                                            Nathan Hamstra
                                                                            Linda Brewer

     Defendant.

---

### COURTROOM MINUTES
### AMENDED MOTION HEARING

**Court in session:**     10:01 a.m.

Court calls case. Appearances of counsel by video teleconference.

This matter is before the Court regarding [ECF 266] *Motion to Compel Production of Documents* filed by the Defendant's on October 17, 2020.

For the reasons set forth on the record, the *Motion to Compel* remains under consideration and the Court will not enter a ruling on the record at this time.

It is **ORDERED** the Plaintiffs' [ECF 262] *Motion to Compel Production of All Documents Related to Charters Spoliation Listed on Charters Privilege Log or Otherwise Withheld on the Basis of Privilege* is **DENIED WITHOUT PREJUDICE** as stated on the record. The Defendant shall provide the 200+ privileged documents in question to the Court for in camera review ~~by close of business today~~. The Plaintiff is granted leave to file a *Supplemental Motion to Compel*. If such motion is filed, the Defendant will have **5 business days** to respond and the Plaintiffs will have **2 business days** to reply.

The Court will set a **Status Conference for January 28, 2021 at 1:00 p.m.** before United States Magistrate Judge Michael E. Hegarty in Courtroom A501 of the Alfred A. Arraj Courthouse. Parties may appear by video teleconference by following the instructions attached to this entry as exhibit 1.  At the conference, the Court and the parties will discuss discovery deadlines, as stated on the record.

Regarding the issues related to Plaintiffs' Interrogatories 13 and 14, it is **ORDERED** the Defendant shall produce an attorney's eyes only a sampling of the redacted material in question to Plaintiffs' attorney Neema Sahni.  The sampling shall include every 5th line of data and the titles of the rows, tabs, and columns, as stated on the record.

**Court in recess:**     **12:48 p.m.**     Hearing concluded.
Total in-court time:     02:47

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.