# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

WARNER RECORDS INC. (f/k/a/ Warner Bros. Records, Inc.), *et al*.,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

Case No. 19-cv-00874-RBJ-MEH

## **DECLARATION OF ANDREW SCHAPIRO**

I, Andrew Schapiro, declare:

1.    I am a partner in the Chicago and New York offices of Quinn Emanuel Urquhart & Sullivan LLP, and counsel for Defendant Charter Communications, Inc. in this case. I submit this declaration in support of Charter's Partial Objection to Special Master's December 21, 2020 Ruling Regarding Privilege Log Item 28. I make this declaration of my own personal knowledge and, if called to testify, I could and would competently testify hereto under oath.

2.    Attached hereto as Exhibit A is a true and correct copy of Charter's July 13, 2020, Privilege Log.

3.    Attached hereto as Exhibit B is a true and correct copy of Plaintiffs' July 13, 2020, Letter Brief.

4.    Attached hereto as Exhibit C is a true and correct copy of Plaintiffs' Response to Charter's Privilege Log.

5. Attached hereto as Exhibit D is a true and correct copy of Charter's July 13, 2020, Privilege Log Dispute Chart.

6. Attached hereto as Exhibit E is a true and correct copy of an Email to the Special Master sent by Cesie C. Alvarez on September 1, 2020, with the subject line "Warner v. Charter – Privilege Log Letter Brief."

7. Attached hereto as Exhibit F is a true and correct copy of Charter's September 1, 2020, Letter Brief to the Special Master concerning privilege log Item 28.

8. Attached hereto as Exhibit G is a true and correct copy of the Declaration of Dan Vasey In Support of Charter's Letter Brief Concerning Its Privilege Log.

9. Attached hereto as Exhibit H is a true and correct copy of an Email to the Special Master sent by Erin R. Ranahan on October 16, 2020, with the subject line "Warner v. Charter: Privilege Log Item 28 in 10 2 20 Order."

10. Attached hereto as Exhibit I is a true and correct copy of an Email to Erin R. Ranahan sent by the Special Master on October 21, 2020, with the subject line "RE: Warner v. Charter: Privilege Log Item 28 in 10 2 2020 Order."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 29, 2020.

Andrew Schapiro