# Exhibit A

Charter's Amended Privilege Log (July 13, 2020)
Warner Records Inc et al v. Charter Communications, Inc.
Civil Action 1:19-cv-00874-RBJ-MEH

| Log ID | Date | From or Author(s) | Email - To | Email - CC | Email - BCC | Privilege Description | Privilege Claimed |
|---|---|---|---|---|---|---|---|
| 1 | 10/16/2012 | Stewart, Tammy S <tammy.stewart@chartercom.com> | Avery, Christopher M <christopher.avery@chartercom.com>* | Starkweather, Kelly L <kelly.starkweather@chartercom.com>* | | Partially redacted email chain seeking and containing the legal advice of in-house counsel regarding copyright notices. | Attorney-Client |
| 2 | 10/16/2012 | Avery, Christopher M <christopher.avery@chartercom.com>* | Stewart, Tammy S <tammy.stewart@chartercom.com>; | Starkweather, Kelly L <kelly.starkweather@chartercom.com>* | | Partially redacted email chain seeking and containing the legal advice of in-house counsel regarding copyright notices. | Attorney-Client |
| 3 | 10/17/2012 | Stewart, Tammy S <tammy.stewart@chartercom.com> | Avery, Christopher M <christopher.avery@chartercom.com>* | | | Partially redacted email chain seeking and containing legal advice from in-house counsel with draft letter attachment reflecting legal advice from in-house counsel regarding copyright notices. | Attorney-Client |
| 4 | 10/18/2012 | Rowlett, Laurie A <laurie.rowlett@chartercom.com> | Avery, Christopher M <christopher.avery@chartercom.com>* | | | Email chain seeking legal advice from in-house counsel and providing attachments to in-house counsel to obtain legal advice regarding internal presentation on customer communications. | Attorney-Client |
| 5 | 10/18/2012 | Matthews, Kelly S <kelly.matthews@chartercom.com> | Stewart, Tammy S <tammy.stewart@chartercom.com>; | Mabb, Colton <colton.mabb@chartercom.com>; Avery, Christopher M <christopher.avery@chartercom.com>* | | Partially redacted email chain seeking and containing the legal advice of in-house counsel regarding copyright notices. | Attorney-Client |

*Asterisk denotes attorney

Charter Privilege Log (May 25, 2020)
Warner Records Inc et al v. Charter Communications, Inc.
Civil Action 1:19-cv-00874-RBJ-MEH

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6 | 3/11/2013 | Wood, Laurie Jill J <lauriejill.wood@charter.com> | Perry, Joseph <joseph.perry@chartercom.com>; | Rowlett, Laurie A <laurie.rowlett@charter.com> | | Partially redacted email chain obtaining information for attorney meeting with Christopher Avery* seeking legal advice concerning copyright notices. | Attorney-Client |
| 7 | 3/18/2013 | Rowlett, Laurie A <laurie.rowlett@charter.com> | Wood, Laurie Jill J <lauriejill.wood@charter.com>; | | | Partially redacted email chain obtaining information for attorney meeting with Christopher Avery* seeking legal advice concerning copyright notices. | Attorney-Client |
| 8 | 3/18/2013 | Stewart, Tammy S <tammy.stewart@chartercom.com> | Nelson, Matthew A <matthew.nelson@chartercom.com>; | Matthews, Kelly S <kelly.matthews@chartercom.com> | | Partially redacted email chain obtaining information for attorney meeting with Christopher Avery* seeking legal advice concerning copyright notices. | Attorney-Client |
| 9 | 3/18/2013 | Nelson, Matthew A <matthew.nelson@chartercom.com> | Stewart, Tammy S <tammy.stewart@chartercom.com>; | Matthews, Kelly S <kelly.matthews@chartercom.com> | | Partially redacted email chain obtaining information for attorney meeting with Christopher Avery* seeking legal advice concerning copyright notices. | Attorney-Client |
| 10 | 3/18/2013 | Rowlett, Laurie A <laurie.rowlett@charter.com> | Wood, Laurie Jill J <lauriejill.wood@charter.com> | | | Partially redacted email chain obtaining information for attorney meeting with Christopher Avery* seeking legal advice concerning copyright notices. | Attorney-Client |
| 11 | 3/19/2013 | Stewart, Tammy S <tammy.stewart@chartercom.com> | Nelson, Matthew A <matthew.nelson@chartercom.com>; | Matthews, Kelly S <kelly.matthews@chartercom.com> | | Partially redacted email chain obtaining information for attorney meeting with Christopher Avery* seeking legal advice concerning copyright notices. | Attorney-Client |
| 12 | 3/19/2013 | Nelson, Matthew A <matthew.nelson@chartercom.com> | Stewart, Tammy S <tammy.stewart@chartercom.com>; | Matthews, Kelly S <kelly.matthews@chartercom.com> | | Partially redacted email chain obtaining information for attorney meeting with Christopher Avery* seeking legal advice concerning copyright notices. | Attorney-Client |
| 13 | 3/19/2013 | Stewart, Tammy S <tammy.stewart@chartercom.com> | Rowlett, Laurie A <laurie.rowlett@charter.com> | | | Partially redacted email chain obtaining information for attorney meeting with Christopher Avery* seeking legal advice concerning copyright notices. | Attorney-Client |

