# Exhibit E

## Seth Fortenbery

| | |
|---|---|
| **From:** | Alvarez, Cesie <CAlvarez@winston.com> |
| **Sent:** | Tuesday, September 1, 2020 11:36 PM |
| **To:** | Regina.Rodriguez@wilmerhale.com; Tracy.Gomez@wilmerhale.com |
| **Cc:** | Golinveaux, Jennifer; Padmanabhan, Krishnan; Elkin, Michael; jtanner@fwlaw.com; cjoyce@fwlaw.com; Spitzer, Seth; Lane, Thomas; Anderson, Sean; Andrew Schapiro; Jessica Rose; Linda Brewer; Todd Anten; Dolan, Mairead K.; Rosenthal, John; jferguson@williamsweese.com; Brody, Michael; Gomez, Tracy M.; Waters, Patty; Charles K Verhoeven; David Eiseman; Ranahan, Erin; Ehlers, J. Hardy; Sperling, Jonathan; Chen, Mark Y; Matt Oppenheim; Kamin, Mitchell A; Lampros, Nicholas M.; Scott Zebrak; O'Neil, William; Fields, Michael; Jeff Gould; Sahni, Neema T |
| **Subject:** | Warner v. Charter - Privilege Log Letter Brief |
| **Attachments:** | Warner v. Charter - Privilege Log Brief.pdf; Warner v. Charter - Declaration of D. Vasey.pdf |

---

**[EXTERNAL EMAIL]**

---

Dear Ms. Rodriguez,

In accordance with your August 12 Order concerning Item 28 on Charter's privilege log, Charter submits the attached letter brief and supporting declaration. Charter will provide the documents for your in-camera review corresponding to Item 28 under separate cover.

Kind regards,
Cesie


**Cesie C Alvarez**

**Associate Attorney**

Winston & Strawn LLP
800 Capitol St., Suite 2400
Houston, TX 77002-2925

D: +1 212-294-6737

F: +1 713-651-2700

VCard | Email | winston.com

*Admitted to practice in New York*

*Not admitted to practice in Texas*



---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.