# Exhibit F



North America   Europe   Asia

101 California Street
34th Floor
San Francisco, CA 94111
T +1 415 591 1000
F +1 415 591 1400

September 1, 2020

**VIA EMAIL**

Special Master Regina Rodriguez
Regina.rodriguez@wilmerhale.com

**Re:**  *Warner Records, Inc., et al. v. Charter Communications, Inc.*, Case No. 19-cv-00874-RBJ-MEH–Charter's Letter Brief Regarding Charter's Privilege Log Item 28

Dear Ms. Rodriguez:

Defendant Charter provides this letter brief in accordance with the Special Master's August 12 Order concerning Item 28 on Charter's privilege log, a document that is protected by the attorney-client privilege, which both its contents and its specific recipients confirm. *See RCHFU, LLC v. Marriott Vacations Worldwide Corp.*, No. 16-cv-1391-PAB-GPG, 2018 WL 3055774, at *2 (D. Colo. May 23, 2018) (attorney-client privilege extends to communications made "in the course of receiving counsel, advice, or direction with respect to the client's rights or obligations").

As is detailed in the log, and as Plaintiffs can see from the redacted version of the email corresponding to Item 28, Item 28 concerns internal email communications in which a presentation created by in-house counsel and containing Charter in-house counsel's notes were being disseminated to specific Charter employees to provide them with legal advice and direction concerning Charter's copyright program. *See* Charter's July 13 Amended Privilege Log at 5; *see also* CHA_00063579.  The presentation is clearly marked "attorney-client privilege." And, as Items 18-25 reflect, Charter's in-house counsel, Kelly Starkweather and Kirill Abramov, provided their notes reflecting legal advice before the presentation was disseminated to the specific Charter employees in Item 28.

Charter can confirm that every individual who appears on the email corresponding to Item 28 was a Charter employee at the time they received the email, and their names and titles from the relevant time are listed below:

| Name | Position at Charter |
|---|---|
| Laurie Rowlett | Director, Network Security Operations |
| Tammy Stewart | Supervisor, Subscriber Services Security Team |
| Kelly Matthews | Security Specialist I |
| Andre Owens | Security Specialist I |
| Maureen Linhares | Security Coordinator |
| Alan Cobourn | Security Specialist I |
| Colton Mabb | Security Specialist I |
| Adam Smith | Security Coordinator |
| Timothy Brockel | Security Specialist II |
| Todd Neuverth | Supervisor, Law Enforcement Response/Network Security Operations |
| Austin McNeil | Security Specialist I |



September 1, 2020
Page 2

| | |
|---|---|
| Brad Touchette | Business Analyst / Security Writer IT I |
| Jamie Gress | Security Coordinator |
| Anton Taylor | Security Coordinator |
| Travis Waller | Security Coordinator |
| Neal Borowiak | Security Coordinator |
| Timothy O'Brien | Contractor, Subscriber Services Security Team |
| Kenneth Gebken | Business Analyst (temp) Contractor |
| Mike Hathaway | Senior Software Developer |
| Kyle Free | Legal Specialist II |
| Mike McLean | Systems Engineer II |
| Laurie Ward | Legal Specialist II |
| Jesse Williamson | LERT Security Specialist II |
| Timothy Hobson | Sr. Technology Specialist |
| Alan Cobourn | Security Specialist I |
| Kirill Abramov | Vice President and Senior Counsel |
| Kelly Starkweather | Manager & Counsel, Privacy |

  Moreover, the "DL Corp Internet Security" and the "DL Corp SRT" distribution list emails that are copied on the email are two internal Charter distribution lists that included <u>only</u> internal Charter personnel, and did not include third parties. *See* Declaration of Charter employee Dan Vasey at ¶3. The "DL Corp Internet Security" and the "DL Corp SRT" distribution lists were used by the Internet Security and Corporate Security Resolution teams which are two internal teams at Charter comprised exclusively of Charter staff.

  Accordingly, everyone copied on these communications falls within the zone of privilege, and Charter's privilege assertion should stand.

  Sincerely,

*/s/Jennifer A. Golinveaux*
Jennifer A. Golinveaux