# Exhibit G

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

WARNER RECORDS INC., *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

Case No. 1:19-cv-00874-RBJ-MEH

## DECLARATION OF DAN VASEY IN SUPPORT OF CHARTER'S LETTER BRIEF CONCERNING ITS PRIVILEGE LOG

1. I am an employee of Defendant Charter Communications, Inc. ("Charter"). I have worked for Charter since 2009. My current position is Senior Director of Records and Information Management & eDiscovery. I have personal knowledge of the facts stated in this declaration, and if called upon as a witness, I could and would competently testify thereto.

2. In my role, myself and my team can access Charter's archived files and databases, including archives for email addresses and distribution list emails.

3. The "DL Corp Internet Security" and the "DL Corp SRT" distribution list emails that appear on the email associated with Item 28 in Charter's July 13, 2020 Amended Privilege Log are distribution lists that include only internal Charter staff. I am not aware of any time where either of these email distribution lists included non-Charter third parties.

//

//

//

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 1, 2020 at St. Louis, Missouri.

*[signature]*

Dan Vasey