# Exhibit I

## Seth Fortenbery

| | |
|---|---|
| **From:** | Rodriguez, Regina <Regina.Rodriguez@wilmerhale.com> |
| **Sent:** | Wednesday, October 21, 2020 1:52 PM |
| **To:** | eranahan@winston.com; Gomez, Tracy M. |
| **Cc:** | Kamin, Mitchell A; Sperling, Jonathan; Sahni, Neema T; Hill, Phil; Lampros, Nicholas M.; Ehlers, J. Hardy; Fields, Michael; Matt Oppenheim (Matt@oandzlaw.com); Jeff Gould (Jeff@oandzlaw.com); Scott Zebrak; Andrew (Andrew@oandzlaw.com); Kellyn Goler; Jia Ryu; Corey Miller; Janette Ferguson; jgolinveaux@winston.com; melkin@winston.com; Padmanabhan, Krishnan; Anderson, Sean; Alvarez, Cesie; Andrew Schapiro; David Eiseman; Jessica Rose; Linda Brewer; Allison Huebert; Todd Anten; Jtanner@fwlaw.com; cjoyce@fwlaw.com; Ella Hallwass |
| **Subject:** | RE: Warner v. Charter: Privilege Log Item 28 in 10 2 20 Order |

**[EXTERNAL EMAIL]**

Dear Ms. Ranahan,

Please submit the document to me for *in camera* review as soon as you are able but no later than Friday, October 23, 2020.

Kind regards,
Gina

**Regina Rodriguez | WilmerHale**
+1 720 598 3468 (t)
+1 303 908 5154 (c)
regina.rodriguez@wilmerhale.com

**From:** Ranahan, Erin
**Sent:** Friday, October 16, 2020 9:45 PM
**To:** Rodriguez, Regina ; Gomez, Tracy M.
**Cc:** Kamin, Mitchell A ; Sperling, Jonathan ; Sahni, Neema T ; Hill, Phil ; Lampros, Nicholas M. ; Ehlers, J. Hardy ; Fields, Michael ; Matt Oppenheim (Matt@oandzlaw.com) ; Jeff Gould (Jeff@oandzlaw.com) ; Scott Zebrak ; Andrew (Andrew@oandzlaw.com) ; Kellyn Goler ; Jia Ryu ; Corey Miller ; Janette Ferguson ; jgolinveaux@winston.com; melkin@winston.com; Padmanabhan, Krishnan ; Anderson, Sean ; Alvarez, Cesie ; Andrew Schapiro ; davideiseman@quinnemanuel.com; Jessica Rose ; Linda Brewer ; Allison Huebert ; Todd Anten ; Jtanner@fwlaw.com; cjoyce@fwlaw.com; Ella Hallwass
**Subject:** Warner v. Charter: Privilege Log Item 28 in 10 2 20 Order

**EXTERNAL SENDER**

Dear Ms. Rodriguez,

We write on behalf of Defendant Charter regarding an issue we just discovered in preparing to produce to Plaintiffs the unredacted version of Privilege Log Item 28 pursuant to your October 2, 2020 Order. (Dkt. 252, pp. 3-5.)

The native version of the PowerPoint document associated with privilege log item 28 contains speaker notes from Charter's in house counsel, which provides specific legal advice associated with the PowerPoint document. In the process of preparing the document for production this week, we discovered that the version we previously provided to you to review *in camera* did not include these speaker notes (which do not appear in the slide presentation itself, but in a notes field) due to the way the document was pulled from our document review system.

We respectfully request permission to present to you *in camera* the version of Item 28 that has visible the speaker notes prepared by in house counsel, in the event that the additional information impacts your evaluation of the document. Further, in light of your October 2, 2020 Order, which states that the recipients "were not instructed that the communication was protected by the attorney-client privilege" (*id*. at 4) we would also like to draw your attention to the fact that the presentation is labeled "Subject To Attorney-Client Privilege" on the first page of the PowerPoint presentation.

We apologize for the delay in discovering this error and thank you very much for your time and consideration of this matter.

Best Regards,

-Erin

**Erin R. Ranahan**
**Partner**
Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

D: +1 213-615-1835

F: +1 213-615-1750

Bio | VCard | Email | winston.com



---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.