**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 19-cv-00874-RBJ-MEH

**WARNER RECORDS INC.**, *et al.*,

      Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.**,

      Defendant.

**DECLARATION OF J. HARDY EHLERS IN SUPPORT OF PLAINTIFFS' RESPONSE TO CHARTER'S OBJECTION TO SPECIAL MASTER'S RULING REGARDING PRIVILEGE LOG ITEM 28**

I, J. Hardy Ehlers, hereby declare and state as follows pursuant to 28 U.S.C. § 1746:

1.    I am an associate of the law firm Covington & Burling LLP, attorneys of record for Plaintiffs. I submit this declaration in support of Plaintiffs' Response To Charter's Objection To Special Master's Ruling Regarding Privilege Log Item 28 ("Response"). I have personal knowledge of all facts stated in this declaration, and if called upon as a witness, I could and would competently testify thereto.

2.    Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the transcript of the December 21, 2020 hearing before Special Master Rodriguez.

3.    Attached hereto as **Exhibit 2** is a true and correct copy of an email chain, dated September 1, 2020 to September 5, 2020, between counsel for Plaintiffs, counsel for Charter, and

Special Master Rodriguez, with the subject line "RE: Warner v. Charter - Privilege Log Letter Brief."

4. Attached hereto as **Exhibit 3** is a true and correct copy of an email chain, dated October 14, 2020, between counsel for Plaintiffs and counsel for Charter, with the subject line "Warner Records Inc. et al. v. Charter Communications, Inc."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of January, 2021 in Los Angeles, California.

*/s/ J. Hardy Ehlers*
J. Hardy Ehlers
