# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-RBJ-MEH
_____

WARNER BROS. RECORDS INC., et al.,

Plaintiffs,

vs.

CHARTER COMMUNICATIONS, INC.,

Defendant.

_____

TELEPHONIC HEARING

December 21, 2020
_____

This telephonic hearing was taken before Special Master Regina Rodriguez on December 21, 2020, at 9:00 a.m. Mountain Standard Time before K. Michelle Dittmer, Registered Professional Reporter and Notary Public within the state of Colorado.

(The reporter, K. Michelle Dittmer, appearing remotely via telephone)

Telephonic Hearing
December 21, 2020

Page 2

```
 1    A P P E A R A N C E S
 2    ON BEHALF OF THE PLAINTIFF WARNER BROS. RECORDS INC.:
 3             MATTHEW J. OPPENHEIM, ESQ.
               JEFFREY M. GOULD, ESQ.
 4             Oppenheim & Zebrak LLP
               4530 Wisconsin Avenue N.W.
 5             5th Floor
               Washington, DC 20016
 6             Phone: 202-480-2999
               Email: matt@oandzlaw.com
 7             Email: jeff@oandzlaw.com
               (appeared telephonically)
 8
               JONATHAN MICHAEL SPERLING, ESQ.
 9             Covington & Burling LLP
               620 Eighth Avenue
10             The New York Times Building
               New York, New York 10018-1405
11             Phone: 212-841-1153
               Email: jsperling@cov.com
12             (appeared telephonically)
13             NEEMA T. SAHNI, ESQ.
               J. HARDY EHLERS, ESQ.
14             Covington & Burling LLP
               1999 Avenue of the Stars
15             Suite 3500
               Los Angeles, California 90066-4643
16             Phone: 424-332-4757
               Email: nsahni@cov.com
17             Email: jehlers@cov.com
               (appeared telephonically)
18
               STACEY K. GRIGSBY, ESQ.
19             Covington & Burling LLP
               One CityCenter
20             810 Tenth Street, NW
               Washington, DC 20001-4956
21             Phone: 202-662-5238
               Email: sgrigsby@cov.com
22             (appeared telephonically)
23
24
25
```

```
 1   ON BEHALF OF THE DEFENDANT:
 2              ANDREW H. SCHAPIRO, ESQ.
                ALLISON HUEBERT, ESQ.
 3              Quinn Emanuel Urquhart & Sullivan, LLP
                191 N. Wacker Drive, Suite 2700
 4              Chicago, Illinois 60606
                Phone: 312-705-7403
 5              Email: andrewschapiro@quinnemanuel.com
                Email: allisonhuebert@quinnemanuel.com
 6              (appeared telephonically)
 7
                LINDA J. BREWER, ESQ.
 8              Quinn Emanuel Urquhart & Sullivan, LLP
                50 California Street, 22nd Floor
 9              San Francisco, California 94111
                Phone: 415-875-6403
10              Email: lindabrewer@quinnemanuel.com
                (appeared telephonically)
11
12              JASON D. MOORE, ESQ.
                Winston & Strawn, LLP
13              1901 L Street NW
                Washington, DC 20036
14              Phone: 202-282-5667
                Email: jmoore@winston.com
15              (appeared telephonically)
16              CRAIG D. JOYCE, ESQ.
                Fairfield & Woods, P.C.
17              1801 California Street
                Suite 2600
18              Denver, Colorado 80202-2645
                Phone: 303-830-2400
19              Email: cjoyce@fwlaw.com
                (appeared telephonically)
20
21
22
23
24
25
```

Telephonic Hearing
December 21, 2020

Page 41

```
 1   et cetera.  That is too broad.
 2              And although this case is large and burden
 3   is relative, we are under a limited time frame here.  And
 4   at the end of the day, as I indicated initially, this is
 5   a lot of information.  I don't know that it ultimately
 6   goes to the key issues in this case, even the Rule 37
 7   issues.
 8              And so I'm not going to order -- I'm not
 9   going to compel a response to these particular discovery
10   requests.  I suggest that the parties sit down, meet and
11   confer to see if there is a way that they can narrowly
12   tailor this to the issues directly relevant to this case.
13              All right.  Anything further on this?
14              MR. SCHAPIRO:  Nothing from the defendant.
15              MR. SPERLING:  Ms. Rodriguez, from the
16   plaintiffs, this is Jonathan Sperling.  Nothing further
17   on that issue.
18              Tucked in at the end of our email to you
19   from last Monday evening was just a reminder that I think
20   something that remains on your desk is --
21              SPECIAL MASTER RODRIGUEZ:  Yes.
22              MR. SPERLING:  -- Charter's second request
23   for -- or first request for second in-camera review of
24   the email attachment for July of '20, their privilege
25   log.
```

Telephonic Hearing
December 21, 2020

Page 42

```
 1                SPECIAL MASTER RODRIGUEZ:  Yes.  And my
 2   apologies.  I thought I had sent that out.  I did review
 3   Charter's request.  There's nothing there that causes me
 4   to reconsider, recast my prior order.  The order stands.
 5   Item 28 of the privilege log should be produced
 6   forthwith.
 7                I also have the motions to compel
 8   vis-a-vis RIAA, MarkMonitor, and Dr. Lesser.  Those
 9   should come out to you either this afternoon or tomorrow
10   morning so you should have all of that before you.
11                I also wanted to chat with you all a
12   little bit about status and where we are and what we
13   anticipate will be coming up.
14                First of all, I keep hearing a clicking.
15   Is that -- do you all hear that or is that just on my
16   end?
17                MR. SCHAPIRO:  Yeah, I think it started
18   when Mr. Oppenheim dialed back in, but I'm not sure.
19                SPECIAL MASTER RODRIGUEZ:  Yeah.
20   Mr. Oppenheim, maybe if you could put your line on mute
21   if it's not already?
22                MR. OPPENHEIM:  I will, but it will be
23   very hard to present that way, but I'll -- let's try it
24   and see what happens.
25                SPECIAL MASTER RODRIGUEZ:  Oh.  Do we want
```

Telephonic Hearing
December 21, 2020

Page 54

1      REPORTER'S CERTIFICATE

2

3      I, K. MICHELLE DITTMER, Registered Professional

4   Reporter and Notary Public, State of Colorado, do hereby

5   certify that the said hearing was taken in machine

6   shorthand by me at the time and place aforesaid and was

7   thereafter reduced to typewritten form; that the

8   foregoing is a true transcript of the proceedings had.  I

9   further certify that I am not employed by, related to,

10  nor counsel for any of the parties herein, nor otherwise

11  interested in the outcome of this litigation.

12          IN WITNESS WHEREOF, I have affixed my signature

13  this 23rd day of December, 2020.

14          My commission expires April 15, 2024.

15

16          _____
                     K. MICHELLE DITTMER
17            Registered Professional Reporter
                   Wilson & Associates, LLC
18

19

20

21

22

23

24

25