# EXHIBIT 3

**Ehlers, J. Hardy**

| | |
|---|---|
| **From:** | Ehlers, J. Hardy |
| **Sent:** | Wednesday, October 14, 2020 4:35 PM |
| **To:** | Ranahan, Erin; Golinveaux, Jennifer; Elkin, Michael; Kearney, Thomas; Padmanabhan, Krishnan; Spitzer, Seth; Lane, Thomas; Anderson, Sean; Alvarez, Cesie; Skopec, Allison; Andrew Schapiro; davideiseman@quinnemanuel.com; Jessica Rose; Linda Brewer; Allison Huebert; Todd Anten |
| **Cc:** | Kamin, Mitchell A; Sperling, Jonathan; Sahni, Neema T; Hill, Phil; Lampros, Nicholas M.; Fields, Michael; Matt Oppenheim (Matt@oandzlaw.com); Jeff Gould (Jeff@oandzlaw.com); Scott Zebrak; Andrew (Andrew@oandzlaw.com); Kellyn Goler; Jia Ryu; Corey Miller |
| **Subject:** | Warner Records Inc. et al. v. Charter Communications, Inc |

Counsel:

Tomorrow, please produce unredacted copies of the email and attachment referred to in Item 28 of Charter's privilege log.  It's been 12 days since the Special Master found the email and its attachment to not be privileged, and Charter chose not to defend its assertions of privilege over these documents to Judge Hegarty.

Thanks,

Hardy

**J. Hardy Ehlers**
Pronouns: He/Him/His

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T +1 424 332 4778 | jehlers@cov.com
www.cov.com

**COVINGTON**

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.