IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No 19-cv-00874-RBJ-MEH

WARNER BROS. RECORDS INC., *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

---

## ORDER
---

**Michael E. Hegarty, United States Magistrate Judge.**

    Defendant has filed a Motion to Compel Production of Documents. ECF 266. Defendant seeks the Hash Report, adequately described at ECF 230, pages 26–27 and 34–36. I heard oral argument on this matter on December 18, 2020, including an *in camera* consideration of the attorney work product objection raised by Plaintiffs.

    I agree with the Special Master's analysis at ECF 230 and make the independent determination that the Hash Report constitutes attorney work product and, at least at the present, Defendant has not established sufficient need to overcome the claim of privilege. However, as I stated previously (and a point that Plaintiffs' counsel concedes), Plaintiffs cannot make affirmative use of a portion of the results of the Hash Report and shield the remainder as work product. Plaintiffs' counsel represented that the fruit of every aspect of Mark Monitor's 2016 efforts (Mark Monitor having also spawned the Hash Report) they intend to use at trial has been produced to Defendant. At the December 18, 2020 oral argument, Defendant's counsel did not know if that was true or not but correctly stated that if something "in the course of the case changes, we would

need to re- -- that would cause us to revisit that." ECF 330. Defendant reserves the ability to challenge Plaintiff's treatment of the Hash Report and/or again seek to compel its production. I would go further and suggest to Judge Jackson that if he finds Plaintiffs in violation of their representation to me, he should strike any such evidence they attempt to introduce and enter further orders as necessary to preserve the integrity of the judicial process.

Therefore, the Motion to Compel Production of Documents [filed October 17, 2020; ECF 266] is **denied without prejudice** subject to re-raising the issue if circumstances justify.

SO ORDERED.

DATED at Denver, Colorado this 7th day of January, 2021.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge