IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-00874-RBJ-MEH

**WARNER RECORDS INC.**, *et al.*,

      Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.**,

      Defendant.

---

**[PROPOSED] ORDER REGARDING JOINT EXPEDITED MOTION FOR ENTRY OF FIRST STIPULATED AMENDMENT TO THE PROTECTIVE ORDER**

---

The Court, upon the stipulated motion of the Parties and for good cause shown, hereby GRANTS the Joint Expedited Motion for Entry of First Stipulated Amendment to the Protective Order. The Clerk is directed to docket the "First Stipulated Amendment to the Protective Order."

SO ORDERED this ___ day of _____, 2021.

BY THE COURT:

_____
Michael E. Hegarty
U.S. Magistrate Judge