IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-RBJ-MEH

WARNER RECORDS, INC., *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 21, 2021.**

    For good cause shown, the parties' "Joint Expedited Motion for Entry of First Stipulated Amendment to the Protective Order" [filed January 21, 2021; ECF 334] is **granted**. For issuance of the First Stipulated Amendment to the Protective Order, the parties are directed to submit an editable copy (*i.e.*, Word) to hegarty_chambers@cod.uscourts.gov.