# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

WARNER RECORDS INC. (f/k/a/ Warner
Bros. Records, Inc.), *et al*.,

                    *Plaintiffs*,

      v.

CHARTER COMMUNICATIONS, INC.,

                  *Defendant*.

Case No. 19-cv-00874-RBJ-MEH

## STIPULATED MOTION FOR FURTHER SOURCE CODE REVIEW

Defendant Charter Communications, Inc. ("Charter") and third party Audible Magic Corp. ("Audible Magic") jointly request that the Special Master issue a stipulated order that a two day source code inspection is necessary.

1. **Certification Pursuant to D. Colo. L. Civ. R. 7.1**: Counsel for Charter, Plaintiffs, and Audible Magic have conferred via email regarding this Motion. Audible Magic consents to the relief requested in this Motion.

2. On December 20, 2019, Charter issued a duly noticed subpoena on Audible Magic seeking, among other things, Audible Magic source code. On the same day, Bright House Networks, LLC ("Bright House") issued a subpoena to Audible Magic in the *UMG Recordings, Inc., et al. v. Bright House Networks, LLC*, 8:19-cv-00710 (M.D. Fla.) litigation. Audible Magic responded to both subpoenas on January 29, 2020.

3. In response to Charter's and Bright House's subpoenas, Audible Magic agreed to an in-person source code inspection for November 18 and November 19 at Audible Magic's counsel's office in San Francisco, CA.

4.      Before the inspection could occur, San Francisco announced new restrictions due to an increase in COVID-19 cases across the City and State.  The restrictions went into effect on November 17, 2020.  *See* https://www.sfdph.org/dph/alerts/coronavirus.asp.  It is Audible Magic's position that the new restrictions prevent Audible Magic from offering a source code inspection absent a Court Order.

5.      At Audible Magic's request and to allow the parties time to obtain a Court order, Charter, Bright House, and Audible Magic agreed to reschedule the in-person source code inspection for November 30 and December 1 at Audible Magic's counsel's office in San Francisco, CA.  The Court entered the requested order and the inspection proceeded pursuant thereto.  Dkt. 300.

6.      Following the initial two-days of inspection, Audible Magic agreed to produce additional code responsive to Charter's and Bright House's subpoenas and make that code available for an additional 2 day review period the week of February 8.

7.      By jointly requesting an order to permit the further source code inspection to proceed, neither party has agreed to waive any rights with respect to the subpoenas or the inspection of source code produced pursuant thereto.

WHEREFORE, Charter and Audible Magic therefore jointly requests that the Special Master issue the attached Proposed Order that states that the source code inspection is necessary.

1

Dated:  January 21, 2021                                    Respectfully submitted,

*/s/ Jennifer A. Golinveaux*                        */s/ Andrew H. Schapiro*

Jennifer A. Golinveaux                              Andrew H. Schapiro
WINSTON & STRAWN LLP                                Allison Huebert
101 California Street, 35th Floor                   QUINN EMANUEL URQUHART &
San Francisco, CA 94111-5840                        SULLIVAN, LLP
(415) 591-1506 (telephone)                          191 N. Wacker Drive, Suite 2700
(415) 591-1400 (facsimile)                          Chicago, IL 60606
E-mail: jgolinveaux@winston.com                     (312) 705-7400 (telephone)
                                                    (312) 705-7401 (facsimile)
Michael S. Elkin                                    E-mail: andrewschapiro@quinnemanuel.com
Thomas Patrick Lane                                 E-mail: allisonhuebert@quinnemanuel.com
Seth E. Spitzer
WINSTON & STRAWN LLP                                Charles K. Verhoeven
200 Park Avenue                                     David Eiseman
New York, NY 10166                                  Linda Brewer
(212) 294-6700 (telephone)                          QUINN EMANUEL URQUHART &
(212) 294-4700 (facsimile)                          SULLIVAN, LLP
E-mail: melkin@winston.com                          50 California Street, 22nd Floor
E-mail: tlane@winston.com                           San Francisco, CA 94111
E-mail: sspitzer@winston.com                        (415) 875-6600 (telephone)
                                                    (415) 875-6700 (facsimile)
Erin R. Ranahan                                     E-mail:
WINSTON & STRAWN LLP                                charlesverhoeven@quinnemanuel.com
333 S. Grand Avenue                                 E-mail: davideiseman@quinnemanuel.com
Los Angeles, CA 90071                               E-mail: lindabrewer@quinnemanuel.com
(213) 615-1933 (telephone)
(213) 615-1750 (facsimile)                          Todd Anten
E-mail: eranahan@winston.com                        Jessica Rose
                                                    QUINN EMANUEL URQUHART &
Craig D. Joyce                                      SULLIVAN, LLP
Fairfield and Woods, P.C.                           51 Madison Ave, 22nd floor
1801 California Street, Suite 2600                  New York, NY 10010
Denver, Colorado 80202                              (212) 849-7000 (telephone)
(303) 830-2400 (telephone)                          (212) 849-7100 (facsimile)
(303) 830-1033 (facsimile)                          E-mail: toddanten@quinnemanuel.com
E-mail: cjoyce@fwlaw.com                            E-mail: jessicarose@quinnemanuel.com


                                                    *Counsel for Defendant*
                                                    *Charter Communications, Inc.*

/s/ Kayvan M. Ghaffari
Kayvan M. Ghaffari
Crowell Moring
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
kghaffari@crowell.com
Phone: +1 415.365.7223

*Counsel for Third Party Audible Magic Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 21, 2021, I caused the foregoing document and all

supporting materials thereto to be served on the Special Master by email.

/s/ Seth Fortenbery
Seth Fortenbery

3