# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| WARNER RECORDS INC. (f/k/a/ Warner Bros. Records, Inc.), *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>*Defendant*. | Case No. 19-cv-00874-RBJ-MEH |

## [PROPOSED] ORDER REGARDING FURTHER SOURCE CODE REVIEW

Having reviewed and considered the parties' Stipulated Motion for Further Source Code review, I hereby order that the Motion is granted. The review of Audible Magic's source code scheduled for February 9 and February 10, 2021 is necessary for the orderly proceeding of this case.

SO ORDERED this \_\_\_\_ day of _____, 2021.

_____
Regina M. Rodriguez
Special Master