IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-RBJ-MEH

WARNER BROS. RECORDS INC., et al.,

       Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

       Defendant.

## ORDER REGARDING FURTHER SOURCE CODE REVIEW

Having reviewed and considered the parties' Stipulated Motion for Source Code review, I hereby order that the Motion is granted. The review of Audible Magic's source code scheduled for February 9 and February 10, 2021 is necessary for the orderly proceeding of this case.

SO ORDERED this 22nd day of January, 2021.

BY THE SPECIAL MASTER

_____
Regina M. Rodriguez
Special Master

1