UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

WARNER RECORDS INC. (f/k/a/ Warner Bros. Records, Inc.), *et al.*,

*Plaintiffs*,

v.

CHARTER COMMUNICATIONS, INC.,

*Defendant*.

Case No. 19-cv-00874-RBJ-MEH

**STIPULATED MOTION FOR APPROVAL OF THE
REMOTE DEPOSITION PROTOCOL**

Pursuant to Rule 29(a) and Rule 30(b)(4) of the Federal Rules of Civil Procedure, Plaintiffs Warner Records Inc., Atlantic Recording Corporation, Bad Boy Records LLC, Elektra Entertainment Group Inc., Fueled By Ramen LLC, Lava Records LLC, Maverick Recording Company, Nonesuch Records Inc., The All Blacks U.S.A., Inc., Warner Music Inc., Warner Records/SIRE Ventures LLC, WEA International Inc., Warner Chappell Music, Inc., Warner-Tamerlane Publishing Corp., W Chappell Music Corp. d/b/a WC Music Corp., W.C.M. Music Corp., Unichappell Music Inc., Rightsong Music Inc., Cotillion Music, Inc., Intersong U.S.A., Inc., Sony Music Entertainment, Arista Music, Arista Records LLC, 2 LaFace Records LLC, Provident Label Group, LLC, Sony Music Entertainment US Latin, The Century Family, Inc., Volcano Entertainment III, LLC, Zomba Recordings LLC, Sony/ATV Music Publishing LLC, EMI Algee Music Corp., EMI April Music Inc., EMI Blackwood Music Inc., Colgems-EMI Music Inc., EMI Consortium Music Publishing Inc. d/b/a EMI Full Keel Music, EMI Consortium Songs, Inc., individually and d/b/a EMI Longitude Music, EMI Entertainment World Inc. d/b/a EMI Foray Music, EMI Feist Catalog Inc., EMI Miller Catalog Inc., EMI Mills Music, Inc., EMI Unart Catalog Inc., EMI U Catalog Inc., Famous Music LLC, Jobete Music Co. Inc., Stone Agate Music,

-1-

-2-

Screen Gems-EMI Music Inc., Stone Diamond Music Corp., UMG Recordings, Inc., Capitol Records, LLC, Universal Music Corp., Universal Music – MGB NA LLC, Universal Music Publishing Inc., Universal Music Publishing AB, Universal Music Publishing Limited, Universal Music Publishing MGB Limited, Universal Music – Z Tunes LLC, Universal/Island Music Limited, Universal/MCA Music Limited, Universal/MCA Music Publishing Pty. Limited, Music Corporation of America, Inc., PolyGram Publishing, Inc., and Songs of Universal, Inc. (collectively "Plaintiffs") and Defendant Charter Communications, Inc. ("Defendant" or "Charter"), jointly request that the Special Master issue an order approving the terms of their attached Stipulated Remote Deposition Protocol.  Ex. A.

1.   **Certification Pursuant to D. Colo. L. Civ. R. 7.1**: Counsel for Charter and Plaintiffs have conferred via email regarding this Motion.

2.   At this time, both parties have agreed to conduct certain depositions remotely, have agreed upon the means by which they will conduct the remote depositions, and wish to memorialize their attached agreement. *See* Ex A.

WHEREFORE the parties jointly request that the Special Master issue the attached Proposed Order Approving the Remote Deposition Protocol.

Dated:  January 27, 2021                    Respectfully submitted,

*/s/ Jonathan M. Sperling*                   */s/ Andrew H. Schapiro*
Jonathan M. Sperling                         Andrew H. Schapiro
COVINGTON & BURLING LLP                      Allison Huebert
The New York Times Building                  QUINN EMANUEL URQUHART &
620 Eighth Avenue                            SULLIVAN, LLP
New York, NY 10018-1405                      191 N. Wacker Drive, Suite 2700
Telephone: (212) 841-1000                    Chicago, IL 60606
jsperling@cov.com                            (312) 705-7400 (telephone)
                                             (312) 705-7401 (facsimile)
                                             E-mail: andrewschapiro@quinnemanuel.com
                                             E-mail: allisonhuebert@quinnemanuel.com

Mitchell A. Kamin
Neema T. Sahni
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
mkamin@cov.com
nsahni@cov.com

Janette L. Ferguson, Esq.
Benjamin M. Leoni, Esq.
LEWIS BESS WILLIAMS & WEESE, P.C.
1801 California Street, Suite 3400
Denver, CO 80202
Telephone: (303) 861-2828
jferguson@lewisbess.com
bleoni@lewisbess.com

Matthew J. Oppenheim
Scott A. Zebrak
Jeffrey M. Gould
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Floor
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
scott@oandzlaw.com

*Counsel for Plaintiffs*

Charles K. Verhoeven
David Eiseman
Linda Brewer
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600 (telephone)
(415) 875-6700 (facsimile)
E-mail: charlesverhoeven@quinnemanuel.com
E-mail: davideiseman@quinnemanuel.com
E-mail: lindabrewer@quinnemanuel.com

Todd Anten
Jessica Rose
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Ave, 22nd floor
New York, NY 10010
(212) 849-7000 (telephone)
(212) 849-7100 (facsimile)
E-mail: toddanten@quinnemanuel.com
E-mail: jessicarose@quinnemanuel.com

Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5840
(415) 591-1506 (telephone)
(415) 591-1400 (facsimile)
E-mail: jgolinveaux@winston.com

Michael S. Elkin
Thomas Patrick Lane
Seth E. Spitzer
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700 (telephone)
(212) 294-4700 (facsimile)
E-mail: melkin@winston.com
E-mail: tlane@winston.com
E-mail: sspitzer@winston.com
Erin R. Ranahan
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071
(213) 615-1933 (telephone)
(213) 615-1750 (facsimile)
E-mail: eranahan@winston.com

-4-

>Craig D. Joyce
>Fairfield and Woods, P.C.
>1801 California Street, Suite 2600
>Denver, Colorado 80202
>(303) 830-2400 (telephone)
>(303) 830-1033 (facsimile)
>E-mail: cjoyce@fwlaw.com
>
>*Counsel for Defendant*
>*Charter Communications, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 27, 2021 I caused the foregoing document and all supporting materials thereto to be served on the Special Master by email.

/s/ *Grace Chang*_____
Grace Chang