**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| WARNER RECORDS INC., *et al*.,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>*Defendant*. | Case No. 1:19-cv-00874-RBJ-MEH |

**[PROPOSED] ORDER REGARDING PROTOCOL**
**FOR CONDUCTING REMOTE DEPOSITIONS**

Having reviewed and considered the parties' Stipulated Motion for Approval of the Remote Deposition Protocol, I hereby order that the Motion is granted.

**SO ORDERED** this _____ day of _____, 2021

_____
Regina M. Rodriguez
Special Master