IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 19-cv-874-RBJ-MEH | Date: | January 28, 2021 |
| Courtroom Deputy: | Christopher Thompson | FTR: | Courtroom A 501* |

*Parties:*                  *Counsel:*

WARNER RECORDS INC, et al.,      Jonathan Sperling & Co-counsel
                                        Matthew Oppenheim & Co-counsel

    Plaintiff,

v.

CHARTER COMMUNICATIONS, et al.,     Andrew Schapiro & Co-counsel
                                              Linda Brewer & Co Counsel

    Defendant.

**COURTROOM MINUTES**
**STATUS CONFERENCE**

**Court in session:**     1:00 p.m.

Court calls case. Appearances of counsel by video teleconference.

Discussion held regarding the attorney's eyes-only sampling which was Ordered at the previously held hearing on December 18, 2020. The Court will set a future Status Conference to allow the parties to confer and readdress the issue on **Monday, February 1, 2021 at 9:30 a.m.**

**ORDERED:**    Written Discovery is due sufficiently in time for it to be responded to within the Fact Discovery deadline, as stated on the record.

                Status Conference set for **Monday, February 1, 2021 at 9:30 a.m.** before United States Magistrate Judge Michael E. Hegarty in Courtroom A501 of the Alfred A. Arraj Courthouse. Parties may appear by video-teleconference by following the instructions attached to this entry or by telephone only by calling **888-278-0296** and entering the guest code **8212991#**.

                Regarding the Defendant's [ECF 329] *Objections to Special Master's 12/21 Ruling re: Charter's Privilege Log Item 28*, the Court **AFFIRMS** the Special Master's decision for the reasons stated in the Plaintiffs' [ECF 331] *Response to*

*[329] Objections*.  The Defendant has **three (3) business days** to produce item 28 listed on their privilege log, as stated on the record.

**Court in recess:**    **2:03 p.m.**    Hearing concluded.
Total in-court time:    01:03

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.