IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-00874-RBJ-MEH

**WARNER RECORDS INC.,** *et al.***,**

Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.,**

Defendant.

---

**DECLARATION OF NEEMA T. SAHNI IN SUPPORT OF PLAINTIFFS' OBJECTION TO SPECIAL MASTER'S JANUARY 22, 2021
ORDER DENYING DISCOVERY INTO CHARTER'S DETERRENCE DEFENSE**

---

I, Neema T. Sahni, hereby declare and state as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner of the law firm Covington & Burling LLP, attorneys of record for Plaintiffs. I submit this declaration in support of Plaintiffs' Objection to the Special Master's January 22, 2021 Order Denying Discovery Into Charter's Deterrence Defense ("Objection"). I have personal knowledge of all facts stated in this declaration, and if called upon as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the transcript of the April 17, 2020 hearing before Special Master Rodriguez.

3. Attached hereto as **Exhibit 2** is a true and correct copy of an email chain, dated January 4, 2021 to January 7, 2021, between counsel for Plaintiffs and counsel for Charter concerning, among other issues, Charter's refusal to produce discovery relevant to its intended deterrence defense.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of Charter's Objections and Responses to Plaintiffs' Sixth Set of Requests for Production.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of Charter's Objections and Responses to Plaintiffs' Fourth Set of Interrogatories.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Plaintiffs' January 18, 2021 Letter Brief to Special Master Rodriguez relating to the Requests at issue in the Objection.

7. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the transcript of the January 22, 2021 hearing before Special Master Rodriguez.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of January, 2021 in Los Angeles, California.

*/s/ Neema T. Sahni*
Neema. T Sahni
