# EXHIBIT 1

Telephonic Hearing
April 17, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-RBJ-MEH
_____

WARNER BROS. RECORDS INC., et al.,

Plaintiffs,

vs.

CHARTER COMMUNICATIONS, INC.,

Defendant.
_____

TELEPHONIC HEARING

April 17, 2020
_____

         This telephonic hearing was taken before Special Master Regina Rodriguez on April 17, 2020, at 10:04 a.m. Mountain Standard Time before K. Michelle Dittmer, Registered Professional Reporter and Notary Public within the state of Colorado.

(The reporter, K. Michelle Dittmer, appearing remotely via telephone)

Telephonic Hearing
April 17, 2020

Page 2

```
 1    A P P E A R A N C E S
 2    ON BEHALF OF THE PLAINTIFF WARNER BROS. RECORDS INC.:
 3              MATTHEW J. OPPENHEIM, ESQ.
                JEFFREY M. GOULD, ESQ.
 4              Oppenheim & Zebrak LLP
                4530 Wisconsin Avenue N.W.
 5              5th Floor
                Washington, DC 20016
 6              Phone: 202-480-2999
                Email: matt@oandzlaw.com
 7              Email: jeff@oandzlaw.com
                (appeared telephonically)
 8
 9              JONATHAN MICHAEL SPERLING, ESQ.
                Covington & Burling LLP
10              620 Eighth Avenue
                The New York Times Building
11              New York, New York 10018-1405
                Phone: 212-841-1153
12              Email: jsperling@cov.com
                (appeared telephonically)
13
14              NEEMA T. SAHNI, ESQ.
                Covington & Burling LLP
15              1999 Avenue of the Stars
                Suite 3500
16              Los Angeles, California 90066-4643
                Phone: 424-332-4757
17              Email: nsahni@cov.com
                (appeared telephonically)
18
19
      ON BEHALF OF THE DEFENDANT:
20
                MICHAEL STUART ELKIN, ESQ.
21              SEAN R. ANDERSON, ESQ.
                Winston & Strawn, LLP
22              200 Park Avenue
                New York, New York 10166-4193
23              Phone: 212-294-6729
                Phone: 212-294-5388
24              Email: melkin@winston.com
                Email: sranderson@winston.com
25              (appeared telephonically)
```

Wilson & Associates, LLC
scheduling@wilsonandassociatesllc.com

Telephonic Hearing
April 17, 2020

Page 3

```
 1   A P P E A R A N C E S (Continued)
 2   ON BEHALF OF THE DEFENDANT: (Continued)
 3            JENNIFER ANN GOLINVEAUX, ESQ.
              Winston & Strawn, LLP
 4            101 California Street
              Suite 3400
 5            San Francisco, California 94111-5802
              Phone: 415-591-1506
 6            Email: jgolinveaux@winston.com
              (appeared telephonically)
 7
              ERIN R. RANAHAN, ESQ.
 8            Winston & Strawn, LLP
              333 South Grand Avenue
 9            Los Angeles, California 90071
              Phone: 213-615-1835
10            Email: eranahan@winston.com
              (appeared telephonically)
11
              JOHN J. ROSENTHAL, ESQ.
12            Winston & Strawn, LLP
              1901 L Street NW
13            Washington, DC 20036
              Phone: 202-282-5785
14            Email: jrosenthal@winston.com
              (appeared telephonically)
15
              CRAIG D. JOYCE, ESQ.
16            Fairfield & Woods, P.C.
              1801 California Street
17            Suite 2600
              Denver, Colorado 80202-2645
18            Phone: 303-830-2400
              Email: cjoyce@fwlaw.com
19            (appeared telephonically)
20
21
22
23
24
25
```

