IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 19-cv-874RBJ-MEH | Date: | February 1, 2021 |
| Courtroom Deputy: | Christopher Thompson | FTR: | A 501* |

*Parties:*  

WARNER RECORDS INC, et al.,

    Plaintiff,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

*Counsel:*

Matthew Oppenheim
Jonathan Sperling

Andrew Shapiro
Allison Huebert
Erin Ranahan
Cesie Alvarez
Craig Joyce

**COURTROOM MINUTES/MINUTE ORDER**
**STATUS CONFERENCE**

**Court in session:**     9:33 a.m.

Court calls case.   Appearances of counsel by video and telephone.

The Court opens the hearing reminding the parties of the open invitation for the Court to host mediation/settlement discussions which would be *ex-parte*.   The Plaintiffs notify the Court they are always open to entertain such discussions and Defendant's counsel states they will speak to their client regarding the issue.

**Court in recess:**     10:20 a.m.
**Court in session:**     10:24 a.m.

Discussions continued from the Status Conference held on January 28, 2021, regarding the documents in question, specifically the *metrics report*, related to the Plaintiff's Request for Productions #70 and #61.

**ORDERED:**   In Court Hearing to resolve all the issues stated on the record is set for **Monday, February 22, 2021, at 9:15 a.m.** before United States Magistrate Judge Michael E.

Hegarty in Courtroom 201 of the Alfred A. Arraj Courthouse.  **Parties wanting to participate in the hearing are required to appear in person** and should be prepared to discuss all discovery disputes as stated on the record.   Each side shall provide a roster of people who will be attending the hearing by **Friday, February 19, 2021**.   The parties shall provide the documents in question, held by the three custodians, to the Court electronically at the hearing.

The parties shall create a list of each individual document request they have issued and state whether there is an issue with the response they received, and each side shall exchange the list by **February 8, 2021**.   The parties shall respond to the list by **February 15, 2021**. By close of business **Friday, February 19, 2021**, each side shall provide the Court a summary of their standpoint the deficiencies remain of what they are expecting of the other side, to the extent possible what the conferral process has accomplished or not accomplished.

The Court's Order made in the January 28, 2021 Status Conference, stating the Defendant has three (3) business days to produce item 28 listed on their privilege log, is **STAYED** and will be readdressed at the February 22, 2021 hearing.

Regarding the revenue and claim period issues discussed on the record, the parties shall submit their respective positions on the record as restricted documents titled as, "Plaintiffs'/Defendant's Position on Pending Discovery Issues as Requested by the Magistrate Judge", due by **Friday, February 19, 2021**.   By the end of this week, as a specific task, the Defendant shall explain to the Plaintiff what they need and why in regard to damages, revenue, and claim periods, as stated on the record.

**Court in recess:**     **11:55 a.m.**          Hearing concluded.
Total in-court time:    02:18

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.