IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

WARNER RECORDS INC., *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant

Case No. 19-cv-00874-RBJ-MEH

**PLAINTIFFS' UNOPPOSED MOTION TO RESTRICT UNDER
LEVEL 1 RESTRICTION PLAINTIFFS' OBJECTION TO SPECIAL MASTER'S
JANUARY 27, 2021 ORDER APPROVING CHARTER'S UNILATERAL REDACTIONS
OF KEY FINANCIAL DOCUMENTS FOR ALLEGED NON-RESPONSIVENESS**

Pursuant to Local Civil Rule 7.2, Plaintiffs in the above-captioned matter respectfully move this Court to restrict under Level 1 Restriction Plaintiffs' Objection to Special Master's January 27, 2021 Order Approving Charter's Unilateral Redactions of Key Financial Documents for Alleged Non-Responsiveness (the "Objection"). ECF No. 349. In support of this Motion, Plaintiffs state as follows:

1. **Certification Pursuant to D.C. Colo. L. Civ. R. 7.1(a):** Counsel for Plaintiffs has conferred with counsel for Charter regarding this Motion. Charter does not oppose this Motion.

2. Plaintiffs filed the Objection and accompanying exhibits without redactions on February 3, 2021. ECF No. 349.

3. Charter then requested that Plaintiffs file an amended version with redactions to account for information that Charter contends is confidential.

4. The Objection describes eight spreadsheets produced by Charter, Bates-stamped CHA_00079641 through CHA_00079649 (the "Spreadsheets"), which Charter marked Highly Confidential – Attorneys' Eyes Only under the Stipulated Protective Order in this case. ECF No. 63. Exhibit 6 is an excerpt from a December 18, 2020 publicly-held discovery hearing before Magistrate Judge Hegarty that contains a discussion of one document that Charter similarly marked under the Protective Order.

5. In response to Charter's request, Plaintiffs consulted with the Clerk of the Court regarding restricting a portion of the Objection and one exhibit, and refiling amended versions with the redactions that Charter requested.

6. Accordingly, this Motion requests that the Objection and its accompanying Exhibits be designated "Level 1 Restriction," that access be restricted to the Parties and the Court, and that Plaintiffs publicly file versions of the Objection and Exhibit 6 with redactions.

7. Although the mere existence of a Stipulated Protective Order is not in itself sufficient to prove that a Motion for Leave to Restrict should be granted, Plaintiffs respectfully inform the Court that Charter has designated the Spreadsheets as Highly Confidential – Attorneys' Eyes Only under the Stipulated Protective Order in this case. ECF No. 63. Plaintiffs take no position on the propriety of those designations.

8. Plaintiffs seek only a Level 1 restriction—the least secretive level of restriction. Further, plaintiffs seek to redact only the Objection's discussion of the Spreadsheets and a portion of Exhibit 6 that Charter contends is confidential, and to publicly file the rest of the Objection.

WHEREFORE, Plaintiffs request that this Court restrict the Objection and Exhibits under Level 1 Restriction.

Dated: February 4, 2021

/s/ *Jeffrey M. Gould*
Matthew J. Oppenheim
Jeffrey M. Gould
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Fl.
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
jeff@oandzlaw.com

Jonathan M. Sperling
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com

Mitchell A. Kamin
Neema T. Sahni
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067-4643
Telephone: (424) 332-4800
mkamin@cov.com
nsahni@cov.com

Janette L. Ferguson, Esq.
WILLIAMS WEESE PEPPLE & FERGUSON
1801 California Street, Suite 3400
Denver, CO 80202
Telephone: (303) 861-2828
Facsimile: (303) 861-4017
jferguson@williamsweese.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 4, 2021, I caused the foregoing document and all supporting materials thereto to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered with CM/ECF.

*/s/ Jeffrey M. Gould*
Jeffrey M. Gould