# Exhibit 4

1

```
1            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLORADO
2
     Case No. 19-cv-874-RBJ-MEH
3    _____

4    WARNER RECORDS, INC., et al.,

5        Plaintiffs,

6    vs.

7    CHARTER COMMUNICATIONS, INC.,

8        Defendant.
     _____
9

10           Proceedings before MICHAEL E. HEGARTY, United

11   States Magistrate Judge, United States District Court for the

12   District of Colorado, commencing at 1:00 p.m., December 17,

13   2019, in the United States Courthouse, Denver, Colorado.

14   _____

15           WHEREUPON, THE ELECTRONICALLY RECORDED PROCEEDINGS

16   ARE HEREIN TYPOGRAPHICALLY TRANSCRIBED. . .

17   _____

18                         APPEARANCES

19           NEEMA SAHNI, NICHOLAS LAMPROS and JANETTE FERGUSON,

20   Attorneys at Law, appearing for the Plaintiffs.

21           ERIN RANAHAN and CRAIG JOYCE, Attorneys at Law,

22   appearing for the Defendant.

23   _____

24                     DISCOVERY CONFERENCE

25
```

40

1  work for each year.

2          THE COURT:  Okay, go ahead.

3          MS. RANAHAN:  I'll just add the complication,
4  given the nature of our client's business.  Our client does
5  bundle.  So the way that they bill the clients, and I'm sure
6  you may be familiar with this, but when you have a cable
7  provider, they do your TV, they used to do landlines when
8  people used landlines.  They do your -- this happens to be
9  security, they do your Internet.  So they give you a bundle
10 price and it's not necessarily broken down.  In fact, it's
11 often not, as far as -- it's like a number, it's a total
12 revenue.

13         THE COURT:  No, it isn't broken down for me.  But
14 are you saying that you know, as a matter of fact, Charter
15 does not break it down for accounting purposes on their end?

16         MS. RANAHAN:  In some sense -- in some ways they
17 do, but they do not -- it depends on -- if we're talking
18 about 2010, it changed based on the bundle, so there are --

19         THE COURT:  Well, we aren't talking about 2010,
20 though, unless you want to.

21         MS. RANAHAN:  No, I want to not talk about 2010.

22         THE COURT:  Well, then I wouldn't go there if I
23 were you.

24         MS. RANAHAN:  But I just wanted to add that level
25 of complication because it's not just that we're just hiding

41

1   it.  It's not a clear accounting number.  And we have
2   revenue numbers, they're not necessarily able to break them
3   down by service for all types because of the way that the
4   bundling is now taken over as far as the revenues come in
5   from an account.  Breaking it down by percentage is not a
6   precise number because of the way that we bill our
7   customers, which is for all services.
8           THE COURT:  I understand.  So -- but again, you're
9   saying you know, for a fact, that Charter does not
10  internally track for accounting purposes.
11          MS. RANAHAN:  That is my understanding.  We've had
12  initial discussions, we've delved deep into as far as the
13  way that our accounting works, and that is my understanding
14  from those discussions.
15          So, yes, I do not believe that we track it -- or
16  that we can accurately track it.  There may be, you know,
17  some ways that they generally try to say there is a pool here
18  and a pool there, but the numbers that they're asking for as
19  far as per service, it's my understanding that we do not have
20  them broken down that way.
21          THE COURT:  Okay.  So how do you respond to that?
22          MS. SAHNI:  Well, I guess my first question would
23  be whether the audited financial statements simply don't
24  include that information.
25          My understanding is oftentimes the audited

135

1              TRANSCRIBER'S CERTIFICATION

2   I certify that the foregoing is a correct transcript to the

3   best of my ability to hear and understand the audio recording

4   and based on the quality of the audio recording from the

5   above-entitled matter.

6

7   /s/ Dyann Labo                        December 20, 2019

8   Signature of Transcriber              Date

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25