IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-RBJ-MEH

WARNER RECORDS, INC., *et al.*,

       Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

       Defendant.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 4, 2021.**

       Before the Court are Plaintiffs' Objection (ECF 346) to the Special Master's Order of January 22, 2021 and Plaintiffs' Objection (ECF 349) to the Special Master's Order of January 27, 2021. To ensure that the Objections are fully briefed before the February 22, 2021 Hearing, the Court creates an expedited briefing schedule. Defendant has until Wednesday, **February 10, 2021** to file any Response, and Plaintiffs have until Tuesday, **February 16, 2021** to file any Reply.