**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 19-cv-00874-RBJ-MEH

**WARNER RECORDS INC.**, *et al.*,

        Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.,**

        Defendant.

---

**STIPULATED MOTION TO AMEND THE CASE SCHEDULE**

---

All parties, by and through their respective counsel below, jointly move the Court to amend the case schedule (Dkt. 146) and adopt the pre-trial deadlines attached to this Motion. As grounds for this motion, the parties state as follows:

1. **Certification Pursuant to D. Colo. L. Civ. R. 7.1**: Counsel for Plaintiffs and for Defendant conferred via email regarding this Motion. Defendant consents to the relief requested.

2. On March 17, 2020, the Court entered an Order setting the currently operative pre-trial deadlines. *See* Dkt. 146.

3. On May 5, 2020, the Court set trial for October 18, 2021. *See* Dkt. 169.

4. During the hearing on December 18, 2020, Magistrate Judge Hegarty stated that the parties may propose amendments to the operative pre-trial deadlines.

5. During December 2020 and January 2021, the parties conferred regarding amendments to the pre-trial deadlines.

6. The pre-trial deadlines attached to this Motion reflect a mutually agreeable schedule to prepare for trial commencing on October 18, 2021, without prejudice to any party's right to seek further changes for good cause, including based on the resolution of pending discovery disputes at or following the upcoming February 22, 2021 hearing that may affect preparations for, and the timing of, depositions.

WHEREFORE, the parties request this Court enter an order, for good cause shown, amending the case schedule (Dkt. 146) and adopting the pre-trial deadlines attached to this Motion.

Dated: February 4, 2021

*/s/ Andrew H. Schapiro*
Andrew H. Schapiro
Allison Huebert
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
E-mail: andrewschapiro@quinnemanuel.com
E-mail: allisonhuebert@quinnemanuel.com

Charles K. Verhoeven
David Eiseman
Linda Brewer
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
E-mail: charlesverhoeven@quinnemanuel.com
E-mail: davideiseman@quinnemanuel.com

Respectfully submitted,

*/s/ Jonathan M. Sperling*
Jonathan M. Sperling
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com

Mitchell A. Kamin
Neema T. Sahni
J. Hardy Ehlers
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
mkamin@cov.com
nsahni@cov.com
jehlers@cov.com

E-mail: lindabrewer@quinnemanuel.com

Todd Anten
Jessica Rose
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Ave, 22nd floor
New York, NY 10010
Tel: (212) 849-7000
E-mail: toddanten@quinnemanuel.com
E-mail: jessicarose@quinnemanuel.com

Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5840
Tel: (415) 591-1506
E-mail: jgolinveaux@winston.com

Michael S. Elkin
Thomas Patrick Lane
Seth E. Spitzer
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
E-mail: melkin@winston.com
E-mail: tlane@winston.com
E-mail: sspitzer@winston.com

Erin R. Ranahan
WINSTON & STRAWN LLP
333 S. Grand Avenue Los Angeles, CA 90071
Tel: (213) 615-1933
E-mail: eranahan@winston.com

Craig D. Joyce
Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, Colorado 80202
Tel: (303) 830-2400
E-mail: cjoyce@fwlaw.com

*Attorneys for Charter Communications, Inc.*

Matthew J. Oppenheim
Scott A. Zebrak
Jeffrey M. Gould
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Fl.
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
scott@oandzlaw.com
jeff@oandzlaw.com

Janette L. Ferguson, Esq.
WILLIAMS WEESE PEPPLE &
FERGUSON
1801 California Street, Suite 3400
Denver, CO 80202
Telephone: (303) 861-2828
jferguson@williamsweese.com

*Attorneys for Plaintiffs*

3

**ATTACHMENT**

|  | **Operative Dates (Dkt. 146, 169)** | **Parties' Joint Proposal** |
|---|---|---|
| **Close of Fact Discovery** | January 31, 2021 | April 2, 2021 |
| **Initial Expert Designations** | March 1, 2021 | April 5, 2021 |
| **Rebuttal Expert Designations** | April 15, 2021 | May 10, 2021 |
| **Close of Expert Discovery** | June 1, 2021 | June 10, 2021 |
| **Dispositive Motions Deadline** | June 1, 2021 | June 18, 2021 |
| ***Daubert* Motions Deadline** | N/A | June 30, 2021 |
| **Final Pretrial Conference** | August 2, 2021 | September 23, 2021 |
| **Trial (included for reference only; the parties do not propose changing the trial date)** | October 18, 2021 | October 18, 2021 |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on February 4, 2021, I caused the foregoing document and all supporting materials thereto to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered with CM/ECF.

*/s/ Jonathan M. Sperling*
Attorney for Plaintiffs
