IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | |
|---|---|
| Civil Action No:  19-cv-874-RBJ-MEH | Date:  February 9, 2021 |
| Courtroom Deputy:  Christopher Thompson | FTR:  A 501* |

*Parties:*                       *Counsel:*

WARNER RECORDS INC, et al.,        Matthew Oppenheim
                                          Jonathan Sperling
                                          Michael Fields

     Plaintiff,

v.

CHARTER COMMUNICATIONS, INC.,      Andrew Shapiro
                                          John Rosenthal
                                          Jason Moore
                                          Ella Hallwass
                                          Craig Joyce

     Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**
**ORAL ARGUMENT**

---

**Court in session:**      1:00 p.m.

Court calls case.  Appearances of counsel by video and telephone.

The Court continues to hear Oral Arguments regarding the Plaintiffs' [ECF 262] *Motion to Compel Production of All Documents Related to Charters Spoliation Listed on Charters Privilege Log or Otherwise Withheld on the Basis of Privilege.*

**ORDERED:**     The Defendant shall provide the Court the redacted document in question, found at both Bates numbers 0586 and 0602, by **February 16, 2021**, as stated on the record.

**Court in recess:**      **2:15 p.m.**          Hearing concluded.
Total in-court time:   01:15

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.