# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| WARNER RECORDS, INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC. <br><br> Defendant. | Case No. 1:19-cv-00847-RBJ-MEH |

## DECLARATION OF ANDREW SCHAPIRO

I, Andrew Schapiro, hereby declare:

1. I am a partner in the Chicago and New York offices of Quinn Emanuel Urquhart & Sullivan LLP, and counsel for Defendant Charter Communications, Inc. in this case. I submit this declaration in support of Charter's Objection to the Magistrate Judge's January 28, 2021 Order Regarding Privilege Log Item 28. I make this declaration of my own personal knowledge and, if called to testify, I could and would competently testify hereto under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the transcript from the January 28, 2021 hearing before the Magistrate Judge.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 9, 2021.

Andrew Schapiro