# Exhibit 1

1

```
1            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLORADO
2
     Case No. 19-cv-874-RBJ-MEH
3    _____

4    WARNER RECORDS, INC., et al.,

5         Plaintiffs,

6    vs.

7    CHARTER COMMUNICATIONS, INC.,

8         Defendant.
     _____
9

10            Proceedings before MICHAEL E. HEGARTY, United

11   States Magistrate Judge, United States District Court for the

12   District of Colorado, commencing at 1:00 p.m., January 28,

13   2021, in the United States Courthouse, Denver, Colorado.

14   _____

15   WHEREUPON, THE ELECTRONICALLY RECORDED PROCEEDINGS ARE HEREIN

16   TYPOGRAPHICALLY TRANSCRIBED. . .

17   _____

18                            APPEARANCES

19         JONATHAN M. SPERLING, NEEMA SAHNI, MATTHEW J.

20   OPPENHEIMER and JEFF GOULD, Attorneys at Law, appearing for

21   the Plaintiffs.

22   _____

23

24                        STATUS CONFERENCE

25
```

                                                                 2

1                    APPEARANCES (continued)
2            ANDREW H. SCHAPIRO, LINDA BREWER, Attorneys at Law,
3    appearing for the Defendant.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

32

1          And then the other item that's pending is an
2  objection by Charter with respect to item 28 from their
3  privilege log.  The Special Master ordered them to produce
4  that four months ago.  They went back, they asked her again
5  (inaudible), again they came to you, so it's certainly not
6  the Court's fault in any way, but we've been waiting on the
7  document for a long time, and to the extent the Court is able
8  to get (inaudible) resolution of that objection into the --
9  you know, the schedule, the various things the Court has to
10 decide, that will also help us move forward.
11         We want to get started, as the Court knows, with
12 our depositions (inaudible) to get a resolution on this, we
13 need to get that document on the --
14         THE COURT:  Hold on, Jonathan, what -- that's
15 objection is docket --
16         MR. SPERLING:  I'm going to pull that up for you.
17 Where objection was filed December 29.  (Inaudible) docket
18 number for you.
19         THE COURT:  That's Docket 329 and then response is
20 331.  And, you know, I've looked it over in detail.  It's
21 sitting on my desk.  I don't really want to write a written
22 order and so I'm going to affirm the Special Master for the
23 reasons stated in the plaintiffs' brief.  Okay?
24         MR. SPERLING:  Terrific.  Thank you, Your Honor.
25         THE COURT:  What else?