UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

WARNER RECORDS INC. (f/k/a/ Warner Bros. Records, Inc.), *et al.*,

*Plaintiffs*,

v.

CHARTER COMMUNICATIONS, INC.,

*Defendant*.

Case No. 19-cv-00874-RBJ-MEH

## DECLARATION OF ANDREW SCHAPIRO

I, Andrew Schapiro, hereby declare:

1. I am a partner in the Chicago and New York offices of Quinn Emanuel Urquhart & Sullivan LLP, and counsel for Defendant Charter Communications, Inc. in this case. I submit this declaration in support of Charter's Opposition to Plaintiffs' Objection to Special Master's January 22, 2021 Order. I make this declaration of my own personal knowledge and, if called to testify, I could and would competently testify hereto under oath.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the transcript of the January 22, 2021 hearing before the Special Master.

3. Attached hereto as **Exhibit B** is a true and correct copy of Plaintiffs' Sixth Set of Requests for Production to Defendant Charter Communications, Inc., dated November 5, 2020.

4. Attached hereto as **Exhibit C** is a true and correct copy of Plaintiffs' Fourth Set of Interrogatories to Defendant Charter Communications, Inc., dated November 5, 2020.

5. Attached hereto as **Exhibit D** is a true and correct copy of an email from J. Hardy Ehlers regarding Counter-counterclaim Discovery, dated October 9, 2020.

6. Attached hereto as **Exhibit E** is a true and correct copy of excerpts from the transcript of the October 26, 2020 hearing in front of the Special Master.

7. Attached hereto as **Exhibit F** is a true and correct copy of an email from J. Hardy Ehlers regarding Counter-counterclaim Discovery, dated November 6, 2020.

8. Attached hereto as **Exhibit G** is a true and correct copy of excerpts from the transcript of the December 15, 2020 conference in front of Judge Jackson.

9. Attached hereto as **Exhibit H** is a true and correct copy of an email from J. Hardy Ehlers regarding Dec. 7 Discovery Responses, dated January 4, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 10, 2021.

_____
Andrew Schapiro