# Exhibit D

| | |
|---|---|
| From: | Ehlers, J. Hardy <JEhlers@cov.com> |
| Sent: | Friday, October 9, 2020 5:24 PM |
| To: | Ranahan, Erin; Golinveaux, Jennifer; Elkin, Michael; Kearney, Thomas; Padmanabhan, Krishnan; Spitzer, Seth; Lane, Thomas; Anderson, Sean; Alvarez, Cesie; Skopec, Allison; Andrew Schapiro; David Eiseman; Jessica Rose; Linda Brewer; Allison Huebert; Todd Anten |
| Cc: | Kamin, Mitchell A; Sperling, Jonathan; Sahni, Neema T; Hill, Phil; Lampros, Nicholas M.; Fields, Michael; Matt Oppenheim (Matt@oandzlaw.com); Jeff Gould (Jeff@oandzlaw.com); Scott Zebrak; Andrew (Andrew@oandzlaw.com); Kellyn Goler; Jia Ryu; Corey Miller |
| Subject: | Warner Records Inc. et al. v. Charter Communications, Inc.--Counter-counterclaim Discovery |

[EXTERNAL EMAIL]

Counsel:

Given Charter's position, endorsed by the Special Master, that discovery must proceed notwithstanding any pending motions to dismiss (or in Charter's case, pre-motion letters, see ECF 191), Plaintiffs are proceeding with discovery on their counter-counterclaims. And promptly, in light of the fact discovery cut-off, which is currently only four months away.

In order to avoid rearguing all of the disputes we have already argued, we are hereby amending the Discovery Period for all of our discovery so that it covers the Counterclaim Period. This new Discovery Period of January 1, 2012— April 30, 2020 applies to each of Plaintiffs' previously-served discovery requests and the relevant instructions in each set. More specifically:
- The definition of Infringing Subscriber is now modified to cover infringement notices sent by any of the Plaintiffs through April 30, 2020.
- The scope of each RFP is expanded to also cover May 18, 2016 to April 30, 2020. Charter will accordingly modify the parameters of each of the agreed-upon search terms so that they also capture documents dated from May 18, 2016 to April 30, 2020.
- Charter should supplement all of its discovery responses to include the responsive data and information for May 18, 2016 to April 30, 2020—including Interrogatory Nos. 13, 14, and 16. [Plaintiffs will serve new RFAs covering the Counterclaim Period.]

Please let us know by October 13, 2020, whether Charter objects to expanding the Discovery Period in this manner to cover May 18, 2016 to April 30, 2020. Plaintiffs will otherwise move to compel the expansion of the Discovery Period to include this Counterclaim Period. If Charter believes there are some individual requests that should not be included as part of the expansion, we are willing to confer to discuss that.

Thanks,

Hardy

J. Hardy Ehlers
Pronouns: He/Him/His

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T +1 424 332 4778 | jehlers@cov.com
www.cov.com

**COVINGTON**

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

2