# Exhibit H

| | |
|---|---|
| From: | Ehlers, J. Hardy <JEhlers@cov.com> |
| Sent: | Monday, January 4, 2021 5:52 PM |
| To: | Ranahan, Erin; Golinveaux, Jennifer; Elkin, Michael; Kearney, Thomas; Padmanabhan, Krishnan; Spitzer, Seth; Anderson, Sean; Alvarez, Cesie; Skopec, Allison; Andrew Schapiro; David Eiseman; Jessica Rose; Linda Brewer; Allison Huebert; Todd Anten; Michelle A. Clark; Nathan Hamstra; Charter-Copyright-QE |
| Cc: | Kamin, Mitchell A; Sperling, Jonathan; Sahni, Neema T; Grigsby, Stacey; Hill, Phil; Picker, Joshua B; Fields, Michael; Matt Oppenheim (Matt@oandzlaw.com); Jeff Gould (Jeff@oandzlaw.com); Scott Zebrak; Andrew (Andrew@oandzlaw.com); Kellyn Goler; Jia Ryu; 'Corey Miller'; Alex Kaplan |
| Subject: | Warner Records Inc. et al. v. Charter Communications, Inc. \| Dec. 7 Discovery Responses |
| | |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

**[EXTERNAL EMAIL]**

Counsel:

We write to confer with you regarding Charter's responses to Plaintiffs' November 5 Sixth Set of RFPs and Fourth Set of Special Interrogatories. Each of Charter's Responses and Objections claims that the requested documents and information is "not relevant to either of the parties' respective available claims or defenses" and is "relevant only to the Universal Plaintiffs' purported counterclaims." This is not true. Throughout this case, Charter has asserted a defense that any recovery would be a windfall to Plaintiffs because "today the [peer-to-peer] problem is no longer here….[n]ow plaintiffs are making a ton of money off of internet streaming, so it's no longer an issue" and there is no need for any deterrence. E.g., Sept. 9, 2020 Hrg. Tr. at 34:1-10.

At minimum, RFPs 89, 98, 101, 110, 112, and 128, and Interrogatories 20-22 in Plaintiffs' November 5 Sets are directly relevant to rebut Charter's claims that peer-to-peer infringement is "no longer an issue" and there is no value in deterring Charter's continuing failure to address it. Please advise this week whether Charter will agree to produce documents responsive to these RFPs and to respond to these Interrogatories. If Charter will refuse, please provide a written explanation for its refusal and provide some times this week when you are available to confer.

Thanks,

Hardy

J. Hardy Ehlers
Pronouns: He/Him/His

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T +1 424 332 4778 | jehlers@cov.com
www.cov.com

**COVINGTON**

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

Case No. 1:19-cv-00874-RBJ-MEH   Document 364-9   filed 02/10/21   USDC Colorado   pg 3 of 3