# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

WARNER RECORDS INC. (f/k/a/ Warner Bros. Records, Inc.), *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

Case No. 1:19-cv-00874-RBJ-MEH

## DECLARATION OF ANDREW SCHAPIRO

I, Andrew Schapiro, hereby declare:

1. I am a partner in the Chicago and New York offices of Quinn Emanuel Urquhart & Sullivan LLP, and counsel for Defendant Charter Communications, Inc. in this case. I submit this declaration in support of Charter's Opposition to Plaintiffs' Objection to Special Master's January 27, 2021 Order. I make this declaration of my own personal knowledge and, if called to testify, I could and would competently testify hereto under oath.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the transcript of the May 18, 2020 hearing in front of the Special Master.

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the transcript of the December 17, 2019 hearing in front of Judge Hegarty.

4. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the transcript of the January 22, 2021 hearing in front of the Special Master.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 10, 2021.

Andrew Schapiro