# Exhibit B

1

```
1            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLORADO
2
     Case No. 19-cv-874-RBJ-MEH
3    _____

4    WARNER RECORDS, INC., et al.,

5         Plaintiffs,

6    vs.

7    CHARTER COMMUNICATIONS, INC.,

8         Defendant.
     _____
9

10           Proceedings before MICHAEL E. HEGARTY, United

11   States Magistrate Judge, United States District Court for the

12   District of Colorado, commencing at 1:00 p.m., December 17,

13   2019, in the United States Courthouse, Denver, Colorado.

14   _____

15           WHEREUPON, THE ELECTRONICALLY RECORDED PROCEEDINGS

16   ARE HEREIN TYPOGRAPHICALLY TRANSCRIBED. . .

17   _____

18                         APPEARANCES

19           NEEMA SAHNI, NICHOLAS LAMPROS and JANETTE FERGUSON,

20   Attorneys at Law, appearing for the Plaintiffs.

21           ERIN RANAHAN and CRAIG JOYCE, Attorneys at Law,

22   appearing for the Defendant.

23   _____

24                     DISCOVERY CONFERENCE

25
```

44

1    Again, you're not asking my questions.

2            MS. SAHNI: I'm sorry, Your Honor, we understand
3    how bundling works.

4            THE COURT: I know you do, but she has never
5    discussed that prospect with you, that maybe they can't
6    provide accurate information as to the Internet because it's
7    bundled with other services?

8            MS. SAHNI: I cannot specifically recall whether
9    she raised that in a meet and confer, but she has never
10   represented to us that they have no way internally to
11   understand how much they make from their Internet line of
12   business. That has never been represented to us.

13           THE COURT: And you think they can?

14           MS. SAHNI: I would be shocked that an ISP doesn't
15   know how much of its revenue comes from its Internet line of
16   business, it doesn't have some internal way that they talk
17   internally about those numbers. That would be very
18   surprising to me.

19           I mean, if Ms. Ranahan is representing to this
20   Court that there is no way that any internal document that
21   Charter looks at that --

22           THE COURT: No. You heard what she said. She's
23   not representing that.

24           MS. SAHNI: Well, she's saying that they have no
25   way to track how much they make from their Internet service.

45

1           THE COURT:  Because many times, Internet is
2  bundled with other services.  That's what she said, but many
3  times it's not.  Some people only have Internet from
4  Charter, I'm sure.  And probably those numbers would be easy
5  to find, if people who only have Internet.  If that's what
6  you're interested in, maybe we could do something.
7           MS. SAHNI:  No.  What I'm interested in is both
8  that number, plus however they internally account for those
9  bundled subscribers, if she's saying that they have no way
10 internally that they understand how those subscribers pay
11 for them.
12          THE COURT:  Well, that's another question that
13 we'll have answered.
14          So I would like for you to ask your client, do they
15 maintain some internal system of accounting for the Internet
16 portion of their business, even when many subscribers bundle
17 with other services?  Okay.
18          MS. SAHNI:  Your Honor, I would just note that
19 we've asked these questions for a long time, so I'm
20 concerned that what will happen is she's going to come back
21 again, and say, you know, we're investigating, we're
22 investigating on each of these issues.  I mean, the
23 burden --
24          THE COURT:  No.  I want a written response to each
25 of my questions today by January 10 copied to you --

46

```
 1               MS. SAHNI:  Okay.
 2               THE COURT:  -- and me, okay.
 3               MS. SAHNI:  Thank you, Your Honor.
 4               THE COURT:  You'll probably have the same burden,
 5    too, when I get to what they want from you.
 6               MS. RANAHAN:  Thank you, Your Honor, I appreciate
 7    it.  I'm excited about that.
 8               MR. LAMPROS:  So, Your Honor, that takes us to
 9    what is really the most important financial information
10    request here, which is our -- just the second item in our
11    financial request concerns are E19.  We're looking for
12    Charter's actual monthly revenue from the subscribers that
13    they were notified for infringing plaintiff's content.
14               THE COURT:  Sorry, repeat that, please.
15               MR. LAMPROS:  So we're looking for Charter's
16    actual monthly revenue for all subscribers identified in
17    plaintiff's infringement notices.
18               THE COURT:  Where is that in your submission to
19    me?
20               MR. LAMPROS:  It should be under financial
21    information, item number 2.
22               THE COURT:  Upper left page, please.
23               MR. LAMPROS:  Page 2.
24               MS. SAHNI:  It's page 2.  It's middle of the page.
25               THE COURT:  Okay.
```