# Exhibit C

Telephonic Hearing
January 22, 2021

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-RBJ-MEH
_____

WARNER BROS. RECORDS INC., et al.,

    Plaintiffs,

vs.

CHARTER COMMUNICATIONS, INC.,

    Defendant.
_____

TELEPHONIC HEARING

January 22, 2021
_____

    This telephonic hearing was taken before Special Master Regina Rodriguez on January 22, 2021, at 9:00 a.m. Mountain Standard Time before K. Michelle Dittmer, Registered Professional Reporter and Notary Public within the state of Colorado.

(The reporter, K. Michelle Dittmer, appearing remotely via telephone)

Telephonic Hearing
January 22, 2021

Page 2

```
 1    A P P E A R A N C E S
 2    ON BEHALF OF THE PLAINTIFF WARNER BROS. RECORDS INC.:
 3              MATTHEW J. OPPENHEIM, ESQ.
                ALEXANDER KAPLAN, ESQ.
 4              Oppenheim & Zebrak LLP
                4530 Wisconsin Avenue N.W.
 5              5th Floor
                Washington, DC 20016
 6              Phone: 202-480-2999
                Email: matt@oandzlaw.com
 7              Email: alex@oandzlaw.com
                (appeared telephonically)
 8
                JONATHAN MICHAEL SPERLING, ESQ.
 9              Covington & Burling LLP
                620 Eighth Avenue
10              The New York Times Building
                New York, New York 10018-1405
11              Phone: 212-841-1153
                Email: jsperling@cov.com
12              (appeared telephonically)
13              NEEMA T. SAHNI, ESQ.
                J. HARDY EHLERS, ESQ.
14              Covington & Burling LLP
                1999 Avenue of the Stars
15              Suite 3500
                Los Angeles, California 90066-4643
16              Phone: 424-332-4757
                Email: nsahni@cov.com
17              Email: jehlers@cov.com
                (appeared telephonically)
18
                STACEY K. GRIGSBY, ESQ.
19              Covington & Burling LLP
                One CityCenter
20              810 Tenth Street, NW
                Washington, DC 20001-4956
21              Phone: 202-662-5238
                Email: sgrigsby@cov.com
22              (appeared telephonically)
23
24
25
```

```
 1   ON BEHALF OF THE DEFENDANT:
 2             ANDREW H. SCHAPIRO, ESQ.
               ALLISON HUEBERT, ESQ.
 3             Quinn Emanuel Urquhart & Sullivan, LLP
               191 N. Wacker Drive, Suite 2700
 4             Chicago, Illinois 60606
               Phone: 312-705-7403
 5             Email: andrewschapiro@quinnemanuel.com
               Email: allisonhuebert@quinnemanuel.com
 6             (appeared telephonically)
 7
               LINDA J. BREWER, ESQ.
 8             GRACIE CHANG, ESQ.
               Quinn Emanuel Urquhart & Sullivan, LLP
 9             50 California Street, 22nd Floor
               San Francisco, California 94111
10             Phone: 415-875-6403
               Email: lindabrewer@quinnemanuel.com
11             Email: graciechang@quinnemanuel.com
               (appeared telephonically)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1   unredaction, nor even did he allow more than one attorney
 2   from the other side to see partially unredacted.  He
 3   instead ordered us to redact every fifth line so that
 4   there could be -- unredact, rather, so that there could
 5   be a sample.
 6              So he recognizes as well what the law
 7   itself says, which is, in certain circumstances, it's
 8   okay to do that.
 9              Here, we did all we could, other than go
10   out and create evidence.  We produced what we have.  On
11   our end, as the lawyers, this is how we receive it from
12   the client, a PDF.  And because this is very sensitive
13   business information that has nothing to do with the
14   actual RFPs Number 52 and 53, we produced the material
15   that was actually responsive.
16              So I think the way we produced it was
17   entirely appropriate.  I'll just add that this exchange
18   about -- we produced this material in September and we
19   had an email follow-up explaining why we produced it in
20   the form we did on September 16.  And so a good amount of
21   time has passed and now we're -- you know, just as you
22   raised.
23              I think what we have produced is
24   appropriate and shouldn't be ordered to produce anything
25   beyond.
```

Telephonic Hearing
January 22, 2021

Page 62

```
 1                SPECIAL MASTER RODRIGUEZ:  Okay.  All
 2   right.
 3                Well, on this one, what I'm going to order
 4   is, Charter, that you provide to me a redacted and
 5   unredacted version, and I'll take a look and review in
 6   camera and make a final decision.
 7                MR. SCHAPIRO:  Thank you, Ms. Rodriguez.
 8                SPECIAL MASTER RODRIGUEZ:  All right.
 9   What's next?
10                MR. EHLERS:  Good morning, Ms. Rodriguez.
11   This is Hardy Ehlers from plaintiffs.
12                The last issue in our letter is the
13   discovery that we requested that goes to Charter's
14   defense in this case arguing that peer-to-peer
15   infringement is no longer a problem.
16                So the defense is that plaintiffs'
17   statutory damages should be reduced because today,
18   peer-to-peer infringement is no longer a problem, that
19   it's instead a historical phenomenon.  And the theory
20   goes that deterrence is a factor in assessing statutory
21   damages, and there is nothing to deter here because
22   peer-to-peer infringement has just gone away and so
23   plaintiffs' statutory damages should be significantly
24   reduced.
25                The request at issue here that were listed
```