IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-00874-RBJ-MEH

**WARNER RECORDS INC.,** *et al.*,

Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.,**

Defendant.

---

**DECLARATION OF J. HARDY EHLERS
IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF OBJECTION TO
SPECIAL MASTER'S JANUARY 22, 2021 ORDER
DENYING DISCOVERY INTO CHARTER'S DETERRENCE DEFENSE**

---

I, J. Hardy Ehlers, hereby declare and state as follows pursuant to 28 U.S.C. § 1746:

1. I am an associate of the law firm Covington & Burling LLP, attorneys of record for Plaintiffs. I submit this declaration in support of Plaintiffs' Reply in Support of Objection to the Special Master's January 22, 2021 Order Denying Discovery Into Charter's Deterrence Defense ("Reply"). I have personal knowledge of all facts stated in this declaration, and if called upon as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit 7** is a true and correct of the transcript of the October 26, 2020 hearing before Special Master Rodriguez.

3. Attached hereto as **Exhibit 8** is a true and correct copy of an email, dated January 31, 2021, between counsel for Plaintiffs and counsel for Charter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of February, 2021 in Los Angeles, California.

*/s/ J. Hardy Ehlers*
J. Hardy Ehlers
