## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

WARNER RECORDS INC. (f/k/a/ Warner Bros. Records, Inc.), *et al.*,

       *Plaintiffs*,

    v.

CHARTER COMMUNICATIONS, INC.

       *Defendant*.

Case No. 19-cv-00874-RBJ-MEH

### NOTICE OF APPEARANCE

Grace Chang of Quinn Emanuel Urquhart & Sullivan, LLP enters her appearance on behalf of Defendant Charter Communications, Inc. in the above-entitled action and requests that all notices, papers, and documents in connection with this matter be served upon her.

Dated: February 16, 2021                    Respectfully submitted,

Jennifer A. Golinveaux                      */s/ Grace E. Chang*
WINSTON & STRAWN LLP                         Grace E. Chang
101 California Street, 35th Floor            Charles K. Verhoeven
San Francisco, CA 94111                      David Eiseman
(415) 591-1506 (telephone)                   Linda Brewer
(415) 591-1400 (facsimile)                   QUINN EMANUEL URQUHART &
Email: jgolinveaux@winston.com               SULLIVAN, LLP
                                             50 California Street, 22nd Floor
Michael S. Elkin                             San Francisco, CA 94111
Thomas Patrick Lane                          (415) 875-6600 (telephone)
Seth E. Spitzer                              (415) 875-6700 (facsimile)
WINSTON & STRAWN LLP                         Email: charlesverhoeven@quinnemanuel.com
200 Park Avenue                              Email: davideiseman@quinnemanuel.com
New York, NY 10166                           Email: lindabrewer@quinnemanuel.com
(212) 294-6700 (telephone)                   Email: graciechang@quinnemanuel.com
(212) 294-4700 (facsimile)
Email: melkin@winston.com
Email: tlane@winston.com                     Andrew H. Schapiro
Email: sspitzer@winston.com                  Nathan A. Hamstra
                                             Allison Huebert
Erin R. Ranahan                              QUINN EMANUEL URQUHART &
WINSTON & STRAWN LLP                         SULLIVAN, LLP
333 S. Grand Avenue, 38th Floor              191 N. Wacker Drive, Suite 2700
Los Angeles, CA 90071                        Chicago, IL 60606
(213) 615-1933 (telephone)                   (312) 705-7400 (telephone)
(213) 615-1750 (facsimile)                   (312) 705-7401 (facsimile)
Email: eranahan@winston.com                  Email: andrewschapiro@quinnemanuel.com
                                             Email: allisonhuebert@quinnemanuel.com

Craig D. Joyce
Fairfield and Woods, P.C.
1801 California Street, Suite 2600           Todd Anten
Denver, CO 80202                             Jessica Rose
(303) 830-2400 (telephone)                   QUINN EMANUEL URQUHART &
(303) 830-1033 (facsimile)                   SULLIVAN, LLP
Email: cjoyce@fwlaw.com                      51 Madison Avenue, 22nd floor
                                             New York, NY 10010
                                             (212) 849-7000 (telephone)
                                             (212) 849-7100 (facsimile)
                                             Email: toddanten@quinnemanuel.com
                                             Email: jessicarose@quinnemanuel.com

                                             *Counsel for Defendant*
                                             *Charter Communications, Inc.*