IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | |
|---|---|
| Civil Action No: 19-cv-874-RBJ-MEH | Date:   February 18, 2021 |
| Courtroom Deputy: Christopher Thompson | FTR:   Courtroom A501* |

*Parties:*                                  *Counsel:*

WARNER RECORDS, INC et al.,        Matt Oppenheim & Co-counsel

   Plaintiff,

v.

CHARTER COMMUNICATIONS, INC.,      John Rosenthal & Co-Counsel

   Defendant.

**COURTROOM MINUTES**
**DISCOVERY CONFERENCE**

**Court in session:**     12:59 p.m.

Court calls case.  Appearances of counsel by video teleconference.

The parties and the Court confer and review the Defendant's redactions regarding the documents in question with the Court's rulings stated on the record.

Discussion held regarding the details and logistics of the *In Court Hearing* scheduled for Monday, February 22, 2021.

**Court in recess:**     1:57 p.m.          Hearing concluded.
Total in-court time:     00:58

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.