IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:19-cv-00874-RBJ-MEH**

WARNER RECORDS INC., *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

I, John J. Rosenthal, hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for Defendant Charter Communications, Inc.

Dated at Washington, DC this 19th day of February, 2021.

    Respectfully submitted,

    By: *s/ John J. Rosenthal*

    John J. Rosenthal
    WINSTON & STRAWN LLP
    1901 L Street NW
    Washington, D.C. 20036
    Phone: (202) 282-5000
    Fax: (202) 282-5100
    E-mail: jrosenthal@winston.com

Craig D. Joyce
John M. Tanner
FAIRFIELD AND WOODS, P.C.
1801 California Street, Suite 2600
Denver, CO 80202
Phone: (303) 830-2400
Fax: (303) 830-1033
E-mail: cjoyce@fwlaw.com
E-mail: jtanner@fwlaw.com

Michael S. Elkin
Seth E. Spitzer
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Phone: 212.294.6700
Fax: 212.294.4700
E-mail: melkin@winston.com
E-mail: sspitzer@winston.com

Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California St., 35th Fl.
San Francisco, CA 94111-5840
Phone: (415) 591-1000
Fax: (415) 591-1400

Erin R. Ranahan
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Phone: 213.615.1700
Fax: 213.615.1750
Email: eranahan@winston.com

Andrew H. Schapiro
Nathan A. Hamstra
Allison Huebert
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400 (telephone)
(312) 705-7401 (facsimile)
Email: andrewschapiro@quinnemanuel.com
Email: nathanhamstra@quinnemanuel.com
Email: allisonhuebert@quinnemanuel.com

Charles K. Verhoeven
David Eiseman
Linda Brewer
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600 (telephone)
(415) 875-6700 (facsimile)
Email: charlesverhoeven@quinnemanuel.com
Email: davideiseman@quinnemanuel.com
Email: lindabrewer@quinnemanuel.com

Todd Anten
Jessica Rose
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd floor
New York, NY 10010
(212) 849-7000 (telephone)
(212) 849-7100 (facsimile)
Email: toddanten@quinnemanuel.com
Email: jessicarose@quinnemanuel.com

*Attorneys for Defendant*
*Charter Communications, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 19, 2021, I caused a true and correct copy of the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ *John J. Rosenthal*
John J. Rosenthal