**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

WARNER RECORDS INC. (f/k/a/ Warner Bros. Records, Inc.), *et al.*,

        *Plaintiffs*,

v.

CHARTER COMMUNICATIONS, INC.,

        *Defendant*.

Case No. 19-cv-00874-RBJ-MEH

**DEFENDANT CHARTER COMMUNICATIONS, INC.'S
ROSTER OF IN-PERSON ATTENDEES FOR FEBRUARY 22, 2021 HEARING**

Pursuant to the Court's Minute Order dated February 1, 2021, Charter Communications, Inc. hereby provides its list of in-person attendees for the February 22, 2021 Hearing:

Andrew H. Schapiro
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Email: andrewschapiro@quinnemanuel.com

Linda J. Brewer
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Email: lindabrewer@quinnemanuel.com

Allison Huebert
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Email: allisonhuebert@quinnemanuel.com

Gracie Chang
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Email: graciechang@quinnemanuel.com

John J. Rosenthal
WINSTON & STRAWN LLP
1901 L St NW
Washington, D.C. 20036
Email: JRosenthal@winston.com

Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
Email: jgolinveaux@winston.com

Sean R. Anderson
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Email: sranderson@winston.com

Cesie C. Alvarez
WINSTON & STRAWN LLP
800 Capitol St., Suite 2400
Houston, TX 77002
Email: calvarez@winston.com

Jack Tanner
Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, Colorado 80202
E-mail: jtanner@fwlaw.com

| | |
|---|---|
| Dated: February 21, 2021 | Respectfully submitted, |
| | *s/ Andrew H. Schapiro* |
| Jennifer A. Golinveaux | Andrew H. Schapiro |
| WINSTON & STRAWN LLP | Allison Huebert |
| 101 California Street, 35th Floor | QUINN EMANUEL URQUHART & |
| San Francisco, CA 94111-5840 | SULLIVAN, LLP |
| (415) 591-1506 (telephone) | 191 N. Wacker Drive, Suite 2700 |
| (415) 591-1400 (facsimile) | Chicago, IL 60606 |
| E-mail: jgolinveaux@winston.com | (312) 705-7400 (telephone) |
| | (312) 705-7401 (facsimile) |
| Michael S. Elkin | E-mail: andrewschapiro@quinnemanuel.com |
| WINSTON & STRAWN LLP | E-mail: allisonhuebert@quinnemanuel.com |
| 200 Park Avenue | |
| New York, NY 10166 | Charles K. Verhoeven |
| (212) 294-6700 (telephone) | David Eiseman |
| (212) 294-4700 (facsimile) | Linda Brewer |
| E-mail: melkin@winston.com | QUINN EMANUEL URQUHART & |
| | SULLIVAN, LLP |
| Erin R. Ranahan | 50 California Street, 22nd Floor |
| WINSTON & STRAWN LLP | San Francisco, CA 94111 |
| 333 S. Grand Avenue | (415) 875-6600 (telephone) |
| Los Angeles, CA 90071 | (415) 875-6700 (facsimile) |
| (213) 615-1933 (telephone) | E-mail: charlesverhoeven@quinnemanuel.com |

(213) 615-1750 (facsimile)  
E-mail: eranahan@winston.com

Craig D. Joyce  
Fairfield and Woods, P.C.  
1801 California Street, Suite 2600  
Denver, Colorado 80202  
(303) 830-2400 (telephone)  
(303) 830-1033 (facsimile)  
E-mail: cjoyce@fwlaw.com

E-mail: davideiseman@quinnemanuel.com  
E-mail: lindabrewer@quinnemanuel.com

Todd Anten  
Jessica Rose  
QUINN EMANUEL URQUHART & SULLIVAN, LLP  
51 Madison Ave, 22nd floor  
New York, NY 10010  
(212) 849-7000 (telephone)  
(212) 849-7100 (facsimile)  
E-mail: toddanten@quinnemanuel.com  
E-mail: jessicarose@quinnemanuel.com

*Counsel for Defendant*  
*Charter Communications, Inc.*

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 21, 2021, I caused the foregoing document and all supporting materials thereto to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered with CM/ECF.

*s/ Andrew H. Schapiro*
Andrew Schapiro
