IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 19-cv-00874-RBJ-MEH

**WARNER RECORDS INC., et al.,**

    Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.,**

    Defendant.

---

**PLAINTIFFS' ROSTER OF IN-PERSON ATTENDEES FOR
FEBRUARY 22, 2021 HEARING**

---

Pursuant to the Court's Minute Order dated February 1, 2021, Charter Communications, Inc. hereby provides its list of in-person attendees for the February 22, 2021 Hearing:

Jonathan M. Sperling
COVINGTON & BURLING
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
jsperling@cov.com

Shira M. Poliak
COVINGTON & BURLING
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
spoliak@cov.com

In addition, the following counsel will participate remotely on behalf of Plaintiffs:

Matthew J. Oppenheim
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Fl.
Washington, DC 20016
matt@oandzlaw.com

Jeffrey M. Gould
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Fl.
Washington, DC 20016
jeff@oandzlaw.com

Alex Kaplan
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Fl.
Washington, DC 20016
alex@oandzlaw.com

Stacey K. Grigsby
COVINGTON & BURLING
850 10th St, NW
Washington, DC 20001
sgrigsby@cov.com

Anders Linderot
COVINGTON & BURLING
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
alinderot@cov.com

J. Hardy Ehlers
COVINGTON & BURLING
1999 Avenue of the Stars, Ste 3500
Los Angeles, CA 90069
jehlers@cov.com

Dated:  February 21, 2021        */s/ Jonathan Sperling*

Jonathan M. Sperling
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com

Mitchell A. Kamin
Neema T. Sahni
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067-4643
Telephone: (424) 332-4800
mkamin@cov.com
nsahni@cov.com

Janette L. Ferguson, Esq.
WILLIAMS WEESE PEPPLE & FERGUSON
1801 California Street, Suite 3400
Denver, CO 80202
Telephone: (303) 861-2828
Facsimile: (303) 861-4017
jferguson@williamsweese.com

Matthew J. Oppenheim
Scott A. Zebrak
Jeffrey M. Gould
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Fl.
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
scott@oandzlaw.com
jeff@oandzlaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 21, 2021, I caused the foregoing document and all supporting materials thereto to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered with CM/ECF.

                                                            */s/ Jonathan Sperling*
                                                           Jonathan M. Sperling