IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | |
|---|---|---|
| Civil Action No:   19-cv-874-RBJ-MEH | Date: | February 22, 2021 |
| Courtroom Deputy:   Christopher Thompson | FTR: | A 201* |

*Parties:*  *Counsel:*

WARNER RECORDS, INC., et al.,  See attachment

    Plaintiff,

v.

CHARTER COMMUNICATIONS, INC.,  See attachment

    Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER
IN COURT HEARING RE: UNRESOLVED DISCOVERY DISPUTES**

**Court in session:**     9:22 a.m.

The Court (United States Magistrate Judge Michael E. Hegarty and Court Appointed Special Master Regina M. Rodriguez) makes opening remarks informally, off the record to begin the hearing.

**9:24 a.m.**     Record begins

Discussion regarding the parties' unresolved discovery disputes with the Court's rulings made on the record.

**10:22 a.m.**     **ORDER re: production of samples**
**10:49 a.m.**     **ORDER re: production of CHA_00130966 and CHA_00084755**
**11:18 a.m.**     **Defendants agree to add Scott Weber and Charlotte Field as custodians**
**11:30 a.m.**     **Court clarifies Orders**

**Court in recess:**     11:34 a.m.
**Court in session:**    11:50 a.m.

Discussion continues regarding the parties' unresolved discovery disputes with the Court's rulings made on the record.

**11:50 a.m.     Court reviews and clarifies Orders made previously on the record**

Discussion held regarding Defendant's objections to Plaintiff's documents designated as privileged and the privilege log with the Court's rulings made on the record.

| | |
|---|---|
| **12:10 p.m.** | Bench conference – Record Restricted Level 1 |
| **12:13 p.m.** | Back on public record |
| **12:13 p.m.** | **Redacted Version of Log Item #144 agreed to be produced** |
| **12:16 p.m.** | Bench conference w/ Defendants – Record Restricted Level 1 |
| **12:20 p.m.** | Back on public record |
| **12:20 p.m.** | **Log ID #407 shall be produced with redactions as stated on the record** |
| **12:20 p.m.** | **Log ID #148 Defendant agrees withdraw privilege designation** |
| **12:39 p.m.** | **Log ID #245 and 247 two different versions of same document** |
| **12:42 p.m.** | Bench conference w/ Defendants – Record Restricted Level 1 |
| **12:46 p.m.** | Back on public record |
| **12:47 p.m.** | **Log ID #28 shall be produced with redactions as stated on the record** |

**Court in recess:** 12:47 p.m. (lunch break)
**Court in session:** 01:16 p.m.

Discussion continues regarding Defendant's objections to Plaintiff's documents designated as privileged and the privilege log with the Court's rulings made on the record.

| | |
|---|---|
| **1:18 p.m.** | **Court rules Log Item #358 is PRIVILEGED** |
| **1:20 p.m.** | **Court rules Log Items #307 and 308 are PRIVILEGED** |
| **1:25 p.m.** | **Court rules Log Item #21 is PRIVILEGED** |
| **1:29 p.m.** | **Court rules Log Items #359 and 361 are PRIVILEGED** |
| **1:33 p.m.** | Bench conference w/ Defendants – Record Restricted Level 1 |
| **1:35 p.m.** | Back on public record |
| **1:37 p.m.** | **Court rules Log Item #107 is PRIVILEGED** |
| **1:39 p.m.** | **Court rules Log Item #112 is PRIVILEGED** |
| **1:51 p.m.** | **Court rules Log Item #118 and #185 are PRIVILEGED** |
| **1:57 p.m.** | **Court rules Log Items #278 and #334 are PRIVILEGED** |
| **2:06 p.m.** | **Court rules Log Item #299 is PRIVILEGED** |
| **2:15 p.m.** | **Court rules document CHA_129662 is PRIVILEGED** |
| **2:28 p.m.** | Bench conference w/ Defendants – Record Restricted Level 1 |
| **2:34 p.m.** | Back on public record |
| **2:34 p.m.** | **Regarding "re:" line issue, the Court rules is PRIVILEGED** |

**Court in recess:** 02:41 p.m.
**Court in session:** 02:52 p.m.

Discussion held regarding the parties' unresolved discovery disputes related to the *CATS data* and the issue of spoilation of evidence raised by the Plaintiff, with the Court's rulings made on the record.

Discussion held regarding the Defendants discovery dispute related to their *Request for Production #90*.

**Court in recess:**　　4:12 p.m.　　　　(Hearing continued for tomorrow at 9:15 a.m.)
Total in-court time:　05:50

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.