# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| WARNER RECORDS INC. (f/k/a/ Warner Bros. Records, Inc.), *et al*., <br><br> *Plaintiffs*, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC. <br><br> *Defendant*. | Case No. 19-cv-00874-RBJ-MEH |

## NOTICE OF APPEARANCE

Michael Trombetta of Quinn Emanuel Urquhart & Sullivan, LLP enters his appearance on behalf of Defendant Charter Communications, Inc. in the above-entitled action and requests that all notices, papers, and documents in connection with this matter be served upon him.

Dated: February 23, 2021                                        Respectfully submitted,

| | |
|---|---|
| Jennifer A. Golinveaux<br>WINSTON & STRAWN LLP<br>101 California Street, 35th Floor<br>San Francisco, CA 94111<br>(415) 591-1506 (telephone)<br>(415) 591-1400 (facsimile)<br>Email: jgolinveaux@winston.com<br><br>Michael S. Elkin<br>Seth E. Spitzer<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166<br>(212) 294-6700 (telephone)<br>(212) 294-4700 (facsimile)<br>Email: melkin@winston.com<br>Email: sspitzer@winston.com<br><br>Erin R. Ranahan<br>WINSTON & STRAWN LLP<br>333 S. Grand Avenue, 38th Floor<br>Los Angeles, CA 90071<br>(213) 615-1933 (telephone)<br>(213) 615-1750 (facsimile)<br>Email: eranahan@winston.com<br><br>Craig D. Joyce<br>Fairfield and Woods, P.C.<br>1801 California Street, Suite 2600<br>Denver, CO 80202<br>(303) 830-2400 (telephone)<br>(303) 830-1033 (facsimile)<br>Email: cjoyce@fwlaw.com | */s/ Michael Trombetta*<br>Michael Trombetta<br>Charles K. Verhoeven<br>David Eiseman<br>Linda Brewer<br>Grace E. Chang<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>(415) 875-6600 (telephone)<br>(415) 875-6700 (facsimile)<br>Email: charlesverhoeven@quinnemanuel.com<br>Email: davideiseman@quinnemanuel.com<br>Email: lindabrewer@quinnemanuel.com<br>Email: miketrombetta@quinnemanuel.com<br>Email: graciechang@quinnemanuel.com<br><br>Andrew H. Schapiro<br>Nathan A. Hamstra<br>Allison Huebert<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>(312) 705-7400 (telephone)<br>(312) 705-7401 (facsimile)<br>Email: andrewschapiro@quinnemanuel.com<br>Email: allisonhuebert@quinnemanuel.com<br><br>Todd Anten<br>Jessica Rose<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>51 Madison Avenue, 22nd floor<br>New York, NY 10010<br>(212) 849-7000 (telephone)<br>(212) 849-7100 (facsimile)<br>Email: toddanten@quinnemanuel.com<br>Email: jessicarose@quinnemanuel.com<br>*Counsel for Defendant*<br>*Charter Communications, Inc.* |