IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 19-cv-874-RBJ-MEH | Date: | February 23, 2021 |
| Courtroom Deputy: | Christopher Thompson | FTR: | A 201* |

*Parties:*                                                                                   *Counsel:*

WARNER RECORDS, INC., et al.,                                        See attachment

    Plaintiff,

v.

CHARTER COMMUNICATIONS, INC.,                                  See attachment

    Defendant.

---

**COURTROOM MINUTES**
**IN COURT HEARING RE: UNRESOLVED DISCOVERY DISPUTES**

**Court in session:**   **9:18 a.m.**

The Court calls the case and the parties continue their discovery disputes with the Court's rulings made on the record.

Discussion held regarding the Defendant's unanswered and disputed discovery requests. The parties discuss Defendant's *Interrogatories #20, #21, and #22* and the Plaintiffs agree to provide answers. The Defendant's request for the Plaintiffs to provide information related to revenue generated during the claim period is argued with the Court's ruling made on the record.

**10:00 a.m.**   **ORDER the Court agrees the Plaintiffs shall provide the same quality of information, which was produced in the *Cox* case, as stated on the record.**

Discussion held regarding the *MarkMonitor Consulting*, their corresponding privilege log, *Audible Magic*, and the *Hash Report*. The parties discuss the Plaintiff's pending [ECF 363] *Motion for Clarification of Comments from Status Conference Following Denial of Defendant's Motion to Compel Production of the Hash Report*. The Court's rulings are made on the record.

**Court in recess:**   **11:35 a.m.**
**Court in session:**   **12:06 p.m.**

Discussion continued regarding the production of the *Hash Report*. After conferring, the Court and Special Master enter an Order on the record for the *report* to be produced. The Court's rulings are made on the record.

**12:09 p.m.**      **ORDER to produce the *Hash Report* and [ECF 363] Motion to Clarify is satisfied as stated on the record.**

Discussion held regarding Defendant's *Request for Production #4*, *work-for-hire agreements*, and *copyright registrations*.   The Court's rulings are made on the record.

**1:05 p.m.**      **The Court DENIES Defendant's Request for Production #4**

**Court in recess:**      **1:05 p.m.**      **(lunch break)**
**Court in session:**      **1:21 p.m.**

Discussion held regarding Defendant's *Request for Production of Documents* and documents which were found that the Defendant believes the Plaintiff's should have produced.   The Court's rulings are made on thank you.

**1:41 p.m.**      **ORDER regarding Defendant's *Request for Production #23***
**1:54 p.m.**      Clarification of previous Order on what to produce
**2:22 p.m.**      **ORDER to produce re: Defendant's *RFP #99 and #100***

Discussion held regarding Defendant's *interrogatories #23 and 24*.

**3:03 p.m.**      The Court and the parties discuss the Orders made on the record in yesterday's hearing.

**Court in recess:**      **3:21 p.m.**
**Court in session:**      **3:35 p.m.**

**3:36 p.m.**      **The Court reviews the days ORDERS made on the record.**

Discussion held regarding the timelines, deadlines, and other remaining issues with the Court's Orders made on the record in today's hearing, as well as the Orders made on the record in yesterday's, February 22, 2021, hearing.

**3:42 p.m.**      **ORDER Defendant's production commitments stemming from the Court's previous Orders made on the record, shall be completed on or before <u>March 15, 2021</u>.**
**3:48 p.m.**      **ORDER Plaintiff's production commitments stemming from the Court's previous Orders made on the record, shall be completed on or before <u>April 1, 2021</u>.**
**3:54 p.m.**      **ORDER Defendant's shall designate 30(b)(6) depositions by <u>Friday, February 26, 2021</u>.**
**3:55 p.m.**      **ORDER Appeals to this hearing's rulings are due by <u>Wednesday, March 3, 2021, at 12:00 p.m.</u>**

**Court in recess:**    **4:00 p.m.**         (Hearing concluded)
Total in-court time:    06:41

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.