IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-RBJ-MEH

WARNER RECORDS, INC., et al.,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 3, 2021.**

For good cause shown, the parties' emailed request to amend the scheduling order is **granted** as follows:

| | |
|---|---|
| Initial Expert Designations: | May 27, 2021 |
| Close of Fact Discovery: | May 31, 2021 |
| Rebuttal Expert Designations: | June 23, 2021 |
| Close of Expert Discovery: | July 20, 2021 |
| | |
| Dispositive and Daubert Motions Deadline: | July 22, 2021 |
| Responses due: | August 5, 2021 |
| Replies due: | August 19, 2021 |