IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 19-cv-00874-RBJ-MEH

**WARNER RECORDS INC., et al.,**

      Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.,**

      Defendant.

---

**JOINT MOTION FOR ENTRY OF
SUPPLEMENTAL STIPULATED PROTECTIVE ORDER
REGARDING REMOTE REVIEW OF SOURCE CODE**

---

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Plaintiffs Warner Records Inc., et al. (collectively, "Plaintiffs") and Charter Communications, Inc. ("Defendant") hereby respectfully move for the entry of the Supplemental Stipulated Protective Order regarding remote review of source code (attached as Exhibit 1 hereto). In support of this Motion, the Parties state as follows:

    1.    This Court entered a Protective Order on September 6, 2019 (Dkt. 63) ("Protective Order").

    2.    Due to the hardships imposed by the ongoing Covid-19 pandemic, the parties have agreed to a remote review of Charter's source code. Since the current Protective Order (Dkt. 63) is silent regarding remote source code review, the parties have stipulated to a Supplemental Protective Order (Ex. 1) whereby the confidentiality of Charter's source code would still be maintained.

3. Accordingly, the parties respectfully request that the Court enter the attached Supplemental Stipulated Protective Order.

| | |
|---|---|
| Dated: March 5, 2021 | Respectfully submitted, |
| /s/ Andrew H. Shapiro | /s/ Matthew J. Oppenheim |
| Andrew H. Schapiro | Matthew J. Oppenheim |
| Allison Huebert | Scott A. Zebrak |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | Jeffrey M. Gould |
| 191 N. Wacker Drive, Suite 2700 | OPPENHEIM + ZEBRAK, LLP |
| Chicago, IL 60606 | 4530 Wisconsin Ave. NW, 5th Fl. |
| Tel: (312) 705-7400 | Washington, DC 20016 |
| E-mail: andrewschapiro@quinnemanuel.com | Telephone: (202) 621-9027 |
| E-mail: allisonhuebert@quinnemanuel.com | matt@oandzlaw.com |
| | scott@oandzlaw.com |
| | jeff@oandzlaw.com |
| Charles K. Verhoeven | |
| David Eiseman | Jonathan M. Sperling |
| Linda Brewer | COVINGTON & BURLING LLP |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | The New York Times Building |
| 50 California Street, 22nd Floor | 620 Eighth Avenue |
| San Francisco, CA 94111 | New York, NY 10018-1405 |
| Tel: (415) 875-6600 | Telephone: (212) 841-1000 |
| E-mail: charlesverhoeven@quinnemanuel.com | jsperling@cov.com |
| E-mail: davideiseman@quinnemanuel.com | Mitchell A. Kamin |
| E-mail: lindabrewer@quinnemanuel.com | Neema T. Sahni |
| | J. Hardy Ehlers |
| Todd Anten | COVINGTON & BURLING LLP |
| Jessica Rose | 1999 Avenue of the Stars, Suite 3500 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | Los Angeles, CA 90067-4643 |
| 51 Madison Ave, 22nd floor | Telephone: (424) 332-4800 |
| New York, NY 10010 | mkamin@cov.com |
| Tel: (212) 849-7000 | nsahni@cov.com |
| E-mail: toddanten@quinnemanuel.com | jehlers@cov.com |
| E-mail: jessicarose@quinnemanuel.com | Janette L. Ferguson, Esq. |
| | WILLIAMS WEESE PEPPLE & FERGUSON |
| Jennifer A. Golinveaux | 1801 California Street, Suite 3400 |
| WINSTON & STRAWN LLP | Denver, CO 80202 |
| 101 California Street, 35th Floor | Telephone: (303) 861-2828 |
| San Francisco, CA 94111-5840 | jferguson@williamsweese.com |
| Tel: (415) 591-1506 | |
| E-mail: jgolinveaux@winston.com | |

*Attorneys for Plaintiffs*

Michael S. Elkin
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
E-mail: melkin@winston.com

Erin R. Ranahan
WINSTON & STRAWN LLP
333 S. Grand Avenue Los Angeles, CA 90071
Tel: (213) 615-1933
E-mail: eranahan@winston.com

Craig D. Joyce
Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, Colorado 80202
Tel: (303) 830-2400
E-mail: cjoyce@fwlaw.com

*Attorneys for Charter Communications, Inc.*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 5, 2021, I caused the foregoing document and all supporting materials thereto to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered with CM/ECF.

*/s/ Matthew J. Oppenheim*
Matthew J. Oppenheim