# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| WARNER RECORDS INC. (f/k/a/ Warner Bros. Records, Inc.), *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC. <br><br> *Defendant*. | Case No. 19-cv-00874-RBJ-MEH |

## NOTICE OF APPEARANCE

Todd Anten of Quinn Emanuel Urquhart & Sullivan, LLP enters his appearance on behalf of Defendant Charter Communications, Inc. in the above-entitled action and requests that all notices, papers, and documents in connection with this matter be served upon him.

Dated: March 9, 2021

Respectfully submitted,

| | |
|---|---|
| Jennifer A. Golinveaux <br> WINSTON & STRAWN LLP <br> 101 California Street, 35th Floor <br> San Francisco, CA 94111 <br> (415) 591-1506 (telephone) <br> (415) 591-1400 (facsimile) <br> Email: jgolinveaux@winston.com <br><br> Michael S. Elkin <br> Seth E. Spitzer <br> WINSTON & STRAWN LLP <br> 200 Park Avenue <br> New York, NY 10166 <br> (212) 294-6700 (telephone) <br> (212) 294-4700 (facsimile) <br> Email: melkin@winston.com <br> Email: sspitzer@winston.com <br><br> Erin R. Ranahan <br> WINSTON & STRAWN LLP <br> 333 S. Grand Avenue, 38th Floor <br> Los Angeles, CA 90071 | */s/ Todd Anten* <br> Todd Anten <br> Katy Akopjan <br> Jessica Rose <br> QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> 51 Madison Avenue, 22nd floor <br> New York, NY 10010 <br> (212) 849-7000 (telephone) <br> (212) 849-7100 (facsimile) <br> Email: toddanten@quinnemanuel.com <br> Email: jessicarose@quinnemanuel.com <br> Email: katyakopjan@quinnemanuel.com <br><br> Andrew H. Schapiro <br> Nathan A. Hamstra <br> Allison Huebert <br> QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> 191 N. Wacker Drive, Suite 2700 <br> Chicago, IL 60606 <br> (312) 705-7400 (telephone) |

1

(213) 615-1933 (telephone)  
(213) 615-1750 (facsimile)  
Email: eranahan@winston.com  

Craig D. Joyce  
Fairfield and Woods, P.C.  
1801 California Street, Suite 2600  
Denver, CO 80202  
(303) 830-2400 (telephone)  
(303) 830-1033 (facsimile)  
Email: cjoyce@fwlaw.com  

(312) 705-7401 (facsimile)  
Email: andrewschapiro@quinnemanuel.com  
Email: nathanhamstra@quinnemanuel.com  
Email: allisonhuebert@quinnemanuel.com  

Charles K. Verhoeven  
David Eiseman  
Linda Brewer  
Grace E. Chang  
QUINN EMANUEL URQUHART &  
SULLIVAN, LLP  
50 California Street, 22nd Floor  
San Francisco, CA 94111  
(415) 875-6600 (telephone)  
(415) 875-6700 (facsimile)  
Email: charlesverhoeven@quinnemanuel.com  
Email: davideiseman@quinnemanuel.com  
Email: lindabrewer@quinnemanuel.com  
Email: graciechang@quinnemanuel.com  
*Counsel for Defendant*  
*Charter Communications, Inc.*