IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 19-cv-874-RBJ-MEH | Date: | March 9, 2021 |
| Courtroom Deputy: | Christopher Thompson | FTR: | A 501* |

*Parties:*                                      *Counsel:*

WARNER RECORDS, INC., et al.,                   Hardy Ehlers
                                                Matthew Oppenheim
                                                Jonathan Sperling & Co-Counsel

    Plaintiff,

v.

CHARTER COMMUNICATIONS, INC.,                   Linda Brewer
                                                Erin Ranahan
                                                Andrew Schapiro & Co-Counsel

    Defendant.

**COURTROOM MINUTES**
**ORAL ARGUMENTS HEARING**

**Court in session:**     10:06 a.m.

Court calls case.   Appearances of counsel.

Discussion held regarding the parties remaining discovery disputes and objections to the rulings by the Special Master, with the Court's rulings made on the record.

**Court in recess:**     **11:06 a.m.**          (Hearing concluded)
Total in-court time:     01:00

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.