**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

WARNER RECORDS INC. (f/k/a/ Warner Bros. Records, Inc.), *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

Case No. 1:19-cv-00874-RBJ-MEH

## DECLARATION OF ANDREW SCHAPIRO

I, Andrew Schapiro, hereby declare:

1. I am a partner in the Chicago and New York offices of Quinn Emanuel Urquhart & Sullivan LLP, and counsel for Defendant Charter Communications, Inc. in this case. I submit this declaration in support of Charter's Response to Plaintiffs' Objections to February 23, 2021 Discovery Orders. I make this declaration of my own personal knowledge and, if called to testify, I could and would competently testify hereto under oath.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the transcript of the February 23, 2021 hearing in front of Judge Hegarty and the Special Master (with highlighting).

3. Attached hereto as **Exhibit B** is a true and correct copy of an email chain between counsel for Audible Magic and counsel for the Defendant, dated February 3, 2021.

4. Attached hereto as **Exhibit C** is a true and correct copy of a Powerpoint created by Defendant's counsel and presented to the Court at the February 23, 2021 hearing.

5. Attached hereto as **Exhibit D** is a true and correct copy of MarkMonitor's Privilege log, dated February 19, 2021, which logs a February 29, 2016 spreadsheet authored by MarkMonitor employees (and non-lawyers) Samuel Bahun and Vytautas Maglya, with the subject "Hash Report_02292016.xlsx" and listing Oppenheim + Zebrak LLP and RIAA as recipients.

6. Attached hereto as **Exhibit E** is a true and correct copy of Plaintiffs' Amended Privilege Log, dated July 20, 2020, which logs a February 29, 2016 spreadsheet authored by MarkMonitor employees (and non-lawyers) Samuel Bahun and Vytautas Maglya, with the subject "Hash Report_02292016.xlsx" and listing Oppenheim + Zebrak LLP and RIAA as recipients.

7. Attached hereto as **Exhibit F** is a true and correct copy of excerpts from the transcript of the status conference before Judge Hegarty on February 1, 2021.

8. Attached hereto as **Exhibit G** is a true and correct copy of excerpts from the transcript of the discovery conference before Judge Hegarty on October 29, 2019.

9. Attached hereto as **Exhibit H** is a true and correct copy of excerpts from the deposition transcript of David Kokakis, taken on January 29, 2021 in the above-captioned case.

Executed on March 10, 2021.

_____
Andrew Schapiro