# Exhibit B

| | |
|---|---|
| **From:** | Rychlinski, Joshua <JRychlinski@crowell.com> |
| **Sent:** | Wednesday, February 3, 2021 8:12 PM |
| **To:** | Michelle A. Clark |
| **Cc:** | Jeff Gould; Nathan Hamstra; Michael Brody; Ramsey, Gabriel; Kellyn Goler; Gillian Licudo; Katherine Fuller; Matt Oppenheim |
| **Subject:** | RE: Audible Magic Zoom Deposition |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**[EXTERNAL EMAIL]**



Joshua M. Rychlinski | Counsel
**Crowell & Moring LLP** | www.crowell.com
1001 Pennsylvania Avenue NW
Washington, DC 20004

Office: 1.202.624.2688 | Mobile: 1.248.302.7887
jrychlinski@crowell.com

---

**From:** Jeff Gould
**Sent:** Tuesday, February 2, 2021 10:16 PM
**To:** Michelle A. Clark
**Cc:** Nathan Hamstra ; Michael Brody ; Ramsey, Gabriel ; Rychlinski, Joshua ; Kellyn Goler ; Gillian Licudo ; Katherine Fuller ; Matt Oppenheim
**Subject:** Re: Audible Magic Zoom Deposition

---

**From:** "Michelle A. Clark"
**Date:** Tuesday, January 26, 2021 at 9:03 PM
**To:** 'Jeff Gould'
**Cc:** Nathan Hamstra , Michael Brody , "GRamsey@crowell.com" , "JRychlinski@crowell.com" , Kellyn Goler ,

Gillian Licudo , Katherine Fuller , Matt Oppenheim , 'Andrew Castricone'
**Subject:** RE: Audible Magic Zoom Deposition

**From:** Jeff Gould [mailto:Jeff@oandzlaw.com]
**Sent:** Tuesday, January 26, 2021 1:07 PM
**To:** Michelle A. Clark
**Cc:** Nathan Hamstra ; Michael Brody ; GRamsey@crowell.com; JRychlinski@crowell.com; Kellyn Goler ; Gillian Licudo ; Katherine Fuller ; Matt Oppenheim
**Subject:** Re: Audible Magic Zoom Deposition

**[EXTERNAL EMAIL]**

---

**From:** Jeff Gould <Jeff@oandzlaw.com>
**Date:** Friday, January 22, 2021 at 9:33 PM
**To:** "Michelle A. Clark" <michelleclark@quinnemanuel.com>
**Cc:** Nathan Hamstra <nathanhamstra@quinnemanuel.com>, Michael Brody <mbrody@winston.com>, "GRamsey@crowell.com" <GRamsey@crowell.com>, "JRychlinski@crowell.com" <JRychlinski@crowell.com>, Kellyn Goler <Kellyn@oandzlaw.com>, Gillian Licudo <gillianlicudo@quinnemanuel.com>, Katherine Fuller <katherinefuller@quinnemanuel.com>, Matt Oppenheim <Matt@oandzlaw.com>
**Subject:** Re: Audible Magic Zoom Deposition



**From:** "Michelle A. Clark" <michelleclark@quinnemanuel.com>
**Date:** Friday, January 22, 2021 at 8:10 PM
**To:** Jeff Gould <Jeff@oandzlaw.com>
**Cc:** Nathan Hamstra <nathanhamstra@quinnemanuel.com>, Michael Brody <mbrody@winston.com>, "GRamsey@crowell.com" <GRamsey@crowell.com>, "JRychlinski@crowell.com" <JRychlinski@crowell.com>, Kellyn Goler <Kellyn@oandzlaw.com>, Gillian Licudo <gillianlicudo@quinnemanuel.com>, Katherine Fuller <katherinefuller@quinnemanuel.com>
**Subject:** RE: Audible Magic Zoom Deposition

**From:** Jeff Gould [mailto:Jeff@oandzlaw.com]
**Sent:** Friday, January 22, 2021 12:40 PM
**To:** Michelle A. Clark <michelleclark@quinnemanuel.com>
**Cc:** Nathan Hamstra <nathanhamstra@quinnemanuel.com>; Michael Brody <mbrody@winston.com>; GRamsey@crowell.com; JRychlinski@crowell.com; Kellyn Goler <Kellyn@oandzlaw.com>; Gillian Licudo <gillianlicudo@quinnemanuel.com>; Katherine Fuller <katherinefuller@quinnemanuel.com>
**Subject:** Re: Audible Magic Zoom Deposition

