# Exhibit C

## The Search







# Audible Magic Does Not Have the Data!

**From:** Rychlinski, Joshua <JRychlinski@crowell.com>
**Sent:** Wednesday, February 3, 2021 7:12 PM
**To:** Michelle A. Clark <michelleclark@quinnemanuel.com>
**Cc:** Jeff Gould <Jeff@oandzlaw.com>; Nathan Hamstra <nathanhamstra@quinnemanuel.com>; Brody, Michael <MBrody@winston.com>; Ramsey, Gabriel <GRamsey@crowell.com>; Kellyn Goler <Kellyn@oandzlaw.com>; Gillian Licudo <gillianlicudo@quinnemanuel.com>; Katherine Fuller <katherinefuller@quinnemanuel.com>; Matt Oppenheim <Matt@oandzlaw.com>
**Subject:** RE: Audible Magic Zoom Deposition

Joshua M. Rychlinski | Counsel
**Crowell & Moring LLP** | www.crowell.com
1001 Pennsylvania Avenue NW
Washington, DC 20004
Office: 1.202.624.2688 | Mobile: 1.248.302.7887
jrychlinski@crowell.com



# MarkMonitor's Privilege Log



5