# Exhibit D

| No. | Date | Privilege or Protection | Author(s) | To/Recipient(s) | CC/Other Custodians | Subject/Title | Description |
|---|---|---|---|---|---|---|---|



