# Exhibit E

Plaintiffs' Privilege Log
July 20, 2020

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

Case No. 1:19-cv-00874-RBJ-MEH

| No. | Date | Privilege or Protection | Author / From | To | CC | Subject/Title | Description |
|-----|------|-------------------------|---------------|----|----|---------------|-------------|
| | | | | | | | |

None of the documents described on this log were transmitted via BCC, so in the interest of space the BCC column has been omitted.
*Denotes Attorney

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

Case No. 1:19-cv-00874-RBJ-MEH

| No. | Date | Privilege or Protection | Author / From | To | CC | Subject/Title | Description |
|-----|------|-------------------------|---------------|-----|-----|---------------|-------------|
|     |      |                         |               |     |     |               |             |

CONFIDENTIAL

Plaintiffs' Privilege Log
July 20, 2020

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

Case No. 1:19-cv-00874-RBJ-MEH

| No. | Date | Privilege or Protection | Author / From | To | CC | Subject/Title | Description |
|-----|------|------------------------|---------------|-----|-----|---------------|-------------|

Plaintiffs' Privilege Log

July 20, 2020

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

Case No. 1:19-cv-00874-RBJ-MEH

| No. | Date | Privilege or Protection | Author / From | To | CC | Subject/Title | Description |
|---|---|---|---|---|---|---|---|

CONFIDENTIAL

Plaintiffs' Privilege Log
July 20, 2020

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

Case No. 1:19-cv-00874-RBJ-MEH

| No. | Date | Privilege or Protection | Author / From | To | CC | Subject/Title | Description |
|-----|------|------------------------|---------------|-----|-----|---------------|-------------|
| | | | | | | | |

CONFIDENTIAL

Plaintiffs' Privilege Log
July 20, 2020

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

Case No. 1:19-cv-00874-RBJ-MEH

| No. | Date | Privilege or Protection | Author / From | To | CC | Subject/Title | Description |
|-----|------|------------------------|---------------|-----|-----|---------------|-------------|
| | | | | | | | |

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

Case No. 1:19-cv-00874-RBJ-MEH

| No. | Date | Privilege or Protection | Author / From | To | CC | Subject/Title | Description |
|-----|------|------------------------|---------------|-----|-----|---------------|-------------|
| | | | | | | | |

CONFIDENTIAL

Plaintiffs' Privilege Log
July 20, 2020

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

Case No. 1:19-cv-00874-RBJ-MEH

| No. | Date | Privilege or Protection | Author / From | To | CC | Subject/Title | Description |
|-----|------|------------------------|---------------|-----|-----|---------------|-------------|
|     |      |                        |               |     |     |               |             |

Plaintiffs' Privilege Log
July 20, 2020

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

Case No. 1:19-cv-00874-RBJ-MEH

| No. | Date | Privilege or Protection | Author / From | To | CC | Subject/Title | Description |
|-----|------|------------------------|---------------|-----|-----|---------------|-------------|

Plaintiffs' Privilege Log
July 20, 2020

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

Case No. 1:19-cv-00874-RBJ-MEH

| No. | Date | Privilege or Protection | Author / From | To | CC | Subject/Title | Description |
|-----|------|------------------------|---------------|----|----|----|-------------|
|     |      |                        |               |    |    |    |             |

Plaintiffs' Privilege Log

July 20, 2020

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

Case No. 1:19-cv-00874-RBJ-MEH

| No. | Date | Privilege or Protection | Author / From | To | CC | Subject/Title | Description |
|-----|------|-------------------------|---------------|----|----|--------------|-------------|
|     |      |                         |               |    |    |              |             |

