# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| WARNER RECORDS INC. (f/k/a/ Warner Bros. Records, Inc.), *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>*Defendant*. | Case No. 19-cv-00874-RBJ-MEH |

## [PROPOSED] ORDER GRANTING DEFENDANT CHARTER COMMUNICATIONS, INC.'S MOTION TO RESTRICT CERTAIN EXHIBITS FILED IN CONNECTION WITH ITS RESPONSE TO PLAINTIFFS' OBJECTIONS TO THE FEBRUARY 23, 2021 DISCOVERY ORDERS

The Court, having reviewed and considered Defendant's Motion to Restrict Certain Exhibits Filed in Connection With Its Response to Plaintiffs' Objections to the February 23, 2021 Discovery Orders, hereby orders that the Motion is granted. Exhibits A, B, C, D, E, and H to the Declaration of Andrew Schapiro, and Charter's unredacted Response, may be restricted to public access at Level 1.

SO ORDERED this ____ day of _____, 2021.

_____
R. Brooke Jackson
United States District Judge