IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-RBJ-MEH

WARNER RECORDS, INC., *et al.*,

     Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

     Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 11, 2021.**

Pursuant to D.C.Colo.LCivR 7.2, Plaintiffs' Unopposed Motion for Leave to File under Level 1 Restriction [filed March 4, 2021; ECF 393] is **granted**. The Clerk of the Court is directed to maintain under Level 1 Restriction the complete filing at ECF 391 until further order of the Court.

The Court notes that a redacted version of that same filing is found at ECF 390.