IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-RBJ-MEH

WARNER RECORDS, INC., *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 17, 2021.**

    Pursuant to D.C.Colo.LCivR 7.2, Defendant's Unopposed Motion for Leave to File under Level 1 Restriction [filed March 10, 2021; ECF 410] is **granted**. The Clerk of the Court is directed to maintain under Level 1 Restriction the complete filing at ECF 409 until further order of the Court.

    The Court notes that a redacted version of that same filing is found at ECF 408.