IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-RBJ-MEH

WARNER RECORDS, INC., *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 18, 2021.**

    Before the Court is Defendant's Unopposed Motion to Redact Portions of February 9, 2021 Hearing Transcript. ECF 407. Defendant asks to redact portions of the transcript of the February 9, 2021 hearing. The transcript is docketed at ECF 372, and Defendant asks to redact lines 7–11 at page 18.

    Defendant states good cause for the redaction because it references information for which attorney-client privilege and attorney work product protection is claimed. Plaintiffs do not oppose the request.

    Pursuant to D.C.Colo.LCivR 7.2, the Motion [filed March 10, 2021; ECF 407] is **granted**. The Clerk of the Court shall direct the court reporter to redact lines 7–11 on page 18 of the transcript at ECF 372. The redacted version of the transcript shall be made available on the public docket sheet.

    The Clerk of the Court shall place the unredacted version of the transcript (ECF 372) under Level 1 Restriction status until further order of the Court.