IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 19-cv-874-MEH | Date: | March 18, 2021 |
| Courtroom Deputy: | Christopher Thompson | FTR: | A 501* |

*Parties:*                                                          *Counsel:*

WARNER RECORDS INC, et al.,                      Jonathan Sperling & Co-Counsel

    Plaintiff,

v.

CHARTER COMMUNICATIONS, INC.,            Andrew Schapiro & Co-Counsel

    Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**
**ORAL ARGUMENTS**

**Court in session:**      **1:02 p.m.**

Court calls case.   Appearances of counsel by video teleconference.

Discussion held regarding the parties' discovery disputes.   The Court will set a discovery conference to continue today's discussions as stated on the record

**Court in recess:**      **2:04 p.m.**
**Court in session:**      **3:12 p.m.**


**ORDERED:**  Discovery Conference set for **March 19, 2021 at 1:30 p.m.** by video
teleconference before United States Magistrate Judge Michael E. Hegarty
in Courtroom A501 of the Alfred A. Arraj Courthouse.


**Court in recess:**      **4:36 p.m.**             Hearing concluded.
Total in-court time:   02:26

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.