IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 19-cv-874-MEH | Date: | March 19, 2021 |
| Courtroom Deputy: | Christopher Thompson | FTR: | A 501* |

*Parties:*  *Counsel:*

WARNER RECORDS INC, et al.,   Hardy Ehlers & Co-Counsel

    Plaintiff,

v.

CHARTER COMMUNICATIONS, INC.,   Andrew Schapiro & Co-Counsel

    Defendant.

**COURTROOM MINUTES/MINUTE ORDER**
**DISCOVERY CONFERENCE**

**Court in session:**    1:30 p.m.

Court calls case.  Appearances of counsel by video teleconference.

Discussion held regarding the parties' discovery disputes related to issues with privileged documents, with the Court's rulings stated on the record.

**Court in recess:**    **2:18 p.m.**       Hearing concluded.
Total in-court time:    00:48

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.