IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-RBJ-MEH

WARNER RECORDS, INC., *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 29, 2021.**

    The Court will hear oral arguments on Defendant's Objections (ECF 421) on Thursday, **April 1, 2021 at 3:00 p.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

    The Court will permit litigants (counsel and parties) to appear at the hearing either in person or by video teleconference. Attached to this Minute Order are the video teleconference instructions.

    Anyone appearing by telephone shall call the following conference line at:

Number:    888-278-0296
Access code:    8212991#

# Cisco Meeting App Instructions

# Judge Hegarty

- For Video Teleconference - From Google Chrome (recommended) on Windows, or Safari on Mac or iDevice, click on the link below to join.  **IMPORTANT:  Contact Chambers or Courtroom Deputy prior to testing this link, as you may interrupt a scheduled setting**:

    https://join.uc.uscourts.gov/invited.sf?secret=..fF_yhQuYusRD8jhbCEGg&id=635102804

    **Note:  Use the default of "Continue with browser" to join the meeting.**

- For Audio Only:

    - Phone: 571-353-2300, then enter 635102804

- **Once you have joined the conference either by Video or Audio, please MUTE YOUR MIC.**

    <u>**Family Member/Public/Media "listen" to hearing:**</u>

    Toll Free: 888-278-0296
    Access Code: 8212991#