**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

WARNER RECORDS INC., *et al.*,

     Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

     Defendant

Case No. 19-cv-00874-RBJ-MEH

---

**DECLARATION OF STACEY K. GRIGSBY IN SUPPORT OF PLAINTIFFS'
OBJECTION TO SPECIAL MASTER'S MARCH 16, 2021 ORDER REQUIRING
PLAINTIFFS TO PREPARE 30(b)(6) WITNESSES REGARDING THE CONDUCT OF
THIRD PARTIES WITH WHOM PLAINTIFFS DID NOT DEAL**

---

I, Stacey K. Grigsby, hereby declare and state as follows pursuant to 28 U.S.C. § 1746:

1.     I am a partner of the law firm Covington & Burling LLP, attorneys of record for Plaintiffs. I submit this declaration in support of Plaintiffs' Objection to Special Master's March 16, 2021 Order Requiring Plaintiffs to Prepare 30(b)(6) Witnesses Regarding the Conduct of Third Parties with Whom Plaintiffs Did Not Deal ("Objection"). I have personal knowledge of all facts stated in this declaration, and if called upon as a witness, I could and would competently testify thereto.

2.     Attached hereto as **Exhibit 1** is a true and correct copy of an excerpt of Charter's Rule 30(b)(6) notice to the Warner Music Plaintiff Group, served on December 30, 2020.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of an excerpt of the Warner Music Plaintiffs' Responses and Objections to Charter's Rule 30(b)(6) notice, served on February 5, 2021.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of pages 24 to 31 of the transcript from the March 16, 2021 hearing before the Special Master.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of a document produced by Charter in this case with Bates numbers CHA_00001119–1120.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of a document produced by Charter in this case with Bates numbers CHA_00084570–71.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of an excerpt of Plaintiffs' Amended Rule 30(b)(6) notice to Charter, served on January 27, 2021.

8.      Attached hereto as **Exhibit 7** is a true and correct copy of an excerpt of Charter's Supplemental Objections to Plaintiffs' Rule 30(b)(6) notice, served on March 8, 2021.

9.      Attached hereto as **Exhibit 8** is a true and correct copy of pages 82 to 84 of the transcript from the February 16, 2021 hearing before the Special Master.

10.     Attached hereto as **Exhibit 9** is a true and correct copy of a February 26-March 19, 2021 email chain between counsel for Plaintiffs and counsel for Charter.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed this 29th day of March, 2021 in Los Angeles, California.

*/s/ Stacey K. Grigsby*
Stacey K. Grigsby