# EXHIBIT 8

WebEx/Telephonic Hearing
February 16, 2021

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-RBJ-MEH

_____

WARNER BROS. RECORDS INC., et al.,

       Plaintiffs,

vs.

CHARTER COMMUNICATIONS, INC.,

       Defendant.


_____

WEBEX/TELEPHONIC HEARING

February 16, 2021
_____

       This WebEx/telephonic hearing was taken before

Special Master Regina Rodriguez on February 16, 2021, at

3:02 p.m. Mountain Standard Time before K. Michelle

Dittmer, Registered Professional Reporter and Notary

Public within the state of Colorado.


(The reporter, K. Michelle Dittmer, appearing remotely
via telephone)

WebEx/Telephonic Hearing
February 16, 2021

```
 1    system from Cox, okay, then Cox wrote the software.  Cox

 2    licensed the software to Charter, and then Charter went

 3    back and forth with Cox on how to use it, how to update

 4    it, how to operate it in order to minimize the number of

 5    notices that they needed to actually send to subscribers.

 6              And Charter thought it was meaningful

 7    enough, this coordination, that they not only wrote

 8    internal emails about it, but they included in a metrics

 9    report -- which we saw for the first time two weeks ago

10    because it was withheld as irrelevant to the case until

11    then -- that a hot topic was, quote, working with Cox

12    Communications and their process with DMCA-correlated

13    complaints and the action they take to auto-close these

14    tickets.

15              You know what?  If it's a hot topic for

16    the network security team at Charter, then it's a hot

17    topic for us, because what they did is what's at issue in

18    this case.

19              MR. SCHAPIRO:  Right.  What we did is

20    what's at issue in this case.  What we did, not what we

21    (audio cut out).

22              SPECIAL MASTER RODRIGUEZ:  So let's just

23    back up for a moment.

24              With regard to Topic 69, as I read the

25    plain language of the topic, what plaintiffs have asked
```

WebEx/Telephonic Hearing
February 16, 2021

Page 83

1   for is Charter's knowledge of litigation against other

2   ISPs concerning similar claims asserted by plaintiffs in

3   this case, including BMG Rights Management LLC versus Cox

4   Communications.  This is the Eastern District of Virginia

5   case.

6               I have discussed this with the parties in

7   other contexts, and similarly, I find today that this

8   relevance is attenuated; and furthermore, that it would

9   be difficult to prepare a witness to testify on this

10  topic and that the outer bounds of the testimony would be

11  difficult to define.

12              Mr. Schapiro has already represented that

13  people knew about this Cox case.  I think it would be

14  difficult to assert otherwise.  But to find somebody to

15  be able to designate in terms of all of Charter's

16  knowledge with regard to that will certainly implicate

17  attorney-client privilege and will yield relevant

18  information that probably is limited and would be

19  difficult to ascertain.

20              With regard to Topic Number 11, Charter's

21  licensing of software for abuse tracking from Cox

22  Communications, as reflected in CHA 1119, including the

23  cost thereof, of Cox employees with whom Charter

24  communicates regarding Charter's ongoing maintenance and

25  operation of CATS and the manner of such communication or

WebEx/Telephonic Hearing
February 16, 2021

Page 84

```
 1   coordination, Charter has agreed that it will designate

 2   one or more persons to testify regarding Charter's

 3   licensing of software for abuse tracking from Cox

 4   Communications as reflected in CHA 1119, including the

 5   cost thereof.

 6              Charter has not agreed to provide a

 7   witness to testify as to the remainder of the topic.  In

 8   particular, what we have been discussing here today is

 9   the communications between Charter and Cox regarding the

10   maintenance and operation of CATS and the manner of such

11   communications and coordination with Cox.

12              To the extent that there was communication

13   between Cox and Charter that directly relates to the

14   handling of DMCA complaints and any change during the

15   relevant claim period of Cox's policies and procedures

16   for the handling of those DMCA complaints, I find that

17   that is sufficiently relevant that Charter should

18   designate somebody to testify as to those DMCA complaints

19   communications with Cox and any changes that were made as

20   a result of those communications, if there were any.

21              All right.  Anything further about those

22   two?

23              MR. SPERLING:  No, Ms. Rodriguez.

24              SPECIAL MASTER RODRIGUEZ:  Okay.  So now

25   we're at facts relating to Charter's defenses.
```

WebEx/Telephonic Hearing
February 16, 2021

```
 1                    REPORTER'S CERTIFICATE

 2

 3        I, K. MICHELLE DITTMER, Registered Professional

 4   Reporter and Notary Public, State of Colorado, do hereby

 5   certify that the said hearing was taken in machine

 6   shorthand by me at the time and place aforesaid and was

 7   thereafter reduced to typewritten form; that the

 8   foregoing is a true transcript of the proceedings had.  I

 9   further certify that I am not employed by, related to,

10   nor counsel for any of the parties herein, nor otherwise

11   interested in the outcome of this litigation.

12           IN WITNESS WHEREOF, I have affixed my signature

13   this 3rd day of March, 2021.

14           My commission expires April 15, 2024.

15

16   _____

                 K. MICHELLE DITTMER

17        Registered Professional Reporter

              Wilson & Associates, LLC

18

19

20

21

22

23

24

25
```

Wilson & Associates, LLC
scheduling@wilsonandassociatesllc.com