# EXHIBIT 9

# Fields, Michael

| | |
|---|---|
| **From:** | Krishna Shah <krishnashah@quinnemanuel.com> |
| **Sent:** | Friday, March 19, 2021 2:41 PM |
| **To:** | Ehlers, J. Hardy; Seth Fortenbery; Gracie Chang; Jessica Rose; Alex Kaplan; Hill, Phil; Jeff Gould; Matt Oppenheim; Scott Zebrak; Andrew Guerra; Kellyn Goler; Jia Ryu; Corey Miller; 'Janette Ferguson'; Sperling, Jonathan; Fields, Michael; Picker, Joshua B; 'bleoni@lewisbess.com'; 'Ranahan, Erin'; 'Golinveaux, Jennifer'; 'Elkin, Michael'; Anderson, Sean R.; 'Alvarez, Cesie'; 'Skopec, Allison'; 'Jtanner@fwlaw.com'; 'cjoyce@fwlaw.com'; 'Brody, Michael'; Benjamin, Brittany; Kamin, Mitchell A; Dennis, Sara J; 'Rosenthal, John' |
| **Cc:** | Charter-Copyright-QE |
| **Subject:** | RE: Warner Records Inc. v. Charter Communications, Inc., No. 19-cv-00874 (D. Colo.): Charter's 30(b)(6) Designees |

[EXTERNAL]

Counsel,

We disagree that Charter's supplemental responses did not reflect the parties' conferrals and the two hearings. We were particularly surprised where Plaintiffs repeatedly took issue with language that Charter verbatim adopted from Plaintiffs' Topics as served (*See e.g* Topics 11, 15, 18, 52). In the spirit of compromise and judicial efficiency, we agree to amend our responses for Topics 11, 15, 18, 19, 34, 50, 52, and 59.

However, we believe your positions on Topics 47, 54, and 57 do not comport with the Special Master's orders, for the reasons explained below:

- **Topic 47:** The Special Master recognized the Topic as written to be so overbroad as to render Charter unable to reasonably prepare a witness. Per the Special Master's ruling, Charter will investigate a reasonable number of specific domain names provided to us by Plaintiffs sufficiently in advance of a deposition to allow Charter reasonable time to find the relevant information. ("It's on us, to the extent we want to ask about particular domains, to identify them in advance. It obviously would have to be a reasonable number…If it turns out we have one or two others that we want to ask about, we'll try and identify those in advance. *We fully appreciate the guidance here on the scope and we'll follow it, of course*.") (Feb. 12 Hr'g Tr. 42:14-44:17).

- **Topics 54, 57:** While we appreciate your proposals, we do not think they accurately reflect the Special Master's rulings on these topics, and thus offer the following counter-proposals:

    - **Topic 54:** Charter agrees to provide testimony on Charter's revenues, expenses and profits from Internet services, as reflected in documents produced by Charter and in publicly available financial documents. Charter's witness will be prepared to answer reasonable follow up questions that flow from these documents, as well as other general questions about Charter's financials.

    - **Topic 57:** Charter agrees to provide testimony on the actual average revenues and profits per Subscriber from Internet services as reflected in documents produced by Charter and in publicly available financial documents. Charter's witness will be prepared to answer reasonable follow up questions that flow from these documents, as well as other general questions about Charter's financials.

