# Exhibit 4

1

```
1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLORADO
2
   Case No. 19-cv-00874-RBJ-MEH
3  _____

4  WARNER BROS. RECORDS, INC., et al.,

5       Plaintiffs,
   vs.
6

7  CHARTER COMMUNICATIONS, INC.

8       Defendant.
   _____
9

10         Proceedings before MICHAEL E. HEGARTY, United

11 States Magistrate Judge, United States District Court for the

12 District of Colorado, commencing at 3:03 p.m., February 19,

13 2020, in the United States Courthouse, Denver, Colorado.

14 _____

15         WHEREUPON, THE ELECTRONICALLY RECORDED PROCEEDINGS

16 ARE HEREIN TYPOGRAPHICALLY TRANSCRIBED. . .

17 _____

18                         APPEARANCES

19         NEEMA SAHNI, JONATHAN SPERLING and MATT OPPENHEIM,

20 Attorneys at Law, appearing for the Plaintiffs.

21         ERIN RANAHAN, SEAN ANDERSON, CRAIG JOYCE and

22 JENNIFER GOLINVEAUX (via phone), Attorneys at Law, appearing

23 for the Defendant.

24 _____

25                     DISCOVERY CONFERENCE
```

53

1    intentional without discovery on every single one because --

2            MS. RANAHAN:  Well, we're going to take discovery

3    of their plaintiff representatives and this will be a

4    30(b)(6) topic, so --

5            THE COURT:  No, I know, but again, you would have

6    to go through every single one of those to see if the

7    omission was intentional.

8            MS. RANAHAN:  Correct, but that is -- Your Honor,

9    as you stated earlier, just because you're bringing this the

10   way that you are doesn't mean that each isn't supposed to be

11   correct.  We want to get to the truth here.

12           So the fact that, yes, we have to go through it,

13   the fact that they brought 65 plaintiffs and 11,000 works

14   doesn't take away.

15           THE COURT:  I'm not saying I would allow that, but

16   if I did, are you willing to pay for the expense on both

17   sides of that discovery?

18           MS. RANAHAN:  Of the work-for-hire agreements?

19           THE COURT:  Yes.

20           MS. RANAHAN:  Your Honor, they're already producing

21   all of the chain of title, they just got a tentative verdict

22   of a billion dollars, they're seeking a billion from us and

23   we have to pay for them to add --

24           THE COURT:  No, no, I'm asking.  I'm not telling

25   you you have to.  I'm asking, if that were the precondition,

54

1  would you accept it?

2           MS. RANAHAN:  Well, I would have to find out how

3  much that costs.  I can't understand how just getting the

4  work-for-hire agreements is all that burdensome given that

5  they're already --

6           THE COURT:  But that's not going to be enough for

7  you, even getting all the work-for-hire agreements because

8  that still doesn't tell you whether the omission was

9  intentional or not.

10          MS. RANAHAN:  Well, we're going to take 30(b)(6)

11 representative depositions where we will ask, so, yes, we

12 will have that opportunity in depositions.

13          THE COURT:  Not for every single one.

14          MS. RANAHAN:  Yes, for every single one.  We go

15 through -- any that we have an issue with, we will ask their

16 30(b)(6) representative about --

17          THE COURT:  Well, I don't think anybody could

18 possibly be educated on every single one of several thousand

19 without spending --

20          MS. RANAHAN:  Well, they have to be because that's

21 what their 30(b)(6) obligation is.

22          THE COURT:  Well, if I allow it.

23          MS. RANAHAN:  Well, I mean, we're going to put the

24 topic in there and we want to investigate -- we want to

25 investigate --

55

1          THE COURT:  But they'll object to the topic and
2   I'll be deciding it.
3          MS. RANAHAN:  If it's not -- it's not just -- it
4   doesn't have to be intentional.  That's one way to invalidate
5   it.  I'm telling you that's one avenue.  There is also just a
6   material misrepresentation that can be reckless, that's also
7   another ground, but --
8          THE COURT:  No.  I get the gravamen of the issue.
9   Do you both of you agree that the critical analysis will be
10  whether this Court, ultimately Judge Jackson, agrees with
11  either of you as to the import of a registration in which
12  there was no -- all of the box work-for-hire was checked,
13  there was no, in fact, work-for-hire agreement, don't you
14  agree that that's an important legal decision that should be
15  made?
16         MR. SPERLING:  It's an important legal issue, Your
17  Honor, it bears on relevance.  You know, Ms. Ranahan just
18  said to you, well, if it was intentional, then that would
19  invalidate the registration, but that too again, Your Honor,
20  is not the law.  I'll read to you, quote:  Neither innocent
21  misstatements nor deliberate, but nonmaterial misstatements,
22  will overcome the presumption of validity.
23         And so since they're not disputing the ownership
24  and there is nothing about what was produced that calls into
25  question the ownership, the error, even if intentional in

1  that hypothetical world, still wouldn't invalidate the
2  registration.
3       The case is 720 F.Supp.2d 904 at 914 and it is
4  quoted in the Cox decision, which obviously was endorsing
5  that view, and that's 2019 Westlaw 6357963 at star, if I
6  can -- at star 7, Your Honor.
7       THE COURT:  Okay, okay.
8       MS. RANAHAN:  Your Honor, there is -- we have law
9  on page 8 of out statement which goes through the work for
10 hire and why people have found it relevant in other
11 circumstances.
12      What actually counsel isn't mentioning is that to
13 invalidate a registration, it's actually something that we
14 could ask the copyright office to weigh in and give an
15 interim decision, that happens frequently in these cases
16 where there is an issue about whether the registration itself
17 should be invalidated.  We could --
18      THE COURT:  Are you saying, in essence, certifying
19 a question of law to --
20      MS. RANAHAN:  It's a -- it's a thing that happens
21 in copyright cases when the registration validity is at
22 stake, they will take -- they basically take the question and
23 will issue an interim opinion.
24      THE COURT:  Why haven't you done that already?
25      MS. RANAHAN:  Well, we don't have -- I mean, we

154

```
 1                    TRANSCRIBER'S CERTIFICATION
 2    I certify that the foregoing is a correct transcript to the
 3    best of my ability to hear and understand the audio recording
 4    and based on the quality of the audio recording from the
 5    above-entitled matter.
 6
 7    /s/ Dyann Labo                         February 22, 2020
 8    Signature of Transcriber               Date
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```