IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No:     19-cv-874-MEH                          Date:   April 1, 2021
Courtroom Deputy:   Christopher Thompson           FTR:   Courtroom A 501*

_Parties:_                                                _Counsel:_

WARNER RECORDS INC., et al.,                     Alex Kaplan & Co-counsel

     Plaintiff,

v.

CHARTER COMMUNICATIONS,                     Andrew Schapiro & Co-counsel

     Defendant.

---

**COURTROOM MINUTES**
**ORAL ARGUMENT HEARING**

---

**Court in session:**     **3:12 p.m.**

Court calls case.  Appearances of counsel by video-teleconference.

This matter is before the Court regarding [ECF 421] _Objections to Special Master's March 16, 2021 Order_ field by the Defendant on March 29, 2021.

For the reasons set forth on the record, it is **ORDERED** the _Objections_ are **OVERRULED** and the rulings made by the Special Master are **AFFIRMED**.

**Court in recess:**     **4:42 p.m.**     Hearing concluded.
Total in-court time:     01:30

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.