# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| WARNER RECORDS INC. (f/k/a/ Warner Bros. Records, Inc.), *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>    Defendant. | Case No. 1:19-cv-00874-RBJ-MEH |

## DECLARATION OF ANDREW SCHAPIRO

I, Andrew Schapiro, hereby declare:

1. I am a partner in the Chicago and New York offices of Quinn Emanuel Urquhart & Sullivan LLP, and counsel for Defendant Charter Communications, Inc. ("Charter") in this case. I submit this declaration in support of Charter's Opposition to Plaintiffs' Objection to Special Master's March 26, 2021 Order . I make this declaration of my own personal knowledge and, if called to testify, I could and would competently testify hereto under oath.

2. Attached hereto as **Exhibit A** is a true and correct copy of an email chain between counsel for Plaintiffs and counsel for Charter, dated February 5, 2021.

3. Attached hereto as **Exhibit B** is a true and correct copy of an email chain between counsel for Plaintiffs and counsel for Charter, dated March 19, 2021.

4. Attached hereto as **Exhibit C** is a true and correct copy of an email from counsel for Charter to the Special Master, dated March 23, 2021.

5. Attached hereto as **Exhibit D** is a true and correct copy of an email chain between counsel for Plaintiffs and counsel for Charter, dated March 24, 2021.

6. Attached hereto as **Exhibit E** is a true and correct copy of an email chain between counsel for Plaintiffs and counsel for Charter, dated April 1, 2021.

7. Attached hereto as **Exhibit F** is a true and correct copy of an email chain between counsel for Plaintiffs and counsel for Charter, dated March 29, 2021.

8. Attached hereto as **Exhibit G** is a true and correct copy of an email chain between counsel for Plaintiffs and counsel for Charter, dated March 30, 2021.

9. Attached hereto as **Exhibit H** is a true and correct copy of an email chain between counsel for Plaintiffs and counsel for Charter, dated March 24, 2021.

10. Attached hereto as **Exhibit I** is a true and correct copy of an email chain between counsel for Plaintiffs and counsel for Charter, dated February 2, 2021.

Executed on April 5, 2021.

Andrew Schapiro