# Exhibit A

| | |
|---|---|
| From: | Dennis, Sara J <SDennis@cov.com> |
| Sent: | Friday, February 5, 2021 10:17 PM |
| To: | 'Ranahan, Erin'; 'Golinveaux, Jennifer'; 'Elkin, Michael'; 'Kearney, Thomas'; 'Padmanabhan, Krishnan'; 'Spitzer, Seth'; 'Anderson, Sean R.'; 'Alvarez, Cesie'; 'Skopec, Allison'; Andrew Schapiro; David Eiseman; Jessica Rose; Linda Brewer; Allison Huebert; Todd Anten; Michelle A. Clark; Nathan Hamstra; Ella Hallwass; Rosenthal, John; Moore, Jason; Charter-Copyright-QE |
| Cc: | Kamin, Mitchell A; Sperling, Jonathan; Sahni, Neema T; Grigsby, Stacey; Hill, Phil; Ehlers, J. Hardy; Fields, Michael; Picker, Joshua B; Linderot, Anders; Matt Oppenheim (Matt@oandzlaw.com); Jeff Gould (Jeff@oandzlaw.com); Scott Zebrak; Alex Kaplan; Andrew (Andrew@oandzlaw.com); Kellyn Goler; Jia Ryu; 'Corey Miller' |
| Subject: | Warner Records Inc. et al. v. Charter Communications, Inc., No. 19-cv-00874-RBJ (D. Colo.) |
| Attachments: | Sony Label Pls. Objs. and Resps. to Charter 30(b)(6) Dep. Notice.pdf; Universal Label Pls. Objs. and Resps. to Charter 30(b)(6) Dep. Notice.pdf; Warner Label Pls. Objs. and Resps. to Charter 30(b)(6) Dep. Notice.pdf |

**[EXTERNAL EMAIL]**

Counsel,

Please see the attached.

Best,

**Sara Dennis**
Pronouns: She/Her/Hers

Covington & Burling LLP
The New York Times Building, 620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1272 | sdennis@cov.com
www.cov.com

**COVINGTON**

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.