# Exhibit B

| | |
|---|---|
| **From:** | Alex Kaplan <alex@oandzlaw.com> |
| **Sent:** | Friday, March 19, 2021 4:21 PM |
| **To:** | Katy Akopjan; Gracie Chang; Dennis, Sara J; 'Ranahan, Erin'; 'Golinveaux, Jennifer'; 'Elkin, Michael'; 'Kearney, Thomas'; 'Padmanabhan, Krishnan'; 'Spitzer, Seth'; Anderson, Sean R.; 'Alvarez, Cesie'; 'Skopec, Allison'; Andrew Schapiro; David Eiseman; Jessica Rose; Linda Brewer; Allison Huebert; Todd Anten; Michelle A. Clark; Nathan Hamstra; Ella Hallwass; Rosenthal, John; Moore, Jason; Charter-Copyright-QE |
| **Cc:** | mkamin@cov.com; Sperling, Jonathan; Sahni, Neema T; Grigsby, Stacey; Ehlers, J. Hardy; Fields, Michael; Picker, Joshua B; Linderot, Anders; Hill, Phil; Matt Oppenheim; Jeff Gould; Scott Zebrak; Andrew Guerra; Kellyn Goler; Corey Miller |
| **Subject:** | Re: Warner Records Inc. et al. v. Charter Communications, Inc., No. 19-cv-00874-RBJ (D. Colo.)- Label Plaintiff Witnesses |

**[EXTERNAL EMAIL]**

Counsel:  Plaintiffs identify the following individuals for the 30b6 notices addressed to the record label plaintiffs.  We will get you the specific topics for each witness next week.

Universal Music Group plaintiffs:  Alasdair McMullan, David Benjamin and Jason Gallien.
Warner Music Group plaintiffs:  Jon Glass, Christopher Bell, Tracie Parry and Matthew Flott.
Sony Music Entertainment plaintiffs:  Wade Leak, Don Jang.


Alex Kaplan
**Oppenheim + Zebrak, LLP**
Alex@oandzlaw.com|www.oandzlaw.com

1