# Exhibit D

| | |
|---|---|
| **From:** | Alex Kaplan <alex@oandzlaw.com> |
| **Sent:** | Wednesday, March 24, 2021 5:26 PM |
| **To:** | Katy Akopjan; Gracie Chang; Dennis, Sara J; 'Ranahan, Erin'; 'Golinveaux, Jennifer'; 'Elkin, Michael'; 'Kearney, Thomas'; 'Padmanabhan, Krishnan'; 'Spitzer, Seth'; Anderson, Sean R.; 'Alvarez, Cesie'; 'Skopec, Allison'; Andrew Schapiro; David Eiseman; Jessica Rose; Linda Brewer; Allison Huebert; Todd Anten; Michelle A. Clark; Nathan Hamstra; Ella Hallwass; Rosenthal, John; Moore, Jason; Charter-Copyright-QE |
| **Cc:** | mkamin@cov.com; Sperling, Jonathan; Sahni, Neema T; Grigsby, Stacey; Ehlers, J. Hardy; Fields, Michael; Picker, Joshua B; Linderot, Anders; Hill, Phil; Matt Oppenheim; Jeff Gould; Scott Zebrak; Andrew Guerra; Kellyn Goler; Corey Miller |
| **Subject:** | Re: Warner Records Inc. et al. v. Charter Communications, Inc., No. 19-cv-00874-RBJ (D. Colo.)- Label Plaintiff Witnesses |

**[EXTERNAL EMAIL]**

Counsel:

Below are the topic designations for the record label plaintiff 30b6 witnesses. We reserve the right to make changes to the witnesses designated for each topic, including based on any further rulings by the Court

Universal Music Plaintiffs:
Alasdair McMullan:  1-10, 12, 13, 16, 17, 19, 20, 26, 29, 32-40, 42, 44-56, 58, 60-62, 65-67, 71, 72, 75.
Jason Gallien:  27, 28, 30, 31.
David Benjamin:  41, 57, 59, 63, 64, 68-70, 73, 74, 76-81.

Sony Music Plaintiffs:
Wade Leak:  1-10, 12, 13, 16, 17, 19, 20, 23, 24, 26, 29, 31-34, 37-40, 42, 44-47, 49-52, 55, 57-62, 65-67, 71-73, 75, 78.
Dong Jang:  35, 36, 41, 48, 53, 54, 56, 63, 64, 68-70, 74, 76, 77, 79-81.
Neil Carfora:  27, 28, 30.

Warner Music Plaintiffs:
Tracie Parry:  1, 2, 6-10, 12, 13, 19, 32, 42.
Jon Glass:  17, 20, 26, 33, 79.
Christopher Bell:  3-5, 16, 40, 44-74, 76-78, 80-81.
Matthew Flott:  23, 24, 27-31, 34-39, 41, 75.


Alex Kaplan
**Oppenheim + Zebrak, LLP**
Mobile: 347.645.5443
Alex@oandzlaw.com | www.oandzlaw.com

1

**From:** Katy Akopjan <katyakopjan@quinnemanuel.com>
**Date:** Monday, March 22, 2021 at 4:16 PM
**To:** Alex Kaplan <alex@oandzlaw.com>, Gracie Chang <graciechang@quinnemanuel.com>, Dennis, Sara J <sdennis@cov.com>, 'Ranahan, Erin' <ERanahan@winston.com>, 'Golinveaux, Jennifer' <JGolinveaux@winston.com>, 'Elkin, Michael' <MElkin@winston.com>, 'Kearney, Thomas' <TKearney@winston.com>, 'Padmanabhan, Krishnan' <KPadmanabhan@winston.com>, 'Spitzer, Seth' <SSpitzer@winston.com>, Anderson, Sean R. <sranderson@winston.com>, 'Alvarez, Cesie' <CAlvarez@winston.com>, 'Skopec, Allison' <ASkopec@winston.com>, Andrew Schapiro <andrewschapiro@quinnemanuel.com>, David Eiseman <davideiseman@quinnemanuel.com>, Jessica Rose <jessicarose@quinnemanuel.com>, Linda Brewer <lindabrewer@quinnemanuel.com>, Allison Huebert <allisonhuebert@quinnemanuel.com>, Todd Anten <toddanten@quinnemanuel.com>, Michelle A. Clark <michelleclark@quinnemanuel.com>, Nathan Hamstra <nathanhamstra@quinnemanuel.com>, Ella Hallwass <ellahallwass@quinnemanuel.com>, Rosenthal, John <JRosenthal@winston.com>, Moore, Jason <JMoore@winston.com>, Charter-Copyright-QE <charter-copyright-qe@quinnemanuel.com>
**Cc:** mkamin@cov.com <mkamin@cov.com>, Sperling, Jonathan <jsperling@cov.com>, Sahni, Neema T <nsahni@cov.com>, Grigsby, Stacey <sgrigsby@cov.com>, Ehlers, J. Hardy <jehlers@cov.com>, Fields, Michael <mfields@cov.com>, Picker, Joshua B <jpicker@cov.com>, Linderot, Anders <alinderot@cov.com>, Hill, Phil <pahill@cov.com>, Matt Oppenheim <Matt@oandzlaw.com>, Jeff Gould <Jeff@oandzlaw.com>, Scott Zebrak <Scott@oandzlaw.com>, Andrew Guerra <Andrew@oandzlaw.com>, Kellyn Goler <Kellyn@oandzlaw.com>, Corey Miller <Corey@oandzlaw.com>
**Subject:** RE: Warner Records Inc. et al. v. Charter Communications, Inc., No. 19-cv-00874-RBJ (D. Colo.)- Label Plaintiff Witnesses

