# Exhibit G

| | |
|---|---|
| **From:** | Ehlers, J. Hardy <JEhlers@cov.com> |
| **Sent:** | Tuesday, March 30, 2021 9:28 PM |
| **To:** | Linda Brewer; Fields, Michael; Kamin, Mitchell A; Sperling, Jonathan; Grigsby, Stacey; Hill, Phil; Matt Oppenheim (Matt@oandzlaw.com); Jeff Gould (Jeff@oandzlaw.com); Scott Zebrak; Andrew (Andrew@oandzlaw.com); Kellyn Goler; 'Corey Miller'; Alex Kaplan |
| **Cc:** | Charter-Copyright-QE; Ranahan, Erin; Golinveaux, Jennifer; Elkin, Michael; Kearney, Thomas; Anderson, Sean; Alvarez, Cesie; Skopec, Allison; 'Rosenthal, John'; Moore, Jason; 'cjoyce@fwlaw.com'; 'Jtanner@fwlaw.com' |
| **Subject:** | RE: Warner Records Inc. et al. v. Charter Communications, Inc. |

**[EXTERNAL EMAIL]**

Linda,

Plaintiffs' Objection is timely and we certainly will not withdraw it.  The Order Appointing Special Master permits the parties to file objections "no later than five (5) business days from the time that order, report, or recommendation is *served*."  ECF 143 at ¶ 5 (emphasis added).  We first received a copy of the March 16 transcript on March 22.  We filed our Objection five business days after that.  We were not "served" with anything on March 16 or March 21.  We note also that, when discussing objections with the Parties at the March 18 hearing, the Court agreed that receipt of the transcript would trigger the time to object.  3/18/21 Hr'g Tr. at 108:17-22 (Charter's counsel:  "I would love the opportunity to do a formal objection, let plaintiffs respond and we can get the transcript, which is what they've been asking for."); *id*. at 109:8-10 (the Court:  "If you wanted to object, *go ahead and object when you get your transcript.*") (emphasis added).

If you argue to the Court in any way that we declined your request that we withdraw the Objection, please be sure to quote the above response in full.

Thanks,

Hardy

**From:** Linda Brewer <lindabrewer@quinnemanuel.com>
**Sent:** Tuesday, March 30, 2021 3:26 PM
**To:** Fields, Michael <MFields@cov.com>; Kamin, Mitchell A <MKamin@cov.com>; Sperling, Jonathan <jsperling@cov.com>; Grigsby, Stacey <SGrigsby@cov.com>; Hill, Phil <PAHill@cov.com>; Ehlers, J. Hardy <JEhlers@cov.com>; Matt Oppenheim (Matt@oandzlaw.com) <Matt@oandzlaw.com>; Jeff Gould (Jeff@oandzlaw.com) <Jeff@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Andrew (Andrew@oandzlaw.com) <Andrew@oandzlaw.com>; Kellyn Goler <Kellyn@oandzlaw.com>; Jia Ryu <Jia@oandzlaw.com>; 'Corey Miller' <Corey@oandzlaw.com>; Alex Kaplan <alex@oandzlaw.com>
**Cc:** Charter-Copyright-QE <charter-copyright-qe@quinnemanuel.com>; Ranahan, Erin <ERanahan@winston.com>; Golinveaux, Jennifer <JGolinveaux@winston.com>; Elkin, Michael <MElkin@winston.com>; Kearney, Thomas <TKearney@winston.com>; Anderson, Sean <SRanderson@winston.com>; Alvarez, Cesie <CAlvarez@winston.com>; Skopec, Allison <ASkopec@winston.com>; 'Rosenthal, John' <JRosenthal@winston.com>; Moore, Jason <JMoore@winston.com>; 'cjoyce@fwlaw.com' <cjoyce@fwlaw.com>; 'Jtanner@fwlaw.com' <Jtanner@fwlaw.com>
**Subject:** RE: Warner Records Inc. et al. v. Charter Communications, Inc.

