# Exhibit H

| | |
|---|---|
| **From:** | Alex Kaplan <alex@oandzlaw.com> |
| **Sent:** | Wednesday, March 24, 2021 6:24 PM |
| **To:** | Gracie Chang; Lee, Patrick T; Krishna Shah; 'Golinveaux, Jennifer'; 'Elkin, Michael'; 'Kearney, Thomas'; 'Padmanabhan, Krishnan'; 'Spitzer, Seth'; David Doak; Anderson, Sean R.; 'Alvarez, Cesie'; 'Skopec, Allison'; Jtanner@fwlaw.com; cjoyce@fwlaw.com; 'Brody, Michael'; Charter-Copyright-QE |
| **Cc:** | Matt Oppenheim; Jeff Gould; Scott Zebrak; Andrew Guerra; Kellyn Goler; Corey Miller; 'Janette Ferguson'; Grigsby, Stacey; Ehlers, J. Hardy; mkamin@cov.com; Sperling, Jonathan; Hill, Phil; Fields, Michael; Dennis, Sara J; Linderot, Anders |
| **Subject:** | Re: Warner Records Inc. et al. v. Charter Communications, Inc., No. 19-cv-00874-RBJ (D. Colo.) |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**[EXTERNAL EMAIL]**

Counsel: We will serve supplemental objections and responses to the 30b6 notices to the plaintiff record labels but not until the outstanding topics are resolved.  We do not agree to serve interim or multiple supplemental responses and objections.


Alex Kaplan
**Oppenheim + Zebrak, LLP**
Alex@oandzlaw.com|www.oandzlaw.com


**From:** Gracie Chang <graciechang@quinnemanuel.com>
**Date:** Wednesday, March 24, 2021 at 4:22 PM
**To:** Alex Kaplan <alex@oandzlaw.com>, Lee, Patrick T <plee@cov.com>, Krishna Shah <krishnashah@quinnemanuel.com>, 'Golinveaux, Jennifer' <JGolinveaux@winston.com>, 'Elkin, Michael' <MElkin@winston.com>, 'Kearney, Thomas' <TKearney@winston.com>, 'Padmanabhan, Krishnan' <KPadmanabhan@winston.com>, 'Spitzer, Seth' <SSpitzer@winston.com>, David Doak <daviddoak@quinnemanuel.com>, Anderson, Sean R. <sranderson@winston.com>, 'Alvarez, Cesie' <CAlvarez@winston.com>, 'Skopec, Allison' <ASkopec@winston.com>, Jtanner@fwlaw.com <Jtanner@fwlaw.com>, cjoyce@fwlaw.com <cjoyce@fwlaw.com>, 'Brody, Michael' <MBrody@winston.com>, Charter-Copyright-QE <charter-copyright-qe@quinnemanuel.com>
**Cc:** Matt Oppenheim <Matt@oandzlaw.com>, Jeff Gould <Jeff@oandzlaw.com>, Scott Zebrak <Scott@oandzlaw.com>, Andrew Guerra <Andrew@oandzlaw.com>, Kellyn Goler <Kellyn@oandzlaw.com>, Corey Miller <Corey@oandzlaw.com>, 'Janette Ferguson' <jferguson@lewisbess.com>, Grigsby, Stacey <sgrigsby@cov.com>, Ehlers, J. Hardy <jehlers@cov.com>, mkamin@cov.com <mkamin@cov.com>, Sperling, Jonathan <jsperling@cov.com>, Hill, Phil <pahill@cov.com>, Fields, Michael <mfields@cov.com>, Dennis, Sara J <sdennis@cov.com>, Linderot, Anders <alinderot@cov.com>
**Subject:** RE: Warner Records Inc. et al. v. Charter Communications, Inc., No. 19-cv-00874-RBJ (D. Colo.)

