# Exhibit I

| | |
|---|---|
| **From:** | Ehlers, J. Hardy <JEhlers@cov.com> |
| **Sent:** | Tuesday, February 2, 2021 7:55 PM |
| **To:** | Gracie Chang; Seth Fortenbery; Hill, Phil; 'Jeff Gould'; 'Matt Oppenheim'; 'Alex Kaplan'; 'Scott Zebrak'; 'Andrew Guerra'; 'Kellyn Goler'; 'Jia Ryu'; 'Corey Miller'; 'Janette Ferguson'; Sahni, Neema T; Kamin, Mitchell A; Sperling, Jonathan; Fields, Michael; Picker, Joshua B; Grigsby, Stacey; 'bleoni@lewisbess.com' |
| **Cc:** | 'Ranahan, Erin'; 'Golinveaux, Jennifer'; 'Elkin, Michael'; 'Kearney, Thomas'; 'Padmanabhan, Krishnan'; 'Spitzer, Seth'; 'tlane@winston.com'; 'Anderson, Sean R.'; 'Alvarez, Cesie'; 'Skopec, Allison'; 'Jtanner@fwlaw.com'; 'cjoyce@fwlaw.com'; 'Brody, Michael'; Charter-Copyright-QE |
| **Subject:** | RE: Warner Records Inc. et al. v. Charter Communications, Inc:  Charter's Objections to Plaintiffs' Amended 30(b)(6) Notice to Charter |

**[EXTERNAL EMAIL]**

Thanks, Gracie.  Plaintiffs agree to a time period of 2011 to 2019 for Topics 19 and 22.  As for Topic 21, we understood that the agreements to provide witnesses to testify "generally to [the respective Plaintiffs'] approach during the 2012 to 2016 period to contractual revenue sharing between publisher and songwriter for different channels of exploitation" would cover the factors generally that go into determining "splits," consistent with the Special Master's guidance regarding the UMPG Notice.

In light of this, we don't see a need to confer regarding Charter's Notices on Thursday.  Here's a dial-in we can use for our call at noon PT regarding Plaintiffs' Notice:

    Dial-in:  1-866-798-7071
    Passcode:  1325793

Thanks,

Hardy

**From:** Gracie Chang <graciechang@quinnemanuel.com>
**Sent:** Tuesday, February 2, 2021 11:24 AM
**To:** Ehlers, J. Hardy <JEhlers@cov.com>; Seth Fortenbery <sethfortenbery@quinnemanuel.com>; Hill, Phil <PAHill@cov.com>; 'Jeff Gould' <Jeff@oandzlaw.com>; 'Matt Oppenheim' <Matt@oandzlaw.com>; 'Alex Kaplan' <alex@oandzlaw.com>; 'Scott Zebrak' <Scott@oandzlaw.com>; 'Andrew Guerra' <Andrew@oandzlaw.com>; 'Kellyn Goler' <Kellyn@oandzlaw.com>; 'Jia Ryu' <Jia@oandzlaw.com>; 'Corey Miller' <Corey@oandzlaw.com>; 'Janette Ferguson' <jferguson@lewisbess.com>; Sahni, Neema T <nsahni@cov.com>; Kamin, Mitchell A <MKamin@cov.com>; Sperling, Jonathan <jsperling@cov.com>; Fields, Michael <MFields@cov.com>; Picker, Joshua B <jpicker@cov.com>; Grigsby, Stacey <SGrigsby@cov.com>; 'bleoni@lewisbess.com' <bleoni@lewisbess.com>
**Cc:** 'Ranahan, Erin' <ERanahan@winston.com>; 'Golinveaux, Jennifer' <JGolinveaux@winston.com>; 'Elkin, Michael' <MElkin@winston.com>; 'Kearney, Thomas' <TKearney@winston.com>; 'Padmanabhan, Krishnan' <KPadmanabhan@winston.com>; 'Spitzer, Seth' <SSpitzer@winston.com>; 'tlane@winston.com' <tlane@winston.com>; 'Anderson, Sean R.' <sranderson@winston.com>; 'Alvarez, Cesie' <CAlvarez@winston.com>; 'Skopec, Allison' <ASkopec@winston.com>; 'Jtanner@fwlaw.com' <Jtanner@fwlaw.com>; 'cjoyce@fwlaw.com' <cjoyce@fwlaw.com>; 'Brody, Michael' <MBrody@winston.com>; Charter-Copyright-QE <charter-copyright-qe@quinnemanuel.com>

