IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 19-cv-874-RBJ-MEH | Date: | April 7, 2021 |
| Courtroom Deputy: | Christopher Thompson | FTR: | A 501* |

*Parties:*  *Counsel:*

WARNER RECORDS INC, et al.,   Matt Oppenheim & Co-counsel

   Plaintiff,

v.

CHARTER COMMUNICATIONS, INC.,   Andrew Shapiro & Co-counsel

   Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**
**ORAL ARGUMENT HEARING**

**Court in session:** 3:28 p.m.

Court calls case.   Appearances of counsel by video-teleconference.

**ORDERED:** Plaintiff's [ECF 424] *Objections to Special Master's March 16, 2021 Order* are **OVERRULED** and the Order of the Special Master is **AFFIRMED** as stated on the record.

Defendant's [ECF 432] *Motion to Amend the Court's Order Pursuant to Federal Rule of Evidence 502(d)* is **GRANTED** as stated on the record.

**Court in recess:** 4:27 p.m.   Hearing concluded.
Total in-court time:   00:59

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.