# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| WARNER RECORDS INC. (f/k/a/ Warner Bros. Records, Inc.), *et al.*,<br><br>Plaintiffs,<br><br>*v.*<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Case No. 1:19-cv-00874-RBJ-MEH<br><br>**DECLARATION OF ANDREW SCHAPIRO IN SUPPORT OF CHARTER COMMUNICATIONS, INC.'S MOTION TO COMPEL DISCOVERY** |

I, Andrew Schapiro, hereby declare:

1. I am a partner in the Chicago and New York offices of Quinn Emanuel Urquhart & Sullivan LLP, and counsel for Defendant Charter Communications, Inc. ("Charter") in this matter. I submit this declaration in support of Charter's Motion to Compel Discovery. I make this declaration of my own personal knowledge and, if called to testify, I could and would competently testify hereto under oath.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the transcript of the February 23, 2021 hearing in front of Judge Hegarty and the Special Master.

3. Attached hereto as **Exhibit B** is a true and correct copy of an email chain between counsel for RIAA and counsel for the Defendant, dated March 26, 2021.

4. Attached hereto as **Exhibit C** is a true and correct copy of RIAA's Second Supplemental Privilege Log, dated March 26, 2021.

5. Attached hereto as **Exhibit D** is a true and correct copy of Plaintiffs' Rule 26(a)(1) Disclosures, dated June 6, 2019.

6. Attached hereto as **Exhibit E** is a true and correct copy of excerpts from the transcript of the March 8, 2021 hearing in front of the Special Master.

7. Attached hereto as **Exhibit F** is a true and correct copy of a document Bates-stamped PL_CH_0083044, produced by Plaintiffs in this action.

8. Attached hereto as **Exhibit G** is a true and correct copy of an email chain between counsel for RIAA and counsel for the Defendant, dated April 9, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 9, 2021.

_____
Andrew Schapiro