# EXHIBIT C

Recording Industry Association of America's Supplemental Privilege Log     *Warner Records, Inc. et al. v. Charter Communications, Inc.*     Case No. 1:19-cv-00874-RBJ-MEH
March 26, 2021

| No. | Nov. 25 No. | Date | Privilege or Protection | Author | To | CC | Subject / Title | Description |
|-----|-------------|------|-------------------------|--------|-----|-----|-----------------|-------------|
| | | | | | | | | |

CONFIDENTIAL

Recording Industry Association of America's Supplemental Privilege Log   *Warner Records, Inc. et al. v. Charter Communications, Inc.*   Case No. 1:19-cv-00874-RBJ-MEH
March 26, 2021

| No. | Nov. 25 No. | Date | Privilege or Protection | Author | To | CC | Subject / Title | Description |
|-----|-----|------|------|------|------|------|------|------|
| | | | | | | | | |

CONFIDENTIAL

Recording Industry Association of America's Supplemental Privilege Log   *Warner Records, Inc. et al. v. Charter Communications, Inc.*   Case No. 1:19-cv-00874-RBJ-MEH
March 26, 2021

| No. | Nov. 25 No. | Date | Privilege or Protection | Author | To | CC | Subject / Title | Description |
|-----|-------------|------|-------------------------|--------|-----|-----|-----------------|-------------|
| | | | | | | | | |

CONFIDENTIAL

Recording Industry Association of America's Supplemental Privilege Log     *Warner Records, Inc. et al. v. Charter Communications, Inc.*                    Case No. 1:19-cv-00874-RBJ-MEH
March 26, 2021

| No. | Nov. 25 No. | Date | Privilege or Protection | Author | To | CC | Subject / Title | Description |
|-----|-------------|------|-------------------------|--------|-----|-----|-----------------|-------------|
| | | | | | | | | |

CONFIDENTIAL

Recording Industry Association of America's Supplemental Privilege Log   *Warner Records, Inc. et al. v. Charter Communications, Inc.*   Case No. 1:19-cv-00874-RBJ-MEH
March 26, 2021

| No. | Nov. 25 No. | Date | Privilege or Protection | Author | To | CC | Subject / Title | Description |
|-----|-------------|------|-------------------------|--------|-----|-----|-----------------|-------------|
|     |             |      |                         |        |     |     |                 |             |

CONFIDENTIAL

Recording Industry Association of America's Supplemental Privilege Log    *Warner Records, Inc. et al. v. Charter Communications, Inc.*                    Case No. 1:19-cv-00874-RBJ-MEH
March 26, 2021

| No. | Nov. 25 No. | Date | Privilege or Protection | Author | To | CC | Subject / Title | Description |
|-----|-----|------|------|------|------|------|------|------|
|     |     |      |      |      |      |      |      |      |

CONFIDENTIAL

Recording Industry Association of America's Supplemental Privilege Log     *Warner Records, Inc. et al. v. Charter Communications, Inc.*     Case No. 1:19-cv-00874-RBJ-MEH

March 26, 2021

| No. | Nov. 25 No. | Date | Privilege or Protection | Author | To | CC | Subject / Title | Description |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |

CONFIDENTIAL

Recording Industry Association of America's Supplemental Privilege Log    *Warner Records, Inc. et al. v. Charter Communications, Inc.*    Case No. 1:19-cv-00874-RBJ-MEH
March 26, 2021

| No. | Nov. 25 No. | Date | Privilege or Protection | Author | To | CC | Subject / Title | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

CONFIDENTIAL

Recording Industry Association of America's Supplemental Privilege Log    *Warner Records, Inc. et al. v. Charter Communications, Inc.*    Case No. 1:19-cv-00874-RBJ-MEH
March 26, 2021

| No. | Nov. 25 No. | Date | Privilege or Protection | Author | To | CC | Subject / Title | Description |
|-----|-------------|------|-------------------------|--------|-----|-----|-----------------|-------------|
|     |             |      |                         |        |     |     |                 |             |

CONFIDENTIAL

Recording Industry Association of America's Supplemental Privilege Log     *Warner Records, Inc. et al. v. Charter Communications, Inc.*     Case No. 1:19-cv-00874-RBJ-MEH
March 26, 2021

| No. | Nov. 25 No. | Date | Privilege or Protection | Author | To | CC | Subject / Title | Description |
|-----|-------------|------|-------------------------|--------|-----|-----|-----------------|-------------|
| | | | | | | | | |

CONFIDENTIAL

Recording Industry Association of America's Supplemental Privilege Log     *Warner Records, Inc. et al. v. Charter Communications, Inc.*                    Case No. 1:19-cv-00874-RBJ-MEH
March 26, 2021

| No. | Nov. 25 No | Date | Privilege or Protection | Author | To | CC | Subject / Title | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

