# EXHIBIT G

| | |
|---|---|
| **From:** | Dylan Scher |
| **Sent:** | Friday, April 9, 2021 8:11 PM |
| **To:** | Jeff Gould; Ehlers, J. Hardy; Alex Kaplan; Hill, Phil; Matt Oppenheim; Scott Zebrak; Andrew Guerra; Kellyn Goler; Jia Ryu; Corey Miller; 'Janette Ferguson'; Sperling, Jonathan; Fields, Michael; Picker, Joshua B; 'bleoni@lewisbess.com'; 'Ranahan, Erin'; 'Golinveaux, Jennifer'; 'Elkin, Michael'; Anderson, Sean R.; 'Alvarez, Cesie'; 'Skopec, Allison'; 'Jtanner@fwlaw.com'; 'cjoyce@fwlaw.com'; 'Brody, Michael'; Benjamin, Brittany; mkamin@cov.com; Dennis, Sara J; 'Rosenthal, John'; Sahni, Neema T |
| **Cc:** | Charter-Copyright-QE |
| **Subject:** | RE: Warner Records Inc. et al. v. Charter Communications, Inc. |

Jeff,

Thank you, but it appears we are at an impasse on scheduling.  Your proposed schedule does not expedite the opposition brief at all, it only eliminates a reply.  Given that O+Z represents Plaintiffs and RIAA, we don't believe coordination within the same law firm justifies an extended schedule.  We also do not agree to eliminate the reply because we believe the reply brief largely benefits the Court, in that it allows us to address your arguments and case law before oral argument (potentially narrowing the disputes).  We will therefore submit our proposed schedule and include your counter-proposal in our L.R. 7-1 certification.

Last, we want to correct your inaccurate statement that Charter has been working on the motion "for months."  As you are aware, we had to follow up with you numerous times in March regarding RIAA's supplemental privilege log, which we only received two weeks ago, on March 26.  We engaged in a meet and confer with you throughout March in an attempt to resolve these issues without motion practice, including as recently as March 26.  Further, it was our hope that O+Z would follow the guidance of the Court at the February 23 discovery conference and agree to log its documents on Plaintiffs' privilege log without further Court intervention.  Since you have refused that as well, without reasonable explanation, we have no choice but to file a motion to compel.  We believe expedited briefing is warranted so the depositions of RIAA and Ms. Sheckler are not further delayed by these disputes.

Best,
Dylan

---

**From:** Jeff Gould [mailto:Jeff@oandzlaw.com]
**Sent:** Friday, April 9, 2021 10:47 AM
**To:** Dylan Scher <dylanscher@quinnemanuel.com>; Ehlers, J. Hardy <jehlers@cov.com>; Alex Kaplan <alex@oandzlaw.com>; Hill, Phil <pahill@cov.com>; Matt Oppenheim <Matt@oandzlaw.com>; Scott Zebrak <Scott@oandzlaw.com>; Andrew Guerra <Andrew@oandzlaw.com>; Kellyn Goler <Kellyn@oandzlaw.com>; Jia Ryu <Jia@oandzlaw.com>; Corey Miller <Corey@oandzlaw.com>; 'Janette Ferguson' <jferguson@lewisbess.com>; Sperling, Jonathan <jsperling@cov.com>; Fields, Michael <mfields@cov.com>; Picker, Joshua B <jpicker@cov.com>; 'bleoni@lewisbess.com' <bleoni@lewisbess.com>; 'Ranahan, Erin' <ERanahan@winston.com>; 'Golinveaux, Jennifer' <JGolinveaux@winston.com>; 'Elkin, Michael' <MElkin@winston.com>; Anderson, Sean R. <sranderson@winston.com>; 'Alvarez, Cesie' <CAlvarez@winston.com>; 'Skopec, Allison' <ASkopec@winston.com>; 'Jtanner@fwlaw.com' <Jtanner@fwlaw.com>; 'cjoyce@fwlaw.com' <cjoyce@fwlaw.com>; 'Brody, Michael' <MBrody@winston.com>; Benjamin, Brittany <bbenjamin@cov.com>; mkamin@cov.com; Dennis, Sara J <sdennis@cov.com>; 'Rosenthal, John' <JRosenthal@winston.com>; Sahni, Neema T <nsahni@cov.com>
**Cc:** Charter-Copyright-QE <charter-copyright-qe@quinnemanuel.com>
**Subject:** Re: Warner Records Inc. et al. v. Charter Communications, Inc.

