IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-RBJ-MEH

WARNER RECORDS, INC., *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 19, 2021.**

    Pursuant to D.C.Colo.LCivR 7.2, Defendant's Unopposed Motion to Restrict [filed April 12, 2021; ECF 441] is **granted**. The Clerk of the Court is directed to maintain under Level 1 Restriction the filing at ECF 425 (which is Plaintiff's Objection to the Special Master's March 16, 2021 Order) and the filing's two attachments, ECF 425-5 and 425-6, until further order of the Court.

    The Court notes that a redacted version of that same filing is found at ECF 424.