# Exhibit 1

1

```
1            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLORADO
2
     Case No. 19-cv-874-RBJ-MEH
3    _____

4    WARNER RECORDS, INC., et al.,

5         Plaintiffs,

6    vs.

7    CHARTER COMMUNICATIONS, INC.,

8         Defendant.
     _____
9

10        Proceedings before MICHAEL E. HEGARTY, United

11   States Magistrate Judge, United States District Court for the

12   District of Colorado, commencing at 1:02 p.m., March 18,

13   2021, in the United States Courthouse, Denver, Colorado.

14   _____

15   WHEREUPON, THE ELECTRONICALLY RECORDED PROCEEDINGS ARE HEREIN
     TYPOGRAPHICALLY TRANSCRIBED. . .
16   _____

17                          APPEARANCES

18        JONATHAN M. SPERLING and co-counsel, attorneys at

19   Law, appearing for the Plaintiffs.

20        ANDREW H. SCHAPIRO and co-counsel, Attorneys at

21   Law, appearing for the Defendant.

22   _____

23                        ORAL ARGUMENTS

24

25
```

1   in February, those hashes were identified in January.

2            THE COURT:  Okay.  So I'm --

3            MR. SCHAPIRO:  And, Your Honor --

4            THE COURT:  I've got enough on that.

5            MS. BREWER:  It's shifting sands --

6            THE COURT:  I no, I'm not going to require any

7   further action with regard to that one.

8            Do we need to address the defendant's alleged

9   privilege document?  The five lines, I guess?  Do we need to

10  address that?

11           MR. SCHAPIRO:  Your Honor as to which I would want

12  Ms. Halwass to be --

13           THE COURT:  Oh, sorry, okay.

14           MR. SCHAPIRO:  -- available

15           THE COURT:  That's fine.  I'm available tomorrow,

16  by the way.  Right?

17           MR. SPERLING:  That's fine for us, Your Honor.

18           And again, the five lines is not the issue.  We

19  don't have a problem with the assertion of privilege over the

20  five lines.  It's the sort of, you know, expansive assertion

21  of a cloak over the entirety of a spreadsheet.  Just reams

22  and reams of just data, raw, factual information, and an

23  e-mail chain that they didn't think was privileged at the

24  time that they produced or even when we asked them to provide

25  the spreadsheet, it was attached to it.

110

1           TRANSCRIBER'S CERTIFICATION

2    I certify that the foregoing is a correct transcript to the

3    best of my ability to hear and understand the audio recording

4    and based on the quality of the audio recording from the

5    above-entitled matter.

6

7    /s/ Dyann Labo                    March 22, 2021

8    Signature of Transcriber          Date

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25