IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-RBJ-MEH

WARNER RECORDS, INC., *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 23, 2021.**

    Pursuant to the parties' emailed request, oral argument set on Defendant's Motion to Compel (ECF 438) on Thursday, April 29, 2021 at 3:30 p.m**.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado, is **rescheduled** to **9:30 a.m**. on that same morning. (**Time Change Only**).