IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 19-cv-874-RBJ-MEH | Date: | April 26, 2021 |
| Courtroom Deputy: | Christopher Thompson | FTR: | A 501* |

| *Parties:* | *Counsel:* |
|---|---|
| WARNER RECORDS INC, et al., | Jonathan Sperling & Co-Counsel |
| Plaintiff, | |
| v. | |
| CHARTER COMMUNICATIONS, INC., | Andrew Schapiro & Co-Counsel |
| Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**
**DISCOVERY CONFERENCE**

**Court in session:**     3:21 p.m.

Court calls case.   Appearances of counsel by video teleconference.

Discussion held regarding the parties' discovery dispute pertaining to privileged documents with the Court's rulings made on the record.

**Court in recess:**     **3:53 p.m.**          Hearing concluded.
Total in-court time:   00:32

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.