# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| WARNER RECORDS INC. (f/k/a/ Warner Bros. Records, Inc.), *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>*Defendant*. | Case No. 19-cv-00874-RBJ-MEH<br><br>**<u>DECLARATION OF ANDREW SCHAPIRO IN SUPPORT OF CHARTER COMMUNICATIONS, INC.'S MOTION TO COMPEL</u>** |

I, Andrew Schapiro, hereby declare:

1. I am a partner in the Chicago and New York offices of Quinn Emanuel Urquhart & Sullivan LLP, and counsel for Defendant Charter Communications, Inc. ("Charter") in this matter. I submit this declaration in support of Charter's Reply in Support of its Motion to Compel Discovery. I make this declaration of my own personal knowledge and, if called to testify, I could and would competently testify hereto under oath.

2. Attached hereto as **Exhibit H** is a true and correct copy of excerpts from the transcript of the March 8, 2021 hearing in front of the Special Master.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 26, 2021.

*/s/ Andrew Schapiro*
Andrew Schapiro