# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-RBJ-MEH
_____

WARNER BROS. RECORDS INC., et al.,

    Plaintiffs,

vs.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

_____

WEBEX/TELEPHONIC HEARING

March 8, 2021
_____

    This WebEx/telephonic hearing was taken before Special Master Regina Rodriguez on March 8, 2021, at 12:01 p.m. Mountain Standard Time before K. Michelle Dittmer, Registered Professional Reporter and Notary Public within the state of Colorado.

(The reporter, K. Michelle Dittmer, appearing remotely via telephone)

```
 1    A P P E A R A N C E S
 2    ON BEHALF OF THE PLAINTIFF WARNER BROS. RECORDS INC.:
 3              MATTHEW J. OPPENHEIM, ESQ.
                JEFFREY M. GOULD, ESQ.
 4              ALEXANDER KAPLAN, ESQ.
                Oppenheim & Zebrak LLP
 5              4530 Wisconsin Avenue N.W.
                5th Floor
 6              Washington, DC 20016
                Phone: 202-480-2999
 7              Email: matt@oandzlaw.com
                Email: jeff@oandzlaw.com
 8              Email: alex@oandzlaw.com
                (appeared via WebEx)
 9
10
      ON BEHALF OF THE DEFENDANT:
11
                ANDREW H. SCHAPIRO, ESQ.
12              Quinn Emanuel Urquhart & Sullivan, LLP
                191 N. Wacker Drive, Suite 2700
13              Chicago, Illinois 60606
                Phone: 312-705-7403
14              Email: andrewschapiro@quinnemanuel.com
                (appeared via WebEx)
15
                LINDA J. BREWER, ESQ.
16              Quinn Emanuel Urquhart & Sullivan, LLP
                50 California Street, 22nd Floor
17              San Francisco, California 94111
                Phone: 415-875-6403
18              Email: lindabrewer@quinnemanuel.com
                (appeared via WebEx)
19
                TODD ANTEN, ESQ.
20              Quinn Emanuel Urquhart & Sullivan, LLP
                51 Madison Avenue, 22nd Floor
21              New York, New York 10010
                Phone: 212-849-7192
22              Email: toddanten@quinnemanuel.com
                (appeared via WebEx)
23
24
25
```

```
 1   ON BEHALF OF THE DEFENDANT: (Continued)
 2              JENNIFER ANN GOLINVEAUX, ESQ.
                Winston & Strawn, LLP
 3              101 California Street
                Suite 3400
 4              San Francisco, California 94111-5802
                Phone: 415-591-1506
 5              Email: jgolinveaux@winston.com
                (appeared via WebEx)
 6
                JOHN M. TANNER, ESQ.
 7              Fairfield and Woods P.C.
                1801 California Street, Suite 2600
 8              Denver, Colorado 80202
                Phone: 303-894-4495
 9              Email: jtanner@fwlaw.com
10
     ON BEHALF OF RIAA:
11
                JEFFREY M. GOULD, ESQ.
12              Oppenheim & Zebrak LLP
                4530 Wisconsin Avenue N.W.
13              5th Floor
                Washington, DC 20016
14              Phone: 202-480-2999
                Email: jeff@oandzlaw.com
15              (appeared via WebEx)
16
17
18
19
20
21
22
23
24
25
```

```
 1                SPECIAL MASTER RODRIGUEZ:  Okay.  Math --
 2   if I could do math, I wouldn't be a lawyer.  All right.
 3                MR. SCHAPIRO:  All right.  We'll --
 4                SPECIAL MASTER RODRIGUEZ:  Does that work
 5   for you, Mr. Gould?
 6                All right.  Let's do that.  We'll come
 7   back 12:55.
 8                MR. SCHAPIRO:  Okay.  Should we just mute
 9   and turn off cameras, to keep the line live?  Okay.
10                SPECIAL MASTER RODRIGUEZ:  Yeah, we'll
11   keep it live.  Thanks.
12                (Recess taken from 12:44 p.m. until
13   12:57 p.m.)
14                SPECIAL MASTER RODRIGUEZ:  Okay.  Are we
15   all back?  We're missing Mr. Schapiro.
16                MR. SCHAPIRO:  I'm back.  Sorry.
17                SPECIAL MASTER RODRIGUEZ:  All right.
18   Great.
19                Mr. Oppenheim, Mr. Gould?  Okay.
20                MR. SCHAPIRO:  All right.  So here's what
21   we've got.  I'll try and read it slowly.
22                SPECIAL MASTER RODRIGUEZ:  Okay.
23                MR. SCHAPIRO:  Actually, let me see where
24   it would come in.
25                So -- so where originally it said
```

```
 1    "relating to this litigation," instead we would say,
 2    "relating to the 2016 RIAA/MarkMonitor project and its
 3    implementation and results, and any follow-on
 4    coordination or communications related to the files and
 5    evidence of direct infringement at issue in this case."
 6              SPECIAL MASTER RODRIGUEZ:  Okay.  Do you
 7    have that, Mr. Gould?
