IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-RBJ-MEH

WARNER RECORDS, INC., *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

---

### MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 28, 2021.**

    Pursuant to D.C.Colo.LCivR 7.2 and for good cause shown, Plaintiff's and RIAA's Unopposed Motion to Restrict [filed April 21, 2021; ECF 450] is **granted**.

    The Clerk of the Court is directed to maintain under Level 1 Restriction the filing at ECF 438 until further order of the Court. (A redacted version of that same filing is found at ECF 437.)

    In addition, the Clerk of the Court is directed to maintain under Level 1 Restriction the filing at ECF 449 until further order of the Court. (A redacted version of that same filing is found at ECF 448.)