**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:19-cv-00874-RBJ-MEH

**WARNER RECORDS INC., et al.**

    Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.**

    Defendant.

---

**NOTICE OF ENTRY OF APPEARANCE – J. HARDY EHLERS**

---

    J. Hardy Ehlers of Covington & Burling LLP, who certifies that he is a member in good standing of the bar of the United States District Court for the District of Colorado, hereby enters his appearance on behalf of Plaintiffs in the above referenced matter.

    Respectfully submitted this 28th day of April, 2021.

    */s/ J. Hardy Ehlers*
    Mitchell A. Kamin
    Neema T. Sahni
    J. Hardy Ehlers
    COVINGTON & BURLING LLP
    1999 Avenue of the Stars, Suite 3500
    Los Angeles, CA 90067-4643
    Telephone: (424) 332-4800
    mkamin@cov.com
    nsahni@cov.com
    jehlers@cov.com

Jonathan M. Sperling
Phil Hill
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com


Matthew J. Oppenheim
Scott A. Zebrak
Jeffrey M. Gould
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Floor
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
scott@oandzlaw.com
jeff@oandzlaw.com


Janette L. Ferguson, Esq.
WILLIAMS WEESE PEPPLE & FERGUSON
1801 California Street, Suite 3400
Denver, CO 80202
Telephone: (303) 861-2828
Facsimile: (303) 861-4017
jferguson@williamsweese.com


*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of April, 2021, a true and correct copy of the foregoing was filed with the Clerk of the Court and served electronically on all parties via the CM/ECF system.

*/s/ J. Hardy Ehlers*
J. Hardy Ehlers