IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 19-cv-874-RBJ-MEH | Date: | April 29, 2021 |
| Courtroom Deputy: | Christopher Thompson | FTR: | Courtroom A 501* |

_Parties:_                                         _Counsel:_

WARNER RECORDS INC, at al.,                Jeff Gould & Co-Counsel

    Plaintiff,

v.

CHARTER COMMUNICATIONS, INC.,         Andrew Shapiro & Co-counsel

    Defendant.

---

**COURTROOM MINUTES**
**MOTION HEARING**

---

**Court in session:**    **9:35 a.m.**

Court calls case.  Appearances of counsel by video teleconference.

This matter is before the Court regarding [ECF 437] _Motion to Compel Discovery_ filed by the Defendant on April 9, 2021 (unredacted version found at [ECF 438] Restricted Document).

For the reasons set forth on the record, **the Court will not enter a ruling on the record today**. The Court will confer on the issue with Presiding Judge Jackson after receiving the materials from the Plaintiff, as stated on the record, and rule on the motion on a later date.

Discussion held regarding depositions occurring next week which the parties agree to submit 2-page briefs on their issues by **Monday, May 3, 2021, by 1:00 p.m. MST**, as stated on the record.

**Court in recess:**    **10:44 a.m.**    Hearing concluded.
Total in-court time:    01:09

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.