**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

WARNER RECORDS INC. (f/k/a/ Warner Bros. Records, Inc.), *et al*.,

        *Plaintiffs*,

v.

CHARTER COMMUNICATIONS, INC.

        *Defendant*.

Case No. 19-cv-00874-RBJ-MEH

**NOTICE OF APPEARANCE**

Jessica Rose of Quinn Emanuel Urquhart & Sullivan, LLP enters her appearance on behalf of Defendant Charter Communications, Inc. in the above-entitled action and requests that all notices, papers, and documents in connection with this matter be served upon her.

Dated: April 30, 2021

Respectfully submitted,

| | |
|---|---|
| Jennifer A. Golinveaux<br>WINSTON & STRAWN LLP<br>101 California Street, 35th Floor<br>San Francisco, CA 94111<br>(415) 591-1506 (telephone)<br>(415) 591-1400 (facsimile)<br>Email: jgolinveaux@winston.com<br><br>Michael S. Elkin<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166<br>(212) 294-6700 (telephone)<br>(212) 294-4700 (facsimile)<br>Email: melkin@winston.com<br><br>Erin R. Ranahan<br>WINSTON & STRAWN LLP<br>333 S. Grand Avenue, 38th Floor<br>Los Angeles, CA 90071<br>(213) 615-1933 (telephone)<br>(213) 615-1750 (facsimile) | */s/ Jessica Rose*<br>Jessica Rose<br>Katy Akopjan<br>Todd Anten<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>51 Madison Avenue, 22nd floor<br>New York, NY 10010<br>(212) 849-7000 (telephone)<br>(212) 849-7100 (facsimile)<br>Email: toddanten@quinnemanuel.com<br>Email: jessicarose@quinnemanuel.com<br>Email: katyakopjan@quinnemanuel.com<br><br>Andrew H. Schapiro<br>Nathan A. Hamstra<br>Allison Huebert<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>(312) 705-7400 (telephone) |

Email: eranahan@winston.com

Craig D. Joyce
Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, CO 80202
(303) 830-2400 (telephone)
(303) 830-1033 (facsimile)
Email: cjoyce@fwlaw.com

(312) 705-7401 (facsimile)
Email: andrewschapiro@quinnemanuel.com
Email: nathanhamstra@quinnemanuel.com
Email: allisonhuebert@quinnemanuel.com

Charles K. Verhoeven
David Eiseman
Linda Brewer
Grace E. Chang
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600 (telephone)
(415) 875-6700 (facsimile)
Email: charlesverhoeven@quinnemanuel.com
Email: davideiseman@quinnemanuel.com
Email: lindabrewer@quinnemanuel.com
Email: graciechang@quinnemanuel.com
*Counsel for Defendant
Charter Communications, Inc.*