**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| WARNER RECORDS INC. (f/k/a/ Warner Bros. Records, Inc.), *et al*., <br><br> *Plaintiffs*, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC. <br><br> *Defendant*. | Case No. 19-cv-00874-RBJ-MEH |

## NOTICE OF APPEARANCE

D. Seth Fortenbery of Quinn Emanuel Urquhart & Sullivan, LLP enters his appearance on behalf of Defendant Charter Communications, Inc. in the above-entitled action and requests that all notices, papers, and documents in connection with this matter be served upon him.

Dated: April 30, 2021                                      Respectfully submitted,

| | |
|---|---|
| Jennifer A. Golinveaux <br> WINSTON & STRAWN LLP <br> 101 California Street, 35th Floor <br> San Francisco, CA 94111 <br> (415) 591-1506 (telephone) <br> (415) 591-1400 (facsimile) <br> Email: jgolinveaux@winston.com <br><br> Michael S. Elkin <br> WINSTON & STRAWN LLP <br> 200 Park Avenue <br> New York, NY 10166 <br> (212) 294-6700 (telephone) <br> (212) 294-4700 (facsimile) <br> Email: melkin@winston.com <br><br> Erin R. Ranahan <br> WINSTON & STRAWN LLP <br> 333 S. Grand Avenue, 38th Floor <br> Los Angeles, CA 90071 <br> (213) 615-1933 (telephone) <br> (213) 615-1750 (facsimile) | */s/ D. Seth Fortenbery* <br> D. Seth Fortenbery <br> Jessica Rose <br> Katy Akopjan <br> Todd Anten <br> QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> 51 Madison Avenue, 22nd floor <br> New York, NY 10010 <br> (212) 849-7000 (telephone) <br> (212) 849-7100 (facsimile) <br> Email: toddanten@quinnemanuel.com <br> Email: jessicarose@quinnemanuel.com <br> Email: katyakopjan@quinnemanuel.com <br> Email: sethfortenbery@quinnemanuel.com <br><br> Andrew H. Schapiro <br> Nathan A. Hamstra <br> Allison Huebert <br> QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> 191 N. Wacker Drive, Suite 2700 |

| | |
|---|---|
| Email: eranahan@winston.com<br><br>Craig D. Joyce<br>Fairfield and Woods, P.C.<br>1801 California Street, Suite 2600<br>Denver, CO 80202<br>(303) 830-2400 (telephone)<br>(303) 830-1033 (facsimile)<br>Email: cjoyce@fwlaw.com | Chicago, IL 60606<br>(312) 705-7400 (telephone)<br>(312) 705-7401 (facsimile)<br>Email: andrewschapiro@quinnemanuel.com<br>Email: nathanhamstra@quinnemanuel.com<br>Email: allisonhuebert@quinnemanuel.com<br><br>Charles K. Verhoeven<br>David Eiseman<br>Linda Brewer<br>Grace E. Chang<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>(415) 875-6600 (telephone)<br>(415) 875-6700 (facsimile)<br>Email: charlesverhoeven@quinnemanuel.com<br>Email: davideiseman@quinnemanuel.com<br>Email: lindabrewer@quinnemanuel.com<br>Email: graciechang@quinnemanuel.com<br>*Counsel for Defendant*<br>*Charter Communications, Inc.* |