**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| WARNER RECORDS INC. (f/k/a/ Warner Bros. Records, Inc.), *et al*.,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.<br><br>*Defendant*. | Case No. 19-cv-00874-RBJ-MEH |

**NOTICE OF APPEARANCE**

Raphael J. Ginsburg of Quinn Emanuel Urquhart & Sullivan, LLP enters his appearance on behalf of Defendant Charter Communications, Inc. in the above-entitled action and requests that all notices, papers, and documents in connection with this matter be served upon him.

Dated: May 3, 2021

Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
(415) 591-1506 (telephone)
(415) 591-1400 (facsimile)
Email: jgolinveaux@winston.com

Michael S. Elkin
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700 (telephone)
(212) 294-4700 (facsimile)
Email: melkin@winston.com

Erin R. Ranahan
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
(213) 615-1933 (telephone)
(213) 615-1750 (facsimile)

Respectfully submitted,

*/s/ Raphael J. Ginsburg*
Raphael J. Ginsburg
Andrew H. Schapiro
Nathan A. Hamstra
Allison Huebert
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400 (telephone)
(312) 705-7401 (facsimile)
Email: andrewschapiro@quinnemanuel.com
Email: nathanhamstra@quinnemanuel.com
Email: allisonhuebert@quinnemanuel.com
Email: raphaelginsburg@quinnemanuel.com

Charles K. Verhoeven
David Eiseman
Linda Brewer
Grace E. Chang
Krishna Shah

1

| | |
|---|---|
| Email: eranahan@winston.com | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| Craig D. Joyce<br>Fairfield and Woods, P.C.<br>1801 California Street, Suite 2600<br>Denver, CO 80202<br>(303) 830-2400 (telephone)<br>(303) 830-1033 (facsimile)<br>Email: cjoyce@fwlaw.com | 50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>(415) 875-6600 (telephone)<br>(415) 875-6700 (facsimile)<br>Email: charlesverhoeven@quinnemanuel.com<br>Email: davideiseman@quinnemanuel.com<br>Email: lindabrewer@quinnemanuel.com<br>Email: graciechang@quinnemanuel.com<br>Email: krishnashah@quinnemanuel.com |
| | Todd Anten<br>Jessica Rose<br>Katy Akopjan<br>D. Seth Fortenbery<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd floor<br>New York, NY 10010<br>(212) 849-7000 (telephone)<br>(212) 849-7100 (facsimile)<br>Email: toddanten@quinnemanuel.com<br>Email: jessicarose@quinnemanuel.com<br>Email: katyakopjan@quinnemanuel.com<br>Email: sethfortenbery@quinnemanuel.com |
| | *Counsel for Defendant*<br>*Charter Communications, Inc.* |