IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-RBJ-MEH

WARNER RECORDS, INC., *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 6, 2021.**

    Before the Court is Defendant's Motion to Compel. ECF 438. The Motion is fully briefed (ECF 448 and ECF 456). The Court heard oral argument (ECF 462) and reviewed the subject documents *in camera*. For the reasons explained in the Court's May 3, 2021 email to the parties, the Motion [filed April 9, 2021; ECF 437] is **denied**.