IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 19-cv-874-RBJ-MEH | Date: | May 25, 2021 |
| Courtroom Deputy: | Christopher Thompson | FTR: | A 501* |

*Parties:*      *Counsel:*

WARNER RECORDS INC, et al.,      Jonathan M. Sperling
     Alexander Kaplan
     Anders Linerot
     Plaintiff,      Matthew J. Oppenheim
     Jeffrey M. Gould

v.

CHARTER COMMUNICATIONS, INC.,      Andrew H. Schapiro
     Dylan L. Scher
     Todd S. Anten
     Linda J. Brewer

     Defendant.

**COURTROOM MINUTES/MINUTE ORDER**
**DISCOVERY CONFERENCE**

**Court in session:**      3:27 p.m.

Court calls case. Appearances of counsel by video teleconference.

Discussion held regarding the parties' discovery dispute pertaining to documents used during depositions to refresh recollection and requests for production with the Court's rulings made on the record.

**Court in recess:**      5:46 p.m.      Hearing concluded.
Total in-court time:      02:19

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.