IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 19-cv-874-RBJ-MEH | Date: | May 25, 2021 |
| Courtroom Deputy: | Robert R. Keech | FTR: | A 501* |

*Parties:*                                                                 *Counsel:*

WARNER RECORDS INC, et al.,                     Jonathan M. Sperling
                                                                         Alexander Kaplan
                                                                         Anders Linerot
      Plaintiff,                                          Matthew J. Oppenheim
                                                                         Jeffrey M. Gould

v.

CHARTER COMMUNICATIONS, INC.,           Andrew H. Schapiro
                                                                         Dylan L. Scher
                                                                         Todd S. Anten
                                                                         Linda J. Brewer

      Defendant.

---

**AMENDED COURTROOM MINUTES/MINUTE ORDER**
**DISCOVERY CONFERENCE**

**Court in session:**     3:27 p.m.

Court calls case.   Appearances of counsel by video teleconference.

Discussion held regarding the parties' discovery dispute pertaining to documents used during depositions to refresh recollection and requests for production with the Court's rulings made on the record.

**Court in recess:**     5:46 p.m.          Hearing concluded.
Total in-court time:   02:19

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.