IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No 19-cv-00874-RBJ-MEH

WARNER BROS. RECORDS INC., *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

---

## ORDER
---

**Michael E. Hegarty, United States Magistrate Judge.**

    This matter comes before the Court *sua sponte*. Pursuant to Fed. R. Civ. P. 53, I appointed Regina M. Rodriguez, Esq., to serve as Special Master until further order of this Court. ECF 143. Ms. Rodriguez' confirmation as a United States District Judge necessitates her withdrawal as Special Master from this lawsuit. To that end, I instructed the parties by email on May 10, 2021 that I would be hearing all discovery matters. I hereby release Ms. Rodriguez from all further duties as Special Master. The Clerk of the Court shall remove the Special Master designation from the case caption and Ms. Rodriguez' email from the NEF notification system for this civil action. I thank Ms. Rodriguez for her invaluable assistance.

    SO ORDERED.

    DATED at Denver, Colorado this 9th day of June, 2021.

                                      BY THE COURT:

                                      *Michael E. Hegarty*

                                      Michael E. Hegarty
                                      United States Magistrate Judge