IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | |
|---|---|
| Civil Action No:  19-cv-874-RBJ-MEH | Date:  June 10, 2021 |
| Courtroom Deputy:  Christopher Thompson | FTR:  A 501* |

*Parties:*  

WARNER RECORDS INC, et al.,

   Plaintiff,

v.

CHARTER COMMUNICATIONS, INC.,

   Defendant.

*Counsel:*

Matthew Oppenheim & Co-Counsel

Andrew Schapiro & Co-Counsel

**COURTROOM MINUTES/MINUTE ORDER
DISCOVERY CONFERENCE**

**Court in session:**    4:02 p.m.

Court calls case.   Appearances of counsel by video teleconference.

Discussion held regarding the parties' discovery disputes pertaining Defendant's request for an extension of time to produce the documents ordered to be produced by this Court in the previously held May 25, 2021 Discovery Hearing.   The Court's rulings are made on the record.

The parties and the Court proceed with off-the-record conversations regarding the status of the case moving forward.

**Court in recess:**    5:35 p.m.    Hearing concluded.
Total in-court time:    01:33

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.