# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

WARNER RECORDS INC., *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant

Case No. 19-cv-00874-RBJ-MEH

## CORRECTED JOINT MOTION TO CONTINUE THE TRIAL DATE

All parties, by and through their respective counsel below, jointly move the Court to continue the trial date for good cause from October 18, 2021 to the next available three-week period following January 1, 2022. *See* Fed. R. Civ. P. 16(b)(4). During a discovery hearing on June 10, 2021, Magistrate Judge Hegarty expressed his belief that justice requires that the trial be rescheduled due to the complexity of the case, the time still needed to complete discovery, and in order to provide the Court and parties with meaningful time to address and resolve dispositive motions and other pre-trial matters. The parties agree, and, as grounds for this motion, further state as follows:

1. **Certification Pursuant to D. Colo. L. Civ. R. 7.1**: Counsel for Plaintiffs and for Defendant conferred regarding this Motion, and all parties consent to the relief requested.

2. This case is large and complex. It involves approximately 60 parties, more than 11,000 asserted works, and a discovery period spanning more than four years.

3. On May 5, 2020, the Court entered an Order setting the case for a three-week jury trial beginning October 18, 2021. ECF 169.

4. On March 3, 2021, the Court entered an Order (ECF 392) modifying the pre-trial schedule as follows:

- Initial Expert Designations: May 27, 2021
- Close of Fact Discovery: May 31, 2021
- Rebuttal Expert Designations: June 23, 2021
- Close of Expert Discovery: July 20, 2021
- Dispositive and Daubert Motions Deadline: July 22, 2021
- Dispositive and Daubert Responses due: August 5, 2021
- Dispositive and Daubert Replies due: August 19, 2021

5. The parties have been working diligently to complete all discovery in order to meet these interim deadlines and the scheduled trial date. The Parties have produced over 1.1 million documents, served 16 expert reports, and deposed 37 fact witnesses. Expert depositions have not yet begun. As this Court is well aware, there have been numerous discovery disputes between the parties. The parties have been assisted meaningfully, and often, by Magistrate Judge Hegarty and former Special Master Regina Rodriguez. And yet despite the significant efforts of the parties, Magistrate Judge Hegarty, and former Special Master Rodriguez, discovery remains ongoing.

6. On May 21, May 25, and June 1, 2021, Magistrate Judge Hegarty granted limited extensions of the fact discovery deadline to address issues raised by the parties concerning certain documents, custodians, and depositions. Document production has therefore not been completed, and additional fact depositions remain to be scheduled pending completion of document productions.

7. The parties currently have until June 28, 2021 to "bring to the Court's attention any deficiencies in an opposing party's discovery production." ECF 478.

8. During a hearing before Magistrate Judge Hegarty on June 10, 2021, the parties discussed the obstacles to completing dispositive motions and the remaining pre-trial tasks within the current schedule.

9. Specifically, briefing on summary judgment and Daubert motions will only be completed on August 19, 2021—less than two months before the current trial date. No schedule has been set for motions *in limine*. The parties are mindful that, even with the expedited briefing schedule, that leaves very little time for the Court to review and resolve the dispositive motions and motions *in limine* that the parties anticipate filing. And even if the Court is able to resolve those motions quickly, that would leave an even shorter period of time for the parties to digest those rulings and account for them in preparing for trial and in assessing the prospect of settlement.

10. For all these reasons, and as the parties agree, Magistrate Judge Hegarty expressed his belief during a June 10, 2021 discovery hearing that justice requires that the trial be rescheduled.

11. In light of the above, for good cause shown and in the interest of justice, the parties respectfully request that the trial date be moved to the first available three-week block following January 1, 2022. Upon the setting of a new pretrial conference date and trial date, the parties will work together in good faith to present to Magistrate Judge Hegarty a pre-trial schedule to meet that new trial date that will contain specific proposals for all of the applicable discovery and dispositive motion briefing deadlines, with the mutual goal of: (a) completing all discovery (fact and expert) by early to mid-October 2021; and (b) filing summary judgment and *Daubert* motions by mid-November, such that briefing on those motions will be completed in January 2021.

Dated: June 17, 2021

*/s/ Andrew H. Schapiro*
Andrew H. Schapiro
Allison Huebert
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
E-mail: andrewschapiro@quinnemanuel.com
E-mail: allisonhuebert@quinnemanuel.com

Charles K. Verhoeven
David Eiseman
Linda Brewer
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
E-mail: charlesverhoeven@quinnemanuel.com
E-mail: davideiseman@quinnemanuel.com
E-mail: lindabrewer@quinnemanuel.com

Todd Anten
Jessica Rose
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Ave, 22nd floor
New York, NY 10010
Tel: (212) 849-7000
E-mail: toddanten@quinnemanuel.com
E-mail: jessicarose@quinnemanuel.com

Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5840
Tel: (415) 591-1506
E-mail: jgolinveaux@winston.com

Michael S. Elkin
Thomas Patrick Lane
Seth E. Spitzer
WINSTON & STRAWN LLP

Respectfully submitted,

*/s/ Jonathan M. Sperling*
Jonathan M. Sperling
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com

Matthew J. Oppenheim
Jeffrey M. Gould
Alexander Kaplan
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Fl.
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
jeff@oandzlaw.com
alex@oandzlaw.com

Stacey Grigsby
COVINGTON & BURLING LLP
One CityCenter
850 10th St NW
Washington, DC 20001
Telephone: (202) 662-6000
sgrigsby@cov.com

Mitchell A. Kamin
Neema T. Sahni
J. Hardy Ehlers
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
mkamin@cov.com
nsahni@cov.com
jehlers@cov.com

Janette L. Ferguson, Esq.
WILLIAMS WEESE PEPPLE &
FERGUSON
1801 California Street, Suite 3400
Denver, CO 80202

4

200 Park Avenue  
New York, NY 10166  
Tel: (212) 294-6700  
E-mail: melkin@winston.com  
E-mail: tlane@winston.com  
E-mail: sspitzer@winston.com  

Erin R. Ranahan  
WINSTON & STRAWN LLP  
333 S. Grand Avenue Los Angeles, CA 90071  
Tel: (213) 615-1933  
E-mail: eranahan@winston.com  

Craig D. Joyce  
Fairfield and Woods, P.C.  
1801 California Street, Suite 2600  
Denver, Colorado 80202  
Tel: (303) 830-2400  
E-mail: cjoyce@fwlaw.com  

*Attorneys for Charter Communications, Inc.*

Telephone: (303) 861-2828  
jferguson@williamsweese.com  

*Attorneys for Plaintiffs*

5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 17, 2021 I caused the foregoing document and all supporting materials thereto to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered with CM/ECF.

<u>/s/ Jonathan M. Sperling</u>