IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

WARNER RECORDS INC., *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant

Case No. 19-cv-00874-RBJ-MEH

## JOINT MOTION TO AMEND THE CASE SCHEDULE

All parties, by and through their respective counsel below, jointly move the Court to amend the case schedule (Dkts. 392, 478) and adopt the pre-trial deadlines attached to this Motion. As grounds for this motion, the parties state as follows:

1. **Certification Pursuant to D. Colo. L. Civ. R. 7.1**: Counsel for Plaintiffs and for Defendant conferred via email and telephone regarding this Motion.

2. On May 5, 2020, the Court set trial for October 18, 2021. Dkt. 169.

3. On March 3 and May 28, 2021, the Court entered Orders setting the currently operative pre-trial deadlines based on that trial date. *See* Dkts. 392, 478.

4. On June 18, 2021, the Court granted the parties' joint motion to continue the trial date and directed the parties to notify chambers by email which of two available trial dates they choose. *See* Dkt. 485.

5. On June 24, 2021, the parties by email jointly notified the Court that the parties selected October 24, 2022 as the start date for a trial and that they intended to jointly submit a proposed pre-trial schedule for the Magistrate Judge's review.

6. The pre-trial deadlines attached to this Motion reflect a mutually agreeable schedule to prepare for trial commencing on October 24, 2022.

WHEREFORE, the parties request that this Court enter an order, for good cause shown, amending the case schedule (Dkts. 392, 478) and adopting the pre-trial deadlines attached to this Motion.

Dated: June 25, 2021

Respectfully submitted,

*/s/ Andrew H. Schapiro*
Andrew H. Schapiro
Allison Huebert
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
E-mail: andrewschapiro@quinnemanuel.com
E-mail: allisonhuebert@quinnemanuel.com

Charles K. Verhoeven
David Eiseman
Linda Brewer
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
E-mail: charlesverhoeven@quinnemanuel.com
E-mail: davideiseman@quinnemanuel.com
E-mail: lindabrewer@quinnemanuel.com

Todd Anten
Jessica Rose

*/s/ Jonathan M. Sperling*
Jonathan M. Sperling
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com

Mitchell A. Kamin
Neema T. Sahni
J. Hardy Ehlers
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
mkamin@cov.com
nsahni@cov.com
jehlers@cov.com

Matthew J. Oppenheim
Scott A. Zebrak
Jeffrey M. Gould
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Fl.

2

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Ave, 22nd floor
New York, NY 10010
Tel: (212) 849-7000
E-mail: toddanten@quinnemanuel.com
E-mail: jessicarose@quinnemanuel.com

Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5840
Tel: (415) 591-1506
E-mail: jgolinveaux@winston.com

Michael S. Elkin
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
E-mail: melkin@winston.com
E-mail: tlane@winston.com
E-mail: sspitzer@winston.com

Erin R. Ranahan
WINSTON & STRAWN LLP
333 S. Grand Avenue Los Angeles, CA 90071
Tel: (213) 615-1933
E-mail: eranahan@winston.com

Craig D. Joyce
Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, Colorado 80202
Tel: (303) 830-2400
E-mail: cjoyce@fwlaw.com

*Attorneys for Charter Communications, Inc.*

Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
scott@oandzlaw.com
jeff@oandzlaw.com

Janette L. Ferguson, Esq.
WILLIAMS WEESE PEPPLE &
FERGUSON
1801 California Street, Suite 3400
Denver, CO 80202
Telephone: (303) 861-2828
jferguson@williamsweese.com

*Attorneys for Plaintiffs*

3

## ATTACHMENT

|  | Operative Dates (Dkts. 392, 478 ) | Parties' Joint Proposal |
|---|---|---|
| **Rebuttal Expert Designations** | June 23, 2021 | June 28, 2021 |
| **Deadline to Complete Document Productions and Fact Depositions Granted by Leave of Court, Compelled by the Court, or Agreed by the Parties** | N/A | August 6, 2021 |
| **Deadline to Raise with the Court Remaining Fact Discovery Disputes** | June 28, 2021 | August 13, 2021 |
| **Deadline to Exchange Supplemental Opening Expert Reports**[1] | N/A | August 23, 2021 |
| **Deadline to Exchange Supplemental Rebuttal Expert Reports** | N/A | September 10, 2021 |
| **Close of Expert Discovery** | July 20, 2021 | September 28, 2021 |
| **Deadline to File Dispositive and *Daubert* Motions** | July 22, 2021 | October 19, 2021 |
| **Dispositive and *Daubert* Oppositions Due** | August 5, 2021 | November 23, 2021 |
| **Dispositive and *Daubert* Replies Due** | August 19, 2021 | December 21, 2021 |

---

[1] This deadline is added to the pre-trial schedule to account for the need for experts to incorporate any fact discovery permitted by the Court that occurred after May 27, 2021. A party supplementing an opening report must show good cause, and the supplemental reports must comport with Federal Rule of Civil Procedure 26(e)(1). The proposed schedule contemplates that the opposing party would then have an opportunity to submit a supplemental rebuttal report, limited solely to to the scope of the corresponding supplemental opening report.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 25, 2021, I caused the foregoing document and all supporting materials thereto to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered with CM/ECF.

*/s/ Jonathan M. Sperling*
Attorney for Plaintiffs