IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-RBJ-MEH

WARNER RECORDS, INC., et al.,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 2, 2021.**

For good cause shown, the parties' Joint Motion to Amend the Case Schedule [filed June 25, 2021; ECF 486] is **granted**. In light of the new October 24, 2022 trial start date, the scheduling order is amended with the following deadlines:

| Deadline | Date |
|---|---|
| Rebuttal Expert Designations: | June 28, 2021 |
| Document Production and Fact Depositions Granted by Leave of Court, Compelled by the Court, or Agreed by the Parties: | August 6, 2021 |
| Raise Any Remaining Fact Discovery Disputes with the Court: | August 13, 2021 |
| Exchange Supplemental Opening Expert Reports: | August 23, 2021 |
| Exchange Supplemental Rebuttal Expert Reports: | September 10, 2021 |
| Close of Expert Discovery: | September 28, 2021 |
| Dispositive and *Daubert* Motions: | October 19, 2021 |
| Responses in Opposition to Dispositive and *Daubert* Motions: | November 23, 2021 |
| Replies in Support of Dispositive and *Daubert* Motions: | December 21, 2021 |