IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 19-cv-874-MEH | Date: | July 15, 2021 |
| Courtroom Deputy: | Christopher Thompson | FTR: | A 501* |

*Parties:*  *Counsel:*

WARNER RECORDS INC, et al.,   Jonathan Sperling & Co-Counsel

   Plaintiff,

v.

CHARTER COMMUNICATIONS, INC.,   Andrew Schapiro & Co-Counsel

   Defendant.

**COURTROOM MINUTES/MINUTE ORDER**
**DISCOVERY CONFERENCE**

**Court in session:**  1:01 p.m.

Court calls case.   Appearances of counsel by video teleconference.

Discussion held regarding the parties' discovery disputes related to the documents not produced by the Defendant from the "80,000 hits" returned using the parameters previously agreed to. The Court directs the Defendant to produce to the Plaintiff every 20th document, of the 80,000 discussed on the record, regardless the nature of the document, with the Court's complete Order stated on the record.

Discussion held regarding the Plaintiffs' follow up document requests to the Defendant related to the newly discovered document custodians.   The Court finds the documents are relevant and shall be produced, with the Court's complete Order stated on the record.

Discussion held regarding depositions of Jay Rolls and Laurie Rowlett, employees who were asked to participate in Charter's DMCA program, and adding 30(b)(6) witness topics related to DMCA processes, "CAD" presentations, and peer to peer protocols. Discussion held regarding depositions of Mr. Smith and Mr. Burrow.   The Court will assist in a telephone call to Mr. Smith for informal discovery purposes and a 3-hour deposition of Mr. Burrow is granted, with the Court's complete Orders stated on the record.

Further discussion held regarding "CAD".

Discussion held regarding Plaintiffs' *Request for Production #79*.   The Court gives the

Defendant 10 days to report back to Judge Hegarty's chambers whether there are still documents responsive to *RFP 79* that have not been produced and not listed on a privilege log.   The Court's complete Orders are stated on the record.

Discussion held regarding 6 ESI privilege log entries and Defendant's *Request for Production 23*.

**Court in recess:**     **6:25 p.m.**     Hearing concluded.
Total in-court time:     05:24

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.