UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| WARNER RECORDS INC. (f/k/a/ Warner Bros. Records, Inc.), *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>    Defendant. | Case No. 1:19-cv-00874-RBJ-MEH |

**MOTION TO REDACT PORTIONS OF JUNE 10, 2021 HEARING TRANSCRIPT**

Pursuant to this Court's standing order on Notice of Electronic Availability and Redaction of Transcripts and Local Civil Rule 7.2, Defendant Charter Communications, Inc. ("Charter") respectfully requests that the Court redact certain portions of the transcript of the June 10, 2021 hearing held before Magistrate Judge Hegarty. *See* Dkt. 487, June 10, 2021 Hr'g Tr. (June 26, 2021). In support of this Motion, Charter states as follows:

    1.    **Certification Pursuant to D.C.COLO.LCivR 7.1(a)**: Counsel for Charter made reasonable good faith efforts to confer with counsel for Plaintiffs regarding this Motion but counsel for Plaintiffs did not respond. Counsel for Charter contacted counsel for Plaintiffs via email on July 16, 2021 and again on July 19, 2021.

    2.    A hearing was held in this matter on June 10, 2021 before Magistrate Judge Hegarty regarding Charter's production of documents to Plaintiffs. *See* Dkt. 481, Courtroom Minutes (June 10, 2021).

    3.    This Motion requests that pages and lines 8:5-8, 11-21; 9:7-15; 10: 1-5, 10-20; 11: 2-3; and 20: 16-20 of the June 10, 2021 Hearing Transcript be redacted from the publicly available

1

transcript, and that the full, unredacted transcript be designated under "Level 1 Restriction," such that access is restricted to the Parties and the Court. *See* D.C.COLO.LCivR 7.2(b).

4. At the June 10, 2021 hearing, counsel for Plaintiffs summarized and quoted on the record portions of several documents that contain Charter's commercially sensitive business information and that had been marked by Charter as either "Confidential" or "Highly Confidential" under the Stipulated Protective Order in this matter. *See* Dkt. 487, June 20, 2021 Hr'g Tr., at 8:5-8, 11-21; 9:7-15; 10: 1-5, 10-20; 11: 2-3; 20: 16-20 (the "Proposed Redactions").

5. The Proposed Redactions include detailed discussion of the internal management of Charter's Copyright Abuse Tracking System ("CATS"), including data management and risk analysis, as well as Charter's methods for responding to alleged copyright infringement. *See id.*

6. Disclosure of this commercially sensitive business information would cause competitive harm to Charter through the disclosure of details of Charter's abuse tracking system and operational decisions related to the same. *See, e.g.*, *Health Grades, Inc. v. MDx Med., Inc.*, 2014 WL 12741068, at *2 (D. Colo. Mar. 28, 2014) (granting motion to restrict because "the redactions and restrictions are justified to protect against the public disclosure of competitively sensitive, highly confidential, and proprietary information").

7. The risk of competitive harm to Charter outweighs the need for the public to have access to this confidential information. The information would be harmful in the hands of competitors and is not necessary or substantially informative for the general public to understand or evaluate the issues between the parties.

8. Charter seeks only a Level 1 restriction, the lowest level of restriction. Further, Charter requests that the Court redact fewer than 2 pages, in total, of a 38 page transcript.

Permitting a Level 1 Restriction of the Proposed Redactions is the only method that can adequately protect Charter's competitively sensitive commercial information.

9. Though the mere existence of a Stipulated Protective Order is not sufficient to demonstrate that a motion to redact should be granted, Charter respectfully informs the Court that the documents summarized or quoted within the Proposed Redactions have been designated by Charter as either Confidential or Highly Confidential under the Protective Order in this case. *See* Dkt. 63, Stipulated Protective Order (Sept. 6, 2019).

10. Pursuant to the Court's Guide to Transcript Redaction, the court reporter has been contacted regarding this Motion.

WHEREFORE, Charter requests that pages and lines 8:5-8, 11-21; 9:7-15; 10: 1-5, 10-20; 11: 2-3; and 20: 16-20 of the June 10, 2021 Hearing Transcript, *see* Dkt. 487, be redacted from the publicly available transcript, and that the full, unredacted transcript be designated under "Level 1 Restriction," such that access is restricted to the Parties and the Court.

Dated: July 19, 2021

Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
(415) 591-1506 (telephone)
(415) 591-1400 (facsimile)
Email: jgolinveaux@winston.com

Michael S. Elkin
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700 (telephone)
(212) 294-4700 (facsimile)
Email: melkin@winston.com

Erin R. Ranahan
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
(213) 615-1933 (telephone)
(213) 615-1750 (facsimile)
Email: eranahan@winston.com

John J. Rosenthal
WINSTON & STRAWN LLP
1901 L Street NW
Washington, D.C. 20036
(202) 282-5000 (telephone)
(202) 282-5100 (facsimile)
Email: jrosenthal@winston.com

Craig D. Joyce
Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, CO 80202
(303) 830-2400 (telephone)
(303) 830-1033 (facsimile)
Email: cjoyce@fwlaw.com

Respectfully submitted,

*/s/ Andrew H. Schapiro*

Andrew H. Schapiro
Allison Huebert
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400 (telephone)
(312) 705-7401 (facsimile)
Email: andrewschapiro@quinnemanuel.com
Email: allisonhuebert@quinnemanuel.com

Charles K. Verhoeven
David Eiseman
Linda Brewer
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600 (telephone)
(415) 875-6700 (facsimile)
Email: charlesverhoeven@quinnemanuel.com
Email: davideiseman@quinnemanuel.com
Email: lindabrewer@quinnemanuel.com

Todd Anten
Jessica Rose
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd floor
New York, NY 10010
(212) 849-7000 (telephone)
(212) 849-7100 (facsimile)
Email: toddanten@quinnemanuel.com
Email: jessicarose@quinnemanuel.com

*Counsel for Defendant
Charter Communications, Inc.*

4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 19, 2021, I caused a true and correct copy of the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Andrew H. Schapiro*
Andrew H. Schapiro