IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| Civil Action No: | 19-cv-874-MEH | Date: | July 28, 2021 |
|---|---|---|---|
| Courtroom Deputy: | Christopher Thompson | FTR: | A 501* |

*Parties:*                                       *Counsel:*

WARNER RECORDS INC, et al.,         Matt Oppenheim & Co-Counsel

    Plaintiff,

v.

CHARTER COMMUNICATIONS, INC.,       Andrew Schapiro & Co-Counsel

    Defendant.

**COURTROOM MINUTES/MINUTE ORDER
DISCOVERY CONFERENCE**

**Court in session:**     2:32 p.m.

Court calls case.   Appearances of counsel by video teleconference.

Discussion regarding the Plaintiffs' *Request for Production #79* continues from the previous Discovery Hearing held on July 15, 2021, before United States Magistrate Judge Michael E. Hegarty.   The Defendant shall produce documents responsive to *RFP #79* accompanied with the privilege log **on or before August 11, 2021**, with the Court's complete Order stated on the record.

Discussion held regarding the Plaintiffs' seeking additional responsive documents from the Defendant pertaining to their discovery requests related to the *DMCA compliance program* referred to as "*C.A.S.*" (*Copyright Alert System*).   The Plaintiff proposes to provide a new search term to the Defendant regarding the issue.

Discussion held regarding issues pertaining to the privilege log raised by the Defendant. Defendant states there has been 25 privilege log entries designated as confidential but have been forwarded to multiple non-party email addresses, leading the Defendant to believe the documents should be produced and/or the Plaintiff shall identify who the recipients were.   The Defendant also raises issues with the 47 privilege log entries related to "anti-piracy strategy".   The Plaintiffs agree to provide better descriptions of the documents with the Court's complete Order stated on the record.

Discussion held regarding the three (3) financial documents related to streaming revenues

produced by the Plaintiff stemming from the Court's Order made during the May 25, 2021 Discovery Conference.   The Defendant asks the Court to allow depositions of witnesses to be reopened to ask questions related to the documents.   The Court proposes the Plaintiffs inquire with their clients about stipulating to the fact the financial figures on the documents, which differ from their testimony, are correct, as stated on the record.

Discussion held regarding Plaintiffs' issues with Defendant's privilege log entries two (2) and three (3).   The Court directs the parties to submit a three (3) psge letter brief whether *ACP* is implicated if non-attorneys drafted the document themselves on their own initiative and not at the request of an attorney; or if non-lawyers put something together for the purpose of seeking legal advice.   The letters are due by Monday, August 2, 2021, by 5:00 p.m. MST.   The Court's complete Order is stated on the record.

**ORDERED:**   The Defendant's [ECF 499] *Motion to Redact Portions of June 10, 2021 Hearing Transcript* and [ECF 501] *Unopposed Motion to Restrict Plaintiffs' Letter Brief* are **GRANTED**.

**Court in recess:**   **6:16 p.m.**   Hearing concluded.
Total in-court time:   03:44

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.