UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| WARNER RECORDS INC., *et al.*,<br><br>          Plaintiffs,<br><br>*v.*<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>          Defendant. | Case No. 1:19-cv-00874-RBJ-MEH |

**DEFENDANT CHARTER COMMUNICATIONS, INC.'S
UNOPPOSED MOTION TO RESTRICT ITS JULY 16, 2021 LETTER BRIEF**

Pursuant to Local Rule 7.2, Defendant Charter Communications, Inc. ("Charter") respectfully moves this Court to maintain its July 16, 2021 Letter Brief under Level 1 Restriction. *See* Dkt. 495. In support of this motion, Charter states as follows:

1.      **Certificate Pursuant to D.C.COLO.LCivR 7.1(a).** Counsel for Charter has conferred with counsel for Plaintiffs via email regarding this Motion. Plaintiffs do not oppose the relief requested in the Motion.

2.      On July 16, 2021, Plaintiffs filed a Letter Brief regarding certain discovery disputes (the "Letter Brief") under Level 1 Restriction. *See* Dkt. 495.

3.      The Letter Brief quotes and summarizes documents that reveal Charter's competitively sensitive business information and that were designated as either "Highly Confidential" or "Confidential" under the Stipulated Protective Order in this matter. *See* Dkt. 63. In particular, the material discloses details of its internal abuse tracking system to address alleged copyright infringement on its networks. *See* Dkt. 495, at 8-9.

1

4. Disclosure of Charter's competitively sensitive business information would cause competitive harm to Charter through the disclosure of details of Charter's abuse tracking technologies and its business decisions related to the same. *See, e.g.*, *Health Grades, Inc. v. MDx Med., Inc.*, 2014 WL 12741068, at *2 (D. Colo. Mar. 28, 2014) (granting motion to restrict because "the redactions and restrictions are justified to protect against the public disclosure of competitively sensitive, highly confidential, and proprietary information"). The risk of competitive harm to Charter outweighs the need for the public to have access to this confidential information. The information would be harmful in the hands of competitors and is not necessary or substantially informative for the general public to understand or evaluate the issues between the parties.

5. Charter previously filed on the public docket a version of the Letter Brief, with fewer than a dozen lines of the ten page brief redacted. *See* Dkt. 496.

6. Charter seeks only a Level 1 restriction, the lowest level of restriction. Permitting a Level 1 Restriction of the Letter Brief is the only method that can adequately protect Charter's competitively sensitive business information.

7. Charter's motion to maintain its Letter Brief, which was filed on July 16, 2021, under restriction was due on July 30, 2021 pursuant to D.C.COLO.LCivR 7.2(e). This Court's CM/ECF system was not available after 12:00 p.m. on that date and therefore Charter was unable to timely file its motion. Charter now files this motion promptly upon the CM/ECF system becoming available.

WHEREFORE, Charter respectfully requests this Court maintain Charter's July 16, 2021 Letter Brief under Level 1 Restriction. *See* Dkt. 495.

Dated: August 2, 2021

Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
(415) 591-1506 (telephone)
(415) 591-1400 (facsimile)
Email: jgolinveaux@winston.com

Michael S. Elkin
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700 (telephone)
(212) 294-4700 (facsimile)
Email: melkin@winston.com

Erin R. Ranahan
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
(213) 615-1933 (telephone)
(213) 615-1750 (facsimile)
Email: eranahan@winston.com

Craig D. Joyce
Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, CO 80202
(303) 830-2400 (telephone)
(303) 830-1033 (facsimile)
Email: cjoyce@fwlaw.com

Respectfully submitted,

*/s/ Andrew H. Schapiro*

Andrew H. Schapiro
Nathan A. Hamstra
Allison Huebert
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400 (telephone)
(312) 705-7401 (facsimile)
Email: andrewschapiro@quinnemanuel.com
Email: allisonhuebert@quinnemanuel.com

Charles K. Verhoeven
David Eiseman
Linda Brewer
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600 (telephone)
(415) 875-6700 (facsimile)
Email: charlesverhoeven@quinnemanuel.com
Email: davideiseman@quinnemanuel.com
Email: lindabrewer@quinnemanuel.com

Todd Anten
Jessica Rose
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd floor
New York, NY 10010
(212) 849-7000 (telephone)
(212) 849-7100 (facsimile)
Email: toddanten@quinnemanuel.com
Email: jessicarose@quinnemanuel.com

*Counsel for Defendant
Charter Communications, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 2, 2021, I caused a true and correct copy of the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Andrew H. Schapiro*
Andrew H. Schapiro