IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-RBJ-MEH

WARNER RECORDS, INC., *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 10, 2021.**

    Pursuant to D.C.Colo.LCivR 7.2 and for good cause shown, Defendant's Unopposed Motion to Restrict [filed August 2, 2021; ECF 504] is **granted**.

    The Clerk of Court is directed to maintain under Level 1 Restriction the filing at ECF 495 until further order of the Court. (A redacted version of that same filing is found at ECF 496.)