**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| WARNER RECORDS INC. (f/k/a/ Warner Bros. Records, Inc.), *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.<br><br>*Defendant*. | Case No. 19-cv-00874-RBJ-MEH |

## NOTICE OF APPEARANCE

Joseph Reed of Quinn Emanuel Urquhart & Sullivan, LLP enters his appearance on behalf of Defendant Charter Communications, Inc. in the above-entitled action and requests that all notices, papers, and documents in connection with this matter be served upon him.

Dated: August 18, 2021                                                        Respectfully submitted,

| | |
|---|---|
| Jennifer A. Golinveaux<br>WINSTON & STRAWN LLP<br>101 California Street, 35th Floor<br>San Francisco, CA 94111<br>(415) 591-1506 (telephone)<br>(415) 591-1400 (facsimile)<br>Email: jgolinveaux@winston.com<br><br>Michael S. Elkin<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166<br>(212) 294-6700 (telephone)<br>(212) 294-4700 (facsimile)<br>Email: melkin@winston.com<br><br>Erin R. Ranahan<br>WINSTON & STRAWN LLP<br>333 S. Grand Avenue, 38th Floor<br>Los Angeles, CA 90071<br>(213) 615-1933 (telephone)<br>(213) 615-1750 (facsimile) | */s/ Joseph E. Reed*<br>Joseph E. Reed<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, California 94065<br>(650) 801 5000 (telephone)<br>(650) 801 5100 (facsimile)<br>Email: joereed@quinnemanuel.com<br><br>David D. Doak<br>Todd Anten<br>Jessica Rose<br>Katy Akopjan<br>D. Seth Fortenbery<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd floor<br>New York, NY 10010<br>(212) 849-7000 (telephone)<br>(212) 849-7100 (facsimile)<br>Email: daviddoak@quinnemanuel.com |

1

| | |
|---|---|
| Email: eranahan@winston.com | Email: toddanten@quinnemanuel.com |
| | Email: jessicarose@quinnemanuel.com |
| Craig D. Joyce | Email: katyakopjan@quinnemanuel.com |
| Fairfield and Woods, P.C. | Email: sethfortenbery@quinnemanuel.com |
| 1801 California Street, Suite 2600 | |
| Denver, CO 80202 | |
| (303) 830-2400 (telephone) | Andrew H. Schapiro |
| (303) 830-1033 (facsimile) | Nathan A. Hamstra |
| Email: cjoyce@fwlaw.com | Allison Huebert |
| | Raphael J. Ginsburg |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | 191 N. Wacker Drive, Suite 2700 |
| | Chicago, IL 60606 |
| | (312) 705-7400 (telephone) |
| | (312) 705-7401 (facsimile) |
| | Email: andrewschapiro@quinnemanuel.com |
| | Email: nathanhamstra@quinnemanuel.com |
| | Email: allisonhuebert@quinnemanuel.com |
| | Email: raphaelginsburg@quinnemanuel.com |
| | |
| | Charles K. Verhoeven |
| | David Eiseman |
| | Linda Brewer |
| | Grace E. Chang |
| | Krishna Shah |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | 50 California Street, 22nd Floor |
| | San Francisco, CA 94111 |
| | (415) 875-6600 (telephone) |
| | (415) 875-6700 (facsimile) |
| | Email: charlesverhoeven@quinnemanuel.com |
| | Email: davideiseman@quinnemanuel.com |
| | Email: lindabrewer@quinnemanuel.com |
| | Email: graciechang@quinnemanuel.com |
| | Email: krishnashah@quinnemanuel.com |
| | |
| | *Counsel for Defendant* |
| | *Charter Communications, Inc.* |