**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:19-cv-00874-RBJ-MEH

**WARNER RECORDS INC., et al.**

      Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.**

      Defendant.

---

### NOTICE OF ENTRY OF APPEARANCE – NATHAN E. SHAFROTH

Nathan E. Shafroth of Covington & Burling LLP, who certifies that he is a member in good standing of the bar of the United States District Court for the District of Colorado, hereby enters his appearance on behalf of Plaintiffs in the above referenced matter.

Respectfully submitted this 23rd day of August, 2021.

      */s/ Nathan E. Shafroth*
      Nathan E. Shafroth
      COVINGTON & BURLING LLP
      Salesforce Tower
      415 Mission Street, Suite 5400
      San Francisco, CA 94105-2533
      Telephone: (415) 591-7065
      nshafroth@cov.com

      Jonathan M. Sperling
      Phil Hill
      COVINGTON & BURLING LLP
      The New York Times Building
      620 Eighth Avenue
      New York, NY 10018-1405

Telephone: (212) 841-1000
jsperling@cov.com
pahill@cov.com

Mitchell A. Kamin
Neema T. Sahni
J. Hardy Ehlers
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
mkamin@cov.com
nsahni@cov.com
jehlers@cov.com

Matthew J. Oppenheim
Scott A. Zebrak
Jeffrey M. Gould
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Floor
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
scott@oandzlaw.com
jeff@oandzlaw.com

Janette L. Ferguson, Esq.
Benjamin M. Leoni, Esq.
LEWIS BESS WILLIAMS & WEESE, P.C.
1801 California Street, Suite 3400
Denver, CO 80202
Telephone: (303) 861-2828
Facsimile: (303) 861-4017
jferguson@lewisbess.com
bleoni@lewisbess.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of August, 2021, a true and correct copy of the foregoing was filed with the Clerk of the Court and served electronically on all parties via the CM/ECF system.

*/s/ Nathan E. Shafroth*
Nathan E. Shafroth