# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| WARNER RECORDS INC. (f/k/a/ Warner Bros. Records, Inc.), *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>　　　　Defendant. | Case No. 1:19-cv-874-RBJ-MEH |

### UPDATED CERTIFICATION PURSUANT TO D.C.COLO.LCivR 7.1(a) REGARDING CHARTER'S MOTION TO REDACT PORTIONS OF JULY 15, 2021 AND JULY 28, 2021 HEARING TRANSCRIPTS (ECF 513)

Defendant Charter Communications, Inc. ("Charter") hereby files its updated Certification Pursuant to D.C.COLO.LCivR 7.1(a) regarding its August 30, 2021 Motion to Redact Portions of July 15, 2021 and July 28, 2021 Hearing Transcripts ("Motion"). *See* Dkt. 513.

1.　On August 30, 2021, Charter filed a motion to redact certain portions of the transcripts of the July 15, 2021 and July 28, 2021 hearings held before Magistrate Judge Hegarty. Dkt. 513.

2.　At the time of filing, Counsel for Plaintiffs indicated to counsel for Charter that they needed additional time to provide their position on whether they opposed or consented to the relief requested in Charter's Motion.

3.　Counsel for Plaintiffs subsequently informed counsel for Charter that Plaintiffs take no position relating to the relief requested in Charter's Motion.

Dated: August 31, 2021

Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
(415) 591-1506 (telephone)
(415) 591-1400 (facsimile)
Email: jgolinveaux@winston.com

Michael S. Elkin
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700 (telephone)
(212) 294-4700 (facsimile)
Email: melkin@winston.com

Erin R. Ranahan
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
(213) 615-1933 (telephone)
(213) 615-1750 (facsimile)
Email: eranahan@winston.com

John J. Rosenthal
WINSTON & STRAWN LLP
1901 L Street NW
Washington, D.C. 20036
(202) 282-5000 (telephone)
(202) 282-5100 (facsimile)
Email: jrosenthal@winston.com

Craig D. Joyce
Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, CO 80202
(303) 830-2400 (telephone)
(303) 830-1033 (facsimile)
Email: cjoyce@fwlaw.com

Respectfully submitted,

*/s/ Andrew H. Schapiro*

Andrew H. Schapiro
Allison Huebert
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400 (telephone)
(312) 705-7401 (facsimile)
Email: andrewschapiro@quinnemanuel.com
Email: allisonhuebert@quinnemanuel.com

Charles K. Verhoeven
David Eiseman
Linda Brewer
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600 (telephone)
(415) 875-6700 (facsimile)
Email: charlesverhoeven@quinnemanuel.com
Email: davideiseman@quinnemanuel.com
Email: lindabrewer@quinnemanuel.com

Todd Anten
Jessica Rose
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd floor
New York, NY 10010
(212) 849-7000 (telephone)
(212) 849-7100 (facsimile)
Email: toddanten@quinnemanuel.com
Email: jessicarose@quinnemanuel.com

*Counsel for Defendant*
*Charter Communications, Inc.*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 31, 2021, I caused a true and correct copy of the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Andrew H. Schapiro*
Andrew H. Schapiro