UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| WARNER RECORDS INC. (f/k/a/ Warner Bros. Records, Inc.), *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>  Defendant. | Case No. 1:19-cv-874-RBJ-MEH |

**UPDATED CERTIFICATION PURSUANT TO D.C.COLO.LCivR 7.1(a) REGARDING PLAINTIFFS' MOTION TO REDACT PORTIONS OF JULY 28, 2021 HEARING TRANSCRIPT (ECF 514)**

Plaintiffs Warner Records Inc., et al. (collectively, "Plaintiffs) hereby file their updated Certification Pursuant to D.C.COLO.LCivR 7.1(a) regarding their August 30, 2021 Motion to Redact Portions of the July 28, 2021 Hearing Transcript ("Motion"), Dkt. 514.

1. On August 30, 2021, Plaintiffs filed a motion to redact certain portions of the transcript of the July 28, 2021 hearing held before Magistrate Judge Hegarty. Dkt. 514.

2. At the time of filing, Counsel for Charter had indicated to Counsel for Plaintiffs that they needed additional time to provide their position on whether they opposed or consented to the relief requested in Plaintiffs' Motion.

3. On August 31, 2021, Counsel for Charter informed Counsel for Plaintiffs that Charter takes no position relating to the relief requested in Plaintiffs' Motion.

Dated: September 1, 2021

/s/ *Anders Linderot*
Jonathan M. Sperling
Phil Hill
Anders Linderot
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com
pahill@cov.com
alinderot@cov.com

Stacey K. Grigsby
COVINGTON & BURLING LLP
One City Center
850 Tenth Street NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
sgrigsby@cov.om

Mitchell A. Kamin
Neema T. Sahni
J. Hardy Ehlers
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
mkamin@cov.com
nsahni@cov.com
jehlers@cov.com

Matthew J. Oppenheim
Scott A. Zebrak
Jeffrey M. Gould
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Fl.
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
scott@oandzlaw.com
jeff@oandzlaw.com

Janette L. Ferguson, Esq.
WILLIAMS WEESE PEPPLE & FERGUSON
1801 California Street, Suite 3400
Denver, CO 80202
Telephone: (303) 861-2828
jferguson@williamsweese.com

*Attorneys for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 1, 2021, I caused a true and correct copy of the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Anders Linderot*
Attorney for Plaintiffs