IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-RBJ-MEH

WARNER RECORDS, INC., *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 2, 2021.**

    Pursuant to D.C.Colo.LCivR 7.2 and for good cause shown, the parties' respective Motions to Redact Transcripts [filed August 30, 2021; ECF 513 & 514] are **granted**. *See also* ECF 503 (granting a similar request).

    The Clerk of Court is directed to maintain under Level 1 Restriction the filings at ECF 508 and ECF 509 until further order of the Court.

    The parties shall file onto the public docket redacted versions of the subject transcripts by **September 10, 2021**.