# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| WARNER BROS. RECORDS INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Case No. 19-cv-00874-RBJ-MEH |

### [PROPOSED] ORDER ON COX COMMUNICATIONS, INC.'S MOTION TO INTERVENE AND MOTION TO MODIFY THE PROTECTIVE ORDER

THIS COURT, having reviewed and considered Cox Communications, Inc.'s ("Cox") Motion to Intervene for Purposes of Modifying the Protective Order ("Motion to Intervene") and Motion to Modify the Protective Order ("Motion to Modify," and with Motion to Intervene, the "Motions"), and for the good cause shown therein, hereby GRANTS the Motions and ORDERS as follows:

1. Cox is permitted to intervene in the above-captioned action for the limited purpose of modifying the Protective Order (ECF 63) so that Cox may be provided the materials set forth in Exhibit A to this Order (the "Rule 60 Material") and make use of them in its anticipated motion under Federal Rule of Civil Procedure 60(b) (the "Rule 60 Motion") in the action styled *Sony Music Entertainment et al. v. Cox Communications, Inc. et al.*, Case No. 1:18-cv-00950-LO-JFA (E.D. Va.) ("*Cox*").

2. The Protective Order is hereby amended to permit either Defendant or Plaintiffs to provide Cox with the materials set forth in Exhibit A and to permit Cox to make use of those materials in *Cox*.

3. The provision of the Rule 60 Material to Cox is subject to the following conditions:

A. Cox must agree to the terms of the Protective Order and provide confirmation of the same to any party who has produced and designated Rule 60 Material under the Protective Order.

B. Cox must treat the Rule 60 Material in accordance with the material's current designation under the Protective Order and is restricted to utilizing the Rule 60 Material in connection with the Rule 60 Motion in *Cox* and any appeals from any order disposing of the Rule 60 Motions and proceedings on remand following appeal.

C. The Rule 60 Material shall additionally be subject to the Protective Order entered in *Cox*.

**SO ORDERED this \_\_\_ day of _____, 2021**

_____

Hon. R. Brooke Jackson

United States District Judge