**EXHIBIT A**

| Rule 60 Materials |
|---|
| The *Charter* Hard Drive, including the packet capture data. |
| A directory of the *Charter* Hard Drive. |
| The Hash Report. |
| Expert Reports and Rebuttal Reports regarding the 2016 Project. |
| Deposition(s) of RIAA witness(es) and exhibits cited therein relating to 2016 Project and/or relied upon by the expert opinions regarding the 2016 Project. |
| Deposition(s) of MarkMonitor witness(es) and exhibits cited therein relating to 2016 Project and/or relied upon by the expert opinions regarding the 2016 Project. |
| Deposition(s) of Plaintiffs' witness(es) and exhibits cited therein relating to 2016 Project and/or relied upon by the expert opinions regarding the 2016 Project. |
| Deposition(s) of Audible Magic witness(es) exhibits cited therein relating to 2016 Project and/or relied upon by the expert opinions regarding the 2016 Project. |