# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| WARNER RECORDS, INC., *et al.*<br><br>　　　Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.<br><br>　　　Defendant. | Case No. 1:19-cv-00874-RBJ-MEH |

## COX COMMUNICATIONS INC.'S MOTION TO MODIFY THE PROTECTIVE ORDER

Cox Communications Inc., by and through counsel, hereby moves for modification of the Protective Order in the above-captioned action, ECF 63, to grant Cox access to a narrow set of documents bearing on the validity of a judgment Plaintiffs in this action obtained against Cox in *Sony Music Ent'mt v. Cox Commc'ns, Inc.*, No. 1:18-cv-00950-LO-JFA (E.D. Va.).

In support of this motion, Cox relies upon its Memorandum in Support of Cox Communications Inc's Motion to Modify the Protective Order; its Memorandum in Support of Cox Communications Inc's Motion to Intervene for Purposes of Modifying the Protective Order; the Declaration of Elyse D. Echtman (Echtman Decl.), as well as exhibits attached thereto; and any proper submissions made hereafter. A proposed form of Order is also submitted for the Court's consideration.

**Certification of Compliance with L.R. 7.1.** On September 14, Cox, through counsel, requested Charter's consent to modify the protective order for purposes of accessing the Rule 60 materials. Counsel for Charter indicated that Charter takes no position. *See* Echtman Decl. ¶ 8.

On September 10, Cox, through counsel, sought consent to modify the protective order for purposes of accessing the Rule 60 materials. The parties conducted a meet and confer by

1

telephone on September 10 and exchanged further email correspondence on September 17, September 19, September 20, and September 21 concerning the basis for Cox's motion. Despite Cox's efforts to fully meet and confer, Plaintiffs have declined to provide a position on Cox's motion. *See* Echtman Decl. ¶ 9.

Dated:   September 21, 2021                                        Respectfully submitted,

                                                  */s/ Elyse D. Echtman*
                                                  Elyse D. Echtman
                                                  ORRICK, HERRINGTON & SUTCLIFFE LLP
                                                  51 West 52nd Street
                                                  New York, NY  10019
                                                  Tel: (212) 506-5000
                                                  Fax (212) 506-5151
                                                  eechtman@orrick.com

                                                  *Attorney for Movant Cox Communications Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2021, I caused the foregoing document and supporting materials to be filed electronically with the Clerk of the court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered within CM/ECF.

*s/ Elyse D. Echtman*
Elyse D. Echtman
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY  10019
Tel: (212) 506-5000
Fax (212) 506-5151
eechtman@orrick.com