IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

WARNER RECORDS INC., *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant

Case No. 19-cv-00874-RBJ-MEH

**PLAINTIFFS' NOTICE OF INTENT TO OPPOSE NON-PARTY COX COMMUNICATIONS, INC.'S MOTIONS TO INTERVENE AND MODIFY PROTECTIVE ORDER**

---

    Plaintiffs hereby give notice that they intend to oppose non-party Cox Communications, Inc.'s motions to intervene and modify the protective order (ECF Nos. 521, 522), for the stated purpose of obtaining discovery for a case that is currently on appeal in the Fourth Circuit. Given the posture, the motions raise serious questions about the propriety of the requests to this Court. The motions also contain numerous factual errors and misapprehend fundamental legal issues that, properly presented, should result in denial. The requested relief also implicates important privilege questions, given that the materials sought include Plaintiffs' protected work product to which Cox has no right.

    Under Local Civil Rule 7.1(d), Plaintiffs' opposition would ordinarily be due October 12, 2021. Given the complexity of the background, the seriousness of the accusations, the twelve expert depositions being taken over the next three weeks in this matter, and the impending deadline for Plaintiffs' expert reports in the related Bright House action pending in the Middle

District of Florida, Plaintiffs respectfully request a one-week enlargement of their time to oppose, to October 19, 2021.

Dated:  September 23, 2021 　　　　　　　　/s/ *Matthew J. Oppenheim*
Matthew J. Oppenheim
Scott A. Zebrak
Jeffrey M. Gould
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Fl.
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
scott@oandzlaw.com
jeff@oandzlaw.com

Jonathan M. Sperling
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com

Neema T. Sahni
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067-4643
Telephone: (424) 332-4800
mkamin@cov.com
nsahni@cov.com

Janette L. Ferguson, Esq.
WILLIAMS WEESE PEPPLE & FERGUSON
1801 California Street, Suite 3400
Denver, CO 80202
Telephone: (303) 861-2828
Facsimile: (303) 861-4017
jferguson@williamsweese.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 23, 2021, I caused the foregoing document and all supporting materials thereto to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered with CM/ECF.

*/s/ Matthew J. Oppenheim*