

September 24, 2021

**Via ECF**

District Judge R. Brooke Jackson
Alfred A. Arraj United States Courthouse
Courtroom A-902
901 19th Street
Denver, CO 80294

**Orrick, Herrington & Sutcliffe LLP**
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000

**orrick.com**

**Elyse D. Echtman**

E  eechtman@orrick.com
D  +1 212 506 3753
F  +1 212 506 5151

Re:   *Warner Records, Inc., et al. v. Charter Communications, Inc.*
      Case No. 19-cv-874-RBJ-MEH

Dear Judge Jackson:

Cox Communications, Inc. respectfully submits this response to Plaintiffs' notice of its intent to oppose Cox's pending motions and its request for an additional 7 days to respond to those motions, ECF No. 523. Although Plaintiffs did not meet and confer on their request for an additional 7 days to respond, Cox, as a proposed Intervenor, consents to the request and does not seek to burden Plaintiffs during what they describe as a busy time in this action.

Cox does, however, reiterate its interest in disposition of its motions sufficiently in advance of the deadline for its anticipated Rule 60(b) motion in the *Cox* litigation to permit incorporation of any newly obtained materials in that motion. The deadline for that motion is January 12, 2022.

Respectfully submitted,

*/s/ Elyse D. Echtman*

Elyse D. Echtman

cc. All counsel (via ECF)