**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

WARNER RECORDS INC., *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant

Case No. 19-cv-00874-RBJ-MEH

**JOINT MOTION TO AMEND JOINT SCHEDULING ORDER AND CASE SCHEDULE**

All parties, by and through their respective counsel below, jointly move the Court (1) to amend the Joint Scheduling Order dated June 13, 2019 (Dkt. 44) ("June 2019 Order"), to permit each side to take the depositions of each expert disclosed by the opposing side pursuant to Fed. R. Civ. P. 26(a)(2)(B); and (2) to amend the case schedule (Dkt. 490) and adopt the pre-trial deadlines set forth in this Motion. As grounds for this motion, the parties state as follows:

1. **Certification Pursuant to D. Colo. L. Civ. R. 7.1**: Counsel for Plaintiffs and for Defendant conferred via email on September 21 and 22, 2021 regarding this Motion, and agree upon the relief requested.

**Joint Request to Amend Joint Scheduling Order**

2. On June 13, 2019, the Court entered the June 2019 Order (Dkt. 44), which sets, in relevant part, "a limitation of 20 depositions per side, inclusive of both fact (party and non-party) and expert depositions."

3. Plaintiffs have disclosed 13 expert witnesses pursuant to Fed. R. Civ. P. 26(a)(2)(B), and Charter has disclosed 6 expert witnesses pursuant to Fed. R. Civ. P. 26(a)(2)(B). Given the

1

nature and complexity of the case, including the number of experts disclosed to date, the parties agree that a modest adjustment to this 20-deposition limit is warranted for good cause, to permit each side to take the depositions of each expert disclosed by the opposing side pursuant to Fed. R. Civ. P. 26(a)(2)(B), even if such deposition would exceed the 20-deposition limit set forth in the June 2019 Order.

4. Subject to this Court's approval, and for good cause shown, the parties request that this Court enter an Order permitting depositions of all experts in the above-captioned action disclosed pursuant to Fed. R. Civ. P. 26(a)(2)(B) pursuant to the terms set forth below:

   a. Each side may take the deposition of each expert disclosed by the opposing side pursuant to Fed. R. Civ. P. 26(a)(2)(B), even if such deposition would exceed the 20-deposition limit set forth in the June 2019 Order.

   b. Neither side will use this agreement as a basis to obtain additional party or third-party depositions absent leave of the Court.

**Joint Request to Amend Case Schedule**

5. On July 2, 2021, the Court entered an Order (Dkt. 490) ("July 2021 Order") modifying the pre-trial schedule as follows:

| | **July 2021 Order** |
|---|---|
| Rebuttal Expert Designations | June 28, 2021 |
| Document Production and Fact Depositions Granted by Leave of Court, Compelled by the Court, or Agreed by the Parties | August 6, 2021 |
| Raise Any Remaining Fact Discovery Disputes with the Court | August 13, 2021 |
| Exchange of Supplemental Opening Expert Reports | August 23, 2021 |
| Exchange of Supplemental Rebuttal Expert Reports | September 10, 2021 |
| Close of Expert Discovery | September 28, 2021 |
| Dispositive and *Daubert* Motions | October 19, 2021 |
| Responses in Opposition to Dispositive and *Daubert* Motions | November 23, 2021 |
| Replies in support of Dispositive and *Daubert* Motions | December 21, 2021 |

6.  The parties have collectively disclosed 19 expert witnesses pursuant to Fed. R. Civ. P. 26(a)(2)(B).  To permit the parties to complete the depositions of these experts sufficiently in advance of the deadline for dispositive and *Daubert* motions, there is good cause for a modest extension of the deadlines for the close of expert discovery and for briefing of dispositive and *Daubert* motions.

7.  The parties jointly request an extension of the following pre-trial deadlines, which reflect a mutually agreeable schedule to prepare for trial commencing on October 24, 2022.

|  | **July 2021 Order** | **Parties' Joint Proposal** |
| --- | --- | --- |
| **Close of Expert Discovery** | September 28, 2021 | October 15, 2021 |
| **Dispositive and *Daubert* Motions** | October 19, 2021 | November 15, 2021 |
| **Responses in Opposition to Dispositive and *Daubert* Motions** | November 23, 2021 | December 20, 2021 |
| **Replies in Support of Dispositive and *Daubert* Motions** | December 21, 2021 | January 19, 2021 |

8.  The requested extension will not affect the currently scheduled trial date or the deadlines for pre-trial submissions to the Court.

