# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| WARNER RECORDS INC. (f/k/a/ Warner Bros. Records, Inc.), *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> *Defendant*. | Case No. 19-cv-00874-RBJ-MEH |

## ORDER AMENDING JOINT SCHEDULING ORDER AND CASE SCHEDULE

THIS COURT, having reviewed and considered the parties' Joint Motion To Amend Joint Scheduling Order and Case Schedule, ECF No. 526, finds good cause to GRANT the Motion and hereby ORDERS as follows:

1. Each side may take the deposition of each expert disclosed by the opposing side pursuant to Fed. R. Civ. P. 26(a)(2)(B), even if such deposition would exceed the 20-deposition limit set forth in the Joint Scheduling Order dated June 13, 2019 (Dkt. 44).

2. Neither side will use this agreement as a basis to obtain additional party or third-party depositions absent leave of the Court.

3.  The scheduling order (Dkt. 490) is amended with the following deadlines:

| | |
|---|---|
| **Close of Expert Discovery** | October 15, 2021 |
| **Dispositive and *Daubert* Motions** | November 15, 2021 |
| **Responses in Opposition to Dispositive and *Daubert* Motions** | December 20, 2021 |
| **Replies in Support of Dispositive and *Daubert* Motions** | January 19, 2021 |

It is SO ORDERED this 29th day of September, 2021.

By the Court

_____
R. Brooke Jackson
U.S. District Court Judge