**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| WARNER RECORDS INC. (f/k/a/ Warner Bros. Records, Inc.), *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>*Defendant*. | Case No. 19-cv-00874-RBJ-MEH |

**NOTICE OF WITHDRAWAL OF DEFENSE**

PLEASE TAKE NOTICE that in order to streamline the issues in this case, Defendant Charter Communications, Inc. ("Charter") withdraws its safe harbor defense set forth in Charter's Eighth Affirmative Defense in its November 18, 2020 First Amended Answer, Affirmative Defenses and Second Amended Counterclaims (Dkt. 295).

Respectfully submitted this 11th day of October, 2021.

> */s/ Andrew H. Schapiro*
> Andrew H. Schapiro
> Allison Huebert
> QUINN EMANUEL URQUHART & SULLIVAN, LLP
> 191 N. Wacker Drive, Suite 2700
> Chicago, IL 60606
> Tel: (312) 705-7400
> E-mail: andrewschapiro@quinnemanuel.com
> E-mail: allisonhuebert@quinnemanuel.com
>
> Charles K. Verhoeven
> David Eiseman
> Linda Brewer

1

QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
E-mail: charlesverhoeven@quinnemanuel.com
E-mail: davideiseman@quinnemanuel.com
E-mail: lindabrewer@quinnemanuel.com

Todd Anten
Jessica Rose
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Ave, 22nd floor
New York, NY 10010
Tel: (212) 849-7000
E-mail: toddanten@quinnemanuel.com
E-mail: jessicarose@quinnemanuel.com

Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5840
Tel: (415) 591-1506
E-mail: jgolinveaux@winston.com

Michael S. Elkin
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
E-mail: melkin@winston.com

Erin R. Ranahan
WINSTON & STRAWN LLP
333 S. Grand Avenue Los Angeles, CA 90071
Tel: (213) 615-1933
E-mail: eranahan@winston.com

Craig D. Joyce
Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, Colorado 80202
Tel: (303) 830-2400
E-mail: cjoyce@fwlaw.com

*Attorneys for Charter Communications, Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of October, 2021, a true and correct copy of the foregoing was filed with the Clerk of the Court and served electronically on all parties via the CM/ECF system.

*/s/ Andrew H. Schapiro*
Andrew H. Schapiro