**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| WARNER RECORDS INC. (f/k/a/ Warner Bros. Records, Inc.), *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> *Defendant*. | Case No. 19-cv-00874-RBJ-MEH |

**DEFENDANT CHARTER COMMUNICATIONS, INC.'S RESPONSE TO NON-PARTY COX COMMUNICATIONS, INC.'S MOTIONS**

Defendant Charter Communications, Inc. does not oppose Cox Communication, Inc.'s ("Cox") Motion to Intervene for Purposes of Modifying the Protective Order (Dkt. 521) or Cox's Motion to Modify the Protective Order (Dkt. 522).

Respectfully submitted this 12th day of October, 2021.

/s/ *Andrew H. Schapiro*
Andrew H. Schapiro
Allison Huebert
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
E-mail: andrewschapiro@quinnemanuel.com
E-mail: allisonhuebert@quinnemanuel.com

1

Charles K. Verhoeven
David Eiseman
Linda Brewer
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
E-mail: charlesverhoeven@quinnemanuel.com
E-mail: davideiseman@quinnemanuel.com E-mail: lindabrewer@quinnemanuel.com

Todd Anten
Jessica Rose
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Ave, 22nd floor
New York, NY 10010
Tel: (212) 849-7000
E-mail: toddanten@quinnemanuel.com
E-mail: jessicarose@quinnemanuel.com

Craig D. Joyce
Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, Colorado 80202
Tel: (303) 830-2400
E-mail: cjoyce@fwlaw.com

*Attorneys for Charter Communications, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of October, 2021, a true and correct copy of the foregoing was filed with the Clerk of the Court and served electronically on all parties via the CM/ECF system.

*/s/ Andrew H. Schapiro*
Andrew H. Schapiro