IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No 1:19-cv-00874-RBJ-MEH

WARNER RECORDS INC, et al.,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

**NOTICE OF ERRATA TO PLAINTIFFS' AMENDED CORPORATE DISCLOSURES**

Plaintiffs respectfully submit this errata regarding their Amended Corporate Disclosures ("Disclosures"), filed on October 13, 2021 (Docket No. 530), in order to correct a clerical error in filing. The Disclosures were filed on the Case Management/Electronic Case Filing system on behalf of Plaintiffs as well as, inadvertently, certain non-parties. On October 14, 2021, Plaintiffs are re-filing the Disclosures to correct this error.

Dated: October 14, 2021

    */s/ Jeffrey M. Gould*
    Matthew J. Oppenheim (pro hac vice)
    Scott A. Zebrak (pro hac vice)
    Jeffrey M. Gould (pro hac vice)
    Alexander Kaplan (pro hac vice)
    OPPENHEIM + ZEBRAK, LLP
    4530 Wisconsin Ave. NW, 5th Fl.
    Washington, DC 20016
    Telephone: (202) 621-9027
    matt@oandzlaw.com
    scott@oandzlaw.com
    jeff@oandzlaw.com
    alex@oandzlaw.com

    Jonathan M. Sperling
    COVINGTON & BURLING LLP
    The New York Times Building

620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com

Mitchell A. Kamin
Neema T. Sahni
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067-4643
Telephone: (424) 332-4800
mkamin@cov.com
nsahni@cov.com

David C. Banker, Esquire
Florida Bar No. 0352977
Bryan D. Hull, Esquire
Florida Bar No. 020969
BUSH ROSS, P.A.
1801 North Highland Avenue
P.O. Box 3913
Tampa, FL 33601-3913
Telephone: (813) 224-9255
dbanker@bushross.com
bhull@bushross.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 14, 2021, I caused the foregoing document and all supporting materials thereto to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered with CM/ECF.

                                                                      */s/ Jeffrey M. Gould*