IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No 1:19-cv-00874-RBJ-MEH

WARNER RECORDS INC, et al.,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

---

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SINGLE BRIEF IN RESPONSE TO MOTIONS FILED BY NON-PARTY COX COMMUNICATIONS, INC.**

---

Plaintiffs respectfully move this Court for leave to file a single 20-page brief in response to two motions filed by non-party Cox Communications, Inc. ("Cox"): Cox's Motion to Intervene for Purposes of Modifying the Protective Order (ECF No. 521) and Cox's Motion to Modify the Protective Order (ECF No. 522) (together, the "Cox Motions").

Under Judge Jackson's Practice Standards, Plaintiffs are permitted to file a 15-page brief in response to each of the Cox Motions. To promote efficiency and judicial economy, however, Plaintiffs seek leave to file a single, consolidated 20-page brief in response to, and addressing each of, the Cox Motions.

**Certification of Compliance with D.C.COLO.LCivR 7.1(a).** On October 15, 2021, Plaintiffs, through counsel, requested consent from both Cox and Defendant Charter Communications, Inc. ("Charter") for Plaintiffs to file a single brief in response to the Cox Motions. Both Cox and Charter consent to Plaintiffs' requested relief.

1

Dated: October 15, 2021

*/s/ Jeffrey M. Gould*
Matthew J. Oppenheim
Scott A. Zebrak
Jeffrey M. Gould
Alexander Kaplan
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Fl.
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
scott@oandzlaw.com
jeff@oandzlaw.com
alex@oandzlaw.com

Jonathan M. Sperling
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com

Mitchell A. Kamin
Neema T. Sahni
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067-4643
Telephone: (424) 332-4800
mkamin@cov.com
nsahni@cov.com

Janette L. Ferguson, Esq.
WILLIAMS WEESE PEPPLE & FERGUSON
1801 California Street, Suite 3400
Denver, CO 80202
Telephone: (303) 861-2828
Facsimile: (303) 861-4017
jferguson@williamsweese.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 15, 2021, I caused the foregoing document and all supporting materials thereto to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered with CM/ECF.

/s/ Jeffrey M. Gould