IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No 1:19-cv-00874-RBJ-MEH

WARNER RECORDS INC, et al.,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

---

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER LEVEL 1 RESTRICTION PORTIONS OF PLAINTIFFS' OPPOSITION TO COX COMMUNICATION'S MOTIONS TO INTERVENE AND MODIFY PROTECTIVE ORDER**

---

    This Court, having reviewed and considered Plaintiffs' Unopposed Motion for Leave to File Under Level 1 Restriction Portions of Plaintiffs' Opposition to Cox Communications, Inc.'s Motions to Intervene and Modify Protective Order, hereby ORDERS that the Motion is GRANTED. Portions of Plaintiffs' Opposition to Cox Communications, Inc.'s Motions to Intervene and Modify Protective Order may be restricted to public access at Level 1.

                                                                        _____
                                                                        R. Brooke Jackson
                                                                        United States District Judge