UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| WARNER RECORDS INC., *et al.*, <br><br> Plaintiffs, <br><br> *v.* <br><br> CHARTER COMMUNICATIONS, INC., <br><br> Defendant. | Case No. 1:19-cv-00874-RBJ-MEH |

**DEFENDANT CHARTER COMMUNICATIONS, INC.'S
UNOPPOSED MOTION TO RESTRICT
PLAINTIFFS' MOTION TO STRIKE UNTIMELY EXPERT DISCLOSURES**

Pursuant to Local Rule 7.2, Defendant Charter Communications, Inc. ("Charter") respectfully moves this Court to maintain the unredacted version of Plaintiffs' Motion To Strike Untimely Expert Disclosures (the "Motion") and Exhibits B, C, D, E, and F thereto as well as pages and lines 220:7-25 and 222:11-15 of Exhibit G thereto (collectively, the "Confidential Exhibits") under Level 1 Restriction. *See* Dkt. 540, 540-3 to -8 (Oct. 25, 2021). In support of this motion, Charter states as follows:

1. **Certificate Pursuant to D.C.COLO.LCivR 7.1(a).** Counsel for Charter has conferred with counsel for Plaintiffs via email regarding this motion. Plaintiffs join Charter's request with regards to Exhibits D and E and take no position on the additional relief requested in the motion.

2. On October 25, 2021, Plaintiffs filed their Motion To Strike Untimely Expert Disclosures (the "Motion") as well as Exhibits B, C, D, E, F, and G thereto under Level 1 Restriction. *See* Dkt. 540, 540-3 to -8.

1

3. Exhibits B, C, and D are workpapers prepared by Charter's expert Dr. George G. Strong, Jr. in this matter. Exhibits E and F are the Expert Rebuttal Report and Second Rebuttal Expert Report, respectively, of Dr. Strong in this matter. Exhibit G is the October 15, 2021 deposition of Dr. Strong taken in this matter.

4. Exhibits B through F and pages and lines 220:7-25 and 222:11-15 of Exhibit G (collectively, the "Confidential Exhibits") contain Charter's commercially sensitive business information, including analyses of purported financial gains to Charter based on Plaintiffs' allegations. Exhibits B through D purport to quantify, based on Charter's financial records, various estimated calculations and valuations related to allegedly infringing subscribers. Exhibits E and F, Dr. Strong's rebuttal reports, likewise contain extensive analyses that rely upon and reflect Charter's confidential financial information, including Charter's profit margins and estimated valuations. In addition, the Confidential Exhibits are based on or derived from information designated as Highly Confidential by one or more of the parties under the Stipulated Protective Order in this matter. *See* Dkt. 63 (Sept. 6, 2019). The Motion, in turn, quotes and summarizes at length Charter's commercially sensitive business information contained in the Confidential Exhibits.

5. Disclosure of Charter's competitively sensitive business information would cause competitive harm to Charter through the disclosure of details of its purported economic gains and related financial information based on Plaintiffs' allegations. *See, e.g.*, *Health Grades, Inc. v. MDx Med., Inc.*, 2014 WL 12741068, at *2 (D. Colo. Mar. 28, 2014) (granting motion to restrict because "the redactions and restrictions are justified to protect against the public disclosure of competitively sensitive, highly confidential, and proprietary information"). The risk of

competitive harm to Charter outweighs the need for the public to have access to this confidential information. The information would be harmful in the hands of competitors and is not necessary or substantially informative for the general public to understand or evaluate the issues between the parties.

6. Contemporaneously herewith, Charter has filed on the public docket a version of the Motion, judiciously redacted to protect Charter's competitively sensitive commercial information, as **Exhibit 1** to this motion. In addition, Charter has filed on the public docket a version of Exhibit G to the Motion with only pages and lines 220:7-25 and 222:11-15 redacted, as **Exhibit 2** to this motion.

7. Charter seeks only a Level 1 restriction, the lowest level of restriction. Permitting a Level 1 Restriction of the unredacted version of the Motion and the Confidential Exhibits is the only method that can adequately protect Charter's competitively sensitive business information.

8. Though the mere existence of a Stipulated Protective Order is not sufficient to demonstrate that a motion to restrict should be granted, Charter respectfully informs the Court that Charter has designated the materials filed as the Confidential Exhibits as Confidential or Highly Confidential under the Protective Order in this case. *See* Dkt. 63.

WHEREFORE, Charter respectfully requests this Court maintain the unredacted version of Plaintiffs' Motion To Strike Untimely Expert Disclosures and Exhibits B, C, D, E, and F thereto as well as pages and lines 220:7-25 and 222:11-15 of Exhibit G thereto under Level 1 Restriction. *See* Dkt. 540, 540-3 to -8 (Oct. 25, 2021).

Dated: November 8, 2021

Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
(415) 591-1506 (telephone)
(415) 591-1400 (facsimile)
Email: jgolinveaux@winston.com

Michael S. Elkin
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700 (telephone)
(212) 294-4700 (facsimile)
Email: melkin@winston.com

Erin R. Ranahan
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
(213) 615-1933 (telephone)
(213) 615-1750 (facsimile)
Email: eranahan@winston.com

Craig D. Joyce
Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, CO 80202
(303) 830-2400 (telephone)
(303) 830-1033 (facsimile)
Email: cjoyce@fwlaw.com

Respectfully submitted,

*/s/ Andrew H. Schapiro*

Andrew H. Schapiro
Nathan A. Hamstra
Allison Huebert
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400 (telephone)
(312) 705-7401 (facsimile)
Email: andrewschapiro@quinnemanuel.com
Email: allisonhuebert@quinnemanuel.com

Charles K. Verhoeven
David Eiseman
Linda Brewer
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600 (telephone)
(415) 875-6700 (facsimile)
Email: charlesverhoeven@quinnemanuel.com
Email: davideiseman@quinnemanuel.com
Email: lindabrewer@quinnemanuel.com

Todd Anten
Jessica Rose
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd floor
New York, NY 10010
(212) 849-7000 (telephone)
(212) 849-7100 (facsimile)
Email: toddanten@quinnemanuel.com
Email: jessicarose@quinnemanuel.com

*Counsel for Defendant
Charter Communications, Inc.*

5

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 8, 2021, I caused a true and correct copy of the foregoing Motion to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Andrew H. Schapiro*
Andrew H. Schapiro