**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| WARNER RECORDS INC. (f/k/a/ Warner Bros. Records, Inc.), *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> Defendant. | Case No. 1:19-cv-00874-RBJ-MEH |

**DECLARATION OF DYLAN I. SCHER**

I, Dylan I. Scher, hereby declare:

1. I am an attorney in the New York office of Quinn Emanuel Urquhart & Sullivan LLP, and counsel for Defendant Charter Communications, Inc. ("Charter") in this case. I submit this declaration in support of Charter's Opposition to Plaintiffs' Motion to Strike [Dkt. 540]. I make this declaration of my own personal knowledge and, if called to testify, I could and would competently testify hereto under oath.

2. Attached hereto as Exhibit 1 are excerpts of a true and correct copy of the transcript of Plaintiffs' deposition of George Strong, Jr. on October 15, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 9, 2021.

_____
Dylan I. Scher