# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-00874-RBJ-MEH

**WARNER RECORDS INC.,** *et al.***,**

      Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.,**

      Defendant.

---

## DECLARATION OF NEEMA T. SAHNI IN SUPPORT OF PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE OF PUBLIC ENTRIES FROM U.S. COPYRIGHT OFFICE'S COPYRIGHT CATALOG

---

      I, Neema T. Sahni, hereby declare and state as follows pursuant to 28 U.S.C. § 1746:

      1.     I am a partner of the law firm Covington & Burling LLP, attorneys of record for Plaintiffs. I submit this declaration in support of Plaintiffs' Request for Judicial Notice of Public Entries from U.S. Copyright Office's Copyright Catalog. I have personal knowledge of all facts stated in this declaration, and if called upon as a witness, could and would competently testify thereto.

      2.     Attached hereto as **Exhibit 1** is a true and correct copy of a printout of the U.S. Copyright Office's Copyright Catalog ("Copyright Catalog") entry for the musical composition registered as PA0001166704, which was produced in this case as PL_CH_0035948.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a printout of the Copyright Catalog entry for the musical composition registered as PA0001166701, which was produced in this case as PL_CH_0044949.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a printout of the Copyright Catalog entry for the musical composition registered as PA0001166702, which was produced in this case as PL_CH_0044951.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a printout of the Copyright Catalog entry for the musical composition registered as PA0001166703, which was produced in this case as PL_CH_0044953.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a printout of the Copyright Catalog entry for the sound recording registered as SR0000058194, which was produced in this case as PL_CH_0202003.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a printout of the Copyright Catalog entry for the sound recording registered as SR0000064443, which was produced in this case as PL_CH_0202005.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a printout of the Copyright Catalog entry for the sound recording registered as SR0000094180, which was produced in this case as PL_CH_0202007.

9. Attached hereto as **Exhibit 8** is a true and correct copy of a printout of the Copyright Catalog entry for the sound recording registered as SR0000132715, which was produced in this case as PL_CH_0202009.

10. Attached hereto as **Exhibit 9** is a true and correct copy of a printout of the Copyright Catalog entry for the sound recording registered as SR000046271, which was produced in this case as PL_CH_0202010.

11. Attached hereto as **Exhibit 10** is a true and correct copy of a printout of the Copyright Catalog entry for the sound recording registered as SR0000059333, which was produced in this case as PL_CH_0202012.

12. Attached hereto as **Exhibit 11** is a true and correct copy of a printout of the Copyright Catalog entry for the musical composition registered as PA0001338252, which was produced in this case as PL_CH_0202019.

13. Attached hereto as **Exhibit 12** is a true and correct copy of the registration certificate for the musical composition registered as PA0001852254, which was produced in this case as PL_CH_0039263.

14. Attached hereto as **Exhibit 13** is a true and correct copy of a printout of the Copyright Catalog entry for the musical composition registered as PA0001852254, which was produced in this case as PL_CH_0047769.

15. For the eleven Copyright Catalog entries that are the subject of this request, Plaintiffs requested, but have not yet received from the Copyright Office, copies of their registration certificates.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of November, 2021 in Los Angeles, California.

*/s/ Neema T. Sahni*
Neema. T Sahni