# EXHIBIT 1

```
Type of Work:      Music

Registration Number / Date:
                   PA0001166704 / 2007-01-13

Title:             Lonely lonely.

Appears in:        Let it die. Arts & Crafts B0004442-02, 2004.

Publisher Number:  Arts & Crafts B0004442-02

Description:       Computer sound file.

Performer:         Performed by Feist.

Copyright Claimant:
                   BMG Songs, BMG Music Publishing, Ltd.

Date of Creation:  2004

Date of Publication:
                   2004-05-18

Authorship on Application:
                   words and music: Leslie Feist (Feist, pseud.), Tony Scherr.

Rights and Permissions:
                   Rights and permissions info. on CORDS appl. in CO.

Copyright Note:    Electronic registration.

Names:             Feist, Leslie
                   Feist, pseud.
                   Scherr, Tony
                   BMG Songs
                   BMG Music Publishing, Ltd.

====================================================================================
```