# EXHIBIT 3

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001166702
Search Results: Displaying 1 of 1 entries



### One evening.

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001166702 / 2007-01-13 |
| **Title:** | One evening. |
| **Appears in:** | Let it die. Arts & Crafts B0004442-02, 2004. |
| **Publisher Number:** | Arts & Crafts B0004442-02 |
| **Description:** | Computer sound file. |
| **Performer:** | Performed by Feist. |
| **Copyright Claimant:** | BMG Songs, BMG Music Publishing, Ltd., EMI France |
| **Date of Creation:** | 2004 |
| **Date of Publication:** | 2004-05-18 |
| **Authorship on Application:** | words and music: Leslie Feist (Feist, pseud.), Jason Beck. |
| **Rights and Permissions:** | Rights and permissions info. on CORDS appl. in CO. |
| **Copyright Note:** | Electronic registration. |
| **Names:** | Feist, Leslie |
| | Feist, pseud. |
| | Beck, Jason |
| | BMG Songs |
| | BMG Music Publishing, Ltd. |
| | EMI France |



Save, Print and Email (Help Page)

Select Download Format  Full Record   Format for Print/Save

Enter your email address:

Email

PL_CH_0044951

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

PL_CH_0044952