# EXHIBIT 5



The Library has opened access to some reading rooms by appointment
only. **More**. Library buildings otherwise remain closed to the public.
**More**.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = SR0000058194
Search Results: Displaying 1 of 1 entries

◄ previous     next ►



*Geffery Morgan / all music composed and arranged by U B 40 ; lyrics by U B...*

**Type of Work:** Sound Recording
**Registration Number / Date:** SR0000058194 / 1984-11-06
**Title:** Geffery Morgan / all music composed and arranged by U B 40 ; lyrics by U B 40 ; [performed by] U B 40.
**Imprint:** c1984.
**Publisher Number:** A&M Records SP 5033
**Description:** 1 sound disc : 33 1/3 rpm, stereo. ; 12 in.
**Copyright Claimant:** © ℗ D E P International. Nature of copyrightable authorship: sound recording & artwork
**Date of Creation:** 1984
**Date of Publication:** 1984-10-08
**Authorship on Application:** sound recording & artwork: D E P International, employer for hire.
**Contents:** Riddle me -- As always you were wrong again -- If it happens again -- D.U.B -- The Pillow -- Nkomo a go go -- Seasons -- You're not an army -- I'm not fooled so easily -- Your eyes were open.
**Other Title:** The Pillow
**Names:** UB40
DEP International
Dep International.

◄ previous     next ►



| Save, Print and Email (**Help Page**) |
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address: _____   Email |



PL_CH_0202003

Web Voyage Record View 1

---

Help   Search   History   Titles   Start Over

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

PL_CH_0202004