# EXHIBIT 6



The Library has opened access to some reading rooms by appointment only. More. Library buildings otherwise remain closed to the public.
More.

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = SR0000064443
Search Results: Displaying 1 of 1 entries



### *Little baggariddim / [performed by] U B 40.*

| | |
|---:|:---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000064443 / 1985-08-12 |
| **Title:** | Little baggariddim / [performed by] U B 40. |
| **Imprint:** | c1985. |
| **Publisher Number:** | A&M SP 6-5090 |
| **Description:** | 1 sound disc : 33 1/3 rpm, stereo. ; 12 in. |
| **Copyright Claimant:** | © ℗ A & M Records, Inc. |
| **Copyright Notice:** | in ℗ notice: D E P International |
| **Date of Creation:** | 1985 |
| **Date of Publication:** | 1985-07-15 |
| **Authorship on Application:** | sound recording, artwork: A & M Records, Inc., employer for hire. |
| **Contents:** | I got you, babe -- Don't break my heart -- One in ten -- Mi spliff -- Hip hop, lyrical robot -- I got you, babe (dub version). |
| **Names:** | UB40<br>A&M Records, Inc.<br>DEP International<br>UB40. |





PL_CH_0202005

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

PL_CH_0202006