# EXHIBIT 7



The Library has opened access to some reading rooms by appointment only. More. Library buildings otherwise remain closed to the public.
More.

Help | Search | History | Titles | Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = SR0000094180
Search Results: Displaying 1 of 2 entries



**UB 40.**

| | |
|---|---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000094180 / 1988-08-10 |
| | Supplemented by: SR0000132715 / 1991-03-28 |
| **Title:** | UB 40. |
| **Imprint:** | c1988. |
| **Publisher Number:** | A&M Records CD 5213 DX 033488 |
| **Description:** | 1 compact disc. |
| **Notes:** | Photo. by Eric Watson. |
| **Copyright Claimant:** | © ℗ A & M Records, Inc. |
| **Copyright Notice:** | notice: Dep International |
| **Date of Creation:** | 1988 |
| **Date of Publication:** | 1988-07-25 |
| **Authorship on Application:** | recording & artwork: A & M Records, Inc., employer for hire. |
| **Copyright Note:** | See also UB140; Reg. 28Mar91; SR 132-715 |
| **Contents:** | Dance with the Devil -- Come out to play -- Breakfast in bed -- You're always pulling me down -- I would do for you -- 'Cause it isn't true -- Where did I go wrong? -- Contaminated minds -- Matter of time -- Music so nice -- Dance with the Devil (reprise). |
| **Names:** | Watson, Eric |
| | UB40 |
| | A&M Records, Inc. |
| | Dep International |



**Save, Print and Email (Help Page)**

| Select Download Format | Full Record ⌄ | Format for Print/Save |
| Enter your email address: | | Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page