EXHIBIT 8



The Library has opened access to some reading rooms by appointment only. More. Library buildings otherwise remain closed to the public.
More.

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = SR0000094180
Search Results: Displaying 2 of 2 entries



*UB40. By A & M Records, Inc., performed by UB40.*

|  |  |
|---|---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000132715 / 1991-03-28 |
|  | Supplement to: SR0000094180 / 1988 |
| **Title:** | UB40. By A & M Records, Inc., performed by UB40. |
| **Copyright Claimant:** | © ℗ Virgin Records, Ltd. (on original appl.: A & M Records, Inc.) |
| **Authorship on Application:** | Virgin Records, Ltd. (on original appl.: A & M Records, Inc.) |
| **Supplement to Registration:** | SR 94-180, 1988 |
| **Variant title:** | UB40. |
| **Names:** | UB40. |
|  | Virgin Records, Ltd. |
|  | A&M Records, Inc. |



**Save, Print and Email (Help Page)**
Select Download Format Full Record  | Format for Print/Save
Enter your email address:  | Email

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

PL_CH_0202009