# EXHIBIT 9



The Library has opened access to some reading rooms by appointment only. More. Library buildings otherwise remain closed to the public.
More.

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = SR0000046271
Search Results: Displaying 1 of 2 entries



*UB 40 : 1980-83 / all words and music by U B 40.*

| | |
|---|---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000046271 / 1983-07-14 |
| | Supplemented by: SR0000059333 / 1984-11-16 |
| **Title:** | UB 40 : 1980-83 / all words and music by U B 40. |
| **Imprint:** | c1983. |
| **Publisher Number:** | A&M Records SP-4955 |
| **Description:** | 1 sound disc : 33 1/3 rpm ; 12 in. |
| **Copyright Claimant:** | © ℗ A & M Records, Inc. Nature of copyrightable authorship: sound recording, artwork |
| **Date of Creation:** | 1983 |
| **Date of Publication:** | 1983-06-07 |
| **Authorship on Application:** | sound recording, artwork: A & M Records, Inc., employer for hire. |
| **Copyright Note:** | See also UB40 1980-83; Reg. 16Nov84; SR 59-333 |
| **Contents:** | King -- Food for thought -- Present arms -- One in ten -- Silent witness -- So here I am -- I won't close my eyes -- Don't do the crime -- Dubmobile -- I've got mine. |
| **Variant title:** | UB 40 : 1980-83 |
| **Names:** | UB40 |
| | A&M Records, Inc. |





PL_CH_0202010

Help   Search   History   Titles   Start Over

Contact Us   |   Request Copies   |   Get a Search Estimate   |   Frequently Asked Questions (FAQs) about Copyright   |
Copyright Office Home Page   |   Library of Congress Home Page