# EXHIBIT 10



The Library has opened access to some reading rooms by appointment only. More. Library buildings otherwise remain closed to the public. More.

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = SR0000046271
Search Results: Displaying 2 of 2 entries



### UB 40: 1980-83. By A & M Records, Inc.

| | |
|---|---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000059333 / 1984-11-16 |
| | Supplement to: SR0000046271 / 1983 |
| **Title:** | UB 40: 1980-83. By A & M Records, Inc. |
| **Copyright Claimant:** | © ℗ Virgin Records, Ltd. (on original appl.: A & M Records, Inc. Nature of copyrightable authorship: sound recording, artwork |
| **Authorship on Application:** | Virgin Records, Ltd. (on original appl.: A & M Records, Inc.) |
| **Supplement to Registration:** | SR 46-271, 1983 |
| **Variant title:** | UB 40: 1980-83 |
| **Names:** | UB40 |
| | A&M Records, Inc. |
| | Virgin Records, Ltd. |





Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

PL_CH_0202012