# EXHIBIT 11



The Library has opened access to some reading rooms by appointment only. More. Library buildings otherwise remain closed to the public.
More.

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001338252
Search Results: Displaying 1 of 1 entries



*Smiley faces ; Online ; Necromancer ; Storm coming.*

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001338252 / 2006-08-31 |
| **Title:** | Smiley faces ; Online ; Necromancer ; Storm coming. |
| **Appears in:** | St. Elsewhere |
| **Copyright Claimant:** | Warner/Chappell Music Publishing, Ltd. and Chrysalis Music, Ltd. |
| **Date of Creation:** | 2005 |
| **Date of Publication:** | 2006-04-24 |
| **Authorship on Application:** | words & music: Thomas Callaway & Brian Burton. |
| **Copyright Note:** | Cataloged from appl. only. |
| **Other Title:** | Online |
| | Necromancer |
| | Storm coming |
| **Names:** | Callaway, Thomas |
| | Burton, Brian |
| | Warner/Chappell Music Publishing, Ltd. |
| | Chrysalis Music, Ltd. |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record    Format for Print/Save |
| Enter your email address:                          Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page