# EXHIBIT 12

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-852-254**

Effective date of registration:

January 18, 2011

## Title

**Title of Work:** Fancy
**Title of Larger Work:** ARTIST: Drake ALBUM: Thank Me Later

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** June 15, 2010
**Nation of 1st Publication:** United States

## Author

- **Author:** Aubrey Johnson
  **Author Created:** music, lyrics
  **Work made for hire:** No
  **Citizen of:** United States

- **Author:** Avery Chambliss
  **Author Created:** music, lyrics
  **Work made for hire:** No
  **Citizen of:** United States

- **Author:** Matthew Samuels
  **Author Created:** music, lyrics
  **Work made for hire:** No
  **Citizen of:** United States

- **Author:** Aubrey Graham
  **Author Created:** music, lyrics
  **Work made for hire:** No
  **Citizen of:** United States

PL_CH_0039263

| | |
|---:|:---|
| **Author:** | Henry Zant |
| **Author Created:** | music, lyrics |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Author:** | Clifford Harris |
| **Pseudonym:** | T.I. |
| **Author Created:** | music, lyrics |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Pseudonymous:** | Yes |
| **Author:** | Noah Shebib |
| **Pseudonym:** | 40 |
| **Author Created:** | music, lyrics |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Pseudonymous:** | Yes |
| **Author:** | Kasseem Dean |
| **Pseudonym:** | Swizz Beatz |
| **Author Created:** | music, lyrics |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Pseudonymous:** | Yes |

## Copyright claimant

| | |
|---:|:---|
| **Copyright Claimant:** | Scion Three Music |
| | street not known, city not known |
| **Transfer Statement:** | By written agreement |
| **Copyright Claimant:** | Avenue Beatz Music |
| | street not known, city not known |
| **Transfer Statement:** | By written agreement |
| **Copyright Claimant:** | EMI Music Publishing Canada |
| | street not known, city not known |
| **Transfer Statement:** | By written agreement |
| **Copyright Claimant:** | Crown Club Publishing |
| | 10585 Santa Monica Blvd, Los Angeles, CA, 90025, United States |
| **Transfer Statement:** | By written agreement |

| | |
|---|---|
| Copyright Claimant: | Swizz Beatz |
| | nk, nk |
| Transfer Statement: | By written agreement |
| Copyright Claimant: | Warner Tamerlane Publishing Corp |
| | 10585 Santa Monica Blvd, Los Angeles, CA, 90025, United States |
| Transfer Statement: | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | CONTAINS SAMPLES OF, "I DON'T WANT TO PLAY AROUND" BY AUBREY JOHNSON AND HENRY ZANT. |
| New material included in claim: | music, lyrics |

## Rights and Permissions

| | | | |
|---|---|---|---|
| Organization Name: | Warner Chappell Music | | |
| Name: | Michael J Katz | | |
| Email: | michael.katz@warnerchappell.com | Telephone: | 310-441-8629 |
| Address: | 10585 Santa Monica Blvd. | | |
| | Los Angeles, CA 90025  United States | | |

## Certification

| | |
|---|---|
| Name: | Christopher George |
| Date: | July 18, 2013 |

| | |
|---|---|
| Correspondence: | Yes |

**Registration #:**  PA0001852254

**Service Request #:**  1-474071662



Warner Chappell Music
Michael J Katz
10585 Santa Monica Blvd.
Los Angeles, CA 90025  United States