# EXHIBIT 13

# Public Catalog

L
Search Request: Left Anchored Copyright Number = PA0001852254
Search Results: Displaying 1 of 1 entries



*Fancy.*

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0001852254 / 2011-01-18 |
| **Application Title:** | Fancy. |
| **Title:** | Fancy. |
| **Appears in:** | ARTIST: Drake ALBUM: Thank Me Later |
| **Description:** | Compact disc. |
| **Copyright Claimant:** | Scion Three Music, Transfer: By written agreement. Address: street not known, city not known. |
|  | Avenue Beatz Music, Transfer: By written agreement. Address: street not known, city not known. |
|  | EMI Music Publishing Canada, Transfer: By written agreement. Address: street not known, city not known. |
|  | Crown Club Publishing, Transfer: By written agreement. Address: 10585 Santa Monica Blvd, Los Angeles, CA, 90025, United States. |
|  | Swizz Beatz, Transfer: By written agreement. Address: nk, nk. |
|  | Warner Tamerlane Publishing Corp, Transfer: By written agreement. Address: 10585 Santa Monica Blvd, Los Angeles, CA, 90025, United States. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-06-15 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Aubrey Johnson; Citizenship: United States. Authorship: music, lyrics. |
|  | Avery Chambliss; Citizenship: United States. Authorship: music, lyrics. |
|  | Matthew Samuels; Citizenship: United States. Authorship: music, lyrics. |
|  | Aubrey Graham; Citizenship: United States. Authorship: music, lyrics. |
|  | Henry Zant; Citizenship: United States. Authorship: music, lyrics. |
|  | T.I., pseud. of Clifford Harris (author of pseudonymous work); Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
|  | 40, pseud. of Noah Shebib (author of pseudonymous work); Domicile: |

|  |  |
|---|---|
|  | United States; Citizenship: United States. Authorship: music, lyrics.<br>Swizz Beatz, pseud. of Kasseem Dean (author of pseudonymous work); Domicile: United States; Citizenship: United States. Authorship: music, lyrics. |
| **Pre-existing Material:** | CONTAINS SAMPLES OF, "I DON'T WANT TO PLAY AROUND" BY AUBREY JOHNSON AND HENRY ZANT. |
| **Basis of Claim:** | music, lyrics. |
| **Rights and Permissions:** | Michael J Katz, Warner Chappell Music, 10585 Santa Monica Blvd., Los Angeles, CA, 90025, United States, (310) 441-8629, michael.katz@warnerchappell.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Harris, Clifford<br>Shebib, Noah<br>Dean, Kasseem<br>T.I., pseud.<br>40, pseud.<br>Swizz Beatz, pseud.<br>Johnson, Aubrey<br>Chambliss, Avery<br>Samuels, Matthew<br>Graham, Aubrey<br>Zant, Henry<br>Crown Club Publishing<br>Swizz Beatz<br>Warner Tamerlane Publishing Corp<br>Scion Three Music<br>Avenue Beatz Music<br>EMI Music Publishing Canada |



**Save, Print and Email (Help Page)**

Select Download Format   Full Record ▼   [Format for Print/Save]

Enter your email address: [        ]

[Email]

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page