# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

WARNER RECORDS INC. (f/k/a/ Warner Bros. Records, Inc.), *et al.*,

    *Plaintiffs*,

v.

CHARTER COMMUNICATIONS, INC.,

    *Defendant*.

Case No. 19-cv-00874-RBJ-MEH

---

## ORDER AMENDING JOINT SCHEDULING ORDER AND CASE SCHEDULE

---

THIS COURT, having reviewed and considered the parties' Joint Motion To Amend Joint Scheduling Order and Case Schedule, finds good cause to GRANT the Motion, and hereby ORDERS as follows:

1. Each side may take the deposition of each expert disclosed by the opposing side pursuant to Fed. R. Civ. P. 26(a)(2)(B), even if such deposition would exceed the 20-deposition limit set forth in the Joint Scheduling Order dated June 13, 2019 (Dkt. 44).

2. Neither side will use this agreement as a basis to obtain additional party or third-party depositions absent leave of the Court.

3. The scheduling order (Dkt. 490) is amended with the following deadlines:

| | |
|---|---|
| **Close of Expert Discovery** | October 15, 2021 |
| **Dispositive and *Daubert* Motions** | November 15, 2021 |
| **Responses in Opposition to Dispositive and *Daubert* Motions** | December 20, 2021 |
| **Replies in Support of Dispositive and *Daubert* Motions** | January 19, 2021 |

It is SO ORDERED this 22nd day of November, 2021.

BY THE COURT:

R. Brooke Jackson
United States District Judge

-2-