IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-RBJ-MEH

WARNER RECORDS, INC., *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 29, 2021.**

    For good cause shown, the parties' Joint Motion to Set Briefing Schedule [filed November 23, 2021; ECF 584] is **granted**.

    The deadline for Plaintiffs and Defendant to file motions seeking sanctions regarding alleged failures to retain certain documents and information is **December 3, 2021**. The deadline for filing responses is **January 7, 2022**, and the deadline for filing replies is **January 28, 2022**.