# MINUTE ENTRY FOR SETTLEMENT

TO: Docketing

FROM: Magistrate Judge Michael E. Hegarty

DATE: November 23, 2021

RE: ***Warner Records Inc. et al. v. Charter Communications, Inc.*, No. 19-cv-00874-RBJ-MEH**

   **X**    A settlement conference was held on in Los Angeles on November 9, 2021 and, in addition, the Court has engaged in numerous informal settlement negotiations with the parties; no settlement has been reached as to any claims in this action.

_____ A settlement conference was held on this date, and the parties have reached a settlement as to

      _____ All claims in this action. The parties shall file a stipulated motion to dismiss on or before _____, 2021.

      _____ Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before _____ , 2021.

Settlement discussions, telephone calls, travel, settlement conference, and preparation time involved: <u>30 hours</u>

_____ A record was made          **X** No record was made

* * * * * * * * * * * * * * * *

_____ Supplemental settlement negotiations were held in the above-captioned case, including phone calls, emails, and meetings with counsel.

Preparation and negotiation time involved: ___ hours ___ minutes.