UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

WARNER RECORDS INC, et al.

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

Case No. 1:19-cv-00874-RBJ-MEH

**EXHIBIT A**
**TO JOINT MOTION TO MAINTAIN CERTAIN FILINGS UNDER RESTRICTION**

| Original Filing | Description | Redacted version attached hereto as Exhibit Number |
|---|---|---|
| Dkt. 547 | Plaintiffs' *Daubert* motion re: George Strong | I |
| Dkt. 547-4 | Deposition transcript of George Strong | II |
| Dkt. 549 | Charter's motion for summary judgment | III |
| Dkt. 549-5 | Declaration of Andrew Schapiro | IV |
| Dkt. 550-6 | Deposition transcript of Aram Sinnreich | V |
| Dkt. 550-7 | Deposition transcript of On Amir | VI |
| Dkt. 551-3 | Deposition transcript of Kristofer Buchan | VII |
| Dkt. 552 | Charter's *Daubert* motion re: Harold Furchtgott-Roth | VIII |
| Dkt. 552-6 | Deposition transcript of Harold Furchtgott-Roth | IX |
| Dkt. 554 | Charter's *Daubert* motion re: Terrence McGarty | X |
| Dkt. 554-4 | Deposition transcript of Terrence McGarty | XI |
| Dkt. 555 | Plaintiffs' motion for summary judgment | XII |
| Dkt. 555-1 | Declaration of Alexander Kaplan | XIII |
| Dkt. 555-7 | Deposition transcript of Kevin Almeroth | XIV |
| Dkt. 555-8 | Deposition transcript of Michael Hanrahan | XV |
| Dkt. 555-9 | Deposition transcript of Mary Haynes | XVI |

1

| Original Filing | Description | Redacted version attached hereto as Exhibit Number |
|---|---|---|
| Dkt. 555-10 | Deposition transcript of Philip Jones | XVII |
| Dkt. 555-11 | Deposition transcript of Austin McNeil | XVIII |
| Dkt. 555-12 | Deposition transcript of Jay Rolls | XIX |
| Dkt. 555-13 | Deposition transcript of Laurie Rowlett | XX |
| Dkt. 555-14 | Deposition transcript of Tammy Stewart | XXI |
| Dkt. 555-15 | Deposition transcript of Adam Taylor | XXII |
| Dkt. 555-64 | Declaration of Barbara Frederiksen-Cross | XXIII |
| Dkt. 555-66 | Declaration of Kristofer Buchan | XXIV |
| Dkt. 556 | Charter's *Daubert* motion re: Barbara Frederiksen-Cross | XXV |
| Dkt. 556-5 | Deposition transcript of Barbara Frederiksen-Cross | XXVI |
| Dkt. 557 | Plaintiff's *Daubert* motion re: Kevin Almeroth | XXVII |
| Dkt. 557-5 | Deposition transcript of Kevin Almeroth | XXVIII |
| Dkt. 558 | Plaintiff's *Daubert* motion re: Sandeep Chatterjee | XXIX |
| Dkt. 558-4 | Deposition transcript of Sandeep Chatterjee | XXX |
| Dkt. 558-5 | Deposition transcript of Kevin Almeroth | XXXI |
| Dkt. 558-7 | Deposition transcript of Dong Jang | XXXII |
| Dkt. 558-8 | Deposition transcript of Christopher Bell | XXXIII |
| Dkt. 558-12 | Deposition transcript of Karl Snow | XXXIV |
| Dkt. 559-3 | Deposition transcript of Aram Sinnreich | XXXV |
| Dkt. 560 | Plaintiffs' *Daubert* motion re: Karl Snow | XXXVI |
| Dkt. 560-8 | Deposition transcript of Karl Snow | XXXVII |
| Dkt. 560-9 | Deposition transcript of Sandeep Chatterjee | XXXVIII |
| Dkt. 560-10 | Deposition transcript of Kevin Almeroth | XXXIX |
| Dkt. 561-3 | Deposition transcript of Wayne Coleman | XL |