# Exhibit V

# EXHIBIT E

Page 1

```
         UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF COLORADO


WARNER RECORDS, INC.,       )
                            )
        Plaintiff,          )
                            )
 v.                         ) Civil Action No.
                            ) 1:19-cv-00874
CHARTER COMMUNICATIONS      )
INC.,                       )
                            )
        Defendant.          )
```

VIDEOTAPED ZOOM REALTIME DEPOSITION of ARAM SINNREICH, Ph.D., a Witness, taken on behalf of the Plaintiffs before Peggy E. Corbett, CSR, CCR, RDR, pursuant to Notice on the 6th day of October, 2021, at the office of the witness, 9621 Lorain Avenue, Silver Spring, Maryland 20910.

Page 68

1  analysis that you would need to do to come to the
2  conclusion of whether or not there was causation
3  or not, correct?
4       A.   During that period of time.
5       Q.   Well, have you done it?  I'm sorry, I
6  didn't mean to step on your words.  Have you done
7  that analysis for any period of time?
8       A.   Yes.
9       Q.   Oh, for what period of time have you
10 done that analysis?
11      A.   For the period of time preceding the
12 summer of 2001.
13      Q.   And can you define that period, please.
14      A.   From roughly the rise of the consumer
15 internet in the period of 1995 to '96 through
16 2001.
17      Q.   And why did you do that analysis?
18      A.   I did that analysis as part of my role
19 as a market analyst at Jupiter Research.
20      Q.   And you did a comprehensive causation
21 analysis?
22      A.   We use a statistical test called
23 regression analysis to, as a marker of causation,
24 to examine the relationship between use of file
25 sharing software and changes in music purchasing

Page 69

```
 1   behaviors.
 2        Q.   But that is -- answers a different
 3   question of whether or not peer-to-peer file
 4   sharing caused a decline in revenues, right?
 5        A.   I'm not sure why you're saying that.
 6        Q.   So you believe that when you -- strike
 7   that.  The regression analysis that you're
 8   referring to was a survey that you did, is that
 9   correct, a consumer survey?
10        A.   The regression analysis in the Jupiter
11   report used the data from a series of consumer
12   surveys.
13        Q.   Okay.  And do you believe that you can
14   determine a causation through consumer surveys?
15        A.   Regression analysis of survey data is
16   frequently used to establish causation.
17        Q.   Do you believe that you can use consumer
18   surveys to determine whether or not peer-to-peer
19   file sharing resulted in a decline in revenues in
20   the music industry?
21        A.   I think it is one useful methodology for
22   addressing that complex question.
23        Q.   So in your opinion you point to six
24   factors that you say may have caused the decline
25   in the music industry revenues, right?
```

Page 134

```
 1   analysis of a consumer survey that was done; is
 2   that correct?
 3        A.   Yes.
 4        Q.   Do you have any of the underlying
 5   documents from the survey?
 6        A.   What do you mean by "underlying
 7   documents"?
 8        Q.   Do you have the protocols that were
 9   used?
10        A.   No.
11        Q.   Do you have a copy of the survey
12   instruments?
13        A.   Partial.
14        Q.   What do you mean by "partial"?
15        A.   I have a document that contains some of
16   the questions that were asked on the survey.
17        Q.   Do you have a list of all of the
18   questions?
19        A.   I don't know.
```

Case No. 1:19-cv-00874-RBJ-MEH Document 550-6 Filed 11/15/21 USDC Colorado Page 6 of 156
Case 1:19-cv-00874-RBJ-MEH Document 659 Filed 12/29/21 Page 7 of 15
Page 135

▇ ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

3        MR. SCHAPIRO:  That's for us to
4  decide, so we can take that up later.
5        MR. OPPENHEIM:  Well, I'm asking
6  the witness if he has an objection.
7        MR. SCHAPIRO:  He's not qualified
8  to make an objection, unless you're using the
9  word "objection" to mean something else.

