# Exhibit VI

# EXHIBIT F

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLORADO
 3
 4
 5   WARNER RECORDS, INC., et      )
     al.;                          )
 6                                 )
                  Plaintiffs,      )
 7                                 ) Case No.
         vs.                       ) 1:19-cv-00874-RBJ-MEH
 8                                 )
     CHARTER COMMUNICATIONS,       )
 9   INC.;                         )
                                   )
10                Defendant.       )
     _____)
11
12
13
14    VIDEOTAPED DEPOSITION VIA VIDEOCONFERENCE OF ON AMIR
15                   San Diego, California
16                 Friday, October 8, 2021
17
18
19
20
21
22   Reported by:
     Lynda L. Fenn, CSR, RPR
23   CSR No. 12566
     JOB No. 4839514
24
25
```

```
 1            UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF COLORADO
 3
 4
 5   WARNER RECORDS, INC., et       )
     al.;                           )
 6                                  )
                  Plaintiffs,       )
 7                                  )  Case No.
         vs.                        )  1:19-cv-00874-RBJ-MEH
 8                                  )
     CHARTER COMMUNICATIONS,        )
 9   INC.;                          )
                                    )
10                Defendants.       )
     _____)
11
12
13
14          VIDEOTAPED DEPOSITION VIA VIDEOCONFERENCE
15       of ON AMIR, taken on behalf of Defendants, San
16       Diego, California, at 8:56 a.m. and ending at
17       1:46 p.m., Friday, October 8, 2021, reported by
18       Lynda L. Fenn, CSR No. 12566, Certified
19       Shorthand Reporter within and for the State of
20       California, pursuant to notice.
21
22
23
24
25
```

1  expert in the music industry; correct?
2       A   That's correct.
3       Q   You do not purport to be an expert in music
4  media; is that correct?
5       A   That's correct.
6           MR. KAPLAN:  Objection; form.
7  BY MS. AKOPJAN:
8       Q   You do not purport to be an expert in music
9  production; is that correct?
10          THE WITNESS:  Alex, I -- you are very --
11 you know, you are not loud when you talk so...
12          MR. KAPLAN:  You are being too polite.  I
13 had objected to the form of that second question on
14 music media.  But I don't have an objection to the
15 last question.
16          THE WITNESS:  So, sorry, could you repeat
17 the question?
18          MS. AKOPJAN:  Of course.
19 BY MS. AKOPJAN:
20      Q   You do not purport to be an expert in music
21 media; is that correct?
22      A   That is correct.
23      Q   And you do not purport to be an expert in
24 media and communication; is that correct?
25          MR. KAPLAN:  Objection to form.



Page 25

Page 26

1         THE WITNESS:  That is correct.
2    BY MS. AKOPJAN:
3         Q    You do not purport to be an expert in music
4    technology; is that correct?
5         A    That is correct.
6         Q    Mr. Amir, are you a musician?
7         A    Aspiring.
8         Q    Do you play any musical instruments?
9         A    Harmonica.
10        Q    You do not purport to be an expert in
11   copyright infringement; correct?
12        A    That is correct.
13        Q    You do not have an expertise in managing an
14   Internet service provider; is that correct?
15        A    That is correct.
16        Q    Okay.  Just looking back at your report,
17   did you write the whole report by yourself?
18        A    I did.
19        Q    Okay.  Did either of the analysts you
20   mentioned earlier today help you with the report?
21        A    Yes, they did.
22        Q    Okay.  Did both of those analysts help you,
23   Ms. Offner and Mr. Sosa?
24             MR. KAPLAN:  Objection to the form of the
25   last two questions.

Page 52

1        THE WITNESS:  So just to verify because I
2   just got the report.
3        MS. AKOPJAN:  Sure.
4        THE WITNESS:  I will report that I
5   addressed --



Page 54



```
22        MS. AKOPJAN:  Okay.  We've been going for
23   about an hour.  Should we take a ten-minute break, if
24   that's okay?
25        THE WITNESS:  Sure.
```

1            MR. KAPLAN:  Yeah.
2            MS. AKOPJAN:  Let's go off the record,
3    please.
4            THE VIDEOGRAPHER:  Okay.  We're going off
5    the record.  The time is 9:59 a.m. and this is the
6    end of Media Unit No. 1.
7            (Brief interruption in proceedings.)
8            THE VIDEOGRAPHER:  Back on the record.  The
9    time is 10:11 a.m. and this is the start of Media
10   Unit No. 2.
11   BY MS. AKOPJAN:
12       Q   Hi again, Mr. Amir.
13       A   Hello.
14       Q   I would like to turn your attention back to
15   Exhibit No. 1, which is your expert report.

[Lines 16-25 redacted]

Page 61

1  is illegal during the time frame that we're
2  discussing is the articles, press, newspapers that
3  you just referenced?
