# Exhibit XIII

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 19-cv-00874-RBJ-MEH

**WARNER RECORDS INC.**, *et al.*,

      Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.**,

      Defendant.

---

DECLARATION OF ALEXANDER KAPLAN IN SUPPORT OF PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT

---

I, Alexander Kaplan, hereby declare and state as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner of the law firm Oppenheim + Zebrak LLP, attorneys of record for Plaintiffs. I submit this declaration in support of Plaintiffs' Motion for Partial Summary Judgment. I have personal knowledge of all facts stated in this declaration, and if called upon as a witness, could and would competently testify thereto.

2. Attached hereto as **Exhibit 1** are excerpts of a true and correct copy of Charter's Third Supplemental Responses to Plaintiffs' First Set of Interrogatories, served on March 15, 2021.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Charter's Sixth Supplemental Responses to Plaintiffs' Second Set of Interrogatories, served on May 28, 2021.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Charter's First Supplemental Response to Plaintiffs' Third Set of Interrogatories, served on October 2, 2020.

1

5. Attached hereto as **Exhibit 4** is a true and correct copy of Charter's Responses to Plaintiffs' Second Set of Requests for Admission, served on August 14, 2020.

6. Attached hereto as **Exhibit 5** are excerpts of a true and correct copy of Charter's Supplemental Responses to Plaintiffs' Third Set of Requests for Admission, served on April 6, 2021.

7. Attached hereto as **Exhibit 6** are excerpts of a true and correct copy of the transcript from Plaintiffs' deposition of Charter expert witness Kevin Almeroth on September 28, 2021, consisting of pages 142–45, 266–69.

8. Attached hereto as **Exhibit 7** are excerpts of a true and correct copy of the transcript from Plaintiffs' deposition of Charter 30(b)(6) witness Michael Hanrahan on May 12, 2021, consisting of pages 38–41, 142–45, 330–33, 270–71, 284–85, and Mr. Hanrahan's errata sheet for the deposition.

9. Attached hereto as **Exhibit 8** are excerpts of a true and correct copy of the transcript of Plaintiffs' deposition of Charter 30(b)(6) witness Mary Haynes on May 21, 2021, consisting of pages 54–61, 82–109, 162–65, 182–89, 222–29, 238–49, 258–61, and Ms. Haynes' errata sheet for the deposition.

10. Attached hereto as **Exhibit 9** are excerpts of a true and correct copy of the transcript of Plaintiffs' deposition of Charter employee Philip Jones on April 28, 2021, consisting of pages 54–61, 62–65, 126–29, 182–85.

11. Attached hereto as **Exhibit 10** are excerpts of a true and correct copy of the transcript of Plaintiffs' deposition of Charter employee Austin McNeil on April 14, 2021, consisting of pages 134–37, 286–89.

12. Attached hereto as **Exhibit 11** are excerpts of a true and correct copy of the transcript of Plaintiffs' deposition of former Charter employee Jay Rolls on August 31, 2021, consisting of pages 198–201, 222–25.

13. Attached hereto as **Exhibit 12** are excerpts of a true and correct copy of the transcript of Plaintiffs' deposition of Charter employee Laurie Rowlett on April 30, 2021, consisting of pages 202–05, 258–61.

14. Attached hereto as **Exhibit 13** are excerpts of a true and correct copy of the transcript of Plaintiffs' deposition of Charter employee Tammy Stewart on April 27, 2021, consisting of pages 26–29, 150–53, 226–229, 242–49, 294–301, 310–13.

15. Attached hereto as **Exhibit 14** are excerpts of a true and correct copy of the transcript of Plaintiffs' deposition of former Charter employee Adam Taylor on May 20, 2021, consisting of pages 46–49, 58–61, 142–53, 166–69.

16. Attached hereto as **Exhibit 15** is a true and correct copy of a document with Bates numbers CHA_00000020–21, produced by Charter in this litigation.

17. Attached hereto as **Exhibit 16** is a true and correct copy of a document with Bates numbers CHA_00001339–41, produced by Charter in this litigation.

18. Attached hereto as **Exhibit 17** is a true and correct copy of a document with Bates numbers CHA_00080429–34, produced by Charter in this litigation.

19. Attached hereto as **Exhibit 18** is a true and correct copy of a document with Bates numbers CHA_00082623–24, produced by Charter in this litigation.

20. Attached hereto as **Exhibit 19** is a true and correct copy of a document with Bates numbers CHA_00083159–60, produced by Charter in this litigation.

3

21. Attached hereto as **Exhibit 20** is a true and correct copy of a document with Bates number CHA_00085506, produced by Charter in this litigation.

22. Attached hereto as **Exhibit 21** is a true and correct copy of a document with Bates number CHA_00085627, produced by Charter in this litigation.

23. Attached hereto as **Exhibit 22** is a true and correct copy of a document with Bates numbers CHA_00090003–04, produced by Charter in this litigation.

24. Attached hereto as **Exhibit 23** is a true and correct copy of a document with Bates number CHA_00092770, produced by Charter in this litigation.

25. Attached hereto as **Exhibit 24** is a true and correct PDF print-out of an Excel workbook with Bates number CHA_00131222, produced by Charter in this litigation, and which was Plaintiffs' deposition exhibit number 115. The titles for each spreadsheet tab, as reflected in the native document, are (in the order they appear in the PDF): ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

26. Attached hereto as **Exhibit 25** is a true and correct copy of a document with Bates numbers CHA_00138001–03, produced by Charter in this litigation.

27. Attached hereto as **Exhibit 26** is a true and correct copy of a document with Bates numbers CHA_00143333–45, produced by Charter in this litigation.

28. Attached hereto as **Exhibit 27** is a true and correct capture of the webpage "About | Charter Communications," located at URL https://corporate.charter.com/about-charter, as of November 10, 2021 at 17:43:49 GMT.

4

Case No. 1:19-cv-00874-RBJ-MEH Document 515 filed 11/29/21 USDC Colorado pg 5 of 6

29. Submitted concurrently with this declaration is a hard drive containing **Exhibit 28**, a true and correct copy of PL_CH_0003188, produced by Plaintiffs in this litigation and described in the Declaration of Sam Bahun in Support of Plaintiffs' Motion for Summary Judgment, paragraph 22.

30. Submitted concurrently with this declaration is a hard drive containing **Exhibit 29**, a true and correct copy of the excerpt of MARKMONITOR-HD-001, as described in the Declaration of Kristofer Buchan in support of Plaintiffs' Motion for Summary Judgment, paragraph 14. The full MARKMONITOR-HD-001 is described in the Declaration of Sam Bahun in support of Plaintiffs' Motion for Summary Judgment, paragraph 23.

31. Submitted concurrently with this declaration is a hard drive containing **Exhibit 30**, a true and correct copy of the index of MARKMONITOR_HD_001, as described in the Declaration of Barbara Frederiksen-Cross in support of Plaintiffs' Motion for Summary Judgment, paragraph 14.

32. Attached hereto as **Exhibit 31** is a true and correct PDF print-out of a text file with Bates number PL_CH_InfNotice_0477541, produced by Plaintiffs in this litigation and described in the Declaration of Sam Bahun in Support of Plaintiffs' Motion for Summary judgment, paragraph 21.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of November, 2021 in New York, New York.

*/s/ Alexander Kaplan*
Alexander Kaplan