# Exhibit XIV

Case 1:19-cv-10067-FDS Document 55-7 Filed 11/15/21 Page 2 of 4
Case No. 1:19-87-04874-RBJ-MEH Document 565-5 Filed 11/15/21 USDC Colorado page 2 of 24
of 5

# EXHIBIT 6

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 1

1              UNITED STATES DISTRICT COURT
2              FOR THE DISTRICT OF COLORADO
3
   WARNER RECORDS INC., et al.,  )
4                                ) Civil Action No.
           Plaintiffs,           ) 1:19-cv-00874
5                                )
        v.                       )
6                                )
   CHARTER COMMUNICATIONS, INC., )
7                                )
           Defendant.            )
8  ------------------------------)
9
10                    - - -
11          TUESDAY, SEPTEMBER 28, 2021
12                    - - -
13  **CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**
14
15     Remote Videotaped Deposition of KEVIN ALMEROTH,
16  PH.D., beginning at 9:14 a.m., before Nancy J. Martin,
17  a Registered Merit Reporter, Certified Shorthand
18  Reporter.
19
20
21
22
23
24
25

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 142

13    MS. CLARK: Do you think we can get a break
14 at some point?
15    MR. GOULD: Sure. Why don't we go off the
16 record.
17    THE VIDEOGRAPHER: This marks the end of
18 Media No. 4. Going off the record at 1:30 p.m.
19    (A recess was taken from 1:30 p.m.
20    to 2:14 p.m.)
21    THE VIDEOGRAPHER: This marks the beginning
22 of Media No. 5. Going back on the record at 2:14 p.m.
23 BY MR. GOULD:

Page 143

Page 144

Page 145



37 (Pages 142 - 145)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 266

[Redacted]

Page 267

[Redacted]

22  MS. CLARK: Thank you so much. I don't have
23  anything. I suppose we can provisionally designate
24  the report as under the protective order. I haven't
25  actually gone back to look to see if there's anything

Page 268

1 in the transcript. I haven't actually gone back to
2 see if there's anything actually confidential, but
3 we'll designate it for now and review it later.
4        MR. GOULD: Dr. Almeroth, I want to thank you
5 for your time. It's nice chatting with you.
6        MS. CLARK: Thanks, guys. I hope you feel
7 better, Nancy.
8        REPORTER MARTIN: Thank you so much. I
9 appreciate that.
10       THE VIDEOGRAPHER: We are off the record at
11 6:12 p.m., and this concludes today's testimony given
12 by Dr. Kevin Almeroth. The total number of media used
13 was seven and will be retained by Veritext Legal
14 Solutions.
15       Thanks. Sorry.
16       (Witness excused.)
17       (Deposition concluded at 6:12 P.M.)
18
19
20
21
22
23
24
25

Page 269

1            C E R T I F I C A T E
2     I do hereby certify that the aforesaid testimony
3  was taken before me, pursuant to notice, at the time
4  and place indicated; that said deponent was by me duly
5  sworn to tell the truth, the whole truth, and nothing
6  but the truth; that the testimony of said deponent was
7  correctly recorded in machine shorthand by me and
8  thereafter transcribed under my supervision with
9  computer-aided transcription; that the deposition is a
10 true and correct record of the testimony given by the
11 witness; and that I am neither of counsel nor kin to
12 any party in said action, nor interested in the
13 outcome thereof.
14
15 _____
     Nancy J. Martin, RMR, CSR
16
17 Dated: October 1, 2021
18
19
20
21 (The foregoing certification of this transcript does
22 not apply to any reproduction of the same by any
23 means, unless under the direct control and/or
24 supervision of the certifying shorthand reporter.)
25