# Exhibit XVII

# EXHIBIT 9

HIGHLY CONFIDENTIAL

Page 1

* HIGHLY CONFIDENTIAL *

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 19-CV-00874-RBJ-MEH
_____

WARNER RECORDS, INC., (f/k/a Warner Bros. Records, Inc.), et al.,

    Plaintiffs,

vs.

CHARTER COMMUNICATIONS, INC.,

    Defendant.
_____

HIGHLY CONFIDENTIAL VIDEO RECORDED VIDEOCONFERENCED

DEPOSITION OF PHILIP JONES

April 28, 2021
_____

Case No. 1:19-cv-00874-RBJ-MEH Document 551-90 Filed 11/29/21 USDC Colorado Page 4 of 56

HIGHLY CONFIDENTIAL



Page 62

* HIGHLY CONFIDENTIAL *

 7   Q.  (By Mr. Oppenheim)  When you did your
 8  independent research into BearShare and LimeWire, did that
 9  research indicate that those networks were commonly used
10  for copyright infringement?
11       MR. ANTEN:  Note my objection to the form.
12   A.  Not specifically, no, sir.
13   Q.  (By Mr. Oppenheim)  And did your
14  independent research indicate that LimeWire was sued by
15  every major record company in the world for engaging in
16  copyright infringement?
17       MR. ANTEN:  Note my objection to the form.
18   A.  No, sir.  I was unaware of that.

Page 63

* HIGHLY CONFIDENTIAL *

Page 64

* HIGHLY CONFIDENTIAL *

Page 65

* HIGHLY CONFIDENTIAL *

17 (Pages 62 - 65)

Veritext Legal Solutions
www.veritext.com                                   888-391-3376



HIGHLY CONFIDENTIAL

Page 182

* HIGHLY CONFIDENTIAL *

[redacted]

7  MR. OPPENHEIM: I have no further
8 questions.
9  MR. ANTEN: I have no further questions.
10 Thank you, Mr. Jones.
11  VIDEOGRAPHER: We are off the record at
12 1:40, and this concludes today's testimony given by Philip
13 Jones. The total number of media units used was 5 and
14 will be retained by Veritext Legal Solutions. All right.
15 That's a day.
16  * * * * * * * * * *
17  (WHEREUPON, the foregoing deposition was
18 concluded at the hour of 1:40 p.m. Total time on the
19 record was 4 hours, 14 minutes.)

Page 183

* HIGHLY CONFIDENTIAL *
1  CERTIFICATE OF DEPOSITION OFFICER
2 STATE OF COLORADO    )
3 CITY AND COUNTY OF DENVER  )
4  I, Bonnie Carpenter Johnshoy, a Registered
5 Professional Reporter and Notary Public within and for
6 the State of Colorado, commissioned to administer oaths,
7 do hereby certify that previous to the commencement of
8 the examination, the witness was duly sworn by me to
9 testify to the truth in relation to matters in
10 controversy between the said parties; that the said
11 deposition was taken in stenotype by me at the time and
12 place aforesaid and was thereafter reduced to typewritten
13 form by me; and that the foregoing is a true and correct
14 transcript of my stenotype notes thereof.
15  That I am not an attorney nor counsel nor in any
16 way connected with any attorney or counsel for any of the
17 parties to said action nor otherwise interested in the
18 outcome of this action.
19  My commission expires: September 22, 2023.
20  [signature: Bonnie Carpenter]
21  _____
  Bonnie Carpenter Johnshoy
22  Registered Professional Reporter
  Certified Shorthand Reporter
23  Certified Realtime Reporter
  Notary Public, State of Colorado

Page 184

1  Veritext Legal Solutions
  1100 Superior Ave
2  Suite 1820
  Cleveland, Ohio 44114
3  Phone: 216-523-1313
4
May 5, 2021
5
To: MR. ANTEN
6
Case Name: Warner Records, Inc., Et Al. v. Charter Communications,
7 Inc.
8 Veritext Reference Number: 4557340
9 Witness: Philip Jones  Deposition Date: 4/28/2021
10
Dear Sir/Madam:
11
12 Enclosed please find a deposition transcript. Please have the witness
13 review the transcript and note any changes or corrections on the
14 included errata sheet, indicating the page, line number, change, and
15 the reason for the change. Have the witness' signature notarized and
16 forward the completed page(s) back to us at the Production address
   shown
17
above, or email to production-midwest@veritext.com.
18
19 If the errata is not returned within thirty days of your receipt of
20 this letter, the reading and signing will be deemed waived.
21
Sincerely,
22
Production Department
23
24
25 NO NOTARY REQUIRED IN CA

Page 185

1  DEPOSITION REVIEW
  CERTIFICATION OF WITNESS
2
  ASSIGNMENT REFERENCE NO: 4557340
3  CASE NAME: Warner Records, Inc., Et Al. v. Charter
  Communications, Inc.
  DATE OF DEPOSITION: 4/28/2021
4  WITNESS' NAME: Philip Jones
5  In accordance with the Rules of Civil
  Procedure, I have read the entire transcript of
6 my testimony or it has been read to me.
7  I have made no changes to the testimony
  as transcribed by the court reporter.
8
9 _____  _____
  Date    Philip Jones
10  Sworn to and subscribed before me, a
  Notary Public in and for the State and County,
11 the referenced witness did personally appear
  and acknowledge that:
12
  They have read the transcript;
13  They signed the foregoing Sworn
   Statement; and
14  Their execution of this Statement is of
   their free act and deed.
15
  I have affixed my name and official seal
16
  this _____ day of_____, 20____.
17
   _____
18   Notary Public
19
   _____
   Commission Expiration Date
20
21
22
23
24
25

47 (Pages 182 - 185)