# Exhibit XVIII

Case 1:19-cv-00874-RBJ-MEH Document 590 Filed 12/29/21 USDC Colorado Page 2 of 5

# EXHIBIT 10

Page 1

1            THE UNITED STATES DISTRICT COURT
2               FOR THE DISTRICT OF COLORADO
3
4    WARNER RECORDS INC. (f/k/a        )
     Warner Bros. Records, Inc.),      )
5    et al.,                           )
                                       )
6            Plaintiffs,               )
                                       )
7        vs.                           ) No. 19-cv-00874
                                       )     RBJ-MEH
8    CHARTER COMMUNICATIONS, INC.,     )
                                       )
9            Defendant.                )
10
11
12              Deposition of AUSTIN McNEIL
13                 Taken April 14, 2021
14
15         The remotely held videotaped deposition
16    of MR. AUSTIN McNEIL, taken before Maria S. Winn,
17    CSR, RPR and CRR, pursuant to the Federal Rules of
18    Civil Procedure for the United States District
19    Courts pertaining to the taking of depositions,
20    with the witness located in St. Louis, Missouri,
21    commencing at 9:03 a.m. on April 14, 2021.
22
23
24
25

Page 134



Page 135

Page 136

9  MR. SPERLING: Okay. Why don't we mark
10 Tab 52 as Exhibit 33.
11  Sorry, I said 33, but we're marking 34,
12 since we just looked at 33.
13  MR. EISEMAN: While we're waiting for the
14 exhibit to load, I'm going to mark the
15 transcript as Highly Confidential, Attorneys'
16 Eyes Only Under the Protective Order in the
17 case.
18  MR. FIELDS: The exhibit should be
19 available.
20  THE WITNESS: I do have it in front of
21 me.
22  MR. SPERLING: And David, I presume
23 that's fine. I don't have the protective
24 order in front of me right now. So I'm just
25 reserving all our rights in connection with

Page 137

1 that, but don't read anything into that other
2 than me just being a lawyer.
3  MR. EISEMAN: Do what you need to do,
4 Mr. Sperling. I've just designated the
5 transcript, and I think I did it in accordance
6 with the terms of the protective order.
7  Mr. McNeil, before you start answering
8 questions, make sure you've had time to look
9 through the entire document.
10  (Document marked as Deposition
11  Exhibit No. 34 for identification.)
12 BY MR. SPERLING:
13  Q  Mr. McNeil, do you have Exhibit 34 in
14 front of you?
15  A  Yes, sir, I do.
16  Q  I'm happy for you to read the document,
17 it's not very long. So take a moment to do so and
18 please let me know when you're done.
19  A  Sure.
20    Okay, I've had a chance to read it.
21  Q  The second-to-last e-mail from the top,
22 that's from you. Correct?
23  A  Yes, sir. That's correct.

35 (Pages 134 - 137)

Page 286

STATE OF ILLINOIS )
) SS:
COUNTY OF C O O K )

The within and foregoing remote deposition of the aforementioned witness was taken by MARIA S. WINN, CSR, RPR and CRR, on the date and time aforementioned.

There were present remotely during the taking of the deposition the previously named counsel.

The said witness was first duly sworn and was then examined upon oral interrogatories; the questions and answers were taken down in shorthand by the undersigned, acting as stenographer; and the within and foregoing is a true, accurate and complete record of all of the questions asked of and answers made by the aforementioned witness, at the time and place hereinabove referred to.

The signature of the witness was not waived, and the deposition was submitted, pursuant to Rule 30(e) and 32(d)4 of the Rules of Civil Procedure for the United States District Courts, to the deponent per copy of the attached letter.

Page 287

The undersigned is not interested in the within case, nor of kin or counsel to any of the parties.

In witness whereof, I have hereunto set my hand and seal of office this day, April 20, 2021.

*Maria S. Winn* (signature)

CSR No. 084-003784 - Expiration Date: May 31, 2021

Page 288

Veritext Legal Solutions
1100 Superior Ave
Suite 1820
Cleveland, Ohio 44114
Phone: 216-523-1313

April 20, 2021

To: David Eiseman, Esq.

Case Name: Warner Records, Inc., et al. v. Charter Communications, Inc.
Veritext Reference Number: 4541129
Witness: Austin McNeil    Deposition Date: 4/14/2021

Dear Sir/Madam:

Enclosed please find a deposition transcript. Please have the witness review the transcript and note any changes or corrections on the included errata sheet, indicating the page, line number, change, and the reason for the change. Have the witness' signature notarized and forward the completed page(s) back to us at the Production address shown

above, or email to production-midwest@veritext.com.

If the errata is not returned within thirty days of your receipt of this letter, the reading and signing will be deemed waived.

Sincerely,

Production Department

NO NOTARY REQUIRED IN CA

Page 289

DEPOSITION REVIEW
CERTIFICATION OF WITNESS

ASSIGNMENT REFERENCE NO: 4541129
CASE NAME: Warner Records, Inc., et al. v. Charter Communications, Inc.
DATE OF DEPOSITION: 4/14/2021
WITNESS' NAME: Austin McNeil

In accordance with the Rules of Civil Procedure, I have read the entire transcript of my testimony or it has been read to me.

I have made no changes to the testimony as transcribed by the court reporter.

_____  _____
Date                     Austin McNeil

Sworn to and subscribed before me, a Notary Public in and for the State and County, the referenced witness did personally appear and acknowledge that:

They have read the transcript;
They signed the foregoing Sworn Statement; and
Their execution of this Statement is of their free act and deed.

I have affixed my name and official seal

this _____ day of_____, 20____.

_____
Notary Public

_____
Commission Expiration Date