# Exhibit XIX

# EXHIBIT 11

Case No. 1:19-cv-00874-RBJ-MEH Document 555-12 filed 11/29/21 USDC Colorado pg 1 of 45

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00874-RBJ-MEH
_____

WARNER RECORDS INC.,
(f/k/a Warner Bros. Record, Inc.),
et al.,
       Plaintiffs,
v.
CHARTER COMMUNICATIONS, INC.,
       Defendant.
_____

VIDEO VIDEOCONFERENCED 30(b)(6) DEPOSITION OF

CHARTER COMMUNICATIONS

and

JAY ROLLS, individually,

APPEARING REMOTELY FROM

LITTLETON, COLORADO

August 31, 2021
_____



Page 222
1 Q. Okay. Did you review any documents to
2 prepare for your deposition outside of the presence of
3 your lawyers?
4 A. I did not.
5 Q. Do you know if the documents that you
6 reviewed to prepare for this deposition have been produced
7 to Plaintiffs in this case?
8 MR. SCHAPIRO: I can represent that they
9 have been, all of them.
10 MS. SAHNI: All right, Mr. Rolls, I have
11 no further questions for you at this moment in time.
12 Thank you for your time today.
13 THE DEPONENT: Thank you.
14 MR. SCHAPIRO: Mr. Rolls, I have no
15 questions either.
16 And just while we are still on the
17 record, Neema, we will send you, in a moment, the piece
18 of paper with the list of names to which he was referring
19 earlier.
20 MS. SAHNI: Thank you.
21 MR. SCHAPIRO: You are muted, Dennis.
22 THE VIDEOGRAPHER: Going off the record at
23 5:18 p.m. Mountain Time, and this concludes today's
24 testimony given by Jay Rolls.
25 The total number of media units used was

Page 223
1 five and will be retained by Veritext Legal Solutions.
2 Thank you, all, and please stay on the
3 line for orders.
4 * * * * * * *
5 WHEREUPON, the foregoing deposition was
6 concluded at the hour of 5:18 p.m. Total time on the
7 record was 5 hours and 59 minutes.

Page 224
1 CERTIFICATE OF COURT REPORTER
2 I, DEANNA BAYSINGER, a Registered Professional
3 Reporter and Notary Public within and for the State of
4 Colorado, commissioned to administer oaths, do hereby
5 certify that previous to the commencement of the
6 examination, the witness was duly sworn by me to testify
7 the truth in relation to matters in controversy between
8 the said parties; that the said deposition was taken
9 remotely in stenotype by me at the time and place
10 aforesaid and was thereafter reduced to typewritten form
11 by me; and that the foregoing is a true and correct
12 transcript of my stenotype notes thereof.
13 That I am not an attorney nor counsel nor in
14 any way connected with any attorney or counsel for any of
15 the parties to said action nor otherwise interested in the
16 outcome of this action.
17 My commission expires: November 8, 2022.

20 DEANNA BAYSINGER
    Registered Professional Reporter
21 Notary Public, State of Colorado

Page 225
Veritext Legal Solutions
1100 Superior Ave
Suite 1820
Cleveland, Ohio 44114
Phone: 216-523-1313

September 3, 2021

To: Mr. Schapiro

Case Name: Warner Records Inc v. Charter Communications Inc

Veritext Reference Number: 4783879

Witness: Jay Rolls      Deposition Date: 8/31/2021

Dear Sir/Madam:

Enclosed please find a deposition transcript. Please have the witness review the transcript and note any changes or corrections on the included errata sheet, indicating the page, line number, change, and the reason for the change. Have the witness' signature notarized and forward the completed page(s) back to us at the Production address shown above, or email to production-midwest@veritext.com.

If the errata is not returned within thirty days of your receipt of this letter, the reading and signing will be deemed waived.

Sincerely,
Production Department

NO NOTARY REQUIRED IN CA