# Exhibit XX

# EXHIBIT 12

Page 1

                THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLORADO

   WARNER RECORDS INC. (f/k/a          )
   Warner Bros. Records, Inc.),        )
   et al.,                             )
                                       )
             Plaintiffs,               )
                                       )
       vs.                             ) No. 19-CV-00874
                                       )     RBJ-MEH
   CHARTER COMMUNICATIONS, INC.,       )
                                       )
             Defendant.                )

                 Deposition of LAURIE ROWLETT
                     Taken April 30, 2021

           The remotely held videotaped deposition
   of LAURIE ROWLETT, taken by Maria S. Winn, CSR,
   RPR and CRR, pursuant to the Federal Rules of
   Civil Procedure for the United States District
   Courts pertaining to the taking of depositions,
   with the witness located in St. Louis, Missouri,
   commencing at 9:01 a.m. on April 30, 2021.

Page 202

[redacted]

Page 203
1   MR. SPERLING: Let's mark as the next
2   exhibit Tab 34.
3       (Document marked as Deposition
4       Exhibit No. 112 for identification)
5  BY MR. SPERLING:
6   Q   Before I ask you about the document,
7  Ms. Rowlett, I'm not sure I ever got an answer to
8  my question.

[redacted]

Page 204

[redacted]

2  BY MR. SPERLING:
3   Q   So if we could open up Exhibit 112 in the
4  Marked Exhibits folder.
5       Do you have Exhibit 112 in front of you?
6   A   I do, yes.

[redacted]

10   A   I'm sorry, I have 112A.
11   Q   We actually want 112 and not 112A.
12   A   Okay, that's my mistake.
13   Q   Do you have 112 on the screen in front of
14  you?
15   A   I do, but now it's too small. Hang on,
16  I'm fixing it.
17       Okay.

[redacted]

Page 205

[redacted]

25

52 (Pages 202 - 205)
Veritext Legal Solutions
www.veritext.com                                  888-391-3376

Page 258



24  MR. SPERLING: No further questions.
25  We can go off the record.

Page 259

1  THE VIDEOGRAPHER: Okay, we're off the
2  record at 5:33.
3  (WITNESS EXCUSED)

Page 260

1 STATE OF ILLINOIS )
                    ) SS:
2 COUNTY OF C O O K )
3
4       The within and foregoing deposition of
5 the aforementioned witness was taken by
6 MARIA S. WINN, CSR, RPR and CRR, on the date and
7 time aforementioned.
8       There were present remotely during the
9 taking of the deposition the previously named
10 counsel.
11       The said witness was first duly sworn and
12 was then examined upon oral interrogatories; the
13 questions and answers were taken down in shorthand
14 by the undersigned, acting as stenographer; and
15 the within and foregoing is a true, accurate and
16 complete record of all of the questions asked of
17 and answers made by the aforementioned witness, at
18 the time and place hereinabove referred to.
19       The signature of the witness was not
20 waived, and the deposition was submitted,
21 pursuant to Rule 30(e) and 32(d)4 of the Rules
22 of Civil Procedure for the United States District
23 Courts, to the deponent per copy of the attached
24 letter.
25

Page 261

1       The undersigned is not interested in the
2 within case, nor of kin or counsel to any of the
3 parties.
4       In witness whereof, I have hereunto set
5 my hand and seal of office this day, May 3, 2021.
6
7
                    _Maria S. Winn_
8       _____
9
10 CSR No. 084-003784 - Expiration Date: May 31, 2021

Veritext Legal Solutions
www.veritext.com                                    888-391-3376