# Exhibit XXII

# EXHIBIT 14

Page 1

1       IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF COLORADO

3

4  WARNER RECORDS INC. (f/k/a        )
   Warner Bros. Records, Inc.),     )
5  et al.,                          )
                                    )
6         Plaintiffs,               )
                                    )
7     vs.                           ) No. 19-cv-00874
                                    )    RBJ-MEH
8  CHARTER COMMUNICATIONS, INC.,    )
                                    )
9         Defendant.                )

10

11

12           Deposition of ADAM TAYLOR

13              Taken May 20, 2021

14

15          The remotely held videotaped deposition

16  of ADAM TAYLOR, taken by Maria S. Winn, CSR, RPR

17  and CRR, pursuant to the Federal Rules of Civil

18  Procedure for the United States District Courts

19  pertaining to the taking of depositions, with the

20  witness located in St. Louis, Missouri, commencing

21  at 9:00 a.m. on May 20, 2021.

22

23

24

25



Page 46

Page 47

Page 48

Page 49

21      Let me start the question again.
22      I think you testified before, that after
23 a month or two working as a contractor at Charter,
24 your responsibilities increased to handling
25 inbound calls about DMCA notices.  Correct?

13 (Pages 46 - 49)



Page 58

Page 59

21   Q   Before you switched teams in April of
22   2017, did your title at Charter change at all?
23   A   No.
24   Q   Okay.  So you were a Security
25   Specialist I from sometime in the first half of

Page 60

1   2015 until April of 2017; is that right?
2   A   Yes.  I'm still rough on the time frame
3   when I left the team, but yes.
4   Q   Okay.  When you left the team, the abuse
5   team, what team did you join at Charter?
6   A   It was referred to as cyber attack
7   defense.
8   Q   And when you joined the cyber attack
9   defense team, did your title change?
10   A   Yes.  I was an associate network
11   administrator, I believe.
12   Q   So let me go back to your time on the
13   abuse team.

Page 61

16 (Pages 58 - 61)



Page 142

Page 143

Page 144

22    MR. SPERLING:  Let's mark as Exhibit 207
23  Tab 10, please.
24
25

Page 145

1         (Document marked as Exhibit No. 207
2            for identification.)
3  BY MR. SPERLING:
4    Q   You should have it now, Mr. Taylor.
5    A   Okay.  I do have it.
6    Q   Just a moment, Mr. Taylor.
7        Okay.  So if you have Exhibit 207 on the
8  screen, Mr. Taylor, like the last document, this
9  was produced to us as a native electronic file.
10       So the associated Bates number is the one
11  in the bottom right, CHA 00041027.
12       Do you see that on the first page?
13   A   I do.
14   Q   Okay.  And that indicates this is a
15  document that was produced by Charter to us in
16  this lawsuit.
17       Like the prior exhibit, the second page
18  shows the metadata of the file.
19       And then the third page is a printout of
20  the native file itself.
21       I'll represent to you that these were
22  produced to us in a manner where the number before
23  the underscore and the file name is the ticket
24  number in CATS.

37 (Pages 142 - 145)



Page 146

Page 148

Page 147

Page 149

25

38 (Pages 146 - 149)



**Page 150**

17    MR. SPERLING:  Why don't we break here
18  for lunch and go off the record.
19    THE VIDEOGRAPHER:  We are going off the
20  record.
21    The time is 12:12 p.m.
22    (WHEREUPON, a lunch recess was
23    taken, after which the following
24    proceedings were held:)
25

**Page 152**

**Page 151**

1    THE VIDEOGRAPHER:  We are back on the
2  record.  The time is 12:46 p.m.
3    Please proceed.
4  BY MR. SPERLING:
5    Q   Mr. Taylor, welcome back.
6    Just yes or no, did you confer with your
7  counsel during the break?
8    A   Yes.
9    Q   Okay.  I'm going to ask you the next
10  question.  Please make sure to give your counsel
11  an opportunity to object before you answer.
12    During the break, did you discuss with
13  counsel the substance of any of your testimony
14  today?
15    MS. BREWER:  And I'm going to instruct
16    the witness not to respond to that question,
17    to the extent it invades the substance of
18    attorney-client communications.
19    But he can convey, in response to your
20    question, the length of time that we spoke, if
21    that helps.
22    MR. SPERLING:  That wasn't my question.
23  BY MR. SPERLING:

