# Exhibit XXIII

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-00874-RBJ-MEH

**WARNER RECORDS INC.,** *et al.*,

    Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.,**

    Defendant.

---

### DECLARATION OF BARBARA FREDERIKSEN-CROSS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

---

    I, Barbara Frederiksen-Cross, hereby declare pursuant to 28 U.S.C. § 1746 that the following statements are true and correct to the best of my personal knowledge and belief:

#### INTRODUCTION

    1.    I am the Director of Litigation Services at JurisLogic LLC. JurisLogic is an Oregon corporation that provides consulting services to computer hardware and software manufacturers and specializes in performing assessments of computer software and software development projects for the legal profession in the United States, Canada, Japan, Singapore, and Europe.

    2.    I have been retained by Plaintiffs in the above-captioned matter to provide expert testimony on the function of internet and peer-to-peer ("P2P") file distribution technologies, perform an independent assessment of the MarkMonitor infringement detection and notifications system, perform an independent assessment of the Audible Magic acoustic fingerprinting

1

technology, and conduct a review of the Charter notice processing system known as CATS. I submitted a Report on May 27, 2021 (updated June 11, 2021) and a Rebuttal Report dated June 28, 2021 (my "Reports"). The observations and conclusions below are set forth in those Reports and are based on my own observation and use of the relevant technology, as informed by my specialized knowledge, education, and expertise as applied to the facts and circumstances in this case. If necessary, I would and could competently testify to such observations and conclusions if called as a witness in this matter.

## QUALIFICATIONS

3. I have over forty-six years of personal experience as a software developer and consultant. My experience includes software design, programming, project management, capacity planning, performance tuning, problem diagnosis, and administration of hardware, operating systems, application software, and database management systems. I have experience working with software platforms and systems used by banks, insurance companies, hospitals, and telecommunication providers. I have been trained in forensic analysis of computer software, and have led independent testing of software systems using BitTorrent software. I have previously qualified as an expert in state and federal courts to testify about the operation of computer software and computer systems, including for other matters that involve P2P file sharing and systems that monitor P2P file distribution and send notices to ISPs based on the activity they detect. I am familiar with cryptographic hash technologies, and routinely work with cryptographic hashes in the context of my forensic work.[1] I also have experience with the cryptographic hash-based National Software Reference Lists ("NSRL") maintained and

---

[1] Forensic software tools that I routinely use, including both commercial tools such as OpenText's Encase Forensic and special-purpose tools developed by JurisLogic that use cryptographic hashes for routine tsks such as file identification, file matching, and file deduplication.

2

published by the National Institute of Standards and Technology ("NIST") for hash-based file identification. A copy of my *curriculum vitae* is attached hereto as Exhibit A.

## MATERIALS CONSIDERED IN PREPARATION OF MY REPORTS

4. In addition to my background and experience with the relevant computer systems and technologies as described above, I base my testimony on the data sets, documents, and deposition testimony produced in this case. I have also reviewed engineering literature, technical data, and source code produced by MarkMonitor, Audible Magic, and Charter. Finally, I have also considered publicly available resources describing internet and hash technologies at issue in this case. A detailed list of the materials I have reviewed and relied upon is included with my Reports.

## BACKGROUND ON HASH TECHNOLOGY

5. Cryptographic hash functions are central to the operation of P2P technology. A cryptographic hash function takes as an input any digital file and applies an algorithm to that input to output a value of fixed length. This output is often called a "hash value," or simply a "hash," and is typically represented as a string of alphanumeric characters. Common examples of cryptographic hash functions include SHA-1, MD4, MD5, and SHA-256.

6. Cryptographic hash functions have several important properties that make them useful. First, cryptographic hash functions are "deterministic," meaning when the function receives a specific input, it always outputs the same hash value. If any of the input's contents are changed, even by a single character or bit, the resultant hash value will be different.

7. Second, cryptographic hash functions must have an infinitesimally low chance of a "collision." A collision occurs when two different inputs result in the same hash value. The

chance of a collision for any cryptographic hash function is practically zero.[2] The chance is so incredibly unlikely that hash values are treated, functionally, as though the chance is zero. There has never been a reported SHA-1 collision "in the wild" (for example, on BitTorrent). After the time period relevant to this case, researchers at Google and CWI Institute of Amsterdam, took two years of research to deliberately create a pair of files that had different content but generated the same SHA-1 hash. This "collision attack" required over nine quintillion (9,223,372,036,854,775,808) SHA-1 computations. This took the equivalent processing power as 6,500 years of single-CPU computations and 110 years of single-GPU computations.

8. Third, cryptographic hash functions are also one-way. In other words, one cannot reverse engineer or generate the original input file from the hash value output. You can use the hash to reliably determine whether something has changed in the input, but the hash cannot tell you what the change was.

### UTILITY OF HASH VALUES

9. The properties of cryptographic hash functions described above mean that a hash value can be used as a unique identifier for the contents of a file. If you receive two files with the same hash there is an overwhelmingly high probability (in practical terms, a virtual certainty) that their contents are the same. If any part of a file changes, the algorithm will produce a different hash, and this new hash will be different from the hash of the unchanged file. Similarly, since the same content always yields the same hash, you can easily compare a file's

---

[2] Because the number and size of input digital files is theoretically infinite, but the number of fixed-length hash values is finite, there is always *some* chance of a collision. However, the output hash value of cryptographic hash functions is of sufficient size and complexity that this chance is practically zero.

4

known hash to a hash generated from a copy of the file in order to determine if the copy has been altered or corrupted in any way.

10. Because of these properties, cryptographic hash functions are used in a wide variety of contexts. They are widely used in information security applications to verify the authenticity of digital messages or files. In this context they can be used to detect forgery or tampering in financial transactions, software distributions, or contracts. In computer science applications hash values are commonly used to create a digital fingerprint that for all practical purposes can serve as a unique identifier for larger files or bulky data. The digital fingerprint can be used for file comparisons, deduplication, and to identify unique instances of a version of the file within a repository or revision control system. They can also be used as a type of checksum to determine whether a file has been damaged or corrupted during copying, or a message corrupted during transmission.

11. In the context of P2P networks, hash values are used to identify files, associate peers downloading and distributing the same file, search for files, and confirm that a file has been downloaded correctly.

**MARKMONITOR HARD DRIVE**



5

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

████████████████████████████" ████████████████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

████████████████

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.



Barbara Frederiksen-Cross
Director, Litigation Services
JurisLogic LLC

Executed in Hubbard, Oregon this 14th day of November, 2021.

---

████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████