# Exhibit XXIV

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-00874-RBJ-MEH

**WARNER RECORDS INC.,** *et al.***,**

      Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.,**

      Defendant.

---

**DECLARATION OF KRISTOFER BUCHAN IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

---

I, Kristofer Buchan, hereby declare pursuant to 28 U.S.C. § 1746 that the following statements are true and correct to the best of my personal knowledge and belief:

### INTRODUCTION

1. I am a Partner of StoneTurn Group LLP ("StoneTurn"), a financial and economic consulting firm that provides economic studies, strategic advisory services, and independent testimony for private and public sector industries, government agencies, and law firms.

2. I have been retained by Plaintiffs in the above-captioned matter to conduct expert data and statistical analysis of certain large data sets, including those related to Plaintiffs' copyrighted works at issue, infringement notices that Plaintiffs sent to Charter, and Charter's data related to its receipt of those notices, among other things. I prepared a Report on May 27, 2021, a Supplemental Report dated June 4, 2011, and a Rebuttal Report dated June 28, 2021 (my "Reports").

1

3. I submit this Declaration in connection with Plaintiffs' Motion for Partial Summary Judgment ("Motion"), consistent with the opinions and analyses in my Reports. ▮

██████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████

4. The observations and conclusions set forth herein are based on my own observation and use of the relevant technology, as informed by my specialized knowledge, education, and expertise as applied to the facts and circumstances in this case. If necessary, I would and could competently testify to such observations and conclusions if called as a witness in this matter.

## QUALIFICATIONS

5. My academic background includes a bachelor's degree in economics and a Masters in Business Administration, both from Texas A&M University. I have 20 years of business and economic consulting experience, working with clients in a broad array of industries including agriculture, food service, energy and environment, healthcare, pharmaceuticals, telecommunications, computer hardware, consumer products, and hospitality.

6. I am also currently an Executive Professor at the Mays Business School, where I teach economics, econometrics and applied statistics, and consulting courses to graduate and undergraduate students. I have experience in accounting, finance, litigation consulting, and complex analyses of economic and statistical issues in matters such as consumer class actions, antitrust violations, breach of contract, business interruption, lost profits, personal

injury/wrongful death, intellectual property infringement, product liability, and general business valuations.

7. I have provided economic consulting and advisory services on several matters involving various claims of economic harm, including claims involving misappropriation of intellectual property, including copyrights, trade secrets, and patents. I attend and am active in the relevant litigation, damages, and antitrust programs of the Texas Bar Association, American Bar Association Section of Litigation (IP Roundtables, Competition Roundtables), Houston Intellectual Property Law Association, and Houston Bar Association.

8. I have taught courses relating to econometrics, economics, and statistics and their appropriate application to a wide range of real-world circumstances, including valuation and forecasting. In addition to providing independent expert testimony in state and federal courts, I have been appointed as a neutral expert in arbitration involving technology disputes. A copy of my *curriculum vitae* is attached hereto as Exhibit 1.

## MATERIALS CONSIDERED

9. In addition to my background and experience with the relevant economic, econometric, and statistical techniques as described above, I base my testimony on the data sets, documents, and deposition testimony produced in this case. A detailed list of the materials I reviewed and relied upon is included with my Reports. I have also reviewed the below declarations and their accompanying exhibits, which I understand are being submitted to the Court in connection with Plaintiffs' Motion, the relevant contents of which I analyzed and discussed in my Reports:

a. The declarations of Yi-Wen Lai-Tremewan, Charles Burst, Eleni Maltas, Jacob Cheriff, Rebekah Wineman, Katie Gilchrest, and Andrew Cass (collectively, the "Listener Experts");

b. The declaration of Professor Paul Geluso;

c. The declarations of Wade Leak on behalf of Sony Music Plaintiffs, Alasdair McMullan on behalf of Universal Music Plaintiffs, and Tracie Parry on behalf of Warner Music Plaintiffs, (collectively, the "Record Company Plaintiff Witnesses");

d. The declarations of Anish Patel on behalf of Sony Music Publishing Plaintiffs, David Kokakis on behalf of Universal Music Publishing Plaintiffs, and Jeremy Blietz on behalf of Warner Chappell Plaintiffs, (collectively, the "Music Publisher Plaintiff Witnesses"); and

e. The declaration of Barbara Frederiksen-Cross.[1]

**MATCHING OF WORKS-IN-SUIT TO FILES ON MARKMONITOR HARD DRIVE**



---

[1] To avoid duplication, I presume familiarity with the contents of these declarations.

4



---

[2] As explained in the declaration of Ms. Frederiksen-Cross, a SHA-1 hash value is a unique identifier of the contents of a digital file, in this case, a digital audio file.



### FILES ON MARKMONITOR HARD DRIVE

- ██████████████████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████

- ████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_K. Buchan_ (signature)
Kristofer Buchan

Executed in __Houston, TX__ this __15th__ day of November, 2021.