# Exhibit XXVI

# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| WARNER RECORDS, INC., et al,<br><br>Plaintiffs,<br><br>vs.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.<br>) 1:19-cv-00874-<br>) RBJ-MEH<br>)<br>)<br>)<br>)<br>) |

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY
VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF
BARBARA FREDERIKSEN-CROSS
Taken in behalf of Defendant
* * *
October 8, 2021
Portland, Oregon

Teresa L. Dunn,
Court Reporter
CSR, CCR, RPR

Case 1:19-cv-00874-RBJ-MEH Document 590 Filed 12/29/21 USDC Colorado Page 3 of 10

weeks total and that would be Monday through Friday weeks. There wasn't access granted over the weekend.

Q. Understood. Thank you. Was there -- were there any issues that impeded your ability to fully and carefully review the Charter source code?

A. We had a few technical hiccups, you know, when the system would be unavailable for a short period of time, but nothing that I think actually impeded the overall review.

[redacted]

[redacted]

Q. Subsequent to the service of your reports in this matter a -- let me make sure I get the gender right so I'll strike that and start again.

Subsequent to the service of your reports in this matter a gentleman named Mr. Scott Weber was deposed.

Did you have a chance to review Mr. Weber's deposition transcript?

A. What was the subject matter of his deposition? His name is not ringing a bell, but to be sure I would want to know what he was deposed about.

Q. Do the materials considered in citation sections of your reports -- strike that.

Do the citations in your report and the materials considered contain a complete listing of all the materials you considered and relied upon in arriving at your conclusions in this case?

A. I believe that to be the case, Counselor, yes.

Q. Do you know whether you received or reviewed any additional materials after the service of your reply expert report in this case?

A. Let me think about that for a moment. None come to mind, Counsel. That is to say they don't come to mind.

I think there was some materials that I received between the initial report and the reply report, but I can't think of anything after the reply report.

Q. Did you have an opportunity to review the rebuttal reports of Dr. Almeroth, Mr. or Dr. Snow, and/or Dr. Chatterjee?

A. Yes, I did.

Q. Did any of those reports cause you to revisit or revise the opinions provided in Exhibits 1 and 2?

A. I certainly looked at the evidence that they presented and considered it carefully, Counsel, but I do not recall any revision of my opinions based on that evidence.



Case 1:19-cv-00874-RBJ-MEH Document 590-1 filed 12/29/21 USDC Colorado Page 7 of 10

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

at least momentarily.

THE WITNESS: I'm waiting for a question because you were frozen.

[redacted]

[redacted]

A. Teresa, can you read back how much of my answer you got and I'll try to fill in the rest? Everybody is frozen again.

Teresa, did you hear my request?

THE COURT REPORTER: Counsel, what would you like me to do?

MR. HAMSTRA: You can just read back what you have recorded as her answer and Ms. Frederiksen-Cross can fill in any gaps she sees or I can read it back.

(The Reporter read back as follows:

Answer: I think what I am reporting on is that their overall failure to take action with respect to what I have seen in the evidence and what I have seen in their communications is problematic as

I understand it with respect to this thing, but I am not offering a legal conclusion or opinion about what specific liability.)

THE WITNESS: Okay. Can you hear me? Somebody wave their hand if you can hear me.

MR. HAMSTRA: I can't quite hear you.

THE WITNESS: Okay. What I was saying -- do we want to take a quick break and I can switch to another network?

MR. HAMSTRA: Yes, let's try that.

(Recess from 2:31 p.m. to 2:45 p.m.)

Q. (By Mr. Hamstra) So,

[redacted]

C E R T I F I C A T E

I, Teresa L. Dunn, a Certified Shorthand Reporter for Oregon, do hereby certify that, pursuant to stipulation of Counsel for the respective parties hereinbefore set forth, BARBARA FREDERIKSEN-CROSS appeared virtually before me at the time and place set forth in the caption hereof; that at said time and place I reported in Stenotype all testimony adduced and other oral proceedings had in the foregoing matter; that thereafter my notes were reduced to typewriting under my direction; and that the foregoing transcript, pages 1 to 221, both inclusive, constitutes a full, true and accurate record of all such testimony adduced and oral proceedings had, and of the whole thereof.

Witness my hand and CSR stamp at Vancouver, Washington, this 11th day of October, 2021.

Teresa L. Dunn

TERESA L. DUNN,
Certified Shorthand Reporter
Certificate No. 00-0367
Expiration Date: 6/30/2023