# Exhibit XXXII

# Exhibit 6

```
                                                    Page 1
 1
 2   UNITED STATES DISTRICT COURT
 3   FOR THE DISTRICT OF COLORADO
     ------------------------------------------- x
 4
     WARNER RECORDS INC., et al.,
 5
                         Plaintiffs,
 6
           -versus-
 7
     CHARTER COMMUNICATIONS, INC.,
 8
                         Defendants.
 9   Case No. 19-cv-00874-RBJ
10   ------------------------------------------- x
11
12                  May 5, 2021
13                  9:46 a.m.
14
15
16        VIDEOTAPED DEPOSITION of DONG JANG,
17   taken via Zoom, before Brittany Saline, a
18   Notary Public of the States of New York and New
19   Jersey.
20
21
22
23
24
25
```



Page 154
1  Jang
[lines 2-25 redacted]

Page 155
1  Jang
[lines 2-25 redacted]

Page 156
1  Jang
[lines 2-21 redacted]
22  Q    All right.  Okay.
23       MS. BREWER:  If you could, Michael,
24  introduce Tab 2 as Exhibit 9.
25       MR. TROMBETTA:  I am sorry, Linda,

Page 157
1                   Jang
2  you were cutting out.  I couldn't hear.
3  What tab?
4       MS. BREWER:  Okay.  Thanks for
5  letting me know.  Tab 2.
6       MR. TROMBETTA:  Tab 2.
7       (Whereupon document was marked
8  Exhibit 9 for identification as of this
9  date.)
10       MR. SPERLING:  Ms. Brewer, we have
11  been going for just about an hour.  Maybe
12  after this document we can go on a break.
13       MS. BREWER:  Let's take a break
14  before and that gives him time to load it.
15  Let's go off the record.  What do you --
16  okay.  Let's go off the record.
17       MR. SPERLING:  That's fine.
18       THE VIDEOGRAPHER:  Okay.  Thank you.
19  The time is approximately 2:09.  We're
20  going off the record.
21       (Brief recess taken.)
22       THE VIDEOGRAPHER:  And the time is
23  approximately 2:22 p.m.  We're back on the
24  record.
25

40 (Pages 154 - 157)

Page 254

 1                Jang
 2  included.  You've asked the question
 3  twice.  The witness has answered the
 4  question twice.  If you don't like an
 5  answer, you're asking again and again
 6  until you get something that you like,
 7  right.  He's not going to answer the
 8  question again.
 9      MS. BREWER:  Okay.  Your objection
10  is noted.  You need to stop making
11  speaking objections and you know that.
12  You're entitled to object to scope and
13  that's noted on the record.  I'm entitled
14  to ask a question as posed which is a yes
15  or no question, Mr. Jang.
16      A   Sorry.
17      Q   If you need the court reporter to
18  read it back, I will have her read it back and
19  Mr. Sperling's objections will stand on the
20  record.
21      A   I was just going to say if the
22  question is to -- can it be used for legitimate
23  purposes?  Yes.  I was making the point of
24  trying to provide a substantive response in
25  terms of the actual utility of BitTorrent and

Page 255

 1                Jang
 2  P2P as it relates to the actual marketplace and
 3  what we see occurring in the real world.
 4      Q   But the answer to the question was
 5  yes, correct?
 6      MR. SPERLING:  Objection.  Asked and
 7  answered.  Objection.  Beyond the scope of
 8  any of the designated topics.
 9      A   I said yes, it is possible.
10      Q   Thank you.  All right.  If you could
11  look at Topic 77.  Go back to Exhibit 2, if you
12  need to.
13      A   Okay.
14      Q   Do you, as the corporate designee,
15  have any knowledge with respect to any use
16  between 2010 and the present of peer to peer
17  file sharing technologies by the recording
18  artist who created the sound recordings you
19  have asserted in this litigation?
20      MR. SPERLING:  Objection.  Mr. Jang
21  is not the corporate designee with respect
22  to that.  Mr. Jang is the corporate
23  designee with respect to the Sony Music
24  plaintiffs' general approach to request
25  from its recording artist to the use of

Page 256

 1                Jang
 2  P2P technologies to promote their sales or
 3  their works.
 4  BY MS. BREWER:
 5      Q   Subject to your counsel's objection,
 6  can you answer that question?
 7      A   Sorry, you were cutting out again.
 8      Q   Subject to your counsel's
 9  objections, can you answer the question?
10      MR. SPERLING:  Well, if the question
11  is asking him as the corporate designee,
12  then I'm directing him not to answer that
13  question because it's predicated on a
14  falsehood.  If you will ask the question
15  without the corporate designee lead in,
16  please feel free to do so.
17      Q   Are you following your counsel's
18  instruction to not respond to my question based
19  on his objection as to scope?
20      A   As it relates -- as a corporate
21  designee, yes.
22      Q   Can you provide me with your
23  personal knowledge?

