# Exhibit XXXIV

# Exhibit 11

```
                                                          Page 1

 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF COLORADO
 3
 4    WARNER RECORDS, INC., et   )
      al.,                       )
 5                               )
                 Plaintiffs,     )
 6                               )
      vs.                        )        Case No.
 7                               )  1:19-cv-00874-RBJ-MEH
      CHARTER COMMUNICATIONS,    )
 8    INC.,                      )
                                 )
 9               Defendant.      )
10
11
12         HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
13                REMOTE VIDEOTAPED DEPOSITION OF
14                     KARL N. SNOW, Ph.D.
15
16
17    DATE:      October 12, 2021
18    TIME:      9:05 a.m. (Eastern)
19    PLACE:     Veritext Virtual Videoconference
20
21
22
23
24    JOB NO.:       MW 4844439
      PAGES:         1 to 248
25    REPORTED BY:   Merilee Johnson, RDR, CRR, CRC, RSA
```





Page 246

[redacted]

```
10   Q.  Okay.  Thank you for your time today,
11   Dr. Snow.
12   A.  Thank you.
13       THE VIDEOGRAPHER:  Off the record then.
14   This concludes today's deposition of Dr. Karl Snow.
15   Time is 6:31 p.m. on October 12, 2021.  We are now
16   off the record.
17       (Time Noted:  6:31 p.m.,
18       October 12, 2021.)
19           - - -
20
21
22
23
24
25
```

Page 248

```
 1           REPORTER'S CERTIFICATE
 2
     STATE OF MINNESOTA  )
 3                      ) ss.
     COUNTY OF HENNEPIN  )
 4
         I hereby certify that I reported the remote
 5   videotaped deposition of KARL N. SNOW, Ph.D., on
     October 12, 2021, via Veritext Virtual
 6   Videoconference, and that the witness was by me
     first duly affirmed to tell the whole truth;
 7
         That the testimony was transcribed by me and
 8   is a true record of the testimony of the witness;
 9       That the cost of the original has been
     charged to the party who noticed the deposition,
10   and that all parties who ordered copies have been
     charged at the same rate for such copies;
11
         That I am not a relative or employee or
12   attorney or counsel of any of the parties, or a
     relative or employee of such attorney or counsel;
13
         That I am not financially interested in the
14   action and have no contract with the parties,
     attorneys, or persons with an interest in the
15   action that affects or has a substantial tendency
     to affect my impartiality;
16
         That the right to read and sign the
17   deposition by the witness was not addressed.
18
         WITNESS MY HAND AND SEAL THIS 14th day of
19   October, 2021.
20
21
22
23
         [signature: Merilee Johnson]
24       Merilee B. Johnson, RDR, CRR, CRC, RSA
         Notary Public, Hennepin County, Minnesota
25       My commission expires January 31, 2026
```

