# Exhibit XXXVIII

# Exhibit 8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLORADO
2

3

4    WARNER RECORDS, INC., et al.,      )
                                        )
5            Plaintiffs,                )
                                        )        Case No.
6        vs.                            ) 1:19-cv-00874-RBJ-MEH
                                        )
7    CHARTER COMMUNICATIONS, INC.,      )
                                        )
8            Defendant.                 )

9

10

11       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

12

13           Videotaped deposition of SANDEEP CHATTERJEE,

14   PH.D., taken remotely before NADINE J. WATTS, CSR, RPR,

15   and Notary Public, pursuant to the Federal Rules of

16   Civil Procedure for the United States District Courts

17   pertaining to the taking of depositions, commencing at

18   9:35 a.m. Central Standard Time on the 5th day of

19   October, A.D., 2021.

20

21

22

23

24

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 82

1    Q  And the modified hash that you described for
2  eDonkey you reference in paragraph 61 of your report is
3  sometimes referred to as an ED2K hash, correct?
4    A  Yes.
5    Q  The hash is determined -- Strike that.
6       The hash for a file is determined by an
7  algorithm based on the binary contents of the file,
8  correct?
9    A  I'm sorry, say that again.  I didn't understand
10  your question.
11    Q  An algorithm determines the hash based on the
12  binary contents of the file?
13    A  Yes, the input to the algorithm would be the
14  binary bits and bytes of the file.  And the algorithm is
15  simply the calculations that are performed on those bits
16  and bytes, and the output is the hash value.
17    Q  And the hash value -- the algorithmic hash value
18  is not determined based on external data, such as --
19  Strike that.  Let me try it again.
20       The hash value is not determined by external
21  metadata, such as a file name?
22    A  Well, you could have -- you could use the file
23  name or you could use other metadata if you wanted to.
24  But, typically, when you're talking about computing a

Page 83

1  hash of a file, you're typically talking about the
2  contents of the file, not -- not the file name or other
3  metadata.  But just to be clear, you can do whatever you
4  want with the -- with a hash algorithm.

████████████████████████████████████

████████████████████████████████████████████

█████████████████████████████████

8    A  Well, there are a lot of hashes that are
9  involved in the BitTorrent protocol.  We've -- I believe
10  my report talks about it.  But there is something called
11  an infohash, which is the hash over a particular portion
12  of the dot-torrent file.  But if you're talking about
13  the SHA-1 hash of the actual payload, the content, my
14  understanding is that it's the actual contents, what
15  you're saying as the binary bits and bytes.  That is my
16  understanding.
17    Q  So if the contents of the file change and you
18  get the hash, you'll get a different hash, right?
19    A  With the caveat that if you're talking about a
20  good hash algorithm, for example, like SHA-1, yes.  If
21  the contents of a file are between two different files,
22  they're different, the output resultant hash value would
23  be different.
24    Q  And so even if one bit or byte of the binary

Page 84

1  content of the file changes, then you get a different
2  hash, right?
3    A  Yes, even if one bit changes, you would have a
4  different byte, which would result in a different hash.
5    Q  But if two different digital files have the same
6  hash value, that means the files have the same content,
7  correct?
8    A  Again, with the caveat if you're talking about
9  like a good hash, like SHA-1 or other things, and if you
10  actually calculate a hash on two different files -- say
11  if you actually run the hash algorithm on file A and you
12  run the same algorithm on file B, then they should have
13  the same resultant hash value.
14    Q  Dr. Chatterjee, you keep referencing good hash
15  algorithm.  I want to make sure that we're just using
16  the same language throughout the day.  So I'm talking
17  about the SHA-1 hashes, which you've agreed is a good
18  cryptographic hash algorithm, correct?
19    A  Yes, it's regarded as a good hash.  And, like I
20  mentioned, I think there's only been one or a very low
21  handful of collisions that have been identified for
22  SHA-1.  So, yes, it is a good algorithm.
23    Q  Are you contending that any of the hash
24  algorithms that are used and at issue in this case are

