# Exhibit XXXIX

# Exhibit 9

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

WARNER RECORDS INC., et al., )
) Civil Action No.
Plaintiffs, ) 1:19-cv-00874
)
v. )
)
CHARTER COMMUNICATIONS, INC., )
)
Defendant. )
------------------------------)

\- - -

TUESDAY, SEPTEMBER 28, 2021

\- - -

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

Remote Videotaped Deposition of KEVIN ALMEROTH, PH.D., beginning at 9:14 a.m., before Nancy J. Martin, a Registered Merit Reporter, Certified Shorthand Reporter.

Page 142

MS. CLARK: Do you think we can get a break at some point?

MR. GOULD: Sure. Why don't we go off the record.

THE VIDEOGRAPHER: This marks the end of Media No. 4. Going off the record at 1:30 p.m.

(A recess was taken from 1:30 p.m. to 2:14 p.m.)

THE VIDEOGRAPHER: This marks the beginning of Media No. 5. Going back on the record at 2:14 p.m.

BY MR. GOULD:

Page 143

Page 144

Page 145

[redacted]

[redacted]

MS. CLARK: Thank you so much. I don't have anything. I suppose we can provisionally designate the report as under the protective order. I haven't actually gone back to look to see if there's anything

in the transcript. I haven't actually gone back to see if there's anything actually confidential, but we'll designate it for now and review it later.

MR. GOULD: Dr. Almeroth, I want to thank you for your time. It's nice chatting with you.

MS. CLARK: Thanks, guys. I hope you feel better, Nancy.

REPORTER MARTIN: Thank you so much. I appreciate that.

THE VIDEOGRAPHER: We are off the record at 6:12 p.m., and this concludes today's testimony given by Dr. Kevin Almeroth. The total number of media used was seven and will be retained by Veritext Legal Solutions.

Thanks. Sorry.

(Witness excused.)

(Deposition concluded at 6:12 P.M.)

C E R T I F I C A T E

I do hereby certify that the aforesaid testimony was taken before me, pursuant to notice, at the time and place indicated; that said deponent was by me duly sworn to tell the truth, the whole truth, and nothing but the truth; that the testimony of said deponent was correctly recorded in machine shorthand by me and thereafter transcribed under my supervision with computer-aided transcription; that the deposition is a true and correct record of the testimony given by the witness; and that I am neither of counsel nor kin to any party in said action, nor interested in the outcome thereof.

_______________________

Nancy J. Martin, RMR, CSR

Dated: October 1, 2021

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying shorthand reporter.)