Plaintiffs' Exhibit 2

# EXHIBIT I

HIGHLY CONFIDENTIAL

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF COLORADO

3    - - - - - - - - - - - - - - - x

4    WARNER RECORDS, INC., et al,  :

5                   Plaintiffs,      :

6        vs.                        : Civil Action No.

7    CHARTER COMMUNICATIONS, INC., : 19-CV-874

8                   Defendant.      :

9    - - - - - - - - - - - - - - - x

10                  HIGHLY CONFIDENTIAL

11        VIRTUAL VIDEOTAPED 30(b)(6) DEPOSITION OF:

12        RECORDING INDUSTRY ASSOCIATION OF AMERICA

13                  GIVEN BY STEVEN MARKS

14   DATE:         Friday, May 7, 2021

15   TIME:         10:08 a.m.

16   LOCATION:    Remote Proceedings

17   REPORTED BY: Denise M. Brunet, RPR

18                  Reporter/Notary

19

20                  Veritext Legal Solutions

21

22

HIGHLY CONFIDENTIAL

Page 210

███

███

3          MR. SCHAPIRO:  All right.  Let's

4     introduce the next exhibit, please.

5          MR. SCHER:  I have introduced Exhibit 18.

6          (Marks Deposition Exhibit Number 18 was

7     marked for identification.)

8     BY MR. SCHAPIRO:

9        Q    Take a look at this, please, Mr. Marks.

10    So Exhibit 18, multi-page document produced in

11    this litigation, RIAA_CH_01546619.

12       A    I'm sorry, it didn't load.  Hold on a

13    second.  I think I have to refresh every time for

14    it to load.  Okay.  I have it.

███

███

███

███

███

███

███

███

HIGHLY CONFIDENTIAL

Page 211



HIGHLY CONFIDENTIAL

Page 212

Case 1:19-cv-08374-WHB-MEH Document 59-3 Filed 03/17/21 USDC Colorado Page 7 of 23
Case No. 1:19-cv-08374-WHB-MEH Document 593-1 Filed 03/17/21 USDC Colorado Page 7 of 223

Page 213



Case 1:19-cv-09874-NRB-MEH Document 593-1 Filed 03/17/21 DCSDO Colorado Page 8 of 223

HIGHLY CONFIDENTIAL

Page 220



HIGHLY CONFIDENTIAL

Page 221

Case No. 1:19-cv-00874-RBJ-MEH Document 588-8 filed 12/21/21 USDC Colorado Page 10 of 23



HIGHLY CONFIDENTIAL

Page 223



HIGHLY CONFIDENTIAL

Page 230



HIGHLY CONFIDENTIAL

Page 231

HIGHLY CONFIDENTIAL

Page 232

HIGHLY CONFIDENTIAL

Page 233



Case No. 1:19-cv-00874-RBJ-MEH Document 598-5 Filed 11/23/21 USDC Colorado Page 16 of 23

Page 304

10    BY MR. SCHAPIRO:

11        Q    With respect to the works at issue in

12    this case, are you aware of any plaintiff stating

13    that it didn't own a work as to which a notice was

14    sent?

15        A    No, I'm not aware of it.

16        Q    And you said that sometimes you would

17    remove a work from the monitoring list if there

18    was a change in ownership.  Did you ever remove a

19    work from that list for some reason apart from an

20    ownership issue?

21        A    Not that I can recall.  By the way,

22    change in ownership sometimes was from one of our

Case No. 1:19-cv-08375-RMI-MEJ Document 598-598 Filed 12/03/21 USDC Colorado Page 17 of 23

Page 305

1    members to another member, so it wouldn't be

2    dropped, you know, in that case.  But I don't

3    recall what -- what you just asked.

4            MR. SCHAPIRO:  I think that's all I have.

5    I don't know if Jeff is going to have anything for

6    you.  Let me look over at my chat window here to

7    see if the actual smart people have anything else

8    for me.  But I think -- I think we are just about

9    done, subject to what Jeff might have.

10            MR. GOULD:  I've got no questions today.

11            MR. SCHAPIRO:  Mr. Marks, it's been a

12    pleasure.  Look forward to meeting you in person

13    some day when circumstances allow.

14            THE VIDEOGRAPHER:  This marks the end of

15    the deposition.  We're going off the record.  The

16    time is 7:24 p.m.

17            (Whereupon, at 7:24 p.m., the remote

18    deposition of STEVEN MARKS was concluded.)

19

20

21

22

HIGHLY CONFIDENTIAL

Page 306

1            CERTIFICATE OF NOTARY PUBLIC

2            I, Denise M. Brunet, the officer before

3 whom the foregoing deposition was taken, do hereby

4 certify that the witness whose testimony appears

5 in the foregoing deposition was sworn by me; that

6 the testimony of said witness was taken by me

7 stenographically and thereafter reduced to print

8 by means of computer-assisted transcription by me

9 to the best of my ability; that I am neither

10 counsel for, related to, nor employed by any of

11 the parties to this litigation and have no

12 interest, financial or otherwise, in the outcome

13 of this matter.

14

15

16          Denise M. Brunet

17          Notary Public in and for

18          The District of Columbia

19

20 My commission expires:

21 December 14, 2022

22

HIGHLY CONFIDENTIAL

Page 307

Veritext Legal Solutions

1100 Superior Ave

Suite 1820

Cleveland, Ohio 44114

Phone: 216-523-1313

May 12, 2021

To: Jeffrey M. Gould, Esq.

