# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-00874-RBJ-MEH

**WARNER RECORDS INC.,** *et al.*,

      Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.,**

      Defendant.

---

## DECLARATION OF PROFESSOR PAUL GELUSO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO CHARTER'S MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF PAUL GELUSO AND THE "LISTENERS"

---

I, Professor Paul Geluso, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1.  I am an audio professional and have been retained as an expert by the Plaintiffs in the action captioned above. I am currently Program Director of the Music Technology Department at New York University.

2.  I have personal knowledge of the information contained in this Declaration, and if called upon as a witness, I could and would testify competently to the information contained herein.

3.  I have over 25 years' experience working as an audio engineer, and teaching and training audio engineers.

4.  In the field of audio engineering, it is commonplace to hire and rely on assistant audio engineers.

5. Throughout my career as professional audio engineer, I have hired and relied on assistant audio engineers.

6. From December 1, 2009 to September 1, 2018, I served as the Chief Audio Engineer for the James Dolan Music Recording Studio at New York University, a 7,500 square foot multifunctional teaching, recording, and research space that is one of the most technologically advanced audio teaching facilities in the United States. In that capacity, I hired Mike Tierney (2014/2015 academic year) and Charles Mueller (2015/2016 academic year) as my assistant audio engineers, where their duties involved critical listening, waveform analysis, and spectrogram analysis.

7. In connection with my assignment in this case, I hired Mr. Tierney and Mr. Mueller to reprise their roles as my assistant audio engineers.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*Paul Geluso* (signature)

Paul Geluso

Executed this 15th day of December, 2021 in New York NY.