**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:19-cv-00874-RBJ-MEH

**WARNER RECORDS INC.,** *et al.***,**

      Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.,**

      Defendant.

---

**DECLARATION OF PHIL HILL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
CHARTER'S MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF PAUL
GELUSO AND THE "LISTENERS"**

---

I, Phil Hill, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1.     I am an attorney at the law firm of Covington & Burling LLP, and counsel for Plaintiffs in the above-captioned case.  I submit this declaration in support of Plaintiffs' Opposition to Defendant Charter Communications, Inc.'s Motion to Exclude the Opinions and Testimony of Paul Geluso and the "Listeners."  I have personal knowledge of the information contained in this Declaration, and I could and would testify competently to the information contained herein if called to do so.

2.     Attached hereto as **Pl. Ex. 1** are true and correct copies of relevant excerpts from the deposition transcript of Yi-Wen Lai-Tremewan in the above-captioned case.

3.     Attached hereto as **Pl. Ex. 2** are true and correct copies of relevant excerpts from the deposition transcript of Professor Paul Geluso in the above-captioned case.

4.      Attached hereto as **Pl. Ex. 3** are true and correct copies of relevant excerpts from the deposition transcript of Eleni Maltas in the above-captioned case.

5.      Attached hereto as **Pl. Ex. 4** are true and correct copies of relevant excerpts from the deposition transcript of Charles Burst in the above-captioned case.

6.      Attached hereto as **Pl. Ex. 5** are true and correct copies of relevant excerpts from the deposition transcript of Katie Gilchrest in the above-captioned case.

7.      Attached hereto as **Pl. Ex. 6** are true and correct copies of relevant excerpts from the deposition transcript of Rebekah Wineman in the above-captioned case.

8.      Attached hereto as **Pl. Ex. 7** are true and correct copies of relevant excerpts from the deposition transcript of Jacob Cheriff in the above-captioned case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Phil Hill

Executed this 20th day of December, 2021 in New York, NY.