# PLAINTIFFS' EXHIBIT 4

CONFIDENTIAL

Page 1

1  UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF COLORADO
2  Case No. 1:19-cv-00874-RBJ-MEH
   ------------------------------------------x
3  WARNER RECORDS INC., et al.,
4                    Plaintiffs,
5       - against -
6  CHARTER COMMUNICATIONS, INC.,
7                    Defendant.
8  ------------------------------------------x
9              August 27, 2021
               10:08 a.m.
10
11
12              *CONFIDENTIAL*
13
14     REMOTE VIDEOTAPED DEPOSITION of
15  CHARLES BURST, an expert witness, before
16  Anthony Giarro, a Registered Professional
17  Reporter, a Certified Realtime Reporter and
18  a Notary Public of the State of New York.
19
20
21
22
23
24
25

CONFIDENTIAL

Page 62

1  A  I don't recall.
2  Q  When your report was
3  corrected, the only corrections made were
4  to the appendix; correct?
5  A  As far as I'm aware.
6  Q  Other than the opinions
7  expressed in your report, have you been
8  asked to opine on any other issues
9  regarding this case?
10  A  I don't believe so.
11  Q  Other than the opinions
12  expressed in your report, do you intend
13  to express any other opinions in this
14  case?
15  A  I don't think so.
16  Q  You don't currently plan to
17  prepare any additional or supplemental
18  reports; correct?
19  A  That's correct.
20  Q  You are not offering any
21  opinions on copyright infringement;
22  correct?
23  A  That's correct.
24  Q  You are not offering any
25  opinions on ways to monitor or detect

Page 63

1  copyright infringement; correct?
2  A  That's correct.
3  Q  You're not offering any
4  opinions on ways to prevent copyright
5  infringement; correct?
6  A  That's correct.
7  Q  You're not offering any
8  opinions on contributory copyright
9  infringement; correct?
10  A  Correct.
11  Q  You are not offering any
12  opinions about MarkMonitor; correct?
13  A  Correct.
14  Q  You are not offering any
15  opinions about work done by MarkMonitor;
16  correct?
17  A  Correct.
18  Q  You are not offering any
19  opinions on the reliability of
20  MarkMonitor; correct?
21  A  Correct.
22  Q  You are not offering any
23  opinions about Audible Magic; correct?
24  A  Correct.
25  Q  You are not offering any

Page 64

1  opinions about work done by Audible
2  Magic; correct?
3  A  Correct.
4  Q  You are not offering any
5  opinions on the reliability of Audible
6  Magic; correct?
7  A  Correct.
8  Q  You are not offering any
9  opinions on Charter's ability to
10  determine whether a particular file that
11  is shared on or downloaded from a
12  peer-to-peer Web site is considered
13  infringing; correct?
14  A  Correct.
15  Q  You are not offering any
16  opinions on whether Charter is liable for
17  copyright infringement on any of the
18  works you've listened to; correct?
19  A  Correct.
20  Q  Let's take a look at
21  paragraph 7 of your report which is
22  Exhibit 2.  Let me know when you're
23  there.
24  A  I'm there.
25  Q  It says you're being paid

Page 65

1  $75 per hour for your critical listening
2  analysis; correct?
3  A  That's correct.
4  Q  Is that the same rate that
5  you're being paid for your deposition
6  today?
7  A  I believe so.
8  Q  And that's the rate you're
9  being paid for your deposition
10  preparation?
11  A  I believe so.
12  Q  Do you know who's paying
13  you?
14  A  I'm being paid by Covington.
15  Q  Do you know how many total
16  hours you've worked on this case?
17  A  Not exactly.
18  Q  Do you know how many hours
19  you spent doing your critical listening
20  analysis?
21  A  Somewhere in the area of 300
22  hours.
23  Q  And you said earlier today
24  that you spent less than ten hours
25  preparing your expert report?

17 (Pages 62 - 65)

CONFIDENTIAL

Page 134

```
 1            I N D E X
 2
 3         E X A M I N A T I O N
 4
 5      EXAMINATION   FURTHER EXAMINATION
 6  Mr. Scher        4
 7
 8          E X H I B I T S
 9
10  Exhibit         Description      Page
11  Exhibit 1       First amended     26
                    complaint and
12                  jury demand
13  Exhibit 2       Expert report     40
14  Exhibit 3       Expert report     67
15  Exhibit 4       Expert report     70
16
17
18
19
20
21
22
23
24
25
```

Page 135

```
 1           C E R T I F I C A T I O N
 2
 3
 4      I, ANTHONY GIARRO, a Shorthand
 5  Reporter and a Notary Public, do hereby
 6  certify that the foregoing witness, CHARLES
 7  BURST, was duly sworn on the date
 8  indicated, and that the foregoing, to the
 9  best of my ability, is a true and accurate
10  transcription of my stenographic notes.
11      I further certify that I am not
12  employed by nor related to any party to
13  this action.
14
15
16
17              ANTHONY GIARRO
18
19
20
21
22
23
24
25
```

35 (Pages 134 - 135)

Veritext Legal Solutions
www.veritext.com                                                       888-391-3376