# PLAINTIFFS' EXHIBIT 5

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

WARNER RECORDS INC. (F/K/A        )
WARNER BROS. RECORDS, INC.), ET   )
AL.,                              )
                                  )
         PLAINTIFFS,              )
                                  ) CASE NO.
         VS.                      ) 19-cv-00874
                                  ) RBJ-MEH
CHARTER COMMUNICATIONS, INC.,     )
                                  )
         DEFENDANTS.              )
_____)


REMOTE PROCEEDINGS OF THE
VIDEOTAPED EXPERT DEPOSITION OF
KATIE GILCHREST
WEDNESDAY, AUGUST 18, 2021


JOB NO. 4761697
REPORTED BY KIMBERLY EDELEN,
CSR. NO. 9042, CRR, RPR.
PAGES 1 - 119

Page 58

1  Q  When were you asked to perform the critical
2  listening analysis?
3  A  This spring.
4  Q  And who asked you to perform that analysis?
5  A  My counsel did.
6  Q  Were you given instructions on how to
7  conduct the critical listening analysis?
8  A  No.
9  Q  So nobody gave you instructions on how to
10 conduct a critical listening analysis.
11 A  I was given instructions to listen to file
12 pairs, but I was not told how to conduct the
13 critical listening.
14 Q  How was your assignment conveyed?  Was it
15 done verbally or in writing?
16 A  Verbally.
17 Q  Were you told alone or were you in a group
18 with others?
19 A  If I recall correctly, I -- I think it was
20 alone, but I'm not sure.  It might have been, you
21 know, with the others.
22 Q  And earlier today you said you spent
23 somewhere around 200 hours conducting the critical
24 listening analysis, right?
25 A  Yes, somewhere around there.

Page 59

1  Q  What date did you begin this analysis?
2  A  I couldn't tell you the exact date.  It was
3  most likely in April sometime.
4  Q  So you started the analysis sometime in
5  April.  Do you know when you completed the analysis?
6  A  It was towards the end of May.
7  Q  And during that time period, how many hours
8  per week did you spend conducting the critical
9  listening analysis?
10 A  It was upwards of about 40 hours per week.
11 Q  Do you have a sense of how many songs you
12 were listening to each week?
13 A  I couldn't tell you exactly.  I don't know.
14 Q  Do you have a sense of how long each song
15 was?
16 A  There was a range.  Songs, generally
17 singles are around three minutes and 30 seconds.  So
18 I would say, give or take, three minutes and
19 30 seconds.  Some were longer.  Some were shorter.
20 Q  Did you have any other jobs during the
21 period of time that you were conducting your
22 critical listening analysis?
23 A  The only thing would have been music
24 lessons.  Hold on.  Let me just think for a second.
25    Yeah, I think the only thing would have

Page 60

1  been music lessons.
2  Q  Do you recall how frequently you would have
3  been teaching music lessons during that period of
4  time?
5  A  At that time I think I only had one family,
6  so that would have been once a week.
7  Q  Counsel provided the two sets of digital
8  files for your analysis, right?
9  A  Yes.
10 Q  Do you know how they chose those files?
11 A  I don't know.
12 Q  Do you know where those files were
13 originally downloaded from?
14 A  I don't.
15 Q  Okay.  So if we keep reading in Paragraph 8
16 of your report, you go on to say "I understand that
17 the Source Set contains true and correct copies of
18 commercially released digital music files containing
19 copyrighted material owned by the plaintiffs in this
20 case."
21    Do you see that?
22 A  Yes.
23 Q  What is your basis for that understanding?
24 A  That's how it was explained to me.
25 Q  Who explained that to you?

Page 61

1  A  Counsel.
2  Q  Did you do anything to verify that
3  understanding?
4  A  I did not.
5  Q  Do you know where the source set files were
6  downloaded from before they were given to you?
7  A  I don't.
8  Q  Do you know when these files were
9  downloaded before they were given to you?
10 A  No.
11 Q  Do you know who downloaded these files
12 before they were given to you?
13 A  I don't.
14 Q  Do you know whether these files were ever
15 used by MarkMonitor in its ordinary course of
16 business?
17 A  Can you repeat the question.
18 Q  Sure.
19    Do you know whether these files were ever
20 used by MarkMonitor in its ordinary course of
21 business?
22 A  I don't know.
23 Q  Do you know whether these files were ever
24 used by Audible Magic in its ordinary course of
25 business?

16 (Pages 58 - 61)

Page 118

```
 1  STATE OF CALIFORNIA     )
 2  COUNTY OF LOS ANGELES   )  ss.
 3
 4      I, Kimberly A. Edelen, C.S.R. No. 9042, in and
 5  for the State of California, do hereby certify:
 6      That prior to being examined, the witness named
 7  in the foregoing deposition was by me duly sworn to
 8  testify the truth, the whole truth and nothing but
 9  the truth;
10      That said deposition was taken down by me in
11  shorthand at the time and place therein named, and
12  thereafter reduced to typewriting under my
13  direction, and the same is a true, correct and
14  complete transcript of said proceedings;
15      That if the foregoing pertains to the original
16  transcript of a deposition in a Federal Case, before
17  completion of the proceedings, review of the
18  transcript { } was {X} was not requested.
19      I further certify that I am not interested in
20  the event of the action.
21      Witness my hand this 23rd day of August,
22  2021.
23
24
        KIMBERLY A. EDELEN, C.S.R. NO. 9042
25
```