# PLAINTIFFS' EXHIBIT 6

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No.: 1:190-cv-000874-RBJ-MEH

------------------------------------x

WARNER RECORDS INC., et al.,

                    Plaintiffs,

       -against-

CHARTER COMMUNICATIONS, INC.

                    Defendant.

------------------------------------x

                  August 30, 2021

                  8:58 a.m.

    Remote Video Zoom Deposition of REBEKAH WINEMAN, taken by Defendant, pursuant to Notice, before William Visconti, a Shorthand Reporter and Notary Public within and for the State of New York.

Page 22

1  process.
2      Q.   How many times have you spoken
3  with him during your work on this case?
4      A.   Two to three times.
5      Q.   When were those conversations?
6      A.   Some time in the spring.
7      Q.   All two or three of them were in
8  the spring?
9      A.   Correct.
10     Q.   That is the spring of this year, I
11 assume?
12     A.   Correct.
13     Q.   Were they over Zoom?
14     A.   Yes.
15     Q.   About how long did those
16 conversations last?
17     A.   About 30 minutes to an hour.
18     Q.   What did you talk about?
19     A.   We talked about -- well, we
20 introduced ourselves to each other, we talked
21 about the process, our systematic process of
22 listening to audio.
23     Q.   What did you talk about about that
24 process?
25     A.   Mostly about how -- what my

Page 23

1  process was which is a lot of it is referred to
2  in the report that I wrote.
3      Q.   Did you update him on your
4  progress in listening to the files that you
5  were listening to?
6      A.   Yes.
7      Q.   Did he give you any guidance on
8  your process?
9      A.   No.
10     Q.   Are you being paid for your
11 participation in today's deposition?
12     A.   Yes.
13     Q.   How much?
14     A.   $75 an hour.
15     Q.   Who is paying you?
16     A.   I'm not sure.
17     Q.   Were you paid to write an expert
18 report in this case?
19     A.   Yes.
20     Q.   Was that also $75 an hour?
21     A.   Yes.
22     Q.   Do you know who paid you for that?
23     A.   I'm unsure.
24     Q.   About how many hours did you spend
25 writing your report?

Page 24

1      A.   I'm unsure.
2      Q.   More than five?
3      A.   I'm still unsure.
4      Q.   More than one?
5      A.   I'm still unsure, I'm sorry.
6      Q.   About how much time did you spend
7  listening to the files?
8      A.   Listening to the files I would say
9  hundreds of hours.  In the hundreds.
10     Q.   More than 500 you think?
11     A.   No.
12     Q.   More than 200?
13     A.   No.
14     Q.   So 100 to 200?
15     A.   Yes.
16     Q.   Fair enough.  Were you paid for
17 your time to prepare for the deposition?
18     A.   Yes.
19     Q.   $75 an hour as well?
20     A.   Yes.
21     Q.   Do you know who paid you for that?
22     A.   I'm unsure.
23     Q.   You said you spent about seven or
24 eight hours preparing; is that right?
25     A.   Yes.

Page 25

1      Q.   After today's deposition do you
2  expect to be paid more for your work in this
3  case?
4      A.   I'm unsure about that.
5      Q.   You don't know?
6      A.   No.
7      Q.   As a test I already introduced
8  Exhibit 1.
9          (Exhibit 1 for identification, Miss
10        Wineman's Expert Report.)
11     Q.   You should have it in your Exhibit
12 Share.  If you could just confirm that you have
13 that in front of you?
14     A.   Yes.
15     Q.   Do you recognize this document?
16     A.   I can't really see the full name
17 of what it says, so I'm unsure.
18     Q.   You should be able to zoom in if
19 you need to.
20     A.   I see.  It is loading, I had to
21 click on it.
22     Q.   You're fine, it takes time.
23     A.   Yes, I do recognize this.
24     Q.   What is it?
25     A.   It is the report that I wrote.

7 (Pages 22 - 25)

Page 98

1  THE WITNESS: Yes.
2  THE VIDEOGRAPHER: The time is
3  approximately 11:47 a.m. and we are going
4  off the record.
5  (Recess Taken).
6  THE VIDEOGRAPHER: The time is
7  approximately 11:33 a.m. and we are back on
8  the record.
9  BY MR. REED:
10  Q. Miss Wineman, I have a couple of
11  final questions for you.
12  A. Okay.
13  Q. Thinking back to the Zoom meetings
14  that you had with the other listener experts,
15  were those before or after you started
16  listening to the files?
17  A. I think it was both.
18  Q. You think maybe one before and one
19  after?
20  A. Correct.
21  Q. Your meetings with Mr. Lai-Tremewan,
22  the same question, were those before or after
23  you started actually listening to the files?
24  A. That was after.
25  Q. That was after, okay.

Page 99

1  A. Correct.
2  MR. REED: That is all the
3  questions that I have. I appreciate your
4  time today. Thanks for answering my
5  questions and for educating me on sound
6  engineering.
7  THE WITNESS: No problem.
8  THE VIDEOGRAPHER: Any redirect?
9  MR. HILL: No redirect.
10  THE VIDEOGRAPHER: The time is
11  approximately 11:35 a.m. and this concludes
12  today's testimony and we are off the
13  record.
14  (TIME NOTED: 11:35 A.M.)
15
16  _____
17  REBEKAH WINEMAN
18
19  Subscribed and sworn to before me
20  this _____ day of _____, 2021
21
22  _____
23
24
25

Page 100

1  C E R T I F I C A T E
2  STATE OF NEW YORK  )
3          : ss.
4  COUNTY OF NEW YORK  )
5  I, WILLIAM VISCONTI, a Shorthand Reporter and
6  Notary Public within and for the State of New York,
7  do hereby certify:
8  That prior to being examined, the witness named in
9  the foregoing deposition was duly sworn to testify the truth,
10  the whole truth, and nothing but the truth;
11  That said deposition was taken down by me in
12  shorthand at the time and place therein named and
13  thereafter reduced by me to typewritten form and that the
14  same is a true, correct, and complete transcript of said
15  proceedings.
16  Before completion of the deposition, review of the
17  transcript [ X ] was [  ] was not requested. If requested,
18  any changes made by the deponent (and provided to the
19  reporter) during the period allowed are appended hereto.
20  I further certify that I am not interested in the
21  outcome of the action.
22  Witness my hand this 2nd day of September, 2021.
23
24
25          WILLIAM VISCONTI

Page 101

1
2  E X H I B I T S
3  DESCRIPTION                PAGE
4  (Exhibit 1 for identification,   25
5  Miss Wineman's Expert Report.)
6  (Exhibit 2 for identification,   80
7  Excel file.)

26 (Pages 98 - 101)