## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| WARNER RECORDS INC, et al.<br><br>     Plaintiffs,<br><br>*v.*<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>     Defendant. | Case No. 1:19-cv-00874-RBJ-MEH |

_____

### JOINT MOTION TO FILE A CONSOLIDATED MOTION IN SUPPORT OF MAINTAINING FILINGS UNDER RESTRICTION
_____

All Plaintiffs ("Plaintiffs") and Defendant Charter Communications, Inc. ("Charter") respectfully seek leave to file a single consolidated motion of no more than 25 pages in support of maintaining portions of their submissions concerning their summary judgment and *Daubert* motions (*i.e.*, the opposition and reply filings) under restriction. As grounds for this Motion, the parties state as follows:

**Certificate Pursuant to D.C.COLO.LCivR 7.1(a).** Counsel for Charter and for Plaintiffs have conferred via email regarding this Motion and jointly move for the relief sought herein.

1.    On December 20, 2021, Plaintiffs and Charter filed summary judgment and *Daubert* oppositions. The filings, including briefs, declarations, and exhibits, were filed under Level 1 restriction because they contain confidential information. *See* Dkts. 599 to 614. The deadline for a motion to restrict these filings is January 3, 2022. *See* Local Rule 7.2(e) (14 days to file a motion to restrict).

2.    Plaintiffs and Charter will be filing summary judgment and *Daubert* replies on

1

January 19, 2022. The parties expect that these filings will contain confidential information and similarly will be filed under Level 1 restriction. The deadline for a motion to restrict these filings will be February 2, 2022.

3. In light of the ongoing briefing on the parties' summary judgment and *Daubert* motions, as well as the upcoming holidays, the parties seek an extension for filing their motion to restrict the December 20 filings. In addition, to streamline briefing for the parties and the Court, Plaintiffs and Charter seek leave to file one consolidated motion to restrict of no more than 25 pages—in lieu of four separate motions of no more than 15 pages each—on February 2 that covers both the December 20 opposition and January 19 reply filings.

WHEREFORE, Plaintiffs and Charter respectfully request that the Court enter an Order, for good cause shown, granting leave for the parties to file one consolidated motion of no more than 25 pages on February 2, 2022 to restrict their December 20, 2021 and January 19, 2022 filings, and maintaining Level 1 restriction for those filings until the consolidated motion is decided by the Court.

Dated: December 23, 2021

Respectfully submitted,

*/s/ Neema T. Sahni*
Mitchell A. Kamin
Neema T. Sahni
J. Hardy Ehlers
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
mkamin@cov.com
nsahni@cov.com

Respectfully submitted,

*/s/ Andrew H. Schapiro*
Andrew H. Schapiro
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400 (telephone)
Email: andrewschapiro@quinnemanuel.com

jehlers@cov.com

Matthew J. Oppenheim
Jeffrey M. Gould
Alexander Kaplan
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Fl.
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
jeff@oandzlaw.com
alex@oandzlaw.com

Jonathan M. Sperling
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com

Janette L. Ferguson, Esq.
WILLIAMS WEESE PEPPLE &
FERGUSON
1801 California Street, Suite 3400
Denver, CO 80202
Telephone: (303) 861-2828
jferguson@williamsweese.com

*Counsel for Plaintiffs*

Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
(415) 591-1506 (telephone)
Email: jgolinveaux@winston.com

Craig D. Joyce
Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, CO 80202
(303) 830-2400 (telephone)
Email: cjoyce@fwlaw.com

*Counsel for Charter Communications, Inc.*