IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-RBJ-MEH

WARNER RECORDS, INC., *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 28, 2021.**

Pursuant to D.C.Colo.LCivR 7.2 and for good cause shown, Defendant's Unopposed Motion to Restrict [filed December 17, 2021; ECF 597] is **granted**.

The Clerk of Court is directed to maintain under Level 1 Restriction Plaintiff's Motion for Spoliation Sanctions at ECF 592 and its Exhibits 1-8 (at ECF 592-2 through ECF 592-9) and Exhibits 12-34 (at ECF 592-13 through ECF 592-35) until further order of the Court. (A redacted version of that same Motion is found at ECF 597-1.)

Pursuant to D.C.Colo.LCivR 7.2 and for good cause shown, Plaintiffs' Unopposed Motion to Restrict [filed December 17, 2021; ECF 598] also is **granted**.

The Clerk of Court is directed to maintain under Level 1 Restriction Defendant's Motion for Curative Measures and Sanctions at ECF 593 and its Exhibits at ECF 593-2 and ECF 593-4 through ECF 593-24 until further order of the Court. (A redacted version of that same Motion and one particular exhibit is found at ECF 598-1 and ECF 598-2.)