# Plaintiffs' Exhibit 2

538

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

---------------------------------:
                                 :
SONY MUSIC ENTERTAINMENT, et al.,:
          Plaintiffs,            :
                                 :
     -vs-                        :   Case No. 1:18-cv-950
                                 :
COX COMMUNICATIONS, INC., et al.,:
          Defendants.            :
                                 :
---------------------------------:

VOLUME   3   (P.M. Portion)

TRIAL TRANSCRIPT

December 4, 2019

Before:  Liam O'Grady, USDC Judge

And a Jury

539

APPEARANCES:

FOR THE PLAINTIFFS:         MATTHEW J. OPPENHEIM, ESQ.
                            SCOTT A. ZEBRAK, ESQ.
                            JEFFREY M. GOULD, ESQ.
                            MICHAEL J. DRUCKMAN, ESQ.
                            ANDREW L. GUERRA, ESQ.
                            LUCY G. NOYOLA, ESQ.
                            JIA RYU, ESQ.
                            Oppenheim + Zebrak, LLP
                            4530 Wisconsin Avenue, N.W.
                            5th Floor
                            Washington, D.C. 20015


FOR THE DEFENDANTS:         THOMAS M. BUCHANAN, ESQ.
                            Winston & Strawn LLP
                            1700 K Street, N.W.
                            Washington, D.C. 20006-3817
                              and
                            SEAN R. ANDERSON, ESQ.
                            MICHAEL S. ELKIN, ESQ.
                            THOMAS P. LANE, ESQ.
                            CESIE C. ALVAREZ, ESQ.
                            Winston & Strawn LLP
                            200 Park Avenue
                            New York, NY 10166-4193
                              and
                            JENNIFER A. GOLINVEAUX, ESQ.
                            THOMAS J. KEARNEY, ESQ.
                            Winston & Strawn LLP
                            101 California Street, 35th Floor
                            San Francisco, CA 94111-5840
                              and
                            MICHAEL L. BRODY, ESQ.
                            Winston & Strawn LLP
                            35 West Wacker Drive
                            Chicago, IL 60601
                              and
                            DIANA HUGHES LEIDEN, ESQ.
                            Winston & Strawn LLP
                            333 South Grand Avenue
                            Suite 3800
                            Los Angeles, CA 90071

1  Q.    Sure.

2  A.    Yes.

3  Q.    And what do you recognize this directory to be?

4  A.    So these are what we call evidence packages. So each of

5  these zipped files contained within the folders in this

6  directory each individual one represents an evidence package

7  related to a unique infringement.

8  Q.    Okay. Can we, I guess we -- let's just go back for a

9  minute to the last directory, the higher level directory, if we

17:15:50 10  can.

11           Okay. And how does this -- how is this directory

12  organized?

13  A.    So we created folders for -- you can see they are named

14  year and month. And just organized, all of the zip -- the

15  evidence packages, the zip files within each of those folders.

16  Q.    And so, now let's open one, please.

17           Okay. And they are zip files. So do you have to

18  unzip them to open them?

19  A.    Yes.

17:16:21 20  Q.    Okay. And I think Mr. Duval is doing that. Okay.

21           Is this what you typically see when you unzip them?

22  A.    Yes. So there are six log files within each of the

23  packages, yes.

24  Q.    Okay. And can we open the first one, please, Mr. Duval?

25           And can you just describe what this is, please,

1   Mr. Bahun.

2   A.   Yeah.  I think first it might be helpful to mention

3   generally all of these log files are in a format that we call

4   XML.

5           So you will see at the top of all the log files kind

6   of the blue -- so the format might look a little bit different

7   than kind of a typical txt document.

8           But for this particular one, the activity log, you

9   can see this one captures the individual steps of the -- of the

17:17:22  10   activity in the collection of this case.

11          So if you look at the first, under the section where

12   it says Activities, you see Activities Timestamp.

13          So it provides a date and timestamp, and then it

14   lists what activity was conducted at that date and time.  So

15   shared files list connecting to the peer and then down the

16   list.

17          Do you want me to --

18   Q.   Yeah, just walk through each step quickly, though, because

19   I think everybody is --

17:17:58  20   A.   Okay.  So we -- you can see we connect to the peer, and

21   then the peer connection is closed.

22          Then we connect -- in this particular case, we

23   connect to the peer again.  It notes where we send the client

24   handshake.

