# Plaintiffs' Exhibit 3



# Client API SDK
# Programmer's Overview

For use with Audible Magic's MFCBR_OEM library

Revised on November 7, 2010

©2000-2010 Audible Magic Corporation

©2000-2010 Audible Magic Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    AUDIBLE-MAGIC-0066918

**Table of Contents:**

Introducing CopySense software client API ................................................................................ 3
   Technology Overview ........................................................................................................... 3
   Process Flow Overview ........................................................................................................ 3
   Identification Methods .......................................................................................................... 4
   ID Server Reference Databases ............................................................................................ 4
   Scalability ............................................................................................................................. 5
   The SDK ............................................................................................................................... 5
   In Summary .......................................................................................................................... 5
Legal Notices ............................................................................................................................... 6

©2000-2010 Audible Magic Corporation

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY         AUDIBLE-MAGIC-0066919

# Introducing CopySense software client API

## Technology Overview

Audible Magic's CopySense content identification technology is available for integration with your own client application. The CopySense content identification client API library makes it easy for developers to incorporate content identification into any application or device.

The basic content identification system consists of a Client, a Reference Database and a Media Information Database. The library resides on the client system. Your application gives the library an unknown content sample and other specified metadata. The API processes the sample and creates an ID Request package in the form of an encrypted XML string. Your client application then sends this XML string over the Internet to Audible Magic's identification servers, where a match is made against the Reference Database, and the corresponding information including business rule, content metadata, and other information is returned from the Media Information Database.



## Process Flow Overview

Your client application:

1. Acquires the unknown audio and/or video. (Video files can be identified based on their soundtrack and optionally their video track.)
2. Requests an XML ID Request package from the Audible Magic C-library running on your system. This package includes a "fingerprint," a very compact summary of the characteristics of the audio or video data. On a typical system this step takes less than one second of CPU time when fingerprinting a song. (The library is supported on Microsoft Windows, Linux, and Mac OS X.)
3. Uses a simple HTTP POST to send the XML ID Request package to the Audible Magic ID Servers. The ID Request packages are typically less than 100KB.
4. Receives an XML ID Response package back from the ID Servers.

©2000-2010 Audible Magic Corporation - 3 -

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    AUDIBLE-MAGIC-0066920

5. Parses the ID Response to determine if the audio or video sample was identified.
6. Takes action as appropriate based on the response.

## Identification Methods

The Audible Magic media identification technology is incredibly accurate. It will precisely identify an unknown work as a copy of a specific master recording. The technology has a false positive rate that is too low for us to measure – essentially there are 0 false positives.

Identification at the ID Servers can be done in several ways.

1. Basic Lookup (audio fingerprints only)
2. Embedded Master Scan (audio fingerprints only)
3. Advanced Detection (audio or video fingerprints)

Basic Lookup is where the identification is made near the start of the unknown audio. This lookup requires the start of the master recording to be very near the start of your unknown clip.  This technique is best suited for situations were you expect to have full songs being uploaded to your site.

 Embedded Master Scan mode is similar to Basic Lookup but will look for a match anywhere within the unknown audio. This technique is appropriate for applications that are identifying samples of continuously streaming audio, such as radio airplay.

Advanced Detection (also known as "clip lookup") is used when your unknown clip contains only a portion of the master recording.  This mode is appropriate for applications that might have only an arbitrary piece of the work, such as User Generated Content web sites or sites that want to identify user ring tones.

The particular identification mode is set on the Audible Magic ID Server, and cannot be changed by the client application. You should select the appropriate identification mode in consultation with Audible Magic.

## ID Server Reference Databases

Audible Magic maintains reference databases of fingerprints with a high level of data integrity, for copyrighted music performances, TV shows, and movies.

We have relationships with the major content owners, and we receive new content on a daily basis. In many cases the content owners generate our reference fingerprint as part of their production process. This assures you that our database contains the very latest releases.

For specific applications the reference database can be configured with fingerprints from just certain record labels or movie studios.

By hosting the ID Server at our class-A collocation facility you are assured of high availability and reliability. This centralized architecture allows your application to take

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                              AUDIBLE-MAGIC-0066921

advantage of economies of scale, and allows Audible Magic to deploy updates to the reference fingerprint database daily.

## Scalability

The identification service architecture is modularized and highly scalable. The application is stateless, so it can easily scale horizontally to handle a large number of concurrent identification requests.

The response time for your particular application will depend upon factors specific to your business needs; please consult with Audible Magic to discuss how we can meet your requirements.

## The SDK

Once you sign a simple test license agreement, Audible Magic will supply you with an SDK that includes a C and Java APIs. This package contains a document describing the exact API calls you need to make. It also includes some sample applications, including C and Java source code. You will be able to see the technology in action within 10 minutes of downloading the SDK. Many customers have been able to integrate the API library into their own test application in less than 4 hours.

Note: The main package is referred to as the OEM SDK.  A different package, the P2P Services SDK, is available that is tailored to the needs of peer-to-peer file-sharing applications.

## In Summary

The Audible Magic library is fast, accurate, easy to use, and extensible to meet your particular business needs. You will find Audible Magic to be an exceptional business partner. We look forward to demonstrating what we can do.

## Legal Notices

**General**

☐ Media identification technology based on Audible Magic Corporation's US patents 5,918,223; 6,834,308; 6,968,337; 7,363,278; 7,500,007; 7,529,659; 7,562,012; 7,565,327; EP1354276; and EP1485815. Other patents pending. CopySense is a registered trademark of Audible Magic Corporation.

☐ MPEG Layer-3 audio decoding technology licensed from Fraunhofer IIS and Thomson.

☐ Customers of the Audible Magic C Library are responsible for verifying that they have licenses to decode any audio or video formats that they will be fingerprinting through use of this library.  The library permits decoding of many formats, including the following, which to the best of our knowledge (this does not constitute legal advice) do not require the customer to obtain separate licenses: MPEG audio, PCM audio (e.g., in WAV files), and (on Windows) Windows Media.  Other codecs may require licenses.  However, many customers may already have licenses for various codecs, whether the licenses are obtained separately or bundled with software such as an operating system.  If you have questions or are having difficulty with a particular format, please contact Audible Magic.

☐ The Audible Magic C Library incorporates, or dynamically links against, some third-party software whose license agreements may require or encourage Audible Magic to include legal notices in our documentation.  The software is listed below, and the corresponding legal notices can be found at the end of the API User's Guide shipped with the Audible Magic C Library.

**Statically linked code**

The Audible Magic C library incorporates:  portions of libst, the portable sound tools library;  an MD5 implementation from RSA Data Security; and direntWin32.

**Dynamically linked code (LGPL)**

The library makes use of the following external LGPL (GNU Lesser Public License) FFMPEG DLLs, which are shipped with the OEM SDK and may contain modifications by Audible Magic: avcodec, avformat, and avutil. Sources for Audible Magic's version are available from http://audiblemagic.com/support/downloads/.

**Dynamically linked code (not under LGPL or GPL)**

The following unmodified, third-party libraries are shipped with the OEM SDK:

☐  libcurl (available from http://curl.haxx.se).
☐  eay32 and ssleay32 (available from http://curl.haxx.se).
☐  vss1 (proprietary video-fingerprinting library).

The libcurl, eay32, an ssleay32 libraries are simply for use with the postxml programming example.