IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00874-RBJ-MEH

WARNER RECORDS INC, et al.,

Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

Defendant.

_____

**DECLARATION OF SLAWOMIR PASZKOWSKI**

_____

      I, Slawomir Paszkowski, hereby declare pursuant to 28 U.S.C. § 1746 that the following statements are true and correct to the best of my personal knowledge and belief:

**Introduction**

      1.     I am the former Director of Engineering of MarkMonitor, Inc., now known as OpSec Security Group (along with its predecessor, DtecNet Inc. collectively referred to herein as "MarkMonitor"), a company that, among other things, monitors online networks for infringing content.  I have personal knowledge of the facts set forth herein and, if necessary, I would and could competently testify thereto if called as a witness in this matter.  I submit this declaration in support of Plaintiffs' Opposition to Charter's Motion For Curative Measures and Sanctions For Plaintiffs' Spoliation of Evidence (the "Motion").

      2.     I have approximately 17 years of experience working within the anti-piracy industry, including as a software developer, project manager, and product owner of peer-to-peer (P2P) antipiracy technologies.  The anti-piracy work I have been closely involved with includes

monitoring of infringement on peer-to-peer networks on behalf of the movie, music, software, publishing, professional sports, and video game industries.

3. In my duties at MarkMonitor, I have been closely involved with work that MarkMonitor has done for the Recording Industry Association of America ("RIAA") and the music industry more generally, related to detecting the online unauthorized distribution of sound recordings through P2P networks. I worked for MarkMonitor from November 2004 until November 11, 2021, at which point I left of my own volition to explore other opportunities.

## File Verification

4. Starting in 2008, on behalf of RIAA, MarkMonitor began monitoring for potentially infringing files being copied and distributed on P2P networks, and sending infringement notices to certain ISPs. MarkMonitor's proprietary infringement detection technology (the "MarkMonitor System") can be thought of as consisting of three parts, file verification, infringement detection, and notice sending. The remainder of this declaration concerns the operation of the file verification portion of the MarkMonitor System.

5. Upon the first instance of encountering a potentially infringing file, MarkMonitor downloaded the full file. For scalability and accuracy purposes, it then used digital fingerprinting technology from Audible Magic, a leading content recognition service, to identify the file's contents. At a high level, file verification process involves the following steps: 1) calculating the hash value of each file and recording that hash value MarkMonitor's database, 2) submitting a fingerprint of the file to Audible Magic for identification, and, 3) if a match was returned, recording the artist, track, and album of the identified file in MarkMonitor's database in connection with the previously calculated hash value.

6. At a more detailed level, this identification process involved the interaction of two pieces of software: (i) Audible Magic's core software for fingerprinting, matching and providing responses, and (ii) MarkMonitor's implementing software, whose sole purpose was to access and utilize Audible Magic's service.  First, and most importantly, Audible Magic provided MarkMonitor with a software development kit ("SDK") to generate a fingerprint of the acoustical contents of the unknown file, transmit the file to Audible Magic's servers where it could be compared by Audible Magic software to known, reference acoustical fingerprints, then return back to MarkMonitor the results of this look-up transaction.

7. Second, around this core Audible Magic functionality, MarkMonitor developed two relatively simple programs: Torrent Manager and File Hash Manager.  Torrent Manager was used in connection with files downloaded from the BitTorrent network, as BitTorrent allows for the distribution of multiple files in a single bundle, referred to as a Torrent.  File Hash Manager, by contrast, was used for the other three P2P protocols: Ares, Gnutella, and eDonkey, which involved the distribution of only a single file at a time.  Apart from changes to accommodate for the single file versus multiple file distribution model, File Hash Manager and Torrent Manager operated during this time frame in a substantially identical manner.  These programs ingested downloaded files stored on MarkMonitor's systems and interfaced with Audible Magic's software to submit a transaction as described above.  Once the Audible Magic identification was returned, File Hash Manager and Torrent Manager parsed the Audible Magic return, and, if a match was returned, recorded the artist, track, and album of the file in MarkMonitor's database.

