# Vasey Declaration

# Exhibit 1