# Vasey Declaration

# Exhibit 5