UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| WARNER RECORDS INC, et al.<br><br>    Plaintiffs,<br><br>*v.*<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>    Defendant. | Case No. 1:19-cv-00874-RBJ-MEH |

**JOINT MOTION TO FILE CONSOLIDATED MOTIONS IN SUPPORT OF MAINTAINING FILINGS UNDER RESTRICTION**

Plaintiffs ("Plaintiffs") and Defendant Charter Communications, Inc. ("Charter") respectfully seek leave to each file a consolidated motion in support of maintaining portions of the parties' submissions concerning the pending motions for curative sanctions relating to spoliation (*i.e.*, the opposition and reply filings) under restriction. As grounds for this Motion, the parties state as follows:

**Certificate Pursuant to D.C.COLO.LCivR 7.1(a).** Counsel for Charter and for Plaintiffs have conferred via email regarding this Motion and jointly move for the relief sought herein.

1.  On December 3, 2021, Plaintiffs and Charter each filed motions for curative sanctions relating to alleged spoliation. The filings, including briefs, declarations, and exhibits, were filed under Level 1 restriction because they contain confidential information. *See* Dkts. 592, 593. On December 17, 2021, both parties filed memoranda in support of sealing (Dkts. 597, 598) which motions were granted. Dkt. 616.

2.  Plaintiffs and Charter each filed oppositions briefs on January 7, 2022 under Level

1

1 restriction because they contain confidential information. Dkts. 632, 633. The deadline for a motion to restrict these filings is January 21, 2022. *See* Local Rule 7.2(e) (14 days to file a motion to restrict).

3. Plaintiffs and Charter will file reply briefs on January 28, 2022. The parties expect that these filings will also contain confidential information and similarly will be filed under Level 1 restriction. The deadline for a motion to restrict these filings will be February 11, 2022.

4. In light of the ongoing briefing on the parties' spoliation motions and other ongoing briefing, the parties seek an extension for filing their motions to restrict the January 7 oppositions. In addition, to streamline briefing for the parties and the Court, Plaintiffs and Charter seek leave to each file a consolidated motion to restrict—in lieu of four separate motions—on February 11 that cover both the January 7 oppositions and January 28 replies.

WHEREFORE, Plaintiffs and Charter respectfully request that the Court enter an Order, for good cause shown, granting leave for the parties to each file a consolidated motion on February 11, 2022 to restrict the January 7, 2022 and January 28, 2022 filings, and maintaining Level 1 restriction for those filings until their consolidated motions are decided by the Court.

Dated: January 18, 2022

Respectfully submitted,

*/s/ Jeffrey M. Gould*
Matthew J. Oppenheim
Jeffrey M. Gould
Alexander Kaplan
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Fl.
Washington, DC 20016
Telephone: (202) 621-9027

Respectfully submitted,

*/s/ Andrew H. Schapiro*
Andrew H. Schapiro
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400 (telephone)
Email: andrewschapiro@quinnemanuel.com

matt@oandzlaw.com
jeff@oandzlaw.com
alex@oandzlaw.com

Mitchell A. Kamin
Neema T. Sahni
J. Hardy Ehlers
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
mkamin@cov.com
nsahni@cov.com
jehlers@cov.com

Jonathan M. Sperling
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com

Janette L. Ferguson, Esq.
WILLIAMS WEESE PEPPLE &
FERGUSON
1801 California Street, Suite 3400
Denver, CO 80202
Telephone: (303) 861-2828
jferguson@williamsweese.com

*Counsel for Plaintiffs*

Charles K. Verhoeven
David Eiseman
Linda J. Brewer
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600 (telephone)
Email: charlesverhoeven@quinnemanuel.com
Email: davideiseman@quinnemanuel.com
Email: lindabrewer@quinnemanuel.com

Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
(415) 591-1506 (telephone)
Email: jgolinveaux@winston.com

Craig D. Joyce
Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, CO 80202
(303) 830-2400 (telephone)
Email: cjoyce@fwlaw.com

*Counsel for Charter Communications, Inc.*