IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-00874-RBJ-MEH

**WARNER RECORDS INC.**, *et al.*,

      Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.**,

      Defendant.

___

**PLAINTIFFS' EXPEDITED REQUEST FOR LEAVE TO FILE A SINGLE, CONSOLIDATED REPLY BRIEF IN SUPPORT OF PLAINTIFFS' MOTIONS TO STRIKE (ECF 608 AND 654)**

___

Plaintiffs respectfully seek leave to file a single consolidated reply brief of no more than seven pages in support of the two motions to strike (*see* ECF 608 and 654) they have filed in connection with the parties' summary-judgment briefing.  As grounds for this Motion, Plaintiffs state as follows:

**Certificate Pursuant to D.C.COLO.LCivR 7.1(a).**  On December 19, 2022, upon filing their second Motion to Strike (ECF 654), Plaintiffs requested Charter's position regarding the relief sought in this Motion, and followed up with Charter again on December 20.  Counsel for Charter has not provided its position.

1.    On December 20, 2021, Plaintiffs filed a Motion to Strike Portions of the [Summary-Judgment] Declarations of Mary Haynes and Andrew Schapiro (ECF 608).  Charter opposed the Motion on January 10, 2022.  Pursuant to Local Rule 7.1(d), Plaintiffs' Reply brief

is due on January 24, 2022.

2.      Yesterday, January 19, 2022, Plaintiffs filed a Motion to Strike Portions of the Opposition Declarations of Mary Haynes, Andrew Schapiro, and Duncan Hall (ECF 654).

3.      Plaintiffs' two Motions to Strike address substantially similar issues. *See* ECF 654, *passim*. For example, each of the paragraphs of the Haynes Declaration subject to Plaintiffs' first Motion to Strike is included in the Opposition Declaration of Mary Haynes and is also subject to Plaintiffs' second Motion to Strike. *Id*.

4.      In order to streamline the briefing on Plaintiffs' two Motions to Strike, Plaintiffs request leave to file a single, consolidated, seven-page reply brief in support of both Motions, rather than two separate five-page reply briefs.

5.      Plaintiffs request expedited relief here because their Reply in support of their first Motion to Strike is due in two business days, at which point this Request will be moot.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order, for good cause shown, granting leave for Plaintiffs to file one, seven-page, consolidated Reply brief in support of their Motions to Strike (ECF 608 and 654), within 14 days of Charter's response to Plaintiffs' second Motion to Strike (ECF 654), pursuant to Local Rule 7.1(d).

Respectfully submitted,

Dated: January 20, 2022

Matthew J. Oppenheim
Jeffrey M. Gould
Alexander Kaplan
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Floor
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com

*/s/ Jonathan M. Sperling*
Jonathan M. Sperling
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com

Neema T. Sahni

| | |
|---|---|
| jeff@oandzlaw.com<br>alex@oandzlaw.com | COVINGTON & BURLING LLP<br>1999 Avenue of the Stars, Suite 3500<br>Los Angeles, CA 90067-4643<br>Telephone: (424) 332-4800<br>nsahni@cov.com |
| | *Attorneys for Plaintiffs* |