IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-RBJ-MEH

WARNER RECORDS, INC., *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 21, 2022.**

    For good cause shown, the parties' "Joint Motion to File Consolidated Motions in Support of Maintaining Filings Under Restriction" [filed January 18, 2022; ECF 639] is **granted**. The parties are given leave to file their respective consolidated motions on February 11, 2022 to restrict the January 7, 2022 and January 28, 2022 filings. Those filings shall be maintained under a Level 1 restriction until the consolidated motions are decided by the Court.