IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| WARNER RECORDS INC., *et al.*,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>　　　Defendant. | Case No. 1:19-cv-00874-RBJ-MEH |

### MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

Pursuant to D.C.COLO.LAttyR 5(b), Michael L. Brody moves to withdraw as counsel for Defendant Charter Communications, Inc. ("Charter"). Mr. Brody seeks to withdraw because he is retiring from the practice of law on January 31, 2022. Charter will continue to be represented by Winston & Strawn LLP, Quinn Emanuel Urquhart and Sullivan LLP, and Fairfield and Woods, P.C.

*Continued on next page*

| | |
|---|---|
| Dated: January 28, 2022 | Respectfully submitted, |
| | |
| | /s/ Michael L. Brody |
| Andrew H. Schapiro | Michael L. Brody |
| Nathan Hamstra | WINSTON & STRAWN LLP |
| Allison Huebert | 35 West Wacker Drive |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | Chicago, IL 60601-9703 |
| 191 N. Wacker Drive, Suite 2700 | (312) 558-6385 (telephone) |
| Chicago, IL 60606 | (312) 558-5700 (facsimile) |
| (312) 705-7400 (telephone) | Email: mbrody@winston.com |
| (312) 705-7401 (facsimile) | |
| E-mail: andrewschapiro@quinnemanuel.com | Jennifer A. Golinveaux |
| E-mail: nathanhamstra@quinnemanuel.com | WINSTON & STRAWN LLP |
| E-mail: allisonhuebert@quinnemanuel.com | 101 California Street, 35th Floor |
| | San Francisco, CA 94111-5840 |
| Charles K. Verhoeven | (415) 591-1506 (telephone) |
| David Eiseman | (415) 591-1400 (facsimile) |
| Linda Brewer | E-mail: jgolinveaux@winston.com |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | |
| 50 California Street, 22nd Floor | Erin R. Ranahan |
| San Francisco, CA 94111 | WINSTON & STRAWN LLP |
| (415) 875-6600 (telephone) | 333 S. Grand Avenue |
| (415) 875-6700 (facsimile) | Los Angeles, CA 90071 |
| E-mail: charlesverhoeven@quinnemanuel.com | (213) 615-1933 (telephone) |
| E-mail: davideiseman@quinnemanuel.com | (213) 615-1750 (facsimile) |
| E-mail: lindabrewer@quinnemanuel.com | E-mail: eranahan@winston.com |
| | |
| Todd Anten | Michael S. Elkin |
| Jessica Rose | WINSTON & STRAWN LLP |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | 200 Park Avenue |
| 51 Madison Ave, 22nd floor | New York, NY 10166 |
| New York, NY 10010 | (212) 294-6700 (telephone) |
| (212) 849-7000 (telephone) | (212) 294-4700 (facsimile) |
| (212) 849-7100 (facsimile) | E-mail: melkin@winston.com |
| E-mail: toddanten@quinnemanuel.com | |
| E-mail: jessicarose@quinnemanuel.com | *Counsel for Defendant* |
| | *Charter Communications, Inc.* |
| Craig D. Joyce | |
| John M. Tanner | |
| FAIRFIELD AND WOODS, P.C. | |
| 1801 California Street, Suite 2600 | |
| Denver, Colorado 80202 | |
| (303) 830-2400 (telephone) | |
| (303) 830-1033 (facsimile) | |
| E-mail: cjoyce@fwlaw.com | |

## CERTIFICATE OF SERVICE

      I certify that on January 28, 2022, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court via CM/ECF, which will send a notice of electronic filing to all counsel of record.

                                        *s/ Michael L. Brody*
                                          Michael L. Brody