IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-RBJ-MEH

WARNER RECORDS, INC., *et al.*,

      Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

      Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 31, 2022.**

      Pursuant to D.C.Colo.LCivR 7.2 and for good cause shown, Defendant's Unopposed Motion to Restrict [filed January 24, 2022; ECF 660] is **granted**.

      The Clerk of Court is directed to maintain under Level 1 Restriction the following filings: Plaintiffs' Motion to Strike Portions of the Declarations of Mary Haynes and Andrew Schapiro (ECF 608) and its Exhibit 1 (ECF 608-2); Defendant's Response thereto (ECF 634); and Plaintiffs' Motion to Strike Portions of the Opposition Declarations of Mary Haynes, Andrew Schapiro, and Duncan Hall (ECF 654) and its Exhibits 1, 2, and 3 (ECF 654-2, 654-3, and 654-4) until further order of the Court.

      Redacted versions of the above filings are attached to ECF 660.