**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| WARNER RECORDS INC, et al.<br><br>  Plaintiffs,<br><br>*v.*<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>  Defendant. | Case No. 1:19-cv-00874-RBJ-MEH |

**EXHIBIT A**
**TO JOINT MOTION TO MAINTAIN CERTAIN FILINGS UNDER RESTRICTION**

| Original Filing | Description | Redacted version attached hereto as Exhibit Number |
|---|---|---|
| Dkt. 600 | Plaintiffs' Opposition to Charter's Motion to Exclude Harold Fuchtgott-Roth | I |
| Dkt. 600-2 | Deposition Transcript of Harold Furchtgott-Roth | II |
| Dkt. 601 | Charter's Response to Plaintiffs' Motion for Partial Summary Judgment | III |
| Dkt. 601-1 | Declaration of Andrew Schapiro | IV |
| Dkt. 601-2 | Deposition Transcript of Michael Hanrahan | V |
| Dkt. 601-4 | Deposition Transcript of Alasdair McMullan | VI |
| Dkt. 601-5 | Deposition Transcript of Victoria Sheckler | VII |
| Dkt. 601-6 | Deposition Transcript of Christopher Bell | VIII |
| Dkt. 602 | Charter's Response to Plaintiffs' Motion to Exclude George Strong | IX |
| Dkt. 602-2 | Deposition Transcript of George Strong | X |
| Dkt. 602-3 | Deposition Transcript of Harold Furchtgott-Roth | XI |
| Dkt. 604 | Charter's Response to Plaintiffs' Motion to Exclude Kevin Almeroth | XII |
| Dkt. 605 | Plaintiffs' Opposition to Charter's Motion to Exclude Kristofer Buchan | XIII |

| Original Filing | Description | Redacted version attached hereto as Exhibit Number |
|---|---|---|
| Dkt. 606 | Plaintiffs' Opposition to Charter's Motion to Exclude Terrence McGarty | XIV |
| Dkt. 606-2 | Deposition Transcript of Terrence McGarty | XV |
| Dkt. 606-3 | Deposition Transcript of Jay Rolls | XVI |
| Dkt. 607 | Charter's Response to Plaintiffs' Motion to Exclude Sandeep Chatterjee | XVII |
| Dkt. 609-2 | Deposition Transcript of Jeremy Blietz | XVIII |
| Dkt. 609-5 | Deposition Transcript of Aram Sinnreich | XIX |
| Dkt. 610 | Plaintiffs' Opposition to Charter's Motion to Exclude Barbara Frederiksen-Cross | XX |
| Dkt. 610-2 | Depsition Transcript of Sandeep Chatterjee | XXI |
| Dkt. 610-3 | Deposition Transcript of Barbara Frederiksen-Cross | XXII |
| Dkt. 611 | Charter's Response to Plaintiffs' Motion to Exclude Karl Snow | XXIII |
| Dkt. 612-4 | Deposition Transcript of Wayne Coleman | XXIV |
| Dkt. 613 | Plaintiffs' Opposition to Charter's Motion to Exclude On Amir | XXV |
| Dkt. 613-4 | Deposition Transcript of Aram Sinnreich | XXVI |
| Dkt. 614 | Plaintiffs' Opposition to Charter's Motion for Summary Judgment | XXVII |
| Dkt. 614-2 | Charter's Motion for Summary Judgment | XXVIII |
| Dkt. 614-3 | Summary of Undisputed Facts | XXIX |
| Dkt. 614-4 | Deposition Transcript of Laurie Rowlett | XXX |
| Dkt. 614-5 | Deposition Transcript of Philip Jones | XXXI |
| Dkt. 614-6 | Deposition Transcript of Adam Taylor | XXXII |
| Dkt. 614-7 | Deposition Transcript of Timothy Brockel | XXXIII |
| Dkt. 614-8 | Deposition Transcript of Mary Haynes | XXXIV |
| Dkt. 614-9 | Deposition Transcript of Steve Marks | XXXV |
| Dkt. 614-11 | Deposition Transcript of David Benjamin | XXXVI |

| Original Filing | Description | Redacted version attached hereto as Exhibit Number |
|---|---|---|
| Dkt. 614-12 | Deposition Transcript of Alasdair McMullan | XXXVII |
| Dkt. 614-13 | Deposition Transcript of Christopher Bell | XXXVIII |
| Dkt. 614-14 | Deposition Transcript of Wade Leak | XXXIX |
| Dkt. 614-15 | Deposition Transcript of Scott Weber | XL |
| Dkt. 614-37 | Declaration of Kristofer Buchan | XLI |
| Dkt. 614-39 | Declaration of Harold Furchtgott-Roth | XLII |
| Dkt. 641 | Plaintiffs' Reply in support of Motion to Exclude Kevin Almeroth | XLIII |
| Dkt. 641-2 | Deposition Transcript of Kevin Almeroth | XLIV |
| Dkt. 642 | Plaintiffs' Reply in support of Motion to Exclude Sandeep Chatterjee | XLV |
| Dkt. 642-2 | Deposition Transcript of Sandeep Chatterjee | XLVI |
| Dkt. 643 | Plaintiffs' Reply in support of Motion to Exclude Aram Sinnreich | XLVII |
| Dkt. 643-2 | Deposition Transcript of Aram Sinnreich | XLVIII |
| Dkt. 644 | Charter's Reply in support of Motion to Exclude On Amir | XLIX |
| Dkt. 646 | Charter's Reply in support of Motion to Exclude Harold Furchtgott-Roth | L |
| Dkt. 648 | Charter's Reply in support of Motion to Exclude Terrence McGarty | LI |
| Dkt. 649 | Charter's Reply in support of Motion to Exclude Barbara Frederiksen-Cross | LII |
| Dkt. 650 | Charter's Reply in support of Motion for Summary Judgment | LIII |
| Dkt. 650-2 | Declaration of Andrew Schapiro | LIV |
| Dkt. 651 | Plaintiffs' Reply in support of Motion to Exclude George Strong | LV |
| Dkt. 653 | Plaintiffs' Reply in support of Motion to Exclude Karl Snow | LVI |

| Original Filing | Description | Redacted version attached hereto as Exhibit Number |
|---|---|---|
| Dkt. 655 | Plaintiffs' Reply in support of Motion for Partial Summary Judgment | LVII |