# Exhibit II

# PLAINTIFFS' EXHIBIT 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

WARNER RECORDS, INC., et al.,

                Plaintiffs,

       vs.            Case No. 1:19-cv-00874-RBJ-MEH

CHARTER COMMUNICATIONS, INC.,                              ,

                Defendant.

_____


          The Zoom Videoconference/Videotape Deposition

          of HAROLD W. FURCHTGOTT-ROTH, Ph.D.,

          Commencing at 10:03 a.m. Eastern Standard Time,

          Tuesday, October 12, 2021,

          Before Stenographic Shorthand Reporter,

          Lori Ann Baldwin, CSR-5207, RPR, CRR.



| | Page 176 |
|---|---|
| 6 Q. | I believe you told us earlier today that you are not |
| 7 | an expert on consumer behavior, is that right? |
| 8 A. | I'm an economist and economists certainly study |
| 9 | consumer behavior. |
| 10 Q. | You don't consider yourself an expert in consumer |
| 11 | behavior, do you? |
| 12 A. | I, I, I have a background in economics. I look at |
| 13 | things the way economists look at things. And that |
| 14 | would certainly include consumer behavior but I'm not |
| 15 | just a, I don't do just consumer behavior, if you |
| 16 | will, if that's what you mean. |
| 17 Q. | My question is whether you consider yourself to be an |
| 18 | expert in consumer behavior. Do you? |
| 19 A. | I consider myself to be an economist with expertise in |
| 20 | economics and economics includes consumer behavior for |
| 21 | sure. |

Page 226

1  A. What I did is reflected in the report. And in
2     addition, as I said, I've reviewed the articles that
3     Dr. Sinnreich mentions in his rebuttal report.
4  Q. In, in support of your statements in paragraph 39, you
5     only cite to the Liebowitz article, is that right?
6  A. Liebowitz cites a half dozen articles within his, so
7     it's not just Liebowitz, it's, it's Liebowitz and the
8     articles that he cites with his technique.
9        In, in that article, he says there's three
10    methods of evaluating the effect: One is to look at
11    change in sales as a function of level of piracy,
12    another is to look at the co-efficient on the piracy
13    in a certain equation; and the third which he then
14    says he looks at marginal effects, delta effects, that
15    were delta effects. And then he goes back and reviews
16    a half dozen or more studies, most of which come to
17    the conclusion that he presents, that all of the
18    decline can be reflected from P2P traffic.
19       Now, there are other, there are other
20    factors going on which are presented in, in some of
21    the other studies which I think have merit. And so I
22    don't think I would necessarily say that
23    Professor Liebowitz's study is the, the
24    be-all-and-end-all of the analysis there. There are
25    other things going on, but what I think consistently

Page 227

1     comes down to is that P2P has had a detrimental effect
2     on legitimate music sales.
3  Q. And your statement that peer-to-peer technology has
4     had a detrimental effect on legitimate -- legitimate
5     music sales is based upon your review of the articles
6     that you cite to in your report, is that right?
7  A. That's correct. And the articles in Dr. Sinnreich's
8     rebuttal report which I haven't been able to, to put
9     in paper.
10 Q. And you told us earlier that you are not an expert in
11    consumer surveys, correct?
12 A. That's correct.
13 Q. Did you review the data that Liebowitz relied on in
14    reaches his findings for the reason for decline in
15    recorded music sales?
16 A. Yes.
17 Q. Did you apply survey principles to determine whether
18    you agreed with Liebowitz's methodology?
19 A. Dr. Liebowitz has multiple papers, one of which is a
20    survey, and the others which are not. And the 2009 --
21    2000 -- his 2016 paper is not based on survey data.
22 Q. So you did not apply survey principles to determine
23    whether you agree with his methodology, is that right?
24       MS. GRIGSBY: Objection to form and
25    foundation.

Page 228

1  A. His 2016 paper is not based on survey data.
2  BY MR. EISEMAN:
3  Q. So you did not apply survey principles in looking at
4     his methodology, is that right?
5        MS. GRIGSBY: Same objections, same
6     objections to that question.
7  A. I did not. I should also note the following which I
8     think is really important. Economists primarily rely
9     on what's called "revealed preference". Revealed
10    preference is a concept developed by Paul Samuelson in
11    the 1930s, one of the foundational papers in
12    economics, and, and one of the reasons he won a Nobel
13    prize.
14       Revealed preference is based on looking at
15    what consumers actually do with their own money, not
16    based on surveys. Surveys are what economists often
17    called "stated preference". It's helpful, don't get
18    me wrong here. There's a lot of applications of
19    stated preference.
20       But if you look at some of the, the papers
21    I cite in my report, if you went through, you would
22    find some discussion of the difference between
23    revealed preference and stated preference and the
24    difficulties, the difficulties of using survey
25    information and stated preference particularly,

