# Exhibit V

Exhibit A

Page 1

```
1            THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF COLORADO

3

4   WARNER RECORDS INC. (f/k/a      )

    Warner Bros. Records, Inc.),    )

5   et al.,                         )

                                    )

6           Plaintiffs,             )

                                    )

7      vs.                          ) No. 19-cv-00874

                                    )     RBJ-MEH

8   CHARTER COMMUNICATIONS, INC.,   )

                                    )

9           Defendant.              )

10

11

12           Deposition of MICHAEL HANRAHAN

13               Taken May 12, 2021

14

15

16           The remotely held videotaped deposition

17   of MICHAEL HANRAHAN, taken by Maria S. Winn, CSR,

18   RPR and CRR, pursuant to the Federal Rules of

19   Civil Procedure for the United States District

20   Courts pertaining to the taking of depositions,

21   with the witness located in St. Louis, Missouri,

22   commencing at 9:00 a.m. on May 12, 2021.

23

24

25
```

```
 1    PRESENT (Remotely via Zoom):

 2

         OPPENHEIM & ZEBRAK, LLP
 3       By MR. MATTHEW J. OPPENHEIM
            MR. COREY MILLER
 4       4530 Wisconsin Ave. NWM 5th Floor
         Washington, DC  20016
 5       (202) 621-9027
         matt@oandzlaw.com
 6       corey@oandzlaw.com
 7            appeared on behalf of the Plaintiffs;
 8

 9       QUINN EMANUEL URQUHART & SULLIVAN LLP
         By MR. ANDREW SCHAPIRO
10          MS. JUSTINE YOUNG
         191 North Wacker Drive - Suite 2700
11       Chicago, Illinois  60606
         andrewschapiro@quinnemanuel.com
12       justineyoung@quinnemanuel.com
         (312) 705-7427
13

              appeared on behalf of the Defendants
14            Charter Communications and the Witness;
15

16

17    ALSO PRESENT (Remotely):
18       MR. KIRILL ABRAMOV, Charter Communications;
19       MR. MARK LYLE, Legal Videographer.
20

21

22

23

24

25
```

Page 3

```
 1                    I N D E X
 2   WITNESS:                                  PAGE:
 3   MICHAEL HANRAHAN
 4      Examination by Mr. Oppenheim              7
 5      Examination by Mr. Shapiro              311
 6      Further Examination by Mr. Oppenheim   316
 7      Further Examination by Mr. Shapiro     328
 8
 9
10
11   EXHIBIT           DESCRIPTION             PAGE
12   Exhibit 155   CHA 0013066                 176
13   Exhibit 156   Document                    179
14   Exhibit 157   86208 through 214           178
15   Exhibit 158   Chat Message, 84900 through 195
                   84911
16
     Exhibit 159   Excerpt from CHA 00133904   209
17
     Exhibit 160   CHA 131861 SSST monthly metrics 223
18                 for 2015
19   Exhibit 161   Excerpt for Customer        230
                   8336300010021139
20
     Exhibit 162   Excerpt for Charter Account 233
21                 Number 8805160020367910
22   Exhibit 163   Excerpt for Customer        234
                   8245100612457164
23
     Exhibit 164   E-mail Exchange, CHA 00082623 238
24                 through 624
25   Exhibit 165   Organizational Chart        302
```

| EXHIBIT | DESCRIPTION | PAGE |
|---------|-------------|------|
| Exhibit 166 | 9/19/12 E-mail Exchange CHA 82930 | 306 |
| Exhibit 167 | Excerpt from Ticket Data | 321 |

PREVIOUSLY MARKED EXHIBITS REFERRED TO:

| EXHIBIT | PAGE | LINE |
|---------|------|------|
| Exhibit 28 | 272 | 16 |
| Exhibit 37 | 276 | 2 |
| Exhibit 69 | 172 | 19 |
| Exhibit 142 | 126 | 12 |
| Exhibit 147 | 229 | 8 |
| Exhibit 151 | 207 | 23 |

Page 243

1



Page 244



Page 245



BY MR. OPPENHEIM:

    Q    Mr. Hanrahan, I want to get back to this
e-mail now, which is Exhibit 164.



Page 332

1          The undersigned is not interested in the

2     within case, nor of kin or counsel to any of the

3     parties.

4          In witness whereof, I have hereunto set

5     my hand and seal of office this day, May 17, 2021.

6

7

8

9

10    CSR No. 084-003784 - Expiration Date: May 31, 2021

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

WARNER RECORDS INC. (f/k/a/ Warner
Bros. Records, Inc.), *et al.*,

               *Plaintiffs*,

      v.

CHARTER COMMUNICATIONS, INC.

               *Defendant*.

Case No. 19-cv-00874-RBJ-MEH

**Errata Sheet for the Deposition of Michael Hanrahan (May 12, 2021)**

| Page | Line(s) | Now Reads | Should Read | Reason: 1=clarify the record; 2=conform to the facts; 3=correct transcription errors |
|------|---------|-----------|-------------|-----------------------------------------------------------------------------------|
| 68 | 12 | turnout | turn-up | 3 |
| 113 | 15 | occasions | instances | 3 |
| 144 | 15 | not | note | 3 |
| 146 | 6 | attar | alter | 3 |
| 148 | 14 | think bullet | think that bullet | 3 |
| 156 | 5 | POP Polar, POP3 Polar | POP Poller, POP3 Poller | 3 |
| 156 | 7 | polar | poller | 3 |
| 158 | 1-2 | polar | poller | 3 |
| 159 | 11 | SNTP | SMTP | 3 |
| 159 | 20 | Yeah. | I don't know. | 1 |
| 180 | 24 | polar | poller | 3 |
| 181 | 8 | leave the last two unprocessed | leave the last two hundred unprocessed | 3 |
| 188 | 7 | times | types | 3 |
| 207 | 10 | per-roll | PERL | 3 |
| 272 | 5 | and migrating | and then later, in 2018, migrating | 2 |
| 275 | 2 | No, I was not aware. | No, I was not aware, and do not know if the retention policy was ever 2 years. | 1 |
| 283 | 9 | migrated to Oracle | upgraded | 2 |
| 284 | 1 | migrated to Oracle | upgraded | 2 |

| Page | Line(s) | Now Reads | Should Read | Reason: 1=clarify the record; 2=conform to the facts; 3=correct transcription errors |
|------|---------|-----------|-------------|------------------------------------------------------------------------------------|
| 288 | 14-15 | upgraded to Oracle | upgraded the hardware | 2 |
| 301 | 12 | Yes | All full time employees of the IT department are employed by Charter Communications, Inc. Contractors working for IT are not. | 2 |
| 323 | 4 | reduplicate | verify | 1 |

Date: 6/14/2021          Signature: _Michael Hamblin_