# Exhibit VI

Exhibit C

Case No. 1:19-cv-00874-RBJ-MEH Document 684-3 filed 02/02/22 USDC Colorado pg 2 of 13

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

WARNER RECORDS INC. (F/K/A       )
WARNER BROS. RECORDS, INC.), ET  )
AL.,                             )
                                 )
          PLAINTIFFS,            )
                                 ) CASE NO.
            VS.                  ) 19-cv-00874
                                 ) RBJ-MEH
CHARTER COMMUNICATIONS, INC.,    )
                                 )
          DEFENDANTS.            )
_____)
(AND RELATED MATTER ON FOLLOWING PAGE)


          * * * C O N F I D E N T I A L * * *

               REMOTE PROCEEDINGS OF THE
           VIDEOTAPED 30(B)(6) DEPOSITION OF
           UNIVERSAL RECORD COMPANY PLAINTIFFS
                    ALASDAIR McMULLAN
                   FRIDAY, MAY 14, 2021




JOB NO.  4582718
REPORTED BY KIMBERLY EDELEN,
CSR. NO. 9042, CRR, RPR.

1  (AND RELATED MATTER ON PREVIOUS PAGE)
2
3           UNITED STATES DISTRICT COURT
4         FOR THE MIDDLE DISTRICT OF FLORIDA
5
6
   UMG RECORDINGS, INC., ET AL.,    )
7                                   )
              PLAINTIFFS,            )
8                                   ) CASE NO.
              VS.                    ) 8:19-cv-00710
9                                   ) MSS-TGW
   BRIGHT HOUSE NETWORKS, LLC,      )
10                                  )
              DEFENDANT.             )
11 _____)
12
13
14
15
16 REMOTE PROCEEDINGS OF THE VIDEOTAPED 30(B)(6)
17 DEPOSITION OF UNIVERSAL RECORD COMPANY PLAINTIFFS,
18
19 ALASDAIR McMULLAN, TAKEN ON BEHALF OF DEFENDANTS
20
21 CHARTER COMMUNICATIONS AND BRIGHT HOUSE NETWORKS,
22
23 ON MAY 14, 2021 AT 9:10 A.M., BEFORE
24
25 KIMBERLY A. EDELEN, CSR NO. 9042, CRR, RPR.

```
 1   REMOTE APPEARANCES OF COUNSEL
 2
     FOR THE PLAINTIFFS WARNER RECORDS INC., FKA WARNER
 3   BROS. RECORDS, INC. AND UMG RECORDINGS, INC.:
 4                   OPPENHEIM + ZEBRAK LAW, LLP
                     BY:  MATT OPPENHEIM, ESQ.
 5                        KELLYN M. GOLER, ESQ.
                     4530 WISCONSIN AVENUE NW
 6                   FIFTH FLOOR
                     WASHINGTON, D.C. 20016
 7                   202.851.4526
                     MATT@OANDZLAW.COM
 8                   KELLYN@OANDZLAW.COM
 9                   ---AND---
10                   COVINGTON & BURLING LLP
                     BY:  ANDERS LINDEROT, ESQ.
11                   ONE CITYCENTER
                     850 TENTH STREET, NW
12                   WASHINTON, D.C. 20001-4956
                     202.662.6000
13                   ALINDEROT@COV.COM
                     (NOT PRESENT)
14
15
16
     FOR THE DEFENDANTS CHARTER COMMUNICATIONS AND BRIGHT
17   HOUSE NETWORKS:
18                   QUINN EMANUEL URQUHART & SULLIVAN LLP
                     BY:  ANDREW SCHAPIRO, ESQ.
19                        GRACIE CHANG, ESQ.
                     191 NORTH WACKER DRIVE
20                   SUITE 2700
                     CHICAGO, ILLINOIS 60606
21                   312.705.7400
                     ANDREWSCHAPIRO@QUINNEMANUEL.COM
22                   GRACIECHANG@QUINNEMANUEL.COM
23
24
25   (APPEARANCES CONTINUED ON FOLLOWING PAGE)
```

