# Exhibit VII

Exhibit D

Page 1

1          IN THE UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF COLORADO

2

3

4    WARNER RECORDS, INC., et al.,      )

                                        )

5              Plaintiffs,              )

                                        )         Case No.

6         vs.                           ) 1:19-cv-00874-RBJ-MEH

                                        )

7    CHARTER COMMUNICATIONS, INC.,      )

                                        )

8              Defendant.               )

9

10

11

12          Videotaped deposition of VICTORIA SHECKLER,

13   taken remotely before NADINE J. WATTS, CSR, RPR, and

14   Notary Public, pursuant to the Federal Rules of Civil

15   Procedure for the United States District Courts

16   pertaining to the taking of depositions, at 1071 North

17   Ohio Street, Arlington, Virginia, at 12:03 p.m. Eastern

18   Time on the 18th day of May, A.D., 2021.

19

20

21

22

23

24

Page 2

```
 1            There were present at the taking of this
 2    deposition the following counsel:
 3            (Appeared via videoconference)
              OPPENHEIM & ZEBRAK, LLP by
 4            MR. JEFFREY M. GOULD
              MR. KELLYN GOLER
 5            4530 Wisconsin Avenue, NW
              5th Floor
 6            Washington, DC  20016
              (202) 621-9027
 7            jeff@oandzlaw.com
              kellyn@oandzlaw.com
 8
                  on behalf of the Plaintiffs;
 9
              (Appeared via videoconference)
10            QUINN EMANUEL URQUHART & SULLIVAN, LLP by
              MS. ALLISON HUEBERT
11            191 North Wacker Drive
              Suite 2700
12            Chicago, Illinois  60606
              (312) 705-7427
13            allisonhuebert@quinnemanuel.com
14                    -and-
15            (Appeared via videoconference)
              QUINN EMANUEL URQUHART & SULLIVAN, LLP by
16            MR. DYLAN SCHER
              51 Madison Avenue
17            22nd Floor
              New York, New York  10010
18            (212) 849-7492
              dylanscher@quinnemanuel.com
19
                  on behalf of Defendant Charter
20                Communications, Inc.
21
22    ALSO PRESENT VIA VIDEOCONFERENCE:
23            Mr. Jared Freedman, RIAA
              Mr. Luis Acevedo, videographer
24
```

1        VIDEOTAPED DEPOSITION OF VICTORIA SHECKLER
2                  TAKEN MAY 18, 2021
3
4  EXAMINATION BY                         PAGE
5  Ms. Allison Huebert                 7
6                      EXHIBITS
7                                     PAGE

8  DEPOSITION EXHIBIT 1              31
      Article entitled A Decade of
9      iTunes Singles Killed The
      Music Industry
10
   DEPOSITION EXHIBIT 2              32
11     Graph, How iTunes Crushed Music
      Sales
12
   DEPOSITION EXHIBIT 3              39
13     Article entitled Changes Coming
      to the iTunes Store
14
   DEPOSITION EXHIBIT 4              66
15     PL_CH_0141244 - 00286250
      Memorandum of Understanding
16
   DEPOSITION EXHIBIT 5              82
17     PL_CH_0019047 - 0019073
      Implementation Agreement
18
   DEPOSITION EXHIBIT 6              90
19     PL_CH_0087982 - 0087983
      E-mail from Dong Jang to himself
20     dated 1-30-16.  Subject: The Push
      for Copyright Protections on Charter
21     Deal
22  DEPOSITION EXHIBIT 7            109
      PL_CH_0191626 - 0191629
23     E-mail from Victoria Sheckler to
      Dong Jang and others dated 4-28-15
24     Subject: Highlights from IPSOS Wave 3

Page 4

1                    EXHIBITS (Continued)

2                                                PAGE

3    DEPOSITION EXHIBIT 8                         113
         PL_CH-0191630 - 0191670
4        US Copyright Alert Wave 3

5    DEPOSITION EXHIBIT 9                         114
         Center for Copyright Information,
6        The Copyright Alert System, Phase
         One and Beyond, May 28, 2014
7

