# Exhibit VIII

Exhibit E

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

WARNER RECORDS INC. (F/K/A         )
WARNER BROS. RECORDS, INC.), ET    )
AL.,                                )
                                    )
          PLAINTIFFS,               )
                                    ) CASE NO.
     VS.                            ) 19-cv-00874
                                    ) RBJ-MEH
CHARTER COMMUNICATIONS, INC.,       )
                                    )
          DEFENDANTS.               )
_____)


* * * C O N F I D E N T I A L * * *

REMOTE PROCEEDINGS OF THE
VIDEOTAPED 30(B)(6) DEPOSITION OF
WARNER RECORD COMPANY PLAINTIFFS
CHRISTOPHER BELL
FRIDAY, MAY 21, 2021




JOB NO. 4589802
REPORTED BY KIMBERLY EDELEN,
CSR. NO. 9042, CRR, RPR.

CONFIDENTIAL

Page 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25  (THIS PAGE LEFT INTENTIONALLY BLANK)

Case No. 19-cv-00874-RBJ-MEH Document 684-18 filed 12/02/21 USDC Colorado pg 5 of 78

1  REMOTE PROCEEDINGS OF THE VIDEOTAPED 30(B)(6)
2  DEPOSITION OF WARNER RECORD COMPANY PLAINTIFFS,
3  CHRISTOPHER BELL, TAKEN ON BEHALF OF DEFENDANTS
4  CHARTER COMMUNICATIONS, ON FRIDAY, MAY 21, 2021 AT
5  6:06 A.M. PST, BEFORE KIMBERLY A. EDELEN, CSR
6  NO. 9042, CRR, RPR.
7
8
9
10
11  REMOTE APPEARANCES OF COUNSEL
12
13
14  FOR THE PLAINTIFFS WARNER RECORDS INC., FKA WARNER
    BROS. RECORDS, INC.:
15
                      OPPENHEIM + ZEBRAK LAW, LLP
16                    BY:  JEFF GOULD, ESQ.
                      4530 WISCONSIN AVENUE NW
17                    FIFTH FLOOR
                      WASHINGTON, D.C. 20016
18                    202.851.4526
                      JEFF@OANDZLAW.COM
19
                      ---AND---
20
                      COVINGTON & BURLING LLP
21                    BY:  PHILLIP HILL, ESQ.
                      ONE CITYCENTER
22                    850 TENTH STREET, NW
                      WASHINGTON, D.C. 20001-4956
23                    202.662.6000
                      PAHILL@COV.COM
24
25   (APPEARANCES CONTINUED ON FOLLOWING PAGE)

CONFIDENTIAL

Page 4

1  REMOTE APPEARANCES OF COUNSEL (CONTINUED)
2
3
   FOR THE DEFENDANTS CHARTER COMMUNICATIONS:
4
5                  QUINN EMANUEL URQUHART & SULLIVAN LLP
                   BY:  DAVID D. DOAK, ESQ.
6                  50 CALIFORNIA STREET
                   22ND FLOOR
7                  SAN FRANCISCO, CALIFORNIA 94111
                   415.875.6600
8                  DAVIDDOAK@QUINNEMANUEL.COM
9
10
   FOR THE DEFENDANTS CHARTER COMMUNICATIONS:
11
12                 WINSTON & STRAWN LLP
                   BY:  SEAN R. ANDERSON, ESQ.
13                 200 PARK AVENUE
                   NEW YORK, NEW YORK 10166
14                 212.294.5388
                   SRANDERSON@WINSTON.COM
15
16
17
18  ALSO PRESENT:  STEVEN TOGAMI, VIDEOGRAPHER
19                 REBECCA LOPEZ-JANTZEN
20                 KIRSTEN VANHOOSE, IN-HOUSE COUNSEL
                   WARNER MUSIC GROUP
21
                   BRAD COHEN, IN-HOUSE COUNSEL
22                 WARNER MUSIC GROUP
23
24
25

