# Exhibit XI

# Exhibit B

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

WARNER RECORDS, INC., et al.,

           Plaintiffs,

  vs.             Case No. 1:19-cv-00874-RBJ-MEH

CHARTER COMMUNICATIONS, INC.,

           Defendant.

_____

The Zoom Videoconference/Videotape Deposition of HAROLD W. FURCHTGOTT-ROTH, Ph.D., Commencing at 10:03 a.m. Eastern Standard Time, Tuesday, October 12, 2021, Before Stenographic Shorthand Reporter, Lori Ann Baldwin, CSR-5207, RPR, CRR.

Case No. 1:19-cv-00874-RBJ-MEH Document 601-684 Filed 12/02/20/23 USDC Colorado Page 3 of 15

Page 2

1    APPEARANCES VIA ZOOM VIDEOCONFERENCE/VIDEOPTAPE:
2
3    STACEY K. GRIGSBY
4    Covington & Burling, LLP
5    One CityCenter
6    850 Tenth Street, NW
7    Washington, D.C.  20001-4956
8    202.662.5238
9    sgrigsby@cov.com
10        Appearing on behalf of Plaintiffs.
11
12   ANDERS LINDEROT
13   Covington & Burling, LLP
14   The New York Times Building
15   620 Eighth Avenue
16   New York, New York 10018
17   212.841.1163
18   alinderot@cov.com
19        Appearing on behalf of Plaintiffs.
20
21
22
23
24   APPEARANCES VIA ZOOM VIDEOCONFERENCE/VIDEOTAPE
25   (Continued)...

```
 1   APPEARANCES VIA ZOOM VIDEOCONFERENCE/VIDEOTAPE
 2   (Continued):
 3
 4   DAVID EISEMAN
 5   Quinn Emanuel Urquhart & Sullivan, LLP
 6   50 California Street,  22nd Floor
 7   San Francisco, California 94111
 8   415.875.6314
 9   davideiseman@quinnemanuel.com
10        Appearing on behalf of Defendant.
11
12   TODD ANTEN
13   DYLAN SCHER
14   Quinn Emanuel Urquhart & Sullivan, LLP
15   51 Madison Avenue, 22nd Floor
16   New York, New York 10010
17   212.849.7000
18   toddanten@quinnemanuel.com
19   dylanscher@quinnemanuel.com
20        Appearing on behalf of Defendant.
21
22   ALSO PRESENT VIA ZOOM VIDEOCONFERENCE/VIDEOTAPE:
23   George G. Strong, Jr., CPA
24   Colleen M. Connolly, Cornerstone Research
25   Scott Forman - Videographer
```

Case No. 1:19-cv-00874-RBJ-MEH Document 601-8 Filed 12/02/21 USDC Colorado Page 5 of 14



Page 181

Page 182



Page 183

1 [redacted]

Page 184

1 [REDACTED]

[lines 2–14 REDACTED]

15         COURT REPORTER:  Ms. Grigsby, if you
16    interjected an objection there, I didn't get it.  I, I
17    heard barely "object" but I wasn't sure.
18         MS. GRIGSBY:  I did.  For some reason, my
19    network here in the office is lagging a bit, so don't,
20    so, I froze for a second.
21         Yes, there's an objection.
22         COURT REPORTER:  Okay.  Thank you.
23  BY MR. EISEMAN:
24  Q.   After you served your surrebuttal report, Mr. Strong
25       served a second supplemental report, correct?

Page 261

```
 1        those are all the questions I have.
 2                   THE WITNESS:  And thank you for finishing
 3        when you did.  We're, we're, yeah, glad to be done.
 4        Thanks.
 5                   MS. GRIGSBY:  Yeah.  No questions from me.
 6        Thank you.
 7                   MR. EISEMAN:  All right.  Why don't we go
 8        off the record?
 9                   VIDEO TECHNICIAN:  This marks the end of
10        the deposition.  Going off the record.  The time is
11        5:53 p.m.
12                   (Zoom Videoconferenced/Videotaped
13        Deposition concluded at 5:53 p.m.  Signature of the
14        witness was requested.)
15
16
17
18
19
20
21
22
23
24
25
```

Case No. 1:19-cv-00874-RBJ-MEH Document 691-684 Filed 12/02/23 02/28 USDC Colorado Page 11 of 15 of 145

