# Exhibit XVI

# Exhibit 2

Page 1

1   IN THE UNITED STATES DISTRICT COURT
2   FOR THE DISTRICT OF COLORADO
3
    Civil Action No. 1:19-cv-00874-RBJ-MEH
4   _____
5   WARNER RECORDS INC.,
    (f/k/a Warner Bros. Record, Inc.),
6   et al.,
7           Plaintiffs,
8   v.
9   CHARTER COMMUNICATIONS, INC.,
10          Defendant.
    _____
11
          VIDEO VIDEOCONFERENCED 30(b)(6) DEPOSITION OF
12
                CHARTER COMMUNICATIONS
13
                        and
14
             JAY ROLLS, individually,
15
              APPEARING REMOTELY FROM
16
                 LITTLETON, COLORADO
17
                  August 31, 2021
18
    _____
19
20
21
22
23
24
25



Page 226

```
 1        DEPOSITION REVIEW
          CERTIFICATION OF WITNESS
 2
       ASSIGNMENT REFERENCE NO: 4783879
 3     CASE NAME: Warner Records Inc v. Charter Communications Inc
       DATE OF DEPOSITION: 8/31/2021
 4     WITNESS' NAME: Jay Rolls
 5        In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
 6 my testimony or it has been read to me.
 7        I have made no changes to the testimony
   as transcribed by the court reporter.
 8
   _____   _____
 9 Date              Jay Rolls
10      Sworn to and subscribed before me, a
   Notary Public in and for the State and County,
11 the referenced witness did personally appear
   and acknowledge that:
12
          They have read the transcript;
13        They signed the foregoing Sworn
                Statement; and
14        Their execution of this Statement is of
                their free act and deed.
15
          I have affixed my name and official seal
16
   this _____ day of_____, 20____.
17
             _____
18           Notary Public
19           _____
             Commission Expiration Date
20
21
22
23
24
25
```

Page 227

```
 1        DEPOSITION REVIEW
          CERTIFICATION OF WITNESS
 2
       ASSIGNMENT REFERENCE NO: 4783879
 3     CASE NAME: Warner Records Inc v. Charter Communications Inc
       DATE OF DEPOSITION: 8/31/2021
 4     WITNESS' NAME: Jay Rolls
 5        In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
 6 my testimony or it has been read to me.
 7        I have listed my changes on the attached
   Errata Sheet, listing page and line numbers as
 8 well as the reason(s) for the change(s).
 9        I request that these changes be entered
   as part of the record of my testimony.
10
          I have executed the Errata Sheet, as well
11 as this Certificate, and request and authorize
   that both be appended to the transcript of my
12 testimony and be incorporated therein.
13 _____   _____
   Date              Jay Rolls
14
       Sworn to and subscribed before me, a
15 Notary Public in and for the State and County,
   the referenced witness did personally appear
16 and acknowledge that:
17     They have read the transcript;
       They have listed all of their corrections
18       in the appended Errata Sheet;
       They signed the foregoing Sworn
19         Statement; and
       Their execution of this Statement is of
20         their free act and deed.
21     I have affixed my name and official seal
22 this _____ day of_____, 20____.
23           _____
             Notary Public
24
             _____
25           Commission Expiration Date
```

Page 228

```
 1        ERRATA SHEET
          VERITEXT LEGAL SOLUTIONS MIDWEST
 2        ASSIGNMENT NO: 4783879
 3 PAGE/LINE(S) /      CHANGE      /REASON
 4 _____
 5 _____
 6 _____
 7 _____
 8 _____
 9 _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19
   _____   _____
20 Date              Jay Rolls
21 SUBSCRIBED AND SWORN TO BEFORE ME THIS _____
22 DAY OF _____, 20_____ .
23           _____
             Notary Public
24
             _____
25           Commission Expiration Date
```

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.