# Exhibit XVIII

# EXHIBIT A

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLORADO
 3

 4

 5  WARNER RECORDS, INC., et       )
    al.;                          )
 6                                )
                 Plaintiffs,      )
 7                                ) Case No.
        vs.                       ) 1:19-cv-00874-RBJ-MEH
 8                                )
    CHARTER COMMUNICATIONS,       ) HIGHLY CONFIDENTIAL
 9  INC.;                         ) ATTORNEYS' EYES
                                  )
10               Defendants.      )
    _____)
11

12

13

14       VIDEOTAPED DEPOSITION VIA VIDEOCONFERENCE OF
15          RULE 30(B)(6) DEPOSITION JEREMY BLIETZ
16              Thousand Oaks, California
17               Friday, April 23, 2021
18

19

20

21

22

23  Reported by:
    Lynda L. Fenn, CSR, RPR
24  CSR No. 12566
    JOB No. 4527717
25
```

Case No. 3:19-cv-1708-WBH-RMEJ-MJ  Document 604-18  Filed 12/02/23  D DCO lab or a  Page 3 of
of 101

1   BY MR. SCHAPIRO:

2        Q   Have you ever measured whether piracy has

3   had an impact on whether consumers enjoy or want to

4   obtain your product, your music?

5        A   I'm not aware of a specific study, but if

6   they are getting it for free, clearly we're not able

7   to pay songwriters their fair share of that music

8   being distributed and so it definitely impacts us and

9   our songwriters.

10       Q   So, here, I was asking -- I'm sorry, I was

11  asking about consumers.

12           Do you know if the availability of free

13  music affects how consumers view or appreciate your

14  songs?

15       A   Well, I think if a culture of piracy is

16  endorsed, if it's available through ISPs, there's

17  definitely a cheapening of the value of musical

18  compositions.  And if consumers don't believe that

19  they -- they're worth downloading and paying for

20  properly because they can pick them up on a

21  peer-to-peer network for free, I think there's a

22  reduction in the value of musical compositions.

23       Q   And do you know of any studies that Warner

24  Music Publishing Plaintiffs have done to support that

25  feeling that you have?

Page 158

1    A    I'm not aware of any specific studies.  I

2  think it's -- from my stance, it's just more common

3  sense that if thousands and hundred of thousands of

4  files being exchanged and money not being collected,

5  there's a cheapening of the marketplace and of our

6  catalog that is not being properly paid.

7    Q    And I think I can guess the answer to this

8  one, but have the Warner Music Publishing Plaintiffs

9  ever measured whether piracy has increased the

10  revenue it has received for some of its songwriters?

11    A    Absolutely not.  I think it's a ridiculous

12  argument.  Clearly piracy leads to the loss of

13  revenue and the inability for songwriters to make an

14  equitable living and so I would completely disagree

15  with that -- that theory.

16

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 159



Page 198

1    enjoy the rest of your day.

2            THE WITNESS:  Okay.  Thank you.  You too,

3    take care.

4            MR. SCHAPIRO:  Ms. Court Reporter, "Lynda"

5    with a "Y," thank you very much for working with us

6    today and also Mr. Slater.

7            THE COURT REPORTER:  Thank you.

8            THE VIDEOGRAPHER:  Thank you very much.

9    Would you like me to take us off the record?

10           MR. SCHAPIRO:  Yes, please.

11           THE VIDEOGRAPHER:  We are off the record.

12   The time is 3:00 p.m. on April 23rd, 2021.  This

13   concludes today's testimony given by Jeremy Blietz.

14   The total number of media units used was six and will

15   be retained by Veritext Legal Solutions.

16           MR. HILL:  Okay.  This is plaintiffs, we

17   would like to order expedited.

18           (Deposition ended at 3:00 p.m.)

19   ///

20   ///

21   ///

22

23

24

25

Case No. 9:19-cv-00874-RBU-MEH Document 691-84 Filed 12/02/23 USDC Colorado Page 7 of 101

Page 199

1   STATE OF CALIFORNIA      )

2                            )    ss.

3   COUNTY OF LOS ANGELES    )

4        I, Lynda L. Fenn, Certified Shorthand

