# Exhibit XXI

Case 1:19-cv-08074-RBH-MEH Document 610-2 Filed 11/20/22 USDC Colorado Page 1 of 5

# Exhibit 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

WARNER RECORDS, INC., et al.,    )
                                 )
         Plaintiffs,             )
                                 )         Case No.
    vs.                          ) 1:19-cv-00874-RBJ-MEH
                                 )
CHARTER COMMUNICATIONS, INC.,    )
                                 )
         Defendant.              )

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Videotaped deposition of SANDEEP CHATTERJEE, PH.D., taken remotely before NADINE J. WATTS, CSR, RPR, and Notary Public, pursuant to the Federal Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, commencing at 9:35 a.m. Central Standard Time on the 5th day of October, A.D., 2021.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 62

1  detecting copyrighted content on a peer-to-peer network,
2  correct?
3      A   For a case, I don't remember off the top of my
4  head.  I may have, but I just don't remember right now.
5  But like I think I've set forth in my report, I have a
6  lot of experience with peer-to-peer networks and systems
7  and technologies.
8      Q   Prior to this case have you ever reviewed
9  technical specifications or design documentation for
10 software to detect copyrighted content on peer-to-peer
11 networks?
12     A   Again, I can't think of anything off the top of
13 my head on a litigation side.  But, again, I've
14 developed P2P systems and I have a lot of experience and
15 familiarity with them.
16     Q   Have you ever written a peer-to-peer client
17 software?
18     A   I have.
19     Q   Tell me about that please.
20     A   Well, I believe it's in my report.  So my Ph.D.
21 work, we did a lot of applications of the fundamental
22 Ph.D. work, and we built systems that were using my
23 Ph.D. dissertation.  And one of the applications that we
24 built were in relation to TVs and home automation

Page 63

1  essentially.
2          So you would have TVs that are intelligent,
3  that would communicate with refrigerators, that would
4  communicate with intelligent toys.  And specifically
5  with regards to the toys, we were looking at building a
6  peer-to-peer community where children and parents could
7  create innovative content, for example, saying stories
8  and then they could share it with others within the
9  community.
10         So the toy would be, for example, like a
11 talking doll, and that doll would actually talk with the
12 child, and it was able to pull content from a P2P
13 network, where others within that community had created
14 content, for example, stories that could be articulated
15 through intelligent toys.
16     Q   Have you ever developed peer-to-peer or
17 file-sharing software for consumers?
18     A   Well, the example that I just gave you is for
19 users, which would be consumers of those intelligent
20 toys.
21     Q   And have you ever developed any peer-to-peer or
22 software comparable to the types of peer-to-peer
23 protocols that are at issue in this case, BitTorrent,
24 Ares, eDonkey or Gnutella?

Page 64

1          That was probably fast for Nadine.
2  BitTorrent, Ares, A-R-E-S, eDonkey, and Gnutella,
3  G-N-U-T-E-L-L-A.
4      A   If your question was whether I've developed a
5  BitTorrent client or these other specific clients, no,
6  but, like I mentioned, I have worked on peer-to-peer
7  clients.  They all have specific nuances, for example,
8  what type of hash they use, what they hash, or what they
9  don't hash.  So from a technical perspective, there's
10 really no difference.
11         But to answer your question, I don't recall
12 off the top of my head developing a BitTorrent client.
13 There were open source clients available as well.  I
14 remember playing around with those.  But I believe your
15 question was have I developed it, and I understand that
16 question to be like developing from scratch.  So I don't
17 believe so.
18     Q   What do you mean by playing around with it?  You
19 said you remember playing around with BitTorrent clients
20 that were available on open source.
21     A   Yes.  So playing around with the source code and
22 looking through it, that's what I mean by playing around
23 with open source clients for BitTorrent.
24     Q   And, likewise, I assume you haven't developed a

Page 65

1  peer-to-peer client for Ares, eDonkey or Gnutella,
2  correct?
3      A   Well, it's the same answer that I just gave you.
4  I don't recall specifically using those protocols.  But
5  the client that I used in relation to my Ph.D. work at
6  MIT was peer-to-peer, and it simply nuances in terms of
7  what you hash, what you don't hash, things like that.
8      Q   Through your -- This was in your doctoral work
9  that you just described, the smart products?
10     A   They're really applications.  My doctoral
11 dissertation was really the underlying, like how do you
12 make these things intelligent.  These are more
13 applications to kind of like showcase how cool the
14 technology could be.
15     Q   And you received your doctorate in 2001,
16 correct?
17     A   Yes.
18     Q   The research you've described and this
19 development list as part of your research and work in
20 that doctoral program?
21     A   Yes, it was my dissertation.  It was my thesis,
22 yes.
23     Q   So for the use of peer-to-peer -- What was the
24 program or application called, just so I have easy

17 (Pages 62 - 65)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 246

4  MR. GOULD: I have no further questions. Dr.
5  Chatterjee, thank you for your time. I appreciate it.
6  MR. HAMSTRA: I will -- I don't have any further
7  questions. I will reserve signature.
8  I think we should probably designate this, at
9  least provisionally, as Highly Confidential, Attorneys'
10 Eyes Only for the third-party evidence discussed.
11  THE VIDEOGRAPHER: Okay. The time is approximately
12 6:16 p.m. We are going off the video record.

Page 247

1 STATE OF ILLINOIS )
               ) SS:
2 COUNTY OF C O O K )
3       The within and foregoing deposition of the
4 aforementioned witness was taken before NADINE J. WATTS,
5 CSR, RPR and Notary Public, at the place, date and time
6 aforementioned.
7       There were present during the taking of the
8 deposition the previously named counsel.
9       The said witness was first duly sworn and was
10 then examined upon oral interrogatories; the questions
11 and answers were taken down in shorthand by the
12 undersigned, acting as stenographer and Notary Public;
13 and the within and foregoing is a true, accurate and
14 complete record of all of the questions asked of and
15 answers made by the forementioned witness, at the time
16 and place hereinabove referred to.
17      The signature of the witness was not waived,
18 and the deposition was submitted, pursuant to Rules
19 30(e) of the Rules of Civil Procedure for the United
20 States District Courts, to the deponent per copy of the
21 attached letter.
22      The undersigned is not interested in the
23 within case, nor of kin or counsel to any of the
24 parties.

Page 248

1       Witness my official signature and seal as
2 Notary Public in and for Cook County, Illinois on this
3 8th day of October, A.D. 2021.
4
5       *Nadine J. Watts*
        NADINE J. WATTS, CSR, RPR
6       License No. 084-002736
        Notary Public
7       One North Franklin Street
        Suite 3000
8       Chicago, Illinois 60606
        Phone: (312) 442-9087

Page 249

Veritext Legal Solutions
1100 Superior Ave
Suite 1820
Cleveland, Ohio 44114
Phone: 216-523-1313

October 8, 2021

To: NATHAN M HAMSTRA

Case Name: Warner Records, Inc , et al v Charter Communications, Inc
Veritext Reference Number: 4822026
Witness: Sandeep Chatterjee, Ph D   Deposition Date: 10/5/2021

Dear Sir/Madam:

Enclosed please find a deposition transcript  Please have the witness review the transcript and note any changes or corrections on the included errata sheet, indicating the page, line number, change, and the reason for the change  Have the witness' signature notarized and forward the completed page(s) back to us at the Production address shown above, or email to production-midwest@veritext com

If the errata is not returned within thirty days of your receipt of this letter, the reading and signing will be deemed waived

Sincerely,

Production Department

NO NOTARY REQUIRED IN CA