# Exhibit XXIX

# PLAINTIFFS' EXHIBIT 2

|   | **Charter's "Undisputed Facts" (Dkt. 549 at 1–3)** | **Plaintiffs' Position** |
|---|---|---|
| 1 | Charter is a cable company that provides customers with a connection to the Internet for a monthly fee. Declaration of Mary Haynes ("Haynes Decl.") ¶ 3. | **Undisputed.** |
| 2 | During the relevant period, Charter provided Internet access to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and hundreds of thousands of businesses, in geographic regions across the country. *Id.* ¶¶ 4-6. | **Undisputed.** |
| 3 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *Id.* ¶¶ 7-8. | *Disputed insofar as Charter refers to infringement notices as "complaints."* |
| 4 | Although Charter could not verify the allegations in the notices, it took them seriously. *Id.* ¶¶ 9-11; 37. | *Disputed.*<br><br>*See* Gould Decl. Exs. 3 (Rowlett Tr. 130:22-131:17, 147:2-13), 4 (Jones Tr. 163:1-6, 164:2-5), 5 (Taylor Tr. 47:4-8), 6 (Brockel Tr. 251:25-252:8), 15 (at "Overview"), 16, 18, 20, 22;<br><br>Pl. SUMF ¶¶ 18–33. |
| 5 | At great expense, Charter implemented a program to track all the copyright notices it received, inform customers about the allegations contained in the notices, and educate customers about the consequences of copyright infringement. *Id.* ¶¶ 11-13; 21-40. | *Disputed.*<br><br>*See* Gould Decl. Exs. 7 (Haynes Tr. 119:10-122:15), 24 (at -343), 25 (at -939), 26 (at -420));<br><br>Pl. SUMF ¶¶ 18-33. |

1

| 6 | The goal of Charter's program was to discourage and prevent copyright infringement online. *Id.* ¶¶ 12-13; 41-42. | ***Disputed.***<br><br>*See* Gould Decl. Exs. 7 (Haynes Tr. 119:10-122:15), 16-23, 24 (at -343), 25 (at -939), 26 (at -420));<br><br>Pl. SUMF ¶¶ 18-33. |
|---|---|---|
| 7 | Charter's program for addressing allegations of copyright infringement was designed to comport with industry standards. Haynes Decl. ¶ 14. | ***Disputed.***<br><br>*See* Mot. to Strike (Dkt. 608) at 8-11;<br><br>Gould Decl. Exs. 8 (Marks Tr. 266:18-267:12), 9 (Lesser Tr. 113:14-16), 10 (Benjamin Tr. 133:1-25), 11 (McMullan 154:10-24), 12 (Bell Tr. 117:20-118:5) 13 (Leak Tr. 179:23-180:6). |
| 8 | In 2011, members of the movie, television, music and Internet service provider communities announced the creation of the Copyright Alert System ("CAS")—a set of "best practices" for ISPs to follow when handling copyright complaints. *Id.* ¶¶ 15-16; Declaration of Andrew H. Schapiro ("Schapiro Decl.") Ex. B. | ***Disputed.***<br><br>*See* Mot. to Strike at 8-13. |
| 9 | The cornerstone of the CAS program was customer education, and it was based on data showing that most Internet subscribers, once informed about the alleged content theft and its possible consequences, would take steps to ensure that the misconduct did not happen again. Haynes Decl. ¶ 16; Schapiro Decl. Exs. B, C. | ***Disputed.***<br><br>*See* Mot. to Strike at 8-13. |
| 10 | Importantly, CAS did not require a provider to terminate customer accounts based solely on the receipt of repeated notices of alleged infringement. *Id.*; Haynes Decl. ¶ 17. | ***Disputed.***<br><br>*See* Mot. to Strike at 8-13; |

2

| | | |
|---|---|---|
| | | Gould Decl. Ex. 13 (Leak Tr. 179:14-21); s*ee also id.* Ex.. 8 (Marks Tr. 278:4-11). |
| 11 | Although Charter was not itself a participant in the CAS program, its copyright notice program tracked CAS by using information and education to mitigate online infringement. *Id.* ¶¶ 18-20. | *Disputed*.<br><br>*See* Mot. to Strike at 8-11. |
| 12 | Plaintiffs claim to have sent Charter ▮▮▮▮ notices of alleged infringement from January 2012 to May 2016. | **Undisputed.** |
| 13 | The notices informed Charter that a customer "may be liable" for acts of infringement:<br><br>If you are an Internet Service Provider (ISP), you have received this letter because we have identified a user on your network reproducing and/or distributing an unauthorized copy of a copyrighted sound recording(s). *This letter constitutes notice to you that this user may be liable for infringing activity occurring on your network.*<br><br>Haynes Decl. ¶¶ 43-46; Ex A (emphasis added). | *Disputed*.<br><br>*See* Haynes Decl. Ex. A. |
| 14 | Plaintiffs fault Charter for ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | *Disputed*.<br><br>*See* Pl. SUMF ¶¶ 18, 19;<br><br>Buchan Decl. ¶ 5, Ex. 1. |
| 15 | But Plaintiffs do not dispute that ▮▮▮▮▮▮▮▮▮▮▮▮. | *Disputed*. |

3

| | | |
|---|---|---|
| | | *See* Gould Decl. Exs. 3 (Rowlett Tr. 130:22-131:17, 147:2-13), 4 (Jones Tr. 163:1-6, 164:2-5), 5 (Taylor Tr. 47:4-8), 6 (Brockel Tr. 251:25-252:8), 15 (at "Overview"), 16, 18, 20, 22. |
| 16 | At the same time, ███████████████ ███████████████████████████ ███████████████████████████. *Id.* ¶¶ 31-35. | **Disputed.**<br><br>*See* Mot. to Strike at 2-4;<br><br>*see also* Gould Decl. Exs. 16, 18, 20, 22. |
| 17 | ███████████████████████████ ███████████████████████████ ████████████ *Id.* | **Disputed.**<br><br>*See* Pl. SUMF ¶¶ 20-25. |

4