# Exhibit XXX

# PLAINTIFFS' EXHIBIT 3

Page 1

```
 1            THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLORADO

 3

 4    WARNER RECORDS INC. (f/k/a        )

      Warner Bros. Records, Inc.),     )

 5    et al.,                          )

                                       )

 6            Plaintiffs,              )

                                       )

 7       vs.                           ) No.  19-CV-00874

                                       )      RBJ-MEH

 8    CHARTER COMMUNICATIONS, INC.,    )

                                       )

 9            Defendant.               )

10

11

12            Deposition of LAURIE ROWLETT

13               Taken April 30, 2021

14

15          The remotely held videotaped deposition

16    of LAURIE ROWLETT, taken by Maria S. Winn, CSR,

17    RPR and CRR, pursuant to the Federal Rules of

18    Civil Procedure for the United States District

19    Courts pertaining to the taking of depositions,

20    with the witness located in St. Louis, Missouri,

21    commencing at 9:01 a.m. on April 30, 2021.

22

23

24

25
```



Page 130
1  Q   Having read it, do you have that clarity
2 in your mind that that's what happened?
3  A   Yes.
4  Q   And the first sentence that says:
5     "We will no longer be forwarding the
6 infringement evidence by e-mail," is that a
7 reference to no longer forwarding the actual text
8 of the DMCA notices that Charter received from
9 rights holders?
10     MS. ROSE:  Objection to the form of the
11   question.
12  A   I'm very sorry, but someone opened my
13 door.  Can you repeat that?  I am very sorry.
14 BY MR. SPERLING:
15  Q   No problem.  Are you ready to proceed, or
16 do we need to take a break --
17  A   I am.  No, my husband is just leaving for
18 a trip.  He said goodbye, and I ignored him.
19  Q   I'm happy to go off the record for a
20 minute if you want to say goodbye to your husband.
21  A   No, we're good.  We're good.
22
23
24
25

Page 131
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18     MR. SPERLING:  Why don't we mark as
19   Exhibit 109, Tab 68.
20     (Document marked as Deposition
21      Exhibit No. 109 for identification.)
22 BY MR. SPERLING:
23  Q   Okay, you should have that in your
24 folder, Ms. Rowlett.
25  A   It's refreshing.

Page 132
1  Q   Do you have Exhibit 109 on your screen
2 now, ma'am?
3  A   I do.
4                          Let me know if
5 you would like to take a moment to read it.
6  A   I would like to take a moment.  I'm
7 sorry, I should have responded.
8     Okay, I've read it.
9  Q   I will just note on the record that was a
10 little more than two hours -- two minutes and 15
11 seconds.
12
13
14 BY MR. SPERLING:
15  Q   Ms. Rowlett, I'm putting facts on the
16 record I feel I need to.  You shouldn't
17 misunderstand it.  It is not directed at you in
18 any way, I just want a clear transcript.  So
19 please don't misunderstand it as a criticism.  It
20 is not.
21
22
23
24
25

Page 133
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25     (Reporter clarification)

34 (Pages 130 - 133)

Veritext Legal Solutions
www.veritext.com                                    888-391-3376



Page 146

Page 147

Page 148

Page 149

14    MR. SPERLING:  Okay, we've been going a
15  little over an hour.  Why don't we take a
16  short break.
17    THE WITNESS:  That would help.
18    THE VIDEOGRAPHER:  Off the record at
19  1:48.
20        (WHEREUPON, a recess was taken,
21        after which the following
22        proceedings were held:)
23    THE VIDEOGRAPHER:  Back on the record at
24  2:00 p.m.
25

38 (Pages 146 - 149)

Page 258

24     MR. SPERLING:  No further questions.
25     We can go off the record.

Page 259

1     THE VIDEOGRAPHER:  Okay, we're off the
2  record at 5:33.
3          (WITNESS EXCUSED)

Page 260

1  STATE OF ILLINOIS )
                        ) SS:
2  COUNTY OF C O O K )
3
4       The within and foregoing deposition of
5  the aforementioned witness was taken by
6  MARIA S. WINN, CSR, RPR and CRR, on the date and
7  time aforementioned.
8       There were present remotely during the
9  taking of the deposition the previously named
10  counsel.
11      The said witness was first duly sworn and
12  was then examined upon oral interrogatories; the
13  questions and answers were taken down in shorthand
14  by the undersigned, acting as stenographer; and
15  the within and foregoing is a true, accurate and
16  complete record of all of the questions asked of
17  and answers made by the aforementioned witness, at
18  the time and place hereinabove referred to.
19      The signature of the witness was not
20  waived, and the deposition was submitted,
21  pursuant to Rule 30(e) and 32(d)4 of the Rules
22  of Civil Procedure for the United States District
23  Courts, to the deponent per copy of the attached
24  letter.
25

Page 261

1       The undersigned is not interested in the
2  within case, nor of kin or counsel to any of the
3  parties.
4       In witness whereof, I have hereunto set
5  my hand and seal of office this day, May 3, 2021.
6
7
8  _____
9
10  CSR No. 084-003784 - Expiration Date: May 31, 2021

Veritext Legal Solutions
www.veritext.com                                    888-391-3376