# Exhibit XXXI

# PLAINTIFFS' EXHIBIT 4

Case 1:19-cv-00874-RBJ-MEH Document 614-5 Filed 10/20/21 USDC Colorado Page 2 of 5
Case No. 1:19-cv-00874-RBJ-MEH Document 684-32 filed 12/02/22 USDC Colorado pg 3 of 4

HIGHLY CONFIDENTIAL

Page 1

* HIGHLY CONFIDENTIAL *
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-CV-00874-RBJ-MEH
_____
WARNER RECORDS, INC., (f/k/a Warner Bros. Records, Inc.), et al.,

    Plaintiffs,

vs.

CHARTER COMMUNICATIONS, INC.,

    Defendant.
_____
HIGHLY CONFIDENTIAL VIDEO RECORDED VIDEOCONFERENCED
DEPOSITION OF PHILIP JONES
April 28, 2021
_____

HIGHLY CONFIDENTIAL



Page 162
* HIGHLY CONFIDENTIAL *

Page 163
* HIGHLY CONFIDENTIAL *

7      MR. OPPENHEIM: Mr. Anten wanted a break.
8  Can we -- can you give me 2 minutes and then we'll come
9  back on -- let's go off the record.
10         VIDEOGRAPHER: This marks the end of Media
11 Number 4. The time is 12:44 p.m. We are off the record.
12         (Recess taken, 12:44 p.m. to 12:55 p.m.)
13         VIDEOGRAPHER: This marks the beginning of
14 Media Number 5. The time is 12:55 p.m. We are on the
15 record.
16      Q.  (By Mr. Oppenheim) Mr. Jones, a moment
17 ago, we were speaking about notices that Charter had
18 received from the RIAA. Do you recall that?
19      A.  Yes, sir.

Page 164
* HIGHLY CONFIDENTIAL *

Page 165
* HIGHLY CONFIDENTIAL *

HIGHLY CONFIDENTIAL

Page 182

* HIGHLY CONFIDENTIAL *

1
2
3
4
5
6
7     MR. OPPENHEIM:  I have no further
8  questions.
9     MR. ANTEN:  I have no further questions.
10  Thank you, Mr. Jones.
11     VIDEOGRAPHER:  We are off the record at
12  1:40, and this concludes today's testimony given by Philip
13  Jones.  The total number of media units used was 5 and
14  will be retained by Veritext Legal Solutions.  All right.
15  That's a day.
16     * * * * * * * * * *
17     (WHEREUPON, the foregoing deposition was
18  concluded at the hour of 1:40 p.m.  Total time on the
19  record was 4 hours, 14 minutes.)
20
21
22
23
24
25

Page 183

* HIGHLY CONFIDENTIAL *
1     CERTIFICATE OF DEPOSITION OFFICER
2  STATE OF COLORADO          )
3  CITY AND COUNTY OF DENVER  )
4     I, Bonnie Carpenter Johnshoy, a Registered
5  Professional Reporter and Notary Public within and for
6  the State of Colorado, commissioned to administer oaths,
7  do hereby certify that previous to the commencement of
8  the examination, the witness was duly sworn by me to
9  testify to the truth in relation to matters in
10  controversy between the said parties; that the said
11  deposition was taken in stenotype by me at the time and
12  place aforesaid and was thereafter reduced to typewritten
13  form by me; and that the foregoing is a true and correct
14  transcript of my stenotype notes thereof.
15     That I am not an attorney nor counsel nor in any
16  way connected with any attorney or counsel for any of the
17  parties to said action nor otherwise interested in the
18  outcome of this action.
19     My commission expires:  September 22, 2023.
20
21     _____
       Bonnie Carpenter Johnshoy
22     Registered Professional Reporter
       Certified Shorthand Reporter
23     Certified Realtime Reporter
       Notary Public, State of Colorado
24
25

Page 184

1  Veritext Legal Solutions
   1100 Superior Ave
2  Suite 1820
   Cleveland, Ohio 44114
3  Phone: 216-523-1313
4
   May 5, 2021
5
   To: MR. ANTEN
6
   Case Name: Warner Records, Inc., Et Al. v. Charter Communications,
7  Inc.
8  Veritext Reference Number: 4557340
9  Witness:  Philip Jones      Deposition Date:  4/28/2021
10
   Dear Sir/Madam:
11
12  Enclosed please find a deposition transcript.  Please have the witness
13  review the transcript and note any changes or corrections on the
14  included errata sheet, indicating the page, line number, change, and
15  the reason for the change.  Have the witness' signature notarized and
16  forward the completed page(s) back to us at the Production address
    shown
17
    above, or email to production-midwest@veritext.com.
18
19  If the errata is not returned within thirty days of your receipt of
20  this letter, the reading and signing will be deemed waived.
21
    Sincerely,
22
    Production Department
23
24
25  NO NOTARY REQUIRED IN CA

Page 185

1     DEPOSITION REVIEW
      CERTIFICATION OF WITNESS
2
      ASSIGNMENT REFERENCE NO: 4557340
3     CASE NAME: Warner Records, Inc., Et Al. v. Charter
   Communications, Inc.
      DATE OF DEPOSITION: 4/28/2021
4     WITNESS' NAME: Philip Jones
5     In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7     I have made no changes to the testimony
   as transcribed by the court reporter.
8
   _____      _____
9  Date            Philip Jones
10    Sworn to and subscribed before me, a
   Notary Public in and for the State and County,
11  the referenced witness did personally appear
   and acknowledge that:
12
      They have read the transcript;
13    They signed the foregoing Sworn
        Statement; and
14    Their execution of this Statement is of
        their free act and deed.
15
      I have affixed my name and official seal
16
   this _____ day of_____, 20____.
17
      _____
18    Notary Public
19    _____
      Commission Expiration Date
20
21
22
23
24
25