# Exhibit XXXII

# PLAINTIFFS' EXHIBIT 5

Case No. 1:19-cv-10387-RBJ-MEH Document 144-6 Filed 11/20/21 USDC Colorado pg 2 of 6

Page 1

1      IN THE UNITED STATES DISTRICT COURT
2         FOR THE DISTRICT OF COLORADO
3
4 WARNER RECORDS INC. (f/k/a    )
   Warner Bros. Records, Inc.),  )
5 et al.,                               )
                                      )
6        Plaintiffs,         )
                                      )
7   vs.                                ) No. 19-cv-00874
                                      )     RBJ-MEH
8 CHARTER COMMUNICATIONS, INC.,  )
                                      )
9        Defendant.          )
10
11
12       Deposition of ADAM TAYLOR
13         Taken May 20, 2021
14
15      The remotely held videotaped deposition
16 of ADAM TAYLOR, taken by Maria S. Winn, CSR, RPR
17 and CRR, pursuant to the Federal Rules of Civil
18 Procedure for the United States District Courts
19 pertaining to the taking of depositions, with the
20 witness located in St. Louis, Missouri, commencing
21 at 9:00 a.m. on May 20, 2021.
22
23
24
25



Page 46 / Page 47 / Page 48 / Page 49

17 BY MR. SPERLING:
18   Q   Okay. Between the time that you
19 graduated to handling inbound calls -- I'm sorry.
20 Give me one second.

13 (Pages 46 - 49)

| | |
|---|---|
| Page 158 | Page 160 |
| 1 ████ | 1 ████ |
| 2 ████ | 2 ████ |
| ... (lines 3-19 redacted) | ... (lines 3-25 redacted) |
| 20 BY MR. SPERLING: | |
| 21   Q   Mr. Taylor, during your tenure on the | |
| 22 abuse team, you understood that peer-to-peer file | |
| 23 sharing software was principally used for | |
| 24 distributing copyrighted material.  Right? | |
| 25       MS. BREWER:  Object to form. | |

Page 159

1   A   I'd say it was commonly used, yes.
2  BY MR. SPERLING:
3   Q   Commonly used to distribute copyrighted
4  material.  Correct?
5       MS. BREWER:  Object to form.
6   A   Correct.
7  BY MR. SPERLING:
8   Q   And in fact, that was the principal
9  purpose for which that software was used during
10 your tenure on the abuse team.  Right?
11       MS. BREWER:  Object to form.  Asked and
12   answered.
13   A   Yes.
14 BY MR. SPERLING:
15   Q   Mr. Taylor, have you ever used
16 peer-to-peer file sharing software?
17       MS. BREWER:  Object to form.  I'm going
18   to lodge a running objection as to questions
19   that go outside the scope of the discovery
20   period.
21       But you can go ahead and answer,
22   Mr. Taylor.
23   A   I have.
24 BY MR. SPERLING:
25 ████████████████████████

Page 161

(lines 1-20 redacted)
21       MR. SPERLING:  Mr. Taylor, thank you for
22   your time.  I have no further questions.
23       MS. BREWER:  Okay.  I just have a few
24   questions.
25



Page 166

1  The undersigned is not interested in the
2  within case, nor of kin or counsel to any of the
3  parties.
4       In witness whereof, I have hereunto set
5  my hand and seal of office this day, May 25, 2021.
6
7
8       *Maria L. Win* (signature)
9
10 CSR No. 084-003784 - Expiration Date: May 31, 2023
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 167

1              Veritext Legal Solutions
                  1100 Superior Ave
2                    Suite 1820
               Cleveland, Ohio 44114
3              Phone: 216-523-1313
4  May 25, 2021
5  To: Ms. Brewer
6  Case Name: Warner Records, Inc., Et Al. v. Charter Communications, Inc.
7
   Veritext Reference Number: 4557550
8
   Witness: Adam Taylor    Deposition Date: 5/20/2021
9
10 Dear Sir/Madam:
11
   Enclosed please find a deposition transcript. Please have the witness
12
   review the transcript and note any changes or corrections on the
13
   included errata sheet, indicating the page, line number, change, and
14
   the reason for the change. Have the witness' signature notarized and
15
   forward the completed page(s) back to us at the Production address
16 shown
17 above, or email to production-midwest@veritext.com.
18
   If the errata is not returned within thirty days of your receipt of
19
   this letter, the reading and signing will be deemed waived.
20
21 Sincerely,
22 Production Department
23
24
25 NO NOTARY REQUIRED IN CA

Page 168

1       DEPOSITION REVIEW
        CERTIFICATION OF WITNESS
2
        ASSIGNMENT REFERENCE NO: 4557550
3       CASE NAME: Warner Records, Inc., Et Al. v. Charter Communications, Inc.
        DATE OF DEPOSITION: 5/20/2021
4       WITNESS' NAME: Adam Taylor
5       In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7       I have made no changes to the testimony
   as transcribed by the court reporter.
8
   _____   _____
9  Date              Adam Taylor
10      Sworn to and subscribed before me, a
   Notary Public in and for the State and County,
11 the referenced witness did personally appear
   and acknowledge that:
12
        They have read the transcript;
13      They signed the foregoing Sworn
              Statement; and
14      Their execution of this Statement is of
              their free act and deed.
15
        I have affixed my name and official seal
16
   this _____ day of_____, 20____.
17
              _____
18            Notary Public
19            _____
              Commission Expiration Date
20
21
22
23
24
25

Page 169

1       DEPOSITION REVIEW
        CERTIFICATION OF WITNESS
2
        ASSIGNMENT REFERENCE NO: 4557550
3       CASE NAME: Warner Records, Inc., Et Al. v. Charter Communications, Inc.
        DATE OF DEPOSITION: 5/20/2021
4       WITNESS' NAME: Adam Taylor
5       In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7       I have listed my changes on the attached
   Errata Sheet, listing page and line numbers as
8  well as the reason(s) for the change(s).
9       I request that these changes be entered
   as part of the record of my testimony.
10
        I have executed the Errata Sheet, as well
11 as this Certificate, and request and authorize
   that both be appended to the transcript of my
12 testimony and be incorporated therein.
13 _____   _____
   Date              Adam Taylor
14
        Sworn to and subscribed before me, a
15 Notary Public in and for the State and County,
   the referenced witness did personally appear
16 and acknowledge that:
17      They have read the transcript;
        They have listed all of their corrections
18           in the appended Errata Sheet;
        They signed the foregoing Sworn
19           Statement; and
        Their execution of this Statement is of
20           their free act and deed.
21      I have affixed my name and official seal
22 this _____ day of_____, 20____.
23
              _____
24            Notary Public
              _____
25            Commission Expiration Date

43 (Pages 166 - 169)