# Exhibit XXXIII

# PLAINTIFFS' EXHIBIT 6

Page 1

1              THE UNITED STATES DISTRICT COURT
2                FOR THE DISTRICT OF COLORADO
3
4     WARNER RECORDS INC. (f/k/a       )
      Warner Bros. Records, Inc.),     )
5     et al.,                          )
                                       )
6              Plaintiffs,             )
                                       )
7        vs.                           ) No. 19-cv-00874
                                       )     RBJ-MEH
8     CHARTER COMMUNICATIONS, INC.,    )
                                       )
9              Defendant.              )
10
11
12             Deposition of TIMOTHY BROCKEL
13                  Taken May 17, 2021
14
15
16         The remotely held videotaped deposition
17    of TIMOTHY BROCKEL, taken by Maria S. Winn, CSR,
18    RPR and CRR, pursuant to the Federal Rules of
19    Civil Procedure for the United States District
20    Courts pertaining to the taking of depositions,
21    with the witness located in St. Louis, Missouri,
22    commencing at 9:30 a.m. on May 17, 2021.
23
24
25



Page 250

    15       (Document marked as Exhibit No. 201
    16      for identification.)
    17  BY MR. OPPENHEIM:
    18    Q   Then let's turn to Exhibit 201, please,
    19  which is Bates-labeled CHA 88807 through 814.
    20    A   Give me a moment while I review this
    21  document.
    22       (Witness perusing document.)
    23       Okay.
    24    Q   So this is an e-mail that you sent to
    25  Ms. Stewart on January 14, 2016, as well, right?

Page 251

    1    A   That appears to be the case.

Page 252

    9       (Document previously marked as
    10      Exhibit No. 147 for
    11      identification)
    12  BY MR. OPPENHEIM:
    13    Q   Let's turn to what was previously marked
    14  as Exhibit 147. And this is a large spreadsheet
    15  that you'll have to download, because it doesn't
    16  show up in Exhibit Share.
    17       Let me know when that opens up for you,
    18  Mr. Brockel.
    19    A   Give me a moment while I fight with
    20  Microsoft.
    21    Q   Are you able to see this spreadsheet,
    22  Mr. Brockel? If not, I can just share my screen
    23  and you can look at it that way.
    24    A   We may have to do it that way. This
    25  computer does not have Office on it, and

Page 253

    1  Microsoft is asking that I buy it before I can
    2  view it.
    3    Q   Let's not go down that road.
    4       MR. OPPENHEIM: With your permission,
    5  Mr. Anten, I'll just share my screen here.
    6       MR. ANTEN: Well, before we do that, I
    7  just want to make sure that -- are you just
    8  showing him -- I mean, I see that there's only
    9  one tab. But he obviously needs to have the
    10  opportunity to scroll up and down as he needs.
    11       So if he asks you to scroll up and down
    12  as necessary, you can just do that for him?
    13       MR. OPPENHEIM: Of course. You know,
    14  it's fine.
    15       MR. ANTEN: It's not a fight.
    16       MR. OPPENHEIM: Sure.
    17       MR. ANTEN: It's not a fight.
    18       MR. OPPENHEIM: Let me take my
    19  deposition. We're good.
    20  BY MR. OPPENHEIM:
    21    Q   Mr. Brockel, this is kind of small.
    22       Do you need me to make it bigger?
    23    A   Yes.
    24    Q   Okay. I don't know how large your
    25  monitor is.

Veritext Legal Solutions

www.veritext.com            888-391-3376

Page 298

1
2
3
4
5
6
7
8
9
10     MR. OPPENHEIM: I have no further
11  questions.
12     MR. ANTEN: Neither do I.
13     Thank you, Mr. Brockel, for your time.
14     Thank you, Maria.
15     Thank you, Ben.
16     MR. OPPENHEIM: Good night, everyone.
17     MR. ANTEN: Good night.
18     THE VIDEOGRAPHER: We're off the record
19  at 6:29 p.m., and this concludes today's
20  testimony by Tim Brockel.
21     The total number of media units used was
22  six and will be retained by Veritext Legal
23  Solutions.
24        (WITNESS EXCUSED)
25

Page 299

1  STATE OF ILLINOIS )
                      ) SS:
2  COUNTY OF C O O K )
3
4     The within and foregoing deposition of
5  the aforementioned witness was taken by
6  MARIA S. WINN, CSR, RPR and CRR, on the date and
7  time aforementioned.
8     There were present remotely during the
9  taking of the deposition the previously named
10 counsel.
11    The said witness was first duly sworn and
12 was then examined upon oral interrogatories; the
13 questions and answers were taken down in shorthand
14 by the undersigned, acting as stenographer; and
15 the within and foregoing is a true, accurate and
16 complete record of all of the questions asked of
17 and answers made by the aforementioned witness, at
18 the time and place hereinabove referred to.
19    The signature of the witness was not
20 waived, and the deposition was submitted,
21 pursuant to Rule 30(e) and 32(d)4 of the Rules
22 of Civil Procedure for the United States District
23 Courts, to the deponent per copy of the attached
24 letter.
25

Page 300

1     The undersigned is not interested in the
2  within case, nor of kin or counsel to any of the
3  parties.
4        In witness whereof, I have hereunto set
5  my hand and seal of office this day, May 20, 2021.
6
7
8             *Maria S. Winn* (signature)
9
10 CSR No. 084-003784 - Expiration Date: May 31, 2021
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 301

1              Veritext Legal Solutions
                  1100 Superior Ave
2                    Suite 1820
                 Cleveland, Ohio 44114
3                Phone: 216-523-1313
4  May 20, 2021
5  Timothy Brockel
   tgbrockel@gmail.com
6
   Case Name: Warner Records, Inc., et al. v. Charter Communications,
7  Inc.
8  Veritext Reference Number: 4557543  Deposition Date: 5/17/2021
9  Dear Sir/Madam:
10 Enclosed you will find a transcript of your deposition.
11 As the reading and signing have not been expressly
12 waived, please review the transcript and note any
13 changes or corrections on the errata sheet
14 included, indicating the page, line number, change and
15 reason for the change. Sign at the bottom of the sheet
16 in the presence of a notary and forward the errata sheet
17 back to us at the address shown above or email to
18 production-midwest@veritext.com.
19 If the errata is not returned within thirty days of your receipt of
20 this letter, the reading and signing will be deemed waived.
21 Sincerely,
22
23 Production Department
24
25 NO NOTARY REQUIRED IN CA