# Exhibit XXXIV

Case 1:19-cv-00874-RBJ-MEH Document 614-8 Filed 12/01/21 USDC Colorado Page 1 of 28

# PLAINTIFFS' EXHIBIT 7

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No. 19-cv-00874-RBJ-MEH

WARNER RECORDS, INC., (f/k/a Warner Bros. Records, Inc.), et al.,

Plaintiffs,

vs.

CHARTER COMMUNICATIONS, INC.,

Defendant.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEO VIDEOCONFERENCE RULE 30(b)(6) DEPOSITION OF CHARTER COMMUNICATIONS, INC. by MARY HAYNES

May 21, 2021

---

CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 82

[Content redacted]

Page 83

[Content redacted]

Page 84

```
 1      A.   I'd have to look at the postcard again.
 2   Do you have a copy of that exhibit?
 3      Q.   I do.  I'll tell you what.  I'm going to
 4   come back to that question, and we can look at that
 5   together.
 6      A.   Okay.
```

[Remainder redacted]

Page 85

```
 9           MR. EISEMAN:  Mr. Sperling, we've been
10   going more than an hour, so when you have a convenient
11   breaking point, let's take a break.
12           MR. SPERLING:  Let's get through this,
13   and then we can go off the record.
```

[Remainder redacted]

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 106

Page 108

MR. EISEMAN: Objection as to form.

Q. (BY MR. SPERLING) Here, I'll ask the question differently, and your counsel can instruct you and not object to my question.

Page 107

Page 109

MR. EISEMAN: Objection as to form. Ms. Haynes, I'd caution you not to reveal any attorney-client communications you had in responding to this question.



MR. SPERLING: Why don't we go off the record for just a couple of minutes, take a short break.

THE VIDEOGRAPHER: We are going off the record at 10:16 a.m.

(Recess taken, after which time Ms. Rose was not present.)

THE VIDEOGRAPHER: We're going back on the record at 10:21 a.m.

Page 118

the document at the top of the list.

A. Okay.

Q. Do you have that on your screen?

A. Yes, I do.

MR. EISEMAN: And, Mr. Sperling, I really wish you'd let the witness look at the document -- or the exhibits before you ask questions. It's not fair to the witness.

MR. SPERLING: Yeah, I think I have been.

Page 120

Page 119

Page 121

Page 122

MR. SPERLING: Let's move Exhibit 39 into the shared exhibits folder, please.

Q. (BY MR. SPERLING) Ms. Haynes, Exhibit 39 is in your folder. If you could open it, please.

A. Okay, I have that open.

Q. I'm sorry. It's Exhibit 111. I think I said 39, but it's Exhibit 111. Do you have on your screen the document with the yellow sticker on the first page saying Exhibit PLF Exhibit 111?

Page 123

A. Yes.

Q. Okay. Then we're looking at the same

Q. I'm going to ask you questions about the last two pages of the document, so the first page of those pages has the Bates number ending in 420 in the bottom right. Just let me know when you've had a chance to review that. Okay?

A. Okay.

Okay, I have reviewed that page.

Page 124

Page 125

[redacted]

MR. SPERLING: No further questions. Thank you.

THE VIDEOGRAPHER: David, did you have any? I just want to make sure before I --

MR. EISEMAN: No, I have no further questions of the witness.

MR. SPERLING: This concludes the videotaped deposition of Mary Haynes. We're going off the record at 4:26 p.m.

WHEREUPON, the foregoing deposition was concluded at the hour of 4:26 p.m. Total time on the record was 7 hours and 14 minutes.

* * * * *

REPORTER'S CERTIFICATE

I, Sandra L. Bray, Registered Diplomate Reporter, Certified Realtime Reporter, and Notary Public within and for the State of Colorado, commissioned to administer oaths, do hereby certify that previous to the commencement of the examination, the witness was duly sworn by me to testify the truth in relation to matters in controversy between the said parties; that the said deposition was taken in stenotype by me at the time and place aforesaid and was thereafter reduced to typewritten form by me; and that the foregoing is a true and correct transcript of my stenotype notes thereof.

That I am not an attorney nor counsel nor in any way connected with any attorney or counsel for any of the parties to said action nor otherwise interested in the outcome of this action.

My commission expires: January 17, 2024.

Sandra L. Bray

Sandra L. Bray
Registered Diplomate Reporter
Certified Realtime Reporter
and Notary Public

Veritext Legal Solutions
1100 Superior Ave
Suite 1820
Cleveland, Ohio 44114
Phone: 216-523-1313

May 26, 2021

To: Ms. Eiseman

Case Name: Warner Records, Inc., Et Al. v. Charter Communications, Inc.

Veritext Reference Number: 4593611

Witness: Mary Haynes , 30(b)(6) Deposition Date: 5/21/2021

Dear Sir/Madam:

Enclosed please find a deposition transcript. Please have the witness review the transcript and note any changes or corrections on the included errata sheet, indicating the page, line number, change, and the reason for the change. Have the witness' signature notarized and forward the completed page(s) back to us at the Production address shown above, or email to production-midwest@veritext.com.

If the errata is not returned within thirty days of your receipt of this letter, the reading and signing will be deemed waived.

Sincerely,

Production Department

NO NOTARY REQUIRED IN CA

DEPOSITION REVIEW
CERTIFICATION OF WITNESS

ASSIGNMENT REFERENCE NO: 4593611
CASE NAME: Warner Records, Inc., Et Al. v. Charter Communications, Inc.
DATE OF DEPOSITION: 5/21/2021
WITNESS' NAME: Mary Haynes , 30(b)(6)

In accordance with the Rules of Civil Procedure, I have read the entire transcript of my testimony or it has been read to me.

I have made no changes to the testimony as transcribed by the court reporter.

_______________ ________________________
Date Mary Haynes , 30(b)(6)

Sworn to and subscribed before me, a Notary Public in and for the State and County, the referenced witness did personally appear and acknowledge that:

They have read the transcript;
They signed the foregoing Sworn Statement; and
Their execution of this Statement is of their free act and deed.

I have affixed my name and official seal

this ______ day of____________________, 20____.

________________________
Notary Public

________________________
Commission Expiration Date