# Exhibit XXXV

# PLAINTIFFS' EXHIBIT 8

HIGHLY CONFIDENTIAL

Page 1

1           IN THE UNITED STATES DISTRICT COURT

2               FOR THE DISTRICT OF COLORADO

3    - - - - - - - - - - - - - - - x

4    WARNER RECORDS, INC., et al,   :

5               Plaintiffs,         :

6        vs.                        : Civil Action No.

7    CHARTER COMMUNICATIONS, INC.,  : 19-CV-874

8               Defendant.          :

9    - - - - - - - - - - - - - - - x

10                HIGHLY CONFIDENTIAL

11       VIRTUAL VIDEOTAPED 30(b)(6) DEPOSITION OF:

12       RECORDING INDUSTRY ASSOCIATION OF AMERICA

13                GIVEN BY STEVEN MARKS

14   DATE:       Friday, May 7, 2021

15   TIME:       10:08 a.m.

16   LOCATION:   Remote Proceedings

17   REPORTED BY: Denise M. Brunet, RPR

18                Reporter/Notary

19

20                Veritext Legal Solutions

21

22

HIGHLY CONFIDENTIAL

Page 250 / Page 251 / Page 252 / Page 253

13    MR. SCHAPIRO: Let's introduce what
14 internally we have listed as -- this is going to
15 be Exhibit 23. It's our internal tab 29.
16    THE WITNESS: I'm sorry, this is
17 Exhibit --
18    MR. SCHAPIRO: Should be the next
19 exhibit. I guess it will be 23, but I don't think
20 it's up yet.
21    MR. SCHER: I have introduced Exhibit 23.
22    (Marks Deposition Exhibit Number 23 was

1 marked for identification.)
2    THE WITNESS: Okay.
3 BY MR. SCHAPIRO:
4









Page 278

1 [REDACTED]

Page 279

1 [REDACTED]

9   Q   And do you have a belief one way or
10 another about whether piracy was becoming less of
11 a problem for the industry in late '15 and '16?
12  A   I think, as we've discussed, it was still
13 a significant problem for the industry.
14      MR. SCHAPIRO:  Let's take a look at the
15 next exhibit, which I guess will be Exhibit 25.
16      MR. SCHER:  I have introduced Exhibit 25.
17      (Marks Deposition Exhibit Number 25 was
18 marked for identification.)
19 BY MR. SCHAPIRO:
20  Q   So this is a multi-page document dated
21 May 28th, 2014 which -- am I correct 2014 is about
22 three years into the Copyright Alert System, the

Page 280

1 life of it?
2   A   No.
3   Q   When did it start?
4   A   It started in -- the notice ending
5 started in 2013.
6   Q   Oh, right.  Okay.  So this one year in,
7 approximately.
8       So I'll ask you to look at page 2 of
9 this -- by the way, this is a native file so it
10 can be in color here, but it's a document called,
11 Center for Copyright Information, the Copyright
12 Alert System:  Phase One and Beyond, May 28th,
13 2014.
14      Take a look at page -- oh, and this is
15 prepared by the organization you mentioned a few
16 minutes ago, right, Center for Copyright
17 Information?  Is that right?
18  A   Correct.
19  Q   Which was funded half by the content side
20 and half by the ISPs?
21  A   Correct.
22  Q   So if you look at page 2 of the document,

Page 281

1 right at the top, there's the report that we
2 talked about earlier, the -- CCI says that "The
3 vast -- after a year of this program, "The vast
4 majority of copyright alerts delivered to account
5 holders, more than 70 percent, occurred at the
6 initial educational stages, with less than
7 3 percent of the alerts sent occurring at the
8 final mitigation stage."
9       Do you have any reason to doubt that that
10 was the finding of the CCI?  Stipulating that you
11 have your fish analogy, but do you have any reason
12 to doubt that that's the -- was the finding of
13 CCI?
14  A   No, that -- that was accurate information
15 insofar as it is.  You know, again, in addition to
16 my fish analogy, I would just note that you would
17 expect, you know, ten months into a program, that
18 most are going to be at the first stage because
19 the program is just starting as well.
20  Q   Further down on that same page, CCI
21 states that the -- this is the paragraph after the
22 bullet points, halfway through the first

