# Exhibit XXXVI

# PLAINTIFFS' EXHIBIT 10

Page 1

```
 1  UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF COLORADO
 2  ------------------------------- X
    WARNER RECORDS INC., et al.,
 3
              Plaintiffs,
 4                                      No.
           vs.                     19-cv-874
 5
 6  CHARTER COMMUNICATIONS,
    INC.,
 7
              Defendant.
 8  ------------------------------- X
 9
                April 29, 2021
10              9:41 a.m.
11
12        30(b)(6) Videotaped deposition of
13  DAVID BENJAMIN, held via Zoom at 1 Broad
14  Street, Stamford, Connecticut, pursuant to
15  30(b)(6) Notice, before Theresa Tramondo,
16  AOS, CLR, a Notary Public of the State of
17  New York.
18
19
20
21
22  Reported by:
23  THERESA TRAMONDO, AOS, CLR
24  JOB NO. MW4539693
25
```

Page 130

1 business practices.
2  Q. Do you know who Chris Sabec is?
3  A. I do.
4  Q. Who is he?
5  A. He works at Rightscorp.
6  Q. And you had numerous conversations
7 with him, correct?
8    MR. KAPLAN: Objection to form.
9  A. I don't know what "numerous" is,
10 but I've had probably under a dozen, but
11 something in that area, yeah.
12  Q. And would he market Rightscorp
13 services to UMG?
14  A. Yes, that was his job. He was a
15 salesman.
16  Q. Is that how you met Mr. Sabec?
17  A. Yes, sir.
18  Q. Have you met him in-person?
19  A. I believe I have met him in-person
20 once or twice, yes.
21  Q. Where did you meet him?
22  A. In my office at Universal.
23  Q. I'd like to introduce Exhibit 11.
24    MR. SCHER: Mike, can you upload
25 tab 30.

Page 131

1    MR. KAPLAN: For some reason I
2 think we've done 11.
3  A. Yes. I think this is 12. I think
4 Alex is right.
5    MR. SCHER: I'm sorry, my Exhibit
6 Share is not updated.
7    I would like to introduce Exhibit
8 12. For the record, Exhibit 12 has Bates
9 number PL_CH_135330.
10    (Exhibit 12, two pages, e-mail
11 thread among Chris Castle, Christopher
12 Sabec and David Benjamin, subject:
13 DigitalRights dated 11/8-11/16/2011, Bates
14 stamp PL_CH_0135330 to PL_CH_0135331, marked
15 for identification, as of this date.)
16  Q. Mr. Benjamin, please let me know
17 when you've opened the document.
18  A. I have it open. I'm just scanning
19 it quickly, okay?
20    All right, sir.
21 



34 (Pages 130 - 133)

Page 206

 1   MR. SCHER:  We will take the same
 2  deal.  And if something changes, we will let
 3  you know.  We will take the rough.  And I
 4  will be honest, I don't know what our
 5  standing order is, but I will let you know
 6  about the expedite.
 7       (Time noted:  4:26 p.m.)
 8       _____
 9          DAVID BENJAMIN
10
11  Subscribed and sworn to before me
12  this ___ day of _____, 202_.
13
14  _____
15      Notary Public

Page 207

 1       C E R T I F I C A T E
 2  STATE OF NEW YORK   )
 3          : ss.
 4  COUNTY OF NEW YORK  )
 5
 6       I, THERESA TRAMONDO, a Notary
 7  Public within and for the State of New York,
 8  do hereby certify:
 9       That DAVID BENJAMIN, the witness
10  whose deposition is hereinbefore set forth,
11  was duly sworn by me and that such
12  deposition is a true record of the testimony
13  given by the witness.
14       I further certify that I am not
15  related to any of the parties to this action
16  by blood or marriage, and that I am in no
17  way interested in the outcome of this
18  matter.
19       IN WITNESS WHEREOF, I have
20  hereunto set my hand this 4th day of May,
21  2021.
22
23       *Theresa Tramondo* (signature)
24       THERESA TRAMONDO
25

Page 208

 1  ------------- I N D E X --------------
 2  WITNESS    EXAMINATION BY     PAGE
 3  D. BENJAMIN  MR. SCHER        7
 4
 5  -------- INFORMATION REQUESTS ---------
 6  DIRECTIONS:  (NONE)
 7  RULINGS:  (NONE)
 8  TO BE FURNISHED: (NONE)
 9  REQUESTS:  46, 147
10  MOTIONS:  (NONE)
11  CONFIDENTIAL: (NONE)
12
13  -------------- EXHIBITS ---------------
14  EXHIBIT                   FOR ID.
15    Exhibit 1, 21 pages, 30(b)(6)         14
16    Deposition Notice for Plaintiffs UMG
17    Recordings Inc. And Capitol Records
18    LLC dated 12/20/2020, no Bates stamps
19    Exhibit 2, four pages, Bates stamped  72
20    PL_CH_0181113 through PL_CH_0181116
21    Exhibit 3, one-page, spreadsheet      82
22    titled Top Projects (albums), Top P2P
23    Projects dated as of 6/5/2012, no
24    Bates number
25    Exhibit 4, two pages, article from    86

Page 209

 1    BitTorrent.com titled "Lady Gaga X
 2    BitTorrent Bundle to Premiere Next
 3    Week" dated 11/26/2013, no Bates
 4    number
 5    Exhibit 5, two pages, e-mail thread   93
 6    dated 7/12/2013, subject: BitTorrent
 7    Bundles/Keane, Bates stamp
 8    PL_CH_0116941 and PL_CH_0116942
 9    Exhibit 6, three pages, e-mail thread 97
10    between Matt Mason and Christopher
11    Horton, dated 7/12 and 7/13/2013,
12    subject:  Re:  BitTorrent
13    Bundles/Keane, Bates stamped
14    PL_CH_0104544 through PL_CH_0104546
15    Exhibit 7, three pages, e-mail thread 102
16    dated 3/4 and 3/5/2014, subject:  RE:
17    TC Album Stream, Bates stamp
18    PL_CH_0135952 through PL_CH_0135954
19    Exhibit 8, three pages, e-mail thread 105
20    dated 8/4 to 8/6/2015, subject:  RE:
21    Decent follow up of
22    Mashable/BitTorrent story, with
23    attached news articles, Bates stamped
24    PL_CH_0191981 through PL_CH_0191983
25    Exhibit 9, six pages, e-mail from    112