Exhibit XXXVIII

# PLAINTIFFS' EXHIBIT 12

CONFIDENTIAL

Page 1

1                    UNITED STATES DISTRICT COURT

2                    FOR THE DISTRICT OF COLORADO

3

4

   WARNER RECORDS INC. (F/K/A        )

5  WARNER BROS. RECORDS, INC.), ET )

   AL.,                             )

6                                   )

              PLAINTIFFS,           )

7                                   ) CASE NO.

         VS.                        ) 19-cv-00874

8                                   ) RBJ-MEH

   CHARTER COMMUNICATIONS, INC.,    )

9                                   )

              DEFENDANTS.           )

10 _____)

11

12

13        * * * C O N F I D E N T I A L * * *

14

15            REMOTE PROCEEDINGS OF THE

16         VIDEOTAPED 30(B)(6) DEPOSITION OF

17          WARNER RECORD COMPANY PLAINTIFFS

18                 CHRISTOPHER BELL

19              FRIDAY, MAY 21, 2021

20

21

22

23    JOB NO.  4589802

24    REPORTED BY KIMBERLY EDELEN,

25    CSR. NO. 9042, CRR, RPR.

CONFIDENTIAL



Page 114

1          (Deposition Exhibit 8
2       was marked for identification.)
3   BY MR. DOAK:
4     Q   Mr. Bell, are you able to view it yet?
5     A   It's loading.  Yes, I see it.
6     Q   Does this document look familiar to you?
7     A   Yes.  I believe I've -- I've seen this --
8   this same document.
9

Page 116

1   BY MR. DOAK:
2     Q   Welcome back.
3        Mr. Bell, did you speak or communicate with
4   anyone during the break?
5     A   I just spoke with counsel.
6     Q   No one else?
7     A   No one else.
8

Page 115

1

12       MR. DOAK:  Mr. Gould, I do need to take
13   another break, so...
14       MR. GOULD:  Well, it's only been
15   54 minutes.  Can't we just go an hour?  If you need
16   a personal break, I'm happy to give you a break,
17   David.
18       MR. DOAK:  Yeah, I'd like to take a break.
19       MR. GOULD:  Okay.
20       THE VIDEOGRAPHER:  This marks the end of
21   Media No. 3.  Going off the record at 9:16 a.m.
22       (Off the record from 9:16 - 9:28 a.m.)
23       THE VIDEOGRAPHER:  This marks the beginning
24   of Media No. 4.  Going back on the record at
25   9:28 a.m.

Page 117

1

30 (Pages 114 - 117)

CONFIDENTIAL



CONFIDENTIAL

Page 278

1 rightsholders that have the ability and rights if
2 they so choose to send notices. CAS was not -- the
3 CAS participant on the content side were only a
4 portion of the world's content owners, and so, yes,
5 I don't know what others -- software vendors, other
6 content owners may have sent during that period.
7     MR. DOAK: Okay. No further questions.
8 Thank you for your time today.
9     THE WITNESS: Thank you.
10     THE REPORTER: Mr. Gould, did you want your
11 copy expedited? This is on a three-day expedite.
12     MR. GOULD: I think we can go off the
13 record, right? I guess --
14     THE REPORTER: Yeah. I just need to get an
15 answer here on the video or off.
16     MR. GOULD: Yeah, we'll take a rough today
17 and expedited three-day, please.
18     THE REPORTER: Sure.
19     THE VIDEOGRAPHER: Thanks. Is it okay to
20 read the video conclusion?
21     MR. GOULD: Yes.
22     MR. DOAK: Yes.
23     THE VIDEOGRAPHER: Okay. Thanks.
24     We are off the record at 3:17 p.m. and this
25 concludes today's 30(b)(6) deposition of the Warner

Page 279

1 record company plaintiffs regarding certain topics
2 through Christopher Bell. The total number of media
3 used was seven and will be retained by Veritext
4 Legal Solutions. Thank you.
5
6     (Whereupon, at 3:17 p.m., the 30(B)(6) DEPOSITION OF
7         WARNER RECORD COMPANY PLAINTIFFS,
8         CHRISTOPHER BELL was concluded.)
9
10             ---oOo---
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 280

1 STATE OF CALIFORNIA     )
2 COUNTY OF LOS ANGELES   )  ss.
3
4     I, Kimberly A. Edelen, C.S.R. No. 9042, in and
5 for the State of California, do hereby certify:
6     That prior to being examined, the witness named
7 in the foregoing deposition was by me duly sworn to
8 testify the truth, the whole truth and nothing but
9 the truth;
10     That said deposition was taken down by me in
11 shorthand at the time and place therein named, and
12 thereafter reduced to typewriting under my
13 direction, and the same is a true, correct and
14 complete transcript of said proceedings;
15     That if the foregoing pertains to the original
16 transcript of a deposition in a Federal Case, before
17 completion of the proceedings, review of the
18 transcript { } was {X} was not requested.
19     I further certify that I am not interested in
20 the event of the action.
21     Witness my hand this 17th day of June,
22 2021.
23
24 _____
     KIMBERLY A. EDELEN, C.S.R. NO. 9042
25

71 (Pages 278 - 280)