# Exhibit XXXIX

# PLAINTIFFS' EXHIBIT 13

Page 1

1                UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLORADO
2
   WARNER RECORDS INC. (f/k/a ) NO. 19-cv-00874-
3  Warner Bros. Records,      ) RBJ-MEH
   Inc.), et al.,             )
4                             )
            PLAINTIFFS,       ) DIGITALLY-RECORDED
5                             ) MOBILE VIDEOCONFERENCE
        VS.                   ) DEPOSITION OF
6                             ) WADE LEAK
   CHARTER COMMUNICATIONS,    )
7  INC.,                      )
                              )
8           DEFENDANT.        )
                              )
9  - - - - - - - - - - - - - -
10           DIGITALLY-RECORDED MOBILE VIDEOCONFERENCE
11  DEPOSITION OF WADE LEAK, taken before Brianne L.
12  Starkey, RPR, CRR, Online Notary Public within and
13  for the State of Nebraska, beginning at
14  8:32 a.m. CST, on May 25, 2021.
15
16
17
18
19
20
21
22
23
24
25

Page 170

1     (At 2:22 p.m., with parties present as
2 before, the following proceedings were had, to-wit:)
3          VIDEOGRAPHER:  We're back on the
4 record.  The time is 2:22.
5 BY MS. AKOPJAN:
6     Q.   Mr. Leak, are you familiar with the
7 copyright alert system?
8     A.   I am.
9     Q.   Sometimes referred to as CAS, right?
10    A.   I've heard it referred to as that.
11    Q.   What is it?
12    A.   It was a program the content owners
13 entered into with certain ISPs to create a way to
14 give us visibility into how consumers were behaving
15 on ISPs with respect to illegal file sharing.
16    Q.   And what was Sony's involvement in this
17 program?
18    A.   We were a signatory to the program.
19    Q.   Okay.  And other than that -- other than
20 being a signatory to the program, what type of
21 involvement did that encompass from Sony?
22    A.   Well, the program was coordinated through
23 the RIAA, and, as you probably know, involved
24 setting up an organization called CCI.
25       But Sony copyrights would have been part

Page 171

1 of that program with those ISPs who signed on to the
2 program.
3     Q.   Was Sony involved in negotiating CAS?
4     A.   Sony representatives would have been
5 involved in the discussions around it.  I don't
6 think you could characterize it as separate
7 negotiations.
8     Q.   Okay.  Were you personally involved?
9     A.   I attended certain meetings related to
10 CAS, but I have very little recollection of those
11 meetings.
12    Q.   Okay.  And do you understand that there
13 was a memorandum of understanding in 2011 regarding
14 CAS?
15    A.   Yes, I understand that.
16    Q.   And that's the -- that's the agreement
17 that Sony was a signatory to, correct?
18    A.   As I recall, it would have been the
19 memorandum of understanding and then a related
20 implementation agreement.
21    Q.   Okay.  So let's look at that
22 implementation agreement.
23       MS. AKOPJAN:  Gracie, this is
24 internally Tab 4; and, for this deposition, it will
25 be Exhibit 17.

Page 172

1          (Exhibit 17
2          marked for identification.)
3          THE WITNESS:  I have -- I only still
4 have Exhibit 16.
5 BY MS. AKOPJAN:
6     Q.   I don't see it yet.  Maybe just give it
7 one more moment and click refresh again.
8       Now I see it.
9     A.   Okay.  See what happens with mine.  I have
10 it.
11    Q.   Okay.
12    A.   I'm opening it.
13    Q.   Okay.  While you're opening it, again,
14 this is the implementation agreement.  It's
15 29 pages.  You don't have to read everything, but if
16 you'd like to scan through it just to orient
17 yourself, please do.
18       While you are doing that, I will read the
19 Bates label for the record.  It is PL_CH_0018926.
20

Page 173

1



Page 178

1

Page 179

1

Page 180

1

Page 181

1  Q.  Do you recall when it ended?

2  A.  '16, '17 maybe.

3  Q.  Okay.

4  A.  I know that's publicly available.  I know

5 that.

6  Q.  Okay.  I'd like to introduce the next

7 exhibit.

8       MS. AKOPJAN:  Gracie, for internal

9 purposes, this is Tab 25; and, for this deposition,

10 it should be Exhibit 19.

11       (Exhibit 19

12       marked for identification.)

13     THE WITNESS:  I'm just going to stop

14 my -- I've got to close the doors.  People are now

15 on the property, and I need to close the door.

16 BY MS. AKOPJAN:

17  Q.  Sure.

18  A.  Give me one second.

19       MS. AKOPJAN:  Sure.  We can just go

20 off the record.

21     VIDEOGRAPHER:  We're going off the

22 record.  The time is 2:39.

23       (Discussion had off the record.)

24     VIDEOGRAPHER:  We are back on the

25 record.  The time is 2:40.

46 (Pages 178 - 181)

```
 1                    C E R T I F I C A T E

 2   STATE OF NEBRASKA        )
                              ) ss.
 3   COUNTY OF DOUGLAS        )

 4           I, Brianne L. Starkey, RPR, CRR, General

 5   Notary Public within and for the State of Nebraska,

 6   do hereby certify that the foregoing testimony of

 7   WADE LEAK was taken by me in shorthand and

 8   thereafter reduced to typewriting by use of

 9   Computer-Aided Transcription, and the foregoing two

10   hundred seventy (270) pages contain a full, true and

11   correct transcription of all the testimony of said

12   witness, to the best of my ability;

13           That I am not a kin or in any way

14   associated with any of the parties to said cause of

15   action, or their counsel, and that I am not

16   interested in the event thereof.

17           IN WITNESS WHEREOF, I hereunto affix my

18   signature and seal this 27th day of May, 2021.

19

20                     Brianne L Starkey
                       _____
                       BRIANNE L. STARKEY, RPR, CRR
21                     GENERAL NOTARY PUBLIC

22

23   My Commission Expires:

24                              General Notary - State of Nebraska
                                BRIANNE L. STARKEY
                                My Comm. Exp. Sept. 27, 2022.
25
```