# Exhibit XL

Case 1:19-cv-00874-RBJ-MEH   Document 614-14   Filed 12/02/21   USDC Colorado   Page 2 of 123

# PLAINTIFFS' EXHIBIT 14

Page 1

<pre>
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF COLORADO

 3

 4   WARNER RECORDS INC. (f/k/a        )
     Warner Bros. Record, Inc.),      )
 5   et al.,                          )
                                      )
 6            Plaintiffs,             )
                                      )
 7      vs.                           )  No. 19-cv-00874
                                      )
 8   CHARTER COMMUNICATIONS, INC.,    )
                                      )
 9            Defendant.              )
                                      )
10   _____)

11

12

13

14

15       ZOOM VIDEOCONFERENCE VIDEOTAPED DEPOSITION OF

16                      SCOTT WEBER

17

                    August 17, 2021
18                    8:01 a.m.

19

20

21

22

23

24                      Reported by:

                   SHANNON STEVENSON, RPR, CCR
25                 Certificate No. 50461
</pre>



Page 30

1  plus, then we would use industry reports.

2    Q   BY MR. SPERLING:  Mr. Weber, I apologize.  At

3  least at my end your video froze for a moment while you

4  were giving that answer, so if you don't mind, could you

5  say it again.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 31

Page 32

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18         MR. EISEMAN:  Objection as to form.

19         THE WITNESS:  I'm sorry.

20         MR. EISEMAN:  Mr. Weber, if you could try to

21  pause after Mr. Sperling asks his questions, give me an

22  opportunity to object if I need to, I'd appreciate it.

23         THE WITNESS:  Yes, my bad.

24    Q   BY MR. SPERLING:  You can answer now,

25  Mr. Weber.  Do you need to hear the question again?

Page 33

1    A   Yes, please.

Veritext Legal Solutions

www.veritext.com                                        888-391-3376



Page 38

1   Q   Okay.  Do you still need a moment to look at
2   the email, sir?
3   A   I believe I should just so I can get context of
4   what all is going on here.
5   Q   Sure.  Let me know when you've had a chance to
6   review it.
7   A   Thank you.  Okay I'm done reviewing.

Page 39

3       MR. SPERLING:  Your audio is garbled.  Are you
4   able to hear us?
5       THE WITNESS:  Can you hear me now?  I was
6   having some bad break up.
7   Q   BY MR. SPERLING:  Yes, we hear you now.  But
8   unfortunately I have to ask you to repeat that.  Let me
9   dial back in with the questions.

Page 40

Page 41

12  Q   BY MR. SPERLING:  Okay.  Why don't we mark as
13  Exhibit 243 Tab 5.
14      (Deposition Exhibit No. 243 was introduced for
15  identification and attached hereto.)
16      THE WITNESS:  We are going to a different
17  exhibit now?
18  Q   BY MR. SPERLING:  We are.  Take a moment to
19  load into your folder, Mr. Weber, but if you go back to
20  the marked exhibits folder, that would be a start.
21  A   Okay.
22  Q   Okay.  Mr. Weber, if you refresh that folder,
23  click out of it and back into it, you should now see
24  Exhibit 243.
25  A   Okay.  I have it up.

11 (Pages 38 - 41)



**Page 42**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22    MR. EISEMAN: Mr. Weber, if you need to take a
23 minute to look at the exhibit, please do so.
24    THE WITNESS: Thank you. Can you repeat the
25 question, please.

**Page 43**

1    Q  BY MR. SPERLING: Sure. I'll ask you a
2 different question instead, Mr. Weber.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 44**

1
2
3
4
5
6
7
8
9
10
11
12
13
14    MR. EISEMAN: Mr. Sperling, we've been going
15 more than an hour. When you find a good time for a
16 break, maybe we should take our first break.
17    MR. SPERLING: Yeah, we can do that in a couple
18 minutes.
19    Q  BY MR. SPERLING: Mr. Weber, do you have that
20 page in front of you, the one ending in Bates No. 292?
21    THE COURT REPORTER: We lost him.
22    MR. SPERLING: In that case, let's go off the
23 record.
24    THE VIDEOGRAPHER: We're going off the record.
25 The time is 9:07 a.m.

