# Exhibit XLI

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-00874-RBJ-MEH

**WARNER RECORDS INC.,** *et al.*,

        Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.,**

        Defendant.

---

### DECLARATION OF KRISTOFER BUCHAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO CHARTER'S MOTION FOR SUMMARY JUDGMENT

---

I, Kristofer Buchan, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I, Kristofer Buchan, am a Partner of StoneTurn Group LLP ("StoneTurn"), a financial and economic consulting firm that provides economic studies, strategic advisory services, and independent testimony for private and public sector industries, government agencies, and law firms. I issued expert reports on behalf of Plaintiffs in the above-captioned matter on May 27, 2021 ("Initial Report").

2. I have personal knowledge of the information contained in this Declaration through my work as an expert witness in this case. If called upon as a witness, I could and would testify competently to the information contained herein.

3. Attached hereto as Exhibit 1 is a true and correct copy of my Initial Report. The opinions stated therein remain my opinions.

2

4. The Initial Report includes an analysis of how many RIAA notices are included in Charter's data productions associated with a Charter account number. In paragraphs 64 and 65, I explain that 94,002 RIAA notices have identified Charter account numbers in Charter's data productions ███████████████████.

5. The Initial Report also includes an analysis of tickets related to notices of copyright infringement on Charter's network. In Paragraph 80, I explain that Charter's ticket data show that 338,623 unique account numbers were contained in three or more such tickets between April 2014 and May 2016.

*[signature]*

Kristofer Buchan

Executed this 17th day of December, 2021 in Houston, Texas.

2