# Exhibit XLII

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-00874-RBJ-MEH

**WARNER RECORDS INC.**, *et al.*,

      Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.**,

      Defendant.

---

## DECLARATION OF HAROLD FURCHTGOTT-ROTH IN SUPPORT OF PLAINTIFFS' OPPOSITION TO CHARTER'S MOTION FOR SUMMARY JUDGMENT

---

I, Harold Furchtgott-Roth, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I, Harold Furchtgott-Roth, am the president of Furchtgott-Roth Economic Enterprises, a Senior Fellow at the Hudson Institute, director and founder of its Center for the Economics of the Internet, and cofounder of its Forum for Intellectual Property, and an adjunct professor of law at Brooklyn Law School. I issued expert reports on behalf of Plaintiffs in the above-captioned matter, including on May 27, 2021 ("Initial Expert Report").

2. I have personal knowledge of the information contained in this Declaration through my work as an expert witness in this case. If called upon as a witness, I could and would testify competently to the information contained herein.

3. Attached hereto as **Exhibit 1** is a true and correct copy of my Initial Report. The opinions stated therein remain my opinions.

4. The Initial Report analyzes the revenue Charter received from subscribers who were the subject of multiple copyright infringement notices, including from the ▮ unique account numbers that Plaintiffs' expert Kristofer Buchan identified in Charter's ticket data as contained in three or more infringement notices between April 2014 and May 2016. In Paragraph 70, I estimate that Charter earned approximately ▮ in revenue between April 2013 and May 2016 from these ▮ accounts. And in Paragraphs 84-88, I explain that Charter's billing data show that subscribers who were the subject of 18 or more infringement notices incurred higher monthly service charges on average than subscribers who were the subject of 1 to 3 infringement notices.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*Harold Furchtgott-Roth*

Harold Furchtgott-Roth

Executed this 20th day of December, 2021 in Chevy Chase, MD.