# Exhibit LIV

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| WARNER RECORDS INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> *Defendant*. | Case No. 19-cv-00874-RBJ-MEH |

## SECOND DECLARATION OF ANDREW H. SCHAPIRO

I, Andrew H. Schapiro, declare as follows:

1. I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, and counsel for Defendant Charter Communications, Inc. ("Charter") in this case. I submit this declaration in further support of Charter's Motion for Summary Judgment to supplement certain statements made in my declaration dated November 15, 2021 ("November 15 Declaration"). *See* Dkt. 549-5. I make this declaration of my own personal knowledge and, if called, I could and would competently testify hereto under oath.

2. Attached as Exhibit F to my November 15 Declaration was a chart summarizing information contained in the copyright registrations for 71 specific works-in-suit and the corresponding notice of alleged copyright infringement ("Notice") that was sent to Charter for each work-in-suit. *See* Dkt. 549-11. For each of the 71 works, the chart listed the date the first Notice was sent during the Claim Period.

1

3. Attached hereto as **Exhibit A** is an amended version of Exhibit F to my November 15 Declaration that also lists the date the last Notice was sent during the Claim Period.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed on this 19th day of January, 2022, at Chicago, Illinois.

Andrew H. Schapiro