IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-RBJ-MEH

WARNER RECORDS, INC., *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 10, 2022.**

Pursuant to D.C.Colo.LCivR 7.2 and for good cause shown, the parties' Joint Motion to Maintain Certain Filings Under Restriction [filed February 2, 2022; ECF 684] is **granted**.

The Clerk of Court is directed to maintain under Level 1 Restriction the following ECF filings:

600, 600-2;

601, 601-1, 601-2, 601-4, 601-5, 601-6, 601-8, 601-13, 601-14, 601-15, 601-16, 601-17, 601-18;

602, 602-2, 602-3;

604, 604-2;

605, 605-2, 605-3, 605-4, 605-5;

606, 606-2, 606-3;

607, 607-2, 607-3, 607-4, 607-5;

609-2, 609-5;

610, 610-2, 610-3, 610-4, 610-5, 610-7, 610-8, 610-9;

611

612-4;

613, 613-4;

614, 614-2, 614-3, 614-4, 614-5, 614-6, 614-7, 614-8, 614-9, 614-11, 614-12, 614-13, 614-14, 614-15, 614-16, 614-17, 614-18, 614-19, 614-20, 614-21, 614-22, 614-23, 614-24, 614-25, 614-26, 614-27, 614-28, 614-29, 614-37, 614-38, 614-39, 614-40;

641, 641-2;

642, 642-2, 642-3;

643-2;

644;

646;

648;

649;

650, 650-1, 650-2, 650-3;

653;

655, 655-2, 655-3, 655-4, 655-5, 655-6, 655-7, 655-8, 655-9, 655-10, 655-11, 655-12, 655-13, 655-14, 655-15; and

657-1.

Redacted versions of the above filings are attached to ECF 684.