UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

WARNER RECORDS INC., *et al.*,

    Plaintiffs,

*v.*

CHARTER COMMUNICATIONS, INC.,

    Defendant.

Case No. 1:19-cv-00874-RBJ-MEH

## EXHIBIT A

## TO DEFENDANT CHARTER COMMUNICATION, INC.'S MOTION TO MAINTAIN CERTAIN FILINGS UNDER RESTRICTION

| Original Filing | Description | Redacted version attached hereto as Exhibit Number: |
|---|---|---|
| Dkt. 632 | Plaintiffs' Opposition to Charter's Motion for Curative Measures and Sanctions for Plaintiffs' Spoliation of Evidence | I |
| Dkt. 632-7 | Deposition Transcript of Kevin Almeroth | II |
| Dkt. 632-17 | Declaration of Sam Bahun | III |
| Dkt. 633 | Charter Communications, Inc.'s Opposition to Plaintiffs' Motion for Spoliation Sanctions | IV |
| Dkt. 633-1 | Declaration and Exhibits Index: Abramov Declaration | V |
| Dkt. 633-79 | Declaration of Jason D. Moore | VI |
| Dkt. 633-80 | Deposition Transcript of Kirill Abramov | VII |
| Dkt. 633-81 | Deposition Transcript of Dan Vasey | VIII |
| Dkt. 633-82 | Deposition Transcript of Colton Mabb | IX |
| Dkt. 633-84 | Deposition Transcript of Mary Haynes | X |
| Dkt. 633-85 | Deposition Transcript of Bryan Burroughs | XI |

| Original Filing | Description | Redacted version attached hereto as Exhibit Number: |
|---|---|---|
| Dkt. 680 | Reply in Support of Plaintiffs' Motion for Spoliation Sanctions | XII |
| Dkt. 680-1 | Declaration of Corey Miller | XIII |
| Dkt. 680-2 | Deposition Transcript of Kirill Abramov | XIV |
| Dkt. 680-3 | Deposition Transcript of Dan Vasey | XV |
| Dkt. 681 | Plaintiffs' Motion to Strike Portions of the Declaration of Dan Vasey | XVI |
| Dkt. 682 | Reply in Support of Charter's Motion for Curative Measures and Sanctions for Plaintiffs' Spoliation of Evidence | XVII |