# Exhibit II

# Plaintiffs' Exhibit 6

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 1

1              UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF COLORADO

3

   WARNER RECORDS INC., et al.,   )

4                                 ) Civil Action No.

             Plaintiffs,          ) 1:19-cv-00874

5                                 )

        v.                        )

6                                 )

   CHARTER COMMUNICATIONS, INC.,  )

7                                 )

             Defendant.           )

8    ------------------------------)

9

10                      - - -

11              TUESDAY, SEPTEMBER 28, 2021

12                      - - -

13   **CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

14

15       Remote Videotaped Deposition of KEVIN ALMEROTH,

16   PH.D., beginning at 9:14 a.m., before Nancy J. Martin,

17   a Registered Merit Reporter, Certified Shorthand

18   Reporter.

19

20

21

22

23

24

25

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Page 142

13    MS. CLARK:  Do you think we can get a break
14  at some point?
15    MR. GOULD:  Sure.  Why don't we go off the
16  record.
17    THE VIDEOGRAPHER:  This marks the end of
18  Media No. 4.  Going off the record at 1:30 p.m.
19    (A recess was taken from 1:30 p.m.
20    to 2:14 p.m.)
21    THE VIDEOGRAPHER:  This marks the beginning
22  of Media No. 5.  Going back on the record at 2:14 p.m.
23  BY MR. GOULD:

Page 143

Page 144

23    Q.  Does BitTorrent encryption obscure or encrypt
24  a hash value of a file that's being distributed?
25    A.  The hash file would be different for

Page 145

 1  encryption.  Something that's encrypted will have a
 2  different hash value.
 3    Q.  Two files that are the same, and have the
 4  same hash value if you encrypt one of them, you'll end
 5  up with two different hash values.  Is that what
 6  you're saying?
 7    A.  If you have two different files and they are
 8  identical, they have the same hash values, so one is
 9  essentially a copy of the other, and then you encrypt
10  one of them, the hash value for the encrypted file
11  will be different than it was when it was unencrypted.
12    Q.  To pick up on the first half of that, in the
13  ordinary course, two files that are identical will
14  calculate the same hash value; correct?
15    MS. CLARK:  Object to form.  Vague as to
16  "identical."
17    THE WITNESS:  Generally, if they had the same
18  bits, they should generate the same hash value.  It
19  depends on the hash function you're using.  But I can
20  think of instances where if you're using a hash
21  function, the expectation is that that function will
22  return the same hash value if the bits that are
23  attaching are the same.
24  BY MR. GOULD:
25    Q.  In your work, do you rely on hash values for

Veritext Legal Solutions
www.veritext.com                                                    888-391-3376

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Page 268

1  in the transcript.  I haven't actually gone back to
2  see if there's anything actually confidential, but
3  we'll designate it for now and review it later.
4      MR. GOULD:  Dr. Almeroth, I want to thank you
5  for your time.  It's nice chatting with you.
6      MS. CLARK:  Thanks, guys.  I hope you feel
7  better, Nancy.
8      REPORTER MARTIN:  Thank you so much.  I
9  appreciate that.
10     THE VIDEOGRAPHER:  We are off the record at
11 6:12 p.m., and this concludes today's testimony given
12 by Dr. Kevin Almeroth.  The total number of media used
13 was seven and will be retained by Veritext Legal
14 Solutions.
15     Thanks.  Sorry.
16     (Witness excused.)
17     (Deposition concluded at 6:12 P.M.)
18
19
20
21
22
23
24
25

Page 269

1        C E R T I F I C A T E
2    I do hereby certify that the aforesaid testimony
3  was taken before me, pursuant to notice, at the time
4  and place indicated; that said deponent was by me duly
5  sworn to tell the truth, the whole truth, and nothing
6  but the truth; that the testimony of said deponent was
7  correctly recorded in machine shorthand by me and
8  thereafter transcribed under my supervision with
9  computer-aided transcription; that the deposition is a
10 true and correct record of the testimony given by the
11 witness; and that I am neither of counsel nor kin to
12 any party in said action, nor interested in the
13 outcome thereof.
14
15 _____
          Nancy J. Martin, RMR, CSR
16
17 Dated:  October 1, 2021
18
19
20
21 (The foregoing certification of this transcript does
22 not apply to any reproduction of the same by any
23 means, unless under the direct control and/or
24 supervision of the certifying shorthand reporter.)
25

22     MS. CLARK:  Thank you so much.  I don't have
23 anything.  I suppose we can provisionally designate
24 the report as under the protective order.  I haven't
25 actually gone back to look to see if there's anything

68 (Pages 266 - 269)