# Exhibit V

## Declaration and Exhibits Index

### **Abramov Declaration**

| Exhibit | Description |
|---|---|
| Abramov Dec. Ex. 1 | Bates No. CHA_00131201 |
| Abramov Dec. Ex. 2 | Bates No. CHA_00115930 |
| Abramov Dec. Ex. 3 | Bates No. CHA_00114723 |
| Abramov Dec. Ex. 4 | Bates No. CHA_00114722 |
| Abramov Dec. Ex. 5 | Bates No. CHA_00114717 |
| Abramov Dec. Ex. 6 | Bates No. CHA_00113688 |
| Abramov Dec. Ex. 7 | Bates No. CHA_00113764 |
| Abramov Dec. Ex. 8 | Bates No. CHA_00114938 |
| Abramov Dec. Ex. 9 | Bates No. CHA_00131105 |
| Abramov Dec. Ex. 10 | Bates No. CHA_00115341 |
| Abramov Dec. Ex. 11 | Bates No. CHA_00115928 |
| Abramov Dec. Ex. 12 | Bates No. CHA_00115975 |
| Abramov Dec. Ex. 13 | Bates No. CHA_00131145 |



1

## Declaration and Exhibits Index

| Exhibit | Description |
|---|---|
| Abramov Dec. Ex. 14 | ███████████████████<br>Bates No. CHA_00131166 |
| Abramov Dec. Ex. 15 | ███████████<br>Bates No. CHA_00131187 |
| Abramov Dec. Ex. 16 | ███████████████████<br>Bates No. CHA_00131956 |

## Declaration and Exhibits Index

### Rowlett Declaration

| Exhibit | Description |
|---|---|
| Rowlett Dec. Ex. 1 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br>Bates No. CHA_00114717 |
| Rowlett Dec. Ex. 2 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br>Bates No. CHA_00113688 |

## Declaration and Exhibits Index

### Vasey Declaration

| Exhibit | Description |
|---|---|
| Vasey Dec. Ex. 1 | ███████████████<br>Bates No. CHA_00131201 |
| Vasey Dec. Ex. 2 | ███████████████<br>Bates No. CHA_00114723 |
| Vasey Dec. Ex. 3 | ███████████████<br>Bates No. CHA_00114722 |
| Vasey Dec. Ex. 4 | ███████████████<br>Bates No. CHA_00114717 |
| Vasey Dec. Ex. 5 | ███████████████<br>Bates No. CHA_00079526 |
| Vasey Dec. Ex. 6 | ███████████████<br>Bates No. CHA_00113673 |
| Vasey Dec. Ex. 7 | ███████████████<br>Bates No. CHA_00079529 |
| Vasey Dec. Ex. 8 | ███████████████<br>Bates No. CHA_00079530 |
| Vasey Dec. Ex. 9 | ███████████████<br>Bates No. CHA_00079632 |
| Vasey Dec. Ex. 10 | ███████████████<br>Bates No. CHA_00113688 |
| Vasey Dec. Ex. 11 | ███████████████<br>Bates No. CHA_00113764 |
| Vasey Dec. Ex. 12 | ███████████████<br>Bates No. CHA_00079538 |
| Vasey Dec. Ex. 13 | ███████████████<br>Bates No. CHA_00079539 |

## Declaration and Exhibits Index

| Exhibit | Description |
|---|---|
| Vasey Dec. Ex. 14 | Bates No. CHA_00113796 |
| Vasey Dec. Ex. 15 | Bates No. CHA_00114938 |
| Vasey Dec. Ex. 16 | Bates No. CHA_00078519 |
| Vasey Dec. Ex. 17 | Bates No. CHA_00079447 |
| Vasey Dec. Ex. 18 | Bates No. CHA_00077749 |
| Vasey Dec. Ex. 19 | Bates No. CHA_00077750 |
| Vasey Dec. Ex. 20 | Bates No. CHA_00114306 |
| Vasey Dec. Ex. 21 | Bates No. CHA_00078777 |
| Vasey Dec. Ex. 22 | Bates No. CHA_00116220 |
| Vasey Dec. Ex. 23 | Bates No. CHA_00115252 |
| Vasey Dec. Ex. 24 | Bates No. CHA_00115253 |
| Vasey Dec. Ex. 25 | Bates No. CHA_00115258 |
| Vasey Dec. Ex. 26 | Bates No. CHA_00115260 |
| Vasey Dec. Ex. 27 | Bates No. CHA_00115275 |
| Vasey Dec. Ex. 28 | Bates No. CHA_00115276 |
| Vasey Dec. Ex. 29 | Bates No. CHA_00116322 |

