# Exhibit VI

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

|  |  |
|---|---|
| WARNER BROS. RECORDS INC., *et al*.,<br><br>    Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>    Defendant. | Case No. 19-cv-00874-RBJ |

## DECLARATION OF JASON D. MOORE IN SUPPORT OF
## CHARTER COMMUNICATIONS, INC'S OPPOSITION TO
## PLAINTIFFS' MOTION FOR SPOLIATION SANCTIONS

Pursuant to 28 U.S.C. § 1746, I, Jason D. Moore, declare as follows:

1.      I am a Senior E-Discovery Attorney in the Washington, DC, office of Winston & Strawn LLP, counsel for Defendant Charter Communications, Inc. ("Charter"). I am duly licensed to practice law by the Commonwealth of Virginia and the District of Columbia.

2.      I make this declaration in support of Charter's Opposition to Plaintiffs' Motion for Spoliation Sanctions, Dkt. 592.

3.      Attached hereto as **Exhibit 1** are true and correct pages excerpted from the deposition of Kirill Abramov in this litigation (highlights added).

4.      Attached hereto as **Exhibit 2** are true and correct pages excerpted from the Rule 30(b)(6) deposition of Dan Vasey in this litigation (highlights added).

5.      Attached hereto as **Exhibit 3** are true and correct pages excerpted from the deposition of Colton Mabb in this litigation (highlights added).

6.      Attached hereto as **Exhibit 4** is a true and correct copy of a document produced by Charter with the starting Bates number CHA_00140661 (highlights added).

7.      Attached hereto as **Exhibit 5** are true and correct pages excerpted from the Rule 30(b)(6) deposition of Mary Haynes in this litigation (highlights added).

8.      Attached hereto as **Exhibit 6** are true and correct pages excerpted from the deposition of Bryan Burroughs in this litigation (highlights added).

9.      Attached hereto as **Exhibit 7** is a true and correct copy of a document produced by Charter with the starting Bates number CHA_00140747 (highlights added).

10.     Attached hereto as **Exhibit 8** is a true and correct copy of a document produced by Charter with the starting Bates number CHA_00142139 (highlights added).

11.     Attached hereto as **Exhibit 9** is a true and correct copy of a document produced by Charter with the starting Bates number CHA_00102758 (highlights added).

12.     Attached hereto as **Exhibit 10** is a true and correct copy of a document produced by Charter with the starting Bates number CHA_00131956.

13.     Attached hereto as **Exhibit 11** is a true and correct copy of a document produced by Charter with the starting Bates number CHA_00141443 (highlights added).

14.     Attached hereto as **Exhibit 12** is a true and correct copy of a document produced by Charter with the starting Bates number CHA_00141426 (highlights added).

15.     Attached hereto as **Exhibit 13** is a true and correct excerpt of pages from the Transcript of Hearing on Plaintiffs' Motion to Compel, February 9, 2021 (highlights added).

16.     Attached hereto as **Exhibit 14** is a true and correct copy of a document produced by Charter with the starting Bates number CHA_00085550 (highlights added).

17.     Attached hereto as **Exhibit 15** is a true and correct copy of a document produced by Charter with the starting Bates number CHA_00087474 (highlights added).

18.     Attached hereto as **Exhibit 16** is a true and correct copy of a document produced by Charter with the starting Bates number CHA_00081690 (highlights added).

19.     Attached hereto as **Exhibit 17** is a true and correct excerpt of a document produced by Charter with the starting Bates number CHA_00024727 (highlights added).

20.     Attached hereto as **Exhibit 18** is a true and correct copy of a document produced by Charter with the starting Bates number CHA_00000155 (highlights added).

21. Attached hereto as **Exhibit 19** is a true and correct excerpt of pages from the Transcript of Discovery Hearing, February 22, 2021 (highlights added).

### A. Documents Preserved, Searched, and Produced by Charter

22. ██████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████

23. In response to Plaintiffs' requests, ████████████████████

████████████████████████████████████████████████████████

██████████████████████ These totals were derived from custodian analysis performed by Charter's e-discovery vendor for the litigation, Epiq Global. True and correct copies of these disclosure communications are attached as **Exhibits 20** (at page 6) (April 14, 2020, Letter from John Rosenthal), **21** (August 28, 2020, Email from John Rosenthal), **22** (December 10, 2020, Email from Ella Hallwass), and **23** (June 8, 2021, Email from Allison Huebert). Upon information and belief, Plaintiffs have not requested and ████████████████████████████

██████████████████████████████████████████████████████ (

████████████████████████████████████████████████████████

██████████████████ ). ██████████████████████████████████

██████████████████████████████████ disclosed via produced documents— specifically, the document produced at CHA_00079632, a true and correct excerpt of which is attached as **Exhibit 24.** The document was produced as a spreadsheet, which has been converted to a PDF here.

---

[1] ██████████████████████████████████████████████████████████

██████████████████████████

24. ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████

| Custodian/ Date Preserved for Mingus | ZL Archive Count as of Mingus Hold (No Date Restriction) | Documents Searched for Discovery |
|---|---|---|
| ████████ | ██ | ██ |
| ████████ | ██ | ██ |
| ████████ | ██ | ██ |
| ████████ | ██ | ██ |
| ████████ | ██ | ██ |
| ████████ | ██ | ██ |
| ████████ | ██ | ██ |

25. ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████ (All data derived from Exs. 20-24).

| Custodian/<br>Date Preserved for Mingus | ZL Archive Count as of<br>Mingus Hold<br>(No Date Restriction) | Documents Searched for<br>Discovery |
|---|---|---|
| ███████████ | ███ | ███ |
| ███████████ | ███ | ███ |
| ███████████ | ███ | ███ |
| ███████████ | ██ | ███ |
| ███████████ | ███ | ███ |
| ███████████ | ███ | ███ |
| ███████████ | ███ | ███ |
| ███████████ | ███ | ███ |
| ███████████ | ███ | ███ |
| ███████████ | ██ | ███ |
| ███████████ | ███ | ███ |
| ███████████ | ███ | ███ |
| ███████████ | ███ | ███ |
| ███████████ | ███ | ███ |
| ███████████ | ██ | ███ |
| ███████████ | ██ | ███ |
| ███████████ | ███ | ███ |
| ███████████ | ███ | ███ |

26. ████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████

27.   ████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████, limited to the discovery time period (sum of third column, above).

28.   ████████████████████████████████

████████████████████████████████████████

████████████████████████████

29. I declare under penalty of perjury that the foregoing is true and correct.


Executed this 7th Day of January, 2022, in Washington, DC.


_____

Jason D. Moore