# Exhibit VII

# Moore Declaration

# Exhibit 1

1        UNITED STATES DISTRICT COURT

           DISTRICT OF COLORADO

2

3

4

5   WARNER RECORDS, INC., et    )

     al.,                    )

6                       )

       Plaintiffs,       )

7                       )

     vs.                ) Civil No.

8                     ) 1:19-CV-00874-RBJ-MEH

                       )

9   CHARTER COMMUNICATIONS,    )

     INC.,                )

10                    )

       Defendant.        )

11

12

13

14

15       The Zoom video deposition of KIRILL ABRAMOV,

16   taken before Richard Derrick Ehrlich, Registered

17   Merit Reporter, Certified Realtime Reporter, taken

18   pursuant to the Federal Rules of Civil Procedure,

19   commencing at 9:30 a.m. on the 14th day of June,

20   2021.

21

22

23

24

Case 1:19-cv-08874-WEJ-MEH Document 683-8 filed 01/21/22 USDC Colorado Page 4 of 835





Page 58







Page 160



24    24    \\\

25

Case No. 1:19-cv-00874-REB-MEH Document 693 filed 01/22/21 USDC Colorado pg 9 of 35
Case 1:19-cv-00874-RBJ-MEH Document 396-6 filed 01/02/21 USDC Colorado Page 10 of 35

Page 192



Page 193



24    24        \\\

25



Page 198



Page 205



5    5    BY MR. OPPENHEIM:

6

25



Page 207



1



Page 210





25

Page 212



Page 213



25

Page 217

1       1        5:26.

2       2    BY MR. OPPENHEIM:



25





Page 225



25



Page 227



```
10    10              MR. OPPENHEIM:  I need to go off the record
11    11         for one moment, please.
12    12              VIDEOGRAPHER:  Off the record at 5:41.
13    13              (Break.)
14    14              VIDEOGRAPHER:  We are back on the record at
15    15         5:44 p.m.
16    16    BY MR. OPPENHEIM:
```



Page 229

25

Page 230



Page 231



```
13    13    BY MR. OPPENHEIM:

14    14    Q   Can you please look at what was previously

15    15        marked as Exhibit 12A?

16    16            MR. SCHAPIRO:  I don't have a 12A here, if

17    17        they're in numerical order.

18    18            MR. OPPENHEIM:  I've got it.  So it should

19    19        be there.

20    20            MR. SCHAPIRO:  Oh, sorry.  I had to

21    21        refresh.  I'm sorry.  I thought it was in there

22    22        before.

23    23            THE DEPONENT:  I've got it pulled up.

24    24        \\\

25
```



Page 240



25

Page 261

1

1                              CERTIFICATE

2

3              I, Richard D. Ehrlich, a Certified Shorthand

4    Reporter of the State of Illinois, CSR License No.

5    084-2019, do hereby certify that I stenographically

6    reported the proceedings had at the Zoom

7    deposition, as aforesaid, and that the foregoing

8    transcript is a true and accurate record of the

9    proceedings had therein.

10             IN WITNESS WHEREOF, I do set my hand at

11   Chicago, Illinois, this 17th day of June, 2021.

12

13                        Richard D. Ehrlich

                          Certified Shorthand Reporter

14                        License No. 084.2019

15

16

17

18

19

20

21

22

23

24