# Exhibit VIII

# Moore Declaration

# Exhibit 2

Page 1

1       IN THE UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF COLORADO

3

4

5   WARNER RECORDS, INC.,

6   et al.,

7       Plaintiffs,

8

9       vs.            Case No.

10                     1:19-CV-00874-RBJ-MEH

11

12   CHARTER COMMUNICATIONS, INC.,

13       Defendant.

14

15

16

17             DEPOSITION OF DAN VASEY

18                  VOLUME I

19       Taken on behalf of the Plaintiffs

20                April 8, 2021

21

22

23

24

25

Page 243

1    Can I do that?  It will take me 30 seconds.

2         This is the end of Media Unit Number 4.

3    We are now off the record at 3:24 p.m.

4              (Brief pause.)

5         THE VIDEOGRAPHER:  This is the beginning

6    of Media Unit Number 5.  We are now on the

7    record at 3:29 p.m.





Case 1:19-cv-09874-RBJ-MEH Document 631-9 filed 01/22/22 USDC Colorado Page 7 of 448



Page 248



Page 249



Page 282



Case No. 1:19-cv-09033-RMEJ-MEH Document 638-696 Filed 01/27/22 USDC Colorado Page 11 of 48

1  STATE OF ILLINOIS )

                     ) SS:

2  COUNTY OF C O O K )

3

4          The within and foregoing deposition of

5  the aforementioned witness was taken by SUZANNE M.

6  BENOIST, CSR, RPR, CRR and MARIA S. WINN, CSR, RPR

7  CRR, on the date and time aforementioned.

8          There were present remotely during the

9  taking of the deposition the previously named

10  counsel.

11          The said witness was first duly sworn and

12  was then examined upon oral interrogatories; the

13  questions and answers were taken down in shorthand

14  by the undersigned, acting as stenographers; and

15  the within and foregoing is a true, accurate and

16  complete record of all of the questions asked of

17  and answers made by the aforementioned witness, on

18  the date and time hereinabove referred to.

19          The signature of the witness was not

20  waived, and the deposition was submitted,

21  pursuant to Rule 30(e) and 32(d)4 of the Rules

22  of Civil Procedure for the United States District

23  Courts, to the deponent per copy of the attached

24  letter.

25

Page 307

1    The undersigned are not interested in the
2    within case, nor of kin or counsel to any of the
3    parties.
4    In witness whereof, we have hereunto set
5    our hand and seal of office this day, April 22,
6    2021.
7
8
9
10   Suzanne M. Benoist, RPR, CCR-MO, CSR-IL, CCR-KS
11
12
13
14   Maria S. Winn, CSR-IL, RPR-IL, CRR-IL
15
16
17
18
19
20
21
22
23
24
25

Page 312

1            THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF COLORADO

3

4    WARNER RECORDS INC. (f/k/a        )
     Warner Bros. Records, Inc.),     )
5    et al.,                          )
                                      )
6            Plaintiffs,              )
                                      )
7       vs.                           ) No. 19-cv-00874
                                      )      RBJ-MEH
8    CHARTER COMMUNICATIONS, INC.,    )
                                      )
9            Defendant.               )

10

11

12              Deposition of DAN VASEY

13                    Volume II

14               Taken April 23, 2021

15

16          The remotely held continued videotaped

17   deposition of DAN VASEY, taken by Maria S. Winn,

18   CSR, RPR and CRR, pursuant to the Federal Rules of

19   Civil Procedure for the United States District

20   Courts pertaining to the taking of depositions,

21   with the witness located in St. Louis, Missouri,

22   commencing at 9:59 a.m. on April 23, 2021.

23

24

25

Page 319

1     A    I think two times.

2     Q    And who was that counsel?

3     A    Mr. Rosenthal and Mr. Moore.

4     Q    Okay.  And when did you consult with

5  them?

6     A    I believe it was Monday of this week and

7  yesterday.

