# Exhibit IX

# Moore Declaration

# Exhibit 3

Page 1

```
 1            THE UNITED STATES DISTRICT COURT

 2             FOR THE DISTRICT OF COLORADO

 3

 4    WARNER RECORDS INC. (f/k/a        )
      Warner Bros. Records, Inc.),     )
 5    et al.,                          )
                                       )
 6            Plaintiffs,              )
                                       )
 7        vs.                          ) No. 19-cv-00874
                                       )      RBJ-MEH
 8    CHARTER COMMUNICATIONS, INC.,    )
                                       )
 9            Defendant.               )

10

11

12            Deposition of COLTON MABB

13                Taken May 7, 2021

14

15

16            The remotely held videotaped deposition

17    of MR. COLTON MABB, taken by Maria S. Winn, CSR,

18    RPR and CRR, pursuant to the Federal Rules of

19    Civil Procedure for the United States District

20    Courts pertaining to the taking of depositions,

21    with the witness located in Maryland Heights,

22    Missouri, commencing at 8:05  a.m. on May 7, 2021.

23

24

25
```

Page 360

1    BY MR. OPPENHEIM:



Page 361



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 362



23   BY MR. OPPENHEIM:

Page 384



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

18          MS. HUEBERT:  Objection.

19          I'm sorry, Matt.  What are you asking

20     him, just so we're clear?  Because this does

21     implicate work product.  So I just -- I'm not

22     trying to coach him, but he didn't produce

23     anything.

24          So what are you asking him?  What are you

25     trying to ask him?

Page 388

1    BY MR. OPPENHEIM:



Page 389



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Page 391



Page 392



22    MR. OPPENHEIM:  Let's go off the record.

23    MS. HUEBERT:  Is this our pizza break?

24    THE VIDEOGRAPHER:  Off the record at

25        7:20.

Page 401



16          (Document marked as Exhibit No. 147

17              for identification.)

18    BY MR. OPPENHEIM:

19        Q    Mr. Mabb, I'd ask you to please look at

20    what's been marked as Plaintiffs' Exhibit 147.

21    It's a large spreadsheet, so you may have to just

22    download it.

23        A    Was that 147?

24        Q    Yes, sir.

25             Mr. Mabb, I believe -- I'm going to try

Case No. 1:19-cv-00874-RBJ-MEH Document 686-5 Filed 01/02/22 USDC Colorado Page 15 of 16

Page 446

STATE OF ILLINOIS )
                   ) SS:
COUNTY OF C O O K )


        The within and foregoing deposition of
the aforementioned witness was taken by
MARIA S. WINN, CSR, RPR and CRR, at the place,
date and time aforementioned.
        There were present remotely during the
taking of the deposition the previously named
counsel.
        The said witness was first duly sworn and
was then examined upon oral interrogatories; the
questions and answers were taken down in shorthand
by the undersigned, acting as stenographer; and
the within and foregoing is a true, accurate and
complete record of all of the questions asked of
and answers made by the aforementioned witness, at
the time and place hereinabove referred to.
        The signature of the witness was not
waived, and the deposition was submitted,
pursuant to Rule 30(e) and 32(d)4 of the Rules
of Civil Procedure for the United States District
Courts, to the deponent per copy of the attached
letter.

Page 447

1          The undersigned is not interested in the

2     within case, nor of kin or counsel to any of the

3     parties.

4          In witness whereof, I have hereunto set

5     my hand and seal of office this day, May 21, 2021.

6                 Maria S. Win

7

8                              _____

9

10    CSR No. 084-003784 - Expiration Date: May 31, 2021

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25