# Exhibit X

# Moore Declaration

# Exhibit 5

Case 1:19-cv-00874-RBJ-MEH Document 686-5 Filed 04/07/21 USDC Colorado Page 2 of 13

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No. 19-cv-00874-RBJ-MEH

WARNER RECORDS, INC., (f/k/a Warner Bros. Records, Inc.), et al.,

    Plaintiffs,

vs.

CHARTER COMMUNICATIONS, INC.,

      Defendant.

CONFIDENTIAL - ATTORNEYS' EYES ONLY
VIDEO VIDEOCONFERENCE RULE 30(b)(6) DEPOSITION OF
CHARTER COMMUNICATIONS, INC. by MARY HAYNES
May 21, 2021

_____



[Lines 1-17 redacted]

18  Q.  Bear with me, Ms. Haynes.  I'm having
19  trouble with the transcript.
20      MR. SPERLING:  Why don't we go off the
21  record for just a minute so we can deal with this
22  technological problem.
23      THE VIDEOGRAPHER:  Going off the record
24  at 2:00 p.m.
25      (Discussion off the record.)

Case No. 1:19-cv-00874-RBJ-MEH Document 686-6 Filed 04/07/21 USDC Colorado Page 5 of 13

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 192

1              (Recess taken.)
2              THE VIDEOGRAPHER: We're going back on
3    the record at 2:04 p.m.
4         Q.   (BY MR. SPERLING) Ms. Haynes, since we
5    had to take a break, I'm just going to read back to
6    you the last two questions and answers so you have
7    them fresh, and then I'll pick up my questioning. I
8    █████████████████████████████████████████████████
9    ██████████████████████████████████████████
10   ████████████████████████████████████████
11   █████████████████████████████████████████████████
12   ██████████████████████████████████████████████████
13   █████████████████
14   ████████████████████████████████████████████████
15   ███████████████████████████████████████
16   ██████████████████████████████████████████████
17   █████████████████████████████████████████████████
18   ████████████████████████████████████
19   ████████████████████████████████████████
20   █████████████████████████████████████████████████
21   █████████████████████████████████████████████████
22   ███████████████████████████████████████
23   ███████████████████████████████████████████
24   █████████████████████████████████
25   ████████████████████████████████████████████████

Veritext Legal Solutions
www.veritext.com                              888-391-3376

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 193

1 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
2 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
3 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
4 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
5       MR. SPERLING: Why don't we mark Tab 81
6 as the next exhibit, please.
7       Q.  (BY MR. SPERLING) Okay. You should
8 have Exhibit 28 in your folder now, Ms. Haynes.
9       A.  Okay. I have that.
10 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
11 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
12 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
13 ▓▓▓▓▓▓▓▓▓▓
14 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
15 ▓▓▓▓▓▓▓▓▓
16 ▓▓▓▓▓▓▓
17 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
18 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
19 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
20 ▓▓▓▓▓
21 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
22 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
23 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
24 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
25 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓



CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 200

1 █████████████████████████████████
2 ███████████████████████████████
3 ███████████████████████████████████
4 █████████████████████████████████████████
5 ███████████████████████████████████████████
6 ████████████████████████
7 ██████████████████████████████████
8 █████████████████████████████████████████████
9 ████████████████████████████████████
10 █████████████████████████████████████
11 █████████████████████████████████████
12 ██████████████████████████
13 █████████████████████████████
14 ████████████████████████
15 ████████████████████████████████
16 █████████████████████████████████████████
17 ██████████████████████████
18 Q.   (BY MR. SPERLING)  Let me take you back
19 to Exhibit -- bear with me.  Let me take you back to
20 Exhibit 28 for a moment.
21 A.   Okay, I have that up.
22 ████████████████████████████████████████
23 ████████████████████████████████████████
24 ████████████████████████████████████████
25 ████████████████████████████████████████

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 203

1 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

2 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

5        MR. SPERLING: Okay. I think you can

6 make a shorter objection on something that you

7 litigated and lost. So the objection is noted for the

8 record, but --

9        MR. EISEMAN: And it's a continuing

10 objection. Understood?

11        MR. SPERLING: Understood. So let's

12 treat it as such, and you won't have to keep repeating

13 it.

14 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

15 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

16 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

17 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

18 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

19 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

20 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

21 ▮▮▮▮▮

22 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

23 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

24 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

25 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 204



CONFIDENTIAL - ATTORNEYS' EYES ONLY



CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 259

1   REPORTER'S CERTIFICATE

2

3         I, Sandra L. Bray, Registered Diplomate
4   Reporter, Certified Realtime Reporter, and Notary
5   Public within and for the State of Colorado,
6   commissioned to administer oaths, do hereby certify
7   that previous to the commencement of the examination,
8   the witness was duly sworn by me to testify the truth
9   in relation to matters in controversy between the said
10  parties; that the said deposition was taken in
11  stenotype by me at the time and place aforesaid and
12  was thereafter reduced to typewritten form by me; and
13  that the foregoing is a true and correct transcript of
14  my stenotype notes thereof.
15        That I am not an attorney nor counsel
16  nor in any way connected with any attorney or counsel
17  for any of the parties to said action nor otherwise
18  interested in the outcome of this action.
19        My commission expires: January 17, 2024.
20
21  *[Signature: Sandra L. Bray]*
22
    Sandra L. Bray
23      Registered Diplomate Reporter
    Certified Realtime Reporter
24      and Notary Public
25