# Exhibit XI

Case 1:19-cv-00874-RBJ-MEH Document 689-6 Filed 04/07/21 USDC Colorado Page 2 of 78

# Moore Declaration

# Exhibit 6

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

WARNER RECORDS, INC., et al.,

    Plaintiffs,

    vs.        Case No.

                1:19-CV-00874-RBJ-MEH

CHARTER COMMUNICATIONS, INC.,

    Defendant.


VIDEO DEPOSITION OF BRYAN BURROUGHS

Taken on behalf of the Defendant

August 27, 2021

Page 87

1    A.    Okay. I've read it.

2    Q. [redacted]

3-25 [redacted]







```
                                              Page 135

 1              REPORTER CERTIFICATE

 2

 3         I, SUZANNE BENOIST, Certified Shorthand

 4   Reporter, do hereby certify that there came before

 5   me via Zoom, the above-referenced parties, that the

 6   proceeding was translated and proofread using

 7   computer-aided transcription, and the above

 8   transcript of proceedings is a true and accurate

 9   transcript of my notes as taken at the time of said

10   event.

11         I further certify that I am neither attorney

12   nor counsel for nor related nor employed by any of

13   the parties to the action in which this examination

14   is taken; further, that I am not a relative or

15   employee of any attorney or counsel employed by the

16   parties hereto or financially interested in this

17   action.

18         Dated this 30th day of August, 2021.

19
                    
20

21              Ms. Suzanne Benoist, RPR,

22              CCR-MO, CCR-KS, CSR-IL, CSR-IA

23   Notary Public No. 07541281

24   State of Missouri - Jefferson County

25   My commission expires: 5/10/2024
```