# Exhibit XIII

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00874-RBJ-MEH

WARNER RECORDS INC. et al.,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

---

**DECLARATION OF COREY MILLER IN SUPPORT OF PLAINTIFFS' REPLY
IN SUPPORT OF PLAINTIFFS' MOTION FOR SPOLIATION SANCTIONS**

---

    I, Corey Miller, hereby declare pursuant to 28 U.S.C. § 1746 that the following statements are true and correct to the best of my personal knowledge and belief:

    1.    I am an associate at Oppenheim + Zebrak, LLP, and am admitted to practice law in the District of Columbia, among other jurisdictions. I am counsel for Plaintiffs in the above-captioned case.

    2.    I submit hereby submit this Declaration in Support of Plaintiffs' Reply in Support of Plaintiffs' Motion for Spoliation Sanctions.

    3.    I previously submitted a Declaration in Support of Plaintiffs' Motion for Spoliation Sanctions on December 3, 2021, to which were attached 34 exhibits. ECF No. 592-1; ECF Nos. 592-2 - 592-35.

    4.    Attached are true and correct copies of the following documents. The exhibit numbers resume where the exhibits to my December 3, 2021 declaration ended.

1

| Exhibit | Description | Bates Number |
|---|---|---|
| 35 | Excerpts from the transcript of the June 14, 2021 deposition of Kirill Abramov. | N/A |
| 36 | Excerpts from the transcript of the April 8, 2021 30(b)(6) deposition of Dan Vasey. | N/A |
| 37 | ███████████████ | CHA_00115912 |
| 38 | ███████████████ | CHA_00116409 |
| 39 | ███████████████ | CHA_00127967; CHA_00127997; CHA_00131210; CHA_00082069; CHA_00082072; CHA_00082075; CHA_00082078; CHA_00082081; CHA_00082326; CHA_00082329; CHA_00082332; CHA_00082335; CHA_00082338; CHA_00082341; CHA_00082344; CHA_00082347; CHA_00082350; CHA_00082353; CHA_00082356; CHA_00082359; CHA_00082362; CHA_00082365; CHA_00082368; CHA_00082371; CHA_00082374; CHA_00082377; CHA_00082380; CHA_00082383; CHA_00082386; CHA_00082398; CHA_00082398; CHA_00082401; CHA_00082404; CHA_00082407; CHA_00089590; CHA_00089593; CHA_00089596; CHA_00082423; CHA_00089647; CHA_00089650; CHA_00089653; CHA_00089656; CHA_00089693; CHA_00089696; CHA_00089699; CHA_00089702; CHA_00089705; CHA_00089708; CHA_00089590; CHA_00082426; CHA_00089753; CHA_00089756; CHA_00089759; CHA_00089762; |

| | | | |
|---|---|---|---|
| | | | CHA_00089765; CHA_00089768; CHA_00082429; CHA_00089799; CHA_00089802; CHA_00089865; CHA_00089868; CHA_00089871; CHA_00089874; CHA_00089877; CHA_00089880 |
| 40 | ▮ | | CHA_00115354 |
| 41 | ▮ | | CHA_00116328 |
| 42 | ▮ | | CHA_00079632 |



5. If the Court so requests, Plaintiffs can provide copies of any of the exhibits to both this and my December 3, 2021 Declaration in their original format.

Executed in Washington, DC, this 28th day of January, 2022.

/s/ Corey Miller
Corey Miller

3