# Exhibit XIV

# Plaintiffs' Exhibit 35

```
                                                          Page 1
 1           UNITED STATES DISTRICT COURT
                 DISTRICT OF COLORADO
 2
 3
 4
 5   WARNER RECORDS, INC., et    )
     al.,                        )
 6                               )
        Plaintiffs,              )
 7                               )
     vs.                         ) Civil No.
 8                               ) 1:19-CV-00874-RBJ-MEH
                                 )
 9   CHARTER COMMUNICATIONS,     )
     INC.,                       )
10                               )
        Defendant.               )
11
12
13
14
15       The Zoom video deposition of KIRILL ABRAMOV,
16   taken before Richard Derrick Ehrlich, Registered
17   Merit Reporter, Certified Realtime Reporter, taken
18   pursuant to the Federal Rules of Civil Procedure,
19   commencing at 9:30 a.m. on the 14th day of June,
20   2021.
21
22
23
24
```



Page 250
1  where would you look?
2  A  I would likely ask Ms. Flores to look in Legal
3     Hold Pro or in whatever other system she has
4     access to.
5  Q  And would that system show different iterative
6     versions of the hold notice?
7  A  That would be my expectation.
8        MR. OPPENHEIM: Mr. Schapiro, I will
9     represent to you that we do not believe that
10    that version has been produced and we would call
11    for its production.
12       MR. SCHAPIRO: I will take it under
13    advisement noting that he did not say
14    definitively that there is such a document, but
15    we will take that back.
16       Thank you.
17       MR. OPPENHEIM: He didn't say definitively
18    there wasn't.
19       MR. SCHAPIRO: We agree.
20  BY MR. OPPENHEIM:
21

Page 251

Page 252
4        MR. SCHAPIRO: So, Matt, by my estimation,
5     we're a bit over time now, including the extra
6     minute for the technical issue.
7        We can ask the videographer if you want,
8     but I think we're going to declare this a day
9     well spent and completed.
10       MR. OPPENHEIM: I'm not done.
11       MR. SCHAPIRO: Hold on. We might be.
12    Let's see how far over we are.
13       How much time, Mr. Videographer?
14       VIDEOGRAPHER: Seven hours and one minute.
15       MR. SCHAPIRO: So you can ask a question or
16    two more. That's all.
17       MR. OPPENHEIM: We got about 15 minutes,
18    and I'm going to take it. And if you want to
19    call Judge Hegarty, go ahead, but between your
20    consulting on 502(d), all of the objections, and
21    everything else --
22       MR. SCHAPIRO: I'll give it five, which is
23    what I was given by your colleagues in one, and
24    then, yes, we will end it and we can try the

Page 253
1  judge if you want.
2     I'll start the stopwatch now.
3     Go.
4  BY MR. OPPENHEIM:

64 (Pages 250 - 253)



Page 254
...
24  \\\
25

Page 255
...
25

Page 256
...
11   Matt, by my count, we're at the five-minute
12   grace period.  You have one or two great zingers
13   left?
14   BY MR. OPPENHEIM:
...
25

Page 257
...
25

Page 258

1 ████████████████████████████████
2     MR. SCHAPIRO:  All right.  With that,
3 having now gone, I think, 10 minutes over by
4 about my count, I'm going to have to declare
5 this done.  And if you want to call the judge,
6 we can.
7     But Mr. Hegarty -- excuse me --
8 Mr. Abramov, I am going to ask you not to answer
9 any more questions.
10 BY MR. OPPENHEIM:
11 ████████████████████████████████
   ████████████████████████████████
   ████████████████████████████████
   ████████████████████████████████
   ████████████████████████
16     MR. SCHAPIRO:  I'm instructing you,
17 Mr. Abramov, that you should not answer any
18 more.  We've now gone 10 minutes over, which is
19 a more-than-generous offer, especially given all
20 of the questions that were asked about 13 times
21 after having been asked and answered.
22     So let's go off the record.
23     MR. OPPENHEIM:  I'm not agreeing.
24     MR. SCHAPIRO:  We can talk about whether to
25

Page 259

1 call the judge.
2     MR. OPPENHEIM:  Okay.  For the record,
3 there were plenty of interruptions of this
4 deposition and I believe the judge was very
5 clear about the courtesies that should be
6 extended, but we will take it up with him, along
7 with larger issues, at a later time.
8     MR. SCHAPIRO:  Thank you.  That is why I
9 extended the courtesy of the extra 10 minutes,
10 which is what we've been generally doing in
11 these cases, but it has to stop somewhere, and
12 here's where it stops today.
13     Thank you, Mr. Oppenheim.  A pleasure, as
14 always.
15     MR. OPPENHEIM:  As I would say, thank you,
16 Mr. Abramov, for your time today.
17     Andrew, you didn't need to interrupt me.  I
18 give you plenty of time to chat.  Just say what
19 you need to say.  Don't worry about it.  Thank
20 you.
21     MR. SCHAPIRO:  Thanks.
22     THE DEPONENT:  Thank you.
23     VIDEOGRAPHER:  We're off the record at
24 6:33.
25

Page 260

1     (Signature reserved.)
2     (Zoom video deposition concluded.)

Page 261

CERTIFICATE

    I, Richard D. Ehrlich, a Certified Shorthand
Reporter of the State of Illinois, CSR License No.
084-2019, do hereby certify that I stenographically
reported the proceedings had at the Zoom
deposition, as aforesaid, and that the foregoing
transcript is a true and accurate record of the
proceedings had therein.
    IN WITNESS WHEREOF, I do set my hand at
Chicago, Illinois, this 17th day of June, 2021.

              Richard D. Ehrlich
              Certified Shorthand Reporter
              License No. 084.2019

66 (Pages 258 - 261)