# Exhibit XV

# Plaintiffs' Exhibit 36

```
1            THE UNITED STATES DISTRICT COURT
2              FOR THE DISTRICT OF COLORADO
3
4     WARNER RECORDS INC. (f/k/a      )
      Warner Bros. Records, Inc.),    )
5     et al.,                         )
                                      )
6            Plaintiffs,              )
                                      )
7         vs.                         ) No. 19-cv-00874
                                      )     RBJ-MEH
8     CHARTER COMMUNICATIONS, INC.,   )
                                      )
9            Defendant.               )
10
11
12              Deposition of DAN VASEY
13                   Volume II
14               Taken April 23, 2021
15
16          The remotely held continued videotaped
17    deposition of DAN VASEY, taken by Maria S. Winn,
18    CSR, RPR and CRR, pursuant to the Federal Rules of
19    Civil Procedure for the United States District
20    Courts pertaining to the taking of depositions,
21    with the witness located in St. Louis, Missouri,
22    commencing at 9:59 a.m. on April 23, 2021.
23
24
25
```



Veritext Legal Solutions
www.veritext.com 888-391-3376



Page 505
1  underway for a number of matters to identify --
2  you know, for all the matters, begun in April of
3  2017, and continued on through November.
4     Q   All right.
5     A   Actually, into January, yes.
6     Q   But there's nothing in the timeline that
7  describes that documents indicate that the Mingus
8  Music Werkshop hold had been closed in June of
9  2016.  Correct -- excuse me, 2017?
10    A   Not in the timeline, no, I don't see it.
11    Q   During the course of the interviews that
12 you were in, did the attorneys take notes?
13    A   I don't know.  I can't see what they're
14 doing.  It was via the telephone or Zoom.
15    Q   So you don't know whether or not they
16 took notes?
17    A   No.

Page 507
17        MR. OPPENHEIM:  I have no further
18    questions at this time.  Mr. Vasey, thank you
19    for your time.  I know it's been a long
20    deposition.  I appreciate your focus and
21    attention, and wish you the best of luck.
22        MR. ROSENTHAL:  Charter will read and
23    sign the deposition.  Thank you.
24        THE VIDEOGRAPHER:  Going off the record.
25    The time is 3:05 p.m.

Page 508
1  STATE OF ILLINOIS )
                    ) SS:
2  COUNTY OF C O O K )
3
4        The within and foregoing deposition of
5  the aforementioned witness was taken by
6  MARIA S. WINN, CSR, RPR and CRR, on the date and
7  time aforementioned.
8        There were present remotely during the
9  taking of the deposition the previously named
10 counsel.
11       The said witness was first duly sworn and
12 was then examined upon oral interrogatories; the
13 questions and answers were taken down in shorthand
14 by the undersigned, acting as stenographer; and
15 the within and foregoing is a true, accurate and
16 complete record of all of the questions asked of
17 and answers made by the aforementioned witness, at
18 the time and place hereinabove referred to.
19       The signature of the witness was not
20 waived, and the deposition was submitted,
21 pursuant to Rule 30(e) and 32(d)4 of the Rules
22 of Civil Procedure for the United States District
23 Courts, to the deponent per copy of the attached
24 letter.
25

Page 509

1    The undersigned is not interested in the
2  within case, nor of kin or counsel to any of the
3  parties.
4    In witness whereof, I have hereunto set
5  my hand and seal of office this day, May 6, 2021.
6
7
8        *Maria S. Win* (signature)
9
10  CSR No. 084-003784 - Expiration Date: May 31, 2021

Page 510

       Veritext Legal Solutions
1       1100 Superior Ave
         Suite 1820
2       Cleveland, Ohio 44114
3       Phone: 216-523-1313
4
   May 7, 2021
5
   To: JOHN J. ROSENTHAL
6
   Case Name: Warner Records, Inc., etc., et al. v. Charter
7  Communications, Inc.
8  Veritext Reference Number: 4550738
9  Witness: Dan Vasey , Vol II    Deposition Date: 4/23/2021
10
   Dear Sir/Madam:
11
12 Enclosed please find a deposition transcript. Please have the witness
13 review the transcript and note any changes or corrections on the
14 included errata sheet, indicating the page, line number, change, and
15 the reason for the change. Have the witness' signature notarized and
16 forward the completed page(s) back to us at the Production address
   shown
17
   above, or email to production-midwest@veritext.com.
18
19 If the errata is not returned within thirty days of your receipt of
20 this letter, the reading and signing will be deemed waived.
21
   Sincerely,
22
   Production Department
23
24
25 NO NOTARY REQUIRED IN CA

Page 511

1    DEPOSITION REVIEW
     CERTIFICATION OF WITNESS
2
   ASSIGNMENT REFERENCE NO: 4550738
3  Warner Records, Inc., et al. v. Charter Communications, Inc.
   DATE OF DEPOSITION: 4/23/2021
4  WITNESS' NAME: Dan Vasey , Vol II
5    In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7    I have made no changes to the testimony
   as transcribed by the court reporter.
8
   _____   _____
9  Date              Dan Vasey , Vol II
10   Sworn to and subscribed before me, a
   Notary Public in and for the State and County,
11 the referenced witness did personally appear
   and acknowledge that:
12
     They have read the transcript;
13   They signed the foregoing Sworn
     Statement; and
14   Their execution of this Statement is of
     their free act and deed.
15
     I have affixed my name and official seal
16
   this _____ day of_____, 20____.
17
         _____
18       Notary Public
19       _____
         Commission Expiration Date
20
21
22
23
24
25

Page 512

1    DEPOSITION REVIEW
     CERTIFICATION OF WITNESS
2
   ASSIGNMENT REFERENCE NO: 4550738
3  Warner Records, Inc., et al. v. Charter Communications, Inc.
   DATE OF DEPOSITION: 4/23/2021
4  WITNESS' NAME: Dan Vasey , Vol II
5    In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7    I have listed my changes on the attached
   Errata Sheet, listing page and line numbers as
8  well as the reason(s) for the change(s).
9    I request that these changes be entered
   as part of the record of my testimony.
10
     I have executed the Errata Sheet, as well
11 as this Certificate, and request and authorize
   that both be appended to the transcript of my
12 testimony and be incorporated therein.
   _____   _____
13
   Date              Dan Vasey , Vol II
14
     Sworn to and subscribed before me, a
15 Notary Public in and for the State and County,
   the referenced witness did personally appear
16 and acknowledge that:
17   They have read the transcript;
     They have listed all of their corrections
18   in the appended Errata Sheet;
     They signed the foregoing Sworn
19   Statement; and
     Their execution of this Statement is of
20   their free act and deed.
21   I have affixed my name and official seal
22 this _____ day of_____, 20____.
23       _____
         Notary Public
24
25       _____
         Commission Expiration Date

51 (Pages 509 - 512)