Exhibit 3

Plaintiffs' Exhibit 5

Page 1

1        IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF COLORADO

3    - - - - - - - - - - - - - - x

4    WARNER RECORDS, INC., et al,  :

5                Plaintiffs,       :

6        vs.                       : Civil Action No.

7    CHARTER COMMUNICATIONS, INC., : 19-CV-874

8                Defendant.        :

9    - - - - - - - - - - - - - - x

10                HIGHLY CONFIDENTIAL

11       VIRTUAL VIDEOTAPED 30(b)(6) DEPOSITION OF:

12       RECORDING INDUSTRY ASSOCIATION OF AMERICA

13               GIVEN BY STEVEN MARKS

14   DATE:        Friday, May 7, 2021

15   TIME:        10:08 a.m.

16   LOCATION:    Remote Proceedings

17   REPORTED BY: Denise M. Brunet, RPR

18                Reporter/Notary

19

20                Veritext Legal Solutions

21

22

HIGHLY CONFIDENTIAL



Page 210

1  the other ISPs.  I think she was drawing our

2  attention to that issue.

3      MR. SCHAPIRO:  All right.  Let's

4  introduce the next exhibit, please.

5      MR. SCHER:  I have introduced Exhibit 18.

6      (Marks Deposition Exhibit Number 18 was

7  marked for identification.)

8  BY MR. SCHAPIRO:

9   Q   Take a look at this, please, Mr. Marks.

10  So Exhibit 18, multi-page document produced in

11  this litigation, RIAA_CH_01546619.

12   A   I'm sorry, it didn't load.  Hold on a

13  second.  I think I have to refresh every time for

14  it to load.  Okay.  I have it.



Page 218

Page 220

17      MR. SCHAPIRO:  All right.  Let's load the
18  next exhibit, Exhibit 19, our internal next tab.
19      MR. SCHER:  I have introduced Exhibit 19.
20      (Marks Deposition Exhibit Number 19 was
21  marked for identification.)
22  BY MR. SCHAPIRO:

Page 219

1    Q    All right.  Take a look at Exhibit 19.
2  Tell me if you recognize this document.
3    A    It's loading still.
4        Got it.

Page 221

HIGHLY CONFIDENTIAL

Page 306

1    CERTIFICATE OF NOTARY PUBLIC
2        I, Denise M. Brunet, the officer before
3    whom the foregoing deposition was taken, do hereby
4    certify that the witness whose testimony appears
5    in the foregoing deposition was sworn by me; that
6    the testimony of said witness was taken by me
7    stenographically and thereafter reduced to print
8    by means of computer-assisted transcription by me
9    to the best of my ability; that I am neither
10   counsel for, related to, nor employed by any of
11   the parties to this litigation and have no
12   interest, financial or otherwise, in the outcome
13   of this matter.
14
15       *Denise M. Brunet*
16       Denise M. Brunet
17       Notary Public in and for
18       The District of Columbia
19
20   My commission expires:
21   December 14, 2022
22

Page 307

1            Veritext Legal Solutions
             1100 Superior Ave
2            Suite 1820
             Cleveland, Ohio 44114
             Phone: 216-523-1313
3
4    May 12, 2021
5    To: Jeffrey M. Gould, Esq.
6    Case Name: Warner Records, Inc., et al. v. Charter Communications,
     Inc.
7
     Veritext Reference Number: 4572136
8
     Witness: Steve Marks      Deposition Date: 5/7/2021
9
     Dear Sir/Madam:
10
     Enclosed please find a deposition transcript. Please have the witness
11
     review the transcript and note any changes or corrections on the
12
     included errata sheet, indicating the page, line number, change, and
13
     the reason for the change. Have the witness' signature notarized and
14
     forward the completed page(s) back to us at the Production address
15   shown
16   above, or email to production-midwest@veritext.com.
17   If the errata is not returned within thirty days of your receipt of
18   this letter, the reading and signing will be deemed waived.
19   Sincerely,
20   Production Department
21
22   NO NOTARY REQUIRED IN CA

Page 308

1        DEPOSITION REVIEW
         CERTIFICATION OF WITNESS
2
3        ASSIGNMENT REFERENCE NO: 4572136
         CASE NAME: Warner Records, Inc., et al. v. Charter
     Communications, Inc.
         DATE OF DEPOSITION: 5/7/2021
4        WITNESS' NAME: Steve Marks
5        In accordance with the Rules of Civil
     Procedure, I have read the entire transcript of
6    my testimony or it has been read to me.
7        I have made no changes to the testimony
     as transcribed by the court reporter.
8
         _____
9    Date           Steve Marks
10       Sworn to and subscribed before me, a
     Notary Public in and for the State and County,
11   the referenced witness did personally appear
     and acknowledge that:
12
         They have read the transcript
13       They signed the foregoing Sworn
             Statement  and
14       Their execution of this Statement is of
             their free act and deed.
15
         I have affixed my name and official seal
16
     this _____ day of_____, 20____.
17
18       Notary Public
19       _____
         Commission Expiration Date
20
21
22
23
24
25

Page 309

1        DEPOSITION REVIEW
         CERTIFICATION OF WITNESS
2
3        ASSIGNMENT REFERENCE NO: 4572136
         CASE NAME: Warner Records, Inc., et al. v. Charter
     Communications, Inc.
         DATE OF DEPOSITION: 5/7/2021
4        WITNESS' NAME: Steve Marks
5        In accordance with the Rules of Civil
     Procedure, I have read the entire transcript of
6    my testimony or it has been read to me.
7        I have listed my changes on the attached
     Errata Sheet, listing page and line numbers as
8    well as the reason(s) for the change(s).
9        I request that these changes be entered
     as part of the record of my testimony.
10
         I have executed the Errata Sheet, as well
11   as this Certificate, and request and authorize
     that both be appended to the transcript of my
12   testimony and be incorporated therein.
13       _____
     Date           Steve Marks
14
         Sworn to and subscribed before me, a
15   Notary Public in and for the State and County,
     the referenced witness did personally appear
16   and acknowledge that:
17       They have read the transcript
         They have listed all of their corrections
18           in the appended Errata Sheet
         They signed the foregoing Sworn
19           Statement  and
         Their execution of this Statement is of
20           their free act and deed.
21       I have affixed my name and official seal
22   this _____ day of_____, 20____.
23       _____
         Notary Public
24
25       _____
         Commission Expiration Date

78 (Pages 306 - 309)

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.