# Exhibit 5

DocuSign Envelope ID: 00EED6BF-9DAA-4C37-98D5-00D7D9535045

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00874-RBJ-MEH

WARNER RECORDS INC. et al.,

Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

Defendant.

## DECLARATION OF STEVEN MARKS

I, Steven Marks, hereby declare pursuant to 28 U.S.C. § 1746 that the following statements are true and correct to the best of my personal knowledge and belief:

### Introduction

1. I am the former General Counsel and Chief of Digital Business for the Recording Industry Association of America ("RIAA"), where I worked from 1997 until January 2019. I have personal knowledge of the facts set forth herein and, if necessary, I would and could competently testify thereto if called as a witness in this matter. I submit this declaration in support of Plaintiffs' Opposition to Charter's Motion For Curative Measures and Sanctions For Plaintiffs' Spoliation of Evidence.

2. RIAA is the trade organization that supports and promotes the creative and financial vitality of the major recording companies, including the Record Company Plaintiffs in this case. Among other things, RIAA works to protect the intellectual property and First

DocuSign Envelope ID: 00EED6BF-9DAA-4C37-98D5-00D7D9535045

Amendment rights of artists and music labels; conducts consumer, industry and technical research; and monitors and reviews state and federal laws, regulations and policies.

3. Music publishers, including the Music Publisher Plaintiffs in this case, are not members of RIAA.

4. For a period of years prior to 2008, the music industry had a well-known litigation program that involved lawsuits against individuals infringing on P2P services. ▮

▮

▮

▮

▮

5. ▮

▮

▮

▮

▮

▮

▮

▮

▮

▮

DocuSign Envelope ID: 00EED0BF-9DAA-4C37-98D5-00D7D9535045

6. █████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████

7. On December 17, 2015, a federal jury in *BMG Rights Management (US) LLC v. Cox Communications Inc.*, found Cox Communications, Inc., another ISP, liable for secondary copyright infringement. █████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

████████████████████████████████

8. ███████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

████████████████████████

3

9. Some of the Plaintiffs in this case filed an earlier case against Cox Communications in July 2018. ████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████

Executed this 7th day of January, 2022 in Kensington, MD _____

DocuSigned by:
*Steven Marks*
425FF969A2A7445...

Steven Marks

4