# Exhibit 7

Case No. 1:19-cv-00874-RBJ-MEH   Document 697-7   filed 02/11/22   USDC Colorado   pg 2 of 4
Case 1:19-cv-00874-RBJ-MEH   Document 632-15   Filed 01/07/22   USDC Colorado   Page 1 of 3
DocuSign Envelope ID: DD6E35D7-D58B-42F9-95D2-99FCFFBB58D4

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00874-RBJ-MEH

WARNER RECORDS INC. et al.,

Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

Defendant.

_____

## DECLARATION OF WADE LEAK
_____

I, Wade Leak, hereby declare pursuant to 28 U.S.C. § 1746 that the following statements are true and correct to the best of my personal knowledge and belief:

1. I am Executive Vice President, Deputy General Counsel, and Chief Compliance, Ethics, and Privacy Officer at Sony Music Entertainment ("SME"). As in-house counsel, I manage and supervise litigation for SME and its affiliates that own or control copyrights in sound recordings, including Arista Music, Arista Records LLC, LaFace Records LLC, Provident Label Group, LLC, Sony Music Entertainment, Sony Music Entertainment US Latin LLC, The Century Family, Inc., Volcano Entertainment III, LLC, and Zomba Recording LLC (collectively, the "SME Plaintiffs"). I submit this Declaration in support of Plaintiffs' Opposition to Charter's Motion For Curative Measures and Sanctions For Plaintiffs' Spoliation of Evidence based on personal knowledge and/or information learned in the course of my duties for SME.

2. The SME Plaintiffs seek out and develop recording artists to create, exploit, and distribute copyrighted sound recordings and audiovisual works through various record labels.

The SME Plaintiffs' exclusive copyright interests in their catalogs of sound recordings are their principal corporate assets and are central to their businesses.

3. The SME Plaintiffs have, at times, authorized their trade association, the Recording Industry Association of America ("RIAA"), to conduct anti-piracy activities on their behalf, including in connection with detecting infringement of their works on peer-to-peer ("P2P") networks.

4. For a period of years prior to 2008, the music industry had a well-known litigation program that involved lawsuits against individuals infringing on P2P services. ▮

▮

▮

▮

▮

5. ▮

▮

▮

▮

▮

▮

▮

▮

Case No. 1:19-cv-00874-RBJ-MEH Document 697-7 filed 02/11/22 USDC Colorado pg 4 of 4
Case 1:19-cv-00874-RBJ-MEH Document 632-15 Filed 01/07/22 USDC Colorado Page 3 of 3
DocuSign Envelope ID: DD6E35D7-D58B-42F9-95D2-99FCFFBB58D4

6. On December 17, 2015, a federal jury in *BMG Rights Mgmt. (US) LLC v. Cox Commc'ns, Inc.*, found Cox Communications, Inc., another ISP, liable for secondary copyright infringement.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 7th day of January, 2022 in Red Cloud, Nebraska

DocuSigned by:
Wade Leak
0BA8EF01A97C4D1...

Wade Leak