# Exhibit 10

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00874-RBJ-MEH

WARNER RECORDS INC, et al.,

Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

Defendant.

___

## DECLARATION OF SLAWOMIR PASZKOWSKI
___

I, Slawomir Paszkowski, hereby declare pursuant to 28 U.S.C. § 1746 that the following statements are true and correct to the best of my personal knowledge and belief:

### Introduction

1. I am the former Director of Engineering of MarkMonitor, Inc., now known as OpSec Security Group (along with its predecessor, DtecNet Inc. collectively referred to herein as "MarkMonitor"), a company that, among other things, monitors online networks for infringing content. I have personal knowledge of the facts set forth herein and, if necessary, I would and could competently testify thereto if called as a witness in this matter. I submit this declaration in support of Plaintiffs' Opposition to Charter's Motion For Curative Measures and Sanctions For Plaintiffs' Spoliation of Evidence (the "Motion").

2. I have approximately 17 years of experience working within the anti-piracy industry, including as a software developer, project manager, and product owner of peer-to-peer (P2P) antipiracy technologies. The anti-piracy work I have been closely involved with includes

monitoring of infringement on peer-to-peer networks on behalf of the movie, music, software, publishing, professional sports, and video game industries.

3. In my duties at MarkMonitor, I have been closely involved with work that MarkMonitor has done for the Recording Industry Association of America ("RIAA") and the music industry more generally, related to detecting the online unauthorized distribution of sound recordings through P2P networks. I worked for MarkMonitor from November 2004 until November 11, 2021, at which point I left of my own volition to explore other opportunities.

**File Verification**

4. ■

5. ■

6. ███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

████████████████████████████

7. ███████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

**MarkMonitor's Source Code Production**

8. ███████████████████████████████████████████

███████████████████████████████████████████████

3

9. ███████████████████████████████

10. ███████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████

████████████████████████████████████

██████████████████████████████████

████████████████████████████████████

█████

11.  ████████████████████████████████████

███████████████████████████████████

███████████████████████████████████

█████████████████████████████████████████

████████████████████████████████████

██████████████████████████████████

████████████████████████████████████

██████████████████████████████████

██████████████████████████████████

█████████████████████████████████████

█████████████████████████████████████

█████████████████████████████████

██████████████████████

5

12. ██████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████

13. ██████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Copenhagen, Denmark this 7th day of January, 2022

*Slawomir Paszkowski* (signature)

_____
Slawomir Paszkowski

6