**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-00874-RBJ-MEH

WARNER RECORDS INC. et al.,

Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

Defendant.

_____

**UNOPPOSED MOTION FOR PARTIES AND NON-PARTIES TO EACH FILE A
SINGLE MEMORANDUM IN SUPPORT OF RESTRICTION IN CONNECTION WITH
CHARTER'S MOTIONS FOR DISCOVERY SANCTIONS AGAINST PLAINTIFFS AND
MARKMONITOR PURSUANT TO FED. R. CIV. P. 37(C)**

_____

Pursuant to Rule 26 of the Federal Rules of Civil Procedure and D.C.COLO.LCivR 7.2,

Plaintiffs respectfully request the Court's permission for any party or interested non-party to

each file a single memorandum in support of requests to restrict materials submitted in

connection with briefing on Charter's Motion for Discovery Sanctions Against Plaintiffs

Pursuant to Fed. R. Civ. P. 37(c) (ECF No. 686), and Charter's Motion for Contempt and

Discovery Sanctions Against MarkMonitor, Inc. Pursuant to Fed. R. Civ. P. 37(c) and 45(g)

(ECF No. 687) (together, the "Rule 37(c) Motions").

This Unopposed Motion is based on the following grounds:

1.      On February 4, 2022, Defendant Charter Communications, Inc. ("Charter") filed

the Rule 37(c) Motions.  ECF Nos. 686, 687.

2.      Charter filed the Rule 37(c) Motions under Level 1 Restriction subject to forthcoming motions to restrict.  The Rule 37(c) Motions referenced and attached as exhibits documents and information designated by the parties and/or various non-parties as Highly Confidential or Confidential under the Stipulated Protective Order.

3.      Upon information and belief, Plaintiffs and non-party MarkMonitor, Inc. ("MarkMonitor") intend to file oppositions to the Rule 37(c) Motions, respectively, and Charter intends to file reply briefs in support of its Rule 37(c) Motions, which they expect will or may attach additional confidential information of the same parties and interested non-parties. Plaintiffs, Charter, and MarkMonitor expect to file motions to restrict in connection with those briefs, as applicable.

4.      In the interest of efficiency, judicial economy, and avoiding inconsistent rulings, Plaintiffs respectfully request the Court's permission for all parties and interested non-parties to each file one single memorandum in support of the numerous requests to restrict in connection with the Rule 37(c) Motions, Plaintiffs' and MarkMonitor's respective oppositions thereto, and/or Charter's reply briefs in support (collectively, the "Rule 37(c) Briefing").

5.      Plaintiffs propose that the consolidated memoranda in support of restriction be filed no later than 14 days after Charter's reply briefs in support of the Rule 37(c) Motions are due (March 11, 2022), which will be March 25, 2022.

6.      Plaintiffs further request that the information subject to the sealing motions in connection with the Rule 37(c) Briefing be maintained under seal pending resolution of the respective seal motions.

7.     The procedural prerequisites for restriction will still be met.  The parties will meet the requirements set forth in Local Civil Rule 7.2(c), but in a consolidated form that avoids duplicative filings.

8.     Granting this motion will not cause any prejudice to the parties or non-parties, nor impact the public's access to judicial records.  Each interested party and non-party will still have ample notice and an opportunity to reasonably object.

9.     Counsel for Plaintiffs consulted with counsel for Charter and MarkMonitor concerning this Motion, and neither Charter nor MarkMonitor oppose the relief requested herein.

Dated: February 18, 2022

Jonathan M. Sperling
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com

Neema T. Sahni
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Ste. 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
mkamin@cov.com
nsahni@cov.com

Respectfully submitted,

*/s/ Matthew J. Oppenheim*
Matthew J. Oppenheim
Jeffrey M. Gould
Alexander Kaplan
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Fl.
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
jeff@oandzlaw.com
alex@oandzlaw.com

Janette L. Ferguson, Esq.
WILLIAMS WEESE PEPPLE & FERGUSON
1801 California Street, Suite 3400
Denver, CO 80202
Telephone: (303) 861-2828
jferguson@williamsweese.com

*Attorneys for Plaintiffs*