IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-RBJ-MEH

WARNER RECORDS, INC., *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 22, 2022.**

Pursuant to D.C.Colo.LCivR 7.2 and for good cause shown, Defendant's Motion to Maintain Certain Filings Under Restriction [<u>filed February 11, 2022; ECF 696</u>] is **granted**.

The Clerk of Court is directed to maintain under Level 1 Restriction the following ECF filings:

632, 632-7, 632-17;

633 and its attached exhibits (excluding ECF 633-23, ECF 633-27, ECF 633-92, ECF 633-98);

680 and its attached exhibits; and

681.

Redacted versions of the above filings are attached to ECF 696.

This Motion also requests restricting access to ECF 682, but the Court addresses that request in its Minute Order on the contemporaneously filed Motion at ECF 697.