IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-RBJ-MEH

WARNER RECORDS, INC., *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 22, 2022.**

    Pursuant to D.C.Colo.LCivR 7.2 and for good cause shown, Plaintiffs' Unopposed Motion to Maintain Certain Filings Under Restriction [filed February 11, 2022; ECF 697] is **granted**.

    The Clerk of Court is directed to maintain under Level 1 Restriction ECF 632 and its exhibits and ECF 682 and its exhibits.

    Redacted versions of the above filings are attached to ECF 697.