IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-RBJ-MEH

WARNER RECORDS, INC., *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 22, 2022.**

    For good cause shown, the Joint Motion to File a Single Memorandum in Support of Restriction [filed February 18, 2022; ECF 701] is **granted**. The parties and interested non-party MarkMonitor, Inc. may file a consolidated motion on March 25, 2022 to restrict access to the Rule 37(c) Motions at ECF 687 & 686 and their respective briefing. The subject filings shall be maintained under a Level 1 restriction until the consolidated motion is decided by the Court.