**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:19-cv-00874-RBJ-MEH

WARNER RECORDS INC et al.,

    Plaintiff,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

**NOTICE OF ENTRY OF APPEARANCE**

Hannah E. Engle of Gordon Rees Scully Mansukhani, LLP hereby enters her appearance on behalf of Respondent MarkMonitor, Inc. , in accordance with D.C.COLO.LAttyR 5, and further certifies that she is a member in good standing with the bar of this Court.

Respectfully submitted this 25th day of February, 2022.

    **GORDON REES
    SCULLY MANSUKHANI, LLP**

    *s/ Hannah E. Engle*
    Hannah E. Engle, Esq.
    555 Seventeenth Street, Suite 3400
    Denver, Colorado 80202
    Tel: (303) 534-5160
    hengle@grsm.com

    *Attorney for Respondent*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 25th day of February, 2022, a true and correct copy of the above and foregoing **NOTICE OF ENTRY OF APPEARANCE** was electronically filed with the Clerk of the United States District Court using the CM/ECF system, which will send notification to all counsel of record:

*/s/ Monica L. Vela*
For Gordon Rees Scully Mansukhani, LLP