IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-RBJ-MEH

WARNER RECORDS, INC., *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 2, 2022.**

    Pursuant to D.C.Colo.LCivR 7.2 and for good cause shown, Defendant's Unopposed Motion to Restrict [filed February 23, 2022; ECF 709] is **granted**.

    The Clerk of Court is directed to maintain under Level 1 Restriction Defendant's Response to Plaintiff's Motion to Strike filed at ECF 693.

    Defendant provides a redacted version of its Response at ECF 709-1.