# Exhibit 2

Case 1:09-cv-08387-RJH-MHD Document 72-3 Filed 02/04/22 Page 1 of 5

```
 1            THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLORADO
 3
 4    WARNER RECORDS INC. (f/k/a        )
      Warner Bros. Records, Inc.),     )
 5    et al.,                           )
                                        )
 6           Plaintiffs,                )
                                        )
 7      vs.                             ) No. 19-cv-00874
                                        )    RBJ-MEH
 8    CHARTER COMMUNICATIONS, INC.,    )
                                        )
 9           Defendant.                 )
10
11
12              Deposition of DAN VASEY
13                    Volume II
14               Taken April 23, 2021
15
16          The remotely held continued videotaped
17    deposition of DAN VASEY, taken by Maria S. Winn,
18    CSR, RPR and CRR, pursuant to the Federal Rules of
19    Civil Procedure for the United States District
20    Courts pertaining to the taking of depositions,
21    with the witness located in St. Louis, Missouri,
22    commencing at 9:59 a.m. on April 23, 2021.
23
24
25
```



```
 1  STATE OF ILLINOIS )
                      ) SS:
 2  COUNTY OF C O O K )

 3

 4           The within and foregoing deposition of
 5  the aforementioned witness was taken by
 6  MARIA S. WINN, CSR, RPR and CRR, on the date and
 7  time aforementioned.
 8           There were present remotely during the
 9  taking of the deposition the previously named
10  counsel.
11           The said witness was first duly sworn and
12  was then examined upon oral interrogatories; the
13  questions and answers were taken down in shorthand
14  by the undersigned, acting as stenographer; and
15  the within and foregoing is a true, accurate and
16  complete record of all of the questions asked of
17  and answers made by the aforementioned witness, at
18  the time and place hereinabove referred to.
19           The signature of the witness was not
20  waived, and the deposition was submitted,
21  pursuant to Rule 30(e) and 32(d)4 of the Rules
22  of Civil Procedure for the United States District
23  Courts, to the deponent per copy of the attached
24  letter.
25
```

Page 509

1     The undersigned is not interested in the
2 within case, nor of kin or counsel to any of the
3 parties.
4     In witness whereof, I have hereunto set
5 my hand and seal of office this day, May 6, 2021.

*[Signature: Maria L. W...]*

10 CSR No. 084-003784 - Expiration Date: May 31, 2021