**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| WARNER RECORDS INC., *et al.*,<br><br>  Plaintiffs,<br><br>*v.*<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>  Defendant. | Case No. 1:19-cv-00874-RBJ-MEH |

**CHARTER'S UNOPPOSED MOTION TO RESTRICT PLAINTIFFS' CONSOLIDATED REPLY IN SUPPORT OF THEIR MOTIONS TO STRIKE (ECF 708)**

Pursuant to Local Rule 7.2, Defendant Charter Communications, Inc. ("Charter") respectfully moves this Court to maintain the unredacted version of Plaintiffs' Consolidated Reply In Support Of Their Motions To Strike Portions ("Reply") (ECF 708) under Level 1 Restriction. In support of this motion, Charter states as follows:

1. **Certificate Pursuant to D.C.COLO.LCivR 7.1(a).** Counsel for Charter has conferred with counsel for Plaintiffs via email regarding this motion. Plaintiffs take no position on the relief requested in this motion.

2. Plaintiffs' Reply contains discussion of its commercially sensitive business information, including information about Charter's internal practices and procedures for addressing allegations of copyright infringement, the conduct of Charter's internal "Security Team," and the steps Charter took to resolve the allegations of infringement. The Reply also quotes from and summarizes a declaration submitted by Charter employee Mary Haynes, which discusses the same categories of confidential information. The Court has previously ordered that similar information, including Ms. Haynes' declaration, be maintained under Level 1 Restriction,

1

*see* ECF 591 (granting motion to restrict Ms. Haynes' declaration), 683 (granting motion to restrict Plaintiffs' Motions to Strike and Exhibits attached in support thereto), and 717 (granting motion to restrict Charter's Response to Plaintiffs' Motion to Strike).

3. Disclosure of Charter's competitively sensitive business information would cause competitive harm to Charter through the disclosure of details of its internal policies and procedures and its communications with its susbcribers. *See, e.g.*, *Health Grades, Inc. v. MDx Med., Inc.*, 2014 WL 12741068, at *2 (D. Colo. Mar. 28, 2014) (granting motion to restrict because "the redactions and restrictions are justified to protect against the public disclosure of competitively sensitive, highly confidential, and proprietary information"). The risk of competitive harm to Charter outweighs the need for the public to have access to this confidential information. The information would be harmful in the hands of competitors and is not necessary or substantially informative for the general public to understand or evaluate the issues between the parties.

4. Contemporaneously herewith, Charter has filed on the public docket a version of Plaintiffs' Reply, judiciously redacted to protect Charter's competitively sensitive commercial information. Specifically, a redacted version of Plaintiffs' Reply is attached as **Exhibit A**.

5. Charter seeks only a Level 1 Restriction, the lowest level of restriction. In addition, Charter does not seek to restict the Reply in the entirety; the public would retain access to redacted versions of Plaintiffs' Reply. Permitting a Level 1 Restriction of the unredacted version of the Reply is the only method that can adequately protect Charter's competitively sensitive business information.

WHEREFORE, Charter respectfully requests that the Court maintain the unredacted version of Plaintiffs' Consolidated Reply In Support Of Their Motions To Strike Portions (ECF 708) under Level 1 Restriction.

Dated: March 9, 2022

Charles K. Verhoeven
David Eiseman
Linda J. Brewer
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600 (telephone)
Email: charlesverhoeven@quinnemanuel.com
Email: davideiseman@quinnemanuel.com
Email: lindabrewer@quinnemanuel.com

Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
(415) 591-1506 (telephone)
Email: jgolinveaux@winston.com

Michael S. Elkin
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700 (telephone)
Email: melkin@winston.com

Respectfully submitted,

*/s/ Andrew H. Schapiro*
Andrew H. Schapiro
Nathan Hamstra
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400 (telephone)
Email: andrewschapiro@quinnemanuel.com
Email: nathanhamstra@quinnemanuel.com

Todd Anten
Jessica Rose
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000 (telephone)
Email: toddanten@quinnemanuel.com
Email: jessicarose@quinnemanuel.com

Craig D. Joyce
Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, CO 80202
(303) 830-2400 (telephone)
Email: cjoyce@fwlaw.com

*Counsel for Charter Communications, Inc.*

3