IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00874-RBJ-MEH

WARNER RECORDS INC. et al.,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

---

**JOINT MOTION TO EXTEND TIME TO OBJECT TO MAGISTRATE JUDGE'S RECOMMENDATION ON SPOLIATION AND TO SET A BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CLARIFICATION OF THE RECOMMENDATION**

---

Pursuant to Fed. R. Civ. P. 6(b) and D.C. Colo. LCivR. 6.1(b), the parties respectfully move (1) to extend their time to object to the Court's March 4, 2022 Recommendation of United States Magistrate Judge ("Recommendation") until 14 days after resolution of Plaintiffs' motion seeking clarification of the Recommendation ("Motion for Clarification," ECF 725), and (2) to set a briefing schedule on Plaintiffs' Motion For Clarification.

In support of this motion, the parties state the following:

1. The Court issued its Recommendation on the parties' respective motions for spoliation sanctions on March 4, 2022. ECF 718. Pursuant to Federal Rule of Civil Procedure 72(a), the parties have 14 days—*i.e.*, until March 18, 2022—to file any objections to the Court's Recommendation.

2. On March 9, 2022, Plaintiffs filed their Motion for Clarification concerning the Recommendation.

3.      Absent an extension of the deadline to object, or a Court order clarifying the Recommendation before March 18, the parties would be obligated to file any objections to the Recommendation before briefing is complete on the Motion for Clarification. Such objections may be mooted by an order on the Motion for Clarification and, at least in part, would be needlessly duplicative of issues the Court is considering on the Motion for Clarification.

4.      To promote efficiency and conserve judicial and party resources, good cause supports an extension of the deadline to object to the Court's Recommendation. *See* Fed. R. Civ. P. 6(b) ("When an act may or must be done within a specified time, the court may, for good cause, extend the time.").

5.      Pursuant to D.C. Colo. LCivR. 6.1(b), Plaintiffs note that no extension of the parties' deadline to respond to the Recommendation has been previously granted.

WHEREAS, for the reasons stated above, the parties respectfully request that the Court issue an order:

A.      Extending the parties' deadline to object to the Recommendation until such date that is 14 days following the Court's ruling on Plaintiffs' Motion for Clarification;

B.      Setting the following briefing schedule on Plaintiffs' Motion for Clarification:

   i.   Due date for Charter's Response:  March 21, 2022

   ii.  Due date for Plaintiffs' Reply:  March 25, 2022

Dated: March 14, 2022                                                Respectfully submitted,

*/s/ Todd Anten*                                                             */s/ Jeffrey M. Gould*
Todd Anten
Jessica Rose                                                                 Matthew J. Oppenheim
QUINN EMANUEL URQUHART &                                                     Jeffrey M. Gould
SULLIVAN, LLP                                                                Alexander Kaplan

51 Madison Ave, 22nd floor
New York, NY 10010
Tel: (212) 849-7000
E-mail: toddanten@quinnemanuel.com
E-mail: jessicarose@quinnemanuel.com

Andrew H. Schapiro
Allison Huebert
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
E-mail: andrewschapiro@quinnemanuel.com
E-mail: allisonhuebert@quinnemanuel.com

Charles K. Verhoeven
David Eiseman
Linda Brewer
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
E-mail: charlesverhoeven@quinnemanuel.com
E-mail: davideiseman@quinnemanuel.com
E-mail: lindabrewer@quinnemanuel.com

Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5840
Tel: (415) 591-1506
E-mail: jgolinveaux@winston.com

Michael S. Elkin
Thomas Patrick Lane
Seth E. Spitzer
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
E-mail: melkin@winston.com
E-mail: tlane@winston.com

OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Floor
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
jeff@oandzlaw.com
alex@oandzlaw.com

Jonathan M. Sperling
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com

Neema T. Sahni
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
nsahni@cov.com

*Attorneys for Plaintiffs*

E-mail: sspitzer@winston.com

Erin R. Ranahan
WINSTON & STRAWN LLP
333 S. Grand Avenue Los Angeles, CA 90071
Tel: (213) 615-1933
E-mail: eranahan@winston.com

Craig D. Joyce
Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, Colorado 80202
Tel: (303) 830-2400
E-mail: cjoyce@fwlaw.com
*Attorneys for Charter Communications, Inc*

**LOCAL CIVIL RULE 7.1(a) CERTIFICATION**

The parties conferred by email and phone on March 8-11, 2022, regarding the issues raised by this motion and agreed on the proposed relief.

*/s/ Neema T. Sahni*