IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-RBJ-MEH

WARNER RECORDS, INC., *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 14, 2022.**

Pursuant to D.C.Colo.LCivR 7.2 and for good cause shown, Defendant's Unopposed Motion to Restrict [filed March 4, 2022; ECF 720] is **granted**.

The Clerk of Court is directed to maintain under Level 1 Restriction Defendant's Response (ECF 702) to Plaintiff's Motion to Strike Portions of the Declaration of Dan Vasey and the Declaration of Jason D. Moore (ECF 702-3).

Defendant provides redacted versions of those two filings at ECF 720-1 and ECF 720-2.