IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-RBJ-MEH

WARNER RECORDS, INC., *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 16, 2022.**

Pursuant to D.C.Colo.LCivR 7.2 and for good cause shown, Defendant's Unopposed Motion to Restrict [filed March 9, 2022; ECF 723] is **granted**.

The Clerk of Court is directed to maintain under Level 1 Restriction Plaintiffs' Consolidated Reply (ECF 708).

Defendant provides redacted version of the filing at ECF 723-1.