# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-00874-RBJ-MEH

**WARNER RECORDS INC.,** *et al.*,

      Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.,**

      Defendant.

---

### NOTICE OF SUPPLEMENTAL AUTHORITY

---

PLEASE TAKE NOTICE that pursuant to Local Rule 7.1(f) Plaintiffs bring to the

Court's attention a recent order issued in the materially similar case of *Sony Music Entertainment*

*v. Cox Communications, Inc.*, No. 1:18-cv-00950-LO-JFA, Dkt. 796 (E.D. Va.) ("*Sony v. Cox*"),

which denied two motions from defendant Cox Communications, Inc. ("Cox") for relief from

judgment under Federal Rules of Civil Procedure 60(b)(2) and (b)(3) (attached as Exhibit A

hereto, the "Order").  The Order addresses several issues that relate to the motions listed below,

which are presently pending before the Court.

The Order specifically addresses (i) copies of infringing files that are also evidence in this

case, including Plaintiffs' argument that files with the same cryptographic hash values are

identical, and (ii) a piece of computer source code that MarkMonitor recently found and

disclosed in this case, which Charter has moved to exclude.

Plaintiffs submit this supplemental authority in further support of their positions on the

following motions:

1.  Charter's motion for Rule 37(c) discovery sanctions against Plaintiffs and Plaintiffs' opposition thereto (Dkt. Nos. 686, 712 (sealed versions));[1]

2.  Plaintiffs' motion for partial summary judgment (Dkt. No. 555 (sealed version));

3.  Plaintiffs' motion to exclude certain expert opinions and testimony of Dr. Sandeep Chatterjee (Dkt. Nos. 558 (sealed version)); and

4.  Plaintiffs' motion to exclude or limit expert testimony of Dr. Karl Snow (Dkt. No. 560 (sealed version).

Dated:  March 31, 2022

Jonathan M. Sperling
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com

Neema T. Sahni
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
nsahni@cov.com

Respectfully submitted,

 */s/ Matthew J. Oppenheim*
Matthew J. Oppenheim
Jeffrey M. Gould
Alexander Kaplan
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Fl.
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
jeff@oandzlaw.com
alex@oandzlaw.com

Janette L. Ferguson, Esq.
WILLIAMS WEESE PEPPLE & FERGUSON
1801 California Street, Suite 3400
Denver, CO 80202
Telephone: (303) 861-2828
Facsimile: (303) 861-4017
jferguson@williamsweese.com

*Attorneys for Plaintiffs*

---

[1] The same issues are implicated by Charter's related motion for Rule 37(c) and Rule 45 sanctions against MarkMonitor and MarkMonitor's opposition thereto.  *See* Dkt. Nos. 687, 713.