**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| WARNER RECORDS INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> Defendant. | Case No. 1:19-cv-00874-RBJ-MEH |

**CHARTER'S NOTICE IN RESPONSE TO THE COURT'S ORDER**
**ON PLAINTIFFS' MOTIONS TO STRIKE**

Charter files this Notice in response to the Court's May 12, 2022 Order on Plaintiffs' Motions to Strike. ECF 749 ("Order"). Specifically, in denying Plaintiffs' motion to strike Exhibit F to the November 15, 2021 Declaration of Andrew H. Schapiro (ECF 549-5), the Court stated that it "assume[d] that Mr. Schapiro will not serve as trial counsel" and that "[o]therwise, Charter would have, and should have, enlisted another individual to provide what amount to accounting-type information." *Id.* at 16; *see also id*. at 17-18 ("similar" analysis as to Exhibits H-2, H-3 and H-4 to the December 20, 2021 Declaration of Andrew H. Schapiro (ECF 601-1)).

Mr. Schapiro will serve as Charter's trial counsel. However, Mr. Schapiro will not present the information in Exhibits F, H-2, H-3 or H-4 at trial. Accordingly, Charter respectfully submits that Mr. Schapiro is not a "necessary witness" within the meaning of Colorado Rule of Professional Conduct 3.7. *See, e.g., Chung v. Lamb*, No. 14-CV-3244-WYD-KLM, 2016 WL 11548225, at *2 (D. Colo. May 17, 2016) ("the availability of other witnesses or documentary evidence is sufficient to establish the relevant issues without relying on [proponent's] counsel as a witness").

1

However, should the Court disagree, Charter is prepared to: (1) immediately substitute a new attorney declarant who will not participate in trial to admit this information into the summary judgment record; or, if so directed, (2) withdraw Exhibits F, H-2, H-3 and H-4 to Mr. Schapiro's declarations at issue.

Dated: May 16, 2022

Andrew H. Schapiro
Nathan Hamstra
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400 (telephone)
Email: andrewschapiro@quinnemanuel.com
Email: nathanhamstra@quinnemanuel.com

Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
(415) 591-1506 (telephone)
Email: jgolinveaux@winston.com

Michael S. Elkin
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700 (telephone)
Email: melkin@winston.com

Respectfully submitted,

*/s/ Linda J. Brewer*
Linda J. Brewer
Charles K. Verhoeven
David Eiseman
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600 (telephone)
Email: charlesverhoeven@quinnemanuel.com
Email: davideiseman@quinnemanuel.com
Email: lindabrewer@quinnemanuel.com

Todd Anten
Jessica Rose
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000 (telephone)
Email: toddanten@quinnemanuel.com
Email: jessicarose@quinnemanuel.com

Craig D. Joyce
Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, CO 80202
(303) 830-2400 (telephone)
Email: cjoyce@fwlaw.com

*Counsel for Charter Communications, Inc.*

2

3

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing of the same to all counsel of record registered with CM/ECF.

                                                  */s/ Linda J. Brewer*
                                                  Linda J. Brewer