IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-00874-RBJ-MEH

**WARNER RECORDS INC.,** *et al.***,**

      Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.,**

      Defendant.

___

**PLAINTIFFS' RESPONSE TO CHARTER'S NOTICE IN RESPONSE TO THE COURT'S ORDER ON PLAINTIFFS' MOTION TO STRIKE**
___

The Court's Order on Plaintiffs' Motion to Strike made clear that Exhibits F and H-2 through H-4 to the Schapiro Declarations are inadmissible if Mr. Schapiro will act as trial counsel. ECF 749 at 16. Charter's Notice in Response to the Court's Order confirms that Mr. Schapiro will act as trial counsel. ECF 751 at 1. Charter always knew as much; indeed, for the past 18 months, nearly all of Charter's papers have been filed under his signature as lead counsel for Charter. The Exhibits therefore should be stricken.

Charter asks in the alternative for permission—five months after the declarations were filed—to "immediately substitute a new attorney declarant who will not participate in trial to admit this information [Exhibits F and H-2 through H-4 to the Schapiro Declarations] into the summary judgment record." ECF 751 at 2. That would be improper and prejudicial. Plaintiffs reasonably chose not to respond to the substantive errors contained in the Schapiro Exhibits because they obviously were procedurally improper, as the Court has now confirmed. Charter is

estopped from rectifying the error now, well after summary judgment briefing has closed.

To the extent Charter is given leave to belatedly cure the defect on which Plaintiffs justifiably relied in choosing not to file a responsive declaration, Plaintiffs request leave to file such a responsive declaration. *See* ECF 655 (Plaintiffs' MSJ Reply explaining that "[a] response would demonstrate that the [Schapiro] declaration is rife with errors and unsupported assertions.").

Dated: May 18, 2022

Matthew J. Oppenheim
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Floor
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com

*/s/ Jonathan M. Sperling*
Jonathan M. Sperling
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com

*Attorneys for Plaintiffs*

2