IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 19-cv-00874-RBJ-MEH

**WARNER BROS. RECORDS INC., et al.,**

    Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.**

    Defendant.

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS OF STACEY K. GRIGSBY

Pursuant to D.C.Colo.LAttyR 5(b), Stacey K. Grigsby moves to withdraw as counsel for Plaintiffs in this matter. Ms. Grigsby seeks to withdraw because she is leaving Covington & Burling LLP, which has been retained to represent Plaintiffs in this matter. Plaintiffs will continue to be represented by Covington & Burling LLP, Oppenheim + Zebrak LLP, and Williams, Weese, Pepple & Ferguson. A copy of this Motion has been served on counsel of record.

WHEREFORE, Ms. Grigsby requests that the Court enter an order granting her leave to withdraw as co-counsel for Plaintiffs.

Respectfully submitted this 1st day of June, 2022.

                                              */s/ Neema T. Sahni*
                                              Mitchell A. Kamin
                                              Neema T. Sahni

COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
mkamin@cov.com
nsahni@cov.com

Jonathan M. Sperling
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com

Janette L. Ferguson, Esq.
WILLIAMS WEESE PEPPLE & FERGUSON
1801 California Street, Suite 3400
Denver, CO 80202
Tel: (303) 861-2828
Facsimile: (303) 861-4017
jferguson@williamsweese.com

Matthew J. Oppenheim
Scott A. Zebrak
Jeffrey M. Gould
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Floor
Washington, DC 20016
Tel: (202) 621-9027
matt@oandzlaw.com
scott@oandzlaw.com
jeff@oandzlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June, 2022, a true and correct copy of the foregoing was filed with the Clerk of the Court via the CM/ECF system.

*/s/ Neema T. Sahni*