IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-RBJ-MEH

WARNER RECORDS, INC., *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 6, 2022.**

    Pursuant to D.C.Colo.LCivR 7.2 and for good cause shown, Defendant's Unopposed Motion to Restrict [filed May 24, 2022; ECF 756] is **granted**.

    The Clerk of Court is directed to maintain under Level 1 Restriction Defendant's first and second-filed Notices of Supplemental Evidence (ECF 747 & 748) as well as Exhibit 1 attached to both (ECF 747-1 and 748-1).

    Defendant provides redacted versions of the Notices at ECF 756-1 & 756-2.