UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

WARNER RECORDS INC., *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

Case No. 1:19-cv-00874-RBJ-MEH

**CHARTER'S NOTICE OF FURTHER SUPPLEMENTAL AUTHORITY REGARDING PLAINTIFFS' AND CHARTER'S MOTIONS TO EXCLUDE EXPERT OPINIONS OF DR. SINNREICH, DR. AMIR, MS. FREDERIKSEN-CROSS, DR. CHATTERJEE, MR. BUCHAN, DR. SNOW, MR. GELUSO AND THE "LISTENERS," DR. ALMEROTH, AND DR. FURCHTGOTT-ROTH**

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 7.1(f), Charter Communications, Inc. ("Charter") brings to the Court's attention recent rulings issued in *UMG Recordings, Inc. et al. v. Bright House Networks, LLC*, No. 8:19-cv-00710-MSS-TGW (M.D. Fla.) ("*UMG v. Bright House*"). On June 6, 2022, Charter filed a Notice of Supplemental Authority alerting this Court that the Court's rulings in *UMG v. Bright House*, as stated on the record at an in-person May 25-26, 2022 hearing, related to the *Daubert* motions listed below, which are presently pending before this Court. Dkt. 762.[1]

On June 8, 2022, the Court in *UMG v. Bright House* issued a written order on the motions it considered at the two-day in-person hearing. *UMG v. Bright House*, Dkt. 638. That order is attached hereto as Ex. A.

---

[1] The Court did not address the motions to exclude the testimony of George Strong, Wayne Coleman, or Terrence McGarty at the May 25-26, 2022 hearing. The Court held a hearing on June 1, 2022 on Plaintiffs' motion to exclude the testimony of George Strong, but did not rule from the bench and instead indicated that a written order would be issued. Those motions remain under advisement.

1

Charter submits this supplemental authority in further support of its positions on the following motions:

- Plaintiffs' Motion to Exclude or Limit Certain Expert Opinions and Testimony by Dr. Aram Sinnreich (Dkt 559) (restricted version);

- Charter's Motion to Exclude the Opinions and Testimony of On Amir (Dkt. 550) (restricted version);

- Charter's Motion to Exclude the Opinions and Testimony of Barbara Frederiksen-Cross (Dkt. 556) (restricted version);

- Plaintiffs' Motion to Exclude or Limit Expert Testimony of Dr. Sandeep Chatterjee (Dkt. 558) (restricted version);

- Charter's Motion to Exclude the Opinions and Testimony of Kristofer Buchan (Dkt. 551) (restricted version);

- Plaintiffs' Motion to Exclude or Limit Expert Testimony of Dr. Karl Snow (Dkt. 560) (restricted version);

- Charter's Motion to Exclude the Opinions and Testimony of Paul Geluso and the "Listeners" (Dkt. 553) (restricted version);

- Plaintiffs' Motion to Exclude or Limit Certain Expert Testimony and Opinions by Dr. Kevin Almeroth (Dkt. 557) (restricted version); and

- Charter's Motion to Exclude the Opinions and Testimony of Dr. Harold Furchtgott-Roth (Dkt. 552) (restricted version).

| | |
|---|---|
| Dated: June 13, 2022 | Respectfully submitted, |
| | |
| | /s/ *Andrew H. Schapiro* |
| Charles K. Verhoeven | Andrew H. Schapiro |
| David Eiseman | Nathan Hamstra |
| Linda J. Brewer | QUINN EMANUEL URQUHART & |
| QUINN EMANUEL URQUHART & | SULLIVAN, LLP |
| SULLIVAN, LLP | 191 N. Wacker Drive, Suite 2700 |
| 50 California Street, 22nd Floor | Chicago, IL 60606 |
| San Francisco, CA 94111 | (312) 705-7400 (telephone) |
| (415) 875-6600 (telephone) | Email: andrewschapiro@quinnemanuel.com |
| Email: charlesverhoeven@quinnemanuel.com | Email: nathanhamstra@quinnemanuel.com |
| Email: davideiseman@quinnemanuel.com | |
| Email: lindabrewer@quinnemanuel.com | Todd Anten |
| | Jessica Rose |
| Jennifer A. Golinveaux | QUINN EMANUEL URQUHART & |
| WINSTON & STRAWN LLP | SULLIVAN, LLP |
| 101 California Street, 35th Floor | 51 Madison Avenue, 22nd Floor |
| San Francisco, CA 94111 | New York, NY 10010 |
| (415) 591-1506 (telephone) | (212) 849-7000 (telephone) |
| Email: jgolinveaux@winston.com | Email: toddanten@quinnemanuel.com |
| | Email: jessicarose@quinnemanuel.com |
| Michael S. Elkin | |
| WINSTON & STRAWN LLP | Craig D. Joyce |
| 200 Park Avenue | Fairfield and Woods, P.C. |
| New York, NY 10166 | 1801 California Street, Suite 2600 |
| (212) 294-6700 (telephone) | Denver, CO 80202 |
| Email: melkin@winston.com | (303) 830-2400 (telephone) |
| | Email: cjoyce@fwlaw.com |

*Counsel for Charter Communications, Inc.*