UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| WARNER RECORDS INC, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>    Defendant. | Case No. 1:19-cv-00874-RBJ-MEH |

**CHARTER'S UNOPPOSED MOTION TO RESTRICT ECF 762-2**

Pursuant to Local Rule 7.2, Defendant Charter Communications, Inc. ("Charter") respectfully moves this Court to maintain under Level 1 Restriction the unredacted version of Exhibit B to its Notice of Supplemental Authority. *See* ECF 762-2 (June 6, 2022). In support of this motion, Charter states as follows:

1. **Certificate Pursuant to D.C.COLO.LCivR 7.1(a).** Counsel for Charter has conferred with counsel for Plaintiffs via email regarding this motion. Plaintiffs take no position on the relief requested in this motion.

2. On June 6, 2022, Charter filed its Notice of Supplemental Authority as well as the exhibits thereto under Level 1 Restriction. ECF 762.

3. Exhibit B to the Notice of Supplemental Authority consists of excerpts of a motion hearing held in *UMG Recordings, Inc. v. Bright House Networks, LLC* on May 26, 2022. ECF 762-2.

4. Portions of Exhibit B, specifically page and lines 309:5, 18-19, contain Charter's commercially sensitive business information, including purported revenues earned by Charter in gross and per customer and purported avoidance of revenue losses by Charter.

1

5. Disclosure of Charter's competitively sensitive business information would cause competitive harm to Charter through the disclosure of details of its purported revenues. *See, e.g.*, *Health Grades, Inc. v. MDx Med., Inc.*, 2014 WL 12741068, at *2 (D. Colo. Mar. 28, 2014) (granting motion to restrict because "the redactions and restrictions are justified to protect against the public disclosure of competitively sensitive, highly confidential, and proprietary information"). The risk of competitive harm to Charter outweighs the need for the public to have access to this confidential information. The information would be harmful in the hands of competitors and is not necessary or substantially informative for the general public to understand or evaluate the issues between the parties.

6. Charter seeks only a Level 1 restriction, the lowest level of restriction. Permitting a Level 1 Restriction of the unredacted version of Exhibit B to the Notice of Supplemental Authority is the only method that can adequately protect Charter's competitively sensitive business information. Charter seeks to redact only portions of three lines of the 29-page transcript filed as Exhibit B, and does not seek to restrict or redact the Notice itself of the other exhibit thereto.

7. Charter has filed a version of Exhibit B to the Notice of Supplemental Authority on the public docket as **Exhibit 1**, with redactions limited to page and lines 309:5, 18-19.

WHEREFORE, Charter respectfully requests this Court maintain under Level 1 Restriction the unredacted version of Exhibit B to its Notice of Supplemental Authority. *See* ECF 762-2 (June 6, 2022).

Dated: June 21, 2022

Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
(415) 591-1506 (telephone)
(415) 591-1400 (facsimile)
Email: jgolinveaux@winston.com

Michael S. Elkin
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700 (telephone)
(212) 294-4700 (facsimile)
Email: melkin@winston.com

Erin R. Ranahan
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
(213) 615-1933 (telephone)
(213) 615-1750 (facsimile)
Email: eranahan@winston.com

Craig D. Joyce
Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, CO 80202
(303) 830-2400 (telephone)
(303) 830-1033 (facsimile)
Email: cjoyce@fwlaw.com

Respectfully submitted,

*/s/ Andrew H. Schapiro*

Andrew H. Schapiro
Nathan A. Hamstra
Allison Huebert
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400 (telephone)
(312) 705-7401 (facsimile)
Email: andrewschapiro@quinnemanuel.com
Email: allisonhuebert@quinnemanuel.com

Charles K. Verhoeven
David Eiseman
Linda Brewer
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600 (telephone)
(415) 875-6700 (facsimile)
Email: charlesverhoeven@quinnemanuel.com
Email: davideiseman@quinnemanuel.com
Email: lindabrewer@quinnemanuel.com

Todd Anten
Jessica Rose
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd floor
New York, NY 10010
(212) 849-7000 (telephone)
(212) 849-7100 (facsimile)
Email: toddanten@quinnemanuel.com
Email: jessicarose@quinnemanuel.com

*Counsel for Defendant*
*Charter Communications, Inc.*