IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00874-RBJ-MEH

WARNER RECORDS, INC., *et al.*,

    Plaintiffs,

v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 29, 2022.**

Pursuant to D.C.Colo.LCivR 7.2 and for good cause shown, Defendant's Unopposed Motion to Restrict [filed June 21, 2022; ECF 764] is **granted**.

The Clerk of Court is directed to maintain under Level 1 Restriction the Exhibit B filing at ECF 762-2.

The Court notes that Defendant provides a redacted version of Exhibit B at ECF 764-1.

The Clerk of Court shall unrestrict the remainder of the filing at ECF 762, consisting of the Main Document (ECF 762) and Exhibit A (ECF 762-1).