**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-00874-RBJ-MEH

WARNER RECORDS, ET AL.

       Plaintiff,

v.

CHARTER COMMUNICATIONS, INC.

       Defendant.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

Tamara A. Seelman of the law firm of Gordon Rees Scully Mansukhani, LLP, hereby enters her appearance in the above matter on behalf of Interested Party, Opsec Online LLC (MarkMonitor, Inc.). In accordance with D.C.COLO.LAttyR 5, the undersigned certifies that she is a member in good standing of this Court.

Respectfully submitted this 25th day of July 2022.

                                       *s/ Tamara A. Seelman*
                                       Tamara A. Seelman
                                       GORDON REES SCULLY MANSUKHANI, LLP
                                       555 Seventeenth Street, Suite 3400
                                       Denver, Colorado 80202
                                       Tel:  (303) 534-5160
                                       Fax: (303) 534-5161
                                       tseelman@grsm.com

                                       *Attorneys for Interested Party Opsec Online LLC*
                                       *(MarkMonitor, Inc.)*

[2]

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 25th day of July 2022, a true and correct copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification to all counsel of record.

          */s/ Linda S. Montoya*
          For Gordon Rees Scully Mansukhani LLP