**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 19-cv-00874-RBJ-MEH

**WARNER BROS. RECORDS INC., et al.,**

       Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.**

       Defendant.

---

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS OF**
**MEGAN M. O'NEILL**

---

Pursuant to D.C.Colo.LAttyR 5(b), Megan M. O'Neill moves to withdraw as counsel for Plaintiffs in this matter. Ms. O'Neill seeks to withdraw because she is leaving Covington & Burling LLP, which has been retained to represent Plaintiffs in this matter. Plaintiffs will continue to be represented by Covington & Burling LLP, Oppenheim + Zebrak LLP, and Williams, Weese, Pepple & Ferguson. A copy of this Motion has been served on counsel of record.

WHEREFORE, Ms. O'Neill requests that the Court enter an order granting her leave to withdraw as co-counsel for Plaintiffs.

Respectfully submitted this 26th day of July, 2022.

/s/ Neema T. Sahni
Neema T. Sahni
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
nsahni@cov.com

Jonathan M. Sperling
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com

Janette L. Ferguson, Esq.
WILLIAMS WEESE PEPPLE & FERGUSON
1801 California Street, Suite 3400
Denver, CO 80202
Tel: (303) 861-2828
Facsimile: (303) 861-4017
jferguson@williamsweese.com

Matthew J. Oppenheim
Scott A. Zebrak
Jeffrey M. Gould
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Floor
Washington, DC 20016
Tel: (202) 621-9027
matt@oandzlaw.com
scott@oandzlaw.com
jeff@oandzlaw.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of July, 2022, a true and correct copy of the foregoing was filed with the Clerk of the Court via the CM/ECF system.

*/s/ Neema T. Sahni*