# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-00874-RBJ-MEH

**WARNER RECORDS INC.**, *et al.*,

      Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.,**

      Defendant.

---

### JOINT NOTICE OF RESOLUTION
---

Pursuant to Local Civil Rule 40.2(b), the Parties hereby notify the Court that they have resolved the above-captioned action.

| | |
|---|---|
| */s/ Andrew H. Schapiro* | */s/ Matthew J. Oppenheim* |
| Andrew H. Schapiro | Matthew J. Oppenheim |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | Jeffrey M. Gould |
|  | Alexander Kaplan |
| 191 N. Wacker Drive, Suite 2700 | OPPENHEIM + ZEBRAK, LLP |
| Chicago, IL 60606 | 4530 Wisconsin Ave. NW, 5th Fl. |
| Telephone: (312) 705-7400 | Washington, DC 20016 |
| andrewschapiro@quinnemanuel.com | Telephone: (202) 621-9027 |
|  | matt@oandzlaw.com |
| Charles K. Verhoeven | jeff@oandzlaw.com |
| David Eiseman | alex@oandzlaw.com |
| Linda J. Brewer |  |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | Jonathan M. Sperling |
|  | COVINGTON & BURLING LLP |
| 50 California Street, 22nd Floor | The New York Times Building |
| San Francisco, CA 94111 | 620 Eighth Avenue |

Telephone: (415) 875-6600
charlesverhoeven@quinnemanuel.com
davideiseman@quinnemanuel.com
lindabrewer@quinnemanuel.com

Michael S. Elkin
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
melkin@winston.com

Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
jgolinveaux@winston.com

Craig D. Joyce
John M. Tanner
Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, Colorado 80202
Tel: (303) 830-2400
E-mail: cjoyce@fwlaw.com
E-mail: jtanner@fwlaw.com

*Attorneys for Defendant*

New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com

Neema T. Sahni
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
nsahni@cov.com

Janette L. Ferguson, Esq.
WILLIAMS WEESE PEPPLE & FER-
GUSON
1801 California Street, Suite 3400
Denver, CO 80202
Telephone: (303) 861-2828
jferguson@williamsweese.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 2, 2022, I caused the foregoing document to be filed electronically using the CM/ECF system.

*/s/ Matthew J. Oppenheim*
Matthew J. Oppenheim
