IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-00874-RBJ-MEH

**WARNER RECORDS INC.**, *et al.*,

    Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.**,

    Defendant.

---

**JOINT NOTICE REGARDING AUGUST 3, 2022 MINUTE ORDER, DKT. 773**

---

In response to the Court's August 3, 2022 Minute Order, Dkt. 773, the Parties hereby notify the Court that they are continuing to work cooperatively on a few remaining items related to the resolution of this matter and expect to submit dismissal papers to the Court by September 19, 2022.

Dated: August 31, 2022

/s/ Andrew H. Schapiro
Andrew H. Schapiro
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
E-mail: andrewschapiro@quinnemanuel.com

Charles K. Verhoeven
David Eiseman
Linda Brewer
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
E-mail: charlesverhoeven@quinnemanuel.com
E-mail: davideiseman@quinnemanuel.com
E-mail: lindabrewer@quinnemanuel.com

Michael S. Elkin
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
melkin@winston.com

Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
jgolinveaux@winston.com

Craig D. Joyce
John M. Tanner
Fairfield and Woods, P.C.
1801 California Street, Suite 2600
Denver, Colorado 80202
Tel: (303) 830-2400
E-mail: cjoyce@fwlaw.com
E-mail: jtanner@fwlaw.com

*Attorneys for Charter Communications, Inc.*

Respectfully submitted,

/s/ Neema T. Sahni
Neema T. Sahni
J. Hardy Ehlers
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
nsahni@cov.com
jehlers@cov.com

Jonathan M. Sperling
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com

Matthew J. Oppenheim
Jeffrey M. Gould
Alexander Kaplan
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Fl.
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
jeff@oandzlaw.com
alex@oandzlaw.com

Janette L. Ferguson, Esq.
WILLIAMS WEESE PEPPLE & FERGUSON
1801 California Street, Suite 3400
Denver, CO 80202
Telephone: (303) 861-2828
jferguson@williamsweese.com


*Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 31, 2022, I caused the foregoing document to be filed electronically using the CM/ECF system.

*/s/ Neema T. Sahni*
Neema T. Sahni
