IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-00874-RBJ-MEH

**WARNER RECORDS INC.,** *et al.***,**

    Plaintiffs,

v.

**CHARTER COMMUNICATIONS, INC.,**

    Defendant.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for all parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that, to the extent any claims have not been dismissed with prejudice already by a prior decision or order in this case, all claims asserted by Plaintiffs in this action and all counterclaims asserted by Defendants are hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS HEREBY FURTHER STIPULATED AND AGREED, by and between the undersigned counsel of record for all parties, that each party hereby waives all rights to appeal any issue in this case.

Dated:  September 20, 2022

| | |
|---|---|
| */s/ David Eiseman* | */s/ Jonathan M. Sperling* |
| Andrew H. Schapiro | Jonathan M. Sperling |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | COVINGTON & BURLING LLP |
| 191 N. Wacker Drive, Suite 2700 | The New York Times Building |
| Chicago, IL 60606 | 620 Eighth Avenue |
| Tel: (312) 705-7400 | New York, NY 10018-1405 |
| E-mail: andrewschapiro@quinnemanuel.com | Telephone: (212) 841-1000 |
| | jsperling@cov.com |
| Charles K. Verhoeven | |
| David Eiseman | Neema T. Sahni |
| Linda Brewer | J. Hardy Ehlers |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | COVINGTON & BURLING LLP |
| 50 California Street, 22nd Floor | 1999 Avenue of the Stars, Suite 3500 |
| San Francisco, CA 94111 | Los Angeles, CA 90067-4643 |
| Tel: (415) 875-6600 | Telephone: (424) 332-4800 |
| E-mail: charlesverhoeven@quinnemanuel.com | nsahni@cov.com |
| E-mail: davideiseman@quinnemanuel.com | jehlers@cov.com |
| E-mail: lindabrewer@quinnemanuel.com | |
| | Matthew J. Oppenheim |
| Michael S. Elkin | Jeffrey M. Gould |
| WINSTON & STRAWN LLP | Alexander Kaplan |
| 200 Park Avenue | OPPENHEIM + ZEBRAK, LLP |
| New York, NY 10166 | 4530 Wisconsin Ave. NW, 5th Fl. |
| Telephone: (212) 294-6700 | Washington, DC 20016 |
| melkin@winston.com | Telephone: (202) 621-9027 |
| | matt@oandzlaw.com |
| | jeff@oandzlaw.com |
| | alex@oandzlaw.com |
| Jennifer A. Golinveaux | |
| WINSTON & STRAWN LLP | Janette L. Ferguson, Esq. |
| 101 California Street, 35th Floor | WILLIAMS WEESE PEPPLE & FERGUSON |
| San Francisco, CA 94111 | 1801 California Street, Suite 3400 |
| jgolinveaux@winston.com | Denver, CO 80202 |
| | Telephone: (303) 861-2828 |
| Craig D. Joyce | jferguson@williamsweese.com |
| John M. Tanner | |
| Fairfield and Woods, P.C. | |
| 1801 California Street, Suite 2600 | *Attorneys for Plaintiffs* |
| Denver, Colorado 80202 | |
| Tel: (303) 830-2400 | |
| E-mail: cjoyce@fwlaw.com | |
| E-mail: jtanner@fwlaw.com | |
| | |
| *Attorneys for Charter Communications, Inc.* | |

SO ORDERED:

_____
          U.S.D.J.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 20, 2022, I caused the foregoing document to be filed electronically using the CM/ECF system.

*/s/ Jonathan M. Sperling*
Jonathan M. Sperling