Charter Privilege Log (May 25, 2020)
Warner Records Inc et al v. Charter Communications, Inc.
Civil Action 1:19-cv-00874-RBJ-MEH

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 14 | 3/19/2013 | Stewart, Tammy S <tammy.stewart@chartercom.com> | Nelson, Matthew A <matthew.nelson@chartercom.com>; | Matthews, Kelly S <kelly.matthews@chartercom.com> | | Partially redacted email chain obtaining information for attorney meeting with Christopher Avery* seeking legal advice concerning copyright notices. | Attorney-Client |
| 15 | 3/19/2013 | Mabb, Colton <colton.mabb@chartercom.com> | Nelson, Matthew A <matthew.nelson@chartercom.com> | | | Partially redacted email chain obtaining information for attorney meeting with Christopher Avery* seeking legal advice concerning copyright notices. | Attorney-Client |
| 16 | 3/19/2013 | Nelson, Matthew A <matthew.nelson@chartercom.com> | Mabb, Colton <colton.mabb@chartercom.com> | | | Partially redacted email chain obtaining information for attorney meeting with Christopher Avery* seeking legal advice concerning copyright notices. | Attorney-Client |
| 17 | 6/17/2013 | Stewart, Tammy S <tammy.stewart@charter.com> | Rowlett, Laurie A <laurie.rowlett@charter.com> | | | Email obtaining information and document attachment summarizing information to seek legal advice from Kelly Starkweather* regarding copyright program. | Attorney-Client |
| 18 | 6/21/2013 | Stewart, Tammy S <tammy.stewart@charter.com> | Starkweather, Kelly L <kelly.starkweather@charter.com>* | | | Email providing information and document attachment providing information to in-house counsel to obtain legal advice regarding copyright program. | Attorney-Client |
| 19 | 7/2/2013 | Abramov, Kirill Y <kirill.abramov@charter.com>*; Starkweather, Kelly L <kelly.starkweather@charter.com>* | | | | Internal presentation reflecting the legal advice of in-house counsel regarding copyright program. | Attorney-Client |

Charter Privilege Log (May 25, 2020)
Warner Records Inc et al v. Charter Communications, Inc.
Civil Action 1:19-cv-00874-RBJ-MEH