1   otherwise to produce anything after that with the people
2   that they were involved with with gathering evidence,
3   getting things together.  So that will be a dispute.  We
4   have corresponded about it, and maybe we just tee that up
5   for our next call, as far as --
6               SPECIAL MASTER RODRIGUEZ:  Yeah.
7               MS. RANAHAN:  -- the time frame.  But that
8   is our concern, is that the way they have crafted some of
9   these responses to cut off will necessarily leave out the
10  communications we're after.
11              So that's where it involves the privilege
12  log, but we will tee that up for the next call.
13              SPECIAL MASTER RODRIGUEZ:  All right.
14  Certainly if there are additional documents that are
15  required to be produced, we'll need to supplement the
16  privilege log accordingly.
17              All right.  The next topic was financial
18  information.  Total annual revenue by channel for ten
19  years has been requested.  I believe that refers to RFP
20  16, 17.
21              Counsel for Charter, would you like to
22  address that issue?
23              MS. RANAHAN:  Sure.  Thank you.  And this
24  is Erin Ranahan again for Charter.
25              So what this is is actually only three

1    years' worth because we've already gotten this
2    information for 2016.  What we're actually seeking here
3    is three years' worth of top-end annual financials --
4    2017, 2018, 2019 -- that include the streaming revenues.
5                 And just to give you some background, the
6    snippet of time in which this case involves, because of
7    the total length in the claim period, is a time when
8    there was -- when this P2P issue was at its most
9    pronounced.
10                Today it's no longer a problem.  Today
11   plaintiffs' clients are making a ton of money off of the
12   Internet streaming capabilities, so there are now
13   actually -- Charter's Internet is actually giving them a
14   vehicle by which they make a huge amount of money and
15   the -- more money than they've ever made off of
16   streaming.
17                So one of the main issues of statutory
18   damages is a consideration of deterrence and what type of
19   amount would be appropriate to deter the conduct.
20   Mr. Elkin is on the line, and he made this argument which
21   was accepted by the Court in the Cox case, which is that
22   what's happening today is obviously relevant to
23   deterrence to know whether that's required or not.
24                So it's not a decade's worth, looking
25   through the three years, it's not public, it's not

1   something we can readily access.  Most of these
2   plaintiffs do not have public records, unlike Charter.
3   And it's squarely relevant, not only to just the history
4   and the context for understanding why we're at this old
5   time, why this issue does not prevail today; more of a
6   dinosaur issue, which is what Judge Hegarty called it at
7   one point.  And it's not relevant to -- or it actually
8   would be relevant to show why deterrence is not as
9   important here as it might otherwise be if this is an
10  ongoing concern or problem that the plaintiffs are
11  suffering.
12                  SPECIAL MASTER RODRIGUEZ:  Okay.  Counsel
13  for plaintiff?
14                  MR. SPERLING:  Hi, Ms. Rodriguez.  It's
15  Jonathan Sperling.
16                  So I'm not going to engage in sort of the
17  peripheral dispute of whether P2P is an issue, not an
18  issue.  Ms. Ranahan and I strongly, vigorously disagree.
19                  The issue is, what do they need this
20  information for?  They already have a treasure trove of
21  financial information.  If their argument is that the
22  music business is doing well, then they have information,
23  top-level financial information for each of the plaintiff
24  groups to show how they're performing financially.
25                  The issue is, why do they need additional

# REPORTER'S CERTIFICATE

I, K. MICHELLE DITTMER, Registered Professional Reporter and Notary Public, State of Colorado, do hereby certify that the said hearing was taken in machine shorthand by me at the time and place aforesaid and was thereafter reduced to typewritten form; that the foregoing is a true transcript of the proceedings had. I further certify that I am not employed by, related to, nor counsel for any of the parties herein, nor otherwise interested in the outcome of this litigation.

IN WITNESS WHEREOF, I have affixed my signature this 20th day of April, 2020.

My commission expires April 15, 2024.

*K. Michelle Dittmer*

K. MICHELLE DITTMER
Registered Professional Reporter
Wilson & Associates, LLC