**[EXTERNAL EMAIL]**

**From:** "Michelle A. Clark" <michelleclark@quinnemanuel.com>
**Date:** Friday, January 22, 2021 at 3:38 PM
**To:** Jeff Gould <Jeff@oandzlaw.com>
**Cc:** Nathan Hamstra <nathanhamstra@quinnemanuel.com>, Michael Brody <mbrody@winston.com>, "GRamsey@crowell.com" <GRamsey@crowell.com>, "JRychlinski@crowell.com" <JRychlinski@crowell.com>, Kellyn Goler <Kellyn@oandzlaw.com>, Gillian Licudo <gillianlicudo@quinnemanuel.com>, Katherine Fuller <katherinefuller@quinnemanuel.com>
**Subject:** Re: Audible Magic Zoom Deposition

On Jan 22, 2021, at 12:37 PM, Jeff Gould <Jeff@oandzlaw.com> wrote:

**[EXTERNAL EMAIL]**

**From:** "Michelle A. Clark" <michelleclark@quinnemanuel.com>
**Date:** Friday, January 22, 2021 at 3:28 PM
**To:** Jeff Gould <Jeff@oandzlaw.com>, Nathan Hamstra <nathanhamstra@quinnemanuel.com>, Michael Brody <mbrody@winston.com>, "'GRamsey@crowell.com'" <GRamsey@crowell.com>, "'JRychlinski@crowell.com'" <JRychlinski@crowell.com>, Kellyn Goler <Kellyn@oandzlaw.com>
**Cc:** Gillian Licudo <gillianlicudo@quinnemanuel.com>, Katherine Fuller <katherinefuller@quinnemanuel.com>
**Subject:** RE: Audible Magic Zoom Deposition

**From:** Jeff Gould [mailto:Jeff@oandzlaw.com]
**Sent:** Friday, January 22, 2021 12:15 PM
**To:** Nathan Hamstra <nathanhamstra@quinnemanuel.com>; Michael Brody <mbrody@winston.com>; 'GRamsey@crowell.com' <GRamsey@crowell.com>; 'JRychlinski@crowell.com' <JRychlinski@crowell.com>; Kellyn Goler <Kellyn@oandzlaw.com>
**Cc:** Gillian Licudo <gillianlicudo@quinnemanuel.com>; Michelle A. Clark <michelleclark@quinnemanuel.com>; Katherine Fuller <katherinefuller@quinnemanuel.com>
**Subject:** Re: Audible Magic Zoom Deposition

**[EXTERNAL EMAIL]**

**From:** Nathan Hamstra <nathanhamstra@quinnemanuel.com>
**Date:** Friday, January 22, 2021 at 2:21 PM
**To:** Michael Brody <mbrody@winston.com>, "'GRamsey@crowell.com'" <GRamsey@crowell.com>, "'JRychlinski@crowell.com'" <JRychlinski@crowell.com>, Jeff Gould <Jeff@oandzlaw.com>, Kellyn Goler <Kellyn@oandzlaw.com>
**Cc:** Gillian Licudo <gillianlicudo@quinnemanuel.com>, "Michelle A. Clark" <michelleclark@quinnemanuel.com>, Katherine Fuller <katherinefuller@quinnemanuel.com>
**Subject:** RE: Audible Magic Zoom Deposition

---

**From:** Nathan Hamstra
**Sent:** Friday, January 22, 2021 1:07 PM
**To:** Michael Brody <mbrody@winston.com>; 'GRamsey@crowell.com' <GRamsey@crowell.com>; 'JRychlinski@crowell.com' <JRychlinski@crowell.com>; 'Jeff Gould' <Jeff@oandzlaw.com>; 'kellyn@oandzlaw.com' <kellyn@oandzlaw.com>
**Cc:** Gillian Licudo <gillianlicudo@quinnemanuel.com>; Michelle A. Clark <michelleclark@quinnemanuel.com>; Katherine Fuller <katherinefuller@quinnemanuel.com>
**Subject:** RE: Audible Magic Zoom Deposition

---

**From:** Katherine Fuller
**Sent:** Friday, January 22, 2021 9:44 AM
**To:** Nathan Hamstra <nathanhamstra@quinnemanuel.com>; Michelle A. Clark <michelleclark@quinnemanuel.com>; Michael Brody <mbrody@winston.com>; 'v_ikezoye@audiblemagic.com' <v_ikezoye@audiblemagic.com>; 'GRamsey@crowell.com' <GRamsey@crowell.com>; 'JRychlinski@crowell.com' <JRychlinski@crowell.com>; 'Jeff Gould' <Jeff@oandzlaw.com>
**Cc:** Gillian Licudo <gillianlicudo@quinnemanuel.com>
**Subject:** Audible Magic Zoom Deposition

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient,

you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.