Plaintiffs' Privilege Log
July 20, 2020

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

Case No. 1:19-cv-00874-RBJ-MEH

| No. | Date | Privilege or Protection | Author / From | To | CC | Subject/Title | Description |
|---|---|---|---|---|---|---|---|
| 51 | 2/19/2015 | Attorney-Client | Dong Jang | Michael Spinelli* (michael.spinelli@sonymusic.com) | | **Confidential** FW: Draft Piracy Landscape Reports | Partially privileged email chain with partially privileged attachment reflecting legal advice regarding music piracy landscape report on BitTorrent. |
| 52 | 2/24/2015 | Attorney-Client | David Benjamin* (david.benjamin@umusic.com) | Brad Buckles* (bbuckles@riaa.com) | | FW: IFPI Anti Piracy Strategy - PRIVILEGED AND CONFIDENTIAL | Privileged email chain with attachment reflecting legal advice and for the purposes of coordinating and developing legal strategy on anti-piracy. |
| 53 | 3/12/2015 | Attorney-Client | Dong Jang (dong.jang@sonymusic.com) | Michael Spinelli* (michael.spinelli@sonymusic.com) | | FW: Monthly AP slides | Privileged email chain with attachment reflecting legal advice regarding anti-piracy strategy and litigation. |
| 54 | 3/19/2015 | Attorney-Client; Work Product | Chuck Ansel (chuck.ansel@umusic.com) | Gary Gross (gary.gross@umusic.com); David Kokakis* (david.kokakis@umusic.com) | | Legal Tracking Sheet | Privileged email with attachment prepared at the request of counsel in anticipation of litigation regarding records of active legal matters. |
| 55 | 3/19/2015 | Attorney-Client; Work Product | David Kokakis* (david.kokakis@umusic.com) | Oscar Pelaez* (oscar.pelaez@umusic.com); Oren Agman* (oren.agman@umusic.com) | | Fwd: Legal Tracking Sheet | Privileged email chain with attachment reflecting legal advice of counsel in anticipation of litigation regarding records of active legal matters. |
| 56 | 4/1/2015 | Attorney-Client | Jon Glass* | Marc Elcock (marc.elcock@wmg.com) | Ron Wilcox* (ron.wilcox@wmg.com) | BD/BA Agenda - 4.1.15 | Partially privileged email with privileged attachment reflecting legal advice regarding deal negotiations. |

Plaintiffs' Privilege Log
July 20, 2020

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

Case No. 1:19-cv-00874-RBJ-MEH

| No. | Date | Privilege or Protection | Author / From | To | CC | Subject/Title | Description |
|---|---|---|---|---|---|---|---|

Plaintiffs' Privilege Log
July 20, 2020

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

Case No. 1:19-cv-00874-RBJ-MEH

| No. | Date | Privilege or Protection | Author / From | To | CC | Subject/Title | Description |
|-----|------|------------------------|---------------|-----|-----|---------------|-------------|

Plaintiffs' Privilege Log
July 20, 2020

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

Case No. 1:19-cv-00874-RBJ-MEH

| No. | Date | Privilege or Protection | Author / From | To | CC | Subject/Title | Description |
|-----|------|-------------------------|---------------|-----|-----|---------------|-------------|
| | | | | | | | |

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

| No. | Date | Privilege or Protection | Author / From | To | CC | Subject/Title | Description |
|-----|------|------------------------|---------------|-----|-----|---------------|-------------|
| | | | | | | | |

CONFIDENTIAL

Plaintiffs' Privilege Log
July 20, 2020

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

Case No. 1:19-cv-00874-RBJ-MEH

| No. | Date | Privilege or Protection | Author / From | To | CC | Subject/Title | Description |
|-----|------|------------------------|---------------|-----|-----|--------------|-------------|
|     |      |                        |               |     |     |              |             |

Plaintiffs' Privilege Log
July 20, 2020

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

Case No. 1:19-cv-00874-RBJ-MEH

| No. | Date | Privilege or Protection | Author / From | To | CC | Subject/Title | Description |
|-----|------|------------------------|---------------|-----|-----|---------------|-------------|
|     |      |                        |               |     |     |               |             |

Plaintiffs' Privilege Log
July 20, 2020

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

Case No. 1:19-cv-00874-RBJ-MEH

| No. | Date | Privilege or Protection | Author / From | To | CC | Subject/Title | Description |
|---|---|---|---|---|---|---|---|
| 69 | 2/12/2016 | Attorney-Client; Work Product | Matt Oppenheim* (matt@oandzlaw.com) | Darren Schmidt* (darren.schmidt@umusic.com) | Leo Lichtman* (leo@oandzlaw.com) | FW: Cox/RIAA - Bright House Networks | Privileged email and attachment reflecting legal advice of counsel in anticipation of litigation regarding infringement analyses for potential copyright infringement litigations. |
| 70 | 2/20/2016 | Attorney-Client; Work Product | Darren Schmidt* (darren.schmidt@umusic.com) | Matt Oppenheim* (matt@oandzlaw.com) | Leo Lichtman* (leo@oandzlaw.com) | RE: Cox/RIAA - Bright House Networks | Privileged email and attachment reflecting legal advice of counsel in anticipation of litigation regarding infringement analyses for potential copyright infringement litigations. |
| 71 | 2/23/2016 | Attorney-Client; Work Product | Darren Schmidt* (darren.schmidt@umusic.com) | Matt Oppenheim* (matt@oandzlaw.com) | Leo Lichtman* (leo@oandzlaw.com) | RE: Cox/RIAA - Bright House Networks | Privileged email and attachment reflecting legal advice of counsel in anticipation of litigation regarding infringement analyses for potential copyright infringement litigations. |
| 72 | 2/23/2016 | Attorney-Client; Work Product | Victoria Sheckler* (vsheckler@riaa.com) | Darren Schmidt* (darren.schmidt@umusic.com) | | RE: Charter / Brighthouse | Privileged email chain requesting and providing information for purposes of providing legal advice in anticipation of litigation regarding developments related to contemplated litigation. |
| 73 | 2/25/2016 | Attorney-Client; Work Product | Matt Oppenheim* (matt@oandzlaw.com) | Darren Schmidt* (darren.schmidt@umusic.com) | Alasdair Mcmullan* (alasdair.mcmullan@umusic.com) | Re: Charter | Privileged email chain reflecting legal advice of counsel in anticipation of litigation regarding ISP litigation. |
| 74 | 2/29/2016 | Work Product | Samuel Bahun, Vytautas Maglya | Oppenheim + Zebrak LLP*, RIAA | | Hash Report_02292016.xlsx | Privileged report prepared at the request of counsel in anticipation of litigation, containing analysis of infringement evidence collected in anticipation of litigation. |
| 75 | 3/10/2016 | Attorney-Client; Work Product | Matt Oppenheim* (matt@oandzlaw.com) | Darren Schmidt* (darren.schmidt@umusic.com) | | Charter - Draft Demand Letter | Privileged email chain with attachment reflecting legal advice of counsel in anticipation of litigation regarding draft Demand Letter. |