Thanks,

Krishna

1

**From:** Ehlers, J. Hardy [mailto:JEhlers@cov.com]
**Sent:** Monday, March 15, 2021 10:00 PM
**To:** Seth Fortenbery <sethfortenbery@quinnemanuel.com>; Krishna Shah <krishnashah@quinnemanuel.com>; Gracie Chang <graciechang@quinnemanuel.com>; Jessica Rose <jessicarose@quinnemanuel.com>; Alex Kaplan <alex@oandzlaw.com>; Hill, Phil <PAHill@cov.com>; Jeff Gould <Jeff@oandzlaw.com>; Matt Oppenheim <Matt@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Andrew Guerra <Andrew@oandzlaw.com>; Kellyn Goler <Kellyn@oandzlaw.com>; Jia Ryu <Jia@oandzlaw.com>; Corey Miller <Corey@oandzlaw.com>; 'Janette Ferguson' <jferguson@lewisbess.com>; Sperling, Jonathan <jsperling@cov.com>; Fields, Michael <MFields@cov.com>; Picker, Joshua B <jpicker@cov.com>; 'bleoni@lewisbess.com' <bleoni@lewisbess.com>; 'Ranahan, Erin' <ERanahan@winston.com>; 'Golinveaux, Jennifer' <JGolinveaux@winston.com>; 'Elkin, Michael' <MElkin@winston.com>; Anderson, Sean R. <sranderson@winston.com>; 'Alvarez, Cesie' <CAlvarez@winston.com>; 'Skopec, Allison' <ASkopec@winston.com>; 'Jtanner@fwlaw.com' <Jtanner@fwlaw.com>; 'cjoyce@fwlaw.com' <cjoyce@fwlaw.com>; 'Brody, Michael' <MBrody@winston.com>; Benjamin, Brittany <BBenjamin@cov.com>; Kamin, Mitchell A <MKamin@cov.com>; Dennis, Sara J <SDennis@cov.com>; 'Rosenthal, John' <JRosenthal@winston.com>
**Cc:** Charter-Copyright-QE <charter-copyright-qe@quinnemanuel.com>
**Subject:** RE: Warner Records Inc. v. Charter Communications, Inc., No. 19-cv-00874 (D. Colo.): Charter's 30(b)(6) Designees

**[EXTERNAL EMAIL]**

Counsel,

Charter's supplemental responses for the following Topics in Plaintiffs' 30(b)(6) Deposition Notice do not conform to the parties' agreements or the Special Master's orders.  Please serve an amended set of supplemental responses by the end of the week.  If you disagree that Charter should amend any of the responses listed below, please let us know which Topic and on what basis, and please provide some times on Wednesday when you're available to confer.

- **Topic 11**.  The last clause of Charter's supplemental response does not match what the Special Master ordered.  Charter's supplemental response agrees to provide a designee to testify about "*the Cox employees with whom Charter communicates* regarding handling of the DMCA complaints," but the Special Master ordered Charter to produce a designee on the communications themselves:  "To the extent that there was communication between Cox and Charter that directly relates to the handling of DMCA complaints and any change during the relevant claim period of Cox's policies and procedures for the handling of those DMCA complaints, I find that that is sufficiently relevant that Charter should designate somebody to testify as to those DMCA complaints communications with Cox and any changes that were made as a result of those communications, if there were any."  Feb. 16 Hr'g Tr. at 84:6-20.  Please amend Charter's response accordingly.

- **Topic 15**.  In our February 4 and 9 emails, the parties agreed that among the documents Charter's designee should be prepared to testify about is "CHA_00087350 as an exemplar of a 'CATS DMCA Bucket Assignment and Open Ticket Count.'"  Charter's supplemental response does not include that example; please amend it.

- **Topic 18**.  In your February 9 email to us and Charter's February 10 brief to the Special Master, Charter agreed to provide a witness to testify about Charter's "knowledge, if any, of use by [Accused Subscribers] of peer-to-peer file-sharing protocols or VPNs."  Charter's supplemental response agrees to provide a witness to testify about Charter's "knowledge of *copyright infringement* (including of music) by Accused Subscribers *using* Peer-to-Peer file-sharing protocols and/or [VPNs]."  Please amend Charter's response to match what it agreed to and submitted to the Special Master.

- **Topic 19**.  Charter's supplemental response states that "[p]ursuant to the Special Master's ruling on February 12, 2021, Charter will not prepare a witness to provide testimony on this Topic."  The issue before the Special Master was only the VPN portion of the Topic.  Charter had already agreed during our conferral to provide a witness to testify about "studies, investigations, memoranda, or reports that Charter prepared, commissioned, or consulted, if any, concerning the use of Peer-to-Peer file-sharing protocols for uploading and downloading files, with the relevant time frame being the established Discovery Period of March 1, 2012 through May 17, 2016."  *See* T. Anten Feb. 9, 2021 email; Ex. B to Special Master Submission.  Please confirm Charter will abide its agreement and supplement this response accordingly.

- **Topic 34.**  You appear to have copied the strikethrough portion of the proposal in my February 4 email and in Todd's February 9 email.  For clarity of the record, please serve a supplemental response removing "different categories of Subscribers (*i.e.* residential vs. commercial) and different types of abuses."