Counsel,

Please provide us with the identification of the topic designations by COB today for at least some of the witnesses with the remainder provided by COB tomorrow. You have provided no explanation for why it was not possible to have done so on Friday. We remind you that these notices were first served at the end of December 2020, so it has been nearly three months.

Best,
Katy

**Katy Akopjan**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7598 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
katyakopjan@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Alex Kaplan [mailto:alex@oandzlaw.com]
**Sent:** Monday, March 22, 2021 11:33 AM

2

**To:** Katy Akopjan <katyakopjan@quinnemanuel.com>; Gracie Chang <graciechang@quinnemanuel.com>; Dennis, Sara J <sdennis@cov.com>; 'Ranahan, Erin' <ERanahan@winston.com>; 'Golinveaux, Jennifer' <JGolinveaux@winston.com>; 'Elkin, Michael' <MElkin@winston.com>; 'Kearney, Thomas' <TKearney@winston.com>; 'Padmanabhan, Krishnan' <KPadmanabhan@winston.com>; 'Spitzer, Seth' <SSpitzer@winston.com>; Anderson, Sean R. <sranderson@winston.com>; 'Alvarez, Cesie' <CAlvarez@winston.com>; 'Skopec, Allison' <ASkopec@winston.com>; Andrew Schapiro <andrewschapiro@quinnemanuel.com>; David Eiseman <davideiseman@quinnemanuel.com>; Jessica Rose <jessicarose@quinnemanuel.com>; Linda Brewer <lindabrewer@quinnemanuel.com>; Allison Huebert <allisonhuebert@quinnemanuel.com>; Todd Anten <toddanten@quinnemanuel.com>; Michelle A. Clark <michelleclark@quinnemanuel.com>; Nathan Hamstra <nathanhamstra@quinnemanuel.com>; Ella Hallwass <ellahallwass@quinnemanuel.com>; Rosenthal, John <JRosenthal@winston.com>; Moore, Jason <JMoore@winston.com>; Charter-Copyright-QE <charter-copyright-qe@quinnemanuel.com>
**Cc:** mkamin@cov.com; Sperling, Jonathan <jsperling@cov.com>; Sahni, Neema T <nsahni@cov.com>; Grigsby, Stacey <sgrigsby@cov.com>; Ehlers, J. Hardy <jehlers@cov.com>; Fields, Michael <mfields@cov.com>; Picker, Joshua B <jpicker@cov.com>; Linderot, Anders <alinderot@cov.com>; Hill, Phil <pahill@cov.com>; Matt Oppenheim <Matt@oandzlaw.com>; Jeff Gould <Jeff@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Andrew Guerra <Andrew@oandzlaw.com>; Kellyn Goler <Kellyn@oandzlaw.com>; Corey Miller <Corey@oandzlaw.com>
**Subject:** Re: Warner Records Inc. et al. v. Charter Communications, Inc., No. 19-cv-00874-RBJ (D. Colo.)- Label Plaintiff Witnesses

**[EXTERNAL EMAIL]**

Counsel:

We were not ordered by the Special Master to provide the specific topics for each 30b6 record label witness by last Friday. We will do that this week, as soon as we have the topics set.

The Universal witness that will be designated for the remaining UMPG topics is Jason Gallien.