**[EXTERNAL]**
Counsel:

Plaintiffs' Objection to the Special Master's March 16, 2021 Order is untimely.  Plaintiffs filed their Objection thirteen days after the Special Master issued her Order, in violation of Judge Hegarty's March 11, 2020 Order, which provides that objections must be filed no later than five business days from the time of the underlying Special Master decision.  Dkt. 143 at 3.  The Special Master's Order was made orally, on the record, at the March 16 hearing.  All parties were aware of the full scope of her rulings at that time.  The deadline for filing Objections was therefore March 23.  Charter filed its Objections on March 23.  Plaintiffs not only did not do that, but waited an additional week, until after the Court set a hearing on Charter's Objections, to file their Objection.  Even if we accept that Plaintiffs accidentally believed the deadline was triggered off receipt of the transcript (which has not been the practice in the case to date and is not a correct interpretation of the rules), Plaintiffs' Objection is still untimely, as the transcript was available as of March 21 (indeed, Charter attached excerpts of the transcript to its Objections filed on March 23).

Please confirm that you will withdraw the untimely Objection.  *See E.E.O.C. v. Original Honeybaked Ham Co. of Ga., Inc.*, 2013 WL 752912, at *4 (D. Colo. Feb. 27, 2013) (J. Hegarty) (prohibiting conduct that "negatively affect[s] the Court's management of its docket and [cause] unnecessary burdens on the opposing party and delays").

Regards,
Linda

---

**From:** Fields, Michael [mailto:MFields@cov.com]
**Sent:** Monday, March 29, 2021 12:04 PM
**To:** Andrew Schapiro <andrewschapiro@quinnemanuel.com>; David Eiseman <davideiseman@quinnemanuel.com>; Jessica Rose <jessicarose@quinnemanuel.com>; Linda Brewer <lindabrewer@quinnemanuel.com>; Allison Huebert <allisonhuebert@quinnemanuel.com>; Todd Anten <toddanten@quinnemanuel.com>; Katy Akopjan <katyakopjan@quinnemanuel.com>; Michelle A. Clark <michelleclark@quinnemanuel.com>; Nathan Hamstra <nathanhamstra@quinnemanuel.com>; Charter-Copyright-QE <charter-copyright-qe@quinnemanuel.com>; Ranahan, Erin <ERanahan@winston.com>; Golinveaux, Jennifer <JGolinveaux@winston.com>; Elkin, Michael <MElkin@winston.com>; Kearney, Thomas <TKearney@winston.com>; Padmanabhan, Krishnan <KPadmanabhan@winston.com>; Spitzer, Seth <SSpitzer@winston.com>; Anderson, Sean <SRanderson@winston.com>; Alvarez, Cesie <CAlvarez@winston.com>; Skopec, Allison <ASkopec@winston.com>; 'Rosenthal, John' <JRosenthal@winston.com>; Moore, Jason <JMoore@winston.com>
**Cc:** Kamin, Mitchell A <MKamin@cov.com>; Sperling, Jonathan <jsperling@cov.com>; Grigsby, Stacey <SGrigsby@cov.com>; Hill, Phil <PAHill@cov.com>; Ehlers, J. Hardy <JEhlers@cov.com>; Matt Oppenheim (Matt@oandzlaw.com) <Matt@oandzlaw.com>; Jeff Gould (Jeff@oandzlaw.com) <Jeff@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Andrew (Andrew@oandzlaw.com) <Andrew@oandzlaw.com>; Kellyn Goler <Kellyn@oandzlaw.com>; Jia Ryu <Jia@oandzlaw.com>; 'Corey Miller' <Corey@oandzlaw.com>; Alex Kaplan <alex@oandzlaw.com>
**Subject:** Warner Records Inc. et al. v. Charter Communications, Inc.

**[EXTERNAL EMAIL]**

---

Counsel,

Plaintiffs intend to file an objection today with exhibits that include material Charter has designated confidential:  CHA_00001119, CHA_00084570, Feb. 16 Special Master Hr'g Tr. 82-83, Topic 11 of Pls.' 30(b)(6) notice to Charter.  Please let us know by **4 p.m. MT today** whether Charter agrees to de-designate these materials.  If it does not, Plaintiffs will file the materials, and any discussions of them, under a Level 1 restriction, such that Charter has 14 days to file a motion to restrict pursuant to Local Rule 7.1(e).

Best,
Michael

**Michael Fields**
Pronouns: He/Him/His

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T +1 424 332 4766 | mfields@cov.com
www.cov.com

COVINGTON

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

3