Counsel:

We have not heard from you regarding the below message. We request again that Plaintiffs serve a set of supplemental responses to Charter's 30(b)(6) Notice as agreed upon by the parties. Please serve these supplemental responses by COB Thursday, March 25. If Plaintiffs do not serve these supplemental responses by Thursday, Charter reserves the right to raise this issue with the Special Master.

Thank you,
Gracie


**Gracie Chang**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6316 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
graciechang@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Gracie Chang
**Sent:** Friday, March 19, 2021 6:50 PM
**To:** Alex Kaplan <alex@oandzlaw.com>; Lee, Patrick T <plee@cov.com>; Krishna Shah <krishnashah@quinnemanuel.com>; 'Golinveaux, Jennifer' <JGolinveaux@winston.com>; 'Elkin, Michael' <MElkin@winston.com>; 'Kearney, Thomas' <TKearney@winston.com>; 'Padmanabhan, Krishnan' <KPadmanabhan@winston.com>; 'Spitzer, Seth' <SSpitzer@winston.com>; David Doak <daviddoak@quinnemanuel.com>; Anderson, Sean R. <sranderson@winston.com>; 'Alvarez, Cesie' <CAlvarez@winston.com>; 'Skopec, Allison' <ASkopec@winston.com>; Jtanner@fwlaw.com; cjoyce@fwlaw.com; 'Brody, Michael' <MBrody@winston.com>; Charter-Copyright-QE <charter-copyright-qe@quinnemanuel.com>
**Cc:** Matt Oppenheim <Matt@oandzlaw.com>; Jeff Gould <Jeff@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Andrew Guerra <Andrew@oandzlaw.com>; Kellyn Goler <Kellyn@oandzlaw.com>; Corey Miller <Corey@oandzlaw.com>; 'Janette Ferguson' <jferguson@lewisbess.com>; Grigsby, Stacey <sgrigsby@cov.com>; Ehlers, J. Hardy <jehlers@cov.com>; mkamin@cov.com; Sperling, Jonathan <jsperling@cov.com>; Hill, Phil <pahill@cov.com>; Fields, Michael <mfields@cov.com>; Dennis, Sara J <sdennis@cov.com>; Linderot, Anders <alinderot@cov.com>
**Subject:** RE: Warner Records Inc. et al. v. Charter Communications, Inc., No. 19-cv-00874-RBJ (D. Colo.)

Counsel:

We request that the Record Label Plaintiffs' Groups, Sony Music Publishing Plaintiff Group, and Warner Music Publishing Plaintiff Group serve supplemental responses to Charter's 30(b)(6) Notices in order to reflect the agreements reached by the parties and the Special Master's rulings from the March 16 hearing. This request is in accordance with the parties' agreement to serve supplemental responses for all parties. Please serve these supplemental responses by COB Tuesday, March 23.

Thank you,
Gracie


**Gracie Chang**
*Associate,*

Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6316 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
graciechang@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Alex Kaplan [mailto:alex@oandzlaw.com]
**Sent:** Friday, March 12, 2021 3:45 PM
**To:** Gracie Chang <graciechang@quinnemanuel.com>; Lee, Patrick T <plee@cov.com>; Krishna Shah <krishnashah@quinnemanuel.com>; 'Golinveaux, Jennifer' <JGolinveaux@winston.com>; 'Elkin, Michael' <MElkin@winston.com>; 'Kearney, Thomas' <TKearney@winston.com>; 'Padmanabhan, Krishnan' <KPadmanabhan@winston.com>; 'Spitzer, Seth' <SSpitzer@winston.com>; David Doak <daviddoak@quinnemanuel.com>; Anderson, Sean R. <sranderson@winston.com>; 'Alvarez, Cesie' <CAlvarez@winston.com>; 'Skopec, Allison' <ASkopec@winston.com>; Jtanner@fwlaw.com; cjoyce@fwlaw.com; 'Brody, Michael' <MBrody@winston.com>; Charter-Copyright-QE <charter-copyright-qe@quinnemanuel.com>
**Cc:** Matt Oppenheim <Matt@oandzlaw.com>; Jeff Gould <Jeff@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Andrew Guerra <Andrew@oandzlaw.com>; Kellyn Goler <Kellyn@oandzlaw.com>; Corey Miller <Corey@oandzlaw.com>; 'Janette Ferguson' <jferguson@lewisbess.com>; Grigsby, Stacey <sgrigsby@cov.com>; Ehlers, J. Hardy <jehlers@cov.com>; mkamin@cov.com; Sperling, Jonathan <jsperling@cov.com>; Hill, Phil <pahill@cov.com>; Fields, Michael <mfields@cov.com>; Dennis, Sara J <sdennis@cov.com>; Linderot, Anders <alinderot@cov.com>
**Subject:** Re: Warner Records Inc. et al. v. Charter Communications, Inc., No. 19-cv-00874-RBJ (D. Colo.)