**Subject:** RE: Warner Records Inc. et al. v. Charter Communications, Inc: Charter's Objections to Plaintiffs' Amended 30(b)(6) Notice to Charter

[EXTERNAL]

Hardy,

While most of the responses and objections served by Sony Music Publishing and Warner Music Publishing Plaintiffs mirrored those of the UMPG Plaintiffs' Topics, there are differences in Topics No: 19-22, which we would like to confer about.

Specifically Topics No. 19 and 22 were limited to the dates 2012 to 2019. The original Topics had designated 2010 to the present and UMPG Plaintiffs' had agreed to testify as to 2010-2019. In order to reach agreement on this, we can agree to the time period of 2011 to 2019.

On Topic No. 21 we seek clarification that your response also includes the SM's conclusion that Plaintiffs should  prepared to talk about the factors that go into making determinations of a revenue agreement from 2012-2016.

Please let us know your response on these Topics and if necessary we can confer on Thursday about them.

Thanks,
Gracie

**Gracie Chang**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6600 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
graciechang@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Ehlers, J. Hardy [mailto:JEhlers@cov.com]
**Sent:** Tuesday, February 2, 2021 11:24 AM
**To:** Seth Fortenbery <sethfortenbery@quinnemanuel.com>; Hill, Phil <PAHill@cov.com>; 'Jeff Gould' <Jeff@oandzlaw.com>; 'Matt Oppenheim' <Matt@oandzlaw.com>; 'Alex Kaplan' <alex@oandzlaw.com>; 'Scott Zebrak' <Scott@oandzlaw.com>; 'Andrew Guerra' <Andrew@oandzlaw.com>; 'Kellyn Goler' <Kellyn@oandzlaw.com>; 'Jia Ryu' <Jia@oandzlaw.com>; 'Corey Miller' <Corey@oandzlaw.com>; 'Janette Ferguson' <jferguson@lewisbess.com>; Sahni, Neema T <nsahni@cov.com>; Kamin, Mitchell A <MKamin@cov.com>; Sperling, Jonathan <jsperling@cov.com>; Fields, Michael <MFields@cov.com>; Picker, Joshua B <jpicker@cov.com>; Grigsby, Stacey <SGrigsby@cov.com>; 'bleoni@lewisbess.com' <bleoni@lewisbess.com>
**Cc:** 'Ranahan, Erin' <ERanahan@winston.com>; 'Golinveaux, Jennifer' <JGolinveaux@winston.com>; 'Elkin, Michael' <MElkin@winston.com>; 'Kearney, Thomas' <TKearney@winston.com>; 'Padmanabhan, Krishnan' <KPadmanabhan@winston.com>; 'Spitzer, Seth' <SSpitzer@winston.com>; 'tlane@winston.com' <tlane@winston.com>; 'Anderson, Sean R.' <sranderson@winston.com>; 'Alvarez, Cesie' <CAlvarez@winston.com>; 'Skopec, Allison' <ASkopec@winston.com>; 'Jtanner@fwlaw.com' <Jtanner@fwlaw.com>; 'cjoyce@fwlaw.com' <cjoyce@fwlaw.com>; 'Brody, Michael' <MBrody@winston.com>; Charter-Copyright-QE <charter-copyright-qe@quinnemanuel.com>
**Subject:** RE: Warner Records Inc. et al. v. Charter Communications, Inc: Charter's Objections to Plaintiffs' Amended 30(b)(6) Notice to Charter

[EXTERNAL EMAIL]

Thanks, Seth.  We're available Thursday from noon – 2 pm PT to discuss Plaintiffs' Notice.  We'll send a list of Topics to discuss today.  As far as Charter's notices go, the Sony Music Publishing and Warner Music Publishing Plaintiffs served responses and objections on January 30 that mirrored the result of the negotiation and briefing on the UMPG Notice.  Can you please let us know what there is to confer about?