CONFIDENTIAL

Recording Industry Association of America's Supplemental Privilege Log     *Warner Records, Inc. et al. v. Charter Communications, Inc.*     Case No. 1:19-cv-00874-RBJ-MEH
March 26, 2021

| No. | Nov. 25 No. | Date | Privilege or Protection | Author | To | CC | Subject / Title | Description |
|-----|-------------|------|-------------------------|--------|-----|-----|-----------------|-------------|

CONFIDENTIAL

Recording Industry Association of America's Supplemental Privilege Log   *Warner Records, Inc. et al. v. Charter Communications, Inc.*   Case No. 1:19-cv-00874-RBJ-MEH
March 26, 2021

| No. | Nov. 25 No. | Date | Privilege or Protection | Author | To | CC | Subject / Title | Description |
|-----|-------------|------|-------------------------|--------|-----|-----|-----------------|-------------|

CONFIDENTIAL

Recording Industry Association of America's Supplemental Privilege Log    *Warner Records, Inc. et al. v. Charter Communications, Inc.*    Case No. 1:19-cv-00874-RBJ-MEH
March 26, 2021

| No. | Nov. 25 No. | Date | Privilege or Protection | Author | To | CC | Subject / Title | Description |
|-----|-------------|------|-------------------------|--------|-----|-----|-----------------|-------------|
| | | | | | | | | |

CONFIDENTIAL

Recording Industry Association of America's Supplemental Privilege Log   *Warner Records, Inc. et al. v. Charter Communications, Inc.*   Case No. 1:19-cv-00874-RBJ-MEH
March 26, 2021

| No. | Nov. 25 No. | Date | Privilege or Protection | Author | To | CC | Subject / Title | Description |
|-----|-------------|------|-------------------------|--------|-----|-----|-----------------|-------------|
| | | | | | | | | |

CONFIDENTIAL

Recording Industry Association of America's Supplemental Privilege Log   *Warner Records, Inc. et al. v. Charter Communications, Inc.*   Case No. 1:19-cv-00874-RBJ-MEH
March 26, 2021

| No. | Nov. 25 No. | Date | Privilege or Protection | Author | To | CC | Subject / Title | Description |
|-----|-------------|------|-------------------------|--------|-----|-----|-----------------|-------------|
|     |             |      |                         |        |     |     |                 |             |

CONFIDENTIAL

Recording Industry Association of America's Supplemental Privilege Log     *Warner Records, Inc. et al. v. Charter Communications, Inc.*     Case No. 1:19-cv-00874-RBJ-MEH
March 26, 2021

| No. | Nov. 25 No. | Date | Privilege or Protection | Author | To | CC | Subject / Title | Description |
|-----|------|------|-------------------------|--------|-----|-----|-----------------|-------------|
| | | | | | | | | |

CONFIDENTIAL

Recording Industry Association of America's Supplemental Privilege Log   *Warner Records, Inc. et al. v. Charter Communications, Inc.*   Case No. 1:19-cv-00874-RBJ-MEH
March 26, 2021

| No. | Nov. 25 No. | Date | Privilege or Protection | Author | To | CC | Subject / Title | Description |
|-----|-------------|------|-------------------------|--------|-----|-----|-----------------|-------------|

CONFIDENTIAL

Recording Industry Association of America's Supplemental Privilege Log      *Warner Records, Inc. et al. v. Charter Communications, Inc.*                      Case No. 1:19-cv-00874-RBJ-MEH
March 26, 2021

| No. | Nov. 25 No | Date | Privilege or Protection | Author | To | CC | Subject / Title | Description |
|-----|-----|------|------------------------|--------|-----|-----|-----------------|-------------|
| | | | | | | | | |

CONFIDENTIAL

Recording Industry Association of America's Supplemental Privilege Log    *Warner Records, Inc. et al. v. Charter Communications, Inc.*    Case No. 1:19-cv-00874-RBJ-MEH
March 26, 2021

| No. | Nov. 25 No. | Date | Privilege or Protection | Author | To | CC | Subject / Title | Description |
|-----|-------------|------|-------------------------|--------|-----|-----|-----------------|-------------|
| | | | | | | | | |

CONFIDENTIAL

Recording Industry Association of America's Supplemental Privilege Log   *Warner Records, Inc. et al. v. Charter Communications, Inc.*   Case No. 1:19-cv-00874-RBJ-MEH
March 26, 2021

| No. | Nov. 25 No. | Date | Privilege or Protection | Author | To | CC | Subject / Title | Description |
|---|---|---|---|---|---|---|---|---|

CONFIDENTIAL