**[EXTERNAL EMAIL]**

Dylan – Charter has been working on this motion for months, implicating multiple parties, non-party RIAA and O+Z.  As we indicated to Judge Hegarty yesterday, we will need the time provided for by the rules to brief the issues and coordinate with Plaintiffs and RIAA, particularly given the multiple and lengthy prior records and rulings on these issues.  Given Charter's goal of expediency and Judge Hegarty's familiarity with the issues, Charter should forego a reply.  We therefore propose the following

- Opening brief:         Fri., April 9
- Opposition brief:     Fri., April 30
- No reply

Please let us know Charter's position.  If you intend to file your motion without further conferral on the schedule, please include this email in your request.

Jeffrey M. Gould
**Oppenheim + Zebrak, LLP**
202.851.4526 (direct)
jeff@oandzlaw.com

---

**From:** Dylan Scher <dylanscher@quinnemanuel.com>
**Date:** Wednesday, April 7, 2021 at 8:34 PM
**To:** "Ehlers, J. Hardy" <jehlers@cov.com>, Alex Kaplan <alex@oandzlaw.com>, "Hill, Phil" <pahill@cov.com>, Jeff Gould <Jeff@oandzlaw.com>, Matt Oppenheim <Matt@oandzlaw.com>, Scott Zebrak <Scott@oandzlaw.com>, Andrew Guerra <Andrew@oandzlaw.com>, Kellyn Goler <Kellyn@oandzlaw.com>, Jia Ryu <Jia@oandzlaw.com>, Corey Miller <Corey@oandzlaw.com>, 'Janette Ferguson' <jferguson@lewisbess.com>, "Sperling, Jonathan" <jsperling@cov.com>, "Fields, Michael" <mfields@cov.com>, "Picker, Joshua B" <jpicker@cov.com>, "'bleoni@lewisbess.com'" <bleoni@lewisbess.com>, "'Ranahan, Erin'" <ERanahan@winston.com>, "'Golinveaux, Jennifer'" <JGolinveaux@winston.com>, "'Elkin, Michael'" <MElkin@winston.com>, "Anderson, Sean R." <sranderson@winston.com>, "'Alvarez, Cesie'" <CAlvarez@winston.com>, "'Skopec, Allison'" <ASkopec@winston.com>, "'Jtanner@fwlaw.com'" <Jtanner@fwlaw.com>, "'cjoyce@fwlaw.com'" <cjoyce@fwlaw.com>, "'Brody, Michael'" <MBrody@winston.com>, "Benjamin, Brittany" <bbenjamin@cov.com>, "mkamin@cov.com" <mkamin@cov.com>, "Dennis, Sara J" <sdennis@cov.com>, "'Rosenthal, John'" <JRosenthal@winston.com>, "Sahni, Neema T" <nsahni@cov.com>
**Cc:** Charter-Copyright-QE <charter-copyright-qe@quinnemanuel.com>
**Subject:** Warner Records Inc. et al. v. Charter Communications, Inc.

Counsel,

Pursuant to Judge Hegarty's direction at today's hearing, below please find a briefing schedule for Charter's motion to compel RIAA's production of communications with MarkMonitor about the 2016 RIAA/MarkMonitor Project, and Oppenheim + Zebrick's external communications about the Project:

- Opening brief:         Fri., April 9
- Opposition brief:      Fri., April 16
- Reply brief:           Wed., April 21

Please let us know if RIAA/O+Z will stipulate to this schedule.

Best,
Dylan

**Dylan Scher**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7492 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
dylanscher@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.