 8              MR. GOULD:  No.  I mean, I heard him say
 9    it.  I -- I didn't get it down as he was saying it.  I
10    was listening.
11              MR. SCHAPIRO:  I'll say it again, but I'll
12    say it faster this time.
13              MR. GOULD:  All right.  Let me put you on
14    mute so you don't hear my clicking, and I'll try to type
15    as fast as I can.
16              MR. SCHAPIRO:  Okay.  So where the
17    original one said -- at the end, the original one said
18    "relating to this litigation."  In place of that, this
19    would say, "relating to the 2016 RIAA/MarkMonitor project
20    and its implementation and results, and any follow-on
21    communications or coordination related to the files and
22    evidence of direct infringement at issue in this case."
23              MR. GOULD:  So, number one, that's
24    substantially broader than the hash download project.
25    That's everything about the files and evidence of direct
```

```
 1   infringement of the case, so this is not what we
 2   discussed earlier.
 3               And we find the whole topic objectionable
 4   for the reasons I've previously explained.
 5               MR. SCHAPIRO:  So I guess what I would
 6   say, if it -- if what Mr. Gould is telling us is that
 7   there is evidence relating to the files and -- excuse me,
 8   that's there's discovery relating to the files and
 9   evidence of direct infringement at issue in this case
10   which goes beyond the -- which is more than the hash
11   report, then we're certainly interested in that and
12   we're -- I think we're likely to have some follow-up
13   discovery along those lines and --
14               MR. GOULD:  That's not at all what I said,
15   actually.  We had a previous discussion before the break
16   that Ms. Rodriguez was inclined to limit this topic,
17   which we find objectionable in total, to the hash
18   download project.  Now Mr. Schapiro has come back and
19   asked for something substantially broader.
20               When I pointed out that that's more than
21   we discussed, that is not at all an admission or
22   confession that something exists or doesn't exist.  It's
23   simply that it's not what we discussed.
24               MR. SCHAPIRO:  I understand.
25               So here's what we're trying to capture in
```

```
 1   this, and I think it does it.  So whether we call it the
 2   hash project or the 2016 project or whatever we might
 3   call it, the project and its implementations and results.
 4              And so this is, you know, for -- for
 5   avoidance of doubt, I would assume normally, you know,
 6   communications about the 2016 project and its
 7   implementation and results, which we did, what I have as
 8   that latter part, you know, the files and evidence of
 9   direct infringement at issue in this case.
10              That is a belt and suspenders to make sure
11   that there's not a -- a problem with the definition that
12   somehow allows an unduly narrow view of what the results
13   or implementation or success of that project was.
14              So if -- I think that should be apparent,
15   and I'll say on the record that that's all we're seeking
16   with regards to that.
17              SPECIAL MASTER RODRIGUEZ:  Okay.  All
18   right.  Well, so I think what we would do is put a period
19   at the end of that sentence, so it would be:  Relating to
20   the 2016 hash project -- sorry -- relating to the 2016
21   RIAA/MarkMonitor project and its implementation and
22   results, period.
23              And the time period would be through
24   March 23, 2019.
25              MR. OPPENHEIM:  Can I ask a quick
```

WebEx/Telephonic Hearing
March 8, 2021

Page 49

```
 1                    REPORTER'S CERTIFICATE
 2
 3         I, K. MICHELLE DITTMER, Registered Professional
 4    Reporter and Notary Public, State of Colorado, do hereby
 5    certify that the said hearing was taken in machine
 6    shorthand by me at the time and place aforesaid and was
 7    thereafter reduced to typewritten form; that the
 8    foregoing is a true transcript of the proceedings had.  I
 9    further certify that I am not employed by, related to,
10    nor counsel for any of the parties herein, nor otherwise
11    interested in the outcome of this litigation.
12              IN WITNESS WHEREOF, I have affixed my signature
13    this 31st day of March, 2021.
14              My commission expires April 15, 2024.
15
16              _____
                             K. MICHELLE DITTMER
17                      Registered Professional Reporter
                             Wilson & Associates, LLC
18
19
20
21
22
23
24
25
```