9.  For the Court's convenience, a proposed order is submitted herewith.

WHEREFORE, the parties request that this Court enter an order, for good cause shown, (1) amending the June 2019 Order to permit each side to take the deposition of each expert disclosed by the opposing side pursuant to Fed. R. Civ. P. 26(a)(2)(B), even if such deposition would exceed the 20-deposition limit set forth in the June 2019 Order; and (2) amending the case schedule (Dkt. 490) and adopting the pre-trial deadlines set forth above.

| | |
|---|---|
| Dated: September 28, 2021 | Respectfully submitted, |
| */s/ Andrew H. Schapiro* | */s/ Neema T. Sahni* |
| Andrew H. Schapiro | Matthew J. Oppenheim |
| Allison Huebert | Jeffrey M. Gould |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | Alexander Kaplan |
| 191 N. Wacker Drive, Suite 2700 | OPPENHEIM + ZEBRAK, LLP |
| Chicago, IL 60606 | 4530 Wisconsin Ave. NW, 5th Fl. |
| Tel: (312) 705-7400 | Washington, DC 20016 |
| E-mail: andrewschapiro@quinnemanuel.com | Telephone: (202) 621-9027 |
| E-mail: allisonhuebert@quinnemanuel.com | matt@oandzlaw.com |
| | jeff@oandzlaw.com |
| | alex@oandzlaw.com |
| Charles K. Verhoeven | |
| David Eiseman | Jonathan M. Sperling |
| Linda Brewer | COVINGTON & BURLING LLP |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | The New York Times Building |
| 50 California Street, 22nd Floor | 620 Eighth Avenue |
| San Francisco, CA 94111 | New York, NY 10018-1405 |
| Tel: (415) 875-6600 | Telephone: (212) 841-1000 |
| E-mail: charlesverhoeven@quinnemanuel.com | jsperling@cov.com |
| E-mail: davideiseman@quinnemanuel.com | |
| E-mail: lindabrewer@quinnemanuel.com | Stacey Grigsby |
| | COVINGTON & BURLING LLP |
| | One CityCenter |
| Todd Anten | 850 10th St NW |
| Jessica Rose | Washington, DC 20001 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | Telephone: (202) 662-6000 |
| 51 Madison Ave, 22nd floor | sgrigsby@cov.com |
| New York, NY 10010 | |
| Tel: (212) 849-7000 | Mitchell A. Kamin |
| E-mail: toddanten@quinnemanuel.com | Neema T. Sahni |
| E-mail: jessicarose@quinnemanuel.com | J. Hardy Ehlers |
| | COVINGTON & BURLING LLP |
| | 1999 Avenue of the Stars, Suite 3500 |
| Jennifer A. Golinveaux | Los Angeles, CA 90067-4643 |
| WINSTON & STRAWN LLP | Telephone: (424) 332-4800 |
| 101 California Street, 35th Floor | mkamin@cov.com |
| San Francisco, CA 94111-5840 | nsahni@cov.com |
| Tel: (415) 591-1506 | jehlers@cov.com |
| E-mail: jgolinveaux@winston.com | |
| | Janette L. Ferguson, Esq. |
| Michael S. Elkin | WILLIAMS WEESE PEPPLE & FERGUSON |
| WINSTON & STRAWN LLP | |
| 200 Park Avenue | 1801 California Street, Suite 3400 |

New York, NY 10166  
Tel: (212) 294-6700  
E-mail: melkin@winston.com

Erin R. Ranahan  
WINSTON & STRAWN LLP  
333 S. Grand Avenue Los Angeles, CA 90071  
Tel: (213) 615-1933  
E-mail: eranahan@winston.com

Craig D. Joyce  
Fairfield and Woods, P.C.  
1801 California Street, Suite 2600  
Denver, Colorado 80202  
Tel: (303) 830-2400  
E-mail: cjoyce@fwlaw.com

*Attorneys for Charter Communications, Inc.*

Denver, CO 80202  
Telephone: (303) 861-2828  
jferguson@williamsweese.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 28, 2021 I caused the foregoing document and all supporting materials thereto to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered with CM/ECF.

*/s/ Andrew H. Schapiro*
Andrew H. Schapiro