▇ ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇ ▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇ ▇▇▇▇

▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇ ▇▇▇▇▇

▇ ▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇

▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇ ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇ ▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇ ▇▇▇▇▇▇▇▇▇▇

▇ ▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇

▇ ▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇ ▇▇▇▇▇▇▇▇

▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Page 136



18  Q.  Jupiter Communications doesn't exist any
19  more, does it?
20  A.  I'm not sure whether --
21  Q.  Excuse me, it's Jupiter Research.  I
22  apologize.  I got the name wrong.  Go ahead.
23      Jupiter Research doesn't exist any more,
24  does it?
25  A.  Not as a standalone company.



Page 144

[lines 1–17 redacted]

18   Q.   Do you have any specialized training in
19 how to design and administer a consumer survey?
20   A.   Yes.
21   Q.   What is that training?
22   A.   Well, I learned both through an
23 apprenticeship at Jupiter, and also through
24 taking quantitative research methods, classes as
25 a graduate student.

1  Q. Nor did Amazon's music store, correct?
2  A. Amazon, I believe, was selling CDs and
3  maybe even had already acquired CD Now by that
4  point, but they were not selling MP3s.
5  Q. They were not selling digital downloads,
6  correct?
7  A. To the best of my recollection, they
8  were not.
9  Q. So at the time that you did this survey
10 there were very few digital download services
11 being used by consumers, correct?
12 A. Digital downloads accounted for a very
13 small portion of music sales at that period in
14 time.
15 Q. Are you as an expert in this case
16 claiming that the survey that you conducted in
17 the year 2000 was still applicable to music
18 consumers for the period of 2013 to 2016?
19 A. I did not cite the survey in my report.
20 I cited the Jupiter report.
21 Q. And the Jupiter report relies in some
22 measure, some extensive measure on that consumer
23 survey, correct?
24 A. Yes.
25 Q. And you cite that Jupiter report I think

1    Q.   They didn't add -- the RAA and its
2  members never asked Jupiter Research to advise it
3  on any particular issues, did it?
4    A.   Yes.
5    Q.   Okay.  What issues did the RAA retain
6  Jupiter Research to advise it on?
7    A.   I remember multiple one-on-ones or small
8  room consulting sessions with RAA members
9  regarding strategic decision-making around the
10 digital music space.
11   Q.   And the RAA actually eventually fired
12 Jupiter and you because they disagreed with your
13 conclusions, correct?
14   A.   I have no idea.
15            MR. OPPENHEIM:  Okay.  I have no
16 further questions.
17            MR. SCHAPIRO:  Nor do we.  I'm
18 happy to go off the record.
19            THE VIDEOGRAPHER:  Okay.  This
20 concludes today's testimony.  Time on the monitor
21 7:07 p.m.  We're off the record.
22            (Deposition ended at 7:07 p.m.)
23
24
25

```
 1              C E R T I F I C A T E
 2
 3          I, Peggy E. Corbett, a Certified Court
 4   Reporter of the State of Missouri, do hereby
 5   certify:
 6          That prior to being examined the witness
 7   was by me duly sworn;
 8          That said deposition was taken down by
 9   me in shorthand at the time and place
10   hereinbefore stated and was thereafter reduced to
11   writing under my direction;
12          That I am not a relative or employee or
13   attorney or counsel of any of the parties, or a
14   relative or employee of such attorney or counsel,
15   or financially interested in the action.
16          WITNESS my hand and seal this 11th day
17   of October, 2021.
18
19
20              PEGGY E. CORBETT,
                CCR No. 143, RDR, CRR
21
22
23
24
25
```

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| WARNER RECORDS INC. (f/k/a/ Warner Bros. Records, Inc.), *et al*., <br><br> *Plaintiffs*, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC. <br><br> *Defendant*. | Case No. 19-cv-00874-RBJ-MEH |