4          MR. KAPLAN:  Objection to form.
5          THE WITNESS:  That I recall were pretty
6  prevalent, yes.  That the would be -- you know, that
7  would be my best guess of -- if you asked me, what's
8  your best guess of how people thought about this.  My
9  best guess was that people who steal music knew it
10 was wrong on some level.  I've done lots of research
11 on cheating, so I'm basing part of my opinion on
12 that.
13         MS. AKOPJAN:  Okay.
14 BY MS. AKOPJAN:
15     Q   But your understanding that people believed
16 that downloading music without paying for it in 2000
17 and 2001 was illegal or immoral is a best guess?
18         MR. KAPLAN:  Objection to form.
19         THE WITNESS:  Yes.
20         MS. AKOPJAN:  Okay.
21         THE WITNESS:  It is my best guess as an
22 expert on dishonest behavior.
23 BY MS. AKOPJAN:
24     Q   Do you consider yourself an expert on
25 dishonest behavior?


Page 122

1　　　Q　Right. And here you explain that, "It was
2　unclear whether the Jupiter Research surveys were
3　pretested"; right?
4　　　A　So what I explain is that given that we
5　don't have the full documentation of the
6　methodology --
7　　　Q　Yeah.
8　　　A　-- we don't know whether they were
9　pretested. But the reason -- the main reason why
10　this critique came up is because some of the
11　questions as that we talked about are so poorly
12　designed that they would have been highlighted in a
13　pretest as such.
14　　　　　So from the evidence that we do have it
15　seems like it was not pretested. Pretesting could
16　have prevented several fatal flaws in the survey.
17　　　Q　You don't know one way or another whether
18　the Jupiter survey was pretested; correct?
19　　　A　Again, you keep getting to that point.
20　When I don't know for sure you make it sound like
21　it's 50/50.
22　　　　　Yes, I do not know for sure. But all the
23　evidence suggests that it wasn't pretested.
24　　　Q　Okay.
25　　　A　You know, from Dr. Sinnreich's deposition

1  about headphones and some people talked about
2  electronics that play music because when you don't
3  define things probably that's what people do.
4      Q   So understanding that it is your position
5  that it is more likely that they misunderstood, it's
6  still possible that they did understand; correct?
7      A   Yes, but it's possible for me based on
8  quantum theory to walk through this wall, but I
9  wouldn't bet on it.
10     Q   Okay.  And then kind of lower down in that
11 paragraph you talk about music websites and you raise
12 the same concern if music website isn't defined, then
13 it is possible respondents were focused on other
14 types of music web pages when they responded that
15 they had increased their music consumption; correct?
16     A   Yes.
17     Q   Okay.  And you do not know for certain
18 whether music websites were defined?
19     A   Yes.
20     Q   Okay.  Now, in the next paragraph,
21 paragraph 32 you discuss the use -- or the importance
22 of the use of filters in surveys; correct?
23     A   Sorry, you said "filters"?
24     Q   Yes, paragraph 32, the second to last line
25 says, "Including filters is generally considered a

 1  said I don't know.  These are the only options they
 2  gave them.
 3          And proper reporting, by the way, would
 4  have been to report people that said, "I don't know."
 5      Q   Sure.
 6          Aside from the answer to that specific
 7  question we were discussing, do you generally know if
 8  the Jupiter studies included these type of filters
 9  and other questions in the report?
10          MR. KAPLAN:  Objection; asked and answered
11  and vague.
12          THE WITNESS:  I only know what the reports
13  describe and they don't actually describe a
14  predominant use of this, but the most important place
15  to put it is in the main question from which they
16  want to conclude and they didn't do that.
17          MS. AKOPJAN:  Okay.
18  BY MS. AKOPJAN:
19      Q   And your understanding is they didn't do
20  that based on the calculation of the number of
21  individuals who responded and the answer choices they
22  selected; correct?
23      A   Yes.
24      Q   Okay.  So if we go to the paragraph 33, you
25  discuss -- you talk about a question from the 2002

Page 160

1    studies, the articles themselves provide sufficient
2    information regarding the methodology and results of
3    those studies," end quote.
4              And yet there were a lot of questions today
5    asking the witness to confirm that he couldn't
6    confirm or deny things because he didn't have any
7    information about the studies other than what's in
8    the Jupiter reports.
9              So obviously he wasn't able to see any of
10   the underlying information to issue his report or
11   answer questions today and I want that to be clear on
12   the record as an objection.
13             MS. AKOPJAN:  And we understand your
14   request and our position is the position we stated in
15   the email, but to the extent that you have further
16   requests we can take it under advisement.
17             MR. KAPLAN:  Okay.
18             THE VIDEOGRAPHER:  Okay.  With that being
19   said, we are off the record at 1:46 p.m. Pacific
20   Daylight Time.  This concludes today's testimony
21   given by Dr. On Amir the total number of media used
22   was five and will be retained by Veritext Legal
23   Solutions.
24             (Deposition ended at 1:46 p.m.)