**Page 153**

Veritext Legal Solutions
www.veritext.com                                                                888-391-3376

**Page 166**

1    The undersigned is not interested in the
2 within case, nor of kin or counsel to any of the
3 parties.
4    In witness whereof, I have hereunto set
5 my hand and seal of office this day, May 25, 2021.
6
7
8    _Maria S. Winn_
9
10 CSR No. 084-003784 - Expiration Date: May 31, 2023
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 167**

1         Veritext Legal Solutions
            1100 Superior Ave
2              Suite 1820
            Cleveland, Ohio 44114
3         Phone: 216-523-1313
4 May 25, 2021
5 To: Ms. Brewer
6 Case Name: Warner Records, Inc., Et Al. v. Charter Communications, Inc.
7
   Veritext Reference Number: 4557550
8
   Witness: Adam Taylor      Deposition Date: 5/20/2021
9
10 Dear Sir/Madam:
11
   Enclosed please find a deposition transcript. Please have the witness
12
   review the transcript and note any changes or corrections on the
13
   included errata sheet, indicating the page, line number, change, and
14
   the reason for the change. Have the witness' signature notarized and
15
   forward the completed page(s) back to us at the Production address
16 shown
17 above, or email to production-midwest@veritext.com.
18
   If the errata is not returned within thirty days of your receipt of
19
   this letter, the reading and signing will be deemed waived.
20
21 Sincerely,
22 Production Department
23
24
25 NO NOTARY REQUIRED IN CA

**Page 168**

                 DEPOSITION REVIEW
1              CERTIFICATION OF WITNESS
2
      ASSIGNMENT REFERENCE NO: 4557550
3      CASE NAME: Warner Records, Inc., Et Al. v. Charter
   Communications, Inc.
      DATE OF DEPOSITION: 5/20/2021
4      WITNESS' NAME: Adam Taylor
5      In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6 my testimony or it has been read to me.
7      I have made no changes to the testimony
   as transcribed by the court reporter.
8
9 Date      Adam Taylor
10      Sworn to and subscribed before me, a
   Notary Public in and for the State and County,
11 the referenced witness did personally appear
   and acknowledge that:
12
      They have read the transcript;
13      They signed the foregoing Sworn
         Statement; and
14      Their execution of this Statement is of
         their free act and deed.
15
      I have affixed my name and official seal
16
this _____ day of_____, 20____.
17
                     _____
18      Notary Public
19                     _____
      Commission Expiration Date
20
21
22
23
24
25

**Page 169**

                 DEPOSITION REVIEW
1              CERTIFICATION OF WITNESS
2
      ASSIGNMENT REFERENCE NO: 4557550
3      CASE NAME: Warner Records, Inc., Et Al. v. Charter
   Communications, Inc.
      DATE OF DEPOSITION: 5/20/2021
4      WITNESS' NAME: Adam Taylor
5      In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6 my testimony or it has been read to me.
7      I have listed my changes on the attached
   Errata Sheet, listing page and line numbers as
8 well as the reason(s) for the change(s).
9      I request that these changes be entered
   as part of the record of my testimony.
10
      I have executed the Errata Sheet, as well
11 as this Certificate, and request and authorize
   that both be appended to the transcript of my
12 testimony and be incorporated therein.
13
Date      Adam Taylor
14
      Sworn to and subscribed before me, a
15 Notary Public in and for the State and County,
   the referenced witness did personally appear
16 and acknowledge that:
17      They have read the transcript;
      They have listed all of their corrections
18         in the appended Errata Sheet;
      They signed the foregoing Sworn
19         Statement; and
      Their execution of this Statement is of
20         their free act and deed.
21      I have affixed my name and official seal
22 this _____ day of_____, 20____.
23                     _____
      Notary Public
24                     _____
25      Commission Expiration Date

43 (Pages 166 - 169)