Page 257

 1                Jang



Veritext Legal Solutions

www.veritext.com                                    888-391-3376

## Page 306

```
 1
 2
 3          C E R T I F I C A T E
 4       I, BRITTANY SALINE, hereby certify that
 5  the Deposition of DON JANG was held before me
 6  on the 5th day of May, 2021; that said witness
 7  was duly sworn before the commencement of
 8  testimony; that the testimony was taken
 9  stenographically by myself and then transcribed
10  by myself; that the party was represented by
11  counsel as appears herein;
12       That the within transcript is a true
13  record of the Deposition of said witness;
14       That I am not connected by blood or
15  marriage with any of the parties; that I am not
16  interested directly or indirectly in the
17  outcome of this matter; that I am not in the
18  employ of any of the counsel.
19       IN WITNESS WHEREOF, I have hereunto set
20  my hand this 10th day of May, 2021.
21
22
                    BRITTANY SALINE
23
24
25
```

## Page 307

```
 1              Veritext Legal Solutions
                   1100 Superior Ave
 2                    Suite 1820
                 Cleveland, Ohio 44114
 3               Phone: 216-523-1313
 4
    May 10, 2021
 5
    To: JONATHAN M. SPERLING
 6
    Case Name: Warner Records Inc., et al. v. Charter Communications, Inc.
 7
    Veritext Reference Number: 4539722
 8
    Witness:  Dong Jang      Deposition Date:  5/5/2021
 9
10  Dear Sir/Madam:
11
    Enclosed please find a deposition transcript.  Please have the witness
12
    review the transcript and note any changes or corrections on the
13
    included errata sheet, indicating the page, line number, change, and
14
    the reason for the change.  Have the witness' signature notarized and
15
    forward the completed page(s) back to us at the Production address
16  shown
17  above, or email to production-midwest@veritext.com.
18
    If the errata is not returned within thirty days of your receipt of
19
    this letter, the reading and signing will be deemed waived.
20
21  Sincerely,
22  Production Department
23
24
25  NO NOTARY REQUIRED IN CA
```

## Page 308

```
 1          DEPOSITION REVIEW
           CERTIFICATION OF WITNESS
 2
    ASSIGNMENT REFERENCE NO: 4539722
 3  Warner Records Inc., et al. v. Charter Communications, Inc.
    DATE OF DEPOSITION: 5/5/2021
 4  WITNESS' NAME: Dong Jang
 5       In accordance with the Rules of Civil
    Procedure, I have read the entire transcript of
 6  my testimony or it has been read to me.
 7       I have made no changes to the testimony
    as transcribed by the court reporter.
 8
    _____   _____
 9  Date              Dong Jang
10       Sworn to and subscribed before me, a
    Notary Public in and for the State and County,
11  the referenced witness did personally appear
    and acknowledge that:
12
        They have read the transcript;
13      They signed the foregoing Sworn
        Statement; and
14      Their execution of this Statement is of
        their free act and deed.
15
        I have affixed my name and official seal
16
    this _____ day of_____, 20____.
17
        _____
18      Notary Public
19      _____
        Commission Expiration Date
20
21
22
23
24
25
```

## Page 309

```
 1          DEPOSITION REVIEW
           CERTIFICATION OF WITNESS
 2
    ASSIGNMENT REFERENCE NO: 4539722
 3  Warner Records Inc., et al. v. Charter Communications, Inc.
    DATE OF DEPOSITION: 5/5/2021
 4  WITNESS' NAME: Dong Jang
 5       In accordance with the Rules of Civil
    Procedure, I have read the entire transcript of
 6  my testimony or it has been read to me.
 7       I have listed my changes on the attached
    Errata Sheet, listing page and line numbers as
 8  well as the reason(s) for the change(s).
 9       I request that these changes be entered
    as part of the record of my testimony.
10
        I have executed the Errata Sheet, as well
11  as this Certificate, and request and authorize
    that both be appended to the transcript of my
12  testimony and be incorporated therein.
13  _____   _____
    Date              Dong Jang
14
        Sworn to and subscribed before me, a
15  Notary Public in and for the State and County,
    the referenced witness did personally appear
16  and acknowledge that:
17      They have read the transcript;
        They have listed all of their corrections
18      in the appended Errata Sheet;
        They signed the foregoing Sworn
19      Statement; and
        Their execution of this Statement is of
20      their free act and deed.
21      I have affixed my name and official seal
22  this _____ day of_____, 20____.
23      _____
        Notary Public
24
        _____
25      Commission Expiration Date
```