Page 85

1  something other than good hash algorithms?
2    A  When you say am I contending, like from a
3  technical perspective?  I think I've explained to you
4  that MD4 is not well-regarded as a good hash algorithm.
5  I'm not contending that ED2K, which is based on MD4, is
6  good or bad.
7       So I think from a technical perspective I do
8  have a contention that MD4 is not the greatest hash.
9  But I think for purposes of my report, or of my two
10  reports, I'm not really contending those.  But from a
11  technical perspective, yes, MD4 may not be the best
12  hash.
13    Q  You mentioned the infohash.  Infohash is used in
14  the BitTorrent protocol, correct?
15    A  Yes.
16    Q  And infohash is a unique hash identifier for a
17  torrent, correct?
18    A  The infohash is a hash over the info portion of
19  the dot-torrent file.  That's all it is.
20    Q  Turn to page -- paragraph 164 of your report.
21  You say in the second line, each torrent has a unique
22  identifier, which is known as infohash, correct?
23    A  And then I state, and it is a SHA-1 hash
24  calculated over a portion of the torrent file for a

22 (Pages 82 - 85)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 90

1 hash value is the same, that doesn't tell you anything.
2     Like I have explained to you, if you calculate
3 the hash over the original file and then you calculate
4 the hash over the second file and the resulting hash
5 values are the same, then it tells you something. But
6 simply looking at a hash doesn't tell you anything.
7 That's basic computer science information or knowledge.
8     Q  So as a practical matter, two files that
9 calculate the same hash value are identical, correct?
10    A  If you calculate using the same hash algorithm
11 on two different files and the resulting hash values are
12 the same, yes, it tells you something, that the files
13 are the same.
14    Q  You're aware, Dr. Chatterjee, that BitTorrent
15 relies on the use of hashes?
16    A  BitTorrent, like other P2P protocols, do use
17 hashes.  I agree with you.
18    Q  And, in fact, the use of hashes is built into
19 the very core functionality of the BitTorrent system?
20    A  It's part of the protocol.  I don't really know
21 what you mean by the core functionality.  But, yes,
22 hashes are used as part of the protocol.
23    And one of the reasons and -- One of the
24 reasons hashes are used is because within peer-to-peer

Page 91

1 protocols and networks there is a lot of fakes and the
2 information that clients and peers report is oftentimes
3 untrue, and, therefore, hashes allow that kind of check,
4 which is necessary in a peer-to-peer network and
5 peer-to-peer protocols.
6    Q  Hash values are how the BitTorrent system
7 associates users downloading and distributing files,
8 correct?
9    A  There is an infohash that can be used to
10 identify the info portion of a dot-torrent file.  If
11 that was your question, yes, I agree with what I just
12 stated.
13    Q  BitTorrent clients request files by hash,
14 correct?
15    A  A BitTorrent client can request from another
16 client or another peer.  It can use infohash to request
17 a file, like the payload, and -- But, like I said, just
18 because a peer states that it has that particular info
19 hash means nothing.  It has to be confirmed and
20 corroborated by actually downloading, calculating the
21 hash, and then also even checking the actual payload,
22 the contents of the file.
23    Q  When a peer receives -- requests and receives
24 pieces in BitTorrent, the BitTorrent client checks the

Page 92

1 hashes to confirm they got the right thing, correct?
2    A  Well, just like we've talked about, there are
3 multiple different hashes that are used in BitTorrent.
4 The infohash is the hash over the info portion of the
5 dot-torrent file.  There are things called piecehashes,
6 which are hashes over specific pieces.  And so there are
7 two different types of hashes that are used in
8 BitTorrent.
9    Q  When a BitTorrent peer requests and receives a
10 piece, the BitTorrent client checks the piecehash to
11 confirm that it got the right thing, correct?
12    A  Calculating the piecehash over the piece that it
13 receives and then comparing it to the piecehash that's
14 in the dot-torrent file simply shows that the
15 piecehashes match.  It doesn't show that the piece that
16 was received is actually a piece of the content that the
17 dot-torrent file claims that it's for.
18    Q  If the piece is verified, then the peer begins
19 to share that piece, correct?
20    A  If a -- A peer can upload pieces after it has
21 downloaded it and even after calculating the piecehash.
22    Q  In fact, the default automated function of the
23 BitTorrent protocol is once you download and verify a
24 piece, you begin sharing it, correct?