Case Name: Warner Records, Inc., et al. v. Charter Communications, Inc.

Veritext Reference Number: 4572136

Witness: Steve Marks        Deposition Date:  5/7/2021

Dear Sir/Madam:

Enclosed please find a deposition transcript.  Please have the witness

review the transcript and note any changes or corrections on the

included errata sheet, indicating the page, line number, change, and

the reason for the change.  Have the witness' signature notarized and

forward the completed page(s) back to us at the Production address

shown

above, or email to production-midwest@veritext.com.

If the errata is not returned within thirty days of your receipt of

this letter, the reading and signing will be deemed waived.

Sincerely,

Production Department


NO NOTARY REQUIRED IN CA

Case No. 1:19-cv-00874-RBJ-MEH Document 598-5 Filed 12/27/21 USDC Colorado Page 20 of 23

Page 308

1                    DEPOSITION REVIEW
                  CERTIFICATION OF WITNESS
2

        ASSIGNMENT REFERENCE NO: 4572136
3       CASE NAME: Warner Records, Inc., et al. v. Charter
   Communications, Inc.
        DATE OF DEPOSITION: 5/7/2021
4       WITNESS' NAME: Steve Marks
5       In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7       I have made no changes to the testimony
   as transcribed by the court reporter.
8

   _____          _____
9  Date                       Steve Marks
10      Sworn to and subscribed before me, a
   Notary Public in and for the State and County,
11 the referenced witness did personally appear
   and acknowledge that:
12

        They have read the transcript;
13      They signed the foregoing Sworn
             Statement; and
14      Their execution of this Statement is of
             their free act and deed.
15

        I have affixed my name and official seal
16
   this _____ day of_____, 20_____.
17

                _____
18              Notary Public
19              _____
                Commission Expiration Date
20
21
22
23
24
25

HIGHLY CONFIDENTIAL

Page 309

<pre>
 1                    DEPOSITION REVIEW
                   CERTIFICATION OF WITNESS
 2

         ASSIGNMENT REFERENCE NO: 4572136
 3       CASE NAME: Warner Records, Inc., et al. v. Charter
     Communications, Inc.
         DATE OF DEPOSITION: 5/7/2021
 4       WITNESS' NAME: Steve Marks
 5       In accordance with the Rules of Civil
     Procedure, I have read the entire transcript of
 6   my testimony or it has been read to me.
 7       I have listed my changes on the attached
     Errata Sheet, listing page and line numbers as
 8   well as the reason(s) for the change(s).
 9       I request that these changes be entered
     as part of the record of my testimony.
10

         I have executed the Errata Sheet, as well
11   as this Certificate, and request and authorize
     that both be appended to the transcript of my
12   testimony and be incorporated therein.
13   _____        _____
     Date                    Steve Marks
14

         Sworn to and subscribed before me, a
15   Notary Public in and for the State and County,
     the referenced witness did personally appear
16   and acknowledge that:
17       They have read the transcript;
         They have listed all of their corrections
18           in the appended Errata Sheet;
         They signed the foregoing Sworn
19           Statement; and
         Their execution of this Statement is of
20           their free act and deed.
21       I have affixed my name and official seal
22   this _____ day of_____, 20_____.
23       _____
         Notary Public
24

         _____
25       Commission Expiration Date
</pre>

HIGHLY CONFIDENTIAL

Page 310

1          ERRATA SHEET

   VERITEXT LEGAL SOLUTIONS MIDWEST

2        ASSIGNMENT NO: 4572136

3    PAGE/LINE(S) /      CHANGE      /REASON

4    _____

5    _____

6    _____

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19

     _____        _____

20   Date                    Steve Marks

21   SUBSCRIBED AND SWORN TO BEFORE ME THIS _____

22   DAY OF _____, 20_____ .

23                  _____

                    Notary Public

24

                    _____

25                  Commission Expiration Date

DocuSign Envelope ID: D2DF7B8B-110C-4CDB-B844-9F45207207AE

ERRATA SHEET
VERITEXT LEGAL SOLUTIONS MIDWEST
STEVEN MARKS (MAY 7, 2021)

| PAGE/LINE(S) | CHANGE | REASON |
|---|---|---|
| 14:22 | Replace "counsel for" with "its counsel" | clarification |
| 67:6 | Replace "Also" with "also" | typo |
| 72:19 | Add apostrophe after "members" | punctuation correction |
| 86:12 | Replace "legal" with "illegal" | typo |
| 112:18 | Replace "program" with "programs" | clarification |
| 115:6 | Replace "P" with "ISP" | clarification |
| 118:20 | Replace "Class P" with "ISP" | typo |
| 123:4 | Add "be" before "part of" | clarification |
| 138:11 | Replace "base" with "based" | typo |
| 192:7 | Add "at" between "looked" and "as" | clarification |
| 259:4 | Replace "I agree" with "I do not agree" | clarification |
| 270:11 | Replace "o" with "so" | typo |
| 274:1 | Replace "able" with "ability" | clarification |
| 283:10 | Add "is" between "alerts" and "to" | typo |
| 298:18 | Replace "BitTorrent" with "BitTorrent, Inc." | clarification |

7/3/2021

_____
Date

DocuSigned by:

*Steve Marks*

425FF969A2A7445...
_____
Steven Marks