25          Again, the peer connection is closed.

S. Bahun - Direct

654

1  And then we connect to the peer again. Do another
2  handshake. We receive the peer's handshake at that time.
3  So -- and then you will see where it notes that the connection
4  is fully established.
5  So the handshake has been completed, we're connected
6  to the peer, communicating with them.
7  And then you'll see "download stopped" and "peer
8  connection closed."
9  And then the last step of the process is to conduct
17:18:42 10  what's called a trace route.
11  Q.   Mr. Bahun, why did -- in this example, did you connect
12  three times?
13  A.   It's hard to say why. I mean, this can occur. We -- but
14  it shows that we connected. The peer connection was closed.
15  We connected again. And eventually they did complete the
16  handshake. And you can see where the connection was fully
17  established.
18  Q.   So it wasn't sufficient for MarkMonitor the first
19  connection because the handshake wasn't completed; is that
17:19:21 20  correct?
21  A.   Correct, correct.
22  Q.   So MarkMonitor will continue to try to connect until the
23  handshake is done?
24  A.   Correct.
25  Q.   Okay. So let's go out of this. Go to the next log,

S. Bahun - Direct

655

1 please.

2 And can you describe this one, please.

3 A. Sure. So is this the communication log. And this
4 captures the kind of relevant steps in the -- in a little more
5 detail in the communication process.

6 So, again, looking to the section just where it's
7 labeled Communications, you can show that it captures the
8 direction of the communication, the timestamp, some of the
9 information related to the handshake. So you can see the peer
10 ID.

11 And it's recorded both directions, so in and out. So
12 the messages that are being sent to us by the peer and the
13 messages that we're sending back to that peer are captured
14 here.

15 And then --
16 Q. Okay. Can we go to the next log, please.

17 And can you describe this one, please.
18 A. Yes. So this log we call the content info log. This is
19 related to the specific hash, the file that's being distributed
20 on the peer-to-peer network.

21 So you can see here under the Content List, it shows
22 a series -- or a few different pieces of information. The
23 content shared, that's the size in bytes that the user is
24 distributing, the -- it says: Verified, downloaded, the size
25 again in bytes. And then you've got the name of the MP3 file,

|  |  |
|---|---|
| 1 | in this case, Jake Owen, "The One That Got Away." |
| 2 | Q.   And why is -- why do you have both the content shared |
| 3 | number and the size number? |
| 4 | A.   So those pieces of information allow us to calculate how |
| 5 | much of the file this individual peer is distributing in the |
| 6 | swarm. |
| 7 | Q.   And in this instance, how much of the file are they |
| 8 | distributing? |
| 9 | A.   In this instance they're distributing 100 percent of the |
| 17:21:32  10 | file. |
| 11 | Q.   Okay.  Let's go to the next log file, please. |
| 12 | A.   So then you have the file list.  This can vary a little |
| 13 | bit depending upon the peer-to-peer network because, again, |
| 14 | they function a little differently. |
| 15 |         In the case of files where -- or, yeah, like a |
| 16 | torrent that had multiple files, what you would see here is a |
| 17 | list of all the individual songs.  In this particular example, |
| 18 | there was one MP3.  So it just lists that single song that is |
| 19 | related to this case. |
| 17:22:09  20 | Q.   Okay.  Can we go to the next log file, please. |
| 21 | A.   So the Investigation Info is more specific to information |
| 22 | that identifies this peer.  What I mean by that is you can see |
| 23 | the Initiated Date and Timestamp, the Completed Date and |
| 24 | Timestamp. |
| 25 |         So that's -- you know, the initiated is when we first |

S. Bahun - Direct

657

1  connected to the peer. Completed is when we finished and
2  disconnected.
3         It lists the protocol, in this case, BitTorrent.
4  Their IP address. The port that they're using to communicate.
5  And a series of other information. I don't know if you want me
6  to walk through everyone. But essentially it's information
7  that identifies the ISP and kind of some general location
8  information based off of the IP address.
9  Q.    And who was the ISP listed here?
17:23:06 10 A.   Cox Communications.
11 Q.    Okay. Can we go to the next log file, please.
12 A.    And then the last one is the trace route. So this is the
13 last step in the process for us. We do a trace route. It's --
14 Q.    Can you explain what a trace route is to the jury, please.
15 A.    Sure. It's essentially a way to map from our system or
16 our computer, how the connection flows across the Internet to
17 where the peer is located.
18         So you can see that it takes a series of hops, and we
19 record information about each of the hops that it takes to get
17:23:45 20 from our agent or our server, in this case, where the scanning
21 is occurring, all the way down through to where the peer is.
22 Q.    We can close that out, please.
23         Did we cover all the -- okay.
24         And are you aware that some of the evidence packages,
25 for purposes of this case, were not produced?

```
                                                                    673

                        CERTIFICATE OF COURT REPORTERS


           We certify that the foregoing is a true and
        accurate transcription of our stenographic notes.



                              /s/   Norman B. Linnell
                           Norman B. Linnell, RPR, CM, VCE, FCRR




                              /s/   Anneliese J. Thomson
                           Anneliese J. Thomson, RDR, CRR
```