## MarkMonitor's Source Code Production

8. In the course of the *Warner v. Charter* and *UMG v. Bright House* litigations (the "Cases"), I was involved in the preparation of the MarkMonitor source code produced for

3

inspection. In October-December 2020, I conducted searches of MarkMonitor's records to identify the source code used in the MarkMonitor System for RIAA between January 2012 and May 2016. While MarkMonitor was able to locate and produce code relating to the infringement detection and notice sending functions of the MarkMonitor System, at the time I was not able to locate versions of Torrent Manager or File Hash Manager source code dating between 2012 and early 2016, despite repeated efforts to do so. At the time, I conducted searches for the source code of these programs in MarkMonitor's source code revision control systems, as well as on various computers and drives which I reasonably believed might contain a version of the source code for Torrent Manager or File Hash Manager dating between 2012 and early 2016. During my search, I located versions of Torrent Manager and File Hash Manager with revision history dating to December 7, 2016 in a location called Warriors (Legacy). This was an expected location to find this code because it was a location used for legacy applications used for evidence collection and file verification from P2P networks.

9. As I explained at my deposition, MarkMonitor has undergone a series of ownership changes between 2015 and the present. In connection with these ownership changes were often changes to, among other things, the source code revision control systems used to store source code. When I was preparing the source code for inspection, I believed that the source code for both Torrent Manager and File Hash Manager dated to the time of the notice program at issue in the Cases had not been retained as a result of one of these source code revision control system migrations.

10. To the best of my current understanding, the earliest version of the Torrent Manager source code in MarkMonitor's source code revision control system is dated December 7, 2016. Based on my recollection of the development of these programs as the Product Owner

4

of MarkMonitor's P2P technologies during the relevant period, the source code for Torrent Manager from December 2016 operated in a substantially similar manner to the source code for Torrent Manager in the 2012 to early 2016 timeframe.  The program was modified in approximately April 2016 to store additional fields from the data returned by Audible Magic for a successfully identified file (such as song length and match offset), but otherwise did not materially change between 2012 and December 2016.  The storage of these additional fields from Audible Magic did not change the fundamental "yes" or "no" answer provided to MarkMonitor by an Audible Magic transaction as to whether a file contained copyrighted content.

11. On November 4, 2021, I was reviewing files and information in connection with transitioning my responsibilities at MarkMonitor to other employees given my resignation effective November 11.  In the course of ensuring that the source code for the MarkMonitor System was preserved, I discovered a version of File Hash Manager source code with revision history preserved between June 25, 2012 and April 15, 2016.  This File Hash Manager source code was located in a separate location (called "Raptors") than the location where I had previously located the December 2016 Torrent Manager and File Hash Manager Code (called "Warriors (Legacy)").  I had not previously thought to search Raptors because the December 2016 versions of Torrent Manager and File Hash Manager had been in a different location, and both these applications have a similar purpose and development history and were expected to be in same location.  Because the Raptors location was used by an engineer who was not involved with MarkMonitor P2P Antipiracy, I did not anticipate at the time that this location would contain File Hash Manager source code.

12.　At the time that this File Hash Manager source code was identified, it was approximately six months after my May 11, 2021 deposition and one year after I conducted the initial searches to identify the source code for production in the Cases.  As I was preparing to depart MarkMonitor, the significance of locating this version of File Hash Manager was not apparent to me.  It was not until January 4, 2022, when I was talking with Sam Bahun in connection with these issues that I understood the connection of this discovery with the Cases and its potential significance.  At that time, I immediately contacted MarkMonitor to confirm the scope and time frame of the File Hash Manager source code.

13.　I am informed and understand that MarkMonitor is willing to make available for inspection copies of (i) Torrent Manager source code with revision history dating to December 7, 2016, and (ii) File Hash Manager source code with revision history dating from June 25, 2012 to April 15, 2016.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Copenhagen, Denmark this 7th day of January, 2022

_____
Slawomir Paszkowski