Page 229

1     particularly when you are dealing with an illegal
2     activity and, and getting accurate information about
3     what consumers are actually dealing with, based on
4     surveys.
5  BY MR. EISEMAN:
6  Q. I'll move to strike your answer as non-responsive.
7        Liebowitz's findings in the article you
8     cite were based on data from 2005, not to 2009,
9     correct?
10 A. I'd have to go back -- no. He specifically says 2009.
11 Q. You sure about that?
12       MS. GRIGSBY: Objection to form.
13 A. Reread it last night but I'm happy to be corrected.
14    But he, his 2016 paper, he wrote several papers. And
15    in his 2016 paper, in the Journal of Cultural
16    Economics, he reviews several other papers, at least
17    some of which go through 2009. Now maybe, that's my
18    recollection. I'm happy to be corrected if I'm
19    mistaken about it but the 2009 is, is in his paper.
20 BY MR. EISEMAN:
21 Q. Let's turn to a different topic. Your Exhibit 5 --
22    (Roman Numeral) V.3.i is a summary of literature on
23    the topic that you discuss in paragraph 39 relating to
24    how you believe copyright infringement harms rights
25    holders of the American economy, fair?

Page 262

1            CERTIFICATE OF NOTARY
2  STATE OF MICHIGAN )
3             ) SS
4  COUNTY OF OAKLAND )
5
6         I, Lori Ann Baldwin certify that this Zoom
7    Videoconferenced/Videotaped deposition was taken
8    before me on the date hereinbefore set forth; that the
9    foregoing questions and answers were recorded by me
10   stenographically and reduced to computer
11   transcription; that this is a true, full and correct
12   transcript of my stenographic notes so taken; and that
13   I am not related to, nor of counsel to, either party
14   nor interested in the event of this cause.
15
16
17
18        *Lori Baldwin*
19          Lori Ann Baldwin, CSR-5207, RPR, CRR
20          Notary Public,
21          Oakland County, Michigan
22      My Commission expires:  December 21, 2025
23
24
25

Page 263

1              Veritext Legal Solutions
                 1100 Superior Ave
2                   Suite 1820
               Cleveland, Ohio 44114
3                Phone: 216-523-1313
4
   October 19, 2021
5
   To: Ms. Grigsby
6
   Case Name: Warner Records, Inc., Et Al. v. Charter Communications,
7  Inc.
8  Veritext Reference Number: 4844364
9  Witness:  Harold W. Furchtgott-Roth , Ph.D.      Deposition Date: 10/12/2021
10
11 Dear Sir/Madam:
12
   Enclosed please find a deposition transcript.  Please have the witness
13
   review the transcript and note any changes or corrections on the
14
   included errata sheet, indicating the page, line number, change, and
15
   the reason for the change.  Have the witness' signature notarized and
16
   forward the completed page(s) back to us at the Production address
17 shown
18 above, or email to production-midwest@veritext.com.
19
   If the errata is not returned within thirty days of your receipt of
20
   this letter, the reading and signing will be deemed waived.
21
22 Sincerely,
23 Production Department
24
25 NO NOTARY REQUIRED IN CA

Page 264

1        DEPOSITION REVIEW
         CERTIFICATION OF WITNESS
2
       ASSIGNMENT REFERENCE NO: 4844364
3      CASE NAME: Warner Records, Inc., Et Al. v. Charter
    Communications, Inc.
       DATE OF DEPOSITION: 10/12/2021
4      WITNESS' NAME: Harold W. Furchtgott-Roth , Ph.D.
5      In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7      I have made no changes to the testimony
    as transcribed by the court reporter.
8
    _____   _____
9  Date           Harold W. Furchtgott-Roth , Ph.D.
10     Sworn to and subscribed before me, a
   Notary Public in and for the State and County,
11 the referenced witness did personally appear
   and acknowledge that:
12
      They have read the transcript;
13    They signed the foregoing Sworn
         Statement; and
14    Their execution of this Statement is of
         their free act and deed.
15
    I have affixed my name and official seal
16
   this _____ day of_____, 20____.
17
          _____
18        Notary Public
19        _____
          Commission Expiration Date
20
21
22
23
24
25

Page 265

1        DEPOSITION REVIEW
         CERTIFICATION OF WITNESS
2
       ASSIGNMENT REFERENCE NO: 4844364
3      CASE NAME: Warner Records, Inc., Et Al. v. Charter
    Communications, Inc.
       DATE OF DEPOSITION: 10/12/2021
4      WITNESS' NAME: Harold W. Furchtgott-Roth , Ph.D.
5      In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7      I have listed my changes on the attached
    Errata Sheet, listing page and line numbers as
8   well as the reason(s) for the change(s).
9      I request that these changes be entered
    as part of the record of my testimony.
10
       I have executed the Errata Sheet, as well
11  as this Certificate, and request and authorize
    that both be appended to the transcript of my
12  testimony and be incorporated therein.
13 _____   _____
   Date           Harold W. Furchtgott-Roth , Ph.D.
14
       Sworn to and subscribed before me, a
15 Notary Public in and for the State and County,
   the referenced witness did personally appear
16 and acknowledge that:
17    They have read the transcript;
      They have listed all of their corrections
18       in the appended Errata Sheet;
      They signed the foregoing Sworn
19       Statement; and
      Their execution of this Statement is of
20       their free act and deed.
21    I have affixed my name and official seal
22 this _____ day of_____, 20____.
23       _____
         Notary Public
24
         _____
25       Commission Expiration Date

67 (Pages 262 - 265)