CONFIDENTIAL

Page 4

1  REMOTE APPEARANCES OF COUNSEL (CONTINUED)
2
   FOR THE DEFENDANTS CHARTER COMMUNICATIONS AND BRIGHT
3  HOUSE NETWORKS:
4                    WINSTON & STRAWN LLP
                     BY:   SEAN R. ANDERSON, ESQ.
5                    200 PARK AVENUE
                     NEW YORK, NEW YORK 10166
6                    212.294.5388
                     SRANDERSON@WINSTON.COM
7
8
9
10 ALSO PRESENT:   STEVEN TOGAMI, VIDEOGRAPHER
11                 CARLA MILLER, IN-HOUSE COUNSEL
                   UNIVERSAL MUSIC GROUP
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CONFIDENTIAL

Page 5

I N D E X

| WITNESS | EXAMINATION | PAGE |
|---|---|---|
| ALASDAIR McMULLAN | | |
| | BY MR. SCHAPIRO | 10 |
| | BY MR. OPPENHEIM | 269 |

E X H I B I T S

| NO. | PAGE | DESCRIPTION |
|---|---|---|
| EXHIBIT 1 | 28 | UNITED STATES COPYRIGHT OFFICE PUBLIC CATALOG FOR REGISTRATION NO. SR0000133292 |
| EXHIBIT 2 | 35 | UNITED STATES COPYRIGHT OFFICE PUBLIC CATALOG FOR REGISTRATION NO. SR0000273781 |
| EXHIBIT 3 | 38 | UNITED STATES COPYRIGHT OFFICE PUBLIC CATALOG FOR REGISTRATION NO. SR0000657731 |
| EXHIBIT 4 | 40 | UNITED STATES COPYRIGHT OFFICE PUBLIC CATALOG FOR REGISTRATION NO. SR0000687038 |
| EXHIBIT 5 | 44 | UNITED STATES COPYRIGHT OFFICE PUBLIC CATALOG FOR REGISTRATION NO. SR0000702833 |

(EXHIBITS CONTINUED ON FOLLOWING PAGE)

```
 1                E X H I B I T S (CONTINUED)
 2
 3    NO.           PAGE       DESCRIPTION
 4    EXHIBIT 6     105        FINANCIAL REPORT AND
                               AUDITED CONSOLIDATED
 5                              FINANCIAL STATEMENTS FOR
                               THE YEAR ENDED DECEMBER 31,
 6                             2016 BY VIVENDI, BATES NOS.
                               PL_CH_0002078 -
 7                             PL_CH_0002191
 8    EXHIBIT 7     114        MEMORANDUM OF UNDERSTANDING
                               DATED 7-6-2011, UNSIGNED,
 9                             BATES NOS. PL_CH_0003191 -
                               PL_CH_0003226
10
      EXHIBIT 8     117        MEMORANDUM OF UNDERSTANDING
11                             DATED 7-6-2011, SIGNED,
                               BATES NOS. PL_CH_0141244 -
12                             PL_CH_0141294
13    EXHIBIT 9     139        DOCUMENT TITLED "THE
                               COPYRIGHT ALERT SYSTEM,
14                             PHASE ONE AND BEYOND"
                               DATED MAY 28, 2014
15
      EXHIBIT 10    166        DTECNET SOW RIAA
16                             COMMERCIAL ISP PROGRAM
                               DATED FEBRUARY 15, 2012,
17                             BATES NOS. MM000023 -
                               MM000035
18
      EXHIBIT 11    188        E-MAIL DATED 1-30-2014
19                             RE: COPYRIGHT INFRINGEMENT
                               - NOTICE ID # 22285378233,
20                             BATES NOS. RIAA_CH_00710490
                               - RIAA_CH_00710492
21
      EXHIBIT 12    202        STATEMENT OF WORK -
22                             ANTI-PIRACY SERVICES,
                               BATES NOS. PL_CH_0083049 -
23                             PL_CH_0083051
24
25    (EXHIBITS CONTINUED ON FOLLOWING PAGE)
```