     DEPOSITION EXHIBIT 10                        136
8        STROZMARKMONITOR-0000264 - 0000286
         Stroz Friedberg, Independent Expert
9        Assessment of Participating Internet
         Service Provider Copyright Alert
10       Program Methodologies, Initial
         Verizon report, Marsh 12, 2013
11

     DEPOSITION EXHIBIT 11                        160
12       MM000090 - 000092
         Statement of Work - Anti-Piracy
13       Services

14   DEPOSITION EXHIBIT 12                        169
         RIAA_CH-01545098 - 01545100
15       E-mail from Jason Runnion to
         Victoria Sheckler dated 1-9-14
16       Subject: Follow-Up Proposal 2014

17   DEPOSITION EXHIBIT 13                        169
         Excel spreadsheet, 2014 Proposed
18       Pricing for MM Services

19   DEPOSITION EXHIBIT 14                        179
         MM000023 - 000035
20       SOW, RIAA Commercial ISP Program

21

22

23

24

Case 1:19-cv-00874-RBJ-MEH Document 684-8 filed 12/20/22 USDC Colorado Page 7 of 134



Page 70



20    Q    And to your recollection, what generally did

21    those steps contain?

22    A    Education, acknowledgment, and mitigation was

23    the general description, but I don't remember the

24    chronology of the mitigation steps anymore.

Page 74





Case 1:19-cv-00874-REB-MEH Document 584 Filed 02/02/22 USDC Colorado Page 11 of 134

1



Case 1:19-cv-00874-REB-MEH Document 684-8 Filed 12/02/22 USDC Colorado Page 12 of 134



```
                                                Page 199

 1            Witness my official signature and seal as

 2    Notary Public in and for Cook County, Illinois on the

 3    21st day of May, A.D. 2021.

 4
                        Nadine J. Watts
 5
                        NADINE J. WATTS CSR, RPR

 6                      Notary Public

                        License No. 084-002736

 7                      One North Franklin Street

                        Suite 3000

 8                      Chicago, Illinois  60606

                        Phone:  (312) 442-9087

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

ERRATA SHEET
VERITEXT LEGAL SOLUTIONS MIDWEST
VICTORIA SHECKLER (MAY 18, 2021)

| PAGE/LINE(S) | CHANGE | REASON |
|---|---|---|
| 42:1 | Replace "Cassova" with "Kazaa" | spelling |
| 57:1 | Replace "Ribizio" with "Fabrizio" | spelling |
| 58:17 | Replace "DtectNet" with "DtecNet" | spelling |
| 58:24 | Replace "DtectNet" with "DtecNet" | spelling |
| 59:4 | Replace "DtectNet" with "DtecNet" | spelling |
| 59:14 | Replace "DtectNet" with "DtecNet" | spelling |
| 59:15 | Replace "DtectNet" with "DtecNet" | spelling |
| 61:5 | Replace "DtectNet" with "DtecNet" | spelling |
| 64:3 | Replace "DtectNet" with "DtecNet" | spelling |
| 127:24 | Replace "if" with "unless" | clarification |
| 147:2 | Replace "RightSport" with "Rightscorp" | typo |
| 180:6 | Replace "DtectNet" with "DtecNet" | spelling |
| 180:14 | Replace "DtectNet" with "DtecNet" | spelling |
| 189:12 | Replace "DtectNet" with "DtecNet" | spelling |
| 189:14 | Replace "DtectNet" with "DtecNet" | spelling |
| 189:17 | Replace "DtectNet" with "DtecNet" | spelling |
| 192:11 | Replace "DtectNet" with "DtecNet" | spelling |
| 192:17 | Replace "DtectNet" with "DtecNet" | spelling |
| 193:11 | Replace "Bates" with "Based" | typo |
| 195:9 | Replace "Base" with "Based" | typo |
| 195:12 | Replace "Bates" with "Based" | typo |

7/1/21
Date

Victoria Sheckler