CONFIDENTIAL

Page 5

```
 1                        I N D E X
 2
 3    WITNESS              EXAMINATION              PAGE
 4    CHRISTOPHER BELL
 5                         BY MR. DOAK              10, 276
 6                         BY MR. GOULD             273
 7
 8
 9                      E X H I B I T S
10
11     NO.        PAGE       DESCRIPTION
12    EXHIBIT 1    17        DEFENDANT CHARTER
                             COMMUNICATIONS, INC.'S
13                           NOTICE OF DEPOSITION TO
                             PLAINTIFFS WARNER RECORDS
14                           INC., ATLANTIC RECORDING
                             CORPORATION, BAD BOY RECORDS
15                           LLC, ELEKTRA ENTERTAINMENT
                             GROUP INC., FUELED BY RAMEN
16                           LLC, LAVA RECORDS LLC,
                             MAVERICK RECORDING COMPANY,
17                           NONESUCH RECORDS INC., THE ALL
                             BLACKS U.S.A., INC., WARNER
18                           MUSIC INC., WARNER
                             RECORDS/SIRE VENTURES LLC, AND
19                           WEA INTERNATIONAL INC.
                             PURSUANT TO FEDERAL RULE OF
20                           CIVIL PROCEDURE 30(b)(6)
21    EXHIBIT 2    26        E-MAIL DATED 4-28-2013
                             RE: NOTIFIED:
22                           COPYRIGHT INFRINGEMENT -
                             NOTICE ID #22273671274,
23                           BATES NOS. RIAA_CH_00000007
                             - RIAA_CH_00000009
24
25    (EXHIBITS CONTINUED ON FOLLOWING PAGE)
```

CONFIDENTIAL

Page 6

E X H I B I T S (CONTINUED)

| NO. | PAGE | DESCRIPTION |
|---|---|---|
| EXHIBIT 3 | 48 | DECEMBER 20, 2011 MASTER AGREEMENT BETWEEN DTECNET, INC. AND RECORDING INDUSTRY ASSOCIATION OF AMERICA, INC., BATES NOS. MM000001 - MM000014 |
| EXHIBIT 4 | 55 | FEBRUARY 15, 2012 DTECNET SOW RIAA COMMERCIAL ISP PROGRAM, BATES NOS. MM000023 - MM000035 |
| EXHIBIT 5 | 90 | PLAINTIFFS' SUPPLEMENTAL OBJECTIONS AND RESPONSES TO CHARTER COMMUNICATIONS, INC.'S THIRD SET OF INTERROGATORIES TO THE RECORD COMPANY PLAINTIFFS |
| EXHIBIT 6 | 93 | DOCUMENT TITLED "TEAMING UP WITH AUDIBLE MAGIC CONTENT REGISTRATION," BATES NOS. AUDIBLE-MAGIC-0065857 - AUDIBLE-MAGIC-0065894 |
| EXHIBIT 7 | 102 | STATEMENT OF WORK - ANTI-PIRACY SERIES, BATES NOS. PL_CH_0083049 - PL_CH_0083051 |
| EXHIBIT 8 | 113 | 7/6/2011 MEMORANDUM OF UNDERSTANDING, BATES NOS. PL_CH_0141244 - PL_CH_0141294 |
| EXHIBIT 9 | 122 | OCTOBER 31, 2012 STROZ FRIEDBERG DRAFT INDEPENDENT EXPERT ASSESSMENT OF MARKMONITOR ANTIPIRACY METHODOLOGIES |

(EXHIBITS CONTINUED ON FOLLOWING PAGE)

E X H I B I T S (CONTINUED)

| NO. | PAGE | DESCRIPTION |
|---|---|---|
| EXHIBIT 10 | 148 | DOCUMENT TITLED "CCI RECOMMITS TO INDEPENDENT EVALUATION OF CONTENT METHODOLOGY" |
| EXHIBIT 11 | 267 | IMPLEMENTATION AGREEMENT, BATES NOS. PL_CH_0018926 - PL_CH_0018954 |
| EXHIBIT 12 | 179 | HASH REPORT - EXCEL SPREADSHEET |
| EXHIBIT 13 | 187 | ARTICLE TITLED "CLASS-ACTION SUIT SAYS RIGHTSCORP MAKES ILLEGAL, HARASSING PHONE CALLS" |
| EXHIBIT 14 | 191 | BLAHA V. RIGHTCORP FIRST AMENDED CLASS ACTION COMPLAINT FOR: (1) VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT (47 U.S.C. § 227), (2) ABUSE OF PROCESS (UNDER FEDERAL AND CALIFORNIA LAW) AND DEMAND FOR JURY TRIAL |
| EXHIBIT 15 | 196 | E-MAIL THREAD RE: FAKE WARNER MUSIC THREAT STOPS TORRENT UPLOADERS, WITH ATTACHMENT, BATES NOS. PL_CH_0135917 - PL_CH_0135920 |
| EXHIBIT 16 | 226 | ARTICLE FROM THE GLOBE TITLED DEFENDANT: HER KIDS DOWNLOADED MUSIC |
| EXHIBIT 17 | 233 | MAY 28, 2014 CENTER FOR COPYRIGHT INFORMATION DOCUMENT TITLED "THE COPYRIGHT ALERT SYSTEM PHASE ONE AND BEYOND" |