Page 262

```
 1                CERTIFICATE OF NOTARY

 2    STATE OF MICHIGAN  )

 3                       ) SS

 4    COUNTY OF OAKLAND  )

 5

 6              I, Lori Ann Baldwin certify that this Zoom

 7      Videoconferenced/Videotaped deposition was taken

 8      before me on the date hereinbefore set forth; that the

 9      foregoing questions and answers were recorded by me

10      stenographically and reduced to computer

11      transcription; that this is a true, full and correct

12      transcript of my stenographic notes so taken; and that

13      I am not related to, nor of counsel to, either party

14      nor interested in the event of this cause.

15

16

17
                    *Lori Baldwin*
18

19              Lori Ann Baldwin, CSR-5207, RPR, CRR

20              Notary Public,

21              Oakland County, Michigan

22      My Commission expires:  December 21, 2025

23

24

25
```

DEPOSITION REVIEW
CERTIFICATION OF WITNESS
VERITEXT LEGAL SOLUTIONS MIDWEST

CASE NAME: Warner Records, Inc., et al. v. Charter Communications, Inc.
DATE OF DEPOSITION: 10/12/2021
WITNESS NAME: Harold W. Furchtgott-Roth, Ph.D.

In accordance with the Rules of Civil Procedure, I have read the entire transcript of my testimony or it has been read to me.

I have listed my changes on the attached Errata Sheet, listing page and line numbers as well as the reason(s) for the change(s).

I request that these changes be entered as part of the record of my testimony.

I have executed the Errata Sheet, as well as this Certificate, and request and authorize that both be appended to the transcript of my testimony and be incorporated therein.

__11/23/2021_____
DATE

Harold Furchtgott-Roth

ERRATA SHEET
VERITEXT LEGAL SOLUTIONS MIDWEST

CASE NAME: Warner Records, Inc., et al. v. Charter Communications, Inc.
DATE OF DEPOSITION: 10/12/2021
WITNESS NAME: Harold W. Furchtgott-Roth, Ph.D.

| PAGE/LINE(S) | CHANGE | REASON |
| --- | --- | --- |
| 19:3 | replace "the YouTube" with "v. YouTube" | transcription error |
| 20:21 | replace "years; a draft report" with "years to a draft report" | clarify the record |
| 21:6 | replace "SPEAKER 1" with "MR. EISEMAN" | transcription error |
| 24:15 | replace "Song (ph) for Forbes.com" with "Sun, for Forbes.com," | transcription error |
| 25:20 | replace "that were copyrighted," with "that -- where copyright is" | transcription error |
| 29:13 | replace "full time" with "full-time"; replace "part time" with "part-time" | typo |
| 34:1 | remove "," after "is" | typo |
| 39:16 | replace "subscribed or" with "subscribers" | transcription error |
| 39:19 | insert "was" after "Charter" | transcription error |
| 42:2 | insert "," after "particular" | typo |
| 42:22 | replace "patterns" with "periods" | transcription error |
| 44:10 | insert "," after "file" | transcription error |
| 45:23 | replace "proceedings" with "proceeding," | transcription error |
| 46:6 | delete "it's" | clarify the record |
| 48:10 | insert "one" after "not" | clarify the record |
| 73:2 | replace "time and" with "timely" | transcription error |
| 74:22 | replace "informed" with "formed" | transcription error |
| 77:10 | replace "is" with "are" | clarify the record |
| 78:22 | replace "I." with "I" | typo |
| 80:22 | replace "they're" with "there are" | transcription error |
| 81:8 | replace "Bukin" with "Buchan" | transcription error |
| 84:12 | insert "you" after "allow" | clarify the record |
| 95:8 | delete "be" | typo |
| 97:3 | replace "iTune" with "iTunes" | typo |
| 97:17 | replace "tack" with "track" | typo |
| 103:21 | replace "are" with "were" | transcription error |
| 103:22 | replace "and" with "end" | transcription error |
| 104:22 | replace "subscribers'" with "subscriber's" | typo |
| 108:3 | replace "take" with "undertake" | transcription error |