5   Reporter No. 12566 for the State of California, do

6   hereby certify:

7        That prior to being examined, the witness named

8   in the foregoing deposition was duly sworn to testify

9   the truth, the whole truth, and nothing but the

10  truth;

11       That said deposition was taken down by me in

12  shorthand at the time and place therein named and

13  thereafter reduced by me to typewritten form and that

14  the same is a true, correct, and complete transcript

15  of said proceedings.

16       Before completion of the deposition, review of

17  the transcript [ X ] was [  ] was not requested.  If

18  requested, any changes made by the deponent (and

19  provided to the reporter) during the period allowed

20  are appended hereto.

21       I further certify that I am not interested in

22  the outcome of the action.

23       Witness my hand th:

24

25                           Lynda L. Fenn, CSR, RPR

DEPOSITION REVIEW
CERTIFICATION OF WITNESS
VERITEXT LEGAL SOLUTIONS MIDWEST


CASE NAME:  Warner Records Inc. v. Charter Communications, Inc.
DATE OF DEPOSITION:  April 23, 2021
WITNESS' NAME:  Jeremy Blietz

In accordance with the Rules of Civil Procedure, I have read the entire transcript of my testimony or it has been read to me.

I have listed my changes on the attached Errata Sheet, listing page and line numbers as well as the reason(s) for the change(s).

I request that these changes be entered as part of the record of my testimony.

I have executed the Errata Sheet, as well as this Certificate, and request and authorize that both be appended to the transcript of my testimony and be incorporated therein.


July 9, 2021_____                    /s/ Jeremy Blietz_____
 DATE                                          WITNESS' SIGNATURE




SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ DAY OF _____,
20_____.

 _____
 Notary Public

_____
Commission Expiration Date

ERRATA SHEET
VERITEXT LEGAL SOLUTIONS MIDWEST

CASE NAME:  Warner Records Inc. v. Charter Communications, Inc.
DATE OF DEPOSITION:  April 23, 2021
WITNESS NAME:  Jeremy Blietz

| PAGE/LINE(S) | CHANGE | REASON |
|---|---|---|
| 1:5 delete "," in "Warner Records, Inc. | typo |
| 2:5 delete "," in "Warner Records, Inc." | typo |
| 8:18 delete "," in "Warner Records, Inc." | typo |
| 15:9–10 replace "senior vice president of administration North America" with "Senior Vice President of Administration, North America" | capitalization |
| 15:15 capitalize "a" in "administration" | capitalization |
| 34:16 add "a" between "as" and "PA" | typo |
| 42:20 replace "copyright works" with "Copyright Works" | capitalization |
| 42:22 replace "copyright works" with "Copyright Works" | capitalization |
| 42:24 replace "copyright works" with "Copyright Works" | capitalization |
| 48:8 replace "a" with "us" | typo |
| 50:7 insert line break and "Q" before "Do" | mistranscription |
| 52:5 replace "network that" with "network.  That" | punctuation |
| 52:6 delete "s" at the end of "compositions" | typo |
| 57:16 change "notice" to "notices" | typo |
| 57:17 change "her" to "the" | typo |
| 59:7 add "," after "writers" | punctuation |
| 60:19 add "to" after "need" | typo |
| 67:10 replace "we've" with "we" | typo |
| 72:4 replace "privacy" with "piracy" | typo |
| 75:18 add "be" after "might" | typo |
| 84:5 replace "I can't specific" with "I can't speak" | typo |
| 103:17 add "," after "cases" | punctuation |
| 108:21 replace "which" with "with" | typo |
| 136:12 replace "IRA" with "RIAA" | typo |
| 161:16 delete "go" | typo |
| 169:15 replace "complaint the" with "the claim" | typo |
| 181:15 replace "receiving" with "received" | typo |

| | |
|---|---|
| 185:16 replace "artists" with "artist" | typo |
| 198:16–17 delete "MR. HILL: Okay. This is plaintiffs, we would like to order expedited." | mistranscription |
| 200:6 delete "," in "Warner Records, Inc." | typo |
| 201:3 delete "," in "Warner Records, Inc." | typo |
| 202:3 delete "," in "Warner Records, Inc." | typo |

July 9, 2021 _____          /s/ Jeremy Blietz _____
DATE                                   WITNESS' SIGNATURE


SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ DAY OF _____,
20_____.

_____
 Notary Public

_____
Commission Expiration Date