HIGHLY CONFIDENTIAL

Page 306

1  CERTIFICATE OF NOTARY PUBLIC
2  I, Denise M. Brunet, the officer before
3  whom the foregoing deposition was taken, do hereby
4  certify that the witness whose testimony appears
5  in the foregoing deposition was sworn by me; that
6  the testimony of said witness was taken by me
7  stenographically and thereafter reduced to print
8  by means of computer-assisted transcription by me
9  to the best of my ability; that I am neither
10 counsel for, related to, nor employed by any of
11 the parties to this litigation and have no
12 interest, financial or otherwise, in the outcome
13 of this matter.
14
15         *Denise M. Brunet* (signature)
16         Denise M. Brunet
17         Notary Public in and for
18         The District of Columbia
19
20 My commission expires:
21 December 14, 2022
22

Page 307

1       Veritext Legal Solutions
        1100 Superior Ave
2       Suite 1820
        Cleveland, Ohio 44114
3       Phone: 216-523-1313
4  May 12, 2021
5  To: Jeffrey M. Gould, Esq.
6  Case Name: Warner Records, Inc., et al. v. Charter Communications, Inc.
7
   Veritext Reference Number: 4572136
8
   Witness: Steve Marks    Deposition Date: 5/7/2021
9
   Dear Sir/Madam:
10
   Enclosed please find a deposition transcript. Please have the witness
11
   review the transcript and note any changes or corrections on the
12
   included errata sheet, indicating the page, line number, change, and
13
   the reason for the change. Have the witness' signature notarized and
14
   forward the completed page(s) back to us at the Production address
15 shown
16 above, or email to production-midwest@veritext.com.
17 If the errata is not returned within thirty days of your receipt of
18 this letter, the reading and signing will be deemed waived.
19 Sincerely,
20 Production Department
21
22 NO NOTARY REQUIRED IN CA

Page 308

1       DEPOSITION REVIEW
        CERTIFICATION OF WITNESS
2
       ASSIGNMENT REFERENCE NO: 4572136
3      CASE NAME: Warner Records, Inc., et al. v. Charter Communications, Inc.
       DATE OF DEPOSITION: 5/7/2021
4      WITNESS' NAME: Steve Marks
5      In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7      I have made no changes to the testimony
   as transcribed by the court reporter.
8
   _____
9  Date        Steve Marks
10     Sworn to and subscribed before me, a
   Notary Public in and for the State and County,
11 the referenced witness did personally appear
   and acknowledge that:
12
       They have read the transcript;
13     They signed the foregoing Sworn
           Statement; and
14     Their execution of this Statement is of
           their free act and deed.
15
       I have affixed my name and official seal
16
   this _____ day of_____, 20____.
17
       _____
18     Notary Public
19
       _____
20     Commission Expiration Date
21
22
23
24
25

Page 309

1       DEPOSITION REVIEW
        CERTIFICATION OF WITNESS
2
       ASSIGNMENT REFERENCE NO: 4572136
3      CASE NAME: Warner Records, Inc., et al. v. Charter Communications, Inc.
       DATE OF DEPOSITION: 5/7/2021
4      WITNESS' NAME: Steve Marks
5      In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7      I have listed my changes on the attached
   Errata Sheet, listing page and line numbers as
8  well as the reason(s) for the change(s).
9      I request that these changes be entered
   as part of the record of my testimony.
10
       I have executed the Errata Sheet, as well
11 as this Certificate, and request and authorize
   that both be appended to the transcript of my
12 testimony and be incorporated therein.
13 _____
   Date        Steve Marks
14
       Sworn to and subscribed before me, a
15 Notary Public in and for the State and County,
   the referenced witness did personally appear
16 and acknowledge that:
17     They have read the transcript;
       They have listed all of their corrections
18         in the appended Errata Sheet;
       They signed the foregoing Sworn
19         Statement; and
       Their execution of this Statement is of
20         their free act and deed.
21     I have affixed my name and official seal
22 this _____ day of_____, 20____.
23     _____
       Notary Public
24
       _____
25     Commission Expiration Date

78 (Pages 306 - 309)