**Page 45**

1    (Break taken at 9:07 a.m.)
2    (Back on the record at 9:19 a.m.)
3    THE VIDEOGRAPHER: We're going back on the
4 record. The time is approximately 9:19 a.m.
5    Q  BY MR. SPERLING: Mr. Weber, before we went off
6 the record, we were looking at Exhibit 243. Do you still
7 have that document on your screen?
8    A  I do, but can we verify the number at the
9 bottom.
10    Q  Yes. I'd like to focus you on the second page
11 of the pdf, so the number at the bottom is the one ending
12 in 292.
13    A  Okay, I'm on it.
14
15
16
17
18
19
20
21
22
23
24
25

12 (Pages 42 - 45)



Veritext Legal Solutions

www.veritext.com                                                                888-391-3376



Page 50

Page 52

8    Q   Why don't we mark as Exhibit 244, Hardy, Tab 6.
9  Mr. Weber, for the time being no further questions on
10  this document.  So just wait for the next one to be
11  loaded.
12       (Deposition Exhibit No. 244 was introduced for
13  identification and attached hereto.)
14    Q   BY MR. SPERLING:  Technology is just a little
15  bit slow, bear with us.  Okay.  Mr. Weber, you should
16  have Exhibit 244 in your marked exhibits folder now.
17    A   Yes, I have it up.

Page 51

Page 53

14 (Pages 50 - 53)



Page 70

1 our next document. Hardy, if you can mark it as 246,
2 Tab 7.
3          (Deposition Exhibit No. 246 was introduced for
4 identification and attached hereto.)
5     Q   BY MR. SPERLING:  While we're waiting for the
6 document, let me ask other questions.

22    Q   Okay.  You should have Exhibit 246 in your
23 marked exhibits folder.
24    A   Yes, I see it.



Page 74
Page 75
Page 76

Page 77

MR. EISEMAN:  Object to form.



Case No. 1:19-cv-00874-RBJ-MEB Document 614-4 filed 12/02/21 USDC Colorado pg 12 of 13



Page 102

Page 104

Page 103

Page 105

23    I think the witness is frozen again. We lost
24 him for a second, Mr. Weber. Nice to have you back.
25    In your answer a moment again you said it's the

27 (Pages 102 - 105)



Page 186

```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 188

1 the videotaped deposition. The time is approximately

2 3:33 p.m.

3          (Whereupon the deposition of SCOTT WEBER was

4 concluded at 3:33 p.m.)

5

6                    * * *

7          (Signature was not requested.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 187

1

2     Q   Subject to anything based on any questions

3 Mr. Eiseman has to ask you, I have nothing further,

4 Mr. Weber.

5          MR. EISEMAN: Why don't we take a one-minute

6 break, and so let's just take one minute and go off the

7 record.

8          THE VIDEOGRAPHER: All right with you Jonathan?

9          MR. SPERLING: Yes.

10         THE VIDEOGRAPHER: We are going off the record.

11 The time is approximately 3:28 p.m.

12         (Break taken at 3:28 p.m.)

13         (Back on the record at 3:32 p.m.)

14         THE VIDEOGRAPHER: We're coming back onto the

15 record. The time is approximately 3:32 p.m.

16         MR. EISEMAN: Thank you for letting me take a

17 quick break. I have no questions for Mr. Weber.

18         MR. SPERLING: In that case we're done,

19 Mr. Weber. Thank you for your time.

20         THE WITNESS: Thank you.

21         THE VIDEOGRAPHER: Did you want to do the read

22 and sign on the record?

23         MR. SPERLING: No.

24         MR. EISEMAN: No, that's all right.

25         THE VIDEOGRAPHER: All right. This concludes

Page 189

1 STATE OF ARIZONA        )

                          ) ss

2 COUNTY OF MARICOPA    )

3

4      BE IT KNOWN that the foregoing deposition was taken

5 before me, SHANNON STEVENSON, a Certified Reporter in and

6 for the County of Maricopa, State of Arizona; that the

7 witness before testifying was duly sworn to testify to

8 the whole truth; that the questions propounded to the

9 witness and the answers of the witness thereto were taken

10 down by me in shorthand and thereafter reduced to

11 computer-aided transcription under my direction; that the

12 foregoing 188 pages are a true and correct transcript of

13 all proceedings had upon the taking of said deposition,

14 all done to the best of my skill and ability.

15     I FURTHER CERTIFY that I am in no way related to any

16 of the parties hereto, nor am I in any way interested in

17 the outcome hereof.

18 ( ) Signature was requested.

19 (XXX) Signature was not requested.

20     DATED at Phoenix, Arizona, this 20th day of August,

21 2021.

22

23          <%8176,Signature%>

            SHANNON STEVENSON, CR, RPR

24          Certified Reporter

            Certificate No. 50461

25

48 (Pages 186 - 189)