## Declaration and Exhibits Index

| Exhibit | Description |
|---|---|
| Vasey Dec. Ex. 30 | ███████████████ Bates No. CHA_00115282 |
| Vasey Dec. Ex. 31 | ███████████████ Bates No. CHA_00115283 |
| Vasey Dec. Ex. 32 | ███████████████ Bates No. CHA_00116401 |
| Vasey Dec. Ex. 33 | ███████████████ Bates No. CHA_00115284 |
| Vasey Dec. Ex. 34 | ███████████████ Bates No. CHA_00115285 |
| Vasey Dec. Ex. 35 | ███████████████ Bates No. CHA_00115341 |
| Vasey Dec. Ex. 36 | ███████████████ Bates No. CHA_00115344 |
| Vasey Dec. Ex. 37 | ███████████████ Bates No. CHA_00115960 |
| Vasey Dec. Ex. 38 | ███████████████ Bates No. CHA_00115286 |
| Vasey Dec. Ex. 39 | ███████████████ Bates No. CHA_00115287 |
| Vasey Dec. Ex. 40 | ███████████████ Bates No. CHA_00115320 |
| Vasey Dec. Ex. 41 | ███████████████ Bates No. CHA_00115335 |
| Vasey Dec. Ex. 42 | ███████████████ Bates No. CHA_00115336 |
| Vasey Dec. Ex. 43 | ███████████████ Bates No. CHA_00114337 |
| Vasey Dec. Ex. 44 | ███████████████ Bates No. CHA_00114367 |
| Vasey Dec. Ex. 45 | ███████████████ Bates No. CHA_00114410 |
| Vasey Dec. Ex. 46 | ███████████████ Bates No. CHA_00079630 |

6

## Declaration and Exhibits Index

| Exhibit | Description |
|---|---|
| Vasey Dec. Ex. 47 | ██████████████████<br>Bates No. CHA_00115928 |
| Vasey Dec. Ex. 48 | ██████████████████<br>Bates No. CHA_00115975 |
| Vasey Dec. Ex. 49 | ██████████████████<br>Bates No. CHA_00024950 |
| Vasey Dec. Ex. 50 | ██████████████████<br>Bates No. CHA_00025011 |

7

## Declaration and Exhibits Index

### Mabb Declaration

| Exhibit | Description |
|---|---|
| Mabb Dec. Ex. 1 | ███████████████████<br>Bates No. CHA_00114717 |
| Mabb Dec. Ex. 2 | ███████████████████<br>Bates No. CHA_00025011 |
| Mabb Dec. Ex. 3 | ███████████████████<br>Bates No. CHA_00102758 |
| Mabb Dec. Ex. 4 | ███████████████████<br>Bates No. CHA_00142139 |
| Mabb Dec. Ex. 5 | ███████████████████<br>Bates No. CHA_00141426 |

## Declaration and Exhibits Index

### Moore Declaration

| Exhibit | Description |
|---|---|
| Moore Dec. Ex. 1 | Excerpts of the Deposition of Kirill Abramov, taken June 14, 2021 |
| Moore Dec. Ex. 2 | Excerpts of the Deposition of Dan Vasey, taken April 8, 2021 and April 23, 2021 |
| Moore Dec. Ex. 3 | Excerpts of the Deposition of Colton Mabb, taken May 7, 2021 |
| Moore Dec. Ex. 4 | Bates No. CHA_00140661 |
| Moore Dec. Ex. 5 | Excerpts of the Deposition of Mary Haynes, taken May 21, 2021 |
| Moore Dec. Ex. 6 | Excerpts of the Deposition of Bryan Burroughs, taken August 27, 2021 |
| Moore Dec. Ex. 7 | Bates No. CHA_00140747 |
| Moore Dec. Ex. 8 | Bates No. CHA_00142139 |
| Moore Dec. Ex. 9 | Bates No. CHA_00102758 |
| Moore Dec. Ex. 10 | Bates No. CHA_00131956 |
| Moore Dec. Ex. 11 | Bates No. CHA_00141443 |
| Moore Dec. Ex. 12 | Bates No. CHA_00141426 |
| Moore Dec. Ex. 13 | Excerpts of the transcript of the hearing before Magistrate Judge Hegarty held on February 9, 2021 |
| Moore Dec. Ex. 14 | Bates No. CHA_00085550 |
| Moore Dec. Ex. 15 | Bates No. CHA_00087474 |
| Moore Dec. Ex. 16 | Bates No. CHA_00081690 |

## Declaration and Exhibits Index

| Exhibit | Description |
|---|---|
| Moore Dec. Ex. 17 | Bates No. CHA_00024727 |
| Moore Dec. Ex. 18 | Bates No. CHA_00000155 |
| Moore Dec. Ex. 19 | Excerpts of the transcript of the hearing before Magistrate Judge Hegarty and Special Master Rodriguez held on February 22, 2021 |
| Moore Dec. Ex. 20 | Letter from Winston & Strawn LLP to Covington & Burling LLP Dated April 14, 2020 Re: *Warner Bros. Records, Inc., et al. v. Charter Communications* Discovery |
| Moore Dec. Ex. 21 | Email from J. Rosenthal to various recipients Subject: RE: Charter |
| Moore Dec. Ex. 22 | Email from E. Hallwass to various recipients Subject: RE: Warner v. Charter – Charter Communications, Inc.'s 26th Production |
| Moore Dec. Ex. 23 | Email from A. Huebert to various recipients Subject: RE: Warner Records Inc., et al. v. Charter Communications, Inc. |
| Moore Dec. Ex. 24 | Bates No. CHA_00079632 |