8     Q    And for, roughly, how long?

9     A    I don't recall exactly.

10     Q    Did you have an opportunity to review the

11  rough transcript in whole or in part?

12     A    No.

13     Q    Did you review any documents?

14     A    Yes.

15     Q    And which documents did you review?

16     MR. ROSENTHAL:  I instruct you not to

17    answer on the basis of privilege.

18  BY MR. OPPENHEIM:

19     Q    Did you review any documents outside of

20  your counsel?

21     A    Not that I recall.

Page 320

Page 321



Page 344



Page 348



Page 349



Page 364



Page 365



1   understand that.  You know, we have thousands of

2   custodians across hundreds or thousands of matters

3   over the last, you know, five years.  I will say

4   that Mr. Weber and Mr. Leuschner, I recognize

5   their names specifically as being on other holds

6   during that time period.

7       Q    You believe that they were on other legal

8   holds that would include the time period, 2012 to

9   2016?

10      A    Again, sir, I'd have to do some research

11  to understand exactly what holds they were on.  I

12  just recognize their names as being on other

13  holds.

14      Q    So you don't know, as you sit here today?

15      A    Again, I would have to do some research.

16           There's a lot of custodians at Charter

17  and a lot of employees, and I don't know every

18  custodian for every single legal hold that we

19  issue.

20

21

22

23

24

25

Page 375



Page 376



Page 377



Page 378



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 379



Page 380





Page 384

Page 387



Page 403



Page 404



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 405



Page 406

17              (Document previously marked as

18              Deposition Exhibit No. 3 for

19              identification.)

20   BY MR. OPPENHEIM:

21       Q    Now, can we get out what was previously

22   marked as Plaintiff's Exhibit 3.

23           MR. OPPENHEIM:  One moment.  For some

24       reason, it's closed me out.

25           I got it.  Thank you.

Page 412



Page 413



Page 418

1    BY MR. ROSENTHAL:



Page 419



Page 425



Page 426



Page 427



BY MR. ROSENTHAL:



Page 440

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21      Q    Now, Mr. Vasey, just a few more
22   questions.
23
24
25
```

Page 441



Page 442



Page 443

MR. ROSENTHAL:  I don't have anymore
questions, Mr. Vasey.  Thank you.

MR. OPPENHEIM:  Let's take a five-minute
break, please.

THE VIDEOGRAPHER:  Going off the record,
the time is 1:09 p.m.

          (WHEREUPON, a recess was taken,
           after which the following
           proceedings were held:)

THE VIDEOGRAPHER:  Going back on the
record.  The time is 1:19 p.m.

Case No. 1:19-cv-00874-RBJ-MEH   Document 636-6   filed 02/12/22   USDC Colorado   pg 47
of 48

Page 508

STATE OF ILLINOIS )

                   ) SS:

COUNTY OF C O O K )


        The within and foregoing deposition of

the aforementioned witness was taken by

MARIA S. WINN, CSR, RPR and CRR, on the date and

time aforementioned.

        There were present remotely during the

taking of the deposition the previously named

counsel.

        The said witness was first duly sworn and

was then examined upon oral interrogatories; the

questions and answers were taken down in shorthand

by the undersigned, acting as stenographer; and

the within and foregoing is a true, accurate and

complete record of all of the questions asked of

and answers made by the aforementioned witness, at

the time and place hereinabove referred to.

        The signature of the witness was not

waived, and the deposition was submitted,

pursuant to Rule 30(e) and 32(d)4 of the Rules

of Civil Procedure for the United States District

Courts, to the deponent per copy of the attached

letter.

Page 509

1       The undersigned is not interested in the

2   within case, nor of kin or counsel to any of the

3   parties.

4       In witness whereof, I have hereunto set

5   my hand and seal of office this day, May 6, 2021.

6

7                                    Maria S. Win

8

9

10  CSR No. 084-003784 - Expiration Date: May 31, 2021

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25