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 20 | 7/18/2013 | Cobourn, Alan <alan.cobourn@charter.com> | Starkweather, Kelly L <kelly.starkweather@charter.com>*; | Stewart, Tammy S <tammy.stewart@charter.com> | | Email seeking legal advice and internal presentation attachment with notes seeking and reflecting the legal advice of in-house counsel regarding copyright program. | Attorney-Client |
| 21 | 7/18/2013 | Cobourn, Alan <alan.cobourn@charter.com> | Starkweather, Kelly L <kelly.starkweather@charter.com>*; | Stewart, Tammy S <tammy.stewart@charter.com> | | Email seeking legal advice and internal presentation attachment with notes seeking and reflecting the legal advice of in-house counsel regarding copyright program. | Attorney-Client |
| 22 | 7/23/2013 | Abramov, Kirill Y <kirill.abramov@charter.com>*; Starkweather, Kelly L <kelly.starkweather@charter.com>* | | | | Internal presentation with notes reflecting the legal advice of in-house counsel regarding copyright program. | Attorney-Client |
| 23 | 7/23/2013 | Starkweather, Kelly L <kelly.starkweather@charter.com>* | Cobourn, Alan <alan.cobourn@charter.com>; | Stewart, Tammy S <tammy.stewart@charter.com> | | Email chain seeking and reflecting the legal advice of in-house counsel and internal presentation attachment with notes reflecting the legal advice of in-house counsel regarding copyright program. | Attorney-Client |
| 24 | 7/23/2013 | Starkweather, Kelly L <kelly.starkweather@charter.com>* | Cobourn, Alan <alan.cobourn@charter.com>; | Stewart, Tammy S <tammy.stewart@charter.com> | | Email chain seeking and reflecting the legal advice of in-house counsel and internal presentation attachment with notes reflecting the legal advice of in-house counsel regarding copyright program. | Attorney-Client |
| 25 | 7/23/2013 | Rowlett, Laurie A <laurie.rowlett@charter.com> | Cobourn, Alan <alan.cobourn@charter.com>; | Stewart, Tammy S <tammy.stewart@charter.com> | | Partially redacted email chain transmitting internal presentation attachment with notes reflecting legal advice from Kelly Starkweather* and Kirill Abramov* regarding copyright program. | Attorney-Client |

Charter Privilege Log (May 25, 2020)
Warner Records Inc et al v. Charter Communications, Inc.
Civil Action 1:19-cv-00874-RBJ-MEH

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 26 | 7/26/2013 | Rowlett, Laurie A <laurie.rowlett@charter.com> | Starkweather, Kelly L <kelly.starkweather@charter.com>*; | Stewart, Tammy S <tammy.stewart@charter.com> | | Email chain providing information and attachments providing information to obtain legal advice from in-house counsel regarding copyright notices. | Attorney-Client |
| 27 | 7/26/2013 | Rowlett, Laurie A <laurie.rowlett@charter.com> | Starkweather, Kelly L <kelly.starkweather@charter.com>*; | Stewart, Tammy S <tammy.stewart@charter.com> | | Email chain providing information and attachments providing information to in-house counsel to obtain legal advice regarding copyright notices. | Attorney-Client |
| 28 | 7/29/2013 | Cobourn, Alan <alan.cobourn@charter.com> | DL Corp Internet Security <dlcorpinternetsecurity@charter.com>; DL Corp SRT <dlcorpsrt@charter.com> | | laurie.rowlett@charter.com; tammy.stewart@charter.com; kelly.matthews@charter.com; andre.owens@charter.com; maureen.linhares@charter.com; alan.cobourn@charter.com; colton.mabb@charter.com; adam.smith@charter.com; timothy.brockel@charter.com; todd.neuverth@charter.com; austin.mcneil@charter.com; brad.touchette@charter.com; jamie.gress@charter.com; anton.taylor@charter.com; travis.waller@charter.com; neal.borowiak@charter.com; timothy.o'brien@charter.com; kenneth.gebken@charter.com; mike.hathaway@charter.com; kyle.free@charter.com*; mike.mclean@charter.com; laurie.ward@charter.com*; jesse.williamson@charter.com; timothy.hobson@charter.com | Partially redacted email transmitting internal presentation attachment with notes reflecting legal advice from Kelly Starkweather* and Kirill Abramov* regarding copyright program. | Attorney-Client |

Charter Privilege Log (May 25, 2020)
Warner Records Inc et al v. Charter Communications, Inc.
Civil Action 1:19-cv-00874-RBJ-MEH