Plaintiffs' Privilege Log
July 20, 2020

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

Case No. 1:19-cv-00874-RBJ-MEH

| No. | Date | Privilege or Protection | Author / From | To | CC | Subject/Title | Description |
|-----|------|------------------------|---------------|-----|-----|---------------|-------------|
| | | | | | | | |

Plaintiffs' Privilege Log
July 20, 2020

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

Case No. 1:19-cv-00874-RBJ-MEH

| No. | Date | Privilege or Protection | Author / From | To | CC | Subject/Title | Description |
|-----|------|------------------------|---------------|-----|-----|---------------|-------------|
|     |      |                        |               |     |     |               |             |

Plaintiffs' Privilege Log
July 20, 2020

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

Case No. 1:19-cv-00874-RBJ-MEH

| No. | Date | Privilege or Protection | Author / From | To | CC | Subject/Title | Description |
|-----|------|------------------------|---------------|-----|-----|---------------|-------------|
|     |      |                        |               |     |     |               |             |

CONFIDENTIAL

Plaintiffs' Privilege Log
July 20, 2020

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

Case No. 1:19-cv-00874-RBJ-MEH

| No. | Date | Privilege or Protection | Author / From | To | CC | Subject/Title | Description |
|-----|------|------------------------|---------------|-----|-----|---------------|-------------|
|     |      |                        |               |     |     |               |             |

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

Case No. 1:19-cv-00874-RBJ-MEH

| No. | Date | Privilege or Protection | Author / From | To | CC | Subject/Title | Description |
|-----|------|------------------------|---------------|----|----|---------------|-------------|
| | | | | | | | |

Plaintiffs' Privilege Log
July 20, 2020

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

Case No. 1:19-cv-00874-RBJ-MEH

| No. | Date | Privilege or Protection | Author / From | To | CC | Subject/Title | Description |
|-----|------|------------------------|---------------|-----|-----|--------------|-------------|
| | | | | | | | |

CONFIDENTIAL

Plaintiffs' Privilege Log
July 20, 2020

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

Case No. 1:19-cv-00874-RBJ-MEH

| No. | Date | Privilege or Protection | Author / From | To | CC | Subject/Title | Description |
|-----|------|------------------------|---------------|-----|-----|---------------|-------------|
|     |      |                        |               |     |     |               |             |

Plaintiffs' Privilege Log
July 20, 2020

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

Case No. 1:19-cv-00874-RBJ-MEH

| No. | Date | Privilege or Protection | Author / From | To | CC | Subject/Title | Description |
|-----|------|------------------------|---------------|-----|-----|---------------|-------------|
|     |      |                        |               |     |     |               |             |

Plaintiffs' Privilege Log
July 20, 2020

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

Case No. 1:19-cv-00874-RBJ-MEH

| No. | Date | Privilege or Protection | Author / From | To | CC | Subject/Title | Description |
|-----|------|------------------------|---------------|-----|-----|---------------|-------------|
|     |      |                        |               |     |     |               |             |

Plaintiffs' Privilege Log
July 20, 2020

*Warner Records, Inc. et al. v. Charter Communications, Inc.*

Case No. 1:19-cv-00874-RBJ-MEH

| No. | Date | Privilege or Protection | Author / From | To | CC | Subject/Title | Description |
|-----|------|------------------------|---------------|-----|-----|--------------|-------------|