- **Topic 47**.  On February 9, you wrote that "Charter will not exclude 'instances,' if any exist, from the scope of the Topic."  Charter's supplemental response omits this agreement to include "the instances in which Charter has" limited subscribers' or users' access to particular domains and IP addresses associated with copyright infringement.  Please supplement Charter's response to reflect its February 9 agreement.

- **Topic 50**.  Charter's supplemental response states that "[p]ursuant to the Special Master's ruling on February 12, 2021, Charter will not prepare a witness to provide testimony on this Topic."  The issue at the hearing was not whether Charter would provide a witness on the Topic at all, but whether Charter would provide a witness to testify according to the scope of the Topic as written or as Charter had agreed before the hearing—i.e., "the technological or other means Charter implemented to address use of its internet service in violation of its copyright infringement-related policy, including the use of peer-to-peer file-sharing protocols for copyright infringement, with the relevant time frame being the established Discovery Period of March 1, 2012 through May 17, 2016."  T. Anten Feb. 9, 2021 email; Ex. B.  Please supplement Charter's response to reflect this agreement.

- **Topic 52**.  Charter's supplemental response agrees to provide a witness to testify about "Charter's suspension and termination rates for alleged or actual violations of Charter's Acceptable Use Policy other than copyright infringement, *as reflected in CHA_00063488*."  But Charter agreed, and the Special Master ordered, that testimony on this Topic not be limited to the "four corners of the document."  Feb. 12 Hr'g Tr. at 38:16-39:13.  Please amend Charter's response to provide testimony on "reasonable questions that will flow from the information that is in the document," as ordered.  *Id*.

- **Topics 54 and 57**.  We don't believe Charter's responses capture the result of the discussion during the hearing on these Topics.  We propose the following modifications.  If you don't agree to these, please let us know some times on Wednesday when you are available to confer.

    - **Topic 54:**  Subject to and without waiving these objections, Charter will designate one or more persons to testify generally as to non-privileged, discoverable information regarding Charter's actual revenues, expenses and profits from Internet Services and those that relate to and/or are bundled with Charter's Internet Services, with the relevant time frame being the established discovery period of March 1, 2012 through May 17, 2016.  (2/16/21, Tr. 52:13-56:19).

    - **Topic 57:**  Subject to and without waiving these objections, Charter will designate one or more persons to testify generally as to non-privileged, discoverable information regarding Charter's average revenues and profits from Internet Services and related and/or bundled businesses per Subscriber, including the average revenues and profits reflected in CHA_00079641-50, with the relevant time frame being the established discovery period of March 1, 2012 through May 17, 2016.

- **Topic 59**.  Charter agreed in its original response to "designate one or more persons to testify generally as to non-privileged, discoverable information regarding Charter's revenues and profits as reflected in CHA_00001359 and CHA_00079640."  Charter's supplemental response states that Charter will not prepare a witness to provide testimony on this Topic at all, citing the February 16 hearing.  The issue at the hearing was only whether the scope of the Topic should include revenues and profits not "reflected in CHA_00001359 and CHA_00079640."  *See* Pls' Feb. 10 Brief; Charter's Feb. 10 Brief; Ex. A; Feb. 16 Hr'g Tr. at 33:21-34:7.  Please amend Charter's response to reflect Charter's agreement both before and during the hearing to provide a witness to testify about "Charter's revenues and profits as reflected in CHA_00001359 and CHA_00079640."

Thanks,

Hardy

---

**From:** Seth Fortenbery <sethfortenbery@quinnemanuel.com>
**Sent:** Monday, March 8, 2021 11:58 AM
**To:** Ehlers, J. Hardy <JEhlers@cov.com>; Krishna Shah <krishnashah@quinnemanuel.com>; Gracie Chang <graciechang@quinnemanuel.com>; Jessica Rose <jessicarose@quinnemanuel.com>; Alex Kaplan <alex@oandzlaw.com>; Hill,