We will get back to you quickly on whether we agree to review the custodial files of Tracie Parry, David Woirhaye and Amy Cranford, but simply because one or more of them has been employed by their respective companies for many years does not mean they are likely to have responsive documents.

Alex Kaplan
**Oppenheim + Zebrak, LLP**
Mobile: 347.645.5443
Alex@oandzlaw.com | www.oandzlaw.com

---

**From:** Katy Akopjan <katyakopjan@quinnemanuel.com>
**Date:** Friday, March 19, 2021 at 7:28 PM
**To:** Alex Kaplan <alex@oandzlaw.com>, Gracie Chang <graciechang@quinnemanuel.com>, Dennis, Sara J <sdennis@cov.com>, 'Ranahan, Erin' <ERanahan@winston.com>, 'Golinveaux, Jennifer' <JGolinveaux@winston.com>, 'Elkin, Michael' <MElkin@winston.com>, 'Kearney, Thomas' <TKearney@winston.com>, 'Padmanabhan, Krishnan' <KPadmanabhan@winston.com>, 'Spitzer, Seth' <SSpitzer@winston.com>, Anderson, Sean R. <sranderson@winston.com>, 'Alvarez, Cesie' <CAlvarez@winston.com>, 'Skopec, Allison' <ASkopec@winston.com>, Andrew Schapiro <andrewschapiro@quinnemanuel.com>, David Eiseman <davideiseman@quinnemanuel.com>, Jessica Rose <jessicarose@quinnemanuel.com>, Linda Brewer <lindabrewer@quinnemanuel.com>, Allison Huebert <allisonhuebert@quinnemanuel.com>, Todd Anten <toddanten@quinnemanuel.com>, Michelle A. Clark <michelleclark@quinnemanuel.com>, Nathan Hamstra <nathanhamstra@quinnemanuel.com>, Ella Hallwass

<ellahallwass@quinnemanuel.com>, Rosenthal, John <JRosenthal@winston.com>, Moore, Jason <JMoore@winston.com>, Charter-Copyright-QE <charter-copyright-qe@quinnemanuel.com>
**Cc:** mkamin@cov.com <mkamin@cov.com>, Sperling, Jonathan <jsperling@cov.com>, Sahni, Neema T <nsahni@cov.com>, Grigsby, Stacey <sgrigsby@cov.com>, Ehlers, J. Hardy <jehlers@cov.com>, Fields, Michael <mfields@cov.com>, Picker, Joshua B <jpicker@cov.com>, Linderot, Anders <alinderot@cov.com>, Hill, Phil <pahill@cov.com>, Matt Oppenheim <Matt@oandzlaw.com>, Jeff Gould <Jeff@oandzlaw.com>, Scott Zebrak <Scott@oandzlaw.com>, Andrew Guerra <Andrew@oandzlaw.com>, Kellyn Goler <Kellyn@oandzlaw.com>, Corey Miller <Corey@oandzlaw.com>
**Subject:** RE: Warner Records Inc. et al. v. Charter Communications, Inc., No. 19-cv-00874-RBJ (D. Colo.)- Label Plaintiff Witnesses

Counsel,

Thank you. Plaintiffs were ordered to provide the specific topics for each witness today, and you have failed to comply with the Special Master's order and have not provided any explanation as to why you are unable to identify topics for a single witness you have disclosed. As you are aware, we are unable to move forward with scheduling without this information.

We would like to avoid burdening the Special Master with this issue. As such, please provide us with the specific topics for each witness by end of day today. If there any that you can't disclose for a specific reason, then please provide that information by noon Pacific on Monday.

In addition, please identify the Universal Music designee that will be testifying on behalf of both the record label plaintiffs and the music publisher plaintiffs by end of day today.

Lastly, please confirm whether Plaintiffs agree to add Tracie Parry as a custodian, and that Plaintiffs ran search terms and reviewed the custodial files of the other individuals listed below in response to Charter's document requests.