**[EXTERNAL EMAIL]**

Counsel: Our supplemental response on Topic 59 was intentional and follows the questioning on this topic at Mr. Kokakis's deposition. The identical topic will be addressed at the hearing next Tuesday re Charter's 30b6 notice to the record label plaintiffs. If the Special Master rules in Charter's favor on this topic, we will abide by that ruling with respect to the remaining music publisher plaintiffs as well. If she rules in Plaintiffs favor, we will stand on our supplemental response.

Alex Kaplan
**Oppenheim + Zebrak, LLP**
Alex@oandzlaw.com | www.oandzlaw.com

**From:** Gracie Chang <graciechang@quinnemanuel.com>
**Date:** Friday, March 12, 2021 at 4:16 PM
**To:** Lee, Patrick T <plee@cov.com>, Krishna Shah <krishnashah@quinnemanuel.com>, 'Golinveaux, Jennifer' <JGolinveaux@winston.com>, 'Elkin, Michael' <MElkin@winston.com>, 'Kearney, Thomas' <TKearney@winston.com>, 'Padmanabhan, Krishnan' <KPadmanabhan@winston.com>, 'Spitzer, Seth' <SSpitzer@winston.com>, David Doak <daviddoak@quinnemanuel.com>, tlane@winston.com <tlane@winston.com>, Anderson, Sean R. <sranderson@winston.com>, 'Alvarez, Cesie' <CAlvarez@winston.com>, 'Skopec, Allison' <ASkopec@winston.com>, Jtanner@fwlaw.com <Jtanner@fwlaw.com>, cjoyce@fwlaw.com <cjoyce@fwlaw.com>, 'Brody, Michael' <MBrody@winston.com>,

3

Charter-Copyright-QE <charter-copyright-qe@quinnemanuel.com>
**Cc:** Matt Oppenheim <Matt@oandzlaw.com>, Jeff Gould <Jeff@oandzlaw.com>, Alex Kaplan <alex@oandzlaw.com>, Scott Zebrak <Scott@oandzlaw.com>, Andrew Guerra <Andrew@oandzlaw.com>, Kellyn Goler <Kellyn@oandzlaw.com>, Corey Miller <Corey@oandzlaw.com>, 'Janette Ferguson' <jferguson@lewisbess.com>, Grigsby, Stacey <sgrigsby@cov.com>, Ehlers, J. Hardy <jehlers@cov.com>, mkamin@cov.com <mkamin@cov.com>, Sperling, Jonathan <jsperling@cov.com>, Hill, Phil <pahill@cov.com>, Fields, Michael <mfields@cov.com>, Dennis, Sara J <sdennis@cov.com>, Linderot, Anders <alinderot@cov.com>
**Subject:** RE: Warner Records Inc. et al. v. Charter Communications, Inc., No. 19-cv-00874-RBJ (D. Colo.)