Thanks,

Hardy

**From:** Seth Fortenbery <sethfortenbery@quinnemanuel.com>
**Sent:** Monday, February 1, 2021 6:29 PM
**To:** Ehlers, J. Hardy <JEhlers@cov.com>; Hill, Phil <PAHill@cov.com>; 'Jeff Gould' <Jeff@oandzlaw.com>; 'Matt Oppenheim' <Matt@oandzlaw.com>; 'Alex Kaplan' <alex@oandzlaw.com>; 'Scott Zebrak' <Scott@oandzlaw.com>; 'Andrew Guerra' <Andrew@oandzlaw.com>; 'Kellyn Goler' <Kellyn@oandzlaw.com>; 'Jia Ryu' <Jia@oandzlaw.com>; 'Corey Miller' <Corey@oandzlaw.com>; 'Janette Ferguson' <jferguson@lewisbess.com>; Sahni, Neema T <nsahni@cov.com>; Kamin, Mitchell A <MKamin@cov.com>; Sperling, Jonathan <jsperling@cov.com>; Fields, Michael <MFields@cov.com>; Picker, Joshua B <jpicker@cov.com>; Grigsby, Stacey <SGrigsby@cov.com>; 'bleoni@lewisbess.com' <bleoni@lewisbess.com>
**Cc:** 'Ranahan, Erin' <ERanahan@winston.com>; 'Golinveaux, Jennifer' <JGolinveaux@winston.com>; 'Elkin, Michael' <MElkin@winston.com>; 'Kearney, Thomas' <TKearney@winston.com>; 'Padmanabhan, Krishnan' <KPadmanabhan@winston.com>; 'Spitzer, Seth' <SSpitzer@winston.com>; 'tlane@winston.com' <tlane@winston.com>; 'Anderson, Sean R.' <sranderson@winston.com>; 'Alvarez, Cesie' <CAlvarez@winston.com>; 'Skopec, Allison' <ASkopec@winston.com>; 'Jtanner@fwlaw.com' <Jtanner@fwlaw.com>; 'cjoyce@fwlaw.com' <cjoyce@fwlaw.com>; 'Brody, Michael' <MBrody@winston.com>; Charter-Copyright-QE <charter-copyright-qe@quinnemanuel.com>
**Subject:** RE: Warner Records Inc. et al. v. Charter Communications, Inc: Charter's Objections to Plaintiffs' Amended 30(b)(6) Notice to Charter

**[EXTERNAL]**
Hardy,

We are amenable to agreeing to a schedule for both parties to discuss their respective objections to the other party's 30(b)(6) topics this Wednesday and Thursday.  Please confirm your availability from 1:00pm – 5pm PT on Wednesday, and noon – 5pm PT on Thursday.  Based on your availability, the parties can agree on discrete times to allocate for each side to discuss their respective objections.

Thanks,
Seth

**From:** Ehlers, J. Hardy [mailto:JEhlers@cov.com]
**Sent:** Monday, February 1, 2021 3:42 PM
**To:** Seth Fortenbery <sethfortenbery@quinnemanuel.com>; Hill, Phil <PAHill@cov.com>; 'Jeff Gould' <Jeff@oandzlaw.com>; 'Matt Oppenheim' <Matt@oandzlaw.com>; 'Alex Kaplan' <alex@oandzlaw.com>; 'Scott Zebrak' <Scott@oandzlaw.com>; 'Andrew Guerra' <Andrew@oandzlaw.com>; 'Kellyn Goler' <Kellyn@oandzlaw.com>; 'Jia Ryu' <Jia@oandzlaw.com>; 'Corey Miller' <Corey@oandzlaw.com>; 'Janette Ferguson' <jferguson@lewisbess.com>; Sahni, Neema T <nsahni@cov.com>; Kamin, Mitchell A <MKamin@cov.com>; Sperling, Jonathan <jsperling@cov.com>; Fields, Michael <MFields@cov.com>; Picker, Joshua B <jpicker@cov.com>; Grigsby, Stacey <SGrigsby@cov.com>; 'bleoni@lewisbess.com' <bleoni@lewisbess.com>
**Cc:** 'Ranahan, Erin' <ERanahan@winston.com>; 'Golinveaux, Jennifer' <JGolinveaux@winston.com>; 'Elkin, Michael' <MElkin@winston.com>; 'Kearney, Thomas' <TKearney@winston.com>; 'Padmanabhan, Krishnan' <KPadmanabhan@winston.com>; 'Spitzer, Seth' <SSpitzer@winston.com>; 'tlane@winston.com' <tlane@winston.com>;