**Errata Sheet for the Deposition of Aram Sinnreich (October 6, 2021)**

| Page | Line(s) | Now Reads | Should Read | Reason: 1=clarify the record; 2=conform to the facts; 3=correct transcription errors |
|---|---|---|---|---|
| 10 | 25 | Janea | Dunia | 3 |
| 34 | 15 | market | marketing | 3 |
| 35 | 19 | what we refer | what you refer | 3 |
| 39 | 7 | per bid | per bit | 3 |
| 43 | 14 | their case | the case | 3 |
| 43 | 23 | forum | fora | 3 |
| 43 | 25 | merits | merit | 3 |
| 53 | 8 | de minimus | de minimis | 3 |
| 55 | 1 | work of | word of | 3 |
| 71 | 21 | income on consumer | income or consumer | 3 |
| 74 | 19 | visa-a-vis | vis-à-vis | 3 |
| 78 | 23 | for by sales | for by singles | 3 |
| 88 | 13 | within | with an | 3 |
| 95 | 1 | interactive | interacting | 3 |
| 95 | 4 | discretant | discrete | 1 |
| 98 | 9 | you question | your question | 3 |
| 116 | 19 | the hard drive | my hard drive | 3 |
| 118 | 6 | the larger portion | a larger portion | 3 |
| 119 | 3 | piracy summary Crusade | Piracy Crusade | 3 |
| 120 | 12 | value on | value of | 3 |
| 120 | 16 | enumerable | innumerable | 3 |
| 120 | 17 | filtered | fielded | 3 |
| 121 | 2 | enumerable | innumerable | 3 |

| Page | Line(s) | Now Reads | Should Read | Reason: 1=clarify the record; 2=conform to the facts; 3=correct transcription errors |
|---|---|---|---|---|
| 121 | 5 | an operation was | it operationalizes | 3 |
| 127 | 12 | Shekler | Sheckler | 3 |
| 147 | 20 | Lyon | Bram | 3 |
| 163 | 8 | RAA's | RIAA's | 3 |
| 165 | 17 | perceive | are perceived | 3 |
| 165 | 18 | correspondence | correspond | 3 |
| 172 | 16 | major artists | major labels | 1 |
| 174 | 13 | Jamie Thomas Rassin | Jammie Thomas-Rasset | 1 |
| 175 | 1, 3 | Tannenbaum | Tenenbaum | 1 |
| 186 | 1 | services | sources | 3 |
| 186 | 20 | many | major | 3 |
| 203 | 20 | fraction of the | fraction of a | 3 |
| 204 | 19 | Adelle | Adele | 3 |
| 207 | 15 | argues to | arguably do | 3 |
| 216 | 11 | the future | a feature | 3 |
| 225 | 5 | McGame | The Game | 3 |
| 232 | 7 | exploited with | exploitative | 3 |
| 244 | 11 | loads | nodes | 3 |
| 249 | 15 | Adam | Theda | 3 |
| 249 | 17 | successfulness | success with it | 3 |
| 255-256 | 25-2 | the software being in its timely usage, where it's used primarily with words like application | "software" in its common usage, where it's understood primarily as an application | 1 |
| 266 | 21 | August | august | 3 |
| 266 | 22 | anything | something | 3 |
| 268 | 13 | things | framings | 3 |
| 270 | 21 | characterizing | characterize | 3 |
| 279 | 9 | line reviewers | blind reviewers | 3 |
| 285 | 25 | services | sources | 3 |
| 291 | 19-20 | for reporting industry-wide abuse | for record industry revenues | 3 |
| 297 | 2 | MWMG's North America | WMG's North American | 3 |
| 297 | 15-16 | Brittany Spears, the Back Street Boys and In Sync | Britney Spears, the Backstreet Boys and 'NSync | 3 |
| 297 | 18 | pockets | pop hits | 3 |
| 303 | 9 & 12 | MPV | NPD | 3 |
| 305 | 18 | through | who | 3 |

| Page | Line(s) | Now Reads | Should Read | Reason: 1=clarify the record; 2=conform to the facts; 3=correct transcription errors |
|------|---------|-----------|-------------|---|
| 306 | 1 | act like | a result like | 3 |
| 306 | 10 | any | an enormous | 3 |
| 308 | 12 | services | sources | 3 |
| 311 | 1 | RAA | RIAA | 3 |

Date: 11/9/21  Signature: [signature]