25   ///

1  C E R T I F I C A T E
2
3
4
5       I, the undersigned, a Certified Shorthand
6  Reporter for the State of California, do hereby
7  certify:
8       That the foregoing proceedings were taken
9  before me at the time and place herein set forth;
10 that any witnesses in the foregoing proceedings,
11 prior to testifying, were placed under oath; that a
12 verbatim record of the proceedings was made by me
13 using machine shorthand, which was thereafter
14 transcribed under my direction; further, that the
15 foregoing is an accurate transcription thereof.
16      I further certify that I am neither
17 financially interested in the action nor a relative
18 or employee of any attorney of any of the parties.
19      IN WITNESS THEREOF, I have this date
20 subscribed my name this 13th day of October,
21 2021.
22
23
24
            Lynda L. Fenn
25          CSR No. 12566

DEPOSITION REVIEW
CERTIFICATION OF WITNESS
VERITEXT LEGAL SOLUTIONS MIDWEST

CASE NAME: Warner v. Charter
DATE OF DEPOSITION: October 8, 2021
WITNESS NAME: Dr. On Amir

In accordance with the Rules of Civil Procedure, I have read the entire transcript of my testimony or it has been read to me.

I have listed my changes on the attached Errata Sheet, listing page and line numbers as well as the reason(s) for the change(s).

I request that these changes be entered as part of the record of my testimony.

I have executed the Errata Sheet, as well as this Certificate, and request and authorize that both be appended to the transcript of my testimony and be incorporated therein.

__11/12/2021_____      _____
       DATE                                                       WITNESS' SIGNATURE

# ERRATA SHEET
# VERITEXT LEGAL SOLUTIONS MIDWEST

CASE NAME: Warner v. Charter
DATE OF DEPOSITION: October 8, 2021
WITNESS NAME: Dr. On Amir

| Page | Line | From | To | Reason |
|---|---|---|---|---|
| 10 | 11 | Google warning for my daughter's Google meter, | Glucose warning for my daughter's glucose meter | Transcription error |
| 21 | 21 | they convey | they conduct | Transcription error |
| 33 | 9 | if you reveal | if you do not reveal | Transcription error |
| 35 | 23 | as a marketing professor that | as a marketing professor I | Transcription error |
| 41 | 5 | business group professor | business school professor | Transcription error |
| 45 | 20 | you wanted had to do research | you had wanted to do research | Transcription error |
| 49 | 2 | Because I'm expert | Because I'm an expert | Transcription error |
| 57 | 7 | And so I'm actually used | And so I actually used | Transcription error |
| 64 | 3 | Sinnreich wants draw | Sinnreich wants to draw | Transcription error |
| 66 | 3 | and lots | and there are lots | Transcription error |
| 66 | 22 | base on these surveys that ran. | based on these surveys Dr. Sinnreich ran. | Transcription error |
| 68 | 9 | not Dr. Mr. Amir | not Mr. Amir | Transcription error |
| 69 | 9 | it's not they | it's not that they | Transcription error |
| 90 | 13 | And if I get if the results | And if I get the results | Transcription error |
| 90 | 24 | is the first thing | that is the first thing | Transcription error |
| 94 | 1 | I mean | You mean | Transcription error |
| 95 | 11 | gold | goal | Transcription error |
| 95 | 12 | closer you are the gold | closer you are to goal | Transcription error |
| 95 | 13 | Stroop | Hull | Transcription error |
| 95 | 15 | the gold radiant effect. | the goal radiant effect. | Transcription error |
| 97 | 23 | never use | ever use | Transcription error |
| 103 | 10-11 | But it isn't a question | But it is an empirical question | Transcription error |
| 103 | 24 | It is not a tool that access | It is not a tool that assesses | Transcription error |
| 105 | 14 | A Subaru | At Subaru | Transcription error |
| 106 | 1 | could leave their houses, | could not leave their houses, | Transcription error |
| 108 | 19 | Jupiter report for assess | Jupiter report to assess | Transcription error |
| 120 | 4-5 | I do not know for certain what the report states. | I do not know for certain what the report refers to when it states music purchasing level. | Record clarification |
| 122 | 11 | questions as that | questions that | Transcription error |
| 123 | 14 | mistake with each MBA students | mistake we teach MBA students | Transcription error |
| 127 | 21 | increasers than degreasers | increasers than decreasers | Transcription error |
| 136 | 25 | conclusion time while | conclusion while | Transcription error |

| 137 | 15 | following | following effect | Transcription error |
|---|---|---|---|---|
| 140 | 19 | If they didn't by causal design, | If they did it by causal design, | Transcription error |
| 141 | 10 | so they are not important | so they are not reporting it | Transcription error |
| 141 | 15 | control position | control condition | Transcription error |
| 144 | 16-17 | you might buy us | you might bias | Transcription error |
| 144 | 22 | question be bias by previous | question be biased by a previous | Transcription error |
| 147 | 11-12 | causality correlation | causality from correlation | Transcription error |
| 153 | 15 | to customs. | to customers. | Transcription error |

\_\_\_11/12/2021_____  
DATE

_____  
WITNESS' SIGNATURE