Page 93

1    A  It's not that you begin sharing it.  You can.
2 Like the technology can if somebody requests it.  It's
3 not that -- it's not that once you download a piece, you
4 don't like shove it down people's throats.  You
5 simply -- Depending on the client and how that client is
6 implemented, it can respond to a request from another
7 peer.
8    Q  I think you're making the distinction that it
9 goes into the shared file folder for other peers to get
10 it if they want it is your -- I think that's the
11 distinction you're making, right?
12    A  Yes, that it -- that piece is -- can be
13 available if another peer requests it.  But, like I've
14 stated, that does not mean that it's actually a piece of
15 what that dot-torrent file claims that it's a piece of.
16    Q  And if the peer -- Strike that.
17    If upon receipt of the piece the hash does not
18 match the expected hashpiece, then the BitTorrent client
19 discards that piece, correct, discards the downloaded
20 piece?
21    A  It can, depending on the client and the client
22 implementation.  Yes, if it computes the piecehash and
23 the piecehash does not match what the dot-torrent file
24 states, it can discard it.

24 (Pages 90 - 93)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 246

1 pointing to this single document. There are a lot of

2 other documents and -- that I've cited to in my two

3 reports.

4    MR. GOULD: I have no further questions. Dr.

5 Chatterjee, thank you for your time. I appreciate it.

6    MR. HAMSTRA: I will -- I don't have any further

7 questions. I will reserve signature.

8       I think we should probably designate this, at

9 least provisionally, as Highly Confidential, Attorneys'

10 Eyes Only for the third-party evidence discussed.

11    THE VIDEOGRAPHER: Okay. The time is approximately

12 6:16 p.m. We are going off the video record.

13

14

15

16

17

18

19

20

21

22

23

24

Page 248

1       Witness my official signature and seal as

2 Notary Public in and for Cook County, Illinois on this

3 8th day of October, A.D. 2021.

4

5       *Nadine J. Watts*

       NADINE J. WATTS, CSR, RPR

6       License No. 084-002736

       Notary Public

7       One North Franklin Street

       Suite 3000

8       Chicago, Illinois 60606

       Phone: (312) 442-9087

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 247

1 STATE OF ILLINOIS  )

              ) SS:

2 COUNTY OF C O O K  )

3       The within and foregoing deposition of the

4 aforementioned witness was taken before NADINE J. WATTS,

5 CSR, RPR and Notary Public, at the place, date and time

6 aforementioned.

7       There were present during the taking of the

8 deposition the previously named counsel.

9       The said witness was first duly sworn and was

10 then examined upon oral interrogatories; the questions

11 and answers were taken down in shorthand by the

12 undersigned, acting as stenographer and Notary Public;

13 and the within and foregoing is a true, accurate and

14 complete record of all of the questions asked of and

15 answers made by the forementioned witness, at the time

16 and place hereinabove referred to.

17       The signature of the witness was not waived,

18 and the deposition was submitted, pursuant to Rules

19 30(e) of the Rules of Civil Procedure for the United

20 States District Courts, to the deponent per copy of the

21 attached letter.

22       The undersigned is not interested in the

23 within case, nor of kin or counsel to any of the

24 parties.

Page 249

1       Veritext Legal Solutions

       1100 Superior Ave

2       Suite 1820

       Cleveland, Ohio 44114

3       Phone: 216-523-1313

4 October 8, 2021

5 To: NATHAN M. HAMSTRA

6 Case Name: Warner Records, Inc., et al. v. Charter Communications,

7 Inc.

8 Veritext Reference Number: 4822026

9 Witness: Sandeep Chatterjee, Ph.D.  Deposition Date: 10/5/2021

10 Dear Sir/Madam:

11

12 Enclosed please find a deposition transcript. Please have the witness

13 review the transcript and note any changes or corrections on the

14 included errata sheet, indicating the page, line number, change, and

15 the reason for the change. Have the witness' signature notarized and

16 forward the completed page(s) back to us at the Production address

    shown

17

    above, or email to production-midwest@veritext.com.

18

19 If the errata is not returned within thirty days of your receipt of

20 this letter, the reading and signing will be deemed waived.

21

    Sincerely,

22

    Production Department

23

24 NO NOTARY REQUIRED IN CA

63 (Pages 246 - 249)