CONFIDENTIAL

Page 7

1                  E X H I B I T S (CONTINUED)
2
3    NO.              PAGE         DESCRIPTION
4    EXHIBIT 13       207          EXCEL SPREADSHEET, BATES
                                   NO. PL_CH_0180333
5
     EXHIBIT 14       223          ARTICLE TITLED "TUPAC
6                                  SHAKUR'S MOTHER SUING OVER
                                   ROYALTIES"
7
8
9
10
11
12
13          QUESTIONS INSTRUCTED NOT TO BE ANSWERED
14                         PAGE         LINE
15                          26           8
                            32          21
16                          54           6
                           252          11
17                         253           2
18
19
20
21
22
23
24
25



CONFIDENTIAL



Page 133

CONFIDENTIAL

Page 274

```
 1   STATE OF CALIFORNIA      )
 2   COUNTY OF LOS ANGELES    )   ss.
 3
 4        I, Kimberly A. Edelen, C.S.R. No. 9042, in and
 5   for the State of California, do hereby certify:
 6        That prior to being examined, the witness named
 7   in the foregoing deposition was by me duly sworn to
 8   testify the truth, the whole truth and nothing but
 9   the truth;
10        That said deposition was taken down by me in
11   shorthand at the time and place therein named, and
12   thereafter reduced to typewriting under my
13   direction, and the same is a true, correct and
14   complete transcript of said proceedings;
15        That if the foregoing pertains to the original
16   transcript of a deposition in a Federal Case, before
17   completion of the proceedings, review of the
18   transcript {X} was { } was not requested.
19        I further certify that I am not interested in
20   the event of the action.
21        Witness my hand this 19th day of May,
22   2021.
23
24                       _____
                         KIMBERLY A. EDELEN, C.S.R. NO. 9042
25
```

ERRATA SHEET
VERITEXT LEGAL SOLUTIONS MIDWEST
ASSIGNMENT NO: 4582718
ALASDAIR MCMULLAN (MAY 14, 2021)

| PAGE/LINE(S) | CHANGE | REASON |
|---|---|---|
| 20:5 | Replace "Capital" with "Capitol" | spelling |
| 20:6 | Replace "Capital" with "Capitol" | spelling |
| 30:6 | Add apostrophe after "Records" | punctuation correction |
| 33:16 | Replace "Capital" with "Capitol" | spelling |
| 34:3 | Replace "Capital" with "Capitol" (in both instances) | spelling |
| 68:18 | Replace "are" with "our" | typo |
| 70:24 | Replace "processors" with "processes" | typo |
| 71:1 | Replace "different context" with "different contexts" | typo |
| 73:10 | Replace "interoperable" with "inoperable" | clarification |
| 80:15 | Replace "as" with "at" | clarification |
| 82:23 | Replace "Capital" with "Capitol" | spelling |
| 96:3 | Replace "intrusion" with "intuition" | typo |
| 135:15 | Replace "do" with "know" | clarification |
| 136:18 | Add "to" between "relating" and "results" | clarification |
| 148:25 | Replace "guard" with "card" | typo |
| 149:2 | Replace "guards" with "cards" | typo |
| 150:16 | Replace "respective" with "respected" | typo |
| 152:17 | Replace "CCS" with "CCI" | typo |
| 156:5 | Replace "informations" with "information" | clarification |
| 247:24 | Add "of" between "kind" and "like" | clarification |
| 252:12 | Replace "honing" with "owning" | typo |
| 263:6–7 | Replace "highest paids" with "ISPs" | clarification |
| 264:13 | Replace "lines" with "learnings" | clarification |
| 270:19 | Replace "Capital" with "Capitol" | spelling |

7/1/2021

_____

Date



DocuSigned by:
Alasdair McMullan
F516E6F66908443...
_____
Alasdair McMullan