(EXHIBITS CONTINUED ON FOLLOWING PAGE)

```
 1                E X H I B I T S (CONTINUED)
 2
 3      NO.         PAGE      DESCRIPTION
 4    EXHIBIT 18    240       10/18/12 E-MAIL RE: CCI BLOG
                              UPDATE, WITH ATTACHMENTS,
 5                            BATES NOS.  PL_CH_0181226 -
                              PL_CH_0181228
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

CONFIDENTIAL

Page 241

1   memorandum of understanding that we went through
2   earlier, right, that provided for the creation of
3   CCI and/or CAS?
4       A    Yes.
5            MR. DOAK:  And really quickly, let's
6   introduce Exhibit 18, please.
7            MS. LOPEZ-JANTZEN:  Exhibit 18 has been
8   introduced.
9                   (Deposition Exhibit 18
10               was marked for identification.)
11  BY MR. DOAK:
12      Q    Mr. Bell, are you -- are you able to access
13  the document?
14      A    Yes, it just loaded.
15      Q    Let me know when you've had a chance to
16  look at it.
17           MR. GOULD:  Take a moment.
18           THE WITNESS:  Okay.
19  BY MR. DOAK:
20      ■    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬





1   STATE OF CALIFORNIA        )
2   COUNTY OF LOS ANGELES      )   ss.
3
4       I, Kimberly A. Edelen, C.S.R. No. 9042, in and
5   for the State of California, do hereby certify:
6       That prior to being examined, the witness named
7   in the foregoing deposition was by me duly sworn to
8   testify the truth, the whole truth and nothing but
9   the truth;
10      That said deposition was taken down by me in
11  shorthand at the time and place therein named, and
12  thereafter reduced to typewriting under my
13  direction, and the same is a true, correct and
14  complete transcript of said proceedings;
15      That if the foregoing pertains to the original
16  transcript of a deposition in a Federal Case, before
17  completion of the proceedings, review of the
18  transcript { } was {X} was not requested.
19      I further certify that I am not interested in
20  the event of the action.
21      Witness my hand this 17th day of June,
22  2021.
23
24      _____
            KIMBERLY A. EDELEN, C.S.R. NO. 9042
25

DEPOSITION REVIEW
CERTIFICATION OF WITNESS
VERITEXT LEGAL SOLUTIONS MIDWEST

CASE NAME: Warner Records Inc. v. Charter Communications, Inc.
DATE OF DEPOSITION: May 21, 2021
WITNESS' NAME:  Christopher Bell

In accordance with the Rules of Civil Procedure, I have read the entire transcript of my testimony or it has been read to me.

I have listed my changes on the attached Errata Sheet, listing page and line numbers as well as the reason(s) for the change(s).

I request that these changes be entered as part of the record of my testimony.

I have executed the Errata Sheet, as well as this Certificate, and request and authorize that both be appended to the transcript of my testimony and be incorporated therein.

\_\_\_7/6/2021_____  _____*[signature: Christopher Bell]*_____
  DATE                                                                        WITNESS' SIGNATURE

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ DAY OF _____,
20_____.

_____
 Notary Public

_____
Commission Expiration Date

ERRATA SHEET
VERITEXT LEGAL SOLUTIONS MIDWEST

CASE NAME:
DATE OF DEPOSITION:
WITNESS NAME:

PAGE/LINE(S)                    CHANGE                       REASON

See attached errata schedule

_____
 7/6/2021
DATE                                              WITNESS' SIGNATURE

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ DAY OF _____,
20_____.

_____
 Notary Public

_____
Commission Expiration Date

ERRATA SHEET