| | | |
|---|---|---|
| 108:4 | replace "base" with "basis" | clarify the record |
| 108:11 | insert "," after "theme" | typo |
| 108:12 | replace "them" with "theme" | typo |
| 109:8 | replace "Tension? What, what do you mean by "tension"?" with "Attention? What, what do you mean by "attention"?" | transcription error |
| 113:3 | replace "sequence works" with "sequence of works" | transcription error |
| 116:13 | replace "taking" with "taken" | transcription error |
| 116:20 | replace "Charter's" with "Charter" | transcription error |
| 119:1 | insert "." after "that" | transcription error |
| 119:1 | replace "the" with "The" | transcription error |
| 119:5 | replace "share" with "sharing" | transcription error |
| 121:2 | insert "who" after activities | transcription error |
| 123:17 | replace "measures, benefits" with "measures of benefits" | transcription error |
| 133:18 | replace "Bukin" with "Buchan" | transcription error |
| 133:23 | replace "and" with "in" | transcription error |
| 137:3 | replace "taking" with "taken" | transcription error |
| 137:4 | replace "notices.  Would" with "notices, would" | transcription error |
| 139:5 | replace "they're, they're" with "there -- there are" | transcription error |
| 142:25 | replace "serious" with "seriously" | clarify the record |
| 144:12 | delete "a" | transcription error |
| 144:23 | replace "presume bring" with "presumably" | transcription error |
| 146:12 | replace "user" with "use" | clarify the record |
| 146:14 | replace "here" with "hear" | typo |
| 149:3 | replace "to the" with "of the" | transcription error |
| 153:24 | replace "Cagan" with "Kagan" | typo |
| 154:1 | replace "Cagan" with "Kagan" | typo |
| 156:7 | replace "premises" with "premise" | transcription error |
| 156:11 | replace "prime." with "prim -" | clarify the record |
| 169:20 | replace "Strong" with "strong" | typo |
| 173:13 | replace "0, 1," with "0 or 1," | clarify the record |
| 180:7 | replace "01" with "0 or 1" | clarify the record |
| 192:3 | replace "haven't. We've done" with "haven't re-done" | transcription error |
| 194:8 | replace "lodger" with "longer" | typo |
| 194:14 | delete "is" | clarify the record |
| 198:14 | delete "for" after "paid" | clarify the record |
| 209:15 | insert "report" after "Buchan" | clarify the record |

| 209:21 | replace "report" with "reports" | clarify the record |
|---|---|---|
| 216:10 | replace "BT (ph)" with "P2P" | transcription error |
| 216:20 | replace "continue" with "contain" | transcription error |
| 217:15 | replace "the mount" with "them out" | transcription error |
| 218:13 | replace "allowing" with "alone," | transcription error |
| 218:19 | replace "Pornographic" with "Phonographic" | transcription error |
| 219:21 | insert "the" before "number" | clarify the record |
| 221:24-25 | delete line break in ▇▇▇▇▇ | clarify the record |
| 222:1 | replace "IFPI" with "IFPI report" | clarify the record |
| 223:1 | replace "varietal" with "variety --" | clarify the record |
| 223:11 | replace "rescission" with "recession" | transcription error |
| 225:3 | replace "have it" with "haven't" | transcription error |
| 225:7 | replace "This is viewed" with "There's dispute" | transcription error |
| 225:8 | replace "majority, the studies" with "majority of the studies" | transcription error |
| 225:14 | replace "it a negative fact" with "a negative effect" | transcription error |
| 225:15 | replace "find it a positive fact" with "find a positive effect" | transcription error |
| 230:22 | replace "have you" with "you have" | transcription error |
| 234:22 | replace "25 Megahertz down, 3 Megahertz up" "25 Megabits down, 3 Megabits up" | clarify the record |
| 237:5 | replace "no" with "not" | transcription error |
| 238:22 | replace "tracks" with "drafts" | transcription error |
| 240:17 | insert "," after "direction" | typo |
| 244:19 | replace "interviewed" with "interview" | transcription error |
| 245:9 | replace "energies (ph)" with "interviews" | transcription error |
| 254:18 | replace "time" with "title" | transcription error |
| 255:24 | replace "exposed" with "ex-post," | transcription error |
| 255:24 | replace "done" with "dealing" | clarify the record |

__11/23/2021_____
DATE

*Harold Furchtgott-Roth*
Harold Furchtgott-Roth