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 29 | 8/2/2013 | Stewart, Tammy S <tammy.stewart@charter.com> | Starkweather, Kelly L <kelly.starkweather@charter.com>* | Rowlett, Laurie A <laurie.rowlett@charter.com> | | Email chain providing information and attachments providing information to obtain legal advice from in-house counsel regarding copyright notices. | Attorney-Client |
| 30 | 8/2/2013 | Stewart, Tammy S <tammy.stewart@charter.com> | Starkweather, Kelly L <kelly.starkweather@charter.com>* | Rowlett, Laurie A <laurie.rowlett@charter.com> | | Email chain providing information and attachments providing information to obtain legal advice from in-house counsel regarding copyright notices. | Attorney-Client |
| 31 | 8/9/2013 | Stewart, Tammy S <tammy.stewart@charter.com> | Starkweather, Kelly L <kelly.starkweather@charter.com>* | Rowlett, Laurie A <laurie.rowlett@charter.com> | | Email chain providing information and attachments providing information to obtain legal advice from in-house counsel regarding copyright notices. | Attorney-Client |
| 32 | 8/9/2013 | Stewart, Tammy S <tammy.stewart@charter.com> | Starkweather, Kelly L <kelly.starkweather@charter.com>* | Rowlett, Laurie A <laurie.rowlett@charter.com> | | Email chain providing information and attachments providing information to obtain legal advice from in-house counsel regarding copyright notices. | Attorney-Client |
| 33 | 8/30/2013 | Stewart, Tammy S <tammy.stewart@charter.com> | Starkweather, Kelly L <kelly.starkweather@charter.com>*; | Rowlett, Laurie A <laurie.rowlett@charter.com> | | Email chain providing information and attachments providing information to obtain legal advice from in-house counsel regarding copyright notices. | Attorney-Client |
| 34 | 8/30/2013 | Stewart, Tammy S <tammy.stewart@charter.com> | Starkweather, Kelly L <kelly.starkweather@charter.com>*; | Rowlett, Laurie A <laurie.rowlett@charter.com> | | Email chain providing information and attachments providing information to obtain legal advice from in-house counsel regarding copyright notices. | Attorney-Client |
| 35 | 9/13/2013 | Stewart, Tammy S <tammy.stewart@charter.com> | Starkweather, Kelly L <kelly.starkweather@charter.com>* | Rowlett, Laurie A <laurie.rowlett@charter.com> | | Email chain providing information and attachments providing information to obtain legal advice from in-house counsel regarding copyright notices. | Attorney-Client |
| 36 | 12/20/2013 | Stewart, Tammy S <tammy.stewart@charter.com> | Starkweather, Kelly L <kelly.starkweather@charter.com>* | Rowlett, Laurie A <laurie.rowlett@charter.com>; Avery, Christopher M <christopher.avery@charter.com>* | | Email seeking legal advice and draft letter attachment reflecting the legal advice of in-house counsel regarding customer communications. | Attorney-Client |

Charter Privilege Log (May 25, 2020)
Warner Records Inc et al v. Charter Communications, Inc.
Civil Action 1:19-cv-00874-RBJ-MEH

| # | Date | From | To | CC | BCC | Description | Privilege |
|---|---|---|---|---|---|---|---|
| 37 | 12/23/2013 | Starkweather, Kelly L <kelly.starkweather@charter.com>* | Stewart, Tammy S <tammy.stewart@charter.com>; | Rowlett, Laurie A <laurie.rowlett@charter.com>; Avery, Christopher M <christopher.avery@charter.com>* | | Email chain reflecting legal advice and draft letter attachment reflecting the legal advice of in-house counsel regarding customer communications. | Attorney-Client |
| 38 | 1/10/2014 | Stewart, Tammy S <tammy.stewart@charter.com> | Rowlett, Laurie A <laurie.rowlett@charter.com> | | | Partially redacted email chain reflecting and seeking legal advice and attachments reflecting and seeking the legal advice of in-house counse, following an email to Kelly Starkweather* and Kirill Abramov*, regarding customer communications. | Attorney-Client |
| 39 | 4/16/2015 | Noce, Elfin L <elfin.noce@charter.com>* | Abramov, Kirill Y <kirill.abramov@charter.com>* | | | Email chain seeking and containing legal advice from in-house counsel with draft letter attachment reflecting legal advice regarding customer communications. | Attorney-Client |
| 40 | 4/20/2015 | Noce, Elfin L <elfin.noce@charter.com>* | Abramov, Kirill Y <kirill.abramov@charter.com>* | | | Email chain seeking and containing legal advice from in-house counsel with draft letter attachment reflecting legal advice regarding customer communications. | Attorney-Client |
| 41 | 11/23/2015 | Noce, Elfin L <elfin.noce@charter.com>* | Cowperthwait, Scott <scott.cowperthwait@charter.com>* | | | Email chain seeking and containing the legal advice of in-house counsel regarding copyright program. | Attorney-Client |
| 42 | 12/9/2015 | Mabb, Colton <colton.mabb@charter.com> | Abramov, Kirill Y <kirill.abramov@charter.com>*; | Stewart, Tammy S <tammy.stewart@charter.com>; Neuverth, Todd <todd.neuverth@charter.com>; Rowlett, Laurie A <laurie.rowlett@charter.com> | | Email providing information and attachments providing information requested by in-house counsel to provide legal advice regarding copyright program. | Attorney-Client |