Phil <PAHill@cov.com>; Jeff Gould <Jeff@oandzlaw.com>; Matt Oppenheim <Matt@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Andrew Guerra <Andrew@oandzlaw.com>; Kellyn Goler <Kellyn@oandzlaw.com>; Jia Ryu <Jia@oandzlaw.com>; Corey Miller <Corey@oandzlaw.com>; 'Janette Ferguson' <jferguson@lewisbess.com>; Sperling, Jonathan <jsperling@cov.com>; Fields, Michael <MFields@cov.com>; Picker, Joshua B <jpicker@cov.com>; 'bleoni@lewisbess.com' <bleoni@lewisbess.com>; 'Ranahan, Erin' <ERanahan@winston.com>; 'Golinveaux, Jennifer' <JGolinveaux@winston.com>; 'Elkin, Michael' <MElkin@winston.com>; Anderson, Sean R. <sranderson@winston.com>; 'Alvarez, Cesie' <CAlvarez@winston.com>; 'Skopec, Allison' <ASkopec@winston.com>; 'Jtanner@fwlaw.com' <Jtanner@fwlaw.com>; 'cjoyce@fwlaw.com' <cjoyce@fwlaw.com>; 'Brody, Michael' <MBrody@winston.com>; Benjamin, Brittany <BBenjamin@cov.com>; Kamin, Mitchell A <MKamin@cov.com>; Dennis, Sara J <SDennis@cov.com>; 'Rosenthal, John' <JRosenthal@winston.com>; Sahni, Neema T <nsahni@cov.com>
**Cc:** Charter-Copyright-QE <charter-copyright-qe@quinnemanuel.com>
**Subject:** RE: Warner Records Inc. v. Charter Communications, Inc., No. 19-cv-00874 (D. Colo.): Charter's 30(b)(6) Designees

**[EXTERNAL]**
Counsel,

Please find Charter's Supplemental Responses to Plaintiffs' 30(b)(6) Notice to Charter attached.

Thanks,
Seth

---

**From:** Ehlers, J. Hardy [mailto:JEhlers@cov.com]
**Sent:** Monday, March 8, 2021 1:36 PM
**To:** Krishna Shah <krishnashah@quinnemanuel.com>; Gracie Chang <graciechang@quinnemanuel.com>; Jessica Rose <jessicarose@quinnemanuel.com>; Alex Kaplan <alex@oandzlaw.com>; Hill, Phil <PAHill@cov.com>; Jeff Gould <Jeff@oandzlaw.com>; Matt Oppenheim <Matt@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Andrew Guerra <Andrew@oandzlaw.com>; Kellyn Goler <Kellyn@oandzlaw.com>; Jia Ryu <Jia@oandzlaw.com>; Corey Miller <Corey@oandzlaw.com>; 'Janette Ferguson' <jferguson@lewisbess.com>; Sperling, Jonathan <jsperling@cov.com>; Fields, Michael <MFields@cov.com>; Picker, Joshua B <jpicker@cov.com>; 'bleoni@lewisbess.com' <bleoni@lewisbess.com>; 'Ranahan, Erin' <ERanahan@winston.com>; 'Golinveaux, Jennifer' <JGolinveaux@winston.com>; 'Elkin, Michael' <MElkin@winston.com>; Anderson, Sean R. <sranderson@winston.com>; 'Alvarez, Cesie' <CAlvarez@winston.com>; 'Skopec, Allison' <ASkopec@winston.com>; 'Jtanner@fwlaw.com' <Jtanner@fwlaw.com>; 'cjoyce@fwlaw.com' <cjoyce@fwlaw.com>; 'Brody, Michael' <MBrody@winston.com>; Benjamin, Brittany <BBenjamin@cov.com>; Kamin, Mitchell A <MKamin@cov.com>; Dennis, Sara J <SDennis@cov.com>; 'Rosenthal, John' <JRosenthal@winston.com>
**Cc:** Charter-Copyright-QE <charter-copyright-qe@quinnemanuel.com>
**Subject:** RE: Warner Records Inc. v. Charter Communications, Inc., No. 19-cv-00874 (D. Colo.): Charter's 30(b)(6) Designees

**[EXTERNAL EMAIL]**

---

Krishna,

We are still prepared to serve supplemental responses for the Music Publisher Plaintiffs at noon PT.