Best,
Katy

**Katy Akopjan**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7598 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
katyakopjan@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Alex Kaplan [mailto:alex@oandzlaw.com]
**Sent:** Friday, March 19, 2021 5:21 PM
**To:** Katy Akopjan <katyakopjan@quinnemanuel.com>; Gracie Chang <graciechang@quinnemanuel.com>; Dennis, Sara J <sdennis@cov.com>; 'Ranahan, Erin' <ERanahan@winston.com>; 'Golinveaux, Jennifer' <JGolinveaux@winston.com>; 'Elkin, Michael' <MElkin@winston.com>; 'Kearney, Thomas' <TKearney@winston.com>; 'Padmanabhan, Krishnan'

<[KPadmanabhan@winston.com](mailto:KPadmanabhan@winston.com)>; 'Spitzer, Seth' <[SSpitzer@winston.com](mailto:SSpitzer@winston.com)>; Anderson, Sean R. <[sranderson@winston.com](mailto:sranderson@winston.com)>; 'Alvarez, Cesie' <[CAlvarez@winston.com](mailto:CAlvarez@winston.com)>; 'Skopec, Allison' <[ASkopec@winston.com](mailto:ASkopec@winston.com)>; Andrew Schapiro <[andrewschapiro@quinnemanuel.com](mailto:andrewschapiro@quinnemanuel.com)>; David Eiseman <[davideiseman@quinnemanuel.com](mailto:davideiseman@quinnemanuel.com)>; Jessica Rose <[jessicarose@quinnemanuel.com](mailto:jessicarose@quinnemanuel.com)>; Linda Brewer <[lindabrewer@quinnemanuel.com](mailto:lindabrewer@quinnemanuel.com)>; Allison Huebert <[allisonhuebert@quinnemanuel.com](mailto:allisonhuebert@quinnemanuel.com)>; Todd Anten <[toddanten@quinnemanuel.com](mailto:toddanten@quinnemanuel.com)>; Michelle A. Clark <[michelleclark@quinnemanuel.com](mailto:michelleclark@quinnemanuel.com)>; Nathan Hamstra <[nathanhamstra@quinnemanuel.com](mailto:nathanhamstra@quinnemanuel.com)>; Ella Hallwass <[ellahallwass@quinnemanuel.com](mailto:ellahallwass@quinnemanuel.com)>; Rosenthal, John <[JRosenthal@winston.com](mailto:JRosenthal@winston.com)>; Moore, Jason <[JMoore@winston.com](mailto:JMoore@winston.com)>; Charter-Copyright-QE <[charter-copyright-qe@quinnemanuel.com](mailto:charter-copyright-qe@quinnemanuel.com)>
**Cc:** [mkamin@cov.com](mailto:mkamin@cov.com); Sperling, Jonathan <[jsperling@cov.com](mailto:jsperling@cov.com)>; Sahni, Neema T <[nsahni@cov.com](mailto:nsahni@cov.com)>; Grigsby, Stacey <[sgrigsby@cov.com](mailto:sgrigsby@cov.com)>; Ehlers, J. Hardy <[jehlers@cov.com](mailto:jehlers@cov.com)>; Fields, Michael <[mfields@cov.com](mailto:mfields@cov.com)>; Picker, Joshua B <[jpicker@cov.com](mailto:jpicker@cov.com)>; Linderot, Anders <[alinderot@cov.com](mailto:alinderot@cov.com)>; Hill, Phil <[pahill@cov.com](mailto:pahill@cov.com)>; Matt Oppenheim <[Matt@oandzlaw.com](mailto:Matt@oandzlaw.com)>; Jeff Gould <[Jeff@oandzlaw.com](mailto:Jeff@oandzlaw.com)>; Scott Zebrak <[Scott@oandzlaw.com](mailto:Scott@oandzlaw.com)>; Andrew Guerra <[Andrew@oandzlaw.com](mailto:Andrew@oandzlaw.com)>; Kellyn Goler <[Kellyn@oandzlaw.com](mailto:Kellyn@oandzlaw.com)>; Corey Miller <[Corey@oandzlaw.com](mailto:Corey@oandzlaw.com)>
**Subject:** Re: Warner Records Inc. et al. v. Charter Communications, Inc., No. 19-cv-00874-RBJ (D. Colo.)- Label Plaintiff Witnesses

**[EXTERNAL EMAIL]**

Counsel:  Plaintiffs identify the following individuals for the 30b6 notices addressed to the record label plaintiffs.  We will get you the specific topics for each witness next week.

Universal Music Group plaintiffs:  Alasdair McMullan, David Benjamin and Jason Gallien.
Warner Music Group plaintiffs:  Jon Glass, Christopher Bell, Tracie Parry and Matthew Flott.
Sony Music Entertainment plaintiffs:  Wade Leak, Don Jang.


Alex Kaplan
**Oppenheim + Zebrak, LLP**
[Alex@oandzlaw.com](mailto:Alex@oandzlaw.com)|[www.oandzlaw.com](http://www.oandzlaw.com)