Counsel,

It appears that Sony Music Publishing and Warner Music Publishing have amended their response to Topic 59 and now refuse to designate a witness on this Topic. This is a complete reversal from Plaintiffs' responses and objection served on January 29, 2021, does not reflect any agreement reached or discussed by the parties, and was not an issue presented to the Special Master at any hearing. These supplemental responses were meant to "reflect the agreements reached by the parties and the Special Master's rulings." *See* Mar. 2, 2021 H. Ehlers Email. The reversal of Plaintiffs' position is wholly improper.

Indeed, Plaintiffs have waived their objection this Topic. Plaintiffs did not raise this issue at the parties negotiations over a similar topic for UMPG, nor did they raise the issue before the Special Master. In fact, Plaintiffs prepared and produced a UMPG 30(b)(6) witness, David Kokakis, on a similar topic, and he provided testimony on this at his January 29, 2021 deposition.

Furthermore, Plaintiffs represented that there was nothing further to confer about in regards to the Sony and Warner Music Publishing Plaintiffs. *See* Feb. 2, 2021 H. Ehlers Email. Plaintiffs cannot avoid testimony on this Topic by amending their responses, now for the first time, months after they represented the conferral process was complete, after ample opportunity to raise this with Charter and before the Special Master, and with responses meant solely to memorialize agreements between the parties.

Please confirm whether this response was intentional by COB today. If Sony Music Publishing and Warner Music Publishing Plaintiffs intends to refuse to designate a witness on this Topic, Charter intends to raise this issue with the Special Master on Tuesday.


Thank you,
Gracie

**Gracie Chang**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6316 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
graciechang@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Lee, Patrick T [mailto:PLee@cov.com]
**Sent:** Monday, March 8, 2021 2:19 PM

**To:** Krishna Shah <krishnashah@quinnemanuel.com>; Gracie Chang <graciechang@quinnemanuel.com>; 'Golinveaux, Jennifer' <JGolinveaux@winston.com>; 'Elkin, Michael' <MElkin@winston.com>; 'Kearney, Thomas' <TKearney@winston.com>; 'Padmanabhan, Krishnan' <KPadmanabhan@winston.com>; 'Spitzer, Seth' <SSpitzer@winston.com>; David Doak <daviddoak@quinnemanuel.com>; tlane@winston.com; 'Anderson, Sean' <SRanderson@winston.com>; 'Alvarez, Cesie' <CAlvarez@winston.com>; 'Skopec, Allison' <ASkopec@winston.com>; Jtanner@fwlaw.com; cjoyce@fwlaw.com; 'Brody, Michael' <MBrody@winston.com>; Charter-Copyright-QE <charter-copyright-qe@quinnemanuel.com>
**Cc:** 'Matt Oppenheim' <Matt@oandzlaw.com>; 'Jeff Gould' <Jeff@oandzlaw.com>; 'Alex Kaplan' <alex@oandzlaw.com>; 'Scott Zebrak' <Scott@oandzlaw.com>; Andrew@oandzlaw.com; 'Kellyn Goler' <Kellyn@oandzlaw.com>; 'Corey Miller' <Corey@oandzlaw.com>; 'Janette Ferguson' <jferguson@lewisbess.com>; Grigsby, Stacey <SGrigsby@cov.com>; Ehlers, J. Hardy <JEhlers@cov.com>; Kamin, Mitchell A <MKamin@cov.com>; Sperling, Jonathan <jsperling@cov.com>; Hill, Phil <PAHill@cov.com>; Fields, Michael <MFields@cov.com>; Dennis, Sara J <SDennis@cov.com>; Linderot, Anders <ALinderot@cov.com>
**Subject:** RE: Warner Records Inc. et al. v. Charter Communications, Inc., No. 19-cv-00874-RBJ (D. Colo.)

**[EXTERNAL EMAIL]**

Counsel,

Please see the attached.

Sincerely,

**Patrick Lee**
Law Clerk
Member of the Bar of New York, but not
admitted to practice in the District of Columbia

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5225 | plee@cov.com

**COVINGTON**

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.