3

'Anderson, Sean R.' <sranderson@winston.com>; 'Alvarez, Cesie' <CAlvarez@winston.com>; 'Skopec, Allison' <ASkopec@winston.com>; 'Jtanner@fwlaw.com' <Jtanner@fwlaw.com>; 'cjoyce@fwlaw.com' <cjoyce@fwlaw.com>; 'Brody, Michael' <MBrody@winston.com>; Charter-Copyright-QE <charter-copyright-qe@quinnemanuel.com>
**Subject:** RE: Warner Records Inc. et al. v. Charter Communications, Inc: Charter's Objections to Plaintiffs' Amended 30(b)(6) Notice to Charter

**[EXTERNAL EMAIL]**

Counsel:

Please provide times on Wednesday and Thursday when you are available to meet and confer regarding Charter's responses to Plaintiffs' Notice of 30(b)(6) deposition. In advance of our call, we'll provide an agenda consisting of the responses that we would like to discuss.

Thanks,

Hardy

**From:** Seth Fortenbery <sethfortenbery@quinnemanuel.com>
**Sent:** Friday, January 29, 2021 7:26 PM
**To:** Ehlers, J. Hardy <JEhlers@cov.com>; Hill, Phil <PAHill@cov.com>; 'Jeff Gould' <Jeff@oandzlaw.com>; 'Matt Oppenheim' <Matt@oandzlaw.com>; 'Alex Kaplan' <alex@oandzlaw.com>; 'Scott Zebrak' <Scott@oandzlaw.com>; 'Andrew Guerra' <Andrew@oandzlaw.com>; 'Kellyn Goler' <Kellyn@oandzlaw.com>; 'Jia Ryu' <Jia@oandzlaw.com>; 'Corey Miller' <Corey@oandzlaw.com>; 'Janette Ferguson' <jferguson@lewisbess.com>; Sahni, Neema T <nsahni@cov.com>; Kamin, Mitchell A <MKamin@cov.com>; Sperling, Jonathan <jsperling@cov.com>; Fields, Michael <MFields@cov.com>; Picker, Joshua B <jpicker@cov.com>; Grigsby, Stacey <SGrigsby@cov.com>; 'bleoni@lewisbess.com' <bleoni@lewisbess.com>
**Cc:** 'Ranahan, Erin' <ERanahan@winston.com>; 'Golinveaux, Jennifer' <JGolinveaux@winston.com>; 'Elkin, Michael' <MElkin@winston.com>; 'Kearney, Thomas' <TKearney@winston.com>; 'Padmanabhan, Krishnan' <KPadmanabhan@winston.com>; 'Spitzer, Seth' <SSpitzer@winston.com>; 'tlane@winston.com' <tlane@winston.com>; 'Anderson, Sean R.' <sranderson@winston.com>; 'Alvarez, Cesie' <CAlvarez@winston.com>; 'Skopec, Allison' <ASkopec@winston.com>; 'Jtanner@fwlaw.com' <Jtanner@fwlaw.com>; 'cjoyce@fwlaw.com' <cjoyce@fwlaw.com>; 'Brody, Michael' <MBrody@winston.com>; Charter-Copyright-QE <charter-copyright-qe@quinnemanuel.com>
**Subject:** Warner Records Inc. et al. v. Charter Communications, Inc: Charter's Objections to Plaintiffs' Amended 30(b)(6) Notice to Charter

**[EXTERNAL]**
Counsel,

Please find Charter's Objections and Responses to Plaintiffs' Amended Notice of 30(b)(6) Deposition to Charter attached.

Regards,
Seth