VERITEXT LEGAL SOLUTIONS MIDWEST

CASE NAME: Warner Records Inc. v. Charter Communications, Inc.
DATE OF DEPOSITION: May 21, 2021
WITNESS NAME: Christopher Bell

| PAGE/LINE(S) | CHANGE | REASON |
| --- | --- | --- |
| 9:14 replace "Warner Records, Inc." with "Warner Records Inc." | | typo |
| 10:17 replace "Vanhoose" with "VanHoose" | | capitalization |
| 16:7 replace "Warner Music, Inc." with "Warner Music Inc." | | typo |
| 16:24 replace "Vice president, technology and antipiracy" with "Vice President, Technology and Antipiracy" | | capitalization |
| 22:19 delete "," | | punctuation |
| 22:21 delete "," | | punctuation |
| 22:23 delete "," | | punctuation |
| 22:25 delete "," | | punctuation |
| 23:4 delete "," | | punctuation |
| 23:8 delete "," | | punctuation |
| 23:10 delete "," | | punctuation |
| 23:12 delete "," | | punctuation |
| 25:17 replace "sales, sales" with "sales -- sales" | | punctuation |
| 28:18 insert quotation marks around "CAS notice" | | punctuation |
| 28:25 insert quotation marks around "CAS notice" | | punctuation |
| 29:9–10 insert quotation marks around "CAS notice" | | punctuation |
| 35:12 insert " -- " between "me" and "just" | | punctuation |
| 40:25 replace "the same" with "generally the same" | | clarification |
| 41:7 replace "will have" with "will generally have" | | clarification |
| 42:10 replace "clearly --" with "-- clearly" | | punctuation |
| 43:21 replace "recording" with "recordings" | | typo |
| 46:4 replace "is," with "is -- " | | punctuation |
| 74:15 replace "nonattorney" with "non-attorney" | | punctuation |
| 75:22 insert "--" before "whether" | | punctuation |
| 75:23 insert "--" after "subscriber" | | punctuation |

| | |
|---|---|
| 104:25 insert "--" after "witness" | punctuation |
| 105:13 replace "Haggerty" with "Hegarty" | typo |
| 109:15 replace "peer-to-peer" with "peer-to-peer applications" | clarification |
| 109:17 replace "context" with "contexts" | typo |
| 116:20 replace "I bet that's" with "I -- that's" | mistranscription |
| 126:14 replace "province" with "provenance" | mistranscription |
| 129:15 replace "built-in suspenders" with "belt-and-suspenders" | typo |
| 133:12 insert "--" between "if" and "then" | punctuation |
| 133:19 replace "on an" with "on -- on" | punctuation/typo |
| 134:3 insert "--" between "moment" and "you" | punctuation |
| 148:17 replace "think so it's" with "think it's" | typo |
| 151:4 insert "--" between "of" and "conflict" | punctuation |
| 151:7 insert "--" between "CCI" and "whether" | punctuation |
| 158:2 insert "on" between "proceed" and "claims" | typo |
| 158:16 replace "suits" with "works" | typo |
| 160:5 replace "he" with "we" | typo |
| 162:13 replace "metadata base" with "metadata-based" | typo |
| 164:21 insert quotation marks around "reference file." | punctuation |
| 165:9 insert quotation marks around "reference file," | punctuation |
| 165:18 insert quotation marks around "reference file." | punctuation |
| 178:7 replace "as" with "its" | typo |
| 195:5 replace "a" with "in" | typo |
| 196:22 insert "only" after "because" | mistranscription |
| 206:25 replace "purchase" with "purchased" | typo |
| 210:12 replace "for" with "or" | typo |
| 217:3 replace "observe" with "serve" | typo |
| 217:13 replace "access to" with "access" | typo |
| 244:2 replace "covenant to sue" with "covenant not to sue" | typo |
| 255:10 insert "the" before "example" | typo |
| 274:3 replace "A" with "Q" | typo |
| 277:25 replace "contents" with "content" | typo |
| 278:1 replace "rightsholders" with "rights holders" | typo |
| 278:3 replace "participant" with "participants" | typo |