Charter Privilege Log (May 25, 2020)
Warner Records Inc et al v. Charter Communications, Inc.
Civil Action 1:19-cv-00874-RBJ-MEH

| # | Date | From | To | CC | BCC | Description | Privilege |
|---|---|---|---|---|---|---|---|
| 43 | 12/9/2015 | Mabb, Colton <colton.mabb@charter.com> | Abramov, Kirill Y <kirill.abramov@charter.com>* | | | Email chain providing information and attachments providing information requested by in-house counsel to provide legal advice regarding copyright program. | Attorney-Client |
| 44 | 12/9/2015 | Mabb, Colton <colton.mabb@charter.com> | Abramov, Kirill Y <kirill.abramov@charter.com>* | | | Email chain providing information and attachments providing information requested by in-house counsel to provide legal advice regarding copyright program. | Attorney-Client |
| 45 | 12/9/2015 | Mabb, Colton <colton.mabb@charter.com> | Noce, Elfin L <elfin.noce@charter.com>*; Cowperthwait, Scott <scott.cowperthwait@charter.com>*; | Stewart, Tammy S <tammy.stewart@charter.com>; Neuverth, Todd <todd.neuverth@charter.com>; Rowlett, Laurie A <laurie.rowlett@charter.com>; Abramov, Kirill Y <kirill.abramov@charter.com>* | | Email chain providing information and attachments providing information requested by in-house counsel to provide legal advice regarding copyright program. | Attorney-Client |
| 46 | 12/10/2015 | Stewart, Tammy S <tammy.stewart@charter.com> | Noce, Elfin L <elfin.noce@charter.com>*; | Mabb, Colton <colton.mabb@charter.com>; Rowlett, Laurie A <laurie.rowlett@charter.com> | | Email providing information to obtain legal advice and attachments reflecting the legal advice of in-house counsel regarding copyright program. | Attorney-Client |
| 47 | 12/10/2015 | Stewart, Tammy S <tammy.stewart@charter.com> | Noce, Elfin L <elfin.noce@charter.com>*; | Mabb, Colton <colton.mabb@charter.com>; Rowlett, Laurie A <laurie.rowlett@charter.com> | | Email providing information to obtain legal advice and attachments reflecting the legal advice of in-house counsel regarding copyright program. | Attorney-Client |
| 48 | 12/10/2015 | Noce, Elfin L <elfin.noce@charter.com>* | Abramov, Kirill Y <kirill.abramov@charter.com>*; | | | Email providing information to obtain legal advice and attachments reflecting the legal advice of in-house counsel regarding copyright program. | Attorney-Client |

Charter Privilege Log (May 25, 2020)
Warner Records Inc et al v. Charter Communications, Inc.
Civil Action 1:19-cv-00874-RBJ-MEH