Thanks,

Hardy

---

**From:** Krishna Shah <krishnashah@quinnemanuel.com>
**Sent:** Monday, March 8, 2021 9:35 AM
**To:** Ehlers, J. Hardy <JEhlers@cov.com>; Gracie Chang <graciechang@quinnemanuel.com>; Jessica Rose <jessicarose@quinnemanuel.com>; Alex Kaplan <alex@oandzlaw.com>; Hill, Phil <PAHill@cov.com>; Jeff Gould <Jeff@oandzlaw.com>; Matt Oppenheim <Matt@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Andrew Guerra <Andrew@oandzlaw.com>; Kellyn Goler <Kellyn@oandzlaw.com>; Jia Ryu <Jia@oandzlaw.com>; Corey Miller <Corey@oandzlaw.com>; 'Janette Ferguson' <jferguson@lewisbess.com>; Sperling, Jonathan <jsperling@cov.com>; Fields,

Michael <MFields@cov.com>; Picker, Joshua B <jpicker@cov.com>; 'bleoni@lewisbess.com' <bleoni@lewisbess.com>; 'Ranahan, Erin' <ERanahan@winston.com>; 'Golinveaux, Jennifer' <JGolinveaux@winston.com>; 'Elkin, Michael' <MElkin@winston.com>; Anderson, Sean R. <sranderson@winston.com>; 'Alvarez, Cesie' <CAlvarez@winston.com>; 'Skopec, Allison' <ASkopec@winston.com>; 'Jtanner@fwlaw.com' <Jtanner@fwlaw.com>; 'cjoyce@fwlaw.com' <cjoyce@fwlaw.com>; 'Brody, Michael' <MBrody@winston.com>; Benjamin, Brittany <BBenjamin@cov.com>; Kamin, Mitchell A <MKamin@cov.com>; Dennis, Sara J <SDennis@cov.com>; 'Rosenthal, John' <JRosenthal@winston.com>
**Cc:** Charter-Copyright-QE <charter-copyright-qe@quinnemanuel.com>
**Subject:** Re: Warner Records Inc. v. Charter Communications, Inc., No. 19-cv-00874 (D. Colo.): Charter's 30(b)(6) Designees

**[EXTERNAL]**
Hardy,

Please confirm that you are still prepared to simultaneously serve supplemental responses today at 12 pm PT.

Thanks,
Krishna

---

**From:** Ehlers, J. Hardy <JEhlers@cov.com>
**Sent:** Friday, March 5, 2021 4:23 PM
**To:** Krishna Shah; Gracie Chang; Jessica Rose; Alex Kaplan; Hill, Phil; Jeff Gould; Matt Oppenheim; Scott Zebrak; Andrew Guerra; Kellyn Goler; Jia Ryu; Corey Miller; 'Janette Ferguson'; Sperling, Jonathan; Fields, Michael; Picker, Joshua B; 'bleoni@lewisbess.com'; 'Ranahan, Erin'; 'Golinveaux, Jennifer'; 'Elkin, Michael'; Anderson, Sean R.; 'Alvarez, Cesie'; 'Skopec, Allison'; 'Jtanner@fwlaw.com'; 'cjoyce@fwlaw.com'; 'Brody, Michael'; Benjamin, Brittany; Kamin, Mitchell A; Dennis, Sara J; 'Rosenthal, John'
**Cc:** Charter-Copyright-QE
**Subject:** RE: Warner Records Inc. v. Charter Communications, Inc., No. 19-cv-00874 (D. Colo.): Charter's 30(b)(6) Designees

**[EXTERNAL EMAIL]**

Krishna,

We agree to serve supplemental responses for the Music Publisher Plaintiffs at noon PT on the 8th, simultaneous with Charter's service of its supplemental responses to Plaintiffs' 30(b)(6) Notice.

Thanks,

Hardy

---

**From:** Krishna Shah <krishnashah@quinnemanuel.com>
**Sent:** Friday, March 5, 2021 3:40 PM
**To:** Ehlers, J. Hardy <JEhlers@cov.com>; Gracie Chang <graciechang@quinnemanuel.com>; Jessica Rose <jessicarose@quinnemanuel.com>; Alex Kaplan <alex@oandzlaw.com>; Hill, Phil <PAHill@cov.com>; Jeff Gould <Jeff@oandzlaw.com>; Matt Oppenheim <Matt@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Andrew Guerra <Andrew@oandzlaw.com>; Kellyn Goler <Kellyn@oandzlaw.com>; Jia Ryu <Jia@oandzlaw.com>; Corey Miller <Corey@oandzlaw.com>; 'Janette Ferguson' <jferguson@lewisbess.com>; Sperling, Jonathan <jsperling@cov.com>; Fields, Michael <MFields@cov.com>; Picker, Joshua B <jpicker@cov.com>; 'bleoni@lewisbess.com' <bleoni@lewisbess.com>; 'Ranahan, Erin' <ERanahan@winston.com>; 'Golinveaux, Jennifer' <JGolinveaux@winston.com>; 'Elkin, Michael' <MElkin@winston.com>; Anderson, Sean R. <sranderson@winston.com>; 'Alvarez, Cesie' <CAlvarez@winston.com>; 'Skopec, Allison' <ASkopec@winston.com>; 'Jtanner@fwlaw.com' <Jtanner@fwlaw.com>; 'cjoyce@fwlaw.com' <cjoyce@fwlaw.com>; 'Brody, Michael' <MBrody@winston.com>; Benjamin, Brittany <BBenjamin@cov.com>; Kamin, Mitchell A <MKamin@cov.com>; Dennis, Sara J <SDennis@cov.com>; 'Rosenthal, John' <JRosenthal@winston.com>