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 49 | 12/10/2015 | Mabb, Colton <colton.mabb@charter.com> | Noce, Elfin L <elfin.noce@charter.com>*; | Stewart, Tammy S <tammy.stewart@charter.com>; Neuverth, Todd <todd.neuverth@charter.com>; Rowlett, Laurie A (laurie.rowlett@charter.com) <laurie.rowlett@charter.com>; Abramov, Kirill Y <kirill.abramov@charter.com>*; Cowperthwait, Scott <scott.cowperthwait@charter.com>* | | Email providing information and attachments providing information requested by in-house counsel to provide legal advice regarding copyright program. | Attorney-Client |
| 50 | 12/10/2015 | Mabb, Colton <colton.mabb@charter.com> | Noce, Elfin L <elfin.noce@charter.com>*; | Stewart, Tammy S <tammy.stewart@charter.com>; Neuverth, Todd <todd.neuverth@charter.com>; Rowlett, Laurie A (laurie.rowlett@charter.com) <laurie.rowlett@charter.com>; Abramov, Kirill Y <kirill.abramov@charter.com>*; Cowperthwait, Scott <scott.cowperthwait@charter.com>* | | Email providing information and attachments providing information requested by in-house counsel to provide legal advice regarding copyright program. | Attorney-Client |
| 51 | 12/10/2015 | Mabb, Colton <colton.mabb@charter.com> | Noce, Elfin L <elfin.noce@charter.com>*; Abramov, Kirill Y <kirill.abramov@charter.com>*; | Stewart, Tammy S <tammy.stewart@charter.com>; Neuverth, Todd <todd.neuverth@charter.com>; Rowlett, Laurie A <laurie.rowlett@charter.com>; Cowperthwait, Scott <scott.cowperthwait@charter.com>* | | Email providing information and attachments providing information requested by in-house counsel to provide legal advice regarding copyright program. | Attorney-Client |
| 52 | 12/11/2015 | Mabb, Colton <colton.mabb@charter.com> | Noce, Elfin L <elfin.noce@charter.com>* | | | Email and attachments providing information requested by in-house counsel to provide legal advice regarding copyright program. | Attorney-Client |

Charter Privilege Log (May 25, 2020)
Warner Records Inc et al v. Charter Communications, Inc.
Civil Action 1:19-cv-00874-RBJ-MEH

| # | Date | From | To | CC | BCC | Description | Privilege |
|---|---|---|---|---|---|---|---|
| 53 | 12/14/2015 | Noce, Elfin L <elfin.noce@charter.com>* | Abramov, Kirill Y <kirill.abramov@charter.com>* | | | Email providing information requested by in-house counsel to provide legal advice regarding copyright program. | Attorney-Client |
| 54 | 12/18/2015 | Mabb, Colton <colton.mabb@charter.com> | Noce, Elfin L <elfin.noce@charter.com>* | | | Email providing information and attachments providing information requested by in-house counsel to provide legal advice regarding copyright program. | Attorney-Client |
| 55 | 12/18/2015 | Mabb, Colton <colton.mabb@charter.com> | Noce, Elfin L <elfin.noce@charter.com>* | | | Email chain providing information and attachments providing information requested by in-house counsel to provide legal advice regarding copyright program. | Attorney-Client |
| 56 | 1/28/2016 | Mabb, Colton <colton.mabb@charter.com> | Noce, Elfin L <elfin.noce@charter.com>* | | | Email chain providing information and attachments providing information requested by in-house counsel to provide legal advice regarding copyright program. | Attorney-Client |
| 57 | 1/29/2016 | Mabb, Colton <colton.mabb@charter.com> | Abramov, Kirill Y <kirill.abramov@charter.com>*; | Stewart, Tammy S <tammy.stewart@charter.com>; Rowlett, Laurie A <laurie.rowlett@charter.com>; Brockel, Timothy <timothy.brockel@charter.com> | | Email chain providing information and attachments providing information requested by in-house counsel to provide legal advice regarding copyright program. | Attorney-Client |
| 58 | 1/29/2016 | Mabb, Colton <colton.mabb@charter.com> | Abramov, Kirill Y <kirill.abramov@charter.com>*; | Stewart, Tammy S <tammy.stewart@charter.com>; Rowlett, Laurie A <laurie.rowlett@charter.com>; Brockel, Timothy <timothy.brockel@charter.com> | | Email chain providing information and attachments providing information requested by in-house counsel to provide legal advice regarding copyright program. | Attorney-Client |