**Cc:** Charter-Copyright-QE <charter-copyright-qe@quinnemanuel.com>
**Subject:** RE: Warner Records Inc. v. Charter Communications, Inc., No. 19-cv-00874 (D. Colo.): Charter's 30(b)(6) Designees

**[EXTERNAL]**

Hi Hardy,

We propose a simultaneous exchange of the supplemental responses at 6 pm PT tonight. In the event you are not prepared to serve supplemental responses to Charter's Notices to the Music Publisher Plaintiffs at that time, we propose instead a simultaneous exchange at 12 pm PT on Monday the 8th. Please confirm.

Thanks,
Krishna

---

**From:** Ehlers, J. Hardy [mailto:JEhlers@cov.com]
**Sent:** Tuesday, March 2, 2021 6:11 PM
**To:** Gracie Chang <graciechang@quinnemanuel.com>; Jessica Rose <jessicarose@quinnemanuel.com>; Alex Kaplan <alex@oandzlaw.com>; Hill, Phil <PAHill@cov.com>; Jeff Gould <Jeff@oandzlaw.com>; Matt Oppenheim <Matt@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Andrew Guerra <Andrew@oandzlaw.com>; Kellyn Goler <Kellyn@oandzlaw.com>; Jia Ryu <Jia@oandzlaw.com>; Corey Miller <Corey@oandzlaw.com>; 'Janette Ferguson' <jferguson@lewisbess.com>; Sperling, Jonathan <jsperling@cov.com>; Fields, Michael <MFields@cov.com>; Picker, Joshua B <jpicker@cov.com>; 'bleoni@lewisbess.com' <bleoni@lewisbess.com>; 'Ranahan, Erin' <ERanahan@winston.com>; 'Golinveaux, Jennifer' <JGolinveaux@winston.com>; 'Elkin, Michael' <MElkin@winston.com>; Anderson, Sean R. <sranderson@winston.com>; 'Alvarez, Cesie' <CAlvarez@winston.com>; 'Skopec, Allison' <ASkopec@winston.com>; 'Jtanner@fwlaw.com' <Jtanner@fwlaw.com>; 'cjoyce@fwlaw.com' <cjoyce@fwlaw.com>; 'Brody, Michael' <MBrody@winston.com>; Benjamin, Brittany <BBenjamin@cov.com>; Kamin, Mitchell A <MKamin@cov.com>; Dennis, Sara J <SDennis@cov.com>; 'Rosenthal, John' <JRosenthal@winston.com>
**Cc:** Charter-Copyright-QE <charter-copyright-qe@quinnemanuel.com>
**Subject:** RE: Warner Records Inc. v. Charter Communications, Inc., No. 19-cv-00874 (D. Colo.): Charter's 30(b)(6) Designees

**[EXTERNAL EMAIL]**

---

Gracie,

We confirm we'll serve supplemental responses to Charter's 30(b)(6) Notices on the Music Publishing and Record Label Plaintiffs to reflect the agreements reached by the parties and the Special Master's rulings (if any). Please provide Charter's supplemental responses by the end of this week.

Thanks,

Hardy

---

**From:** Gracie Chang <graciechang@quinnemanuel.com>
**Sent:** Monday, March 1, 2021 5:12 PM
**To:** Ehlers, J. Hardy <JEhlers@cov.com>; Jessica Rose <jessicarose@quinnemanuel.com>; Alex Kaplan <alex@oandzlaw.com>; Hill, Phil <PAHill@cov.com>; Jeff Gould <Jeff@oandzlaw.com>; Matt Oppenheim <Matt@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Andrew Guerra <Andrew@oandzlaw.com>; Kellyn Goler <Kellyn@oandzlaw.com>; Jia Ryu <Jia@oandzlaw.com>; Corey Miller <Corey@oandzlaw.com>; 'Janette Ferguson' <jferguson@lewisbess.com>; Sperling, Jonathan <jsperling@cov.com>; Fields, Michael <MFields@cov.com>; Picker, Joshua B <jpicker@cov.com>; 'bleoni@lewisbess.com' <bleoni@lewisbess.com>; 'Ranahan, Erin' <ERanahan@winston.com>; 'Golinveaux, Jennifer' <JGolinveaux@winston.com>; 'Elkin, Michael' <MElkin@winston.com>; Anderson, Sean R. <sranderson@winston.com>; 'Alvarez, Cesie' <CAlvarez@winston.com>; 'Skopec, Allison' <ASkopec@winston.com>; 'Jtanner@fwlaw.com' <Jtanner@fwlaw.com>; 'cjoyce@fwlaw.com' <cjoyce@fwlaw.com>; 'Brody, Michael' <MBrody@winston.com>; Benjamin, Brittany <BBenjamin@cov.com>; Kamin, Mitchell A <MKamin@cov.com>; Dennis, Sara J <SDennis@cov.com>; 'Rosenthal, John'

<JRosenthal@winston.com>
**Cc:** Charter-Copyright-QE <charter-copyright-qe@quinnemanuel.com>
**Subject:** RE: Warner Records Inc. v. Charter Communications, Inc., No. 19-cv-00874 (D. Colo.): Charter's 30(b)(6) Designees

**[EXTERNAL]**
Dear Hardy,

We are investigating the issue you outline with respect to Mr. Leonard and will follow up shortly.

As for your request that Charter serve supplemental responses to the 30(b)(6) deposition notice, we have indicated a willingness to do this if both sides will commit to doing the same work, but have asked several times now if Plaintiffs will reciprocate and have not gotten any confirmation from you.  It makes little sense to impose this type of request on us if Plaintiffs are not willing to do the same.  If you confirm in writing that you will serve supplemental responses for the 30(b)(6) deposition notices on the Music Publishing Plaintiff Groups, and will serve supplemental responses for the 30(b)(6) deposition notices on the Record Label Plaintiffs once that meet and confer (or Court resolution) process is complete, then we will confirm the same.  If you are not willing to provide this confirmation, we will consider your request to Charter withdrawn.

Thank you,
Gracie


**Gracie Chang**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6316 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
graciechang@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Ehlers, J. Hardy [mailto:JEhlers@cov.com]
**Sent:** Sunday, February 28, 2021 6:50 PM
**To:** Jessica Rose <jessicarose@quinnemanuel.com>; Alex Kaplan <alex@oandzlaw.com>; Hill, Phil <PAHill@cov.com>; Jeff Gould <Jeff@oandzlaw.com>; Matt Oppenheim <Matt@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Andrew Guerra <Andrew@oandzlaw.com>; Kellyn Goler <Kellyn@oandzlaw.com>; Jia Ryu <Jia@oandzlaw.com>; Corey Miller <Corey@oandzlaw.com>; 'Janette Ferguson' <jferguson@lewisbess.com>; Sperling, Jonathan <jsperling@cov.com>; Fields, Michael <MFields@cov.com>; Picker, Joshua B <jpicker@cov.com>; 'bleoni@lewisbess.com' <bleoni@lewisbess.com>; 'Ranahan, Erin' <ERanahan@winston.com>; 'Golinveaux, Jennifer' <JGolinveaux@winston.com>; 'Elkin, Michael' <MElkin@winston.com>; Anderson, Sean R. <sranderson@winston.com>; 'Alvarez, Cesie' <CAlvarez@winston.com>; 'Skopec, Allison' <ASkopec@winston.com>; 'Jtanner@fwlaw.com' <Jtanner@fwlaw.com>; 'cjoyce@fwlaw.com' <cjoyce@fwlaw.com>; 'Brody, Michael' <MBrody@winston.com>; Benjamin, Brittany <BBenjamin@cov.com>; Kamin, Mitchell A <MKamin@cov.com>; Dennis, Sara J <SDennis@cov.com>; 'Rosenthal, John' <JRosenthal@winston.com>
**Cc:** Charter-Copyright-QE <charter-copyright-qe@quinnemanuel.com>
**Subject:** RE: Warner Records Inc. v. Charter Communications, Inc., No. 19-cv-00874 (D. Colo.): Charter's 30(b)(6) Designees

**[EXTERNAL EMAIL]**

Counsel:

Please confirm Charter will search Mr. Leonard's custodial files for documents responsive to RFPs 41-42, including by running the agreed-upon search terms and reviewing the hits.  RFPs 41 and 42 seek documents directly related to the Topics for which Charter designated Mr. Leonard; Charter has produced no documents responsive to RFPs 41-42 thus far; and Charter agreed in

our February 18 conferral to investigate additional custodians for RFPs 41-42.  Please let us know by Tuesday whether Charter will agree to do so.

We also ask again that Charter serve a set of supplemental responses to Plaintiffs' 30(b)(6) Notice to reflect the agreements reached by the parties and the Special Master's rulings.  By our count, Charter's original responses are no longer operative for at least 58 of the 81 Topics in Plaintiffs' Notice.  For these, the operative responses are contained across seven emails and two hearing transcripts.  It will not do for the parties to cross-reference 10 documents during these depositions to confirm the scope of Plaintiffs' Topics.  Please let us know by Tuesday whether Charter will agree to do so.

Thanks,

Hardy

**From:** Jessica Rose <jessicarose@quinnemanuel.com>
**Sent:** Friday, February 26, 2021 4:46 PM
**To:** Alex Kaplan <alex@oandzlaw.com>; Ehlers, J. Hardy <JEhlers@cov.com>; Hill, Phil <PAHill@cov.com>; Jeff Gould <Jeff@oandzlaw.com>; Matt Oppenheim <Matt@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Andrew Guerra <Andrew@oandzlaw.com>; Kellyn Goler <Kellyn@oandzlaw.com>; Jia Ryu <Jia@oandzlaw.com>; Corey Miller <Corey@oandzlaw.com>; 'Janette Ferguson' <jferguson@lewisbess.com>; Sperling, Jonathan <jsperling@cov.com>; Fields, Michael <MFields@cov.com>; Picker, Joshua B <jpicker@cov.com>; 'bleoni@lewisbess.com' <bleoni@lewisbess.com>; 'Ranahan, Erin' <ERanahan@winston.com>; 'Golinveaux, Jennifer' <JGolinveaux@winston.com>; 'Elkin, Michael' <MElkin@winston.com>; Anderson, Sean R. <sranderson@winston.com>; 'Alvarez, Cesie' <CAlvarez@winston.com>; 'Skopec, Allison' <ASkopec@winston.com>; 'Jtanner@fwlaw.com' <Jtanner@fwlaw.com>; 'cjoyce@fwlaw.com' <cjoyce@fwlaw.com>; 'Brody, Michael' <MBrody@winston.com>; Benjamin, Brittany <BBenjamin@cov.com>; Kamin, Mitchell A <MKamin@cov.com>; Dennis, Sara J <SDennis@cov.com>; 'Rosenthal, John' <JRosenthal@winston.com>
**Cc:** Charter-Copyright-QE <charter-copyright-qe@quinnemanuel.com>
**Subject:** Warner Records Inc. v. Charter Communications, Inc., No. 19-cv-00874 (D. Colo.): Charter's 30(b)(6) Designees

**[EXTERNAL]**
Counsel:

Charter hereby designates the following individuals to testify to the Topics listed in Plaintiffs' 30(b)(6) deposition notice to Charter, subject to Charter's objections and relevant orders by the Special Master:

- Michael Hanrahan will testify to Topics 1, 9, 11-13, 45

- Mary Haynes will testify to Topics 4-5, 6-8, 10, 14-18, 20-25, 26-29, 32, 34-40, 44, 46-49, 51-52, 67, 70-71, 74-75, 82

- Joe Leonard will testify to Topics 3, 62-65, 78

- Danyel Schoenemann will testify to Topics 2, 41-43, 53-58, 61, 66

To the extent testimony is necessary on Topic 72, this Topic will be covered as part of the 30(b)(6) deposition of Charter pertaining to email data loss.

Best regards,
Jess

**Jessica Rose**
*Of Counsel*
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7254 Direct

212-849-7000 Main Office Number
212-849-7100 FAX
jessicarose@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.